```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0006--CV (HRH)
              "KATIE JOHN ET AL V USA ET AL"

     Including terminated parties, excluding terminated counsel
```

       Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
       Magistrate Judge:
         Referral Rule:
                Filed: 01/07/05
               Closed: NO

          Jurisdiction: (2) U.S. Defendant
         PLF Diversity:
         DEF Diversity:

        Nature of Suit: (890) Other Statutory Actions

                Origin: (1) Original Proceeding
                Demand:
            Filing fee: Paid $150.00 on 01/07/05 receipt # 00124825
              Trial by:


Parties of Record:                              Counsel of Record:

PLF 1.1            JOHN, KATIE                  Heather Kendall-Miller
                                                Native American Rights Fund
                                                420 L Street, Suite 505
                                                Anchorage, AK 99501
                                                907-276-0680
                                                FAX 907-276-2466

PLF 2.1            NICOLIA, GERALD              Heather Kendall-Miller
                                                (see above)

PLF 3.1            ALASKA INTER-TRIBAL COUNCIL  Heather Kendall-Miller
                                                (see above)

PLF 4.1            TANANA, NATIVE VILLAGE OF    Heather Kendall-Miller
                                                (see above)

PLF 5.1            ALASKA, STATE OF             Gregory S. Fisher
                                                Birch Horton et al
                                                1127 W 7th Avenue
                                                Anchorage, AK 99507
                                                907-276-1550
                                                FAX 907-276-2822

                                                William P. Horn
                                                Birch Horton et al
                                                1155 Connecticut Avenue NW
                                                Suite 1200
                                                Washington, DC 20036-4306
                                                202-659-5800
                                                FAX 202-659-1027

DEF 1.1            UNITED STATES OF AMERICA     Dean Dunsmore
                                                Environment & Natural Resources
                                                U.S. Department of Justice
                                                801 B Street, Suite 504
                                                Anchorage, AK 99501-3657
                                                907-271-5452
                                                FAX 907-271-5827

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0006--CV (HRH)
                                "KATIE JOHN ET AL V USA ET AL"

