DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 AM 11: 16

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, GALE NORTON, et al.,<br><br>　　　　Defendants. | Case No. A05-0006-CV (HRH)<br>(CONSOLIDATED)<br><br>DEFENDANTS' MOTION<br>TO FILE PORTION OF<br>ADMINISTRATIVE RECORD IN<br>ELECTRONIC FORMAT |

　　Defendants move the court for an order permitting them to file a portion of the Administrative Record as certified on October 3, 2005, in electronic format.

　　In particular, the United States seeks leave to file that portion of the record found at Tabs 477 through and including 501 in electronic format.

　　In support of the above motion, the United States shows:

　　1. Plaintiffs in this consolidated action seek judicial review of regulations a final rule making published on January 8,

1

36

1999. The administrative record for that rule making was certified and an index to that record was filed on October 3, 2005. Defendants' Notice of Filing of Certified Index of the Administrative Record (Docket Entry No. 17).

2. The record as certified and provided to the parties in this action consists of 10,880 of actual (conventional) copies of documents in ten three-ring binders, and the materials (approximately 25,000 pages) listed as Tab Numbers 477 through 501 on the index of that administrative record provided to the parties in computer retrievable form (on CD discs).

3. Defendants seek leave to file with the court the record as it has been provided to the parties. That is, part of the record in conventional, hard copies, and part in electronic format on computer readable discs. Defendants would convert all of the discs to PDF format consistent with the Case Management/ Electronic Case filing system that becomes effective January 3, 2006. If leave is not granted, defendants will, of course, make and file with the court a copy of the administrative record that contains only conventional (hard copies) of all documents.

4. Counsel for the plaintiffs and intervenors have

authorized defendants to represent that they have no objection to this motion.

Dated this 7th day of December 2005.

_____
DEAN K. DUNSMORE
Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December 2005 a copy of the foregoing Defendants' Motion to File Portion of Administrative Record in Electronic Format together with a proposed Order were served by United States mail, first class, postage paid, to the following:

Heather R. Kendall-Miller
William P. Horn
Scott J. Nordstrand
Robert T. Anderson
Carol H. Daniel

_____
Lorraine Carter
Secretary

3