Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Applicants for Intervention

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>                Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, GALE NORTON, et al.,<br><br>                Defendants.<br>_____<br><br>STATE OF ALASKA,<br><br>                Plaintiff,<br><br>   vs.<br><br>GALE NORTON, Secretary of the Interior, et al.,<br><br>                Defendants. | Case No. A05-0006-CV (HRH)<br>(Consolidated with)<br>Case No. A05-0158-CV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS** |

The Alaska Fish and Wildlife Federation and Outdoor Council (commonly

known as the Alaska Outdoor Council ("AOC")), the Alaska Fish and Wildlife

- 1 -
MOTION FOR LEAVE TO
INTERVENE AS PLAINTIFFS

Conservation Fund ("AFWCF"), Michael Tinker, and John Conrad (collectively "Applicants") hereby move to intervene in this case as Plaintiffs aligned with Plaintiff State of Alaska.

Applicants assert that they, as citizens and citizen-groups, have a right to State management of fish and wildlife on State Lands.  The 1999 Federal rulemaking at issue in this lawsuit improperly deems areas of State land as "Public Land" susceptible to Federal fish and wildlife management.  Therefore, Applicants allege the Federal regulations at issue deprive them of their right to State management on such lands, their right to common use of such lands and, in the case of Alaskans deemed "non-rural," their right under State management to subsistence hunt or fish on such lands.  This motion is supported by the attached Memorandum in Support of Motion for Leave to Intervene and declarations.

Dated January 12, 2006.

        s/  Will Sherman
        645 G St., Suite 100 #856
        Anchorage, AK 99501
        Tel:    (907) 277-1966
        Fax:   (866) 398-3561
        e-mail: wfs@lexalaska.com
        ABA #0205014

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, a copy of the foregoing document was served by First-Class Mail upon the following:

Robert T. Anderson
University of Washington School of Law
Box 535020
Seattle, WA 98195-3020

Heather R. Kendall-Miller
Native American Rights Fund
420 L St., Suite 500
Anchorage, AK 99501

- 2 -

MOTION FOR LEAVE TO
INTERVENE AS PLAINTIFFS

| | |
|---|---|
| Dean K. Dunsmore | William P. Horn |
| Department of Justice | Birch, Horton, Bittner & Cherot |
| Environment & Natural Resources Div. | 1155 Connecticut Ave., NW |
| 801 B St., Suite 504 | Suite 1200 |
| Anchorage, AK 99501-3657 | Washington, DC 20036 |

s/ Will Sherman
Certification Signature