LODGED
DEC 0 7 2005

DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA  Plaintiffs,  v.  THE UNITED STATES OF AMERICA, GALE NORTON, et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. A05-0006-CV (HRH)  ORDER |

IT IS HEREBY ORDERED THAT Defendants' Motion to File Portion of Administrative Record in Electronic Format filed December 7, 2005, is granted.

IT IS FURTHER ORDERED THAT defendants may file with this Court that portion of the administrative record certified on October 3, 2005, and contained in Tab numbers 477 through and

1

including 501 of the index of that record in an electronic format consisting of CD discs of the documents in PDF format. The remainder of the record will be filed in conventional or hard copy.

Dated this 6. day of Jan. 2006

H. RUSSEL HOLLAND
United States District Judge