Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Applicants for Intervention

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> ALASKA OUTDOOR COUNCIL, <br> MICHAEL TINKER and JOHN CONRAD <br><br> Applicants for Intervention <br><br> v. <br><br> GALE NORTON, <br> Secretary of the Interior, et al., <br><br> Defendant. | Case No. A05-006-CV (HRH) <br> Consolidated <br><br><br> **DECLARATION OF** <br> **TERESA SAGER ALBAUGH** |

I, Teresa Sager Albaugh, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I have personal knowledge of the contents of this declaration.

2. I am currently the President of the Alaska Outdoor Council ("AOC") and the Alaska Fish and Wildlife Conservation Fund (AFWCF").

3. AOC is an Alaska 501(c)(4) corporation with a collective membership of over 12,000 Alaskans.

4. AOC's members come from 39 affiliated outdoor clubs across Alaska.

5. AOC is made up of members residing in both rural and non-rural Federal Subsistence Areas.

6. It is my understanding that AOC members depend upon fish taken from every major river system in Alaska for their food and personhood.

7. Numerous AOC members and their families have subsistence fished in Alaska's rivers for decades under State management and would continue to do so today if permitted.

8. Promoting common use of Alaska's fish and wildlife resources is a core goal of AOC.

9. AFWCF is a 501(c)(3) corporation incorporated in Alaska and administered by the same Board of Directors as AOC and representing the same membership and core goals as AOC.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on 05 January, 2006.

_____
TERESA SAGER ALBAUGH

DECLARATION OF                    - 2 -
TERESA SAGER ALBAUGH