Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Applicants for Intervention

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>ALASKA OUTDOOR COUNCIL, ALASKA FISH AND WILDLIFE CONSERVATION FUND, MICHAEL TINKER and JOHN CONRAD<br><br>    Applicants for Intervention<br><br>    v.<br><br>GALE NORTON,<br>Secretary of the Interior, et al.,<br><br>    Defendant. | Case No. A05-006-CV (HRH)<br>Consolidated<br><br><br><br>**DECLARATION OF**<br>**MICHAEL TINKER** |

    I, Michael Tinker, make the following declaration pursuant to 28 U.S.C. Section 1746:

    1.    I have personal knowledge of the contents of this declaration.

    2.    My family and I have participated in the State of Alaska subsistence fish wheel fishery for salmon in the Copper River since the mid 1980s.

DECLARATION OF                     - 1 -
MICHAEL TINKER

3. Since 2000, I have been the registered owner of the fish wheel.

4. In 2000, I purchased property in Gakona, Alaska adjacent to where I operate my fish wheel. I purchased this property for the purpose of using it in the operation of the fish wheel.

5. My family and I depend upon salmon subsistence caught in our fish wheel and have done so for many years. I could not practically or economically afford to replace this source of food.

6. Operation of the fish wheel is multigenerational in our family and means more to me than simply food—it is my way of life.

7. I reside in Ester, Alaska.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on _____ January, 2006.

_____
Michael Tinker

DECLARATION OF
MICHAEL TINKER

- 2 -