Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Applicants for Intervention

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>ALASKA OUTDOOR COUNCIL,<br>MICHAEL TINKER and JOHN CONRAD<br><br>    Applicants for Intervention<br><br>    v.<br><br>GALE NORTON,<br>Secretary of the Interior, et al.,<br><br>    Defendant. | Case No. A05-006-CV (HRH)<br>Consolidated<br><br><br><br><br><br><br>**DECLARATION OF<br>JOHN CONRAD** |

I, John Conrad, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I have personal knowledge of the contents of this declaration.

2. I have relied upon subsistence-caught fish and game for two decades, particularly salmon taken from my family's fish wheel operated on the Copper River near Slana, Alaska.

DECLARATION OF       - 1 -
JOHN CONRAD

3.      In approximately April 2005, I received a letter from the National Park Service informing me I was no longer allowed to operate my fish wheel in the same location my family had used for over 20 years unless I received a Federal Permit.

4.      I currently reside in Eagle River, Alaska, and have been told by the National Park Service that I am not eligible for a Federal Subsistence Permit.

5.      Thus I was not able to operate my fish wheel near Slana, Alaska in the 2005 season.

6.      It has always been my understanding that I was operating my fish wheel from State land.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on __4__ January, 2006.

_____
JOHN CONRAD

DECLARATION OF                       - 2 -
JOHN CONRAD