DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA, GALE NORTON, et al.,<br><br>             Defendants. | Case No. A05-0006-CV (HRH) (CONSOLIDATED)<br><br>DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION |

The defendants United States of America et al. give notice that the Departments of the Interior and Agriculture published on December 27, 2005, 70 Federal Register 76400 *et seq.*, a final rule that further identifies waters that are public lands for purposes of the subsistence use priority set forth in 16 U.S.C. § 3113-3114, and which modifies in part the final rule published on December 8, 2004, 69 Federal Register 70940. The final rule as published on December 8,

2004, is the subject of the complaints filed by the plaintiffs in both Case Nos. A05-0006-CV(HRH) and No. A05-0158-CV(HRH)(D. Alaska).

Dated this 18th day of January, 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of January, 2006 a copy of the foregoing DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION was served electronically to:

Heather R. Kendall-Miller
Will Sherman
Robert T. Anderson

and by United States mail, first class, postage paid, to the following:

William P. Horn
Scott J. Nordstrand
Carol H. Daniel

/s/ Dean K. Dunsmore