DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, GALE NORTON, et al.,<br><br>Defendants. | Case No. A05-0006-CV (HRH)<br><br>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME |

Defendants United States of America; Gale Norton, Secretary of the Interior; and Mike Johanns, (hereinafter referred to as the United States) move the Court for an order granting an enlargement of time of seven days, from January 30, 2006, to and including February 6, 2006, for the filing of responses to file the Motion to Intervene as Plaintiffs (Docket Entry No. 37).

In support of this motion, the United States shows:

1. Response to the Motion to Intervene as Plaintiffs (Docket Entry No. 37), are due to be filed by January 30, 2006.

DEFS' MOTION FOR
ENLG'T OF TIME                           1

2. Undersigned counsel for the defendants was out of the United States when the Motion to Intervene as Plaintiffs (Docket Entry No. 37), and has, given other matters which had to be addressed upon his return, been unable to prepare and file a response to that motion within the time initially provided.

Dated this 26th day of January 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of January 2006 a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME together with a proposed ORDER were served electronically to:

Heather R. Kendall-Miller
Will Sherman
Robert T. Anderson
William F. Sherman

and by United States mail, first class, postage paid, to the following:

William P. Horn
Gregory L. Fisher
Scott J. Nordstrand
Carol H. Daniel
Randolph H. Barnhouse

/s/ Dean K. Dunsmore