DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, GALE NORTON, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. A05-0006-CV (HRH)<br><br><br><br><br><br>ORDER |

IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time filed January 26, 2006, is granted, and that the time for filing responses, if any, to the Motion to Intervene as Plaintiffs (Docket Entry No. 37), is extended to and including February 6, 2006.

Dated this ____ day of _____ 2006.


_____
H. RUSSEL HOLLAND
United States District Judge