DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, GALE NORTON, et al.,<br><br>Defendants. | Case No. A05-0006-CV (HRH)<br>(CONSOLIDATED)<br><br>DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD |

Pursuant to and as approved by the Order (Docket Entry No. 39) filed January 12, 2006, the defendants United States of America et al. give notice that they have on this date filed with the court the administrative record as certified on October 3, 2005.

This record is contained in ten three-ring binders which have been duly identified by case name and docket number. The portion of this record that the Order (Docket Entry No. 39) permits to be filed in the electronic form of CD disks (Tabs 477 through 501) are in the binder labeled Administrative Record Volumes 19 - 20. All other portions of the record are in

conventional or hard copy form as approved by the Order (Docket Entry No. 39).

Complete copies of this record have previously been provided to the parties in this consolidated action. A copy of the record has not been provided to the parties who have filed the pending Motion to Intervene as Plaintiffs (Docket Entry No. 37).

Dated this 26th day of January 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of January, 2006 a copy of the foregoing DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE ACTION was served electronically to:

Heather R. Kendall-Miller
Will Sherman
Robert T. Anderson
William F. Sherman

and by United States mail, first class, postage paid, to the following:

William P. Horn
Gregory L. Fisher
Scott J. Nordstrand
Carol H. Daniel
Randolph H. Barnhouse

/s/ Dean K. Dunsmore

NOTICE OF ADMIN ACTION -2-