## MINUTES OF THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOHN | v. | UNITED STATES OF AMERICA |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.  A05cv0006 (HRH) |
| Deputy Clerk | | Official Recorder |
| _____ | | _____ |

APPEARANCES:   for PLAINTIFF:   ----

            for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court is in receipt of defendants' motion for enlargement of time. (Clerk's Docket No. 42). The motion is granted.

Responses to the motion to intervene (Clerk's Docket No. 37) shall be served and filed on or before February 6, 2006.