01/19/2006 14:56 FAX 907 271 4143    NPS AK REGION    ☐003/006
Case 3:05-cv-00006-HRH    Document 46-2    Filed 02/02/2006    Page 1 of 2

Jan 18 06 01:56p    Wrangell-St.Elias Np    9078227216    p.2



# United States Department of the Interior
## NATIONAL PARK SERVICE
Wrangell-St. Elias National Park/Preserve
Mile 106.8 Richardson Hwy. P.O. Box 439
Copper Center, AK 99573
907 822 5234 Fax 907 822 7216

W-34 (WRST-CR)

April 25, 2005

John Conrad
12040 Buttermilk Way
Eagle River, AK  99577

Dear Wrangell-St. Elias NP/P Neighbor:

The National Park Service (NPS) is informing individuals, who may be planning to fish in Wrangell-St. Elias National Park and Preserve using a fish wheel, of changes affecting fishing opportunities in Wrangell-St. Elias NP/P. We are contacting you because federal and state fishing harvest records indicate that you may have used a fish wheel in the Copper River near Slana in the past year.

In recent years, local residents have expressed their concerns to us about poor salmon runs into Wrangell-St. Elias NP/P streams, near the headwaters of the Copper River. Their concerns have prompted us to re-evaluate our management activities and enforcement of long-standing National Park Service regulations.

Some Alaska residents who may not have been local rural residents have taken fish using fish wheels near Slana in Wrangell-St. Elias NP/P pursuant to State of Alaska Department of Fish and Game regulations. It is important at this time that we notify you of our intent to enforce existing NPS regulation 36 CFR 2.3(d) that prohibits the use of fishing by means of fish wheel or dip net in parks and preserves, <u>except</u> for subsistence uses by local rural residents qualified under 36 CFR 13 and 50 CFR 100.

Possession of a subsistence or fish wheel permit issued by the State of Alaska does not, by itself, qualify someone for subsistence activities in Wrangell-St. Elias NP/P. In order to be eligible to fish using a fish wheel or a dip net within the boundaries of Wrangell-St. Elias NP/P, an individual must be

EXHIBIT 1
Page 1 of 2

01-18-06    13:45    RECEIVED FROM:9078227216    P.02

Case 3:05-cv-00006-HRH   Document 46-2   Filed 02/02/2006   Page 2 of 2
01/19/2006 14:56 FAX 907 271 4143    SOL AK REGION                    ⌀004/006

Jan 18 06 01:56p    Wrangell-St.Elias Np    9078227216        p.3

qualified to fish according to NPS and Federal subsistence regulations.

Therefore, beginning on June 1, 2005 you must be a qualified local rural resident of the Wrangell-St. Elias NP/P region to use a fish wheel within the legislative boundary of Wrangell-St. Elias NP/P, which includes all of Wrangell-St. Elias NP/P. For all practical purposes this affects fish wheels on the Copper River near Slana. It means that you may not use a fish wheel or dip net on the section of the Copper River upstream of Indian River without a Federal permit. This does not prevent you from sharing in the harvest from a fish wheel in the Park or Preserve provided that the holder of the Federal permit is present and has officially harvested the fish.

A Federal fish wheel permit may be obtained at Park Headquarters in Copper Center, the Slana Ranger Station, or at the Tetlin Wildlife Refuge office in Tok.

The Copper River downstream of Indian River lies outside of the boundary of the Park and Preserve and is open to both State and Federal subsistence permit holders. Sport fishing using a closely attended hook and line does not require a special permit and is not affected by these regulations.

If you have questions regarding this information please contact Eric Veach, Subsistence Fisheries Biologist (907) 822-5234 or Hunter Sharp, Assistant Superintendent of Wrangell-St. Elias NP/P, at 907-822-5234

Sincerely,

*[signature]*

Jed Davis
Superintendent

EXHIBIT 1
Page 2 of 2