

# United States Department of the Interior
## NATIONAL PARK SERVICE
Wrangell-St. Elias National Park/Preserve
Mile 106.8 Richardson Hwy. P.O. Box 439
Copper Center, AK 99573
907 822 5234 Fax 907 822 7216

W-34 (WRST-CR)

August 3, 2005

Honorable Senator Ted Stevens
P.O. Box 1766
Washington, D.C. 20013

Dear Honorable Senator Stevens:

In response to your letter of July 13, 2005, I have attached the letter I sent to Mr. John Conrad on April 25. The Park began to focus more attention on the entire Copper River fishery after the 1999 Federal Court decision that expanded the Park's jurisdiction over subsistence fisheries to the entire Copper River (the Katie John Decision). With this added responsibility the Park managers and fisheries biologists began to pay much more attention to the harvest records from the Copper River. We also received comments from local people about their harvest. Those comments only reinforced our responsibility for the fishery. When we were reviewing the fish wheel harvest records from the State of Alaska we realized that some of the wheel operators were not qualified under Federal subsistence regulations to use a fish wheel in waters that are inside the park boundary. It is important to note that the letter I sent Mr. Conrad does not reflect a decision in response to poor harvest or poor runs, but instead notifies him that we are aware that he may previously have used a fish wheel to harvest salmon within the Preserve and that in 2005 we intend to enforce National Park Service regulation 36 CFR 2.3.

The NPS regulations that permit fishing inside the Wrangell-St. Elias National Park and Preserve boundary clearly state that the only type of gear permitted for fishing within the Park or Preserve waters is hook and line closely attended. People who are qualified to fish in the Park and Preserve under Federal subsistence regulations are granted an exception by regulation and may use a trap such as a fish wheel. As we examined the State harvest records and realized that there were people such as Mr. Conrad who had been using a fish wheel we determined that the best course of action would be to notify them that they could not continue the practice unless they could qualify under Federal rules for subsistence practices in the Park or Preserve.

EXHIBIT 2
Page 1 of 2

Mr. Conrad is not correct in his assertion that households must reside within the Park or Preserve boundary to be eligible to subsistence fish using a fish wheel within the Copper River inside the Park or Preserve. To be considered a local rural resident for the purposes of harvesting salmon in the Glennallen Subdistrict of the Copper River, an individual or household must reside in a community that is recognized by the Federal Subsistence Board as customarily and traditionally using salmon within the Glennallen Subdistrict. Currently all rural residents of the Prince William Sound Area and 10 additional communities including Tok and Northway are eligible to fish under Federal subsistence fishing regulations. In 2004, 265 households were issued Federal subsistence fishing permits to allow them to fish the Glennallen Subdistrict. All of these households were eligible to subsistence fish within the portion of the Copper River within the Preserve. Unfortunately, if Mr. Conrad's primary residence is within the urban community of Eagle River, he is ineligible to subsistence fish under Federal subsistence regulations within the Wrangell-St. Elias National Park and Preserve boundary.

Please contact me if I can provide additional information.

Sincerely,


John E. (Jed) Davis
Superintendent

EXHIBIT 2
Page 2 of 2