Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (907) 276-2466
Email: Kendall@narf.org

Attorney for Katie John, *et.al*.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, *et.al*. | ) | |
| | ) | |
| Plaintiffs, | ) | No. A05-0006-CV (HRH) |
| | ) | (Consolidated with |
| vs. | ) | No. A05-0158-CV (HRH)) |
| | ) | |
| UNITED STATES OF AMERICA, GALE NORTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STATE OF ALASKA, | ) | DEFENDANT-INTERVENORS |
| | ) | KATIE JOHN, *et.al.* |
| Plaintiff, | ) | OPPOSITION TO MOTION |
| | ) | TO INTERVENE AS PLAINTIFFS |
| vs. | ) | |
| | ) | |
| GALE NORTON, Secretary of the Interior, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| KATIE JOHN, GERALD NICOLIA, *et.a*l., and ALASKA FEDERATION OF NATIVES, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

Defendant Intervenors Katie John, *et al.* hereby join defendants, United States of

America *et al.*, in opposing the Motion to Intervene as Plaintiffs filed by the Alaska Fish and

Wildlife Federation and Outdoor Council ("AOC"), the Alaska Fish and Wildlife Conservation Fund ("AFWCF"), Michael Tinker, and John Conrad. (Dkt. No. 37).

This proceeding consists of two related cases, one brought by the State of Alaska to challenge agency rule-making under the Administrative Procedures Act (APA) 5 U.S.C. § 706(2), *State v. Norton*, No. A05-0158-CV (HRH); and the other brought pursuant to the APA *and* section 807 of the Alaska National Interest Lands Conservation Act (ANILCA), 16 U.S.C. § 3117 to challenge the United States' failure to provide a priority for subsistence uses on Alaska Native Allotments and in waters that extend upstream and downstream from ANILCA's Conservation System Units ("CSUs"), *Katie John v. United States*, No. A05-006-CV (HRH).

Proposed Intervenors fail to specify which case they seek to intervene in other then to state that they "move to intervene in this case as Plaintiffs aligned with Plaintiff State of Alaska." Interv. Mot. at 2 (Dkt. No. 37). Since the State of Alaska is party to only one of these consolidated cases, it must be assumed that Applicants seek intervention in *State v. Norton*, No. A05-0158-CV (HRH).[1] Katie John, *et. al.* hereby join in the Defendants' Opposition to Motion to Intervene (Dkt. No. 46) on the grounds that movants have not met the requirements for intervention of right pursuant to Fed. R. Civ. P. 24(a), or the requirements for permissive intervention pursuant to Fed. R. Civ. P. 24(b), and that movants' proposed claims are barred by the statute of limitations, would present claims which movants lack standing to present, or fail to state claims upon which relief can be granted.

---

[1] Independent of the State's interests in *State v. Norton*, No. A05-0158-CV (HRH), Proposed Intervenors have not alleged a significant protectable interest under ANILCA that movants would be required to establish pursuant to Fed. R. Civ. P. 24(a) for purposes of intervention in *Katie John v. United States*, No. A05-006-CV (HRH).

To the extent movants wish to participate, they should be invited to do so as *amicus curiae*.

DATED:          February 6, 2006                    Respectfully submitted,

                                                    /s/  Heather Kendall Miller
                                                    Heather R. Kendall-Miller (AK Bar # 9211084)
                                                    NATIVE AMERICAN RIGHTS FUND
                                                    420 L Street, Suite 505
                                                    Anchorage, Alaska 99501
                                                    Tel:  (907) 276-0680
                                                    Fax: (9F07) 276-2466
                                                    Email: Kendall@narf.org

                                                    Attorney for Katie John, *et.al.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2006, a copy of foregoing Defendant-Intervenors Katie John, et.al. Opposition to Motion to Intervene as Plaintiffs was served electronically on

Will Sherman
Robert T. Anderson
William F. Sherman
Dean K. Dunsmore

and by United States mail, first class, postage paid to the following:

William P. Horn
Gregory L. Fisher
Birch, Horton, Bittner and Cherot
1127 W. 7th Ave.
Anchorage, AK 99501-3399

Scott J. Nordstrand
Deputy Attorney General
State of Alaska
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

DEFENDANT-INTERVENORS' OPPOSITION
TO MOTION TO INTERVENE                    3

Carol H. Daniel
Alaska Federation of Natives
1577 C Street, Suite 300
Anchorage, AK 99501

Randolph H. Barnhouse
Richard L. Young
Luebben, Johnson & Young
211 12th Street NW
Albuquerque, NM 87102


/s/  Heather Kendall Miller

DEFENDANT-INTERVENORS' OPPOSITION
TO MOTION TO INTERVENE                   4