DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Steven A. Daughterty (AK Bar no. 9406032)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email: Steven_Daugherty@law.state.ak.us
Co-counsel for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al. | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: A05-0006-CV (HRH)<br>) (Consolidated) |
| THE UNITED STATES OF AMERICA,<br>GALE NORTON, et al., | )<br>)<br>) |
| Defendants. | ) NOTICE OF SUBSTITUTION OF<br>) COUNSEL<br>) |

The State of Alaska, hereby provides notice of the substitution of Assistant Attorney General Steven A. Daugherty for Deputy Attorney General Scott J. Nordstrand as the co-counsel of record in the above-captioned matter. Copies of all pleadings, documents and correspondence related to the above-captioned case should be directed to:

> Steven A. Daugherty
> Assistant Attorney General
> Department of Law
> 1031 W. 4th Avenue, Suite 200

Anchorage, AK 99501

In addition copies of all pleading and correspondence should also continue to be sent to William P. Horn at his Washington, D.C. office and Gregory L. Fisher at his Anchorage office.

Respectfully submitted on 8th day of February, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

s/Steven A. Daugherty
Steven A. Daugherty (AK Bar no. 9406032)
Assistant Attorney General
Natural Resources Section
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
Steven_Daugherty@law.state.ak.us
Phone: 907-269-5100
Facsimile: 907-279-2834

**Certificate of Service**

I certify that on this date the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served electronically on:

Robert T. Anderson
Dean K. Dunsmore
William F. Sherman
Heather Kendall-Miller

and that courtesy copies were mailed to:

William P. Horn
Birch, Horton, Bittner and Cherot
1155 Connecticut Avenue, N.W., Suite 1200
Washington, D.C. 20036

Gregory L. Fisher
Birch, Horton, Bittner and Cherot
1127 W. 7th Avenue
Anchorage, AK  99507

Carol H. Daniel
Alaska Federation of Natives
1577 C Street, Suite 300
Anchorage, AK  99501

Randolph H. Barnhouse
Richard L. Young
Leubben, Johnson & Young
221 12th Street NW
Albuquerque, NM 87102


s/Steven A. Daugherty