DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al. | ) ) ) |
| Plaintiffs, | ) Case No. 3:05-CV-0006 (HRH) ) (CONSOLIDATED) |
| v. | ) ) DEFENDANTS' MOTION FOR |
| THE UNITED STATES OF AMERICA, GALE NORTON, et al., | ) ENLARGEMENT OF TIME ) (UNOPPOSED) |
| Defendants. | ) ) |

Defendants United States of America; Gale Norton, Secretary of the Interior; and Mike Johanns, move the Court for an order granting the parties an enlargement of time of five days from March 30, 2006, to and including April 6, 2006, in which to file the report of the parties required by the Order Case Status (Docket Entry No. 18) filed October 6, 2005.

In support of the above-motion defendants show:

1. Pursuant to the Order (Docket Entry No. 34) filed November 22, 2005, the obligation of the parties to submit the

report required by the Order Case Status (Docket Entry No. 18) was extended until thirty days after a ruling by this Court on the Motion for Leave to File Second Amended Complaint (Docket Entry No. 147) filed by the plaintiffs in *Lincoln Peratrovich v. United States*, A92-0734-CV(HRH)(D. Alaska). The Court entered its ruling on that motion on February 28, 2005. *Lincoln Peratrovich v. United States*, Order (Docket Entry No. 170). Therefore, the parties' report in this proceeding is due to be filed on March 30, 2005.

    2. Counsel for the plaintiffs in *Katie John et al. v. United States et al.*, No. 3:05-cv-00006-HRH, has been out of her office and will not return until March 30th. The additional time requested in this motion is to permit the parties to coordinate the required report with counsel for the *Katie John* plaintiffs.

    3. Counsel for defendants has been authorized to represent that the plaintiffs and the intervenors in this consolidated action have no objection to the requested enlargement of time.

    Dated this 24th day of March 2006.

                              /s/ Dean K. Dunsmore
                              DEAN K. DUNSMORE
                              DEPARTMENT OF JUSTICE
                              Environment & Natural Resources Division
                              801 B Street, Suite 504
                              Anchorage, Alaska 99501-3657
                              Telephone:(907)271-5452
                              Facsimile: (907)271-5827
                              Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March 2006, a copy of the foregoing **Defendants' Motion For Enlargement of Time (Unopposed)** was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace

and by United States mail, first class, postage paid, to the following:

William P. Horn
Gregory L. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore