DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:05-CV-0006 (HRH) |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, GALE NORTON, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time (Unopposed) filed March 24, 2006, is granted, and that the parties are granted an enlargement of time to and including April 6, 2006, in which to file the report of the parties required by the Order Case Status (Docket Entry No. 18) filed October 6, 2005.

Dated this ____ day of _____ 2005.

_____
H. RUSSEL HOLLAND
United States District Judge