MINUTES OF THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

JOHN                                v.   UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND          CASE NO.   A05cv0006 (HRH)

  Deputy Clerk                             Official Recorder

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court is in receipt of defendants' unopposed motion for enlargement of time. (Clerk's Docket No. 56.) The motion is granted.

The parties shall have until and including April 6, 2006, within which to file the report required by the court's case status order.