DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:05-cv-0006-CV-HRH (CONSOLIDATED) |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) | JOINT REPORT |
| Defendants. | ) ) | |

The Defendants United States et al. on behalf of and with the consent of all the parties in this consolidated proceeding, except for the Alaska Fish and Wildlife Federation and Outdoor Council intervenor-plaintiffs,[1] submits this Joint Report.[2] The

---

[1] Undersigned council has left both electronic and voice mail messages with counsel, Will Sherman, for the intervenor-plaintiff regarding this report, but has not heard back from him.

[2] This consolidated action consists of the *Katie John et al. v. United States et al.*, No. 3:05-cv-0006-HRH, and the *State of Alaska v. P. Lynn Scarlett [substituted for the former Secretary*

(continued...)

parties have conferred regarding the report of the parties required by the Order Case Status (Docket Entry No. 18) filed October 6, 2005, and have exchanged proposed briefing schedules. The parties have, however, been unable to reach an agreement on any schedule for the timing of further proceedings. Therefore, on behalf of the parties, the United States requests that the Court schedule a conference with the Court to address future scheduling and other matters.

The parties note that the records of the court have carried over on its service list several individuals who have no involvement with the current proceedings. These individuals are: Donald C. Mitchell, Michael J. Walleri, Lewis F. Gordon, Joseph D. Johnson, and Michael A.D. Stanley. The parties believe that these individuals may be removed from current the service list.

Dated this 6th day of April 2006.

>/s/ Dean K. Dunsmore
> DEAN K. DUNSMORE
> DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska 99501-3657
> Telephone:(907)271-5452
> Facsimile: (907)271-5827
> Email: dean.dunsmore@usdoj.gov

---

[2/](...continued)
*Gale Norton] et al.*, No. 3:05-cv-00158-HRH. The case of *Lincoln Peratrovich et al v. United States et al.*, No. 3:92-cv-0734-CV-HRH, is currently being jointly managed with this consolidated proceeding.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April 2006, a copy of the foregoing **JOINT REPORT** was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace

and by United States mail, first class, postage paid, to the following:

William P. Horn
Gregory L. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore