IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
KATIE JOHN, et al.,                     )
                                        )
                     Plaintiffs,        )
                                        )
    vs.                                 )
                                        )
UNITED STATES OF AMERICA, et al.,       )
                                        )
                                        )
                     Defendants.        )
_____)
                                        )
STATE OF ALASKA,                        )
                                        )
                     Plaintiff,         )
    and                                 )
                                        )
ALASKA FISH AND WILDLIFE FEDERA-        )
TION AND OUTDOOR COUNCIL, et al.,       )
                                        )
          Plaintiff-Intervenors,        )
                                        )   No. 3:05CV0006-HRH
    vs.                                 )   (Consolidated with
                                        )   No. 3:05cv0158-HRH)
GALE NORTON, Secretary of the           )
Interior, et al.,                       )
                                        )
                     Defendants,        )
                                        )
    and                                 )        O R D E R
                                        )
KATIE JOHN, et al.,                     )
                                        )
          Defendant-Intervenors,        )
                                        )
    and                                 )
                                        )
ALASKA FEDERATION OF NATIVES,           )
                                        )
          Defendant-Intervenor.         )
_____)
```

- 1 -

Dismissal of
Extraterritorial Jurisdiction Claim

By order of March 13, 2006,[1] the court granted defendants' motion for summary judgment as to Count IV of the State of Alaska's complaint. By order of March 15, 2006,[2] the court granted the motion to intervene brought by Alaska Fish and Wildlife Federation and Outdoor Council. In taking the latter action, the court advised that unless intervenor Alaska Fish and Wildlife Federation sought reconsideration of the court's order disposing of the State's Count IV, the ruling as regards that Count IV would be extended to Count IV of the Federation's complaint in intervention which is founded upon the State's Count IV: improper assertion of extraterritorial jurisdiction.[3] No motion for reconsideration having been filed, the court's order of March 13, 2006,[4] is now extended to Count IV of the Federation's complaint in intervention. The Federation's Count IV is dismissed without prejudice for the reasons set forth in the March 13, 2006, order.

DATED at Anchorage, Alaska, this __11th__ day of April, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 51.

[2] Clerk's Docket No. 52.

[3] Id. at 9.

[4] Clerk's Docket No. 51.