# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

__KATIE JOHN, et al.__   v.   __UNITED STATES OF AMERICA, et al.__

THE HONORABLE H. RUSSEL HOLLAND

D<small>EPUTY</small> C<small>LERK</small>                                             CASE NO.  __3:05-cv-00006-HRH__

__Pam Richter__

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**      DATE: April 13, 2006

     A status conference in the above-referenced case is scheduled to commence at 1:30 p.m. on Monday, April 24, 2006, at Anchorage, Alaska, in the chambers of the Honorable H. Russel Holland.

     Counsel not resident in Anchorage may appear telephonically at the status conference by arranging a conference call to (907) 677-6252 at the time indicated for the conference.

[305cv6HRH-prop-mo-setting-stat-conf.wpd]{IA.WPD*Rev.12/96}