Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Intervenor-Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>       Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, GALE NORTON, in her official capacity as Secretary of the United States Department of Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>       Defendants.<br>_____<br>STATE OF ALASKA,<br><br>       Plaintiff,<br><br>  vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>       Defendants. | Case No. A05-0006-CV (HRH)<br>(Consolidated with)<br>Case No. A05-0158-CV (HRH) |

AOC INTERVENORS' NOTICE OF JOINDER WITH THE STATE OF ALASKA
RE THE APRIL 24, 2006 SCHEDULING CONFERENCE

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA, <br><br>       Intervenor-Defendants, <br><br>vs. <br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture, <br><br>       Defendants. <br><br>_____<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, ALASKA FISH AND WILDLIFE CONSERVATION FUND, MICHAEL TINKER and JOHN CONRAD, <br><br>       Intervenor-Plaintiffs <br><br>vs. <br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture, <br>       Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**AOC INTERVENORS' NOTICE OF JOINDER WITH THE STATE OF ALASKA RE THE APRIL 24, 2006 SCHEDULING CONFERENCE** |

Counsel for The Alaska Fish and Wildlife Federation and Outdoor Council, the Alaska Fish and Wildlife Conservation Fund, Michael Tinker, and John Conrad (collectively "AOC Intervenors") is unable to attend the April 24, 2006 Scheduling Conference, even telephonically. Nonetheless, the AOC Intervenors'

counsel has discussed the scheduling matters with Plaintiff State of Alaska and followed the dialogue with the other parties. The AOC Intervenors are in full accord with the State of Alaska's position regarding a briefing schedule for these consolidated cases. Thus, the AOC Intervenors hereby join in the position to be expressed by the State of Alaska at the April 24, 2006 conference.

Dated April 19, 2006.

s/ Will Sherman
Attorney for Intervenor-Plaintiffs
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel:   (907) 277-1966
Fax:   (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on April 19, 2006, a copy of the foregoing document was served electronically upon the following:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Randolph H. Barnhouse | dbarnhouse@luebbenlaw.com |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |
| William P. Horn | whorn@dc.bhb.com |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |

s/  Will Sherman
Certification Signature