Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Intervenor-Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>    Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA, GALE NORTON, in her official capacity as Secretary of the United States Department of Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>    Defendants.<br>_____<br><br>STATE OF ALASKA,<br><br>    Plaintiff,<br><br> vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>    Defendants. | Case No. A05-0006-CV (HRH)<br>(Consolidated with)<br>Case No. A05-0158-CV (HRH) |

- 1 -

**AOC INTERVENORS' PROOF OF SERVICE**

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>   Intervenor-Defendants,<br><br> vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>   Defendants.<br>_____<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, ALASKA FISH AND WILDLIFE CONSERVATION FUND, MICHAEL TINKER and JOHN CONRAD,<br><br>   Intervenor-Plaintiffs<br><br> vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br>   Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**AOC INTERVENORS'**<br>**PROOF OF SERVICE** |

  Pursuant to Civil Rule 4(l), The Alaska Fish and Wildlife Federation and Outdoor Council (commonly known as the Alaska Outdoor Council ("AOC")), the Alaska Fish and Wildlife Conservation Fund ("AFWCF"), Michael Tinker, and John Conrad (collectively "AOC Intervenors") submit this proof of service of their Intervenors' Complaint and summonses upon the Defendants in this case. This

- 3 -

Proof of Service is attested to by the attached Affidavit of Will Sherman RE Proof of Service.

Dated April 19, 2006.

> s/ Will Sherman
> Attorney for Intervenor-Plaintiffs
> 645 G St., Suite 100 #856
> Anchorage, AK 99501
> Tel:   (907) 277-1966
> Fax    (866) 398-3561
> e-mail: wfs@lexalaska.com
> ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on April 19, 2006, a copy of the foregoing document was served electronically upon the following:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Randolph H. Barnhouse | dbarnhouse@luebbenlaw.com |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |
| William P. Horn | whorn@dc.bhb.com |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |

s/ Will Sherman
Certification Signature