Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Intervenor-Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, GALE NORTON, in her official capacity as Secretary of the United States Department of Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. A05-0006-CV (HRH)<br>(Consolidated with)<br>Case No. A05-0158-CV (HRH) |
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>Defendants. | |

DECLARATION OF WILL SHERMAN        - 1 -
RE PROOF OF SERVICE

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA, <br><br>    Intervenor-Defendants, <br><br>vs. <br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture, <br><br>    Defendants. <br><br>--- <br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, ALASKA FISH AND WILDLIFE CONSERVATION FUND, MICHAEL TINKER and JOHN CONRAD, <br><br>    Intervenor-Plaintiffs <br><br>vs. <br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture, <br>    Defendants. | **DECLARATION OF WILL SHERMAN RE PROOF OF SERVICE** |

  I, Will Sherman, make the following declaration pursuant to 28 U.S.C. Section 1746:

  1. I have personal knowledge of the contents of this declaration.

  2. I am currently the Attorney of Record for Plaintiff-Intervenors Alaska Outdoor Council ("AOC"), the Alaska Fish and Wildlife Conservation Fund (AFWCF"), John Conrad and Michael Tinker.

**DECLARATION OF WILL SHERMAN** - 2 -
**RE PROOF OF SERVICE**

3. On March 19, 2006, I served copies of Intervenors' Complaint and summonses upon the following Defendants, by Certified U.S. Mail, return receipt requested, pursuant to Civil Rule 4(i)(1):

> United States of America (Anchorage Civil Process Clerk, Alberto R. Gonzales, Attorney General);
> Gale Norton;
> Mike Johans.

4. I have received return receipts indicating that all the above Defendants have been served. (Ex. 1)

5. Defendant-Intervenors Katie John, Gerald Nicolia, Alaska Inter-Tribal Council and Native Village of Tanana, have graciously waived their right to formal service of the Complaint, having received actual service electronically. (Ex. 2)

6. Therefore, all Defendants have now been served.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on 17th April, 2006.

*WILL SHERMAN*

**EXHIBIT 1 PAGE 1 OF 1**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   GALE NORTON
   DEPT OF INTERIOR
   1849 C ST. NW
   WASHINGTON, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]

B. Received by (Printed Name) — [illegible]   C. Date of Delivery 3/24

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MIKE JOHANS
   USDA
   400 Independence Ave, SW
   Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X [signature]

B. Received by (Printed Name)  Suzanne Kyle   C. Date of Delivery 3/[?]

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Office of U.S. Attorney
   Federal Building
   222 West 7th Ave, Rm 253 #9
   Anchorage, AK 99513

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X [signature]

B. Received by (Printed Name)  J[illegible]   C. Date of Delivery 3/23/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   U.S. Dept of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X [signature]

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Will Sherman

**From:** Heather Kendall-Miller [kendall@narf.org]
**Sent:** Monday, April 17, 2006 14:07
**To:** wfs@lexalaska.com
**Subject:** service

Will, on behalf of my clients in State v. Norton, I waive my right to formal service of your complaint in intervention as I have received a copy through the district court's electroninc service. Heather Kendall Miller

EXHIBIT  2
PAGE  1  OF  1

4/17/2006