## MINUTES OF THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

JOHN                                       v.   UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND                 CASE NO.   3:05cv0006-HRH

    Deputy Clerk                               Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS**

A status conference in the above-referenced case is scheduled to commence at 1:30 p.m. on Monday, April 24, 2006, at Anchorage Alaska, in the chambers of Judge Holland.

Counsel will please take notice that the conference will convene as scheduled, but in Jury Room 2 to accommodate the number of participants. Counsel not resident in Anchorage who wish to appear telephonically should coordinate with one another in arranging a conference call. The conference call operator or coordinator will please have the long-distance participants available at the time scheduled, and the call should be placed to **907.677.6214**.