Robert T. Anderson
Alaska Bar No. 8506043
University of Washington School of Law
Box 353020
Seattle, WA 98195-3020
Phone: (206) 685-2861
Fax: (206) 616-3426
Email: BobA@u.washington.edu

Carol H. Daniel
Alaska Bar No. 8601005
Alaska Federation of Natives, Inc.
1577 C St., Suite 300
Anchorage, AK 99501
Phone: (907) 263-9883
Fax:   (907) 276-7989
Email: cdaniel@alaska.net

Counsel for Alaska Federation of Natives

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICHOLIA, et al.<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>Defendants, | Case No. 3:05-CV-0006-HRH<br>(CONSOLIDATED WITH)<br>Case No. 3:05-cv-0158-HRH<br><br>**ANSWER TO INTERVENOR'S CORRECTED COMPLAINT** |

In response to the Corrected Intervenor's Complaint for Declaratory and Injunctive Relief (Docket Entry No. 55) filed on March 23, 2006, and hereinafter referred to as Complaint, Defendant-Intervenor, Alaska Federation of Natives alleges and states:

1. In response to the allegations of paragraph 1 of the complaint, defendant-intervenor AFN incorporates by reference paragraphs 1 through 6 of its Answer filed July 28, 2005 in *State of Alaska v. Norton*, No. A05-0158 – cv (HRH), which has since been consolidated as set forth in the caption above.

.

## JURISDICTION AND VENUE

2. Admit that the court has jurisdiction.

## PARTIES

3. In response to paragraph 3, defendant-intervenor AFN incorporates by reference paragraphs 7 through 9 of its Answer of July 28, 2005 filed in *State of Alaska v. Norton*, No. A05-0158 – cv (HRH), which has since been consolidated as set forth in the caption above.

4. Defendant-intervenor AFN is without sufficient knowledge or information to form a belief as the truth of the averments of paragraph 4.

5. Defendant-intervenor AFN is without sufficient knowledge or information to form a belief as the truth of the averments of paragraph 5

6. Defendant-intervenor AFN is without sufficient knowledge or information to form a belief as the truth of the averments of paragraph 6.

7. In response to the allegations of paragraph 7, defendant-intervenor AFN incorporates by reference paragraphs 10 through 45 of its Answer of July 28, 2005 filed in *State of Alaska v. Norton*, No. A05-0158 – cv (HRH), which has since been consolidated as set forth in the caption above.

8. In response to the allegations of paragraph 8, defendant-intervenor AFN incorporates by reference paragraphs 48 through 50 of its Answer of July 28, 2005 filed in *State of Alaska v. Norton*, No. A05-0158 – cv (HRH), which has since been consolidated as set forth in the caption above.

9. Denied.

10. In response to the allegations of paragraph 10, defendant-intervenor AFN incorporates by reference paragraphs 48 through 50 of its Answer of July 28, 2005 filed in *State of Alaska v. Norton*, No. A05-0158 – cv (HRH), which has since been consolidated as set forth in the caption above.

11. Denied.

12. In response to the allegations of paragraph 12, defendant-intervenor AFN incorporates by reference paragraphs 60 through 66 of its Answer of July 28, 2005 filed in *State of Alaska v. Norton*, No. A05-0158 – cv (HRH), which has since been consolidated as set forth in the caption above.

13. Denied.

14. The allegations of this paragraph are within the portion of the state's case that was dismissed. Order (Docket Entry No. 59). No answer is necessary.

15. The allegations of this paragraph are within the portion of the state's case that was dismissed. Order (Docket Entry No. 59). No answer is necessary.

16. The allegations of this paragraph are within the portion of the state's case that was dismissed. Order (Docket Entry No. 59). No answer is necessary.

**Affirmative Defenses**

1. Plaintiff intervenors are barred from pursuing this action based on principles of res judicata and collateral estoppel.

2. Plaintiff intervenors' claims are barred by the applicable statute of limitations.

3. Plaintiff intervernors' claims are barred by the failure to exhaust administrative remedies.

4. Plaintiff intervenors fail to state a claim upon which relief may be granted.

5. Plaintiff intervenors lack standing to pursue the claims alleged.

DATED this 5th Day or May 2006         Respectfully submitted,

/s/Robert T. Anderson
Robert T. Anderson
Alaska Bar No. 8506043
University of Washington School of Law
Box 353020
Seattle, WA  98195-3020
Phone:  (206) 685-2861
Fax:  (206) 616-3426
Email: BobA@u.washington.edu

        Carol H. Daniel
        Alaska Bar No. 8601005
        Alaska Federation of Natives
        1577 C St., Suite 300
        Anchorage, AK 99501
        Phone: (907) 274-3611
        Fax:    (907)276-7989
        Email:  cdaniel@alaska.net

        Phillip E. Katzen
        Kanji & Katzen PLLC
        100 South King Street, Suite 560
        Seattle, WA 98104
        Tel: (206) 344-8100
        Fax: (866) 283-0178
        Email: pkatzen@kanjikatzen.com

        Counsel for Alaska Federation of Natives

## Certificate of Service

I hereby certify that on the 5th day of May 2006 a copy of the foregoing DEFENDANT-INTERVENOR'S ANSWER TO PLAINTIFF-INTERVENORS' CORRECTED COMPLAINT was served electronically to:

Dean Dunsmore
Heather Kendall-Miller
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace
William P. Horn
Gregory L. Fisher