

EXHIBIT 2A
HOLITNA RIVER

'Sleetmute 250K; AK' Scale: 1" = 4.782Mi  7,696Mt  25,250Ft, 1 Mi = 0.209", 1 cm = 3,030Mt

