EXHIBIT 3A
CRESCENT RIVER,
Lake Clark National Park & Preserve
Alaska Department of Natural Resources
June 13, 2006



Exhibit 3B — Crescent River On Native Lands, Alaska Department of Natural Resources, June 13, 2006

Legend:
- Pink — Native Owned
- Pink Hatched — Native Selected
- Light Blue — State TA'd
- Dark Blue — State Patented
- Blue Brick Pattern — State Selected
- Orange Cross Hatched — Priority 1 and 2 State Selections