Federal Subsistence Fisheries  Jurisdictional Map

Taku River

(Juneau Ranger District)





EXHIBIT 4A

Approved by:

James Caplan
Deputy Regional Forester
Federal Subsistence Board

Marine Waters Boundary

```
1            0            1            2  Miles
```



EXHIBIT 4B

FEDERAL MARINE BOUNDARY

Federal Subsistence Fisheries
Jurisdictional Main Marine Boundaries

TAKU RIVER

'Taku Area.it5' Scale: 1" = 3.612Mi  5,813Mt  19,073Ft, 1 Mi = 0.277" , 1 cm = 2,289Mt

EXHIBIT 4C

TAKU RIVER LAND STATUS

Alaska Department of Natural Resources
June 13, 2006

Legend
Pink                    Native Owned           State Patented
Pink Hatched            Native Selected        State Selected
Light Blue              State TA'd             Priority 1 and 2 State Selections

Dark Blue
Blue Brick Pattern
Orange Cross Hatched