WILLIAM P. HORN
D.C. Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue
Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for Plaintiff State of Alaska

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA,<br>    et al.<br>              Plaintiffs,<br><br>       v.<br><br>THE UNITED STATES OF AMERICA,<br>    et al.,<br><br>              Defendants. | Case No.: A05-0006-CV (HRH)<br>(Consolidated) |

## NOTICE OF ERRATA

Plaintiff State of Alaska respectfully submits this Notice of Errata in Case No. A05-0006-CV (HRH) (Consolidated). The following items mentioned in *Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands"* filed on July 14, 2006 were stated in errata:

1) On page 25 of the Opening Brief, the fourth sentence reference to 50 C.F.R. § 100.26(i)(4)(ix) should be 50 C.F.R. § 100.27(i)(4)(ix).

On page 25 of the Opening Brief, the reference in the third sentence of the second full paragraph to 50 C.F.R. § 100.26(i)(4)(ix) should be 50 C.F.R. § 100.27(i)(4)(ix).

2) In Exhibit 1 to State of Alaska's Opening Brief, the area of the map labeled "Tagiak National Wildlife Refuge Boundary" should read: "Togiak National Wildlife Refuge Boundary."

        Respectfully submitted,

        /s/ William P. Horn
        William P. Horn
        Birch, Horton, Bittner & Cherot, P.C.
        1155 Connecticut Avenue, NW
        Suite 1200
        Washington, D.C. 20036
        Telephone: (202) 659-5800
        Facsimile: (202) 659-1027
        Email: whorn@dc.bhb.com
        D.C. Bar No.: 375666

        Attorney for Plaintiff State of Alaska

Dated: July 18, 2006