Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Intervenor-Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, GALE NORTON, in her official capacity as Secretary of the United States Department of Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>        Defendants.<br>_____<br>STATE OF ALASKA,<br><br>        Plaintiff,<br><br>  vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>        Defendants. | Case No. A05-0006-CV (HRH)<br>(Consolidated with)<br>Case No. A05-0158-CV (HRH) |

- 1 -

AOC INTERVENORS' JOINDER IN
STATE OF ALASKA'S OPENING BRIEF

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE of TANANA,<br><br>   Intervenor-Defendants,<br><br> vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br><br>   Defendants.<br>_____<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, ALASKA FISH AND WILDLIFE CONSERVATION FUND, MICHAEL TINKER and JOHN CONRAD,<br><br>   Intervenor-Plaintiffs<br><br> vs.<br><br>GALE NORTON, Secretary of the Interior, and MIKE JOHANS, in his official capacity as Secretary of Agriculture,<br>   Defendants. | **AOC INTERVENORS' JOINDER WITH THE STATE OF ALASKA'S OPENING BRIEF RE: WHAT RULES GOVERN ESTABLISHMENT OF RESERVED WATER RIGHTS** |

  The Alaska Fish and Wildlife Federation and Outdoor Council, the Alaska Fish and Wildlife Conservation Fund, Michael Tinker, and John Conrad (collectively "AOC Intervenors") join in Plaintiff State of Alaska's Opening Brief

Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands."

Dated July 23, 2006.

                                        s/ Will Sherman
                                        Attorney for Intervenor-Plaintiffs
                                        645 G St., Suite 100 #856
                                        Anchorage, AK 99501
                                        Tel:   (907) 277-1966
                                        Fax:   (866) 398-3561
                                        e-mail: wfs@lexalaska.com
                                        ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2006, a copy of the foregoing document was served electronically upon the following:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Randolph H. Barnhouse | dbarnhouse@luebbenlaw.com |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |
| William P. Horn | whorn@dc.bhb.com |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |

s/ Will Sherman
Certification Signature