DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES OF AMERICA,  )<br>DIRK KEMPTHORNE, et al.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 3:05-cv-0006-CV-HRH<br>(CONSOLIDATED)<br><br>DEFENDANTS' MOTION FOR<br>ENLARGEMENT OF TIME |

Defendants United States of America; Dirk Kempthorne,[1] Secretary of the Interior; and Mike Johanns, Secretary of Agriculture, move the Court for an order granting the defendants an enlargement of time of twenty-one (21) days from September 11, 2006, to and including October 2, 2006, in which to file the response of the United States to the Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of

---

[1] Substituted pursuant to Fed. R. Civ. P. 25(d) for the former Secretary.

Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket Entry No. 68). Defendants also move to correspondingly reschedule the dates for all subsequent briefs of the parties on the "What Process" issue.

In support of the above-motion defendants show:

1. The Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket Entry No. 68) was submitted pursuant to the Order (Docket Entry No. 66) filed April 26, 2005. Pursuant to the Order (Docket Entry No. 66), defendants' response to Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket Entry No. 68) is due to be filed on September 11, 2006.

2. Because of the press of other matters, additional time is needed by defendants to prepare and file a response to the State of Alaska's brief. In particular, on September 6, 2006, this court in *National Audubon Society et al. v. Dirk Kempthorne et al.*, No. 1:05-cv-00008-JKS,[2] issued an order and preliminary decision (Docket Entry No. 99 in that action), in which the court preliminarily indicated a proposed ruling and proposed injunction

---

[2]  Undersigned counsel for defendants is also counsel for the defendants in the *National Audubon Society* case.

of federal action in that case, and established a supplemental briefing schedule in that case. The subject matter of the *National Audubon Society* case is a proposed oil and gas lease sale in the Northeast Planning Area of the National Petroleum Reserve - Alaska, that is scheduled to be held on September 27, 2006. This court has proposed to enjoin that sale and has called for supplemental briefs with the parties to file initial briefs on Friday September 15, 2006, and reply briefs on Thursday, September 21. Because of this proposed decision and the supplemental briefing schedule in the *National Audubon Society* case, undersigned counsel has been unable to complete and file a brief in response to the Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket Entry No. 68) within the time initially provided by the Court's Order of April 26, 2006,

    3. Counsel for defendants has been authorized to represent that the intervenor Alaska Federation of Natives has no objection

to this motion. Defendants have not heard from the other parties on the request for the twenty-one day enlargement of time.

Dated this 11th day of September, 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2006, a copy of the foregoing **Defendants' Motion For Enlargement of Time** together with a proposed Order was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne M. Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore