DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. A05-0006-CV (HRH)<br><br><br><br><br>ORDER |

    IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time filed September 11, 2006, is granted, and that defendants are granted an enlargement of time to an including October 2, 2006, in which to file a response to Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket Entry No. 68).

    IT IS FURTHER ORDERED that Order (Docket Entry No. 66) is modified to establish the following new dates for the other

briefs on the "What Process" issue:

| | |
|---|---|
| Katie Johns' Response and Supplemental Brief of AFN and Peratrovich | October 16, 2006 |
| State's Reply | October 30, 2006 |
| AOC's Supplemental Reply | November 13, 2006 |
| United States' Reply | December 4, 2006 |
| Katie John's Reply and AFN and Peratrovich Supplemental Reply | December 18, 2006 |

Dated this ____ day of _____ 2006.

_____
H. RUSSEL HOLLAND
United States District Judge