WILLIAM P. HORN
D.C. Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue
Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for Plaintiff State of Alaska

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al. <br> Plaintiffs, <br> v. <br> THE UNITED STATES OF AMERICA, et al., <br> Defendants. | Case No.: A05-0006-CV (HRH) <br> (Consolidated) |

**RESPONSE OF PLAINTIFF STATE OF ALASKA TO
MOTION OF DEFENDANT UNITED STATES FOR
<u>EXTENSION OF TIME TO FILE BRIEF</u>**

Plaintiff State of Alaska does not oppose the Motion filed by Defendant United States on September 11, 2006 requesting that the Court extend from September 11, 2006 to October 2, 2006 the due date for the response of the United States to the State of Alaska's opening brief. (the "Extension Motion"). The United States has proposed an order that properly rolls back other subsequent briefing deadlines for the State and other parties consistent with the twenty-one day extension requested by the United States.

1

The Extension Motion states that "Defendants have not heard from the other parties [including the State] on the request for a twenty-one day enlargement of time." Motion at 4 (bracketed material added). Because the State tries to respond promptly to requests for extensions from opposing counsel, it wishes to note that it had in fact promptly consented to the one-week extension that the United States originally requested. We understand that the United States after receiving the State's consent to a one-week extension decided just before filing the Extension Motion to instead seek a twenty-one day extension. By that time outside counsel for the State with whom the United States had communicated was traveling. Thus there was no opportunity for the State to consider the United States' request for a longer extension in advance of the filing of the Extension Motion.

          BIRCH, HORTON, BITTNER, AND CHEROT

          /s/ William P. Horn
          William P. Horn
          DC Bar No.: 375666
          Birch, Horton, Bittner & Cherot, P.C.
          1155 Connecticut Avenue, NW
          Suite 1200
          Washington, DC 20036
          Phone: (202) 659-5800
          Fax: (202) 659-1027
          Email: whorn@dc.bhb.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Response to Motion for Extension of Time was served through ECF on September 13, 2006 on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman

                                      /s/ James H. Lister
                                      James H. Lister