Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: Kendall@narf.org

Attorney for Katie John, *et al*.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al*. ) | |
| ) | |
| Plaintiffs, ) | No. A05-0006-CV (HRH) |
| ) | (Consolidated) |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, DIRK ) | NONOPPOSITION TO MOTION |
| KEMPTHORNE, *et al*., ) | FOR ENLARGEMENT OF TIME |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiffs Katie John, *et al.* do not oppose Defendants United States of America, *et al.'s*

motion for enlargement of time to October 2, 2006 to file a response to Plaintiff State of Alaska's

Opening Brief.

DATED:   September 18, 2006          Respectfully submitted,

/s/  Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: Kendall@narf.org

PLAINTIFFS' NONOPPOSITION TO
MOTION FOR ENLARGEMENT OF TIME              1

Attorney for Katie John, *et al*.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2006, a copy of foregoing Plaintiffs' Nonopposition to Motion for Motion for Enlargement of Time was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


/s/  Heather Kendall Miller