RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*, )<br>)<br>Plaintiffs,　　　　　 )<br>)<br>vs.　　　　　　　 )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants.　　　　 )<br>_____ ) | No.  A05-0006-CV (HRH)<br>　(Consolidated)<br><br>NONOPPOSITION TO MOTION<br>FOR EXTENSION OF TIME |

Pursuant to the court's order of April 26, 2006, the Peratrovich plaintiffs confirm that

they do not oppose Defendant United States of Americas' motion for extension of time to

file a response to Plaintiff State of Alaska's Opening Brief.

DATED September 20, 2006          Respectfully submitted,

RANDOLPH H. BARNHOUSE, Esq.

/s/ Randolph H. Barnhouse
Luebben Johnson & Barnhouse LLP
211 12th Street NW
Albuquerque, New Mexico  87102
(505) 842-6123
(505) 842-6124 (fax)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2006, a copy of the foregoing was served electronically and was served on:


Dean K. Dunsmore
Joanne Grace
Steven A. Daugherty
Heather Kendall Miller
Gregory L. Fisher
William P. Horn
William F. Sherman
Robert T. Anderson
Carol H. Daniel



/s/ Randolph H. Barnhouse

PLAINTIFFS' NONOPPOSITION TO
MOTION FOR EXTENSION OF TIME