IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KATIE JOHN, et al., )
 )
                      Plaintiffs, )
 )
  vs. )
 )
UNITED STATES OF AMERICA, et al., )
 )
                      Defendants. )
_____)
 )
STATE OF ALASKA, )
 )
                      Plaintiff, )
  and )
 )
ALASKA FISH AND WILDLIFE FEDERA- )
TION AND OUTDOOR COUNCIL, et al., )
 )
           Plaintiff-Intervenors, )
 ) No. 3:05cv0006-HRH
  vs. ) (Consolidated with
 ) No. 3:05cv0158-HRH)
GALE NORTON, Secretary of the )
Interior, et al., )
 )
                      Defendants, )
  and ) O R D E R
 )
KATIE JOHN, et al., )
 )
           Defendant-Intervenors, )
  and )
 )
ALASKA FEDERATION OF NATIVES, )
 )
           Defendant-Intervenor. )
_____)

- 1 -

## Motion for Enlargement of Time

Defendants have filed a motion for enlargement of time.[1] Therein, counsel for defendants represents that intervenor Alaska Federation of Natives does not oppose the motion. The State of Alaska does not oppose the motion.[2] An informal communication to the court's case manager on September 18, 2006, indicates that plaintiff-intervenors do not oppose the motion. Defendant-intervenors Katie John, et al., do not oppose the motion.[3]

IT IS HEREBY ORDERED that defendants' motion for enlargement of time, filed September 11, 2006, is granted, and that defendants are granted an enlargement of time to and including October 2, 2006, in which to file a response to plaintiff State of Alaska's opening brief regarding what rules of law govern establishment of federal reserved water rights in Alaska and determinations of "Public Lands".[4]

IT IS FURTHER ORDERED that court's case status order[5] of April 26, 2006, is modified to establish the following new dates for the other briefs on the "What Process" issue:

| | |
|---|---|
| Katie Johns' Response and Supplemental Brief of AFN and Peratrovich | October 16, 2006 |
| State's Reply | October 30, 2006 |

---

[1]   Clerk's Docket No. 72.

[2]   Clerk's Docket No. 73.

[3]   Clerk's Docket No. 74.

[4]   Clerk's Docket No. 68.

[5]   Clerk's Docket No. 66.

| | |
|---|---|
| AOC's Supplemental Reply | November 13, 2006 |
| United States' Reply | December 4, 2006 |
| Katie John's Reply and AFN and Peratrovich Supplemental Reply | December 18, 2006 |

DATED at Anchorage, Alaska, this 22 day of September, 2006.

REDACTED SIGNATURE

RALPH R. BEISTLINE
U.S. District Judge
for District judge H. Russel Holland

- 3 -