DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.    )<br>                                      )<br>            Plaintiffs,               )<br>                                      )<br>      v.                              )<br>                                      )<br> THE UNITED STATES OF AMERICA,         )<br> DIRK KEMPTHORNE, et al.,              )<br>                                      )<br>            Defendants.               )<br> _____)  | Case No. 3:05-cv-0006 HRH<br>(CONSOLIDATED)<br><br>DEFENDANTS' MOTION FOR<br>ENLARGEMENT OF TIME |

Defendants United States of America; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture, move the Court for an order granting the parties an enlargement of time from October 2, 2006, to and including October 10, 2006,[1] in which to file the response of the United States to the Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket

---

[1]    October 9, 2006, is a Federal holiday.

Entry No. 68.) Defendants also move to correspondingly reschedule the dates for all subsequent briefs of the parties on the "What Process" issue.

In support of the above-motion defendants show:

1. This is defendants' second enlargement of time for this purpose. Because of the press of other matters, and in particular the unanticipated need for undersigned counsel to prepare and file supplemental briefs ordered by the court in *National Audubon Society et al v. Dirk Kempthorne et al.*, No. 1:05-cv-00008-JKS, with respect to an oil and gas lease sale that was scheduled to be held on September 27, 2006, additional time to October 2, 2006, was needed and requested by defendants for the filing of their brief in this action. That motion was granted, and defendants' brief is now due on October 2, 2006. Order (Docket Entry No. 76) filed September 22, 2006.

2. A draft brief has been prepared by counsel. However, because the press of other unanticipated matters beyond their control, supervisory officials within the Department of Justice with whom this brief is being coordinated have been unable to complete their review of that draft, and have on this date requested that undersigned counsel move for the additional enlargement of time. Undersigned counsel is also on call for potential jury duty in State court the week of October 2-6, 2006; and therefore, may not be readily available to consult with these

officials during that week about this matter.

3. Counsel for defendants has informed counsel for the various other parties by email of counsel's need to file this motion. **Counsel for the Katie John plaintiffs, for the plaintiff State of Alaska, and for intervenor Alaska Federation of Natives have authorized defendants to represent that they do not object to defendants' requested enlargement of time to Tuesday, October 10, 2006, in which to file defendants' brief.**

Dated this 29th day of September 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September 2006, a copy of the foregoing **Defendants' Motion For Enlargement of Time** together with a proposed Order was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore