DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


KATIE JOHN, GERALD NICOLIA,    )
ALASKA INTER-TRIBAL COUNCIL,   )
and NATIVE VILLAGE OF TANANA   )
                               )
            Plaintiffs,        )    Case No. 3:05-cv-0006 HRH
                               )      (CONSOLIDATED)
    v.                         )
                               )
THE UNITED STATES OF AMERICA,  )    (PROPOSED) ORDER
DIRK KEMPTHORNE, et al.,       )
                               )
            Defendants.        )
_____)

        IT IS HEREBY ORDERED that Defendants' Motion for Enlargement

of Time filed September 29, 2006, is granted, and that defendants

are granted an enlargement of time to an including October 10,

2006, in which to file a response to Plaintiff State of Alaska's

Opening Brief Regarding What Rules of Law Govern Establishment of

Federal Reserved Water Rights in Alaska and Determinations of

"Public Lands" (Docket Entry No. 68).

        IT IS FURTHER ORDERED that Order (Docket Entry No. 66) is

modified to establish the following new dates for the other

briefs on the "What Process" issue:

| | |
|---|---|
| Katie Johns' Response and Supplemental Brief of AFN and Peratrovich | October 23, 2006 |
| State's Reply | November 6, 2006 |
| AOC's Supplemental Reply | November 20, 2006 |
| United States' Reply | December 11, 2006 |
| Katie John's Reply and AFN and Peratrovich Supplemental Reply | December 29, 2006 |

Dated this _____ day of _____ 2006.


_____
        H. RUSSEL HOLLAND
   United States District Judge