EXHIBITS TO
KATIE JOHN BRIEF

| Exhibit | Document |
|---|---|
| 1 | *Katie John v. United States*, No. 00-35121 (9th Cir.) En Banc Reply Brief for Appellants State of Alaska and Frank Rue. |
| 2 | *Katie John v. United States*, No. 94-35481 (9th Cir.) Brief for the Federal Appellants, filed September 19, 1994. |
| 3 | Omitted. |
| 4 | *Katie John v. United States*, No. A90-0484-CV (HRH) (D.Alaska) (Consolidated), Order Case Status (Docket Entry No. 229), filed Feb. 7, 1996. |
| 5 | *Katie John v. United States*, No. 94-34581 (9th Cir.) Brief for Appellee State of Alaska. |
| 6 | *Katie John v. United States*, No. 00-35121, En Bank Brief for Appellants State of Alaska and Frank Rue. |
| 7 | *Katie John v. United States*, Nos. A90-0484-CV & A92-0264-CV (Consolidated), Decision filed March 30, 1994. |
| 8 | Shalowitz, Aaron L., Shore and Sea Boundaries, Vol. U.S. Dept. of Commerce (1962). |
| 9 | Map 7, Bristol Bay Area, Subsistence Management Regulations for the Harvest of Fish and Shellfish on Federal Public Lands and Waters in Alaska, Effective April 1, 2006 - March 31, 2007. |