FILED
FEB 07 1996
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 07 1996
Office of
United States Attorney
Anchorage, AK

| | |
|---|---|
| KATIE JOHN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | |
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> vs. <br><br> BRUCE BABBITT, Secretary of the Interior, et al., <br><br> Defendants. | No. A90-0484-CV (HRH) <br> [Consolidated with <br> No. A92-0264-CV (HRH)] |

O R D E R

Case Status

On March 30, 1994, the court rendered a decision[1] deciding several motions, determining what the parties have referred to as the "who" issue as regards subsistence regulation and one of the "where" issues. The court also issued a further order staying proceedings[2] and invited an interlocutory appeal. The clerk of court

---

[1]   Clerk's Docket No. 184.

[2]   Clerk's Docket No. 185.

-1-

has received and filed the mandate of the Ninth Circuit Court of Appeals which states in pertinent part that: "the judgment of the said District Court in this cause ... is REVERSED AND REMANDED."[3]

It is the court's perception that while both the mandate and the majority decision of the circuit court state that this court's decision was reversed and the matter remanded, in fact the circuit has ruled and reversed only as to the "where" question. It seems implicit in the majority decision of the circuit court that the Secretary of the Department of the Interior, not the state of Alaska, is entitled to manage fish and game on public (federal) lands in Alaska for purposes of Title VIII of ANILCA. It further appears, of course, that the circuit decision does supplant this court's March 30, 1994, decision with respect to where the Secretary may exercise his regulatory jurisdiction. Among other places, such regulation may take place as to "navigable waters in which the United States has an interest by virtue of the reserved water rights doctrine." Alaska v. Babbitt, No. 94-35480, slip op. at 15745 (9th Cir. Dec. 19, 1995).

In consideration of the foregoing, this court's decision of March 30, 1994, as set out at pages 21 through 42, is vacated, and the issue therein discussed shall be deemed controlled by the foregoing decision of the court of appeals.

---

[3] Clerk's Docket No. 227.

Counsel for the parties will please confer with one another and advise the court, on or before March 7, 1996, of their views as to how the court should proceed with this case. In the alternative, counsel may request a status conference with the court in lieu of such a report. A copy of this order shall be distributed to all counsel in the jointly managed subsistence cases.

DATED at Anchorage, Alaska, this ___7___ day of February, 1996.

H. Russel Holland, Judge
District of Alaska

A90-0484--CV (HRH)
-------------------------------------------------

E. BOYKO (BOYKO)
D. MITCHELL
M. WALLERI

L. GORDON (ASHBURN)
M. STANLEY
P. GIANNINI
E. SMITH
R. ANDERSON

J. GRACE (AG-STE-200)
J. JOHNSON (AK-LGL-SVC)
H. KENDALL
D. DUNSMORE (AUSA)

-3-

EXHIBIT 4
Page 3 of 3