# SUBSISTENCE
# Management Regulations for the Harvest of Fish and Shellfish
## on Federal Public Lands and Waters IN ALASKA



*Art Contest Grand Prize Winner, Christine Francis, Age 12, Nelson Island School, Toksook B[ay]*

**Effective April 1, 2006 – March 31, 2007**

View Subsistence Management Regulations online at http://alaska.fws.gov/asm/home.html

EXHIBIT 9
Page 1 of 2