Map 7

Bristol Bay
Area

EXHIBIT    9
Page  2  of  2