DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. 3:05-cv-0006 HRH (CONSOLIDATED) <br><br> (~~PROPOSED~~) ORDER |

IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time filed September 29, 2006, is granted, and that defendants are granted an enlargement of time to an including October 10, 2006, in which to file a response to Plaintiff State of Alaska's Opening Brief Regarding What Rules of Law Govern Establishment of Federal Reserved Water Rights in Alaska and Determinations of "Public Lands" (Docket Entry No. 68).

IT IS FURTHER ORDERED that Order (Docket Entry No. 66) is

modified to establish the following new dates for the other briefs on the "What Process" issue:

| | |
|---|---|
| Katie Johns' Response and Supplemental Brief of AFN and Peratrovich | October 23, 2006 |
| State's Reply | November 6, 2006 |
| AOC's Supplemental Reply | November 20, 2006 |
| United States' Reply | December 11, 2006 |
| Katie John's Reply and AFN and Peratrovich Supplemental Reply | December 29, 2006 |

Dated this _17_ day of _October_ 2006.

s/RALPH R BEISTLINE
H. RUSSEL HOLLAND
United States District Judge