WILLIAM P. HORN
D.C. Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue
Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for Plaintiff State of Alaska

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | Case No.: 3:05-CV-0006 (HRH)<br>(Consolidated)<br><br>MOTION FOR LEAVE TO FILE AN OVER-LENGTH DOCUMENT |

The State of Alaska respectfully requests that the Court grant this Motion for Leave to File an Over-Length document in the above-captioned case. The State of Alaska seeks permission to file a 40 page Reply in excess of the 25-page limit, exclusive of tables and exhibits, cited in L.R. 10.1(l). The current scheduling order calls for the Reply to be filed on November 6, 2006.

Since the State is replying to several briefs in depth (*Brief of the United States, Brief of Alaska Federation of Natives and Katie John, and Supplemental Brief of Related Case Plaintiffs Peratrovich*), a more thorough response is necessary.

Counsel for the State has conferred with counsel for the other parties and they consent to our request.

Dated this 31st day of October, 2006.

        Respectfully submitted,
        BIRCH, HORTON, BITTNER & CHEROT

        /s William P. Horn
        William P. Horn  (admitted *Pro Hac Vice*)
        D.C. Bar No.: 375666
        Birch, Horton, Bittner & Cherot, P.C.
        1155 Connecticut Avenue
        Suite 1200
        Washington, D.C. 20036
        Telephone: (202) 659-5800
        Facsimile: (202) 659-1027
        Email: whorn@dc.bhb.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Motion for Leave to File an Over-Length Document was served through ECF on October 31, 2006 on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman

/s William P. Horn
William P. Horn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.<br>　　　Plaintiffs,<br><br>　　　v.<br><br>THE UNITED STATES OF AMERICA, DIRK KEMPTHORNE, et al.,<br><br>　　　Defendants. | Case No.: 3:05-CV-0006 (HRH)<br>(Consolidated)<br><br>PROPOSED ORDER |

　　　Upon consideration of Plaintiff State of Alaska's Motion For Leave to File An Over-Length Document in the above-captioned case, the Court hereby orders that:

　　　Plaintiff State of Alaska's Motion For Leave to File an Over-Length Document (Reply Brief) is GRANTED.

　　　So Ordered.


Dated:_____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　H. Russell Holland
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge