WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com
Attorneys for Plaintiff State of Alaska

GREGORY S. FISHER, Alaska Bar No.: 9111084
Birch, Horton, Bittner & Cherot, P.C.
1127 West Seventh Avenue
Anchorage, AK 99501-3399
Telephone: (907) 276-1550
Facsimile: (907) 276-3580
Email: gfisher@bhb.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA,<br>　　et al.<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>　　　　　　Defendants. | Case No.: A05-0006-CV (HRH)<br>(Consolidated) |

## MOTION FOR LEAVE FOR JAMES H. LISTER TO
## APPEAR *PRO HAC VICE*

**Pursuant to D. Ak. LR 83.1(d),** James H. Lister, with the law firm Birch,

Horton, Bittner and Cherot, moves for permission to appear *pro hac vice* as one of the

attorneys representing Plaintiff State of Alaska in the above-captioned case.

In support of this motion, undersigned counsel direct the Court to the attached

affidavit, certificate of good standing, and proposed order.

DATE:  November 2, 2006.

Respectfully submitted,


/s/ James H. Lister
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: jlister@dc.bhb.com

GREGORY S. FISHER, Alaska Bar No.: 9111084
Birch, Horton, Bittner & Cherot, P.C.
1127 West Seventh Avenue
Anchorage, AK 99501-3399
Telephone: (907) 276-1550
Facsimile: (907) 276-3580
Email: gfisher@bhb.com

Attorneys for State of Alaska

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Leave for James H.

Lister to Appear *Pro Hac Vice* and Affidavit in Support, Certificate of Good Standing,

and proposed order were served electronically through ECF, this 2nd day of November,

2006 to the following:


Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman


/s/ James H. Lister
James H. Lister

WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com
Attorneys for Plaintiff State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

|  |  |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al. <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.: A05-0006-CV (HRH)
(Consolidated)

## PROPOSED ORDER GRANTING MOTION OF JAMES H. LISTER
## FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered the Motion for Leave to Appear *Pro Hac Vice* of James H. Lister,

filed pursuant to Local Rule 83.1(d), this Court finds that said motion is GRANTED.

So Ordered.


Dated this _____ day of _____, 2006.


_____
H. Russell Holland
United States District Judge