WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com
Attorneys for Plaintiff State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA, et al.,<br>Defendants. | Case No.: A05-0006-CV (HRH)<br>(Consolidated) |

**AFFIDAVIT OF JAMES H. LISTER IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), I declare that the following facts are true, to the

1. My full names is James H. Lister.

2. My office address is: 1155 Connecticut Avenue, N.W., Suite 1200, Washington, D.C. 20036; Telephone: (202) 659-5800; Facsimile: (202) 659-1027.

3. My residence address is: 2819 Greenway Boulevard, Falls Church, Virginia 22042.

4. I have been admitted to the following bars and admitted to practice before the following courts:

   a. State of Maryland (1994);

   b. District of Columbia (1995);

   c. State of Virginia (1995);

d. U.S. Court of Appeals for the 5th (1996) and 9th (2002) Circuits;

e. U.S. District and Bankruptcy Courts for the Eastern District of Virginia (1995), District of Maryland (approx. 1997) and District of Columbia (approx. 1999).

5. No disciplinary or grievance proceedings are pending or have been instituted against me.

6. I have not been subject to suspension, disbarment or similar action in any jurisdiction or any court.

7. I certify that I have read the local rules of this Court.

James Lister
James H. Lister

District of Columbia: SS
Subscribed and sworn to before me, the undersigned Notary Public for the District of Columbia, this 30th day of October, 2006.

Elizabeth A. Weis
Notary Public in and for the District of Columbia

My Commission expires: 5/14/2010

WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com

Attorneys for Plaintiff State of Alaska

G:\101445\1\BAW0550.DOC




District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JAMES H. LISTER

was on the 8TH day of SEPTEMBER, 1995 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 27, 2006.

GARLAND PINKSTON, JR., CLERK

By: [signature]
Deputy Clerk