**RECEIVED**
NOV 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00129261 - SF
November 3, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 6855XX-N | 05-0006 CV | | 150.00 CK |

TOTAL→    150.00

FROM: BIRCH HORTON BITTNER AND
CHEROT - FOR JAMES H. LISTER
PRO HAC VICE
A: 05-CV-0006