IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
KATIE JOHN, et al.,                    )
                                       )
                    Plaintiffs,        )
                                       )
     vs.                               )
                                       )
UNITED STATES OF AMERICA, et al.,      )
                                       )
                                       )
                    Defendants.        )
_____)
                                       )
STATE OF ALASKA,                       )
                                       )
                    Plaintiff,         )
     and                               )
                                       )
ALASKA FISH AND WILDLIFE FEDERA-       )
TION AND OUTDOOR COUNCIL, et al.,      )
                                       )
          Plaintiff-Intervenors,       )
                                       )   No. 3:05cv0006-HRH
     vs.                               )   (Consolidated with
                                       )   No. 3:05cv0158-HRH)
GALE NORTON, Secretary of the          )
Interior, et al.,                      )
                                       )
                    Defendants,        )
                                       )
     and                               )          O R D E R
                                       )
KATIE JOHN, et al.,                    )
                                       )
          Defendant-Intervenors,       )
                                       )
     and                               )
                                       )
ALASKA FEDERATION OF NATIVES,          )
                                       )
          Defendant-Intervenor.        )
_____)
```

- 1 -

Motion of James H. Lister
for Leave to Appear Pro Hac Vice[1]

Having considered the motion for leave to appear pro hac vice of James H. Lister, filed pursuant to Local Rule 83.1(d), this court finds that said motion is GRANTED.

So ordered.

DATED at Anchorage, Alaska, this 6th day of November, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 84.