**WILLIAM P. HORN**
D.C. Bar No.: 375666
**JAMES H. LISTER**
D.C. Bar No.: 447878
**Birch, Horton, Bittner & Cherot, P.C.**
1155 Connecticut Avenue
Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

**Attorneys for Plaintiff State of Alaska**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **KATIE JOHN, GERALD NICOLIA,** et al. <br> **Plaintiffs,** <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** et al., <br><br> **Defendants.** | Case No.: A05-0006-CV (HRH) <br> (Consolidated) |

### NOTEBOOK OF EXHIBITS TO REPLY
### BRIEF OF THE STATE OF ALASKA

**DATED:**     November 6, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al.<br><br>          Plaintiffs,<br><br>          v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | Case No.: A05-0006-CV (HRH)<br>(Consolidated) |

**NOTEBOOK OF EXHIBITS TO REPLY**
**BRIEF OF THE STATE OF ALASKA**

**LIST OF EXHIBITS**

| | |
|---|---|
| **A** | **BRIEFING SUBMITTED IN KATIE JOHN I APPEAL** (EXCLUDING AMICUS CURIAE), 72 F.3D 698 (9TH CIR. 1995, CASE NOS. 94-35480, 94-35481) |
| 1. | Brief for the Federal Appellants (No. 94-35481) |
| 2. | Brief for Appellee State of Alaska (No. 94-35481) |
| 3. | Brief for Appellees AK Fed. of Natives and Katie John (No. 94-35481) |
| 4. | Reply Brief for the Federal Appellants (No. 94-35481) |
| 5. | Brief for Appellant State of Alaska (No. 94-35480) |
| 6. | Brief for Federal Appellees (No. 94-35480) |
| 7. | Brief of Appellees Alaska Federation of Natives and Katie John (No. 94-35480) |
| 8. | Reply Brief of Appellant State of Alaska (No. 94-35480) |
| **B** | **BRIEFING SUBMITTED IN KATIE JOHN II APPEAL** (EXCLUDING AMICUS CURIAE), 247 F.3D 1032 (9TH CIR. 2001, CASE NO. 00-35121) |
| 9. | En Banc Brief for Appellants State of Alaska and Frank Rue |
| 10. | En Banc Brief for the Federal Appellees |

| 11. | Joint Brief for Private Appellees |
| --- | --- |
| 12. | En Banc Reply Brief for Appellants State of Alaska and Frank Rue |
| **C** | **DISTRICT COURT DOCUMENTS IN KATIE JOHN LITIGATION** (District of Alaska, Case Nos. A90-464-CV, A92-264-CV) |
| 13. | Judgment in a Civil Case (A90-484-CV, Jan. 7, 2000) |
| 14. | Judgment in a Civil Case (A92-264-CV, Jan. 7, 2000) |
| 15. | Order (Case Status) (A90-484-CV and A92-264-CV, Jan. 6, 2000) |
| 16. | Order (Case Status) (A90-484-CV and A92-264-CV, Feb. 7, 1996) |
| 17. | 2nd Amended Complaint in Katie John et al. v. Babbitt (A90-484-CV, Mar. 5, 1993) |
| 18. | 1st Amended Complaint in Alaska v. Babbitt (A92-264, Mar. 5, 1993) |
| 19. | Order (Case Status) (A90-484-CV and A92-264-CV, March 31, 1994). |
| **D**. | **OTHER EXHIBITS** |
| 20. | Information Regarding Records of Applications by the United States to the Alaska Department of Natural Resources for Recognition of Water Rights |
| 21. | "Federal Reserved Water Rights in Wilderness Areas," Department of the Interior, Solicitor's Opinion, 96 Interior Dec. 211, 1998 W.L. 410931 (July 26, 1988) |
| 22. | "Dividing Lines, Tidal and Nontidal Waters," Maryland Department of Natural Resources (Map printed Oct. 19, 2006 from State website) |
| 23. | "2006 Regulations, Fishing License Boundary Lines," New Jersey Fish & Wildlife Digest, Freshwater Fishing Issue, Vol. 19, No. 2, January 2006 |

**WILLIAM P. HORN**                                                                 November 6, 2006
**D.C. Bar No.: 375666**
**JAMES H. LISTER**
**D.C. Bar No.: 447878**
**Birch, Horton, Bittner & Cherot, P.C.**
**1155 Connecticut Avenue**
**Suite 1200**
**Washington, D.C. 20036**
**Telephone: (202) 659-5800**
**Facsimile: (202) 659-1027**
**Email: whorn@dc.bhb.com**

**Attorneys for Plaintiff State of Alaska**

G:\101445\1\BAW0682.DOC