**EXHIBIT D-20**

Case 3:05-cv-00006-HRH    Document 92-2    Filed 11/06/2006    Page 1 of 9

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

## Issued Federal Water Rights

| File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Location / use |
|---|---|---|---|---|---|---|---|
| LAS WR 800 | ADL 46282 | Jacobs Creek | Certificate | 5/15/1964 | 37239 | National Parks Service | Wrangle St. Elias |
| LAS WR 800 | ADL 209568 | Rex Creek | Certificate | 3/31/1964 | 37239 | National Parks Service | Wrangle St. Elias |
| LAS WR 800 | LAS 11265 | Bonanza Creek | Certificate | 5/16/1964 | 37239 | National Parks Service | Wrangle St. Elias |
| LAS WR 800 | LAS 11266 | National Creek | Certificate | 5/16/1964 | 37239 | National Parks Service | Wrangle St. Elias |
| LAS WR 800 | ADL 203427 | Drilled Well 305 gpd | Certificate | 1/18/1990 | 151454 | USFS | Grantic Creek Campground and Trailer park |
| LAS WR 800 | ADL 203428 | dug well, 408 gpd | Certificate | 1/18/1990 | 151454 | USFS | Public Campground May - Sept Chugiak Park |
| LAS WR 800 | ADL 203429 | dug well 405 gpd | Certificate | 1/18/1990 | 151454 | USFS | Public campground |
| LAS WR 800 | ADL 203430 | dug well 1000 gpd | Suspended | 1/18/1990 | 151454 | USFS | Campground |
| LAS WR 800 | ADL 203431 | dug well 1170 gpd | Certificate | 1/18/1990 | 151454 | USFS | Campground |
| LAS WR 800 | ADL 203432 | dug well 405 gpd | Certificate | 1/18/1990 | 151454 | USFS | Porcupine Camp Ground |
| LAS WR 800 | ADL 203433 | dug well 1135 gpd | Certificate | 1/18/1990 | 151454 | USFS | Campground |
| LAS WR 800 | ADL 203435 | Dug well, 1215 gpd | Certificate | 1/18/1990 | 151454 | USFS | Public Campground May - Sep |
| LAS WR BLM | ADL 402541 | Drilled Well | Certificate | 11/1/1995 | 115077 | BLM | |
| LAS WR BLM | ADL 402665 | 600 gpd Drilled Well | Certificate | 8/4/1980 | 115077 | BLM | Boarding Dorms |
| LAS WR BLM | ADL 402667 | 1000 gpd camp use | Certificate | 8/5/1980 | 115077 | BLM | Boarding Dorms for Firefighters Seasonal |
| LAS WR BLM | ADL 402788 | 500 gpd drilled well | Certificate | 8/3/1983 | 115077 | BLM | Domestic use in camp |
| LAS WR BLM | ADL 402790 | 500 gpd drilled well | Certificate | 10/23/1980 | | | Boiler for appartments |
| LAS WR BLM | ADL 402792 | 500 gpd drilled well | Certificate | 10/23/1980 | | | Domestic use |
| LAS WR BLM | ADL 402793 | 500 gpd drilled well | Certificate | 10/23/1980 | 115077 | BLM | Domestic use |
| LAS WR BLM | ADL 402795 | 250 gpd drilled well | Certificate | 10/24/1980 | 115077 | BLM | Domestic use |
| LAS WR BLM | ADL 402796 | 250 gpd drilled well | Certificate | 10/24/1980 | 115077 | BLM | Domestic Use |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

