# EXHIBIT D-22 thru 23

Case 3:05-cv-00006-HRH   Document 92-4   Filed 11/06/2006   Page 1 of 11

# EXHIBIT D-22

**Dividing Lines, Tidal and Nontidal Waters:**

*Click on a region for a closer view of the tidal/nontidal dividing lines in that area.*



The following boundaries are designated as official dividing lines for tidal and nontidal waters. These boundary lines are for the purpose of delineating those areas in which nontidal fishing licenses or Chesapeake Bay sportfishing licenses are required and tidal or nontidal fishing regulations apply, and have no other legal significance.

1. Harford County.
    a. Winter's Run: Dam located one half mile south of State Highway 7, the Old Philadelphia Road.
    b. Bynum Run: Old Philadelphia Road Bridge on State Highway 7.
    c. James Run: Old Philadelphia Road Bridge on State Highway 7.
    d. Deer Creek: Railroad bridge located at the mouth of Deer Creek.
2. Baltimore County.
    a. Big Gunpowder Falls: Three-fourths of a mile south of State Highway 7, the Old Philadelphia Road at B&O Railroad Bridge.
    b. Little Gunpowder Falls: Three-fourths of a mile south of State Highway 7, the Old Philadelphia Road at B&O Railroad Bridge.
    c. Stemmers Run: Golden Ring Road Bridge.
3. Baltimore and Howard Counties. Patapsco River: B&O Viaduct at Relay.
4. Anne Arundel and Prince George's Counties.
    a. Patuxent River:
        i. Mainstem: bridge on Route 214;

- ii. Lyons Creek: Route 4;
- iii. Stocketts Run: confluence with the river;
- iv. Rock Run: confluence with the river;
- v. Ferry Branch: confluence with the river.
- b. Severn River: Bridge on State Highway 3.
- c. Furnace Branch: Route 2.
- d. Anacostia River: Northeast Branch Bridge at northbound lane of Alternate Route 1, Bladensburg Road; Northwest Branch Bridge at southbound lane of Rhode Island Avenue.
- e. Marley Creek: Route 10.
- f. Magothy River: Catherine Ave.
- g. South River and its tributaries:
  - i. North River: Rutland Road;
  - ii. Bacon Ridge Branch: Chesterfield Road;
  - iii. Beards Creek: Route 214;
  - iv. Broad Creek: Harry S Truman Parkway.

5. Charles, Montgomery, and Prince George's Counties.
   a. Potomac River: Northwest quadrant boundary lines of the District of Columbia, approximately 0.5 mile upriver from Chain Bridge.
   b. Piscataway Creek: Bridge on State Highway 224 (Livingston Road).
   c. Henson Run: Bridge on Old Broad Creek Road.
   d. Western Branch: Bridge on State Highway 4.
   e. Nanjemoy Creek:
      - i. Mainstem: Route 6;
      - ii. Mill Run (Burgess Cr.): Route 6;
      - iii. Hill Top Fork: Route 6;
      - iv. Wards Run: Route 6.
   f. Wicomico River: Allens Fresh, Bridge on State Highway 234.
   g. Port Tobacco Creek: Bridge on State Highway 6.
   h. Mattawoman Creek: Bridge on State Highway 225.
   i. Patuxent River:
      - i. Swanson Creek: Route 381;
      - ii. Mataponi Creek: St. Thomas Church Road;
      - iii. Spice Creek: Route 382, Croom Road;
      - iv. Full Mill Branch: Route 382, Croom Road;
      - v. Black Swamp Creek: Route 382, Croom Road.
   j. Pomonkey Creek: Fenwick Road.
   k. Hoghole Run: Route 6.
   l. Oxen Creek (Run): Route 210.

6. Kent and Queen Anne's Counties.
   a. Chester River: 500 yards upstream from the Pennsylvania Railroad Bridge at Millington at the point where the Cypress Branch empties into the Chester River
   b. Unicorn Branch: The U.S. Geological Survey weir just east of State Highway
   c. Sassafras River: Route 299.

