MINUTES OF THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

KATIE JOHN                          v.   UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND          CASE NO.   3:05-cv-0006-HRH

    Deputy Clerk                         Official Recorder

    _____               _____

APPEARANCES:    for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Upon consideration, the plaintiff State of Alaska's motion for leave to file an over-length document in the above-captioned case (Clerk's Docket No. 83) is granted.