Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorneys for Katie John, *et.al*.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | No. 3:05-cv-00006 (HRH) |
| ) | (Consolidated) |
| Defendants, ) | |
| ) | |

**MOTION TO SUBSTITUTE CHARLES ERHART FOR
GERALD NICOLIA AS PARTY PLAINTIFF**

Pursuant to Fed. R. Civ. Proc. 21, Gerald Nicolia through counsel, respectfully moves the Court for an Order removing him as party plaintiff and intervenor-defendant in the above captioned consolidated cases and substitute Charles Erhart in his place.

The ground for this motion is that Gerald Nicolia sits as chair of the Eastern Regional Advisory Council (RAC) and believes that his status as party in these cases impedes his ability to effectively represent the subsistence interests of the people of the Eastern Interior region.

-1-

Charles Erhart moves to substitute in on the basis that he is a Koyukon Athabaskan Indian and a member of the Native Village of Tanana. Mr. Erhart owns an interest in a Native allotment on the Tanana River. This allotment is a fish camp site which has been used by Mr. Erhart and his extended family for non-wasteful subsistence purposes for generations. Mr. Erhart's Native allotment carries a reserved water right title to which is in the United States on behalf of allottees. The federal defendants' refusal to provide a priority for non-wasteful fishing on Mr. Erhart's allotment relates back to the conduct, transaction and events alleged in the plaintiffs' complaint filed (¶¶ 11-46) with this Court January 7, 2005 (Dkt. No. 1).

Accordingly, Mr. Erhart respectfully requests that he be substituted for Mr Nicholia. as a party plaintiff and intervenor-defendant in these consolidated cases

This motion is based on the attached declarations of Gerald Nicolia[1] and Charles Erhart.

Respectfully submitted this 15th day of November, 2006.

        Heather R. Kendall-Miller (AK Bar # 9211084)
        NATIVE AMERICAN RIGHTS FUND
        420 L Street, Suite 505
        Anchorage, Alaska 99501
        Tel:  (907) 276-0680
        Fax: (907) 276-2466
        Email: kendall@narf.org

        Attorney for Katie John, *et al*.

---

[1] Mr. Nicolia's signed declaration will be filed with the Court when received by counsel.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15th, 2006, a copy of foregoing Plaintiffs' Motion and Proposed Order was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


/s/  Heather Kendall Miller

Case 3:05-cv-00006-HRH    Document 94    Filed 11/15/2006    Page 4 of 4