IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | No. 3:05-cv-00006 (HRH) |
| | ) | (Consolidated) |
| Defendants, | ) | |
| | ) | |

**ORDER**

Upon consideration of the motion for leave to substitute Charles Erhart for Gerald Nicholia as a party plaintiff, it is

ORDERED that the motion is GRANTED.

Dated this _____ day of _____, 2006, in Anchorage, Alaska.


_____

H. Russel Holland