IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATIE JOHN, *et al.*,  )
)
    Plaintiffs,  )
)
v.  )
)
UNITED STATES OF AMERICA, *et al.*,  )   No. 3:05-cv-00006 (HRH)
)   (Consolidated)
    Defendants,  )
)

## DECLARATION OF CHARLES ERHART

I Charles Erhart, declare and state as follows:

1. I am a Koyukon Athabaskan and a member of the Native Village of Tanana.

2. My ancestors and I have lived a traditional subsistence lifestyle in the Yukon and Tanana River Valleys since time immemorial.

3. I own an interest in a Native allotment on the Tanana River. This allotment is a fish camp site which my extended family and I have used for non-wasteful subsistence purposes for generations.

4. The federal subsistence management program does not extend ANILCA's priority for subsistence fisheries to Alaska Native allotments on the Yukon or Tanana Rivers. Consequently, the subsistence fishing activities that I engage in on my fish site are regulated by the State of Alaska under state law.

5. My customary and traditional subsistence practices are limited under state law

-1-

because it is not in compliance with Title VIII of ANILCA and does not recognize a priority for subsistence uses for rural residents.

6. As a rural resident and Native allottee, I am entitled to a priority for non-wasteful subsistence uses and wish to substitute in for Gerald Nicholia as a party plaintiff in the above captioned case to establish that Native allotments have a reserved water right – title to which is in the United States on behalf of the allottees. Such waters are public lands as defined by section 102 of ANILCA, 16 U.S.C. § 3102, and must be subject to federal jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 15 day of November, 2006.

*Charles Erhart*
Charles Erhart