IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | No. 3:05-cv-00006 (HRH) |
| ) | (Consolidated) |
| Defendants, ) | |
| ) | |

## DECLARATION OF GERALD NICOLIA

I Gerald Nicolia, declare and state as follows:

1. I serve as chair of the Eastern Regional Advisory Council (RAC) and believe that my status as party plaintiff in the above captioned case impedes my ability to effectively represent the subsistence interests of the people of the Eastern Interior region.

2. The restraint on my ability to speak freely and offer views makes it necessary for me to withdraw from the above captioned case as a party plaintiff.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on this _____ Day of November, 2006.

_____
Gerald Nicolia

-1-