Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680

Attorneys for Katie John, *et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Defendants, ) <br> _____) | No. 3:05-cv-00006 (HRH) <br> (Consolidated) |

### NOTICE OF FILING SIGNED DECLARATION
### OF GERALD NICOLIA

Notice is hereby given the court that Native American Rights Fund on behalf of Katie John, et al., Plaintiffs, herewith files the attached signed copy of the Declaration of Gerald Nicolia, previously filed unsigned as attachment to the Motion to Substitute filed on November 15, 2006.

Respectfully submitted this 7th day of December, 2006.

_____
Heather R. Kendall-Miller
AK Bar No. 9211084

NATIVE AMERICAN RIGHTS FUND
420 K Street, Suite 500
Anchorage, Alaska 99501
(907) 276-0680

Attorney for Katie John, *et al.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7th, 2006, a copy of foregoing Notice of Filing Signed Declaration of Gerald Nicolia was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


/s/ Heather Kendall Miller