IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants.<br>_____<br><br>STATE OF ALASKA,<br><br>                  Plaintiff,<br>  and<br><br>ALASKA FISH AND WILDLIFE FEDERA-<br>TION AND OUTDOOR COUNCIL, et al.,<br><br>        Plaintiff-Intervenors,<br><br>  vs.<br><br>GALE NORTON, Secretary of the<br>Interior, et al.,<br><br>                  Defendants,<br><br>  and<br><br>KATIE JOHN, et al.,<br><br>      Defendant-Intervenors,<br><br>  and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>       Defendant-Intervenor.<br>_____ | No. 3:05cv0006-HRH<br>(Consolidated with<br>No. 3:05cv0158-HRH)<br><br><br><br><br><br><u>O R D E R</u> |

Motion to Substitute[1]

Upon consideration of the motion for leave to substitute Charles Erhart for Gerald Nicholia as a party plaintiff, it is

ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this 7th day of December, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 94.