DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, et al. ) ) ) Plaintiffs, ) ) v. ) ) THE UNITED STATES OF AMERICA, ) DIRK KEMPTHORNE, et al., ) ) Defendants. ) _____) | Case No. 3:05-cv-0006-HRH (CONSOLIDATED) DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME |

Defendants United States of America; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, move the Court for an order granting the parties an enlargement of time from December 11, 2006, to and including December 29, 2006, in which to file the reply brief of the United States to the Plaintiff State of Alaska's reply brief (Docket Entry No. 88).

In support of the above-motion defendants show:

1. The Reply Brief of the State of Alaska (Docket Entry No. 88) was filed November 11, 2006. Pursuant to the Order (Docket

Entry No. 80) filed October 17, 2006, defendants' reply to this brief is due to be filed on December 11, 2006.

    2. Because of the press of other matters, additional time is needed by defendants to prepare and file a response to the State of Alaska's Reply Brief. In particular, counsel for the United States has recently been required to devote most of his time to matters raised by a motion for temporary restraining order/preliminary injunction that was filed before this court in *Bering Strait Citizens et al v. U.S. Army Corps of Engineers et al.*, No. 3:06-cv-00262-RRB (D. Alaska. The court has set December 11th as the due date for any responses to that motion. That action was not commenced until November. Undersigned counsel was also required to file by October 11, 20o6, a reply brief in support of a motion for partial summary judgment, and responses to a cross-motion for partial summary judgment and motion to amend complaint in *Paul G. Shearer v. United States et al.*, No. 3:03-cv-00263-JKS (Consolidated). The timing of these documents was not established when the Order (Docket Entry No. 80) was entered.

    3. Counsel for defendants has been authorized to represent that the Katie John plaintiffs and the intervenor Alaska Federation of Natives (AFN) have no objection to this motion. Defendants have not heard any other parties on the requested enlargement of time. The Katie John plaintiffs and AFN suggest

DEFS' MOTION FOR ENLG'T OF TIME

2

that the new due date for their reply briefs be January 19, 2007. Therefore, that date is included in the proposed Order that accompanies this motion.

Dated this 7th day of December, 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December, 2006, a copy of the foregoing **Defendants' Motion For Enlargement of Time** together with a **proposed Order** were served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne M. Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE