DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, GERALD NICOLIA, ALASKA INTER-TRIBAL COUNCIL, and NATIVE VILLAGE OF TANANA, </br></br>  Plaintiffs, </br></br> v. </br></br> THE UNITED STATES OF AMERICA, et al., </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 03:05-cv-0006 (HRH) </br></br></br></br></br> ORDER |

   IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time filed December 7, 2006, is granted, and that defendants are granted an enlargement of time to and including December 29, 2006, in which to file the reply brief of the United States to the Plaintiff State of Alaska's reply brief (Docket Entry No. 88).

Katie John, et al. v. USA, et al.
Case No. 3:05-cv-0006 HRH
Order                                    1

IT IS FURTHER ORDERED that the reply briefs of the Katie John's Reply and AFN and Peratrovich plaintiff's reply briefs shall be due January 19, 2007.

Dated this ____ day of _____ 2006.

_____
H. RUSSEL HOLLAND
United States District Judge