IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
KATIE JOHN, et al.,                      )
                                         )
                   Plaintiffs,           )
                                         )
     vs.                                 )
                                         )
UNITED STATES OF AMERICA, et al.,        )
                                         )
                                         )
                   Defendants.           )
_____)
                                         )
STATE OF ALASKA,                         )
                                         )
                   Plaintiff,            )
     and                                 )
                                         )
ALASKA FISH AND WILDLIFE FEDERA-         )
TION AND OUTDOOR COUNCIL, et al.,        )
                                         )
           Plaintiff-Intervenors,        )
                                         )   No. 3:05-cv-0006-HRH
     vs.                                 )    (Consolidated with
                                         )   No. 3:05-cv-0158-HRH)
GALE NORTON, Secretary of the            )
Interior, et al.,                        )
                                         )
                   Defendants,           )
                                         )
     and                                 )          O R D E R
                                         )
KATIE JOHN, et al.,                      )
                                         )
           Defendant-Intervenors,        )
                                         )
     and                                 )
                                         )
ALASKA FEDERATION OF NATIVES,            )
                                         )
           Defendant-Intervenor.         )
_____)
```

- 1 -

<u>Motion for Enlargement of Time</u>[1]

IT IS HEREBY ORDERED that defendants' motion for enlargement of time, filed December 7, 2006, is granted, and that defendants are granted an enlargement of time to and including December 29, 2006, in which to file the reply brief of the United States to the plaintiff State of Alaska's reply brief.[2]

DATED at Anchorage, Alaska, this <u>8th</u> day of December, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 99.

[2] Clerk's Docket No. 88.