Robert T. Anderson
Alaska Bar No. 8506043
University of Washington School of Law
Box 353020
Seattle, WA  98195-3020
Phone:  (206) 685-2861
Fax:  (206) 616-3426
Email: BobA@u.washington.edu

Counsel for Alaska Federation of Natives

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:05-CV-0006-HRH |
| v. ) | (CONSOLIDATED WITH) |
| ) | Case No. 3:05-cv-0158-HRH |
| ) | |
| THE UNITED STATES OF AMERICA, ) | **(PROPOSED) ORDER** |
| *et al*. ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |

      This court granted the United States' motion for an enlargement of time to file its reply brief to and including December 29, 2006.  Clerk's Docket 100.  The United States' motion, however, also requested that intervenors' (AFN, Katie John and Peratrovich plaintiffs') reply be due on January 19, 2006.  Clerk's Docket 99.  The court's order granting the United States' motion did not address intervenors' filing date as set out in the United States' proposed order.  It is hereby orderd that intervenors' reply

briefs will be due on January 19, 2006 as requested in the United States' motion.  *See*

Clerk's Docket 99 at p. 2.


Dated: _____                    _____
                                          H. Russel Holland
                                          United States District Judge