IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>                        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                        Defendants.<br>_____<br>STATE OF ALASKA,<br><br>                        Plaintiff,<br>  and<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al.,<br><br>         Plaintiff-Intervenors,<br><br>  vs.<br><br>GALE NORTON, Secretary of the Interior, et al.,<br><br>                        Defendants,<br>  and<br><br>KATIE JOHN, et al.,<br><br>       Defendant-Intervenors,<br>  and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>       Defendant-Intervenor.<br>_____ | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH)<br><br><br><br>O R D E R |

Motion for Clarification[1]

This court granted the United States' motion for an enlargement of time to file its reply brief to and including December 29, 2006.[2] The United States' motion, however, also requested that intervenors' (AFN, Katie John, and Peratrovich plaintiffs') reply be due on January 19, 2006.[3] The court's order granting the United States' motion did not address intervenors' filing date as set out in the United States' proposed order.

It is hereby ordered that intervenors' reply briefs will be due on January 19, 2006, as requested in the United States' motion.[4]

DATED at Anchorage, Alaska, this 20th day of December, 2006.

/s/ John W. Sedwick
United States District Judge
*for* Judge H. Russel Holland

---

[1] Clerk's Docket No. 101.

[2] Clerk's Docket No. 100.

[3] Clerk's Docket No. 99.

[4] See Clerk's Docket No. 99 at 2.

- 2 -