TABLE OF EXHIBITS

| Exhibit | Document |
|---|---|
| 10 | Letter of July 17, 1996, from Jules V. Tileston, DNR, to David Allen, US FWS. |
| 11 | *Katie John v. U.S.*, No. A90-484 Civ. (Consolidated) Excerpts from Memorandum in Support of State's Motion for Partial Summary Judgment (Docket Entry No. 113). |
| 12 | *Katie John v. U.S.*, No. A90-484 Civ. (Consolidated) Excerpts from State's Reply to Opposition to Motion for Summary Judgment (Docket Entry No. 141. |
| 13 | *Katie John v. U.S.*, No. A90-484 Civ. (Consolidated) Excerpts from Decision (Docket Entry No. 184). |