# STATE OF ALASKA

**DEPARTMENT OF NATURAL RESOURCES**
DIVISION OF MINING AND WATER MANAGEMENT

TONY KNOWLES, GOVERNOR
3601 C Street, Suite 800
Anchorage, ALASKA 99503-5935
Phone: (907) 269-8624
FAX: (907) 562-1384

July 17, 1996

David Allen
U. S. Department of the Interior
Fish & Wildlife Service
1011 E. Tudor Road
Anchorage, Alaska 99503-6199

Dear Mr. Allen:

We have received your application for a Reservation of Water (instream) submitted for Lake 6 of the Arctic National Wildlife Refuge. As requested the Division of Mining and Water Management (DMWM), Water Resource Section will review the GPS technology used to determine and document lake elevations and other technical aspects of the application as soon as possible. You will be notified by DMWM upon initiation of the application and the assignment of the LAS identification number.

Regarding your question on the moratorium on the processing water right applications from the federal government, the disposition of the Katie John case by the United States Supreme Court allows the department to proceed with the adjudication of the pending applications. The adjudication will take place on a refuge or management area basis as was explained in the September 14, 1995 letter. When the USF&WS has submitted all the applications for instream flows it plans to submit within a refuge, DMWM will start the adjudication process. In the case of the National Wildlife Refuge, we will consider the "1002 Area" a management area. This process allows for the agency and public notice to be completed at one time taking into consideration the water rights for instream flows for the entire refuge or management area rather than by a stream section by stream section approach. The Reservation of Water, if issued, will be specific to a stream section, and water use within that section.

Regarding your question concerning the priority date of the application for a Reservation of Water, your interpretation of the Water Use Act is correct, AS 46.15.130 states "priority of appropriation made under this chapter dates from the filing of an application with the commissioner." The regulations require that the application be substantially complete before it's accepted for filing in accordance with 11AAC 93.142 and 143. Upon completion of the adjudication, if a Reservation of Water is granted, it will have the priority date as of the filing of the application.

EXHIBIT 10
Page 1 of 2

printed on recycled paper by C.D

If you have any questions regarding your most current application or the water rights process please call Gary J. Prokosch, at 269-8645.

Sincerely,

Jules V. Tileston
Director

cc: John T. Shively, Commissioner
Gary J. Prokosch, DMWM
Mary Lu Harle, USF&WS

EXHIBIT 10
Page 2 of 2