DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, CHARLES ERHART, et al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES OF AMERICA,  )<br>DIRK KEMPTHORNE, et al.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 3:05-CV-00006 (HRH)<br>(CONSOLIDATED)<br><br>DEFENDANTS' MOTION TO<br>MODIFY BRIEFING<br>SCHEDULE |

Defendants United States of America; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture; move the Court for an order modifying the briefing schedule set forth in the Order (Docket Entry No. 66) for briefing of the "Which Waters" Issue to provide for the filing of the State's Opening Brie on the "Which Process" Issue within 60 days after the filing by the Court of a decision on the "What Process" Issue, and establishing the following dates for the subsequent briefs on the "Which Waters" issue:

| | |
|---|---|
| AOC's Supplemental Brief: | 21 days after filing of State's Opening Brief |
| United States' Response: | 60 days after filing of AOC's Supplemental Brief |
| Katie John's Response and John Affirmative Claim and AFN Supplemental Response: | 21 days after filing of United States' Response |
| State's Reply & AOC's Supplemental Reply: | 28 days after filing of Katie John's Response, et al. |
| United States' Response to John: | 21 days after filing of State's and AOC's Supplmental Reply |
| John Reply: | 14 days after filing of United States' Response |

In support of the above motion defendants show:

1. Pursuant to the Order (Docket Entry No. 66) filed April 26, 2006, the State of Alaska's Opening Brief on the "Which Waters" Issue is due to be filed on January 22, 2007. The schedule for this brief was established with the assumption that briefing on the "What Process" Issue would have been completed prior to calendar year 2007. Briefing on the "What Process" Issue briefing is now not expected to be completed until the end of January 2007.

2. The parties agree that commencement of the briefing on the "Which Waters" Issue should be deferred until after the Court has entered its decision on the "What Process" Issue.

3. Defendants are authorized to represent that the Katie

John plaintiffs, the State of Alaska, the intervenors Alaska Federation of Natives and Alaska Fish and Wildlife Federation and Outdoor Council, and the plaintiffs in *Lincoln Peratrovich et al. v. United States et al.*, No. 3:92-cv-0734-HRH, agree with this motion.

Dated this 17th day of January, 2007.

s/Dean K. Dunsmore
DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of January 2007, a copy of the foregoing DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE and a proposed Order were electronically served on the following:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel
James H. Lister


s/Dean K. Dunsmore
DEAN K. DUNSMORE