DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, CHARLES ERHART, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 03:05-CV-0006(HRH) |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) | (Proposed) ORDER |
| Defendants. | ) ) | |

    IT IS HEREBY ORDERED that Defendants' Motion to Modify Briefing Schedule filed January 17, 2007, is granted, and that the Order (Docket Entry No. 66) for briefing of the "Which Waters" Issue is modified to provide for the filing of the State's Opening Brief on the "Which Process" Issue within 60 days after the filing by this Court of a decision on the "What Process" Issue, and

    IT IS FURTHER ORDERED THAT the following deadlines are established for the subsequent briefs on the "Which Waters"

Case No. 03:05-CV-0006(HRH)
Order                                    1

issue:

| | |
|---|---|
| AOC's Supplemental Brief: | 21 days after filing of State's Opening Brief |
| United States' Response: | 60 days after filing of AOC's Supplemental Brief |
| Katie John's Response and John Affirmative Claim and AFN Supplemental Response: | 21 days after filing of United States' Response |
| State's Reply & AOC's Supplemental Reply: | 28 days after filing of Katie John's Response, et al. |
| United States' Response to John: | 21 days after filing of State's and AOC's Supplmental Reply |
| John Reply: | 14 days after filing of United States' Response |

Dated this ____ day of _____ 2007.

_____
H. RUSSEL HOLLAND
United States District Judge