Robert T. Anderson
Alaska Bar No. 8506043
University of Washington School of Law
Box 353020
Seattle, WA  98195-3020
Phone:  (206) 685-2861
Fax:  (206) 616-3426
Email: BobA@u.washington.edu

Counsel for Alaska Federation of Natives

Heather R. Kendall-Miller
Alaska Bar No. 9211084
Native American Rights Fund
420 K Street, Suite 500
Anchorage, Alaska  99501
Phone: (907) 276-0680
Fax: (907) 276-2466
E-mail: kendall@narf.org

Counsel for Katie John, *et al*.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, CHARLES ERHART, *et al*.<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al*.<br><br>Defendants, | Case No. 3:05-CV-0006-HRH<br>(CONSOLIDATED WITH)<br>Case No. 3:05-cv-0158-HRH |

REPLY BRIEF OF ALASKA FEDERATION OF NATIVES AND KATIE JOHN, *et al.*

For the reasons set forth in the response and reply briefs of the United States (doc. #'s 78 and 103) and intervenors AFN and Katie John's response brief (doc. # 82) this Court should dismiss the plaintiff's "what process" claims.

January 18, 2007                                                  Respectfully submitted,


/s/Robert T. Anderson                                    Heather R. Kendall-Miller
Robert T. Anderson                                        Alaska Bar No. 9211084
Alaska Bar No. 8506043                                 Native American Rights Fund
University of Washington School of Law      420 K Street, Suite 500
Box 353020                                                    Anchorage, Alaska  99501
Seattle, WA  98195-3020                               Phone: (907) 276-0680
Phone:  (206) 685-2861                                   Fax: (907) 276-2466
Fax:  (206) 616-3426                                       E-mail: kendall@narf.org
Email: BobA@u.washington.edu

Counsel for Alaska Federation of Natives      Counsel for Katie John, *et al*.

Carol H. Daniel
Alaska Bar No. 8601005
Alaska Federation of Natives
1577 C St., Suite 300
Anchorage, AK 99501
Phone: (907) 274-3611
Fax:     (907)276-7989
Email:  cdaniel@alaska.net

Ann Tweedy
Kanji & Katzen PLLC
100 South King Street, Suite 560
Seattle, WA 98104
Tel: (206) 344-8100
Fax: (866) 283-0178
Email: atweedy@kanjikatzen.com

Counsel for Alaska Federation of Natives

1

Katie John v. United States, 3:05-cv-00006-HRH
Reply Brief of AFN and Katie John

Certificate of Service

I hereby certify that on the 18th day of January, 2007 a copy of the foregoing BRIEF OF ALASKA FEDERATION OF NATIVES AND KATIE JOHN, *et al.* was served electronically upon:

Dean K. Dunsmore
Heather Kendall-Miller
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace
William P. Horn
Gregory L. Fisher
Carol H. Daniel

/s/ Robert T. Anderson
Robert T. Anderson

2
Katie John v. United States, 3:05-cv-00006-HRH
Reply Brief of AFN and Katie John