RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | No. 3:05-cv-00006 - HRH<br>(Consolidated) |

**REPLY BRIEF OF RELATED CASE PLAINTIFFS PERATROVICH, *et al***

For reason's set forth in the response and reply briefs of the United States (documents # 78 and # 103), intervenors AFN and Katie John's response brief (document # 82) and related case plaintiffs' Peratrovich response brief (document # 81), this Court should dismiss the State of Alaska's "what process" claims.

DATED January 19, 2007                Respectfully submitted,


RANDOLPH H. BARNHOUSE, Esq.


<u>/s/ Randolph H. Barnhouse</u>
Luebben Johnson & Barnhouse LLP
211 12th Street NW
Albuquerque, New Mexico  87102
(505) 842-6123
(505) 842-6124 (fax)

Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us |
| William P. Horn | whorn@dc.bhb.com |
| Heather Kendall-Miller | Kendall@narf.org |
| James H. Lister | jlister@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |


<u>/s/ Randolph H. Barnhouse</u>