IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>      Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants.<br>_____<br>STATE OF ALASKA,<br><br>      Plaintiff,<br> and<br><br>ALASKA FISH AND WILDLIFE FEDERA-<br>TION AND OUTDOOR COUNCIL, et al.,<br><br>    Plaintiff-Intervenors,<br><br> vs.<br><br>GALE NORTON, Secretary of the<br>Interior, et al.,<br><br>      Defendants,<br> and<br><br>KATIE JOHN, et al.,<br><br>   Defendant-Intervenors,<br> and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>   Defendant-Intervenor.<br>_____ | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH)<br><br><br>O R D E R |

<u>Motion to Modify Briefing Schedule</u>[1]

IT IS HEREBY ORDERED that defendants' motion to modify briefing schedule, filed January 17, 2007, is granted, and that the order for briefing of the "Which Waters" issue[2] is modified to provide for the filing of the State's opening brief on the "Which Process" issue within 60 days after the filing by this court of a decision on the "What Process" issue; and

IT IS FURTHER ORDERED that the following deadlines are established for the subsequent briefs on the "Which Waters" issue:

| | |
|---|---|
| AOC's Supplemental Brief: | 21 days after filing of State's Opening Brief |
| United States' Response: | 60 days after filing of AOC's Supplemental Brief |
| Katie John's Response and John Affirmative Claim and AFN Supplemental Response: | 21 days after filing of United States' Response |
| State's Reply & AOC's Supplemental Reply: | 28 days after filing of Katie John's Response, et al. |
| United States' Response to John: | 21 days after filing of State's and AOC's Supplemental Reply |
| John Reply: | 14 days after filing of United States' Response |

DATED at Anchorage, Alaska, this <u>19th</u> day of January, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 105.

[2] Clerk's Docket No. 66.