RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | No. 3:05-cv-00006 - HRH<br>(Consolidated) |

**NOTICE OF LAW FIRM ADDRESS CHANGE**

Notice is hereby given that effective April 1, 2007, the address of counsel for related case, plaintiffs' Peratrovich, *et al*, Randolph H. Barnhouse, Luebben Johnson & Barnhouse LLP will be 7424 4th Street N.W., Los Ranchos de Albuquerque, New Mexico 87107. The telephone number, facsimile number and attorney e-mail address remain the same.

    Luebben Johnson & Barnhouse LLP
    7424 4th Street N.W.
    Los Ranchos de Albuquerque, New Mexico, 87107
    Telephone: (505) 842-6123
    Facsimile: (505) 842-6124

Dated: March 28, 2007

                        LUEBBEN JOHNSON & BARNHOUSE LLP

By   /s/ Randolph H. Barnhouse
      Randolph H. Barnhouse
      7424 4th Street N.W.
      Los Ranchos de Abq., New Mexico 87107
      (505) 842-6123
      (505) 842-6124 (fax)
      E-Mail: dbarnhouse@luebbenlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| James H. Lister | jlister@dc.bhb.com, bwines@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |

/s/ Randolph H. Barnhouse