WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, CHARLES ERHART, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. A05-0006-CV (HRH)<br><br>**State of Alaska's Unopposed Motion for One-Day Extension of Due Date for Submission of Plan for Briefing "Which Waters Issue"** |

      The State of Alaska hereby moves on an unopposed basis for a one-day extension from May 31, 2007 to June 1, 2007 of the due date for submission of a proposed plan for briefing the "Which Waters Issue." The Court's May 17, 2007 Order directed the parties to submit a briefing plan by May 31, 2007, but the parties have been unable to agree on a plan and the State will be filing its own plan. (Docket 110.) The State's plan has been prepared but a senior attorney at the Alaska Attorney General's Office responsible for reviewing the plan was in an auto accident this morning and so cannot fully review it today.

The Federal Defendants, Katie John parties, Peratrovich parties, and Alaska Federation of Natives have all indicated that they do not oppose this Motion. We understand from an earlier communication that the Alaska Outdoor Council does not oppose any short-term extension. Thus this Motion is unopposed.

WHEREFORE, for the foregoing reasons, the State respectfully requests the Court extend from May 31, 2007 to June 1, 2007 the due date for submission of plan for briefing the "Which Waters Issue."

                                                Respectfully Submitted,

                                                /s/ James H. Lister
                                                WILLIAM P. HORN, D.C. Bar No.: 375666
                                                JAMES H. LISTER, D.C. Bar No.: 447878
                                                Birch, Horton, Bittner & Cherot, P.C.
                                                1155 Connecticut Avenue, Suite 1200
                                                Washington, D.C. 20036
                                                Telephone: (202) 659-5800
                                                Facsimile: (202) 659-1027
                                                Email: whorn@dc.bhb.com; jlister@dc.bhb.com

                                                Attorneys for Plaintiff State of Alaska

Dated: May 31, 2007

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing State of Alaska's Motion for One-Day Extension of Due Date for Submission of "Which Waters" Briefing Plan and attached Proposed Order were served electronically, this 31st day of May, 2007 on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman

                                        /s/ James H. Lister
                                        James H. Lister

G:\101445\1\BAW1401.DOC