WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, CHARLES ERHART, et al. ) ) ) Plaintiffs, ) ) v. ) ) THE UNITED STATES OF AMERICA, ) ) Defendants. ) _____ ) | Case No. A05-0006-CV (HRH) **(Proposed) ORDER** |

IT IS HEREBY ORDERED that the State of Alaska's Motion for One-Day Extension of Due Date for Submission of Plan for Briefing the "Which Waters Issue," filed on May 31, 2007, is GRANTED. The due date established by the Court's May 17, 2007 Order (Docket 110) is so extended.

Date this _____ day of _____ 2007.

_____
H. RUSSELL HOLLAND
United States District Judge

G:\101445\1\BAW1402.DOC