**MINUTES OF THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

KATIE JOHN _____    v.    UNITED STATES OF AMERICA _____

The Honorable H. RUSSEL HOLLAND          CASE NO.   3:05-cv-0006-HRH _____

Deputy Clerk                             Official Recorder

_____              _____


APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

===============================================================

Upon consideration, the plaintiff State of Alaska's unopposed motion for a one-day extension of the due date for submission of a proposed plan for briefing the "which waters" issue (Docket No. 111) is granted.

=========================