Robert T. Anderson
Alaska Bar No. 8506043
University of Washington School of Law
Box 353020
Seattle, WA  98195-3020
Phone:  (206) 685-2861
Fax:  (206) 616-3426
Email: BobA@u.washington.edu

Counsel for Alaska Federation of Natives

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:05-CV-0006-HRH |
| v. ) | (CONSOLIDATED WITH) |
| ) | Case No. 3:05-cv-0158-HRH |
| ) | |
| THE UNITED STATES OF AMERICA, ) | **MOTION TO AMEND** |
| *et al*. ) | **SCHEDULING ORDER** |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |

This court granted the State's proposed scheduling order on June 1, 2007.  Clerk's Docket 115.  That schedule provides for intervenor AFN to file a supplemental brief on 8/6/07 following opening briefs from Katie John and the State of Alaska.  AFN, however, is an intervenor only in *Alaska v. Kempthorne*, No. 3:05-cv-0158-HRH and is aligned with the United States as a defendant in that action.  The *Katie John* plaintiffs are also intervneors in *Alaska v. Kempthorne* and would presumably also file in response to the

State's opening brief.  In the briefing of the "what process" issue AFN and Katie John filed a joint brief in support of the United States, but after the United States filed its brief in response to the State of Alaska.  This court's briefing schedule called for intervenor AFN to file its brief after the party with which it is aligned so that duplication of the United States' arguments would not occur. Clerk's Docket No. 66.  AFN requests that the court amend the scheduling order to provide that AFN's supplemental response brief to the State be due two weeks after the United States files its response to the State's opening brief.  That would result in AFN's response brief to the State's brief being due on October 10, 2007.  A proposed amended scheduling order is attached.

June 4, 2007                                         Respectfully submitted,


                                                     /s/Robert T. Anderson
                                                     Robert T. Anderson
                                                     Alaska Bar No. 8506043
                                                     University of Washington School of Law
                                                     Box 353020
                                                     Seattle, WA  98195-3020
                                                     Phone:  (206) 685-2861
                                                     Fax:  (206) 616-3426
                                                     Email: BobA@u.washington.edu

                                                     Counsel for Alaska Federation of Natives

**Certificate of Service**

I hereby certify that on the 4th day of June, 2007 a copy of the foregoing Motion for Clarification of Briefing Schedule and Proposed Order were served electronically upon:

Heather Kendall-Miller
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Joanne Grace
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Dean K. Dunsmore
James H. Lister

/s/ Robert T. Anderson
Robert T. Anderson