UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:05-CV-0006-HRH |
| v. | ) | (CONSOLIDATED WITH) |
| | ) | Case No. 3:05-cv-0158-HRH |
| | ) | |
| THE UNITED STATES OF AMERICA, *et al.* | ) | **PROPOSED AMENDED SCHEDULING ORDER** |
| | ) | |
| Defendants, | ) | |
| | ) | |

Upon consideration of intevenor Alaska Federation of Natives' motion to amend scheduling order, it is hereby ordered that the Court establishes the following schedule for briefing the "which waters" issue:

Supplemental to the Order entered on June 1, 2007, (Doc. No. 115) intervenor AFN may file a supplemental response to the Federal Response to the State on October 10, 2007 in lieu of the supplemental brief now scheduled for August 8, 2007.

June 4, 2007

_____
H. Russel Holland