Upon consideration of Katie John *et al*.'s motion to amend order establishing briefing