Heather R. Kendall Miller
Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680  phone
(907) 276-2466  fax
kendall@narf.org  email

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLAI ALASKA INTER-TRIBAL COUNCIL and NATIVE VILLAGE OF TANANA.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, GALE NORTON, in her official capacity as Secretary of the United States Department of the Interior and ANN M. VENEMAN, in her official capacity as Secretary of Agriculture<br><br>　　　　Defendants. | Case No. A05-006 - CV<br><br>**NOTICE OF REFILING PROPOSED AMENDED BRIEFING SCHEDULE** |

　　　　NOTICE is hereby given of the refiling of the Proposed Amended Briefing Schedule which was previously filed with Docket No. 117, but due to an error in scanning, the entire Proposed Amended Briefing Schedule was not filed.

　　　　DATED this 4th day of June 2007.

Respectfully submitted,

/s/Heather R. Kendall Miller
Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str., suite 505
Anchorage, Alaska 99517
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

Counsel for Katie John *et al.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2007, a copy of foregoing Plaintiffs' Notice of Filing Proposed Amended Briefing Schedule was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


/s/  Heather Kendall Miller