IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-00006 (HRH) |
| | ) | (Consolidated with) |
| v. | ) | No. 3:05-cv-0158 (HRH) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | PROPOSED AMENDED |
| | ) | BRIEFING SCHEDULE |
| Defendants, | ) | |
| | ) | |

Upon consideration of Katie John *et al.*'s motion to amend order establishing briefing schedule,

IT IS HEREBY ORDERED THAT, the Court establishes the following schedule for the briefing of the "which waters" phase of this case:

| | |
|---|---|
| State files its opening brief advancing challenges to the rule-making | 07/23/07 |
| AOC's Supplemental Brief: | 08/06/07 |
| United States' Response to State | 09/26/07 |
| AFN & Katie John Response & John and Peratrovich Affirmative Claim | 10/26/07 |
| State's Reply | 11/09/07 |
| United States' Response to John & Peratrovich Affirmative claims | 01/11/08 |
| John & Peratrovich Replies | 02/01/08 |

DATED at Anchorage, Alaska this _____ Day of June, 2007.

/s/ H. Russel Holland
United States District Judge