RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Peratrovich Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | No.  3:05-cv-00006 - HRH <br> (Consolidated) <br><br><br><br><br> NOTICE OF JOINDER IN <br> MOTION TO AMEND ORDER <br> ESTABLISHING BRIEFING <br> SCHEDULE |

The Peratrovich plaintiffs give notice that they join in the motions to amend this Court's Order Briefing Schedule (Dkt. No. 115) for briefing the "which waters" issue filed by the Alaska Federation of Natives ("AFN") and Katie John, *et al.* for the following reasons:

1.  In the Court's April 26, 2006 order in this case (Dkt No. 66 at 3-4), the Court ordered that the Peratrovich plaintiffs, "may participate in these proceedings in the same fashion as the Alaska Federation of Natives and the Alaska Fish and Wildlife Federation and Outdoor Council."

2.  In the Court's concurrent April 26, 2006 order filed in *Peratrovich v. United States*, No. 3:92cv0734 (Docket Number 177 at 1-2) the Court stated that the Peratrovich plaintiffs, "are situated similarly to the John plaintiffs and others who have interests parallel to the John plaintiffs," and granted the Peratrovich plaintiffs "leave to exercise the same briefing privileges, subject to the same limitations, as afforded intervenors in the John case."

3.  For the reasons set out by AFN and Katie John in their memoranda in support of motions to amend the Court's Order Briefing Schedule, the Peratrovich plaintiffs ask the Court to modify its Order Briefing Schedule (Dkt. No. 115) as follows:

| | |
|---|---|
| State files its opening brief advancing challenges to the rule-making: | 07/23/07 |
| AOC's Supplemental Brief: | 08/06/07 |
| United Sates' Response to State | 09/26/07 |
| AFN, Katie John and Peratrovich Response & John and Peratrovich Affirmative Claim | 10/26/07 |
| State's Reply | 11/09/07 |
| United States' Response to John and Peratrovich Affirmative claims | 01/11/08 |
| John & Peratrovich Replies | 02/01/08 |

June 5, 2007                                   RESPECTFULLY SUBMITTED,

                                       LUEBBEN JOHNSON & BARNHOUSE LLP

                           By    /s/ Randolph H. Barnhouse
                                  Randolph H. Barnhouse
                                  7424 4th Street N.W.
                                  Los Ranchos de Albuquerque,
                                     New Mexico 87107
                                  (505) 842-6123
                                  (505) 842-6124 (fax)
                                  E-Mail: dbarnhouse@luebbenlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| James H. Lister | jlister@dc.bhb.com, bwines@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |

/s/ Randolph H. Barnhouse

- 3 -

NOTICE OF JOINDER IN MOTION TO AMEND BRIEFING SCHEDULE