IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Defendants, ) <br> _____ ) | No. 3:05-cv-00006 (HRH) <br> (Consolidated with) <br> No. 3:05-cv-0158 (HRH) <br><br> PROPOSED AMENDED <br> BRIEFING SCHEDULE |

Upon consideration of Katie John *et al.*'s motion to amend order establishing briefing schedule,

IT IS HEREBY ORDERED THAT, the Court establishes the following schedule for the briefing of the "which waters" phase of this case:

| | |
|---|---|
| State files its opening brief advancing challenges to the rule-making | 07/23/07 |
| AOC's Supplemental Brief: | 08/06/07 |
| United States' Response to State | 09/26/07 |
| AFN & Katie John Response & John and Peratrovich Affirmative Claim | 10/26/07 |
| State's Reply | 11/09/07 |
| United States' Response to John & Peratrovich Affirmative claims | 01/11/08 |
| John & Peratrovich Replies | 02/01/08 |

DATED at Anchorage, Alaska this _____ Day of June, 2007.

_____
Honorable Russel Holland
United States District Judge