WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>_____)<br>)<br>STATE OF ALASKA, )<br>)<br>Plaintiffs, )<br>and )<br>)<br>ALASKA FISH AND WILDLIFE FEDERA- )<br>TION AND OUTDOOR COUNCIL, et al., )<br>)<br>Plaintiff-Intervenors, )<br>vs. )<br>)<br>GALE NORTON, Secretary of the )<br>Interior, et al., )<br>Defendants, )<br>)<br>and )<br>)<br>KATIE JOHN, et al., )<br>)<br>Defendant-Intervenors, )<br>)<br>and )<br>)<br>ALASKA FEDERATION OF NATIVES, )<br>)<br>Defendant-Intervenor. ) | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH) |

```
          - AND -

LINCOLN PERATROVICH, et al.,           )
                                       )
              Plaintiffs,              )
                                       )
    vs.                                )
                                       )
UNITED STATES OF AMERICA, et al.,      )
                                       )
              Defendant.               )
    and                                )   No. 3:92-cv-0734-HRH
                                       )
STATE OF ALASKA,                       )
                                       )
              Intervenor-Defendant.    )
                                       )
```

## [PROPOSED] ORDER

Upon consideration of the motions filed by the Katie John parties (Docket 117) and the Alaska Federation of Natives (Docket 116) seeking to amend this Court's June 1, 2007 Order (Docket 115), and the joinder to the Katie John motion filed by the Peratrovich parties (Docket 119), it is hereby Ordered that such motions are Denied.

Dated this ____ day of _____ 2007.

_____
H. RUSSEL HOLLAND
United States District Judge

G:\101445\1\BAW1440.DOC

2