IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants.<br>_____<br>STATE OF ALASKA,<br><br>                Plaintiff,<br>    and<br><br>ALASKA FISH AND WILDLIFE FEDERA-<br>TION AND OUTDOOR COUNCIL, et al.,<br><br>        Plaintiff-Intervenors,<br><br>  vs.<br><br>GALE NORTON, Secretary of the<br>Interior, et al.,<br><br>                Defendants,<br><br>    and<br><br>KATIE JOHN, et al.,<br><br>       Defendant-Intervenors,<br><br>    and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>        Defendant-Intervenor.<br>_____ | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH)<br><br><br><br><u>O R D E R</u><br><br><u>Briefing Schedule</u> |

    - AND -

- 1 -

```
LINCOLN PERATROVICH, et al.,      )
                                  )
                  Plaintiffs,     )
                                  )
     vs.                          )
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
                  Defendants.     )
                                  )
     and                          )
                                  )   No. 3:92-cv-0734-HRH
STATE OF ALASKA,                  )
                                  )
          Intervenor-Defendant.   )
_____)
```

The court is in receipt of the State's response to the Federal Defendants' response to motions to amend briefing schedule.[1] The State suggests that matters presently pending may be motions for reconsideration, and therefore withholds "further [response] to the Federal Defendants' Response ... in accordance with Local Rule 59.1."[2]

Assuming that the Federal Defendants' response as well as the underlying motions should be characterized as motions for reconsideration, the court would have the State provide it with a full and complete response to the various overtures of other parties for the revision of the briefing schedule and plan which

---

[1] Docket No. 124.

[2] State's Response to Federal Defendants' Response to Motions to "Amend" Briefing Schedule at 3, Docket No. 124.

the court has put in place.  The State's further response will please be served and filed on or before June 22, 2007.

DATED at Anchorage, Alaska, this <u>14th</u> day of June, 2007.

<u>/s/ H. Russel Holland    </u>
United States District Judge
