Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-00006 (HRH) |
| | ) | (Consolidated with) |
| v. | ) | No. 3:05-cv-0158 |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

**NOTICE OF UNAVAILABILITY**

Notice is hereby given that counsel for the Katie John plaintiffs will be out of the United States from June 21st through July 5th on the first of several trips scheduled this summer made in reliance on the briefing schedule to which all parties previously agreed, and which was embodied in the Order Motion to Modify Briefing Schedule (Dkt. No. 108) filed January 19, 2007.

Undersigned counsel respectfully requests that the Court not schedule a status conference during this period.

-1-

Dated this 18th day of June, 2007.

                        s/Heather Kendall Miller
                        Heather Kendall Miller
                        NATIVE AMERICAN RIGHTS FUND
                        420 L St., Suite 505
                        Anchorage, Alaska 99501
                        Telephone: (907) 276-0680
                        Facsimile: (907) 276-2466
                        Email: kendall@narf.org

                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2007, a copy of foregoing Notice of Unavailability was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace

s/ Heather Kendall Miller