WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants.<br><br>STATE OF ALASKA,<br><br>      Plaintiffs,<br>and<br><br>ALASKA FISH AND WILDLIFE FEDERA-<br>TION AND OUTDOOR COUNCIL, et al.,<br><br>      Plaintiff-Intervenors,<br>vs.<br><br>GALE NORTON, Secretary of the<br>Interior, et al.,<br>      Defendants,<br><br>and<br><br>KATIE JOHN, et al.,<br><br>      Defendant-Intervenors,<br><br>and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>      Defendant-Intervenor. | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH)<br><br><br><br>**STATE'S NOTICE OF**<br>**CORRECTION OF**<br>**PROPOSED ORDER** |

|  |  |
|---|---|
| - AND - | |
| LINCOLN PERATROVICH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendant. | ) |
| and | ) No. 3:92-cv-0734-HRH |
| STATE OF ALASKA, | ) |
| Intervenor-Defendant. | ) |

**STATE'S NOTICE OF CORRECTION OF PROPOSED ORDER**

The State hereby resubmits the proposed order it submitted earlier today with its Response to Court's June 14, 2007 Order (Docket 128). The proposed order submitted earlier today was in redline form in order to show changes to the Court's June 1, 2007 order that the State is willing to consent to. However, the redlining was off. We are resubmitting the proposed order so that only actual changes appear as changes.

Respectfully Submitted,

/s/ William P. Horn
WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com

Attorneys for Plaintiff State of Alaska

Dated: June 22, 2007

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing State's Notice of Correction of Proposed Order and corrected proposed order was served electronically, this 22nd day of June, 2007 on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman

/s/ William P. Horn
William P. Horn

G:\101445\1\JAP3530.DOC