WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorneys for State of Alaska

CORRECTED PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants.<br><br>STATE OF ALASKA,<br><br>          Plaintiffs,<br>and<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al.,<br><br>          Plaintiff-Intervenors,<br>vs.<br><br>GALE NORTON, Secretary of the Interior, et al.,<br><br>          Defendants,<br>and<br><br>KATIE JOHN, et al.,<br><br>          Defendant-Intervenors,<br>and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>          Defendant-Intervenor. | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH) |

|                                      |   |                     |
|--------------------------------------|---|---------------------|
| - AND -                              |   |                     |
| LINCOLN PERATROVICH, et al.,         | ) |                     |
|                                      | ) |                     |
|                    Plaintiffs,       | ) |                     |
|                                      | ) |                     |
| vs.                                  | ) |                     |
|                                      | ) |                     |
| UNITED STATES OF AMERICA, et al.,    | ) |                     |
|                                      | ) |                     |
|                    Defendant.        | ) |                     |
|    and                               | ) | No. 3:92-cv-0734-HRH |
|                                      | ) |                     |
| STATE OF ALASKA,                     | ) |                     |
|                                      | ) |                     |
|          Intervenor-Defendant.       | ) |                     |
|                                      | ) |                     |

### [PROPOSED] ORDER REGARDING JUNE 1, 2007 ORDER

Upon consideration of the various motions and filings submitted by the parties to this action and the parties in *Lincoln Peratrovich v. United States*, No. 3:92-cv-00734-HRH, seeking or opposing changes to the briefing schedule Order entered by this Court on June 1, 2007 (Docket No. 115);

IT IS HEREBY ORDERED THAT the Court enters the following schedule and terms for the briefing of the "which waters" phase of this case (changes from the June 1, 2007 Order are shown in ***bold italics***):

| | | |
|---|---|---|
| 1. | State and Katie John parties file opening briefs advancing challenges to the rulemaking, with the option of specifying test case categories and sample water bodies. | 7/23/07 |
| 2. | AOC, AFN, and Peratrovich parties file supplemental briefs. | 8/6/07 |
| 3. | Federal response to State, AOC, Katie John, AFN, and Peratrovich challenges (page limits are doubled for this Federal brief). | 9/26/07 |
| | State responds to Katie John, AFN, and Peratrovich; Katie John responds to State and AOC challenges. | |

4.  State and Katie John parties file replies.                          10/26/07

5.  AOC, AFN, and Peratrovich file supplemental replies.                11/9/07

IT IS FURTHER ORDERED THAT, in light of the large number of waterways potentially affected by the rulemaking order under review, the parties in their briefing of the "which waters" issues *may* present test case waterways that implicate controlling substantive issues, without waiving claims as to non-test case waterways. ***This Order does not require any party to present their case using test case waterways. Issues briefed*** shall be related to the following issue categories: (1) marine waters and tidally influenced waters, (2) waters bounded by non-federal land within the boundaries of federal reservations, (3) waters adjacent to federal reservations, (4) selected-but-not-conveyed lands and appurtenant waters, (5) waters upstream or downstream of federal reservations, and (6) waters appurtenant to Native allotments. The marine/tidally influenced waters issue raised by the Peratrovich parties may also, ***at the option of the Peratrovich parties***, be briefed by using test case waterways.

Dated this ____ day of _____ 2007.

                                          _____
                                          H. RUSSEL HOLLAND
                                          United States District Judge

G:\101445\1\JAP3528.DOC

3