WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| and | ) | |
| | ) | |
| ALASKA FISH AND WILDLIFE FEDERA- | ) | |
| TION AND OUTDOOR COUNCIL, et al., | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | No. 3:05-cv-0006-HRH |
| vs. | ) | (Consolidated with |
| | ) | No. 3:05-cv-0158-HRH) |
| GALE NORTON, Secretary of the | ) | |
| Interior, et al., | ) | ***Report of Counsel Regarding*** |
| Defendants, | ) | ***Conferral and Submittal of*** |
| | ) | ***[Proposed] Revised Briefing Schedule*** |
| and | ) | |
| | ) | |
| KATIE JOHN, et al., | ) | |
| | ) | |
| Defendant-Intervenors, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALASKA FEDERATION OF NATIVES, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

1

- AND -

LINCOLN PERATROVICH, et al.,                    )
                                                )
                              Plaintiffs,        )
                                                )
      vs.                                        )
                                                )
UNITED STATES OF AMERICA, et al.,               )
                                                )
                              Defendant.         )
      and                                        )          No. 3:92-cv-0734-HRH
                                                )
STATE OF ALASKA,                                )
                                                )
                        Intervenor-Defendant.   )
                                                )

## REPORT OF COUNSEL REGARDING CONFERRAL AND SUBMITTAL OF [PROPOSED] REVISED BRIEFING SCHEDULE

In accordance with this Court's Order entered on June 29, 2007 (Docket Nos. 130 & 131), counsel for all parties herein have conferred and authorized counsel for the State to submit on behalf of all the parties the attached [Proposed] Revised Briefing Schedule for Court consideration and approval.[1]

---

[1]   In addition, counsel for the Federal Defendants has requested that the following language be added to this report:

> While the United States is agreeing to the attached schedule, it notes that it is the only party that will be required to respond to the substantive claims of three separate and distinct sets of parties. The United States does not at this time know the actual scope and extent of the arguments that will be presented against it under this schedule. Nor does the United States know the actual amount of time it may need to respond to those arguments. The United States is hopeful that it will find the time proposed herein sufficient. However, the United States reserves the right to seek extensions of time or other modifications in the proposed schedule if that should prove to be needed. The United States recognizes that other parties to this action face similar uncertainties, and will extend the same rights to the other parties.

Respectfully Submitted,

/s/ William P. Horn_____
WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com

Attorneys for Plaintiff State of Alaska

Dated:  July 16, 2007

4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing REPORT OF COUNSEL

REGARDING CONFERRAL AND SUBMITTAL OF [PROPOSED] REVISED

BRIEFING SCHEDULE, WITH ATTACHED [PROPOSED] REVISED

BRIEFING SCHEDULE was served electronically, this 16th day of  July, 2007, on the

following:


Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman


                                                  /s/_ William P. Horn__
                                                  William P. Horn


4