WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |
| STATE OF ALASKA, | ) |
| Plaintiffs, | ) |
| and | ) |
| ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., | ) |
| Plaintiff-Intervenors, | ) No. 3:05-cv-0006-HRH |
| vs. | ) (Consolidated with |
| | ) No. 3:05-cv-0158-HRH) |
| GALE NORTON, Secretary of the Interior, et al., | ) |
| Defendants, | ) |
| and | ) ***[Proposed] Revised*** |
| KATIE JOHN, et al., | ) ***Briefing Schedule*** |
| Defendant-Intervenors, | ) |
| and | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
| Defendant-Intervenor. | ) |

```
       - AND -

LINCOLN PERATROVICH, et al.,         )
                                     )
                    Plaintiffs,      )
                                     )
    vs.                              )
                                     )
UNITED STATES OF AMERICA, et al.,    )
                                     )
                    Defendant.       )
       and                           )    No. 3:92-cv-0734-HRH
                                     )
STATE OF ALASKA,                     )
                                     )
              Intervenor-Defendant.  )
                                     )
```

## [PROPOSED] REVISED BRIEFING SCHEDULE

In accordance with the Briefing Schedule Order entered by this Court on June 1, 2007 (Docket No. 115), the Order upon Motions to Amend Briefing Schedule entered on June 29, 2007 (Docket Nos. 130 & 131), and the conferral of counsel[1] ordered as part of that June 29 Order;

IT IS HEREBY ORDERED THAT the Court enters the following revised schedule and terms for the briefing of the "which waters" phase of this case (changes from the June 1, 2007 Order are shown in ***bold italics***):

1. State and Katie John parties file opening briefs advancing challenges to the rule-making, specifying test case categories and ***with the option of specifying*** sample water bodies.   ***10/12/07***

2. AOC, AFN, and Peratrovich parties file supplemental briefs.   ***10/26/07***

3. Federal response to State, AOC, Katie John, AFN, and   ***12/14/07***

---

[1] The Court is advised that counsel were unable to agree to an earlier date for commencing briefing than October 12 due to the objection of counsel for the Katie John parties, specifying reasons, including personal and family medical reasons, which the other parties have taken into consideration in this proposed briefing schedule.

        Peratrovich challenges (page limits are doubled for this Federal brief).

        State responds to Katie John, AFN, and Peratrovich; Katie John responds to State and AOC challenges.

4.       State and Katie John parties file replies.       *1/14/08*

5.       AOC, AFN, and Peratrovich file supplemental replies.       *1/28/08*

    IT IS FURTHER ORDERED THAT, in light of the large number of waterways potentially affected by the rule-making order under review, the parties in their briefing of the "which waters" issues *may, in accordance with the Court's preference,* present test case waterways that implicate controlling substantive issues, without waiving claims as to non-test case waterways*, but are not obligated to do so*.  *Issues briefed* shall be related to the following issue categories:  (1) marine waters and tidally influenced waters, (2) waters bounded by non-federal land within the boundaries of federal reservations, (3) waters adjacent to federal reservations, (4) selected-but-not-conveyed lands and appurtenant waters, (5) waters upstream or downstream of federal reservations, and (6) waters appurtenant to Native allotments.  The marine/tidally influenced waters issue raised by the Peratrovich parties may also, *at the option of the Peratrovich parties*, be briefed by using test case waterways.  *The AFN need not file a brief prior to the response of the Federal Defendants if the AFN is taking no position whatever as regards the claims of the* <u>Katie John</u> *Plaintiffs.  In that event, the AFN may file a supplemental brief two weeks following that filed by the Federal Defendants as a response to the State.*

3

DATED at Anchorage, Alaska, this ____ day of July, 2007.

                                                            _____
H. RUSSEL HOLLAND
United States District Judge

G:\101445\1\JHL0654.DOC