IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KATIE JOHN, et al.,                    )
                                       )
                    Plaintiffs,        )
                                       )
        vs.                            )
                                       )
UNITED STATES OF AMERICA, et al.,      )
                                       )
                                       )
                    Defendants.        )
───────────────────────────────────────)
                                       )
STATE OF ALASKA,                       )
                                       )
                    Plaintiff,         )
        and                            )
                                       )
ALASKA FISH AND WILDLIFE FEDERA-       )
TION AND OUTDOOR COUNCIL, et al.,      )
                                       )
        Plaintiff-Intervenors,         )
                                       )   No. 3:05-cv-0006-HRH
        vs.                            )   (Consolidated with
                                       )   No. 3:05-cv-0158-HRH)
GALE NORTON, Secretary of the          )
Interior, et al.,                      )
                                       )
                    Defendants,        )
                                       )
        and                            )          O R D E R
                                       )
KATIE JOHN, et al.,                    )         Revised
                                       )      Briefing Schedule
        Defendant-Intervenors,         )
                                       )
        and                            )
                                       )
ALASKA FEDERATION OF NATIVES,          )
                                       )
        Defendant-Intervenor.          )
───────────────────────────────────────)

        - AND -

- 1 -

```
LINCOLN PERATROVICH, et al.,      )
                                  )
                    Plaintiffs,   )
                                  )
         vs.                      )
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
                    Defendants.   )
                                  )
         and                      )
                                  )    No. 3:92-cv-0734-HRH
STATE OF ALASKA,                  )
                                  )
              Intervenor-Defendant. )
_____)
```

In accordance with the Briefing Schedule Order entered by this court on June 1, 2007,[1] the Order upon Motions to Amend Briefing Schedule entered on June 29, 2007,[2] and the conferral of counsel[3] ordered as part of that June 29 order;

IT IS HEREBY ORDERED THAT the court enters the following revised schedule and terms for the briefing of the "which waters" phase of this case (changes from the June 1, 2007, order are shown in **bold italics**):

---

[1]Docket No. 115.

[2]Docket Nos. 130 & 131.

[3]The court is advised that counsel were unable to agree to an earlier date for commencing briefing than October 12 due to the objection of counsel for the Katie John parties, specifying reasons, including personal and family medical reasons, which the other parties have taken into consideration in this proposed briefing schedule.

- 2 -

1.  State and Katie John parties file        *10/12*/07
    opening briefs advancing challenges
    to the rule-making, specifying test
    case categories and *with the option
    of specifying* sample water bodies.

2.  AOC, AFN, and Peratrovich parties        *10/26*/07
    file supplemental briefs.

3.  Federal response to State, AOC,          *12/14*/07
    Katie John, AFN, and Peratrovich
    challenges (page limits are
    doubled for this Federal brief).

    State responds to Katie John, AFN,
    and Peratrovich; Katie John
    responds to State and AOC challenges.

4.  State and Katie John parties file        *1/14/08*
    replies.

5.  AOC, AFN, and Peratrovich file           *1/28/08*
    supplemental replies.

IT IS FURTHER ORDERED THAT, in light of the large number of
waterways potentially affected by the rule-making order under
review, the parties in their briefing of the "which waters" issues
*may, in accordance with the court's preference*, present test case
waterways that implicate controlling substantive issues, without
waiving claims as to non-test case waterways, *but are not obligated
to do so*. *Issues briefed* shall be related to the following issue
categories: (1) marine waters and tidally influenced waters,
(2) waters bounded by non-federal land within the boundaries of
federal reservations, (3) waters adjacent to federal reservations,
(4) selected-but-not-conveyed lands and appurtenant waters,
(5) waters upstream or downstream of federal reservations, and
(6) waters appurtenant to Native allotments. The marine/tidally
influenced waters issue raised by the Peratrovich parties may also,

*at the option of the Peratrovich parties*, be briefed by using test case waterways.  *The AFN need not file a brief prior to the response of the Federal Defendants if the AFN is taking no position whatever as regards the claims of the* <u>*Katie John*</u> *Plaintiffs.  In that event, the AFN may file a supplemental brief two weeks following that filed by the Federal Defendants as a response to the State.*

DATED at Anchorage, Alaska, this <u>17th</u> day of July, 2007.


/s/ H. Russel Holland
United States District Judge