# EXHIBITS

## TABLE OF CONTENTS

Exhibit 1      Togiak Bay Area Land Status

Exhibit 2      Togiak Federal Public Lands and Subsistence Fisheries Jurisdiction
Exhibit 3      Tuxedni Bay Area Land Status

Exhibit 4      Tuxedni Bay Federal Public Lands and Subsistence Fisheries Jurisdiction

Exhibit 5      Stikine River Area Land Status

Exhibit 6      Stikine River Federal Public Lands and Subsistence Fisheries Jurisdiction

Exhibit 7      Chignik Area Land Status

Exhibit 8      Crescent River Area Land Status

Exhibit 9A     Juneau Area Land Status

Exhibit 9B     Juneau Federal Public Lands and Subsistence Fisheries Jurisdiction

Exhibit 9C     Juneau Area

Exhibit 10     Executive Order signed by Warren G. Harding

Exhibit 11     Colville River Area Land Status

Exhibit 12     Nowitna Area Land Status

Exhibit 13     Sixmile Lake Area Land Status

Exhibit 14     Mulchatna River Area Land Status

Exhibit 15     Nushagak River Area Land Status