

# EXHIBIT 2

TOGIAK

Twin Hills

Togiak

Claimed Federal
Subsistence Boundary
Note added by ADF&G

TOGIAK
BAY

**Federal Public Lands and Subsistence Fisheries Jurisdiction**

| | | | | | |
|---|---|---|---|---|---|
| FWS Administered Land | | Special Management Areas | | Federal Jurisdiction | |
| NPS Administered Park | | Region Boundaries | | State Jurisdiction | |
| NPS Admin'd Preserve | | Game Management Units | | | |
| BLM Administered Land | | Roads | | | |
| Closed to Subsistence | | Federal Boundaries | | | |

Images clipped from USFWS/ASM/TWJ:ArcToolsx7.0Layout/yufiles/projects/fish4/esize/reg4_lyt: 12/18/01