

Exhibit 5 — Stikine River Area Land Status. Map produced by the Alaska Department of Fish & Game, June 7, 2007. Case 3:05-cv-00006-HRH, Document 134-7, Filed 10/12/2007, Page 1 of 1.

