

Federal Subsistence Fisheries Jurisdictional Map
Stikine River
(Wrangell Ranger District)

Approved by: James Caplan, Deputy Regional Forester, Federal Subsistence Board

EXHIBIT 6

Marine Waters Boundary