

EXHIBIT 9B

N

JUNEAU AREA

Auke Bay

JUNEAU

ADMIRAL

**Federal Public Lands and Subsistence Fisheries Jurisdiction**

| | | |
|---|---|---|
| FWS Administered Land | Closed to Subsistence | State Jurisdiction |
| NPS Administered Park | Region Boundaries | |
| NPS Admin'd Preserve | Game Management Units | |
| BLM Administered Land | Federal Boundaries | |
| USFS Administered Land | Federal Jurisdiction | |

Images clipped from USFWS/ASM/TWJ:ArcToolsx7.0Layout/yufiles2/projects/fish4/esize/reg1_lyt: 02/25/02