**EXHIBIT 9C**



United States. Bureau of Land Management. 1958. Juneau: Section no. 37 of Alaska Series (1:500,000) *in:* Alaska federal land withdrawals and reservations. Washington, D.C. 60 map atlas.