

**EXHIBIT 13**

## Sixmile Lake Area Land Status

### Land Status

**State Land**
- State

**Federal Land**
- BLM
- NPS
- — · — Lake Clark National Park and Preserve Boundary

**Other Land**
- Native Allotments
- Native Corporation
- Municipal

* Although extensive effort has been made to produce error free and complete data, all geographic information has limitations due to the scale, resolution, date and interpretation of the original source materials.
* You should consult available data documentation (metadata) for these particular data to determine their limitations and the precision to which they depict distance, direction, location or other geographic characteristics.
* These data may be subject to periodic change without prior notification.
* No Warranty: These data are provided as is, without any warranty whatsoever, including but not limited to any warranty as to their performance, merchantability, or fitness for any particular purpose.
* Liability: the user assumes the entire risk as to the results of the use of these data.
* The Department of Fish and Game is not responsible for any interpretation or conclusions based on these data made by those who acquire or use it.
* The Department of Fish and Game shall not be liable for any direct, indirect, special, incidental, compensatory or consequential damages or third party claims resulting from the use of these data, even if the Department of Fish and Game has been advised of the possibility of such potential loss or damage.



Map Produced by the Department of Fish & Game
October 4, 2007