Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-0006-HRH |
| | ) | (Consolidated with |
| v. | ) | No. 3:05-cv-0158-HRH) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | MOTION TO FILE |
| | ) | OVER LENGTH BRIEF |
| Defendants, | ) | |
| | ) | |

Plaintiffs Katie John *et al* respectfully request that the Court grant this Motion for Leave to File an Over-Length document in the above-captioned case. Katie John *et al* seeks permission to file an initial brief eight pages in excess of the 50-page limit, exclusive of exhibits, cited in L.R. 10.1(l). This initial brief is timely filed in accordance with this Court's scheduling order.

Dated: October 12, 2007                    Respectfully submitted,

                                           s/ Heather R. Kendall Miller
                                           Heather R. Kendall Miller
                                           Alaska Bar No. 9211084
                                           NATIVE AMERICAN RIGHTS FUND
                                           420 L Str., Suite 505
                                           Anchorage, Alaska 99501
                                           Telephone (907 276-0680

Facsimile: (907) 276-2466
Email: kendall@narf.org

Counsel for Katie John *et al.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2007, a copy of foregoing Plaintiffs' Motion to file over length brief and Proposed Order was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


s/  Heather Kendall Miller