IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Defendants, ) <br> ) | No. 3:05-cv-00006-HRH) <br> (Consolidated with <br> No. 3:05-cv-0158-HRH) <br><br> ORDER GRANTING PERMISSION <br> TO FILE OVER LENGTH BRIEF |

Upon consideration of Katie John *et al.*'s motion to file an over length brief,

IT IS HEREBY ORDERED THAT, Plaintiff Katie John *et al's* motion to file over length brief is granted.

DATED at Anchorage, Alaska this _____ day of _____, 2007.


s/ H. Russel Holland
United States District Judge