**ATTACHMENT 1**

WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com
Email: jlister@dc.bhb.com

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. <br><br>_____ <br><br> STATE OF ALASKA, <br><br> Plaintiffs, <br> and <br><br> ALASKA FISH AND WILDLIFE FEDERA-TION AND OUTDOOR COUNCIL, et al., <br><br> Plaintiff-Intervenors, <br> vs. <br><br> GALE NORTON, Secretary of the Interior, et al., <br><br> Defendants, <br> and <br><br> KATIE JOHN, et al., <br><br> Defendant-Intervenors, <br> and <br><br> ALASKA FEDERATION OF NATIVES, <br><br> Defendant-Intervenor. | No. 3:05-cv-0006-HRH <br> (Consolidated with <br> No. 3:05-cv-0158-HRH) <br><br><br><br> **AFFIDAVIT OF TINA CUNNING IN SUPPORT OF ALASKA'S OPENING BRIEF ON WHICH WATERS** |

|  |  |
|---|---|
| - AND - | |
| LINCOLN PERATROVICH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendant. | ) |
| and | ) No. 3:92-cv-0734-HRH |
| STATE OF ALASKA, | ) |
| Intervenor-Defendant. | ) |

## AFFIDAVIT OF TINA CUNNING

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Tina Cunning, being first duly sworn upon my oath, attest and state as follows:

1. I am the Special Assistant to the Commissioner of the Alaska Department of Fish and Game ("ADF&G"). I have held that or similar positions with the State of Alaska for over 25 years. I am familiar with and have personal knowledge of the matters herein stated.

2. In order to illustrate some of the "which waters" issues in this case and provide the Court with related documentation, I have accessed state and federal public records prepared and maintained by the Alaska Department of Natural Resources ("DNR"), the United States Bureau of Land Management ("BLM"), and the Federal Office of Subsistence Management ("OSM") in the ordinary course of their business and identifying the location of various water bodies, the land status along those water bodies, and Federal claims of subsistence jurisdiction in those water bodies.

3. Public records I accessed are available for public inspection at the following addresses:

Bureau of Land Management, Alaska State Office, 222 W. 7th Avenue, Anchorage, AK 99513-7599

Office of Subsistence Management, 3601 C Street, Suite 1030, Anchorage, AK 99503

Alaska Department of Natural Resources, 550 W. 7th Ave. Suite 1050, Anchorage, AK 99501-3579

Alaska Department of Fish and Game, 333 Raspberry Rd., Anchorage, AK 99518

In addition, these public records, as modified from time to time, may be accessed from a combination of the following web addresses:

http://www.asgdc.state.ak.us/ (all state layer data and some federal layer data);

http://plats.landrecords.info/advanced.html?hitfield=N10004&collection=ALL&datasource=null&searchtype=fnum&value=12543 (Master Title Plats and Status Plats);

http://www.glorecords.blm.gov/PatentSearch/Default.asp?Tab1=3&f1=AK&f4=&f5=&f6=&f7=&f8=&f9=&f10=&f11=&f12=&f13=&f14=&f15=&f16=&f17=&f18=&f19=&f20=&f21=&f22=&f23=&f24=GENEALOGY&f25=PATENTEE_NAME&f26=ACCESSION_SERIAL_NUMBER&f33=   (BLM plats);

http://www.blm.gov/wo/st/en/prog/more/lands/public_land_orders.html (BLM PLO);

http://alaska.fws.gov/asm/law.cfm?fcr=1 (OSM).

4. These public records, including Federal Subsistence Jurisdiction maps maintained by OSM, provide information necessary to conduct the day-to-day business of ADF&G, DNR, BLM, and OSM and were not created specifically for use in this litigation. In order to highlight the relevant information in the agency land status maps and related public documents, I have also supervised the preparation of site specific maps generated from the public land status information already maintained by BLM and DNR.

These maps show federal reservation boundaries, the location of specific waterways, and land status and ownership along specific waterways related to the examples or "test cases" presented in the State's brief. The OSM (USFWS) maps, site specific maps bearing an ADF&G logo, and related documents are attached as Exhibits 1 through 15 to this Affidavit and referenced in the State's Opening Brief on the "which waters" issues presented there. They are also available for public inspection at the address(es) listed above and ADF&G's offices at Alaska Department of Fish and Game, 333 Raspberry Rd., Anchorage, AK 99518.

    Further affiant sayeth naught.

_____
Tina Cunning

Subscribed and sworn to before me this 11 day of October, 2007.

_____
Notary Public for the State of Alaska
My Commission expires: with office

G:\101445\1\JHL0736.DOC

4