Exhibit 2

MAP OF ALASKA

This Exhibit will be manually filed with the Court due to the fact it is oversized. Copies will be mailed to the attorneys on the Distribution List.