# YUKON RIVER SALMON AGREEMENT HANDBOOK



Information and Reference Materials Related to the Yukon River Salmon Agreement

EXHIBIT 3    Page 1 of 48



## COMMUNITIES

| | |
|---|---|
| 1 Nunam Iqua | 27 Minto |
| 2 Alakanuk | 28 Nenana |
| 3 Emmonak | 29 Fairbanks |
| 4 Kotlik | 30 Rampart |
| 5 Mountain Village | 31 Stevens Village |
| 6 Pitka's Point | 32 Beaver |
| 7 St Mary's | 33 Birch Creek |
| 8 Pilot Station | 34 Ft Yukon |
| 9 Marshall | 35 Venetie |
| 10 Russian Mission | 36 Chalkyitsik |
| 11 Holy Cross | 37 Old Crow |
| 12 Shageluk | 38 Circle |
| 13 Anvik | 39 Eagle |
| 14 Grayling | 40 Dawson |
| 15 Kaltag | 41 Stewart Crossing |
| 16 Nulato | 42 Mayo |
| 17 Koyukuk | 43 Pelly Crossing |
| 18 Huslia | 44 Faro |
| 19 Hughes | 45 Ross River |
| 20 Allakaket | 46 Carmacks |
| 21 Alatna | 47 Teslin |
| 22 Bettles | 48 Whitehorse |
| 23 Galena | 49 Carcross |
| 24 Ruby | 50 Atlin Lake |
| 25 Tanana | 51 Anchorage |
| 26 Manley Hot Springs | 52 Whitehorse Dam |

## CONTACT INFORMATION

### YUKON RIVER PANEL
PO Box 20973
Whitehorse, YT Y1A 6P4
Website: www.yukonriverpanel.com

### YUKON RIVER DRAINAGE FISHERIES ASSOCIATION
725 Christensen Drive Suite 3-B
Anchorage, AK 99501
Phone: 1-877-99YUKON (9-8566) or (907) 272-3141
Fax: (907) 272-3142
Website: www.yukonsalmon.org

Front Cover Photos:
Main Photo: *Salmon drying on a rack in Kaltag, Alaska* ©*Polly Wheeler*
Smaller insets: *The life stages of a salmon, in order from left to right: the Egg stage, the Alevin stage, and the Adult stage* Egg & Alevin cour-tesy of U S Fish & Wildlife Service Adult ©YRDFA.

Back Cover Photos:
*All photos © YRDFA.*

Map credits:
*Yukon River Drainage Map, Courtesy of NOAA, Auke Bay Laboratory*

Exhibit 3
Page 2 of 48



# YUKON RIVER SALMON AGREEMENT HANDBOOK:

## Information and Reference Materials
## Pertaining to the Yukon River Salmon Agreement

The *Yukon River Salmon Agreement* (YRSA) outlines steps to ensure the future for the Yukon River salmon fishery through harvest sharing, research and habitat protection. Ultimately, the Agreement was the work of the people who depend upon salmon for subsistence, cultural, commercial or recreational purposes. There would have been no forward movements in the negotiations for the Agreement without the people's dedication and hard work to preserve the Yukon River way of life. The people of the Yukon River should take great pride in the *Yukon River Salmon Agreement* set in place to protect their salmon resource.

This publication was produced with funding from the Yukon River Panel and the U.S. Fish and Wildlife Service, pursuant to grants #701812G14 and #701811G221.





© Yukon River Drainage Fisheries Association and the Yukon River Panel, June 2005

Exhibit 3
Page 3 of 48





Co-Chairs

Mary C. Pete
[illegible address block]



Gordon Zealand
[illegible address block]

## To the People of the Yukon River drainage:

*Welcome to a background on the Yukon River Panel along with information on Yukon River salmon stocks.*

*Salmon that originate in the Canadian portion of the Yukon River drainage are a shared resource between the Yukon Territory (Canada) and Alaska (U.S.). Yukon River Chinook and chum salmon have some of the longest migratory journeys in the world and are prized for their size and oil content. The people along the river depend on this resource for food, social, ceremonial, recreational and economic purposes. Due to sharp declines of Canadian-origin Yukon River salmon populations, the two countries negotiated a cooperative management arrangement for these resources.*

