## YUKON RIVER SALMON AGREEMENT

THE YUKON RIVER SALMON AGREEMENT HELPS ENSURE ADEQUATE NUMBERS OF SALMON— PRIZED FOR THEIR HIGH OIL CONTENT AND RICH TASTE— ARE ALLOWED TO PASS INTO CANADA TO SPAWN IN THEIR NATAL STREAMS.

The PST, as signed in 1985, does not specifically address Yukon River stocks other than in a Memorandum of Understanding (MOU) incorporated into the PST as Article VIII (8). The MOU states that together both countries are required to develop research plans, address conservation concerns through stock assessment and preliminary escapement objectives, and establish a technical committee to compile available data and itemize research requirements for future management and conservation for the Yukon River. The technical committee was formalized in March of 1985 and titled the Yukon River Joint Technical Committee or, as it is commonly referred to, the JTC.

From 1985 to 1995, negotiations between the two governments ensued as an agreement was to be established to meet provisions established under the MOU of the PST. These negotiations resulted in the creation of the Yukon River Panel (YR Panel), development of preliminary escapement goals and harvest share arrangements, and the establishment of a Restoration and Enhancement Fund (R&E Fund) - to support projects and programs designed to rebuild Canadian-origin stocks of salmon and improve management of those stocks.

By 1990, both the U.S. and Canada agreed to, and implemented, temporary border passage (also referred to as border escapement) objectives, harvest guidelines, stabilization escapement goals for Chinook salmon, and a chum salmon rebuilding plan. In 1995, an Interim Agreement was signed initiating cooperative management and establishing temporary harvest share arrangements of Canadian-origin salmon for the Yukon River. This temporary agreement, to manage and conserve Canadian-origin Yukon River salmon, was based upon 'abundance' of salmon and not 'equitable harvest share'.


© Joel Bennett, Alaska Division of Tourism

While this temporary agreement was put into practice, negotiations were to continue for a long-term arrangement. Under the Interim Agreement, the YR Panel, a body of local fishers and agency representatives, was formed to make recommendations to the responsible U.S. and Canadian management entities for the conservation and management of Canadian-origin salmon[1]. The R&E Fund was also established. The supporting role of the JTC was also acknowledged in order to execute provisions set under the PST. However, negotiations for a permanent agreement failed to resume and the Interim Agreement was allowed to expire on December 31, 1997.

Negotiations for a permanent agreement resumed in 1999 at the same time as major declines in salmon runs on the Yukon River. In March of 2001, immediately after the devastating 2000 Chinook salmon run (Figure 1), a final agreement materialized in the form of the *Yukon River Salmon Agreement* (hereafter referred to as the Agreement) and represented an international commitment to the restoration, conservation and management of salmon upon which Yukon River communities depend. The Agreement was modeled after the 1995 Interim Agreement and built upon the abundance-based management method, also referred to as escapement-based management. Both countries agreed to manage their salmon fisheries to ensure enough spawning salmon are available to meet escapement requirements and to provide for harvests, when possible, according to the harvest sharing arrangements.

[1] The Yukon River Salmon Act of 2000 states that the responsible management entity for the U.S. is the State of Alaska Department of Fish and Game.

| 1985 | 1995 | 1998 | 1999 |
|---|---|---|---|
| Pacific Salmon Treaty signed and JTC established. Equitable harvest shares the main principle. | Yukon River Salmon Interim Agreement signed, establishing Yukon River Panel, R&E Fund and re-emphasizing the JTC's role | Yukon River Salmon Interim Agreement expires. Negotiations resumed for a permanent agreement. Salmon run sizes begin to decline. | Updates and revisions made to the Pacific Salmon Treaty. Abundance-based management principle adopted. |

Exhibit 3
Page 8 of 48

Although signed by delegations from both the U.S. and Canada in March 2001 and implemented by management agencies that same year, the Agreement did not receive official recognition as an executive agreement by the U.S. and Canadian governments until December 4, 2002. The Agreement incorporated the key features of the Interim Agreement, added rebuilding programs for Canadian-origin Yukon River chum and Chinook stocks, restoration and enhancement guidelines, called for the maintenance of existing salmon habitat, and included special provisions for the Porcupine River.


