

## THE PEOPLE

Approximately 138,000 people live in the Yukon River drainage. Excluding the largest city, Fairbanks (approximately 86,000 residents), within the Alaskan portion of the drainage, the majority of the remaining 21,000 Alaska residents live in 43 communities scattered along the river system from the Canadian border to the coast along the Bering Sea. These communities range in population from 30 to 800 residents with an average of less than 300 residents. Within the Canadian portion of the drainage, Whitehorse (the largest city with a population of 23,000) and Dawson City (with a population of 1,800) comprise nearly 80% of the Yukon Territory population. Nearly 4,000 people reside outside of these larger towns along the Yukon River and its tributaries. These rural communities range in size from 50 to 450 residents.

The people of the Yukon River drainage have utilized salmon since inhabiting the area. In Native societies, fishing means more than just food as it is part of a traditional, cultural, and economic system. Three major ethnic groups have historically occupied the Yukon River drainage: Yup'ik Eskimo, who live along the Bering Sea coast and inland approximately 250 miles (402 km); Athabaskan Indians, who occupy the remainder of the Yukon River valley; and Tlingit Indians, distantly related to the Athabaskan family, live along the southeast Alaskan coast and inland into parts of Yukon Territory and British Columbia, Canada. Outside of the larger cities, nearly all the people who reside in the Yukon River drainage are dependent, to varying degrees, on fish and wildlife resources for their livelihood.

Subsistence fishing activities occur throughout the Yukon River drainage by approximately 12,000 people, both native and non-native, in Alaska. Nearly 4,000 First Nation peoples in the Yukon Territory participate in their First Nation fisheries, which occurs during the summer and fall seasons. Subsistence and First Nation fishing activities are a cooperative undertaking with extended family groups of commonly two or more households working together to harvest, cut, preserve, and store the precious resource.

## THE SALMON

The three primary salmon species of concern addressed under the Agreement are Canadian-origin Chinook (*Oncorhynchus tshawytscha*, commonly referred to as king salmon), chum (*O. keta*, commonly referred to as 'dog' salmon), and coho (*O. kisutch*, commonly referred to as 'silver' salmon). Two other species of Pacific salmon are also found within the Alaskan portion of the Yukon River drainage, including sockeye salmon (*O. nerka*, commonly referred to as 'reds') and pink salmon (*O. gorbuscha*, commonly referred to as 'humpies').

All species of Pacific salmon are anadromous as they spawn in freshwater and spend at least a part of their lives in the ocean. To spawn, each female salmon uses her tail to create a depression in the gravel, with a dominant male salmon beside her. The female salmon releases her eggs in this depression or nest, which is commonly referred to as a redd. As the female releases her eggs, the

|  | CHINOOK SALMON | CHUM SALMON |
|---|---|---|
| # OF EGGS LAID PER SALMON | 3,000 to 14,000 | 4,000 |
| SIZE | 16lbs and up (7kg and up) females smaller than males | 4-18lbs (2-8kg) females smaller than males |
| REDDS LOCATION | 6" to 4' deep, flowing water | Upwelling, spring areas |
| FRESHWATER RESIDENCE | 3 months to 2 years | None |
| FRESHWATER FOOD | Plankton and insects | Small insects |
| OCEAN FOOD | Herring, pilchard, sandlance squid & crustaceans | Zooplankton, crustaceans pteropods, small fish |
| TIME SPENT AT SEA | 1 to 5 years | 3 to 5 years |

Exhibit 3
Page 20 of 48



dominant male salmon simultaneously releases a cloud of milt, or sperm, to fertilize the eggs. Subordinate males may join the spawning pair at this time and also attempt to fertilize the eggs with their milt. The fertilized eggs develop during the winter, and hatch in late winter or early spring, depending on the time of spawning and water temperature.

Figure 5. The months adult salmon can be found migrating through the Yukon River drainage.

Salmon hatch as alevins, with an attached yolk sac for food, and live in the gravel for several weeks until they gradually absorb all the food in the yolk sac. They emerge from the gravel as fry. Some species of salmon fry remain in the freshwater system for longer periods than others, and some do not have a prolonged freshwater residence at all. Most Yukon River drainage Chinook salmon spend one to two years rearing in fresh water before their out-migration to the ocean. On the other hand, emergent Yukon River chum fry migrate immediately to the mouth of the river spending little time in the freshwater system. Young salmon migrating to the sea are called smolt. As the process of smoltification occurs (during a limited time span), coordinated morphological, physiological and behavioral changes occur in preparation for the salmon's transition from fresh water to salt water.