                      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 2.1 | | NORTON, GALE | Dean Dunsmore (see above) |
| DEF 3.1 | [T] | VENEMAN, ANN M. | No counsel found for this party! |
| DEF 3.2 | | JOHANNS, MIKE | Dean Dunsmore (see above) |
| DII 1.1 | | ALASKA FEDERATION OF NATIVES | Robert T. Anderson<br>University of WA School of Law<br>Box 353020<br>Seattle, WA 98195-3020<br>206-685-2861<br>FAX 206-616-3426 |
| DII 2.1 | | JOHN, KATIE | Heather Kendall-Miller (see above) |
| DII 3.1 | | NICHOLIA, GERALD | Heather Kendall-Miller (see above) |
| DII 4.1 | | TANANA, NATIVE VILLAGE OF | Heather Kendall-Miller (see above) |
| DII 5.1 | | ALASKA INTER-TRIBAL COUNCIL | Heather Kendall-Miller (see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0006--CV (HRH)
                 "KATIE JOHN ET AL V USA ET AL"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/07/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/07/05 receipt # 00124825
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/07/05 | Complaint filed; Summons issued. |
| 2 - 1 | 01/07/05 | PLF 1-4 Notice of related case in District of Columbia 05-CV-12(RMC) w/att exhs. |
| 3 - 1 | 01/07/05 | PLF 1-4 Amended Notice of related case. |
| 4 - 1 | 01/18/05 | JWS Minute Order that by agreement of the judges this case is reassigned to Judge Holland; use case number A05-006 CV (HRH) on all future filings. cc: cnsl, Judge Holland |
| 5 - 1 | 01/18/05 | PLF 1-4 Errata to complaint. |
| 6 - 1 | 03/11/05 | DEF 1-3 Unopposed motion for enlargement of time until 4/13/05 to file response to complaint. |
| 7 - 1 | 03/14/05 | HRH Order granting unoppo mot for enlargement of time until 4/13/05 to file response to cmplt (6-1). cc: cnsl |
| 8 - 1 | 04/12/05 | DEF 1-3 Answer to Complaint. |
| 9 - 1 | 04/22/05 | HRH Notice of & Order for S&P conf; w/i 28 days parties to jointly file stat rpt. cc: cnsl |
| 10 - 1 | 05/05/05 | DEF 1-3 Joint Report. |
| 11 - 1 | 05/11/05 | HRH Order that proceedings stayed until earlier of: ord by district crt for District of Columbia addressing transfer mot before it or 7/1/05; parties to rpt to crt on or before 7/1/05. cc: cnsl |
| 12 - 1 | 06/14/05 | DEF 1-3 Notice of decision of the US District Crt for the District of Columbia w/att exhs. |
| 13 - 1 | 07/05/05 | DEF 1-3 Report re: status of case. |
| 14 - 1 | 07/06/05 | HRH Order that parties joint rpt fld 7/5/05 is accepted; proceedings stayed until 10/1/05. cc: cnsl |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0006--CV (HRH)
                              "KATIE JOHN ET AL V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 07/13/05 | PLF 1-4 Address Change Notice. |
| 16 - 1 | 08/04/05 | Certified cy HRH Order consolidating A05-158 CV (HRH) w/A05-006 CV (HRH); all future filings are to be in A05-006 CV (HRH); proceedings are stayed until 10/1/05. cc: cnsl |
| 17 - 1 | 10/03/05 | DEF 1-3 Notice of filing of cert index of admin rec w/att index. |
| 18 - 1 | 10/06/05 | HRH Order that parties file a rpt re: briefing schedule by 11/15/05. cc: cnsl |
| 19 - 1 | 10/11/05 | DEF 1-3 motion for judgment on the pleadings--Count III in case A05-0158 CV (HRH) w/att points & authorities. |
| 20 - 1 | 10/11/05 | DEF 1-3 motion for partial summary judgment -- Count IV in case A05-0158 CV (HRH) w/att points & authorities & exh. (original in folder behind file) |
| 21 - 1 | 10/13/05 | PLF 1-5 motion for leave for William P. Horn to appear pro hac vice w/att aff & exhs. |
| 22 - 1 | 10/13/05 | PLF 1-5 motion for leave for Gretchen L. Gaston to appear pro hac vice w/att aff & exh. |
| 23 - 1 | 10/17/05 | HRH Order granting motion for leave for William P. Horn to appear pro hac vice (21-1). cc: cnsl, W. Horn, G. Fisher |
| 24 - 1 | 10/17/05 | HRH Order granting motion for leave for Gretchen L. Gaston to appear pro hac vice (22-1). cc: cnsl, G. Gaston, G. Fisher |
| 25 - 1 | 10/19/05 | HRH Order re: joint management of these consolidated cases w/A92-734 CV (HRH); all scheduling ords & scheduling proceedings in this case & A92-734 CV shall be noticed to cnsl for all parties in all 3 cases; cnsl for all parties are invited to participate in all scheduling & planning confs & hrgs scheduled in these cases. cc: cnsl |
| 26 - 1 | 10/21/05 | PLF 5 Attorney Appearance of G. Fisher. |
| 27 - 1 | 10/27/05 | PLF 5 opposition to DEF 1-3 motion for judgment on the pleadings--Count III in case A05-0158 CV (HRH) (19-1) w/att exh. |
| 28 - 1 | 10/27/05 | PLF 5 opposition to DEF 1-3 motion for partial summary judgment -- Count IV in case A05-0158 CV (HRH) (20-1). |
| 29 - 1 | 10/31/05 | PLF 5 motion to withdraw appearance of G. Gaston. |
| 30 - 1 | 11/02/05 | HRH Order granting motion to withdraw appearance of G. Gaston (29-1). cc: cnsl |
| 31 - 1 | 11/07/05 | DEF 1-3 reply to opposition to DEF 1-3 motion for partial summary judgment -- Count IV in case A05-0158 CV (HRH). |
| 32 - 1 | 11/07/05 | DEF 1-3 reply to opposition to DEF 1-3 motion for judgment on the pleadings--Count III in case A05-0158 CV (HRH) (19-1). |
| 33 - 1 | 11/15/05 | DEF 1-3 motion for enlargement of time of 30 days from ruling on motion for leave to file 2nd amended complaint in A92-0734 CV (HRH) to file |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0006--CV (HRH)
                               "KATIE JOHN ET AL V USA ET AL"

                                       For all filing dates

Document #    Filed      Docket text
_____    _____      _____
                         report required by order at dkt 18.

    34 -    1  11/22/05  HRH Order granting mot for enlargement of time of 30 days from ruling on
                         mot for leave to file 2nd amended cmplt in A92-734 CV (HRH) to file case
                         stat rpt (33-1). cc: cnsl

    35 -    1  11/22/05  DEF 1-3 Notice of svc of administrative record on parties in case
                         A92-734 CV.
```