ADNR InStream Flow Reservation Applications (Federal and Non-Federal) (See Pages 3-7 for Federal Applications)

| | File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|---|
| 1 | LAS RES 801 | 11974 | Lower Fish Creek | Application | 7/14/1988 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 2 | LAS RES 802 | 25847 | Kenai River | Application | 8/7/2006 | 19293 | ALASKA DEPARTMENT OF FISH AND | 8/7/2006 |
| 3 | LAS RES 803 | 25879 | Sheep Creek | Application | 10/12/2006 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/12/2006 |
| 5 | LAS RES 804 | 25880 | Carlson Creek | Application | 10/12/2006 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/12/2006 |
| 6 | LAS RES 805 | 25881 | Shelokum Creek | Application | 10/12/2006 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/12/2006 |
| 8 | LAS RES 806 | 25882 | Sweetheart Creek | Application | 10/12/2006 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/12/2006 |
| 9 | LAS RES 807 | 25883 | Hilda Creek | Application | 10/12/2006 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/12/2006 |
| 10 | LAS RES 808 | 25884 | Whipple Creek | application | 10/12/2006 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/12/2006 |
| 11 | LAS RES 801 | 11975 | Meadow Creek | Application | 7/14/1988 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 12 | LAS RES 801 | 11976 | Upper Fish Creek | Application | 7/14/1988 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 13 | LAS RES 801 | 11995 | Sawmill Creek | Application | 7/14/1988 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 14 | LAS RES 801 | 11996 | Ketchikan Creek | Application | 7/14/1988 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 15 | LAS RES 801 | 12676 | Kenai River | Application | 9/3/2002 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 17 | LAS RES 801 | 12677 | Kenai River | Application | 9/3/2002 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 18 | LAS RES 801 | 12678 | Ship Creek | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 19 | LAS RES 801 | 12679 | Monanska Creek | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 20 | LAS RES 801 | 12680 | Anchor River | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 22 | LAS RES 801 | 12682 | Buskin River | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 23 | LAS RES 801 | 12683 | Anchor River | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 24 | LAS RES 801 | 12684 | Pillar Creek | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 25 | LAS RES 801 | 12719 | Ward Creek | Application | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 26 | LAS RES 801 | 13223 | Ninilchik | Application | 6/1/1997 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 27 | LAS RES 801 | 13225 | Fish Creek | Application | 3/19/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 28 | LAS RES 801 | 13231 | Buskin River | Application | 3/19/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 29 | LAS RES 801 | 13578 | Chatanika River | Application | 10/28/1991 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 10/28/1991 |
| 30 | LAS RES 801 | 13700 | Jim River, near Fairbanks | Application | 5/15/1992 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 5/15/1992 |
| 31 | LAS RES 801 | 13803 | Baranof River | Application | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 32 | LAS RES 801 | 13804 | Baranof River | Application | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 33 | LAS RES 801 | 13805 | Baranof River | Application | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 34 | LAS RES 801 | 13806 | Mendenhall River | Application | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 35 | LAS RES 801 | 13807 | Mendenhall River | Application | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 36 | LAS RES 801 | 13808 | Auke Creek | Application | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 38 | LAS RES 801 | 14315 | Eagle River | Application | 6/4/1993 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 6/4/1993 |
| 39 | LAS RES 801 | 19476 | Power Creek | Application | 19950203 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/3/1995 |
| 40 | LAS RES 801 | 20067 | Wulik River | Application | 19951227 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 12/27/1995 |
| 41 | LAS RES 801 | 20068 | Snake River | Application | 19951227 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 12/27/1995 |
| 42 | LAS RES 801 | 20277 | Nenana River | Application | 5/9/1996 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 5/9/1996 |
| 43 | LAS RES 801 | 20283 | Nenana River | Application | 5/9/1996 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 5/9/1996 |
| 44 | LAS RES 801 | 20285 | Nenana River | Application | 5/9/1996 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 5/9/1996 |
| 45 | LAS RES 801 | 20334 | Kasilof River | Application | 5/9/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 5/9/1996 |
| 46 | LAS RES 801 | 20335 | Chuitna | Application | 5/9/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 5/9/1996 |
| 47 | LAS RES 801 | 20644 | Sagavanirtok River | Application | 2/3/1995 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 2/3/1995 |
| 48 | LAS RES 801 | 20645 | Sagavanirtok River | Application | 2/3/1995 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 2/3/1995 |
| 49 | LAS RES 801 | 20646 | Kuparuk | Application | 2/3/1995 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 2/3/1995 |
| 50 | LAS RES 801 | 21125 | Kobuk | Application | 12/31/1996 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 12/31/1996 |
| 51 | LAS RES 801 | 21134 | Kobuk | Application | 12/31/1996 | 000019293 | ALASKA DEPARTMENT OF FISH AND | 12/31/1996 |
| 52 | LAS RES 801 | 21243 | Klehini River | Federal | 12/31/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/31/1996 |
| 53 | LAS RES 801 | 21245 | Chilkat River | Application | 6/4/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 6/4/1996 |
| 54 | LAS RES 801 | 21258 | Chilkat River | Application | 6/4/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 6/4/1996 |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