  d. Herring Branch: Route 299.
  e. Morgan Creek: Wallis Road.
  f. Red Lion Branch at its confluence with the Chester River.
7. Caroline County.
  a. Choptank River: Bypass bridge on State Highway 313 on the outskirts of Greensboro.
  b. Tuckahoe Creek: Abandoned stone railroad bridge upstream of Route 404.
  c. Watt's Creek: Bridge on American Legion Road.
  d. Fowling Creek: Wooden Bridge on Stratum Road about one mile below State Highway 16.
  e. Chapel Branch: Route 313 near Piney Grove Church.
  f. Marshy Hope Creek: At its confluence with Faulkner Branch.
  g. Mill Creek: Route 16.
  h. Hunting Creek: Route 331.
8. Wicomico and Worcester Counties.
  a. Pocomoke River: Bridge on Whiton Crossing, 3 miles south of Powellville.
  b. Wicomico River: Isabella Street in Salisbury.
  c. Beaverdam Creek: Dam just upstream of U.S. Route 13 (Business).
  d. Nassawango Creek: Furnace Road.
9. St. Mary's County.
  a. Park Hall Run: State Highway 5.
  b. McIntosh Run: Bridge at Clements on State Highway 237.
  c. Great Mills Run: Bridge on State Highway 5.
  d. Town Run: Bridge on State Highway 5.
  e. Chaptico Run: Chaptico Bridge on State Highway 234.
  f. Eastern Branch: Route 5.
  g. Dynard Run: Route 242.
  h. Tomakokin Creek: Route 470.
  i. Buds Creek: Route 234.
  j. Gilbert Swamp Run: Route 234.
10. Calvert County.
  a. St. Leonard's Creek: Parran Road.
  b. Battle Creek: Bridge about 2 miles east of Bowens (Sixes Road).
  c. Parker's Creek: State Highway 765.
  d. Hunting Creek: At bridge on State Highway 263 about 100 yards west of State Highway 4.
  e. Hall's Creek: Bridge on State Highway 4.
  f. Lyons Creek: Bridge on State Highway 4.
  g. Fishing Creek: One and one-half miles upstream from the mouth of the creek at Chesapeake Beach.
  h. Plum Point Creek: Bridge on State Highway 263.
  i. Mills Creek: Route 760.
  j. Hellen Creek: Mill Branch Road, near Solomons.
  k. Island Creek: Ross Road, near Brooms Island.
  l. St. Johns Creek: Route 4.

       m. Quaker Swamp: Routes 2/4.
11. Susquehanna River. Conowingo Dam at US Route 1.
12. Cecil County.
       a. Octoraro Creek: Bridge on U.S. Route 222.
       b. Rock Run: Confluence with the Susquehanna River.
       c. Mill Creek: Old Elk Neck Road.
       d. Principio Creek: Amtrack crossing below Route 7.
       e. North East River: Route 7.
       f. Little Elk Creek: U.S. Route 40.
       g. Big Elk Creek: Route 213.
       h. Bohemia River: Telegraph Road.
       i. Happy Valley Branch: Confluence with Susquehanna River.
13. Dorchester County.
       a. Chicamicomico River: U.S. Route 50.
       b. Transquaking River: Dam at Higgins Mill Pond.

**Back to Regulations**

**Back to Fisheries**




1. Sassafras River - Route 299
2. Herring Branch - Route 299
3. Morgan Creek - Wallis/Perkins Hill Rd
4. Red Lion Branch - Confluence with Chester R
5. Unicorn Branch - USGS Weir east of Route 313
6. Chester River - 500 yards upstream from Railroad Bridge
7. Tuckahoe Creek - Abandoned stone railroad bridge above Rt 404
8. Choptank River - Route 313 near Greensboro
9. Chapel Branch - Rt 313 near Piney Grove Church
10. Watts Creek - Bridge on American Legion Rd

**Eastern Region Tidal/Nontidal Dividing Lines**

11. Mill Creek - Route 16
12. Fowling Creek - Wooden bridge on Stratum Road
13. Hunting Creek - Route 331
14. Marshy Hope Creek - Confluence with Faulkner Branch
15. Transquaking River - Dam at Higgins Mill Rd
16. Chicamicomico River - Route 50
17. Wicomico River - Isabella Street, Salisbury
18. Beaverdam Creek - Dam upstream of Rt 13 BUS
19. Pocomoke River - Bridge on Whiton Crossing Rd
20. Nassawango Creek - Old Furnace Rd

[Back to the Regional Map](#)

[Back to Regulations](#)

[Back to Fisheries](#)