*The Yukon River Salmon Agreement outlines steps to ensure the sustainability of Canadian-origin, Yukon River salmon stocks and fisheries through conservation, management practices, stock rebuilding, harvest sharing, research and habitat protection*. Ultimately, the Agreement was achieved by the people who depend upon and manage these salmon fisheries. The negotiations succeeded because of the dedication and hard work of Yukon River residents to preserve the salmon stocks and fisheries essential to their Yukon River way of life. The people of the Yukon River take great pride in the Yukon River Salmon Agreement as it continually enables their effective participation in managing the Canadian-origin salmon resources.*

*We would like to thank those who contributed to the negotiation of the Agreement and the operation of the Yukon River Panel. We would also like to thank those involved in the writing and editing of this handbook. It was a cooperative effort by the U.S. and Canadian Yukon River Panel members and Co-chairs, the Panel's Secretariat, the Yukon River Panel Joint Technical Committee and the Yukon River Drainage Fisheries Association (see acknowledgements, inside back cover). Thank you for your continued dedication to the Yukon River salmon stocks and their habitats.*

Gordon Zealand, Canadian Co-chair                  Mary C. Pete, U.S. Co-chair

*Although the Yukon River Salmon Agreement applies to salmon originating in the Yukon River, the Agreement specifically addresses the restoration and conservation of Yukon River salmon stocks of Canadian-origin.

Exhibit 3
Page 4 of 48

# TABLE OF CONTENTS

Introduction to the Handbook ............................................................. 4
The Yukon River Salmon Agreement—Background ................................ 5
   PACIFIC SALMON TREATY
   YUKON RIVER SALMON AGREEMENT
Yukon River Panel ............................................................................... 8
YR Panel Executive Secretariat ............................................................ 8
Joint Technical Committee .................................................................. 10
Restoration and Enhancement Fund ................................................... 12
Other Highlights of the Agreement ..................................................... 14
   SPAWNING ESCAPEMENT OBJECTIVES
   BORDER PASSAGE (BORDER ESCAPEMENT) OBJECTIVES
   HARVEST SHARES
   REBUILDING STOCKS
Description of the Yukon River Drainage ............................................. 16
   THE WATER
      UPPER YUKON REGION
      YUKON FLATS REGION
      RAMPART REGION
      LOWER YUKON REGION
   THE PEOPLE
   THE SALMON
Fishery Types ...................................................................................... 20
   ALASKA
      SUBSISTENCE
      COMMERCIAL
      PERSONAL USE
      SPORT
   YUKON TERRITORY
      FIRST NATION
      COMMERCIAL
      DOMESTIC
      SPORT/RECREATIONAL
Overview of Fisheries Management in Alaska and Yukon Territory ......... 24
   ALASKA FISHERIES MANAGEMENT
   YUKON TERRITORY FISHERIES MANAGEMENT
Frequently Asked Questions ................................................................. 26
Yukon River Salmon Agreement ......................................................... 35
Yukon River Salmon Act of 2000 (U.S.) .............................................. 41
References ........................................................................................... 43
Glossary of Terms and Acronyms ........................................................ 44
Acknowledgements ............................................................................. 45



©Joel Bennett, Alaska Division of Tourism



Courtesy of YRDFA



Courtesy of YRDFA

Exhibit 3
Page 5 of 48

# An Introduction to the Handbook



Courtesy of USFWS

This handbook was produced by the Yukon River Panel (YR Panel) and the Yukon River Drainage Fisheries Association (YRDFA) as a resource for Yukon River fishers, First Nations, Tribal Councils, fisheries managers and others whose lives are affected by the Yukon River Salmon Agreement. The intent of this handbook is to provide a reference for understanding the events leading up to the signing of the Yukon River Salmon Agreement (referred to as the Agreement), the content of the Agreement and provisions related to improving conservation and restoration of Yukon River salmon of Canadian-origin.