© Steve O'Brien

The Agreement, now chapter 8 of the PST, is truly unique. Besides setting out a distinct management regime for Yukon River salmon, which adheres to the broad science-based management principles of the PST, the Agreement assigns many functions and responsibilities of the Pacific Salmon Commission (body formed by U.S. and Canadian governments to implement the PST) directly to the YR Panel. Further, in the event the PST is ever terminated, the Agreement can stand on its own under the name "Yukon River Salmon Treaty" with the functions of the YR Panel to be assumed by a new commission referred to as the "Yukon River Salmon Commission".

Funds to address U.S. obligations of the Agreement, also called treaty implementation funds, are authorized through the *Yukon River Salmon Act of 2000 (U.S.)* and appropriated by the U.S. Congress. The U.S. Congress can assign up to $U.S. 4 million a year for treaty implementation funds, of which $U.S. 1.2 million supports the YR Panel's R&E Fund. The remainder of the treaty implementation funds, up to $U.S. 2.8 million, goes toward funding the U.S. section of the YR Panel and the JTC, in addition to U.S. management and research activities. Currently, treaty implementation funds must be appropriated by the U.S. Congress each year. However, the *Yukon River Salmon Act of 2000 (U.S.)* must only be reauthorized every few years.

Implementation of Canadian responsibilities of the Agreement (i.e. Canadian YR Panel participation and management of fisheries) are supported by funds provided through the Department of Fisheries and Oceans, Canada (DFO), which are secured annually through regional DFO budgetary allocation processes.



FIGURE 1: 1985-2003
CANADIAN ORIGIN CHINOOK SALMON DATA



YR Salmon Act 2000 establishes the authority and structure for the US portion of the YR Panel and authorizes appropriations for the R&E Fund. Canadian portion of the YR Panel re-established. — 2000

*Yukon River Salmon Agreement* initialed by negotiators. — 2001

*Yukon River Salmon Agreement* receives official recognition as an annex to the PST from US and Canadian governments. — 2002

Yukon Salmon Act 2000 amended to extend R&E Fund for 2004–2008. — 2003

Exhibit 3
Page 9 of 48

# YUKON RIVER PANEL

> "THEIR [NATIVE PEOPLE OF ALASKA AND YUKON TERRITORY] AGREEMENT, FOR IT TRULY IS THEIRS, LAYS THE FOUNDATION FOR A BOUNTIFUL RESOURCE FOR GENERATIONS TO COME."
>
> – STETSON TINKHAM, U.S. DEPT. OF STATE

To enable the conservation and coordinated management of Yukon River salmon stocks of Canadian-origin, the YR Panel meets twice a year to make recommendations to the responsible management entities on both sides of the Alaska-Yukon border. Unlike other regional panels and management committees established under the PST, the YR Panel follows its own internal by-laws and procedures, independent from the Pacific Salmon Commission.

The YR Panel's main responsibilities, pertaining to Yukon River salmon stocks of Canadian-origin, are to:

- DEVELOP AND IMPLEMENT agreed research and management programs;

- MAKE ANNUAL RECOMMENDATIONS to the respective responsible management agencies of both countries concerning conservation and management coordination;

- SET AND ADJUST annual salmon spawning escapement objectives, if necessary, based on pre-season projections, stock status and recommendations from the JTC; and

- OVERSEE the use and administration of the R&E Fund.

The YR Panel is comprised of 12 appointed individuals, six from each country. The process to be nominated to serve on the YR Panel varies between the two countries[2]. According to each country's respective laws or policies, U.S. members serve four-year terms and Canadian members serve five-year terms.

As mandated under the *Yukon River Salmon Act of 2000 (U.S.)*, the U.S. section of the YR Panel is comprised of one U.S. federal and one State of Alaska official who have expertise in salmon management and conservation. The other four are knowledgeable and experienced individuals, nominated by the Governor of Alaska and appointed by the U.S. Secretary of State. Of those remaining four YR Panel members, one is required to represent interests of the lower Yukon River fishing districts, one must represent interests of upper Yukon River fishing districts, and one must be an Alaska Native. The U.S. section of the YR Panel also has a number of advisors from Alaskan communities along the Yukon River. This advisory committee is made up of at least eight, but no more than twelve individuals, two of which are required to be Alaska Natives. The Governor of Alaska also appoints advisory committee members to serve two-year terms.