Time spent at sea varies between Pacific salmon species from 18 months to 6 years. Chinook salmon from the Yukon River spend, on average, four years at sea (ranging between 1 to 6 years). Chum salmon spend an average of three years at sea (ranging between 2 to 5 years). No matter how long the duration, all time at sea is spent growing. Sub-adult salmon grow rapidly in the ocean and often double their weight during a single season. Small, sexually-mature adult salmon that return to spawning grounds after spending only a few months to one winter in the ocean are commonly referred to as jacks, and are usually males. Within the Yukon River drainage, jacks are most noticeable in the Chinook salmon populations, although they do occur in coho and sockeye salmon populations as well.

As sexually-mature adults, salmon travel hundreds, even thousands, of miles/kilometers from ocean feeding areas to spawn in the same freshwater system in which they hatched (Figure 5). Some headwater salmon stocks migrate over 1,840-miles (2960 km) to reach their spawning grounds in the Yukon Territory and northern British Columbia, thereby making some of the longest salmon migrations in the world. Little is known about the navigation mechanisms salmon use when at sea, although some evidence suggests they may be able to use the Earth's magnetic field as an indicator. Once near their natal streams, river or lakes, adult salmon use olfactory cues, or smell, to return to the spawning grounds where they originated.

Adult salmon going the furthest to spawn tend to possess the highest oil content of any salmon when they begin their upstream journey. Salmon do not feed during their spawning migration, so their condition deteriorates gradually during their migration as they use stored body reserves for energy. As female salmon travel to spawning grounds their eggs gradually mature, becoming larger in preparation for delivery or spawning. Therefore, it is local belief that smaller eggs and smaller bunches of eggs in female salmon are an indication the salmon has a longer way to travel before spawning.



Exhibit 3
Page 21 of 48

# FISHERY TYPES

There are eight uniquely different fisheries along the Yukon River, two of which are identified in the Agreement as having priority over all other fisheries: subsistence fisheries in Alaska and First Nation fisheries in the Yukon Territory. Other consumptive uses of the resource, commercial, personal use and sport fisheries in Alaska and domestic, sport/recreational and commercial fisheries in the Yukon Territory, have no hierarchy and are managed according to conservation needs and respective national priorities for subsistence and Yukon First Nation fisheries.

### ALASKA: SUBSISTENCE SALMON FISHERY

All Alaskan residents can qualify to engage in subsistence salmon fishing activities unless the resource is limited. According to Alaska laws and regulations (Tier II) during times of resource shortage, residents most dependent on and with the least alternative resources to salmon are provided first access to the resource. However, under federal law and regulations only qualified rural residents are awarded a preference for the subsistence priority on applicable waters at all times.

Alaskan Yukon River residents carry out subsistence fishing activities based either from a fish camp or home village. To harvest salmon drift gillnets, set gillnets, fish wheels and rod and reel are used. Gillnets are the primary gear type utilized throughout the drainage, however, fish wheels are typically found in the Yukon Flats and Rampart Region within the Alaskan portion of the drainage.

A significant portion of the salmon harvested are frozen, dried, or smoked for later human consumption. Extended family groups (often three generations) commonly work together to harvest, cut and preserve salmon for subsistence use. To preserve salmon, fishers normally split or hang fish whole to dry. The number of dogs within a household is considered a major factor affecting the amount of subsistence chum salmon a household needs, as feeding dogs for transportation is an



FISH WHEEL     DRIFT GILLNET     SET GILLNET

identified use under subsistence law. In addition, salmon harvested within applicable federal public lands can be sold under federal customary trade rules, but can not be sold to commercial fisheries businesses.

### ALASKA: COMMERCIAL SALMON FISHERY

The first recorded exported commercial salmon harvest in the Alaskan portion of the Yukon River drainage occurred in 1918. However, before this time, commercial sale of salmon for feeding dog teams

Exhibit 3
Page 22 of 48

and draft animals existed, but was poorly documented. Between 1925 and 1931 the Chinook salmon export commercial fishery was closed due to concerns for the subsistence fishery, but resumed at a reduced level in 1932. Commercial fisheries for Chinook salmon continued to occur annually with a commercial fishery for chum salmon occurring sporadically until 1961, when it too continued to occur annually. Yukon River commercial fisheries continued to grow until participation levels were stabilized by implementation of limited entry in 1976. In 2003, a total of 932 (703 lower river and 229 upper river) commercial permits were active for all salmon fisheries within the Alaskan portion of the Yukon River.