| | File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|---|
| 55 | LAS RES 801 | 21260 | Lemon Creek | Application | 12/31/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/31/1996 |
| 56 | LAS RES 801 | 21261 | Lemon Creek | Application | 12/31/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/31/1996 |
| 57 | LAS RES 801 | 21275 | Taku River | Application | 12/27/1995 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/27/1995 |
| 58 | LAS RES 801 | 21287 | Karta River | Application | 12/27/1995 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/27/1995 |
| 59 | LAS RES 801 | 21289 | Lake Creek | Application | 6/4/1993 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 6/4/1993 |
| 60 | LAS RES 801 | 21291 | Situk River | Application | 2/3/1995 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/3/1995 |
| 61 | LAS RES 801 | 21292 | Stikine River | Application | 12/27/1995 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/27/1995 |
| 62 | LAS RES 801 | 22405 | Copper River | Application | 12/28/1998 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/28/1998 |
| 63 | LAS RES 801 | 22406 | Solomon River | Application | 12/31/1998 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/31/1998 |
| 64 | LAS RES 801 | 22407 | Copper River | Application | 12/28/1998 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/28/1998 |
| 65 | LAS RES 801 | 22408 | Klutina River | Application | 12/28/1998 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/28/1998 |
| 66 | LAS RES 801 | 24379 | Newhalen | Application | 7/28/2003 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/28/2003 |
| 67 | LAS RES 801 | 24380 | Karluk | Application | 7/28/2003 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/28/2003 |
| 68 | LAS RES 801 | 24381 | Wood River | Application | 7/28/2003 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/28/2003 |
| 69 | LAS RES 801 | 24383 | Kvichak River | Application | 7/28/2003 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/28/2003 |
| 70 | LAS RES 801 | 25692 | Yentna River | Application | 3/11/2006 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 3/11/2006 |
| 71 | LAS RES 801 | 25693 | Sashin Creek | Application | 3/11/2006 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 3/11/2006 |
| 72 | LAS RES 801 | 25694 | Maksouthof River | Application | 3/11/2006 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 3/11/2006 |
| 73 | LAS RES 801 | 25695 | Peter's Creek | Application | 3/11/2006 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 3/11/2006 |
| 74 | LAS RES 801 | 25696 | Hasselborg Creek | Application | 3/11/2006 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 3/11/2006 |
| 75 | LAS RES 802 | 11977 | Little Susitna River | Certificate Issued | 6/1/1997 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 76 | LAS RES 803 | 11998 | Chena River | Certificate Issued | 7/14/1988 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 77 | LAS RES 804 | 12685 | Buskin Lake | Certificate Issued | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 78 | LAS RES 805 | 13577 | Delta Clearwater | Certificate Issued | 3/19/1991 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 79 | LAS RES 801 | 11561 | Little Susitna River | Certificate Issued | 11/1/1988 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/31/1987 |
| 80 | LAS RES 801 | 11562 | Willow Creek | Certificate Issued | 7/8/1988 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/31/1987 |
| 81 | LAS RES 801 | 11972 | Cottonwood Creek | Certificate Issued | 5/15/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 82 | LAS RES 801 | 11973 | Campbell Creek | Certificate Issued | 5/15/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 83 | LAS RES 801 | 11981 | Campbell Creek | Certificate Issued | 6/29/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 7/25/1988 |
| 84 | LAS RES 801 | 12236 | Indian River | Certificate Issued | 8/3/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 1/12/1989 |
| 85 | LAS RES 801 | 12675 | Salcha River | Certificate Issued | 12/6/2005 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 2/7/1990 |
| 86 | LAS RES 801 | 12681 | N. FK Campbell | Certificate Issued | 2/5/1990 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 2/5/1990 |
| 87 | LAS RES 801 | 13222 | S. FK Campbell | Certificate Issued | 3/19/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 88 | LAS RES 801 | 13226 | Montana Creek | Certificate Issued | 3/19/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 89 | LAS RES 801 | 13228 | Talkeetna River | Certificate Issued | 3/19/1991 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 3/19/1991 |
| 90 | LAS RES 801 | 13652 | Deception Creek | Certificate Issued | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 91 | LAS RES 801 | 13654 | Deshka River | Certificate Issued | 4/10/1992 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 4/10/1992 |
| 92 | LAS RES 801 | 1824 | Terror River | Certificate Issued | 7/6/1984 | 000163021 | ALASKA DEPARTMENT OF FISH AND | 7/6/1984 |
| 93 | LAS RES 801 | 20995 | Glacier Creek | Certificate Issued | 12/31/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 12/31/1996 |
| 94 | LAS RES 801 | 21272 | Salmon River | Certificate Issued | 5/9/1996 | 000124286 | ALASKA DEPARTMENT OF FISH AND | 5/9/1996 |
| 95 | LAS RES 801 | 11999 | Chena River | Closed | 1997/0722 | 000192293 | ALASKA DEPARTMENT OF FISH AND | 7/14/1988 |
| 96 | LAS RES 801 | 14308 | Tanana River | Closed | 1997/0723 | 000192293 | AUACAFS - ARCTIC UNIT, AK CHPT | 6/4/1993 |
| 97 | LAS RES 801 | 13897 | | Application | 11/18/1992 | 000201112 | | 11/18/1992 |
| 1 | LAS RES 801 | 20526 | Blue Lake / Sawmill Creek | Certificate Issued | 20100214 | 000034376 | DNR DMLW WATER STATEWIDE & ABA | 19960830 |
| 2 | LAS RES 801 | 24334 | Thunderbird Creek | Application | 20030602 | 000042784 | EKLUTNA, NATIVE VILLAGE OF | 20030602 |
| 3 | LAS RES 801 | 24335 | Eklutna River | Application | 20030602 | 000042784 | EKLUTNA, NATIVE VILLAGE OF | 20030602 |
| 4 | LAS RES 801 | 24336 | Eklutna River | Application | 20030602 | 000042784 | EKLUTNA, NATIVE VILLAGE OF | 20030602 |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