## Southcentral Region Tidal/Nontidal Dividing Lines

1. Furnace Branch - Route 2
2. Marley Creek - Route 10
3. Magothy River - Catherine Ave
4. Severn River - Route 3 Bridge
5. South River - Bacon Ridge Branch, Chesterfield Rd
6. South River - North River, Rutland Rd
7. South River - Broad Creek, H.S. Truman Pkwy
8. South River - Beards Creek, Route 214
9. Northwest Branch - Alt Rt 1 North (Bladensburg Rd)
10. Northeast Branch - Rt 1 Bridge (Rhode Island Ave)
11. Patuxent River - Rt 214 Bridge
12. Stocketts Run - Confluence with Patuxent R
13. Rock Run - Confluence with Patuxent R
14. Ferry Branch - Confluence with Patuxent R
15. Western Branch - Route 4 Bridge
16. Oxen Creek - Route 210
17. Henson Run - Old Broad Creek Rd
18. Piscataway Creek - Livingston Road
19. Lyons Creek - Route 4
20. Mataponi Creek - St Thomas Church Rd
21. Hall's Creek - Route 4 Bridge
22. Fishing Creek - 1.5 miles upstream from Ches. Beach
23. Spice Creek - Route 382
24. Full Mill Branch - Route 382
25. Black Swamp Creek - Route 382
26. Hunting Creek - Route 263
27. Plum Point Creek - Route 263 Bridge
28. Parker Creek - Route 765
29. Battle Creek - Sixes Rd (2 miles east of Bowens)
30. Island Creek - Ross Rd (Near Brooms Island)
31. St Leonard's Creek - Parran Road
32. Quaker Swamp - Route 2 and 4
33. St Johns Creek - Route 2 and 4
34. Helen Creek - Mill Bridge Rd near Solomons
35. Mill Creek - Route 760

Back to the Regional Map

Back to Regulations

Back to Fisheries

# EXHIBIT D-23



# New Jersey Fish & Wildlife DIGEST

## 2006 Freshwater Fishing Issue

A Summary of Rules & Management Information
www.njfishandwildlife.com

VOL. 19 NO. 2
January 2006

**Free**

Free Fishing Days!
Take a Friend Fishing
June 10 & 11
See page 43

*Exciting Trout Program Changes*

*New Licensing System Unveiled*

# Fishing License Boundary Lines

## 2006 REGULATIONS

A fishing license is required to fish the fresh waters of the state. Locations listed below mark the change from salt water (license not required) to fresh water. A fishing license is required at and **upstream** of these locations.

### ATLANTIC COUNTY
Absecon Creek–Dam at Lower Atlantic City Reservoir
Great Egg Harbor River–Power lines at confluence of Gravelly Run
Middle River–None–all saline water
Mullica River–Line between Seventh Ave., Sweetwater, and ramp at Crowleys Landing
Nacote Creek–Port Republic Dam
Patcong Creek–Bargaintown Lake Dam
South River–Power lines immediately below Route 50
Tuckahoe River–First northerly tributary downstream of Rt. 49 Bridge (McNeals Branch)

### BERGEN COUNTY
Hackensack River–Cedar Lane Bridge between Hackensack and Teaneck
Hudson River–None–all saline water
Passaic River–Required whole length

### BURLINGTON COUNTY
Assiscunk Creek–Required whole length
Bass River State–Fir Bridge on Stage Road in Bass River State Forest
Batsto River–Required whole length
Blacks Creek–Required whole length
Crosswicks Creek–Required whole length
Delaware River–Required whole length
Mullica River–Line between Seventh Ave., Sweetwater, and ramp at Crowleys Landing
Pennsauken Creek–Required whole length
Pompeston Creek–Required whole length
Rancocas Creek–Required whole length
Swedes Run–Required whole length
Wading River–Charcoal Landing, Chips Folly Campground

### CAMDEN COUNTY
License required on Delaware River and all other waters

### CAPE MAY COUNTY
Bidwells Creek–None–all saline water
Cedar Swamp Creek–None–all saline water
Dennis Creek–None–all saline water
East Creek–100 ft. below East Creek Lake Dam, Eldora
Tuckahoe River–First northerly tributary downstream of lower Rt. 49 Bridge (McNeals Br.)
West Creek–100 feet below West Creek Lake dam (Pickle Factory Pond)

### CUMBERLAND COUNTY
Andrews Creek–None–all saline water
Back Creek–None–all saline water
Cedar Creek–100 ft. downstream of Cedar Lake dam
Cohansey River–Rt. 49 Bridge at Bridgeton
Dividing Creek–Route 555 bridge
Fishing Creek–None–all saline water
Fortescue Cr./Branch of Oranoken Cr.–None–all saline water
Manumuskin Creek–Required whole length
Maurice River–Mouth of Manumuskin Creek near Port Elizabeth
Menantico Creek–Required whole length
Mill Creek–Tributary of Cohansey–Route 553 bridge, Fairton
Muskee Creek–S. side of bridge on Weathersby Road
Nantuxent Creek (Pages Run)–Route 553 north of Frames Corner
Oranoken Creek–Whitecar Mill, North of Beaver Dam
Oyster Creek–None–all saline water
Riggins Ditch–Route 47
Sow and Pigs Branch Nantuxent–None–all saline water
Stow Creek–Buckhorn Rd. Bridge, Jericho
Straight Creek–None–all saline water
West Creek–100 ft. below West Creek Lake dam (Pickle Factory Pond)