This handbook outlines what the Agreement means for Alaskans and Yukoners (Yukon Territory residents) with respect to conservation, restoration, harvest shares and fishery management obligations for Canadian-origin salmon stocks. The table below lists the common, scientific and native names for Chinook and chum salmon (two of the species of salmon described in the Agreement). Throughout the handbook you will find general information about the YR Panel, the YR Panel Executive Secretariat, the Yukon River Joint Technical Committee (JTC) and the Restoration and Enhancement Fund (R&E Fund). A description of the Yukon River drainage, fishery types, and an overview of fisheries management, as well as frequently asked questions and a glossary of terms have been included as supplemental information. For reference purposes, the *Yukon River Salmon Agreement* and the *Yukon River Salmon Act of 2000 (U.S.)* have also been included.

| NAME | CHINOOK SALMON | CHUM SALMON |
|---|---|---|
| COMMON | King Salmon | Dog Salmon |
| SCIENTIFIC | Oncorhynchus tshawytsha | Oncorhynchus keta |
| CENTRAL YUPIK | taryaqvuk | teggmaarrluk |
| DEG HIT'AN | ggath | nalay |
| HOLIKACHUK | ggath | nalay |
| KOYUKON | gal | nulaga |
| LOWER TANANA | gath or gal | nulaghi, gath or k'edenadlyoyi |
| MIDDLE TANANA | łuuge che'e | nuleghi |
| TANACROSS | łuug delt'el chox | * |
| UPPER TANANA | ts'ernah' | * |
| AHTNA | łuk'ece'e | łuk'ae seyi |
| GWICH'IN | łuk choo | khii |
| HAN | tr'ojä', łuk cho | tth'ay |
| NORTHERN TUTCHONE | gyo | thí' |
| SOUTHERN TUTCHONE | gyü | thí' |
| TAGISH | gēs | * |
| TLINGIT | t'á | tíł' |
| KASKA | gēs | * |

* = name not available

Exhibit 3
Page 6 of 48

# THE YUKON RIVER SALMON AGREEMENT – BACKGROUND



Fish and wildlife resources provide the foundation for the survival and livelihood of many people who reside within the Yukon River drainage. Salmon, a staple food in most communities, is one such resource harvested since time immemorial through traditional subsistence and aboriginal, or commonly referred to as First Nation, practices. Comparatively, commercial fishing - a relatively recent practice for harvesting salmon, first occurred on the Yukon River in Canada near the turn of the 20th century and shortly thereafter in the Alaskan portion of the drainage. From the early 1970s through to the 1990s, commercial practices generally contributed to the subsistence-based economies of many communities. However, sharp declines in the productivity of Yukon River drainage salmon stocks caused dramatic reductions in returning salmon runs beginning in 1998. For the first time since the start of commercial fisheries on the Yukon River, insufficient numbers of Chinook and chum salmon returned to meet escapement requirements and failed to support harvests in all fisheries. Both Alaskan and Yukoners (Yukon Territory residents) came together and agreed to make substantial sacrifices to rebuild Canadian-origin salmon stocks – a major contributor to the Yukon River way of life.

## PACIFIC SALMON TREATY

The United States (U.S.) and Canada signed the Pacific Salmon Treaty (PST) in 1985 to address interception of salmon originating in one nation by the fisheries of the other nation. The PST was necessary to conserve and manage Pacific salmon stocks (in areas of Alaska, Idaho, Washington, Oregon, Yukon Territory and British Columbia) to ensure sustainable fisheries and optimum production of salmon. Allowing the country of origin to receive sufficient benefits from salmon originating in its waters, presumably, promotes sustainable management of the salmon and their habitat. Both the U.S. and Canada recognized that many salmon returning to the U.S. Pacific Northwest are harvested in Canadian fisheries. Likewise, they recognized that a substantial number of Canadian-origin salmon are intercepted in U.S. fisheries. As both countries derive benefits from shared salmon resources, the welfare of salmon stocks was a matter of concern for both countries and each country desired to cooperate in the conservation, rebuilding, management, research and enhancement of shared salmon stocks.

The first principle of the PST directed that overfishing should be prevented and each country should be provided with benefits equivalent to the production of salmon originating in its waters. The PST went on further to set limits to the number of salmon, of a particular species, that could be harvested in a specific fishery, taking into account annual variations in abundance of salmon stocks and the desire to reduce interceptions and avoid undue disruption to existing fisheries. Most of the fishery arrangements incorporated in the PST in 1985 dealt with ocean fisheries intercepting salmon hundreds of miles from their river of origin. However, trans-boundary rivers were specifically noted in the PST.

> THE AGREEMENT WAS NEGOTIATED ON THE PREMISE THAT APPROXIMATELY 50% OF YUKON RIVER SALMON HARVESTED IN ALASKA ARE BOUND FOR SPAWNING GROUNDS IN CANADA.

Exhibit 3
Page 7 of 48