As required by the Umbrella Final Agreement (UFA), which is the common instrument for Yukon First Nation lands claim agreements, the majority (currently four members) of the Canadian section of the YR Panel must be from the Yukon Salmon Committee (YSC). The Yukon Territorial Government and DFO make recommendations for the other two appointments to Canada's Minister of Fisheries and Oceans, who makes all final appointments. Official advisors for Canada have not been established, but all Yukon First Nations, fishers, and residents within the Yukon River drainage in the Yukon Territory are encouraged to voice their concerns or opinions to the Canadian section of the YR Panel and its supporting entities – the JTC and the YR Panel Secretariat.

## YUKON RIVER PANEL SECRETARIAT

The Agreement and YR Panel bylaws enable the YR Panel to appoint an Executive Secretary, which it has since the implementation of the Interim Agreement, to perform various responsibilities in support of the YR Panel. These responsibilities include:

- MANAGING the YR Panel's administrative affairs and budget;

- FACILITATING semi-annual meetings of the YR Panel;

- ENCOURAGING COMMUNICATION within the YR Panel and between YR Panel, special interests and members of the public; and

- MANAGING THE R&E FUND – including issuing the call for project proposals, managing project contracts, and reporting on the status of the R&E projects.



Courtesy of YRDFA

---

[2] If you are interested in becoming a YR Panel member contact the YR Panel co-chair of your country (see contact information on inside front cover).

Exhibit 3
Page 10 of 48

# YUKON RIVER SALMON AGREEMENT
## Structure

**Public**
Fishers and users of the Yukon River salmon resource.

**U.S. Management**
Federal, State, Tribal, Non-Profit Organizations, and Advisory Councils.

**Canada Management**
Federal, Territorial & First Nation Governments and Public Advisory Body

**Yukon River Panel**
Fishers and users of the Yukon River salmon resource from the U.S. and Canada, make recommendations to management entities on both sides of the border concerning conservation and management of salmon originating in Canada.

**Joint Technical Committee**
Representatives from the U.S. & Canada, from both State & Federal agencies, and local & regional organizations, are charged with various tasks related to YR salmon stock assessment and management.

**Restoration and Enhancement Fund**
U.S. sponsored appropriations for research focused on restoration, conservation and enhancement of Canadian-origin wild salmon stocks, to include stewardship development of salmon habitat and to maintain viable salmon fisheries within Canada, to support efforts to increase understanding of the factors that affect YR salmon health and abundance

**Public Applicants to R&E Fund**

Exhibit 3
Page 11 of 48

# YUKON RIVER JOINT TECHNICAL COMMITTEE

> ALL THE PEOPLE ALONG THE YUKON RIVER HAVE A RIGHT TO THEIR SHARE OF THE RESOURCES, AND SO CANADIAN INTERESTS MUST BE INCLUDED IN ANY MANAGEMENT SCHEME.
>
> – BILL FLIRIS, TANANA, AK RESIDENT

The JTC was established as an international advisory committee responsible for providing the best science, fishery management and technical expertise possible to support the YR Panel. It is comprised of technical representatives from Canadian federal, U.S. federal and State of Alaska government agencies, and other non-governmental organizations from the U.S. Additional technical expertise may be requested and/or provided through invitation by the JTC. The JTC meets twice a year and is charged with various tasks related primarily to Yukon River salmon stock assessment and management, including but not limited to:

EVALUATING AND RECOMMENDING escapement targets;

DEVELOPING AND REPORTING on run outlooks and proposed in-season management strategies to the YR Panel;

EXAMINING stock and habitat management regimes and recommending how they may be improved to achieve stock escapement and habitat management objectives;

EVALUATING AND REPORTING the status of Canadian-origin salmon stocks, annual fishery performance and making recommendations for adjustments to rebuilding programs;

REVIEWING AND EVALUATING proposals submitted to the R&E Fund for technical merit; and

DEVELOPING STOCK and habitat research plans and coordinating the delivery of special research projects.