Most commercial fishers are residents of the Yukon River drainage and many subsistence fishers also participate in the commercial fishery. The cash income derived from the commercial fishery assists many area-residents in their subsistence lifestyle. Income earned from commercial fishing is often used to obtain hunting and fishing gear, such as nets, boats, and outboard motors utilized in subsistence activities.

Most commercial fishers operate outboard powered skiffs of 18 to 24 feet (5.5-7.0m) in length. Very few skiffs have gillnet rollers or power reels of any type. The use of larger outboard motors (greater than 100 horsepower), fish finders, and better means for communication (such as VHF radios) has increased fleet efficiency.

Most of the harvest is now processed as a fresh or frozen product, which is in direct contrast to earlier years when canning and salting were the primary preservation methods. To be processed in this 'modern' fashion, shore-based or floating operations exist, as well as processing facilities capable of quickly transporting harvested salmon by aircraft. Although most commercial harvests are processed outside the drainage, limited "value added" products are now produced locally. Small quantities of Chinook, fall chum, and coho salmon are smoke-cured and sold as 'strips', and a few salmon are sold whole to local markets.

> A BINDING AGREEMENT PUTS MORE PRESSURE ON BOTH SIDES [US AND CANADA] TO DO WHAT'S RIGHT FOR THE SALMON.
> —STAN ZURAY, TANANA, AK RESIDENT

## ALASKA: PERSONAL USE SALMON FISHERY

Alaska state law defines personal use fishing as "the taking, fishing for, or possession of finfish, shellfish, or other fishery resources, by Alaska residents for personal use and not for sale or barter, with gill or dip net, seine, fish wheel, long line, or other means defined by the Board of Fisheries." In 1986, the Alaska Board of Fisheries (BOF) created personal use salmon fisheries in the Alaskan portion of the drainage when subsistence fishing and hunting was limited to rural Alaska residents. While personal use fishing opportunities were open to all Alaskans, they were provided primarily for residents whose subsistence uses were no longer allowed because an area was deemed as urban under state law by change in the population, economy, and character of the area's dependence on uses of fish and game. Conversely, rural subsistence fishers were provided subsistence fishing opportunity only in rural areas on stocks with customary and traditional uses as determined by the BOF. Even though more efficient gear than that allowed for sport fishing was permitted in personal use fisheries, this use has never had a priority over subsistence uses; it is equal to other non-subsistence uses in the allocation system.

Between 1988 and 2003, regulations regarding personal use fisheries changed numerous times. However, a constant provision has been that personal use fishing can occur anywhere in the state and participation is open to all Alaska residents.

## ALASKA: SPORT SALMON FISHERY

Sport fishing for salmon in the Alaskan portion of the Yukon drainage is quite low and most annual sport harvests of salmon come primarily from the Tanana River drainage. Most clear water tributary streams, in the Alaskan portion of the Yukon River drainage, are remote and inaccessible, thereby severely limiting sport fishing opportunity. Therefore, sport harvests are typically small in relation to total catch. During the last 10 years, annual harvest of Chinook salmon from the entire Alaskan portion of the Yukon River drainage has averaged about 1,500 fish; approximately 1,400 of these came from the Tanana portion of the drainage. Sport harvests of coho salmon and chum salmon have averaged less than a thousand fish per year with most coming from the Tanana River drainage.

In the Tanana drainage, locally popular sport fisheries for Chinook salmon occur in the lower Chena and Salcha Rivers – downstream from the spawning areas. In the remainder of the Alaskan portion of the Yukon River drainage, small sport harvests of Chinook, chum and coho salmon are reported from the Andreafsky, Anvik, Porcupine and Koyukuk Rivers. Rod and reel fishing for salmon is practiced by some rural residents and by non-local anglers who visit for the purpose of sport fishing.