| | File_Type | Case File Number | Water Body | Certificate Issued | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|---|---|
| 5 | LAS RES 801 | 23051 | Lower Talarik River | | Application | 20000207 | 000038758 | THE NATURE CONSERVANCY | 20000207 |
| 6 | LAS RES 802 | 21290 | Duck Creek | | Application | 19930628 | 000035487 | TROUT UNLIMITED | 19930628 |
| 1 | LAS RES 801 | 11997 | Beaver Creek | 19890526 | | | 000115077 | USDI BLM (FAIRBANKS) | 19880510 |
| 2 | LAS RES 801 | 20502 | Gulkana, Mainstem | | Application | 19960710 | 000034559 | USDI BLM ALASKA STATE OFFICE | 19960710 |
| 3 | LAS RES 801 | 20503 | Gulkana, West Fork | | Application | 19960710 | 000034559 | USDI BLM ALASKA STATE OFFICE | 19960710 |
| 4 | LAS RES 801 | 20504 | Gulkana Middle Fork | | Application | 19960710 | 000034559 | USDI BLM ALASKA STATE OFFICE | 19960710 |
| 5 | LAS RES 801 | 23861 | Unalakleet River | | Application | 20010319 | 000034559 | USDI BLM ALASKA STATE OFFICE | 20010319 |
| 6 | LAS RES 801 | 24386 | Birch Creek | | Application | 20010111 | 000034559 | USDI BLM ALASKA STATE OFFICE | 20010111 |
| 7 | LAS RES 802 | 25792 | Fourtymile River | | Application | 8/3/2006 | 000034559 | USDI BLM ALASKA STATE OFFICE | 8/3/2006 |
| 1 | LAS RES 801 | 19212 | Tamavariak River, West Fork | | Application | 8/3/1994 | 000166103 | USDI FISH & WILDLIFE SVC | 19940803 |
| 2 | LAS RES 801 | 19213 | Tamavariak River, Middle Fork | | Application | 8/3/1994 | 000166103 | USDI FISH & WILDLIFE SVC | 19940803 |
| 3 | LAS RES 801 | 19214 | Fork | | Application | 8/3/1994 | 000166103 | USDI FISH & WILDLIFE SVC | 19940803 |
| 4 | LAS RES 801 | 19215 | Tamayariak River, Reach #1 | | Application | 7/1/1994 | 000166103 | USDI FISH & WILDLIFE SVC | 19940701 |
| 5 | LAS RES 801 | 19391 | Tamayariak River, Lower Main Stem | | Application | 19940929 | 000166103 | USDI FISH & WILDLIFE SVC | 19940929 |
| 6 | LAS RES 801 | 19957 | Itkilyariak River West Fork | | Application | 19950804 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 7 | LAS RES 801 | 19958 | Itkilyariak River Upper | | Application | 19950804 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 8 | LAS RES 801 | 19959 | Itkilyariak Lower | | Application | 19950804 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 9 | LAS RES 801 | 19960 | Akutoktak River | | Application | 19950804 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 10 | LAS RES 801 | 19961 | Upper Sadlerochit Spring Creek | | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 11 | LAS RES 801 | 19962 | Lower Sadlerochit River | | Application | 19951011 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 12 | LAS RES 801 | 19963 | Sadlerochit Spring Creek | | Application | 19950804 | 000166103 | USDI FISH & WILDLIFE SVC | 19950804 |
| 13 | LAS RES 801 | 20540 | ANWR LK # 6 | | Application | 19960709 | 000166103 | USDI FISH & WILDLIFE SVC | 19960709 |
| 14 | LAS RES 801 | 21135 | ANWR LK # 22 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 15 | LAS RES 801 | 21139 | ANWR LK # 23 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 16 | LAS RES 801 | 21140 | LK # 29 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 17 | LAS RES 801 | 21142 | LK # 76 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 18 | LAS RES 801 | 21145 | LK # 34 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 19 | LAS RES 801 | 21147 | LK # 2 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 20 | LAS RES 801 | 21148 | LK # 36 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 21 | LAS RES 801 | 21149 | LK # 20 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 22 | LAS RES 801 | 21150 | LK # 80 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 23 | LAS RES 801 | 21151 | LK # 119 | | Application | 19970221 | 000166103 | USDI FISH & WILDLIFE SVC | 19970221 |
| 24 | LAS RES 801 | 21526 | LK # 7 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 25 | LAS RES 801 | 21527 | LK # 14 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 26 | LAS RES 801 | 21528 | LK # 15 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 27 | LAS RES 801 | 21529 | LK #24 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 28 | LAS RES 801 | 21530 | LK # 32 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 29 | LAS RES 801 | 21531 | LK # 35 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 30 | LAS RES 801 | 21532 | LK # 37 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 31 | LAS RES 801 | 21533 | LK # 38 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 32 | LAS RES 801 | 21534 | LK # 45 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 33 | LAS RES 801 | 21535 | LK # 46 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 34 | LAS RES 801 | 21536 | LK #49 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 35 | LAS RES 801 | 21537 | LK # 53 | | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