### ESSEX COUNTY
Passaic River–Erie Railroad Bridge between Newark (at Verona Ave.) and Kearny
Peddie Ditch–None–all saline water

### GLOUCESTER COUNTY
Big Timber Creek–Required whole length
Delaware River–Commodore Barry Bridge at Bridgeport
Mantua Creek–Required whole length
Oldmans Creek–Route I-295 bridge
Raccoon Creek–Required whole length
Woodbury Creek–Required whole length

### HUDSON COUNTY
Hackensack River–None–all saline water
Hudson River–None–all saline water
Passaic River–Railroad bridge between Newark (at Verona Ave.) and Kearny

### HUNTERDON COUNTY
License required on Delaware River and all other waters

### MERCER COUNTY
License required on Delaware River and all other waters

### MIDDLESEX COUNTY
Cheesequake Creek–Dam at Cheesequake Lake, Cheesequake State Park
Lawrence Brook–N.J. Turnpike bridge, East Brunswick
Raritan River–Landing Lane bridge, New Brunswick
South River–Route 527 bridge (New Brunswick Old Bridge Tpk.)
Woodbridge River–N.J. Turnpike bridge

### MONMOUTH COUNTY
Black Creek–Spillway at Ocean Rd.
Branchport Creek–Mouth of Turtle Mill Brook
Deal Lake–Top of dam
Hockhockson (Pine) Brook–Garden State Parkway Northbound Bridge
Little Silver Creek–Little Silver Creek Brook
Manasquan River–Bennetts bridge, Manasquan Wildlife Management Area
Matawan Creek–Lefferts Lake dam
Oceanport Creek–Mouth of Husky Brook
Parkers Creek–Mouth of Parkers Creek Brook
Shark River–Remsen Mills Road
Swimming River–Swimming River Road bridge
Wreck Pond Creek–Rt. 71 bridge

### MORRIS COUNTY
License required on all waters

### OCEAN COUNTY
Beaver Dam Creek–Route 88
Cedar Creek–Route 9
Cedar Run–Route 9
Dinner Point Creek–None–all saline water
Double Creek–None–all saline water
Forked River–All branches Route 9
Gunning River–None–all saline water
Jakes Branch–Above Atlantic City Blvd.
Jeffreys Creek–Ocean Gate Road to Ocean Gate
Kettle Creek–Route 549
Lake of the Lilies–Entire lake
Long Swamp Creek–Washington Street Bridge, Toms River
Manahawkin Creek–Dams for Manahawkin W.M.A. impoundments bayside
Metedeconk River–Rt. 70 Bridge, Laurelton
Mill Creek–Mouth of Creek at lagoons in Beach Haven West
Mill Creek–Pine Beach–Ocean Gate Road
Oyster Creek–Route 9
Parkers Run–None–all saline water
Potters Creek–None–all saline water
Stouts Creek–None–all saline water
Stouts Creek S. Br.–Bayside East Parkway
Toms River–Garden State Parkway, Northbound Bridge
Tuckerton Creek–Dam at Route 9
Waretown Creek–Route 9
West Creek–Route 9

### PASSAIC COUNTY
License required on all waters

### SALEM COUNTY
Alloway Creek–Route 540 bridge at Alloway
Black Ditch–None–all saline water
Delaware River–None–all saline water
Fishing Creek–None–all saline water
Hope Creek–None–all saline water
Mad Horse Creek–None–all saline water
Mill Creek–None–all saline water
Oldmans Creek–Route I-295 Southbound Bridge
Salem River–Dupont Dam near Cedar Crest Manor
Salem Canal–Dam at Deepwater
Stow Creek–Buckhorn Rd. Bridge, Jericho
Straight Ditch–None–all saline water

### SOMERSET COUNTY
License required on all waters

### SUSSEX COUNTY
License required on Delaware River and all other waters

### UNION COUNTY
Elizabeth River–West Grand St., Elizabeth
Great Ditch–None–all saline water
Morses Creek–Old Morses Mill Rd.
Oyster Creek–None–all saline water
Peddie Ditch–None–all saline water
Piles Creek–None–all saline water
Rahway River–Lawrence St. (Rt. 514), Rahway

### WARREN COUNTY
License required on Delaware River and all other waters

**IMPORTANT FOOTNOTES:**
1. Absence of a river, creek, brook or other waterway from this list does not make it exempt from requiring a license to fish the fresh waters.
2. Names of waters conform to those given on the United States Geological Survey 7.5 Minute Topographic Series Maps.