Providing technical support to the YR Panel, the JTC prepares standard season summary reports, including a review of all Yukon River fisheries, marine fisheries information, status of spawning escapements, and provides technical review of R&E Fund project proposals

As of 2002, the JTC began developing a strategic plan for salmon research in the Yukon River drainage. This strategic plan is intended to provide guidance and information critical to the management, protection, restoration and sustainable use of Canadian-origin salmon stocks. Some of the gaps in current information could potentially be addressed through the YR Panel's Budget Priority Framework for the R&E Fund (Blewett, 2004) and funded through the R&E Fund, and/or other outside funding sources.



Courtesy of Jim Magdanz

Exhibit 3
Page 12 of 48

# YUKON RIVER SALMON AGREEMENT,
## Roles and Responsibilities

**Public**
Participate in fisheries activities and management decision-making process.

**U.S. Management**

**Canada Management**

Achieve salmon conservation, sustainable use of the resource and improve decision-making processes through consultation with users of the fisheries resource, by representing the public interest

**Yukon River Panel**

MAIN RESPONSIBILITIES:

Make recommendations to management agencies

Set and adjust escapement objectives

Manage R&E Fund

Develop and implement research and management programs

**Joint Technical Committee**

MAIN RESPONSIBILITIES:

Evaluate status of salmon stocks

Examine management regimes and recommend improvements

Report to YR Panel with run-outlooks and in-season management strategies

Review and evaluate R&E Fund Proposals

**Restoration and Enhancement Fund**

GUIDED BY THE FOLLOWING PRINCIPLES:

Programs/projects shall be consistent with the protection of existing wild salmon stocks and their habitats

Large-scale enhancement through artificial propagation is inappropriate

Artificial propagation shall not be used as a substitute for effective fishery regulation, stock and habitat management or protection

Exhibit 3
Page 13 of 48

# RESTORATION AND ENHANCEMENT FUND



The Agreement specifies the R&E Fund support programs, projects and associated research and management activities directed towards restoration, conservation and enhancement of Canadian-origin salmon stocks of the Yukon River in Alaska and the Yukon Territory - including the Porcupine River system. Within the Canadian portion of the Yukon River drainage, programs and projects can also be directed at developing stewardship of salmon habitat and resources, and for maintaining viable salmon fisheries. Through these efforts both countries hope to see a return to productive salmon stocks and the long-term sustainability of the salmon fisheries

The appropriation granted to the R&E Fund, $U.S. 1.2 million, is provided annually by the U.S. Congress. According to the Agreement, up to 50% of the available funds annually available can be disbursed directly by the Canadian section of the YR Panel on Canadian programs and projects. These programs and projects are approved by the Canadian section of the YR Panel, in consultation with the full YR Panel, and are consistent with the principles and guidelines of the R&E Fund. The full YR Panel decides how the remaining portion of the R&E Fund shall be allocated for programs and projects occurring either in Alaska or the Yukon Territory

The R&E Fund is guided by the following principles:

> **RESTORATION, CONSERVATION AND ENHANCEMENT** programs and projects shall be consistent with the protection of existing wild salmon stocks and the habitats upon which they depend;
>
> **GIVEN THE WILD NATURE OF THE YUKON RIVER** and its salmon stocks, and the substantial risks associated with the large-scale enhancement through artificial propagation, such enhancement activities are inappropriate at this time; and
>
> **ARTIFICIAL PROPAGATION SHALL NOT BE USED AS A SUBSTITUTE** for effective fishery regulation, stock, and habitat management or protection

Priorities for implementing R&E Fund programs and projects are: 1) restoring habitat and wild stocks; 2) conserving habitat and wild stocks; 3) enhancing habitat and; 4) enhancing wild stocks. These general priorities were refined in an R&E Fund budget priorities planning framework[3] This framework identifies information gaps and includes criteria to prioritize R&E proposals within six broad areas (also referred to as envelopes) - conservation, restoration, enhancement, stewardship, viable fisheries and communication. The YR Panel may decide a funding priority for any given year, based on this framework