Courtesy of YRDFA

Exhibit 3
Page 23 of 48



**CHINOOK GENERAL DESCRIPTION:** "Adults are distinguished by the black irregular spotting on the back and dorsal fins and on both lobes of the caudal fin. Chinook salmon also have a black pigment along the gum line which gives them the name blackmouth" in some areas. In the ocean, the chinook salmon is a robust, deep-bodied fish with a bluish-green coloration on the back which fades to a silvery color on the sides and white on the belly. Colors of spawning chinook salmon in fresh water range from red to copper to almost black, depending on location and degree of maturation. Males are more deeply colored than the females and are distinguished by their "ridgeback" condition and by their hooked nose or upper jaw. Juveniles in fresh water are recognized by well-developed parr marks which are bisected by the lateral line."

Description courtesy of ADFG (http://www.adfg.state.ak.us/pubs/notebook/fish/chum.php)

### YUKON TERRITORY: FIRST NATION SALMON FISHERY

The longest standing fishery in the Yukon Territory is the First Nation fishery, also referred to as aboriginal fishery, and is only open to designates of Yukon First Nations. Yukon First Nation fishers have traditionally relied on the salmon resources of the Yukon River for their survival. Once spawning escapements are met, priority (in terms of allocation) is given to the First Nation fishery to address food, social and ceremonial needs. First Nation fisheries are widespread throughout the Yukon River drainage in Canada.

Most First Nation fishers have a fish camp, where a family or families will fish together for their food, social, ceremonial needs and also to supplement dog food with chum salmon. Fishing gear primarily consists of set gillnets, fish wheels in larger sites around the Dawson City area, drift gillnets in the Teslin River, and gaffs in the smaller headwater streams. Some salmon are split, hung and smoked at fish camp for later use. Salmon are also frozen or canned and some people find fish heads, eggs, milt (fish sperm) and gut a delicacy.

First Nation fishers usually begin fishing in early to mid-July for Chinook salmon and usually continue until their needs are met. Fishing for chum salmon in the upper Yukon River usually begins in August and is completed by mid-October. However, on the Porcupine River, the fishery often continues to operate through November with netting for chum and coho salmon frequently occurring through the ice.

### YUKON TERRITORY: COMMERCIAL SALMON FISHERY



The commercial fishery began in 1898 and the first licenses were issued the following year by the Royal Northwest Mounted Police under authority granted from L.H. Davies, the Minister of the Federal Department of Marine and Fisheries. Up until 1980, the commercial fishery was an open-entry fishery. The commercial fishery currently involves up to 21 licensed fishers. An additional eight licenses, guaranteed to Yukon First Nations under the UFA, have not been activated as of 2004.

When there are no spawning escapement or First Nation fishery concerns, the commercial fishery usually opens in early July for Chinook salmon; peak catches generally do not occur until mid to late July. Opening schedules for the commercial fishery are dependent upon run timing and the strength of the run. The commercial fishery for chum salmon follows the Chinook run, peaking in mid-September and ending in October and follows the same management regime as other fisheries.

Fishing gear for commercial fisheries consists of fish wheels and gillnets. Commercial fisheries may occur in the following areas: in the Yukon River, downstream from Tatchun Creek to Dozen Islands (excluding a closed section around the mouth of the Klondike River); in the Stewart River, downstream from the mouth of the McQuesten River; and in the Pelly River, downstream from the mouth of the MacMillan River.

Since processing facilities are currently limited, salmon caught in the commercial fishery are sold mostly to local markets (fresh, frozen, smoked, dried) or processed into other value-added products. Many commercial fishers rely on a portion of their catch to meet personal needs.

### YUKON TERRITORY: DOMESTIC SALMON FISHERY

The domestic fishery was first initiated in 1899 to allow British subjects and Yukon Territory residents to fish for personal use with gillnets. This fishery was eliminated in 1961 but then re-instated in 1974. The domestic fishery is currently limited to nine licensed fishers who fish primarily for Chinook salmon.

Exhibit 3
Page 24 of 48

**CHUM GENERAL DESCRIPTION:** "Ocean fresh chum salmon are metallic greenish-blue on the dorsal surface (top) with fine black speckles. They are difficult to distinguish from sockeye and coho salmon without examining their gills or caudal fin scale patterns. Chum have fewer but larger gillrakers than other salmon. After nearing fresh water, however, the chum salmon changes color-particularly noticeable are vertical bars of green and purple. The males develop the typical hooked snout of Pacific salmon and very large teeth which partially account for their other name of dog salmon. The females have a dark horizontal band along the lateral line; their green and purple vertical bars are not so obvious."