| | File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|---|
| 36 | LAS RES 801 | 21538 | LK # 60 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 37 | LAS RES 801 | 21539 | LK # 60/62 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 38 | LAS RES 801 | 21540 | LK # 63 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 39 | LAS RES 801 | 21541 | LK # 64 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 40 | LAS RES 801 | 21542 | LK # 65 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 41 | LAS RES 801 | 21543 | LK # 68 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 42 | LAS RES 801 | 21544 | LK # 72 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 43 | LAS RES 801 | 21545 | LK # 73 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 44 | LAS RES 801 | 21546 | LK # 75 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 45 | LAS RES 801 | 21547 | LK # 78 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 46 | LAS RES 801 | 21548 | LK # 83 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 47 | LAS RES 801 | 21549 | LK # 84 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 48 | LAS RES 801 | 21550 | LK # 86 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 49 | LAS RES 801 | 21551 | LK # 89 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 50 | LAS RES 801 | 21552 | LK # 94 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 51 | LAS RES 801 | 21553 | LK # 99 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 52 | LAS RES 801 | 21554 | LK # 115 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 53 | LAS RES 801 | 21555 | LK # 116 | Application | 19970807 | 000166103 | USDI FISH & WILDLIFE SVC | 19970807 |
| 54 | LAS RES 801 | 21556 | LK # 19 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 55 | LAS RES 801 | 21557 | LK # 18 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 56 | LAS RES 801 | 21558 | LK # 17 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 57 | LAS RES 801 | 21559 | LK # 16 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 58 | LAS RES 801 | 21560 | LK # 13 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 59 | LAS RES 801 | 21561 | LK # 11 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 60 | LAS RES 801 | 21562 | LK # 10 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 61 | LAS RES 801 | 21563 | LK # 9 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 62 | LAS RES 801 | 21564 | LK # 8 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 63 | LAS RES 801 | 21565 | LK # 5 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 64 | LAS RES 801 | 21566 | LK # 4 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 65 | LAS RES 801 | 21567 | LK # 21 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 66 | LAS RES 801 | 21568 | LK # 26 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 67 | LAS RES 801 | 21569 | LK # 28 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 68 | LAS RES 801 | 21570 | LK # 33 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 69 | LAS RES 801 | 21571 | LK # 40 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 70 | LAS RES 801 | 21572 | LK # 41 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 71 | LAS RES 801 | 21573 | LK # 42 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 72 | LAS RES 801 | 21574 | LK # 44 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 73 | LAS RES 801 | 21575 | LK # 50 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 74 | LAS RES 801 | 21576 | LK # 53 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 75 | LAS RES 801 | 21577 | LK # 54 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 76 | LAS RES 801 | 21578 | LK # 55 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 77 | LAS RES 801 | 21579 | LK # 57 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 78 | LAS RES 801 | 21580 | LK # 62 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 79 | LAS RES 801 | 21581 | LK # 66 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 80 | LAS RES 801 | 21582 | LK # 67 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 81 | LAS RES 801 | 21583 | LK # 69 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 82 | LAS RES 801 | 21584 | LK # 77 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 83 | LAS RES 801 | 21585 | LK # 79 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 84 | LAS RES 801 | 21586 | LK # 82 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 85 | LAS RES 801 | 21587 | LK # 85 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 86 | LAS RES 801 | 21588 | LK # 87 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