The R&E funding process is initiated each fall by the Executive Secretary with a 'call' for one-page conceptual proposals. The conceptual proposals are reviewed by the JTC, in relation to the YR Panel s priorities, for technical merit. Based on the merits and appropriateness of the proposed project, the YR Panel decides in December which applicants should submit a detailed project proposal. The YR Panel makes final funding decisions in March of every year. The YR Panel's Executive Secretary relays funding decisions to all project proponents, develops and administers contracts for the approved projects, and provides progress status reports on all projects to the YR Panel

### R&E FUNDING PRIORITIES & PROJECT EXAMPLES

| | | | |
|---|---|---|---|
| CONSERVATION | Stocks | Run Assessment | Rampart-Rapids Fall Chum Catch Per Unit Effort |
| | | Harvest Studies | Juvenile Chinook Out-Migration Timing |
| | | Escapement Studies | Salcha River Chinook & Chum Counting Tower |
| | | Research | *Ichthyophonus*-Chinook Study |
| | Habitat | Assessment | Yukon Queen II Investigations |
| | | Research | Groundwater Identification & Investigation – Upper YR |
| RESTORATION | Stocks | Implementation | Salmon Restoration -Fox, Laurier & Joe Creeks |
| | | Research | Develop Protocol to Restore Fish Habitat-Placer Mining Streams |
| | Habitat | Implementation | Mica Creek Salmon Habitat Restoration |
| | | Research | Hess River Spawning Area Assessment |
| ENHANCEMENT | | | McIntyre Creek Salmon Incubation Project |
| STEWARDSHIP | | | First Fish 2002, Youth Camp |
| VIABLE FISHERIES | | | Commercial Fish Plant Upgrades, Value Added |
| COMMUNICATION | | | Salmon Rearing Stream Signage |

[3] "Yukon River Panel Restoration and Enhancement Fund Budget Priorities Framework 2003", Blewett Dec. 2003

Exhibit 3
Page 14 of 48

# YUKON RIVER SALMON AGREEMENT,
## Membership and Resources

### Public
Fishers and users of the salmon resource from Yukon River communities.

### U.S. Management
Federal (USFWS), State (ADFG), nearly 50 Tribal Councils, Non-Profit Organizations (AVCP, CATG, TCC, YRDFA), and Advisory Councils.

### Canada Management
Federal (DFO), Territorial & nearly 20 First Nation Governments and Public Advisory Body (YSC)

### Yukon River Panel
- 12 Panel Members (six from Canada [5-year terms], six from US [4-year terms])
- 12 Panel Alternates
- 12 Advisors to the Panel from US YR communities; no official advisors from Canada
- Meets bi-annually, meeting locations rotate between Alaska & Y.T.; open to public

### Joint Technical Committee
- 2 Co-chairs
- Participating agencies & organizations
- Meets bi-annually, meeting locations rotate between Alaska and Y.T. every spring and fall

### Restoration and Enhancement Fund
THE FUNDING PROCESS:
- Funding ($US 1.2 million) re-appropriated every year by U.S. Congress
- Funding Proposal Process initiated every Fall with 'Call for Conceptual Proposals'
- YR Panel and JTC review full proposals in mid-winter
- Funding decisions made in spring

Exhibit 3
Page 15 of 48

# OTHER HIGHLIGHTS OF THE AGREEMENT

### SPAWNING ESCAPEMENT OBJECTIVES

A crucial means for managing Yukon River salmon fisheries is establishing and implementing escapement objectives, which form the foundation of salmon management plans. Spawning escapement is the portion of an adult returning salmon run that spawns on spawning grounds by avoiding harvest in any fisheries - including subsistence, First Nation, commercial, personal use, domestic and sport/recreational. An underlying assumption to abundance-based (escapement-based) management is a spawning escapement objective reflects the number of salmon that provides the greatest potential for sustained yield from a salmon stock. A spawning escapement objective is expressed as a range or minimum number, and is the primary management goal for the responsible management agencies. The Agreement specifies spawning escapement objectives (developed by the JTC in the 1980s and early 1990s and based on limited scientific data for that time), for salmon stocks of Canadian-origin once they have been rebuilt, or returned to recent historical numbers. Escapement objectives for salmon that spawn in the mainstem Yukon River in Canada shall be greater than 80,000 chum salmon and 33,000 to 43,000 Chinook salmon. The Escapement objective for chum salmon within the Porcupine River in Canada, shall be between 50,000 and 120,000 chum salmon upstream of the Fishing Branch River weir site.