Description courtesy of ADFG (http://www.adfg.state.ak.us/pubs/notebook/fish/chum.php)

©1994 Detlef Buettner



> "THE YUKON IS MUCH MORE THAN AN EXOTIC AND REMOTE SETTING FOR NOVELS AND POETRY. IT IS HOME TO COUNTLESS COMMUNITIES, WHOSE LIVES ARE TIED TO THAT OF THE RIVER ITSELF AND TO ITS RESOURCES."
>
> – PAULA DOBRIANSKY, UNDER SECRETARY OF STATE FOR GLOBAL AFFAIRS

Fishing areas have been restricted to the same areas as commercial fishing, and gear is limited to one gillnet of up to 295 feet (90m) in length. When there are no spawning escapement and First Nation fishery concerns, the domestic fishery usually opens in early July for Chinook salmon and generally follows a pre-set number of days per week during the Chinook season. On average, less than 200 Chinook salmon are taken by this fishery. The salmon caught in the domestic fishery are for personal use and can not be sold

## YUKON TERRITORY: SPORT/RECREATIONAL SALMON FISHERY

When sport/recreational fishing first appeared in the Yukon Territory is unknown, but may date back to the 1700s. The first licenses were issued in 1949, after the construction of the Alaska Highway (1942-1947). Approximately 15,500 anglers received angling licenses in 2002, of which 1,049 purchased a Yukon Salmon Conservation Catch Card, which is mandatory for salmon fishers. Approximately 74% of the cards were issued to Yukon Territory residents, 13% to other Canadian residents and 12% to non-Canadian residents. To date, fewer than 1,000 Chinook salmon are harvested annually by this fishery, which are cooked, smoked or canned for personal use. Presently, the sport/recreational fishery is the only fishery open to all residents and non-residents of the Yukon Territory.

The areas of most intense sport/recreational salmon fishing activity are the Yukon River near Tatchun Creek, Big Salmon River, Teslin River, and Pelly River near the mouths of major spawning tributaries and other major tributaries. Fishing gear is restricted to tackle with single barbless hooks, with or without bait (artificial/roe), and fly-fishing gear. In normal years, sport/recreational fishing targets Chinook salmon from mid- to late-July through August. Chum salmon have not yet been targeted in this fishery.

Exhibit 3
Page 25 of 48

# OVERVIEW OF FISHERIES MANAGEMENT IN ALASKA AND YUKON TERRITORY







Meeting escapement goals and conservation needs are the first priorities for both countries. However, both countries have different management approaches to address conservation and allocation priorities. It is policy within Alaska to manage the salmon runs for maximum sustained yield, while the Yukon Territory salmon runs are managed to conserve and protect the salmon resource as mandated under the UFA pertaining to the Yukon First Nation Land Claims. To better protect the salmon resource, funding to management agencies, in both Alaska and the Yukon Territory, is allocated for a number of programs including fisheries and habitat management, stock and habitat assessment, research, enforcement and education.

## ALASKAN FISHERIES MANAGEMENT

Pursuant to the *Yukon River Salmon Act of 2000 (U.S.)*, "The state of Alaska Department of Fish and Game shall be the responsible management entity for the United States for the purposes of any agreement with Canada regarding management of salmon stocks originating from the Yukon River in Canada. The State of Alaska Board of Fisheries (BOF) sets policy and direction for management of the state s fishery resources. The policy of the ADFG is to manage the salmon runs to the extent possible for maximum sustained yield, unless otherwise directed by regulation and to allow for spawning escapement and Canadian harvest shares as written into the language of the Agreement. Management of the Yukon River salmon fishery is complex because of the current inability to determine stock specific abundance and run timing, overlapping multi-species runs, the increasing efficiency of fishing gear, allocation issues, and the immense size of the Yukon River drainage. Albeit, state and federal agencies, native organizations, and fisher groups operate various projects, such as aerial and ground surveys, test fisheries, tributary and mainstem sonar, tagging, tower and weir projects and harvest survey programs to obtain information necessary to assess salmon runs.