| | File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|---|
| 87 | LAS RES 801 | 21589 | LK # 90 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 88 | LAS RES 801 | 21590 | LK # 95 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 89 | LAS RES 801 | 21591 | LK # 96 | Application | 19970905 | 000166103 | USDI FISH & WILDLIFE SVC | 19970905 |
| 90 | LAS RES 801 | 22502 | LK # 12 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 91 | LAS RES 801 | 22506 | LK # 27 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 92 | LAS RES 801 | 22507 | LK # 31 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 93 | LAS RES 801 | 22508 | LK # 47 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 94 | LAS RES 801 | 22509 | LK # 51 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 95 | LAS RES 801 | 22510 | LK # 56 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 96 | LAS RES 801 | 22511 | LK # 58 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 97 | LAS RES 801 | 22512 | LK # 81 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 98 | LAS RES 801 | 22513 | LK # 88 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 99 | LAS RES 801 | 22514 | LK # 91 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 100 | LAS RES 801 | 22515 | LK # 92 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 101 | LAS RES 801 | 22516 | LK # 93 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 102 | LAS RES 801 | 22517 | LK # 97 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 103 | LAS RES 801 | 22518 | LK # 100 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 104 | LAS RES 801 | 22519 | LK # 101 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 105 | LAS RES 801 | 22520 | LK # 102 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 106 | LAS RES 801 | 22521 | LK # 103 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 107 | LAS RES 801 | 22522 | LK # 104 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 108 | LAS RES 801 | 22523 | LK # 105 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 109 | LAS RES 801 | 22524 | LK # 106 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 110 | LAS RES 801 | 22525 | LK # 107 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 111 | LAS RES 801 | 22526 | LK # 108 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 112 | LAS RES 801 | 22527 | LK # 109 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 113 | LAS RES 801 | 22528 | LK # 110 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 114 | LAS RES 801 | 22529 | LK # 111 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 115 | LAS RES 801 | 22530 | LK # 117 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 116 | LAS RES 801 | 22531 | LK # 118 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 117 | LAS RES 801 | 22532 | LK # 120 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 118 | LAS RES 801 | 22533 | LK # 121 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 119 | LAS RES 801 | 22534 | LK # 122 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 120 | LAS RES 801 | 22535 | LK # 123 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 121 | LAS RES 801 | 22536 | LK # 124 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 122 | LAS RES 801 | 22537 | LK # 125 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 123 | LAS RES 801 | 22538 | LK # 126 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 124 | LAS RES 801 | 22539 | LK # 181 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 125 | LAS RES 801 | 22540 | LK # 183 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 126 | LAS RES 801 | 22541 | LK # 185 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 127 | LAS RES 801 | 22542 | LK # 186 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 128 | LAS RES 801 | 22543 | LK # 187 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 129 | LAS RES 801 | 22544 | LK # 188 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 130 | LAS RES 801 | 22545 | LK # 189 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 131 | LAS RES 801 | 22546 | LK # 190 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 132 | LAS RES 801 | 22547 | LK # 191 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 133 | LAS RES 801 | 22548 | LK # 192 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 134 | LAS RES 801 | 22549 | LK # 194 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 135 | LAS RES 801 | 22550 | LK # 200 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 136 | LAS RES 801 | 22551 | LK # 201 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 137 | LAS RES 801 | 22552 | LK # 202 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