Courtesy of YRDFA

Spawning escapement objectives are intended to maintain sustained yields of salmon, which in turn would potentially allow sustainable harvests by all fisheries. When used as a management tool, managers must be able to estimate run size, preferably in-season, and have well developed harvest monitoring programs in all fisheries. The effectiveness of management programs is often measured by the ability to meet spawning escapement objectives.

The YR Panel may establish and modify interim spawning escapement objectives for rebuilding programs. These temporary spawning escapement objectives are set annually before the fishing season by the YR Panel during its spring meeting, and are based upon JTC recommendations. In the future, the YR Panel could amend the Agreement and establish new escapement objectives when better scientific data becomes available.

### BORDER PASSAGE (BORDER ESCAPEMENT) OBJECTIVES

Under the Agreement, the U.S. will manage its fisheries in an attempt to meet the annually agreed upon spawning escapement objectives for Canadian-origin Chinook and chum salmon, plus attempt to meet the mid-points of the Canadian guideline harvest ranges. Border passage objectives (spawning escapement plus the mid-point of the Canadian harvest range) allow for proportionate sharing of salmon, while accounting for spawning escapement objectives. Canada will manage its fisheries within their guideline harvest ranges (the harvestable portion of salmon allowed to be caught by all Canadian fisheries) and aim to meet the agreed upon spawning escapement objectives, as stated in the Agreement or as directed by the YR Panel. Both countries share the obligation to meet escapement objectives, and if a harvestable surplus of salmon exists, both countries also share the benefits.

### HARVEST SHARE

The harvest share arrangement established under the Agreement is important for Alaskan and Yukoner fishers to understand and support because it allows for the proportionate sharing of harvestable salmon between the two countries. Canadian-origin salmon are a shared resource, and fish spawned in Yukon Territory waters are vulnerable to harvest in Alaskan waters. Therefore, in order for the Agreement to be successful and avoid over-harvesting of the stocks, it was necessary to establish each country's share of harvestable salmon. It was also important that the harvestable share be flexible enough to allow for management error and fluctuations in salmon populations. Following the abundance-based (escapement-based) management principle, both countries will decrease their harvest catch (even down to zero if necessary) to protect spawning escapement in years of low runs.

Exhibit 3
Page 16 of 48

Starting in 2001, both the U.S. and Canada agreed to share the harvest of main stem Yukon River chum and Chinook salmon using the concept of total allowable catch (TAC). TAC is the total run size of each salmon stock minus the agreed spawning escapement objective for that stock. The Agreement specifies two harvest sharing provisions, each based on TAC and historic catches (Table 1): one for harvests that have been taken historically; and the other for harvests that are higher than historic catches, which allow for a greater Canadian share of the TAC. Yukon River salmon stocks that are of Alaskan-origin are not included in the harvest sharing arrangements according to the Agreement.

| TABLE 1 | TAC LEVEL | ALASKAN FISHERY | CANADIAN FISHERY |
|---|---|---|---|
| CHINOOK SALMON | 0–110,000 | 74–80% | 20–26% |
|  | >110,000 | (74–80% x 110,000) + [50% x (TAC – 110,000)] | (20–26% x 110,000) + [50% x (TAC – 110,000)] |
| FALL CHUM SALMON | 0–120,000 | 65–71% | 29–35% |
|  | >120,000 | (65–71% x 120,000) + [50% x (TAC – 120,000)] | (29–35% x 120,000) + [50% x (TAC – 120,000)] |

The current inability to accurately estimate the total run size of Canadian-origin salmon in-season limits the ability to accurately calculate the TAC in-season. Therefore, the harvest sharing arrangement is used in-season only to estimate appropriate levels of harvest. Total run size, each country's share of the TAC and actual harvest shares are determined post-season. Comparison between each country's share of the TAC (as specified in the Agreement) and the actual harvest taken during the season aids managers, and the YR Panel, in determining if each country fulfilled their obligation to meet escapement objectives and receive their share of the harvest benefits. If management tools used to estimate in-season abundance and TAC levels were refined, managers could more easily determine TAC levels in-season rather than after the fishing season. If calculated in-season, harvest shares could be more precisely achieved for both countries[4].