Beginning in 1999, a lack of consistency between state and federal laws resulted in dual management of subsistence fisheries within the Alaskan portion of the Yukon River drainage based on distinctions between state and federal lands. The State of Alaska statutes provide a subsistence priority for all Alaskan residents outside of established non-subsistence use areas within Alaska. However, federal law under the Alaska National Interest Lands Conservation Act (ANILCA) requires, on federal lands, only rural residents are privileged by the subsistence priority when there are not enough fish for other uses. Due to this divergence, federal jurisdiction now applies to applicable waters (i.e. waters flowing through and/or occurring on federal lands) to ensure the subsistence priority for federally-qualified rural residents. As part of a dual management system, state (Alaska Department of Fish and Game, ADFG) and federal (U.S. Fish and Wildlife Service, USFWS) authorities work together to share and collect assessment information and issue joint news releases to inform the public of subsistence management actions. The USFWS strives to ensure all federally-qualified users of the salmon resource have priority on federal lands, while ADFG strives to provide for all subsistence users within subsistence-use areas of the Alaskan portion of the drainage. Tribal councils and non-profit organizations, such as YRDFA, the Association of Village Council Presidents (AVCP) and Tanana Chiefs Conference (TCC), further serve to represent tribal interests, as well as fishers and local community users in Alaska.

In-season evaluations of salmon runs (such as evaluating abundance indices from test fisheries, passage estimates from sonar and mark-recapture projects, and listening to Yukon River fishers via YRDFA's weekly in-season teleconferences) allow managers to adjust pre-season management plans, if needed, based on run timing and/or abundance. In a strong run year, managers provide commercial harvest opportunities and may consider increasing border passage to a greater level to allow a higher spawning escapement for that year. If in-season assessment indicates abundance to be insufficient to meet escapement objectives, management entities may consider taking further conservation measures during the fishing season, such as restricting subsistence harvests. These management actions ensure adequate numbers of fish reach spawning grounds and the agreed upon harvest shares are met (harvest shares can fall to zero for both Alaskans and Yukoners if spawning escapement objectives appear to be unachievable).

Exhibit 3
Page 26 of 48

To ensure the general public is provided an opportunity to participate in the state's regulatory process, local Fish and Game Advisory Committees were established. These committees meet in a public forum to discuss fish and wildlife issues in order to make recommendations to the Boards of Fisheries and Game. The BOF takes into account these recommendations, and all public comments, when considering proposals to change fisheries regulations. The Federal Subsistence Board was also created to ensure priority is given to rural residents on federal lands for subsistence uses of fish and wildlife. Ten Regional Advisory Councils were created under the Federal Subsistence Board with community and regional leaders as members. The role of reviewing, evaluating and making recommendations concerning regulations, policies and allocation plans, gives a chance for those directly affected by federal jurisdiction, namely Alaskans relying on resources on federal lands, to be included in the decision-making process.

## YUKON TERRITORY FISHERIES MANAGEMENT

Pursuant to the UFA, the main instrument for salmon management in the Yukon Territory is the Salmon Sub-Committee, now known as the Yukon Salmon Committee (YSC). The YSC is a public advisory body that makes recommendations to federal, territorial and Yukon First Nation governments on all matters relating to Yukon salmon. These recommendations may be in relation to legislation, research, policies, programs or management plans. The UFA further specifies that the YSC may seek public input on salmon management plans and consult with First Nations on allocations. These consultations occur frequently and working groups have been established to assist in the development of the annual Integrated Fisheries Management Plan (IFMP) for the Yukon Chinook and chum salmon, including Porcupine River stocks. This comprehensive plan includes objectives, decision guidelines and specific management measures, run outlooks, fisheries-specific plans, and current management issues and expected outcomes. Public advisory bodies, such as the YSC, further serve to protect salmon stocks to maintain an essential part of the Yukon ecosystem, economy and lifestyle.



Courtesy of YRDFA

Members of the YSC come from all parts of the Yukon Territory and represent territory-wide interests. The composition of the ten-member committee is laid out in the UFA and is carefully structured to ensure diversity and balance. Nominations for YSC members are put forward through the Yukon Fish and Wildlife Management Board, the First Nations of the Alsek, Porcupine and Yukon River basins and DFO. The Minister of DFO makes the final approval on all appointments to the YSC.