| | File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|---|
| 138 | LAS RES 801 | 22553 | LK # 230 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 139 | LAS RES 801 | 22554 | LK # 230 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 140 | LAS RES 801 | 22555 | LK # 231 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 141 | LAS RES 801 | 22556 | LK # 232 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 142 | LAS RES 801 | 22557 | LK # 233 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 143 | LAS RES 801 | 22558 | LK # 234 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 144 | LAS RES 801 | 22559 | LK # 235 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 145 | LAS RES 801 | 22560 | LK # 236 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 146 | LAS RES 801 | 22561 | LK # 237 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 147 | LAS RES 801 | 22562 | LK # 238 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 148 | LAS RES 801 | 22563 | LK # 239 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 149 | LAS RES 801 | 22564 | LK # 240 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 150 | LAS RES 801 | 22565 | LK # 241 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 151 | LAS RES 801 | 22566 | LK # 242 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 152 | LAS RES 801 | 22567 | LK # 245 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 153 | LAS RES 801 | 22568 | LK # 291 | Application | 19980911 | 000166103 | USDI FISH & WILDLIFE SVC | 19980911 |
| 154 | LAS RES 801 | 23642 | LK # 21 Southern Yukon Flats Refuge | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 155 | LAS RES 801 | 23643 | LK # 18 Southern Yukon Flats Refuge | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 156 | LAS RES 801 | 23644 | LK # 20, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 157 | LAS RES 801 | 23645 | LK # 2 SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 158 | LAS RES 801 | 23646 | LK # 4, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 159 | LAS RES 801 | 23647 | LK # 122, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 160 | LAS RES 801 | 23648 | LK # 5, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 161 | LAS RES 801 | 23649 | LK # 9, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 162 | LAS RES 801 | 23650 | LK # 22, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 163 | LAS RES 801 | 23651 | LK # N, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 164 | LAS RES 801 | 23652 | LK # 46, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 165 | LAS RES 801 | 23653 | LK # 47, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 166 | LAS RES 801 | 23654 | LK # 24, SYFR, Lower halfway lake | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 167 | LAS RES 801 | 23655 | LK J, SYFR | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 168 | LAS RES 801 | 23656 | LK 48, 49, 50 Geece lakes Yukon Flats Refuge | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 169 | LAS RES 801 | 23657 | LK # 0, SYFR, Crosstrail lake | Application | 20000912 | 000166103 | USDI FISH & WILDLIFE SVC | 20000912 |
| 170 | LAS RES 801 | 23658 | LK # 1 SYFR, Canasback Lake | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 171 | LAS RES 801 | 23659 | LK # 8, SYFR, Burman Lake | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 172 | LAS RES 801 | 23660 | LK # 3, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 173 | LAS RES 801 | 23661 | LK # 146, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 174 | LAS RES 801 | 23662 | LK # 153, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 175 | LAS RES 801 | 23665 | LK # M, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 176 | LAS RES 801 | 23666 | LK # 145, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 177 | LAS RES 801 | 23667 | LK I, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 178 | LAS RES 801 | 23668 | LK # K, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 179 | LAS RES 801 | 23669 | LK # 10, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 180 | LAS RES 801 | 23670 | LK # 17, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 181 | LAS RES 801 | 23671 | LK # 19, SYFR, Why Lake | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 182 | LAS RES 801 | 23672 | LK # 148 / 149 SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 183 | LAS RES 801 | 23673 | LK # 151, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 184 | LAS RES 801 | 23674 | LK # 152, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |

Information Prepared from Alaska Department of Natural Resources Water Rights Records (11/03/06)

| File_Type | Case File Number | Water Body | Status | Priority Date | CID | Applicant | Case_Initiate_Date |
|---|---|---|---|---|---|---|---|
| 185 LAS RES 801 | 23675 | LK # 154, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 186 LAS RES 801 | 23676 | LK # 160, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 187 LAS RES 801 | 23677 | Lake L, SYFR | Application | 20010913 | 000166103 | USDI FISH & WILDLIFE SVC | 20010913 |
| 188 LAS RES 801 | 23806 | Uganik River, Lower Segment, Located Kodiak | Application | 20010927 | 000166103 | USDI FISH & WILDLIFE SVC | 20010927 |
| 189 LAS RES 801 | 23997 | Hadweenzic River | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 190 LAS RES 801 | 23998 | Hadweenzic River | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 191 LAS RES 801 | 23999 | Sheenjek River | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 192 LAS RES 801 | 24000 | Birch Creek upper | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 193 LAS RES 801 | 24001 | Preacher Creek | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 194 LAS RES 801 | 24003 | Birch Creek Lower | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 195 LAS RES 801 | 24004 | Birch Creek upper | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 196 LAS RES 801 | 24005 | Birch Creek upper | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 197 LAS RES 801 | 24006 | Little Black River | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |
| 198 LAS RES 801 | 24007 | Beaver Creek | Application | 20020920 | 000166103 | USDI FISH & WILDLIFE SVC | 20020920 |

Total Numbers of Applications on file 198

| | | |
|---|---|---|
| TOTAL | 7 | USDI FISH & WILDLIFE SVC |
| | 97 | USDI BLM ALASKA STATE OFFICE |
| | 6 | ALASKA DEPARTMENT OF FISH AND |
| | | PRIVATE ORGANIZATIONS |
| TOTAL | 308 | |

| | Number of Certificates | |
|---|---|---|
| | 1 | USDI FISH & WILDLIFE SVC |
| | 22 | USDI BLM ALASKA STATE OFFICE |
| | 1 | ALASKA DEPARTMENT OF FISH AND |
| | 24 | PRIVATE ORGANIZATIONS Misc. DNR |
| TOTAL | 308 | |
| | 24 | |