Table 1. U.S. and Canada harvest shares as a percentage of TAC levels. (see example on page 27)

Figures 2 and 3 Visually illustrate Table 1 describing the agreed upon harvest share levels as a percentage of the annual TAC.

## REBUILDING STOCKS

With populations of Yukon River drainage salmon at distressing lows, negotiations for the Agreement addressed the need to rebuild wild Canadian-origin salmon stocks, particularly main stem chum and Chinook salmon back, to historical levels. When actual escapements fall below spawning escapement objectives set in the Agreement, the YR Panel can recommend a rebuilding program to be implemented by both countries. A rebuilding program takes advantage of the YR Panel's ability to set interim spawning escapement objectives, based on recommendations from the JTC, in hopes of returning escapement levels to those specified in the Agreement. As outlined in the Agreement, artificial propagation shall not be used as a substitute for effective fishery regulation, stock and habitat management or protection. Therefore, no hatchery programs, for restoration or enhancement purposes, have been implemented within the Yukon River drainage to supplement catches or rebuilding programs.



FIGURE 2. YUKON RIVER FALL CHUM SALMON HARVEST SHARES

The rebuilding programs are to take into account the relative health of the brood years, also called parent year spawning escapements, in order to rebuild stronger brood years in one cycle and weaker brood years in no more than three cycles. One cycle for Chinook salmon is typically considered to be six years, whereas one chum salmon cycle is four years. Therefore, through management actions, more adult offspring (from a parent year that had a low number of spawners) would be allowed to spawn in subsequent years. If a parent year escapement was very low it may take up to three cycles to rebuild stocks. However, a parent year escapement slightly below the escapement objective could potentially be rebuilt in a one cycle.

When deciding which rebuilding scenario to recommend, the YR Panel must consider various factors, such as the severity of the conservation concern, the overall status of spawning escapements in recent years and socioeconomic consequences. Salmon rebuilding programs can allow for subsistence and First Nation fishing opportunities in years of relatively low runs. The intent of such rebuilding programs is to rebuild salmon stocks without causing undue hardship to the people who depend upon the salmon resource, without depleting the resource itself.



FIGURE 3. YUKON RIVER CHINOOK SALMON HARVEST SHARES

[4] It should be noted that the Whitehorse Rapids Fish Hatchery, in Whitehorse, was built in 1984 to mitigate against spawning and rearing habitat lost to the building of the dam and not for enhancement purposes.

Exhibit 3
Page 17 of 48

# DESCRIPTION OF YUKON RIVER DRAINAGE



The Yukon River, the largest river in Alaska and one of the longest in Canada, has nine major rivers and many tributaries (Figure 4). It flows in a northwesterly direction through the Yukon Territory and southwesterly through central Alaska for over 2,300 miles (3700 km) before reaching the Bering Sea. The Yukon River empties the 5th largest drainage in North America – an area more than 330,000 square miles (855,000 square kilometers). This total area is more than 25% larger than Texas or Alberta. The river is believed to originate from the Llewellyn Glacier, near Atlin Lake, in northwestern British Columbia, within 30 miles (48 km) of the Gulf of Alaska.

## THE WATER

To characterize such a large area as the Yukon River drainage, boundaries for physiographic regions can be drawn. Physiographic regions are defined as smaller distinct zones, or sub-provinces, where the topography changes. The Yukon River drainage has four distinct physiographic regions. From the headwaters to the Bering Sea, these regions are known as: the Upper Yukon, Yukon Flats, Rampart Region and Lower Yukon.

### Upper Yukon Region

From its starting point, the Yukon River flows first through the Upper Yukon region, a distance of approximately 850 miles (1368km) long. This area extends from the mountainous, headwater lakes in the Yukon Territory and northern British Columbia to the community of Circle, Alaska and has two distinct sub-regions. The river first flows through terrain once covered by continental glaciers. Here, the river valley tends to be wide and the waters are clear. In this region the Yukon River is divided into four major sub-basins, which are the:

> Upper Lakes/Yukon River south mainstem, flowing from the southwest;
>
> Teslin River, with the main tributary being the Teslin River entering from the southeast;
>
> Pelly River Yukon River mid-mainstem, with the main tributary being the Pelly River entering from the east; and the Yukon River mid-mainstem.