Responsibility for implementing management plans rest with the Yukon/Transboundary Area of DFO. Using mark-recapture programs, weirs, aerial surveys and test fisheries, DFO evaluates salmon runs during the fishing season to enumerate and assess escapements and to determine appropriate harvest levels. DFO is committed to achieving long-term goals for salmon conservation, sustainable use of the resource through application of precautionary principles and improved decision-making processes through consultation with those who have an interest in the fisheries resource.



Courtesy of Bill Fliris

Exhibit 3
Page 27 of 48

# FREQUENTLY ASKED QUESTIONS



### 1) WHEN WAS THE YUKON RIVER SALMON AGREEMENT SIGNED AND WHO SIGNED IT?

On March 29, 2001 in Whitehorse, Yukon Territory, Canada, 56 delegates from the United States and Canada signed the Yukon River Salmon Agreement. Although signed by delegations from both countries, and implemented by management agencies at that time, the Agreement received official recognition by both governments, as an executive order, on December 4, 2002 in Washington, D.C. The Agreement now forms Chapter 8 of the Pacific Salmon Treaty (PST)

Mr. Amos Donohue, from the Canadian Department of Justice, led the Canadian delegation, and Mr. Stetson Tinkham, from the United States Department of State, led the U.S. delegation. Members from the YR Panel, JTC and advisors signed the Agreement into affect. Those members represented various groups along the Yukon River, including Yukon First Nations, Alaska Natives, fishers from aboriginal, subsistence, commercial, personal use, domestic and recreational fisheries, and state and federal agencies in Alaska and the Yukon Territory.

### 2) WHICH SPECIES OF SALMON ARE CONSIDERED UNDER THE YUKON RIVER SALMON AGREEMENT?

Although the Yukon River Salmon Agreement applies to all salmon originating in the Yukon River, the focus is on Canadian-origin stocks, which includes Chinook, chum and coho salmon. No differentiation is made between summer or fall chum salmon in the Agreement, but summer chum salmon, genetically distinct from fall chum salmon, spawn primarily in the lower 500 miles (805 km) of the Yukon River drainage and in the Tanana River. Canadian-origin coho are predominantly found in the Porcupine River. The Agreement states that once sufficient information becomes available for Chinook and coho salmon stocks originating in the Porcupine River in Canada, the YR Panel shall develop a conservation and management program for these stocks upon recommendation from the JTC.

### 3) DO ALL CHINOOK AND CHUM SALMON ON THE YUKON RIVER ORIGINATE IN THE YUKON TERRITORY, CANADA?

Scale pattern analysis and, more recently, genetic stock identification methodology indicate that approximately 50% of the adult Chinook salmon that return to the Yukon River originate in Canada, mostly in the Yukon Territory and some in northern British Columbia, and 50% originate in Alaska. Currently it is assumed that 30% or more of Yukon River fall chum salmon originate in Yukon Territory waters. As stock identification programs develop, more can be learned about the contribution of Canadian-origin fall chum to total run size.

The majority of the first run of salmon migrating up the Yukon River in May is presumed to be Canadian-origin Chinook heading for spawning grounds in the Yukon Territory. Canadian-origin salmon spawn and/or rear throughout all the tributaries and streams in the Yukon Territory. To date, spawning chinook salmon have been documented in over 100 streams, including some streams in northern British Columbia. Some of the notable spawning rivers in Canada include: Big Salmon, Little Salmon, Teslin, Pelly, Stewart and Klondike rivers. However, not all Yukon River stocks of Chinook salmon spawn in Canadian waters. Spawning salmon also return to most every tributary in the Alaskan portion of the drainage – most notably, the Andreafsky, Anvik, Nulato, Koyukuk, Tanana, Chena, Chandalar, and Sheenjek Rivers. Although their distribution is not as extensive or widespread as Chinook salmon, fall chum salmon also return to tributary streams in the Alaskan portion of the drainage, most notably, the Tanana, Koyukuk, Chandalar, and Sheenjek Rivers and in upper Canadian tributaries of the Yukon River – including the Porcupine, Fishing Branch, Kluane, and Teslin rivers, and the mainstem Yukon River itself.