Downstream of the Pelly River, the Yukon River enters unglaciated terrain. The valley becomes narrower, with rock walls on one or both sides of the river. Tributary valleys in this area are "v shaped. The Yukon River becomes more turbid and silty, particularly downstream from the glacier fed White River. In this sub-region the Yukon River is divided into three major sub-basins, which are the:

> Yukon River north mainstem,
>
> White River, with the main tributary being the White River, entering from the west, which is about 90 miles (145 km) upstream from Dawson City; and the
>
> Stewart River, with the main tributary being the Stewart River, one of the largest tributaries of the Yukon River, entering from the east about 72 miles (116 km) upstream from Dawson City.

### Yukon Flats Region

After passing through the Upper Yukon Valley, the Yukon River spreads out through the Yukon Flats for about 200 miles (322 km) and makes its great bend to the southwest. The river is at its widest in this area, spanning anywhere from 10 to nearly 20 miles (16-32 km), and involves a complex network of constantly changing channels. The Yukon Flats is seemingly an area of continuous sand bars and islands. Within the Yukon Territory this region is known as the:

> Porcupine River Sub-Basin, with the main tributary being the Porcupine River whose headwaters, which include the Fishing Branch River, originate in northern Yukon Territory, flows past the community of Old Crow to the Alaska-Yukon border

The Porcupine River continues flowing past the Alaska-Yukon border and is joined by the:

> "PROTECTING THE SPAWNING GROUNDS IS GOOD FOR THE FISH AND FOR ENSURING THE LONG-TERM SUSTAINABILITY OF THE RESOURCE."
>
> – ANDY BASSICH SPEAKING OF THE YUKON RIVER SALMON AGREEMENT

Exhibit 3
Page 18 of 48

Sheenjek River, from the north.

The Porcupine River enters the mainstem at the great bend just north of the Arctic Circle near the community of Fort Yukon. In this region the Yukon River is joined by the:

Chandalar River, entering the Yukon River from the north.

## Rampart Region

The Rampart Region begins where the Yukon Flats area abruptly ends, near Stevens Village, Alaska. At this point the River is only 0.4 miles (0.64 km) wide and is the location where the Trans-Alaska oil pipeline crosses the Yukon River. For nearly 110 miles (177 km) the main stem of the Yukon River flows without draining any major tributaries.



Figure 4. The Yukon River with its nine major tributaries and four physiographic regions.

## Lower Yukon Region

The Lower Yukon includes the area between the Rampart Region and the oceanic coast, and is the second longest region covering nearly 800 miles (1287 km). Marking the beginning of the Lower Yukon, the main stem of the Yukon River is joined by the:

Tanana River, from the south.

At this point, the gorge opens into lowlands. Before reaching the Nulato Hills, the Yukon River is joined by the:

Koyukuk River, from the north, at which point the main stem changes direction and heads south

Along the northwest boundary of the Lower Yukon region the Yukon River flows through low mountains (Nulato Hills) until the delta is reached. This valley is normally 2 or 3 miles (3.2-4.8 km) wide and has many channels and numerous islands. Before the main stem turns direction and flows to the west, near the community of Holy Cross, the Yukon River is joined by the:

Nulato River, from the west;

Anvik River, from the west; and the

Innoko River from the east.

The Yukon River once again shifts direction and heads northward as it reaches the delta, at which point the main stem of the river widens to 0.6 miles (1 km) and is joined by the:

Andreafski River, from the north.

The river flows through many channels within this large wetland area until finally emptying into the Bering Sea through three major mouths – the North, Middle and South Mouths.

While numerous tributaries drain into the Yukon River, there are too many to document here. However, many of these smaller streams and rivers are important spawning and/or rearing grounds for salmon, and should be protected from land-use impacts associated with human activities.

Exhibit 3
Page 19 of 48