> "INSTEAD OF FIGHTING OVER A SHRINKING PIE, WE WILL NOW BE WORKING TOGETHER TO CONSERVE SALMON STOCKS AND ENSURING BENEFITS FOR OUR RESPECTIVE FISHING COMMUNITIES."
> — AMOS DONOHUE

Exhibit 3
Page 28 of 48

### 4) HOW ARE SALMON, RETURNING TO SPAWN ON THE YUKON RIVER, COUNTED?

Fishery managers use both in-season and post-season tools to help them assess salmon runs on the Yukon River. In-season run assessment tools include such projects as test fisheries, sonar and mark-recapture programs to assess salmon run strength as they migrate to spawning areas. Gathering in-season information on migratory patterns, distribution and run abundance, to improve management and facilitate conservation efforts, include short-term projects such as the Chinook salmon radio telemetry program. Local observations from fishers during in-season teleconferences, as well as post-season harvest data collected through fishery surveys, harvest calendars, catch cards and fish tickets or catch logs, provide valuable harvest monitoring data. Other assessment programs and projects, such as aerial surveys, counting towers and weirs, conducted both in-season and post-season assess spawning escapement.

Assessing the number of salmon that enter the Yukon River in-season is a difficult and complex task for many reasons. Yukon River salmon runs are composed of many stocks, either of the same species or different species that migrate through an area at the same time. Generally, differentiating between stocks is more problematic in areas located farther away from spawning areas. Managers must sometimes rely on tools and methods that are not always accurate to assist them in determining run strength of one stock, while endeavoring to meet harvest shares and spawning escapement objectives. The Yukon River's sheer size makes any method for counting, whether state-of-the-art or not, difficult to use. However, new tools and techniques, such as radio telemetry, DIDSON sonar and genetic stock identification, continue to improve upon current techniques used for estimating and tracking salmon as they move upriver.

### 5) WHY, AND HOW, DOES THE YUKON RIVER PANEL ADJUST SPAWNING ESCAPEMENT OBJECTIVES?

Due to poor salmon runs observed on the Yukon River from 1998-2001, the YR Panel implemented rebuilding programs. One of the major concerns was for stocks returning from brood escapement levels (the number of salmon that spawned in the parent years) that may have fallen below target levels for rebuilt stocks. Therefore, the YR Panel established interim and/or revised existing spawning escapement objectives for these stocks, based on recommendations from the JTC. As a guiding feature of the Agreement, interim escapement objectives must be conducive to rebuilding the stock in no more than three cycles. The goal is to gradually rebuild poor salmon stocks in cycles until rebuilt levels agreed upon in the Agreement are reached. Even though three-cycle rebuilding options have been recommended in some recent years by the YR Panel, conservative management has enabled rebuilt target numbers of salmon (as established in the Agreement) to reach spawning grounds in one cycle.

Spawning escapement objectives are usually established through the examination of historical spawning escapements and subsequent adult production. Other factors that may contribute to escapement objectives include recent trends in stock status, the relationship between spawning escapement and juvenile salmon production, an assessment of habitat rearing capacity compared to existing juvenile salmon densities, and inclusion of traditional knowledge regarding the distribution and relative abundance of salmon populations. Not all of this information is available within the Canadian portion of the Yukon River drainage, thus more research needs to be completed in these areas. Spawning escapement objectives are agreed upon annually during the YR Panel's spring meeting, and then recommended to the responsible management entities.

### 6) HOW IS A REBUILDING CYCLE CALCULATED?

The Agreement specifies that when spawning escapements fall below target levels for rebuilt stocks, upon recommendation from the YR Panel, management entities may implement a brood year rebuilding program for Canadian-origin mainstem salmon stocks. In deciding which rebuilding scenario to recommend, the YR Panel has to consider various factors such as: the severity of the conservation concern; the overall status of spawning escapements in recent years; and socioeconomic consequences. The intent of such rebuilding programs is to rebuild salmon stocks without causing undue hardship to the people who depend upon the salmon resource, without depleting the resource itself.

The following describes an example for how a rebuilding cycle could be calculated. Before proceeding, please note that this is an EXAMPLE and an example only.

If the spawning escapement for upper Canadian-origin mainstem Yukon River fall chum salmon was 50,000 four years ago, the following describes the appropriate spawning escapement objectives for the current year following the 1- to 3-cycle rebuilding options. Remember that the goal is to rebuild the spawning escapement of this particular cycle to a spawning escapement of 80,000 in one to three cycles



Courtesy of Bill Flints

Exhibit 3
Page 29 of 48