adoption of regulations, and shall ensure the enforcement of these regulations These entities shall exchange annual fishery management plans prior to each season

16. Based on recommendations of the Joint Technical Committee,
(a) the Yukon River Panel may from time to time recommend spawning escapement objectives for implementation by the Parties through their management entities; and
(b) the Yukon River Panel may revise the spawning escapement objectives for rebuilt stocks in Appendixes 1 and

17 Each year the Yukon River Panel shall review the performance of the fishery management regimes of both Parties for the preceding season with a view to making recommendations to the respective management entities for improving management performance in order to achieve agreed objectives in future years.

18. For any year when a strong run is anticipated, the Yukon River Panel may recommend a spawning escapement objective greater than the agreed level.

19. If the Panel makes such a recommendation as specified in paragraph 18, the United States will endeavor, for that year, to deliver to the Canadian border on the Main stem Yukon River the number of salmon necessary to meet the spawning escapement objective recommended by the Panel, plus the agreed Canadian harvest share

20. In any year of a strong run, the United States agrees to consider increasing the border escapement to a level greater than agreed in order to allow a higher spawning escapement for that year

## Joint Technical Committee

21. The Parties shall maintain the Yukon River Joint Technical Committee (JTC) established by paragraph C.2 of the Memorandum of Understanding regarding the Treaty, done at Ottawa 28 January 1985, which shall continue to report to the Yukon River Panel. The JTC shall meet annually or more frequently at the direction of the Yukon River Panel to, inter alia:
(a) assemble and refine information on migratory patterns and the extent of exploitation in fisheries harvesting Yukon River origin salmon;
(b) review existing assessment techniques and investigate new ways for determining total return and escapement and make recommendations on optimum spawning escapement objectives;
(c) examine past and current management regimes and recommend how they may be better formulated to achieve escapement objectives;
(d) exchange information on existing and proposed restoration and enhancement programs, identify restoration and enhancement opportunities and evaluate the management consequences of harvests of restored or enhanced fish;
(e) develop and recommend restoration and enhancement programs to be funded by the Yukon River Salmon Restoration and Enhancement Fund;
(f) monitor and co-ordinate agreed research programs and recommend research required in order of priority to enable the Parties to effectively implement this Chapter;
(g) evaluate annually the status of Canadian origin chum and chinook salmon stocks and make recommendations for adjustments to the rebuilding programs set out in this Chapter;
(h) annually, no later than 30 April, provide the Panel with run outlooks and proposed in-season management strategies designed to achieve escapement objectives and agreed harvest shares of Canadian-origin salmon stocks;

(i) use existing procedures and investigate new ways to evaluate progress in rebuilding salmon stocks where necessary;
(j) investigate and recommend stock separation studies that would assist in developing specific fishery management programs for individual salmon stocks;
(k) review and analyze the effectiveness of alternative fishery regulatory measures to satisfy conservation objectives;
(l) submit an annual report to the Yukon River Panel on fishery performance, including harvests and fishing effort of all user groups, fish values made available by either side and biological status of stocks;
(m) review information available on coho salmon originating in the Yukon River, and undertake assessments of such stocks;
(n) report on the condition of salmon habitat and recommend measures to be taken to protect or enhance salmon habitat;
(o) when appropriate, provide an evaluation of the ecological and genetic risks of restoration or enhancement, socio-economic impacts, and identify alternative actions including but not restricted to fishery management actions;
(p) recommend levels for restored stocks consistent with natural habitat capacity; and
(q) undertake other assignments as may be requested from time to time by the Yukon River Panel.

## Rebuilding Main stem Yukon River Chum and Chinook Stocks

22. With respect to chum and chinook salmon originating in the Yukon River in Canada, when spawning escapements fall below target levels for rebuilt stocks as specified in Appendices 1 and 2 to Chapter 8, Annex IV, upon recommendation of the Yukon River Panel, the Parties shall, through their respective management entities, implement a brood year rebuilding program for the Canadian Main stem stocks. The objective of the rebuilding plan shall be to systematically, as per paragraph 23 below, rebuild the spawning escapement in subsequent return years to the escapement objectives specified from time to time in Appendix 1 for chum and in Appendix 2 for chinook salmon.

23 The rebuilding program shall take into account the relative health of the brood years with the object of rebuilding stronger brood years in one cycle and weaker brood years in no more than three cycles in equal increments. For greater certainty, a cycle for chum salmon is typically considered to be four years, and for chinook salmon, six years, although the Panel may incorporate other age components in designing rebuilding programs

24 Based on the recommendations of the JTC, the Yukon River Panel shall establish and modify as necessary interim escapement objectives of the rebuilding program

Porcupine River

25. To ensure maximum benefits accrue to Porcupine River spawning escapements, the Parties shall:
(a) not initiate new fisheries on Canadian-origin stocks within the Porcupine River drainage before December 31, 2006; and
(b) following this period, any Party that intends to initiate a new fishery on the Porcupine River shall inform the Yukon River Panel, which shall recommend conservation and management measures.

26. With respect to the Fishing Branch River chum salmon, the Parties agree that when spawning escapements fall below target levels for this stock as specified in Appendix 1 to Attachment B, the Yukon River Panel shall consider the need to develop a rebuilding plan based on information and analysis from the JTC If the Yukon River Panel decides that

Exhibit 3
Page 40 of 48

such a plan is needed, it shall request the JTC to prepare a range of rebuilding plan options, including allowing this stock to rebuild as a result of the rebuilding program for the Yukon River Main stem fall chum salmon stock. The Panel shall determine which plan to recommend to the respective management entities.

27. The Parties shall, through their respective management entities, implement the rebuilding plan.

28. Following rebuilding, the Yukon River Panel may recommend catch shares for the Canadian-origin Porcupine River chum salmon stocks.

29. If sufficient information becomes available for chinook and coho salmon stocks originating in the Porcupine River in Canada, the Panel, upon recommendation of the JTC, shall develop a conservation and management program for these stocks.

## HABITAT

30. In light of the benefits they receive from the salmon originating in their portions of the Yukon River, the Parties agree that:
(a) salmon should be afforded unobstructed access to and from, and use of, existing migration, spawning and rearing habitats;
(b) respective water quality standards should be maintained and enforced;
(c) productive capacity of the salmon habitat on both sides of the Alaska-Yukon border should be maintained in order to achieve the objectives of this Chapter; and
(d) should access be obstructed, water quality standards be degraded or productive capacity of the salmon habitat be diminished to a degree that affects the objectives established in this Chapter, the Yukon River Panel may recommend corrective actions which may include adjustments to fishing patterns, border escapement objectives and guideline harvest ranges.

## RESTORATION AND ENHANCEMENT

31. Each Party shall assist the Yukon River Panel in developing and implementing the programs referred to in paragraph 1 of Attachment C and shall, in particular, provide essential support, as required, for programs in its portion of the Yukon River.

32. Unless the Parties jointly decide otherwise, on the basis of recommendations by the Yukon River Panel, the primary objective of:
(a) restoration and conservation programs and projects shall be to increase spawning escapements in areas requiring restoration;
(b) enhancement projects shall be to increase harvests taking into account the conservation of wild stocks.

33. Harvest shares for salmon produced by enhancement activities shall be recommended by the Yukon River Panel.

34. The Principles and Guidelines for operation of the Yukon River Restoration and Enhancement Fund are set out in Appendix 1 to Attachment C

35. Contributions to be made by the United States to the Yukon River Restoration and Enhancement Fund are set out in Appendix 2 to Attachment C

## APPENDIX I
to Yukon River Salmon Agreement (Attachment B)
Escapement Objectives for and Harvest Sharing of Canadian-Origin Chum Salmon

1. Subject to paragraph 16 of this Chapter, the Parties agree that the escapement objective for the rebuilt chum salmon stock:
(a) in the Main stem Yukon River in Canada shall be greater than 80,000 chum salmon; and
(b) upstream from the Fishing Branch River weir site shall be 50,000 to 120,000 chum salmon.

2. Harvest of Main stem Yukon River chum salmon shall be shared beginning in 2001, and continuing until amended by the Parties, on the following basis:
(a) when the Total Allowable Catch (TAC) is between zero and 120,000 chum salmon, the guideline harvest range for Canada shall be between 29% and 35% of the TAC;
(b) when the TAC is above 120,000 chum salmon, the guideline harvest range shall be between 29% and 35% of 120,000, i.e., 34,800 and 42,000 chum salmon, plus 50% of the portion of the TAC greater than 120,000 chum salmon.

## APPENDIX II
to Yukon River Salmon Agreement (Attachment B)
Escapement Objective for and Harvest Sharing of Canadian-Origin Yukon River Chinook Salmon

1. Subject to paragraph 16 of this Chapter, the Parties agree that the spawning escapement objective for the rebuilt chinook salmon stock in the Main stem Yukon River shall be 33,000 to 43,000 chinook salmon

2. Harvest of Main stem Yukon River chinook salmon shall be shared beginning in 2001, and continuing until amended by the Parties, on the following basis:
(a) when the Total Allowable Catch (TAC) is between zero and 110,000 chinook salmon, the guideline harvest range for Canada shall be between 20% and 26% of the TAC;
(b) when the TAC is above 110,000 chinook salmon, the guideline harvest range for Canada shall be between 20% and 26% of 110,000, i.e., 22,000 and 28,600 chinook salmon, plus 50% of the portion of TAC greater than 110,000 chinook salmon.

## RESTORATION AND ENHANCEMENT FUND

1. The Parties hereby establish the Yukon River Salmon Restoration and Enhancement Fund, hereinafter referred to as "the Restoration and Enhancement Fund", to be managed by the Yukon River Panel, which shall be used for the following purposes:
(a) programs, projects and associated research and management activities on either side of the Alaska-Yukon border directed at the restoration, conservation and enhancement of Canadian origin salmon stocks;
(b) programs and projects that are directed at developing stewardship of salmon habitat and resources and maintaining viable salmon fisheries in the Yukon River in Canada.

2. Programs, projects and activities shall be funded based on the Principles and Guidelines set out in Appendix 1 hereto.

3. Subject to the availability of appropriated funds, the United States shall, beginning in U.S. fiscal year 2002, make an annual financial contribution to the Restoration and Enhancement Fund, in the amount set out in Appendix 2 hereto. The United States will endeavor to make the contribution in the first quarter of each U.S. fiscal year.

4. If in any year the United States does not make an annual contribution as required in paragraph 3, this Chapter is suspended until the United States makes such contribution for that year.

5. The cost of administering the Restoration and Enhancement Fund shall be drawn from the Restoration and Enhancement Fund

Exhibit 3
Page 41 of 48

6. The Restoration and Enhancement Fund shall be open for additional financial contributions from any source
7. Monies from the Restoration and Enhancement Fund shall be disbursed by the Yukon River Panel according to the following rules:
(a) with regard to paragraphs 1(a) and (b), the percentage in Appendix 2 hereto of annual available funds shall be disbursed on Canadian programs and projects approved by the Canadian section of the Yukon River Panel based on recommendations by the Canadian section of the JTC and found by the Yukon River Panel as a whole to be consistent with the Principles and Guidelines set out in Appendix 1 hereto; and
(b) the balance of annual available funds shall be disbursed at the direction of the Yukon River Panel as a whole based on recommendations by the JTC as a whole.
8. Monies disbursed from the Restoration and Enhancement Fund shall be accounted for as directed by the Yukon River Panel.

# APPENDIX I
to Restoration and Enhancement Fund (Attachment C)
Principles and Guidelines for Restoration, Conservation and Enhancement Programs and Projects Principles
1. Restoration, conservation and enhancement programs and projects shall be consistent with the protection of existing wild salmon stocks and the habitats upon which they depend.
2. Given the wild nature of the Yukon River and its salmon stocks, and the substantial risks associated with large-scale enhancement through artificial propagation, such enhancement activities are inappropriate at this time.
3. Artificial propagation shall not be used as a substitute for effective fishery regulation, stock and habitat management or protection.

Guidelines
4. The priorities for implementing programs and projects using monies disbursed from the Restoration and Enhancement Fund shall be in this order with regard to Attachment C, paragraph 1 (a):
(a) restoring habitat and wild stocks;
(b) conserving habitat and wild stocks;
(c) enhancing habitat; and
(d) enhancing wild stocks.
5. Programs and projects using monies disbursed from the Restoration and Enhancement Fund with regard to Attachment C, paragraph 1 (b) shall be limited to:
(a) encouraging habitat stewardship, conservation and reclamation in activities and industries that impact salmon and their habitats; and
(b) maintaining viable salmon fisheries in the Yukon River in Canada, thus establishing incentives for the conservation and stewardship of salmon and their habitats. Funding for commercial salmon fishing and processing shall be limited to the development of infrastructure, capital equipment expenditures and, in years when no commercial processing occurs, the maintenance of processing infrastructure.
6. Programs and projects shall be evaluated by the Yukon River Panel based on a Yukon River basin wide stock rebuilding and restoration plan to be developed and updated periodically by the Panel. As an integral part of restoration, habitat conservation, and enhancement planning the Panel shall undertake careful assessment and inventory of wild stocks, their health, habitat, and life history.
7. The Yukon River Panel shall apply the most stringent of the fish genetics and fish disease policies of the management entity of either Party to restoration or enhancement programs and projects.
8. Following JTC evaluation of proposed programs and projects, each Party shall provide an opportunity for public comment and review of the proposed programs and projects, along with the JTC evaluation
9. The Yukon River Panel shall decide which programs and projects to fund, based on these guidelines, the JTC evaluation and any public comments received.

# APPENDIX II
to Restoration and Enhancement Fund (Attachment C)

## U.S. CONTRIBUTIONS
1. Subject to the availability of appropriated funds, beginning in U.S. fiscal year 2002, the United States shall contribute 1.2 million USD annually to the Restoration and Enhancement Fund until this Appendix is amended by the Parties.
2. The percentage of annually available funds to be made available for projects referred to in paragraph 7
(a) of Attachment C shall be 50% until this Appendix is amended by the Parties.



Exhibit 3
Page 42 of 48

# YUKON SALMON ACT OF 2000 (U.S.)

## TITLE II—YUKON RIVER SALMON
### SEC. 201. SHORT TITLE
This title may be cited as the "Yukon River Salmon Act of 2000".

### SEC. 202. YUKON RIVER SALMON PANEL.
(a) ESTABLISHMENT—
(1) IN GENERAL.—There shall be a Yukon River Salmon Panel (in this title referred to as the "Panel").
(2) FUNCTIONS.—The Panel shall—
(A) advise the Secretary of State regarding the negotiation of any international agreement with Canada relating to management of salmon stocks originating from the Yukon River in Canada;
(B) advise the Secretary of the Interior regarding restoration and enhancement of such salmon stocks; and
(C) perform other functions relating to conservation and management of such salmon stocks as authorized by this or any other title.
(3) DESIGNATION AS UNITED STATES REPRESENTATIVES ON BILATERAL BODY.—The Secretary of State may designate the members of the Panel to be the United States representatives on any successor to the panel established by the interim agreement for the conservation of salmon stocks originating from the Yukon River in Canada agreed to through an exchange of notes between the Government of the United States and the Government of Canada on February 3, 1995, if authorized by any agreement establishing such successor.
(b) MEMBERSHIP.—
(1) IN GENERAL.—The Panel shall be comprised of six members, as follows:
(A) One member who is an official of the United States Government with expertise in salmon conservation and management, who shall be appointed by the Secretary of State.
(B) One member who is an official of the State of Alaska with expertise in salmon conservation and management, who shall be appointed by the Governor of Alaska.
(C) Four members who are knowledgeable and experienced with regard to the salmon fisheries on the Yukon River, who shall be appointed by the Secretary of State in accordance with paragraph
(2) APPOINTEES FROM ALASKA.—
(A) The Secretary of State shall appoint the members under paragraph (1)(C) from a list of at least three individuals nominated for each position by the Governor of Alaska
(B) In making the nominations, the Governor of Alaska may consider suggestions for nominations provided by organizations with expertise in Yukon River salmon fisheries.
(C) The Governor of Alaska may make appropriate nominations to allow for appointment of, and the Secretary of State shall appoint, under paragraph (1)(C)—
(i) at least one member who is qualified to represent the interests of Lower Yukon River fishing districts; and
(ii) at least one member who is qualified to represent the interests of Upper Yukon River fishing districts
(D) At least one of the members appointed under paragraph (1)(C) shall be an Alaska Native.
(3) ALTERNATES.—
(A) The Secretary of State may designate an alternate Panel member for each Panel member the Secretary appoints under paragraphs (1)(A) and (C), who meets the same qualifications, to serve in the absence of the Panel member
(B) The Governor of the State of Alaska may designate an alternative Panel member for the Panel member appointed under subsection (b)(1)(B), who meets the same qualifications, to serve in the absence of that Panel member.
(c) TERM LENGTH.—Panel members and alternate Panel members shall serve 4-year terms. Any individual appointed to fill a vacancy occurring before the expiration of any term shall be appointed for the remainder of that term.
(d) REAPPOINTMENT.—Panel members and alternate Panel members shall be eligible for reappointment
(e) DECISIONS.—Decisions of the Panel shall be made by the consensus of the Panel members appointed under subparagraphs (B) and (C) of subsection (b)(1).
(f) CONSULTATION.—In carrying out their functions, Panel members may consult with such other interested parties as they consider appropriate.

### SEC. 203. ADVISORY COMMITTEE.
(a) APPOINTMENTS.—The Governor of Alaska may establish and appoint an advisory committee of not less than eight, but not more than 12, individuals who are knowledgeable and experienced with regard to the salmon fisheries on the Yukon River. At least two of the advisory committee members shall be Alaska Natives Members of the advisory committee may attend all meetings of the Panel, and shall be given the opportunity to examine and be heard on any matter under consideration by the Panel.
(b) COMPENSATION.—The members of such advisory committee shall receive no compensation for their services.
(c) TERM LENGTH.—Members of such advisory committee shall serve 2-year terms Any individual appointed to fill a vacancy occurring before the expiration of any term shall be appointed for the remainder of that term.
(d) REAPPOINTMENT.—Members of such advisory committee shall be eligible for reappointment.

### SEC. 204. EXEMPTION.
The Federal Advisory Committee Act (5 U.S.C. App ) shall not apply to the Panel or to an advisory committee established under section 203.

### SEC. 205. AUTHORITY AND RESPONSIBILITY.
(a) RESPONSIBLE MANAGEMENT ENTITY.—The State of Alaska Department of Fish and Game shall be the responsible management entity for the United States for the purposes of any agreement with Canada regarding management of salmon stocks originating from the Yukon River in Canada.
(b) EFFECT OF DESIGNATION.—The designation under subsection (a) shall not be considered to expand, diminish, or otherwise change the management authority of the State of

Exhibit 3
Page 43 of 48

Alaska or the Federal Government with respect to fishery resources.

(c) RECOMMENDATIONS OF PANEL.—In addition to recommendations made by the Panel to the responsible management entities in accordance with any agreement with Canada regarding management of salmon stocks originating from the Yukon River in Canada, the Panel may make recommendations concerning the conservation and management of salmon originating in the Yukon River to the Department of the Interior, the Department of Commerce, the Department of State, the North Pacific Fishery Management Council, and other Federal or State entities as appropriate. Recommendations by the Panel shall be advisory in nature.

## SEC. 206. ADMINISTRATIVE MATTERS.

(a) COMPENSATION.—Panel members and alternate Panel members who are not State or Federal employees shall receive compensation at the daily rate of GS–15 of the General Schedule when engaged in the actual performance of duties.

(b) TRAVEL AND OTHER NECESSARY EXPENSES.—Travel and other necessary expenses shall be paid by the Secretary of the members of any advisory committee established under section 203 when engaged in the actual performance of duties.

(c) TREATMENT AS FEDERAL EMPLOYEES.—Except for officials of the United States Government, all Panel members, alternate Panel members, and members of any advisory committee established under section 203 shall not be considered to be Federal employees while engaged in the actual performance of duties, except for the purposes of injury compensation or tort claims liability as provided in chapter 81 of title 5, United States Code, and chapter 71 of title 28, United States Code.

## SEC. 207. YUKON RIVER SALMON STOCK RESTORATION AND ENHANCEMENT PROJECTS.

(a) IN GENERAL.—The Secretary of the Interior, in consultation with the Secretary of Commerce, may carry out projects to restore or enhance salmon stocks originating from the Yukon River in Canada and the United States.

(b) COOPERATION WITH CANADA.—If there is in effect an agreement between the Government of the United States and the Government of Canada for the conservation of salmon stocks originating from the Yukon River in Canada that includes provisions governing projects authorized under this section, then—

(1) projects under this section shall be carried out in accordance with that agreement; and

(2) amounts available for projects under this section—

(A) shall be expended in accordance with the agreement; and

(B) may be deposited in any joint account established by the agreement to fund such projects.

## SEC. 208. AUTHORIZATION OF APPROPRIATIONS.

There are authorized to be appropriated to the Secretary of the Interior to carry out this title US$4,000,000 for each of fiscal years 2000, 2001, 2002, and 2003, of which—

(1) such sums as are necessary shall be available each fiscal year for travel expenses of Panel members, alternate Panel members, United States members of the Joint Technical Committee established by paragraph C.2 of the memorandum of understanding concerning the Pacific Salmon Treaty between the Government of the United States and the Government of Canada (recorded January 28, 1985), and members of an advisory committee established and appointed under section 203, in accordance with Federal Travel Regulations and sections 5701, 5702, 5704 through 5708, and 5731 of title 5, United States Code;

(2) such sums as are necessary shall be available for the United States share of expenses incurred by the Joint Technical Committee and any panel established by any agreement between the Government of the United States and the Government of Canada for restoration and enhancement of salmon originating in Canada;

(3) up to US$3,000,000 shall be available each fiscal year for activities by the Department of the Interior and the Department of Commerce for survey, restoration, and enhancement activities related to salmon stocks originating from the Yukon River in Canada, of which up to US$1,200,000 shall be available each fiscal year for Yukon River salmon stock restoration and enhancement projects under section 207(b); and

(4) US$600,000 shall be available each fiscal year for cooperative salmon research and management projects in the portion of the Yukon River drainage located in the United States that are recommended by the Panel.



Exhibit 3
Page 44 of 48

# REFERENCES

ADF&G. 2003. Fishery Management Report for Sport Fishing in Arctic-Yukon-Kuskokwim Management Area, 2002-2003. Alaska Department of Fish and Game, Division of Sport Fish, Fairbanks

ADF&G. 2000. Annual management report, 2000, Yukon and northern areas. Alaska Department of Fish and Game, Division of Commercial Fisheries, Anchorage.

ADF&G. 1999. Annual management report, 1999, Yukon and northern areas. Alaska Department of Fish and Game, Division of Commercial Fisheries, Anchorage.

"All about the Yukon River" Explore North. 12 Jan 2004.
<http://www.explorenorth.com/library/weekly/aa100199.htm>

Blewett, Edwin. 2003 Yukon River Panel Restoration and Enhancement Fund: Budget Priorities Framework. Edwin Blewett and Associates, Vancouver, BC.

"Board of Fisheries" Alaska Department of Fish and Game. 18 May 2004
<http://www.boards.adfg.state.ak.us/fishinfo/index.php>

"CFEC Permit Status Report, All Fisheries" State of Alaska Commercial Fisheries Entry Commission. 10 February 2004. <http://www.cfec.state.ak.us/pstatus/14052003.HTM>

DFO. 2003. Pacific Region Integrated Fisheries Management Plan: Chinook and Chum Salmon, June 2003-May 2004. Department of Fisheries and Oceans, Canada

Documents Pertaining to the U.S./Canada Yukon River Salmon Negotiations: Final Draft Yukon River Salmon Agreement. Whitehorse, Yukon Territory. March 2001.

Fleener, Craig. 2003. Yukon Flats Salmon Traditional Knowledge. Technical Document 03-03. Fort Yukon, Alaska. October 2003.

Friend, Connie. Upper Tanana/ Tanacross fish terms for the Upper Tanana Subsistence Fisheries Traditional Ecological Knowledge Study (FIS 04-253) (Draft). 2004.Tetlin NWR

Holder, R.R., and Senecal-Albrecht, D., 1998, Yukon River comprehensive salmon plan for Alaska: Alaska Department of Fish and Game Report for the Yukon River Regional Planning Team.

Indian Law Resource Center. 2003. Opportunities for the Protection of the Yukon River Watershed: Handbook of Strategies.

Joint Technical Committee of the Yukon River U.S./Canada Panel. 2002. Regional Information Report No. 3A02-44. Alaska Department of Fish and Game, Commercial Fisheries Division, AYK Region, Anchorage.

Joint Technical Committee of the Yukon River U.S./Canada Panel. 2004. Regional Information Report No. 3A04-09. Alaska Department of Fish and Game, Commercial Fisheries Division, AYK Region, Anchorage, Alaska.

Juneby, Isaac. Personal Communication. 2004

Kari, James, 2002. Some Observations about Fish Terms in Athabascan Languages. Proceedings of the 2002 Athabascan Languages Conference. Alaska Native Language Center Working Papers No. 2:15-36.

Mecklenburg, C.W.; Mecklenburg T.A.; Thorsteinson, L.K. Fishes of Alaska. Maryland: American Fisheries Society: 2002.

Moncrieff, Catherine F. and Jill Klein, 2003. Traditional Ecological Knowledge of Salmon Along the Yukon River. Yukon River Drainage Fisheries Association, Anchorage, Alaska.

Parfit, Michael, 1998, The untamed Yukon River: National Geographic Magazine, v. 194, no. 1, July 1998, p. 100-127.

Ritter, J.T. Yukon Native Language Centre. 2004. Personal Communication

"State and County QuickFacts" US Census Bureau. 21 December 2004.
http://quickfacts.census.gov/qfd/index.html>

USGS. 2000. Environmental and Hydrologic Overview of the Yukon River Basin, Alaska and Canada, Water-Resources Investigations Report 99-4204.

"Wildlife Notebook Series" Alaska Department of Fish and Game. 12 Jan 2004.
<http://www.adfg.state.ak.us/pubs/notebook/notehome.php>

Wolfe, Robert J., 2003, People and Salmon of the Arctic, Yukon, and Kuskokwim, Socioeconomic Dimensions: Fishery Harvests, Culture Change and Local Knowledge Systems.

"Yukon" 1911 Edition Encyclopedia. 14 Jan 2004.
<http://87.1911encyclopedia.org/Y/YU/YUKON.htm>

"Yukon Facts Sheet" Yukon Web. 1998. 12 Jan 2004.
<http://www.yukonweb.com/government/facts/#population>

> "WE HAVE WORKED SO HARD AND SO LONG FOR A DAY LIKE THIS. THIS REALLY, REALLY IS A SERIOUS THING THAT WE HAVE DONE. AND IT'S A GOOD THING."
>
> – PEARL KEENAN, WHITEHORSE SIGNING CEREMONY



Courtesy of Dick Mahoney

Exhibit 3
Page 45 of 48

# GLOSSARY OF TERMS

Aboriginal – refers to the First Nation peoples of Canada

Abundance-Based (Escapement-Based) Management – managing fisheries annually according to the quantity of returning salmon (numbers of individual salmon), including those required for spawning escapement and fish to harvest. Harvests fluctuate as managers make adjustments depending on salmon run sizes.

Adipose fin – a fin without bones, rays or spines located at the posterior end on the dorsal (back) surface of the fish; sometimes clipped from juvenile hatchery fish, with coded wire tag inserted through snout, prior to release for future identification purposes

Allocate – to grant specific harvest privileges, usually by regulation or policy, among or between various user groups; allocation includes quotas, time periods, area restrictions, percentage sharing of stocks and other management measures providing or limiting harvest opportunities

Alevin - a newly hatched salmon that still has an attached yolk sac

Anadromous – running up; said of marine fishes that migrate from sea and run up rivers to spawn; e.g., Chinook, chum and coho salmon

Appropriation – money set aside by formal action for a particular purpose or use; funds from the U.S. Congress to support the PST implementation

Artificial propagation – to increase or multiply the number of fish, through human intervention (i.e. hatcheries, egg incubation boxes) during the breeding process; the use of non-natural techniques to brood and rear salmon fry in order to release them into a system with the intention of increasing the future number of returning salmon

Assess - to determine the importance, size or value of

Basin - the entire region/area drained by a river and its tributaries

Biological Escapement Goal (BEG) – the number of salmon that provides the greatest potential for maximum sustained yield and developed from the best available biological information; the number of salmon needed to spawn on spawning grounds, based on maximum sustained yield to provide the greatest potential for production of salmon over the long-term.

Border Passage (Border Escapement) Objective – the number of adult Canadian-origin salmon that cross the Alaska-Yukon border into the Yukon Territory, which includes spawning escapement objective plus the mid-point of the Canadian guideline harvest range.

Brood – the young of an animal hatched or cared for at one time

Caudal fin – the fin at the rear end of the fish; tail fin

Coded wire tag (CWT) – magnetically detectable pinhead-sized tag implanted in the snout of a young salmon for identification as an adult; implanted fish also have their adipose fin removed as an external sign that they carry a coded wire tag.

Conservation – management of fish and wildlife populations and habitats, and the regulation of users to ensure the quality, diversity, and long-term optimum productivity of fish and wildlife populations, with the primary goal of ensuring a sustainable harvest and its proper utilization – as defined under the Umbrella Final Agreement; planned management of a natural resource to prevent over-exploitation, destruction, or neglect

Cribbing - the process of freezing fish in wooden boxes or log cribs, primarily for dog food, by natural air temperature, for use later in the winter; this method is commonly used in late fall and early winter when nighttime temperatures often fall below freezing; the slow freezing process allows fish to decompose slightly making it more palatable and digestible to dogs

Dorsal – pertaining to the back or, usually, upper part

Dorsal fin – fin(s) on the dorsal median line; composed of spines and/or rays

Drainage – an area which is drained of surface water by a main river system

Enhancement – expanding a wild salmon stock beyond its natural production level; this can be accomplished through man-made improvements to natural habitats, or the application of artificial fish culture technology that will lead to the increase of salmon returns (usually done with the intention of increasing future harvests)

Estuary - a water passage where the tide meets a river current especially at the lower end of a river

Equitable Harvest Share – the principle adopted with the first signing of the Pacific Salmon Treaty in 1985 providing each country to receive benefits equivalent to the production of salmon originating in its national waters

Expected run size – annual run outlooks, often based on spawning escapement numbers for the principal brood years, average age composition and recent estimates of survival and production; other methods for determining expected run sizes include examination of returns of younger age classes of a specific brood year (siblings returns), the relative production of fry or smolt and relative catches of younger aged fish in marine waters.

Fishery – the activity of harvesting or seeking to harvest fish

Fry – recently hatched or juvenile fish

Gaff - a spear used for harvesting fish

Geology – the scientific study of the origin, history and structure of the earth

Gill – organ for exchanging respiratory gases (oxygen, carbon dioxide) between the blood of the fish and the water; comprises gill arch, gill rakers and gill filaments

Gillraker – any of the bony or cartilaginous arches of a fish supporting the gills that divert solid substances away from the gills; gillrakers extend dorsoventrally (along the axis joining the dorsal and ventral sides) and are placed one behind the other on each side of the pharynx (the canal between the cavity of the mouth and the esophagus)

Guideline Harvest Range – the quantity of Canadian-origin salmon allowed to be caught in Yukon Territory and Alaskan fisheries, as a share for each country calculated following the Agreement harvest sharing percentages of the total allowable catch; this range can be dropped to zero if necessary to achieve escapement goals

Habitat - the place or environment in which a plant or animal naturally or normally lives and grows

Harvest Share – the calculated quantity of the total allowable catch of Canadian-origin salmon to be caught in the Alaska and Yukon Territory fisheries through application of the Yukon River Salmon Agreement sharing arrangements.

Hydrology - dealing with the properties, distribution, and circulation of water on and below the earth's surface and in the atmosphere

Interception - the harvest of stocks of fish by other fisheries located downstream along the migratory path of the fish; as written in the PST – harvesting of salmon originating in the waters of one Party by a fishery of the other Party

Kilometer (km) – 1000 meters, 0.6214 mile or (approximately) 5/8 mile

Lateral line - a canal along the side of a fish containing pores that open into tubes supplied with sense organs sensitive to low vibrations

Main stem – the main channel of a river or stream

Mark-Recapture – a stock assessment program that has a primary objective of estimating the size of populations. It usually involves capturing live salmon, marking or tagging them and releasing them back into the water at one location. Attempts are made to recapture both tagged and untagged fish at a second location. Ratios of tagged to untagged salmon are then calculated to develop a population estimate relative to the tagging location

Maximum Sustained Yield (MSY) – a management concept which estimates the largest harvest that can continuously be taken from a stock, under existing environmental conditions, without impairing its ability to renew/reproduce through natural growth or replenishment. For species with fluctuating recruitment, the maximum might be obtained by taking fewer fish in some years than in others.

Meter (m) – 1/1000 km or 1.094 yards

Mile - 1760 yards or 1.609 kilometers

Milt – sperm of a male fish

Migrate – to move from one region/area to another

Mitigate – to make less severe the impact of some thing upon another

Mixed-stock – a group of multiple stocks of fish, either of the same species or of different stocks, migrate through an area together and are vulnerable to harvest, or other impacts, at the same time

Multi-species salmon run – different species of salmon migrate through an area together and are vulnerable to harvest or other impacts, at the same time

Natal – belonging to a particular place by birth

Origin – rise, beginning, or derivation from a source

Pacific Salmon Commission - the body formed by the governments of Canada and the United States to implement the Pacific Salmon Treaty of 1985 for the conservation, rational management, and optimum production of Pacific Salmon; this body has no responsibilities in relation to the Yukon River Salmon Agreement

Pectoral fins – uppermost of the paired fins, located just behind the head

Physiographic (Physical Geography) - geography that deals with the exterior physical features and changes of the earth

Protist – a single celled organism, which can include many widely ranging microbes, including slime molds, protozoa and primitive algae; they are all eukaryotic <you-carry-ah-tick> creatures, meaning their DNA is enclosed in a nucleus inside the cell (unlike bacteria, which are prokaryotic <pro-carry-ah-tick> and have no nucleus to enclose their DNA)

Range – a series of things in a row; between a minimum and maximum number; in salmon fisheries, used for spawning escapement objectives and harvest sharing allocations

Rearing grounds – an area where fish grow

Recruitment - the process of adding new individuals to a population

Restoration – returning a wild salmon stock or its habitat to its natural production level

Redd – a depression in the gravel created by salmon before spawning into which the female fish releases her eggs

Return – an aggregation of salmon over several or more years that represent the surviving adult offspring from a single brood year

Roe - the eggs of a female fish, especially when still enclosed in the ovarian membrane

Run – an aggregation of salmon of all ages returning from ocean feeding grounds to spawn in any given year

Run time - period of time during which salmon migrate

Smolt - a young salmon that is at the stage of development (about two years old) when it assumes the silvery color of the adult and has undergone a series of physiological changes to prepare it for its marine residency (salt water)

Spawn – to produce or deposit eggs, especially in large numbers

Spawning Escapement – the number of adult salmon that have avoided all fisheries to return upstream to spawning grounds to reproduce

Stewardship – the careful and responsible management of something entrusted to one's care; under the Yukon River Salmon Agreement, all management entities work to promote stewardship of salmon habitat and stocks

Sub-adult – an individual similar in appearance to an adult and approaching adulthood in age and size, but still incapable of breeding.

Subsistence use – non-commercial, customary and traditional uses of wild, renewable resources...for direct personal or family consumption as food, shelter, clothing, tools, or transportation; for the making and selling of handicraft articles out of non-edible by-products of fish and wildlife resources taken for subsistence – as defined in Alaska law (AS 16.05.940. (32)); subsistence uses of fish and wildlife can occur only outside of non-subsistence use areas. The Fairbanks Northstar Borough boundaries constitute the only non-subsistence use area in the Yukon River drainage in Alaska

Sustainable - a method of harvesting, using and managing a resource so that the resource is not depleted or permanently damaged

Test fishery – experimental fisheries and/or a brief commercial fishery opening management entities conduct to assess run strength for use in fisheries management decisions - such as the opening and closing of fisheries and the duration of fishing periods.

Topography – the configuration of a surface including its relief and the position of its natural and man-made features

Total allowable catch - total run size of each salmon stock minus the agreed spawning escapement objective for that stock

Trans-boundary – salmon crossing the border between the U.S. and Canada; for example – a river that rises in Canada and flows to sea through the United States

Tributary - a stream or river flowing into a larger stream, river or lake;

Value added – rise in price of a product due to the manufacturing or marketing process (i.e. processing whole salmon into smoked fish strips)

Ventral fins – paired fins usually located behind and below the pectoral fins; also called pelvic fins

Viable fishery – existing and developing with a reasonable chance of succeeding as an independent fishery under normal management and conservation constraints; under the Yukon River Salmon Agreement, Yukoners may use the R&E Fund to support projects to create and maintain viable fisheries with economic, social and environmental benefits, which may include developing commercial fishery infrastructure and markets.

Watchdog – one that guards against loss, waste, theft or undesirable practices

Yukon River – the entire Yukon River drainage in the U.S. and Canada

Yukon River Panel - a body of local fishers and agency representatives, formed by the governments of Canada and the U.S. to implement the YRSA and to make recommendations to U.S. and Canadian management entities concerning the conservation and management of Canadian-origin salmon

Yukoners – refers to residents within the Yukon Territory, Canada portion of the Yukon River drainage

## ACRONYMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADFG | Alaska Department of Fish and Game | JTC | Joint Technical Committee | UFA | Umbrella Final Agreement of the Yukon First Nation Land Claims | YRDFA | Yukon River Drainage Fisheries Association, Alaska |
| AVCP | Association of Village Council Presidents, Alaska | PST | Pacific Salmon Treaty | | | YRSA | Yukon River Salmon Agreement |
| | | R&E FUND | Restoration and Enhancement Fund | YR PANEL | Yukon River Panel | YSC | Yukon Salmon Committee, Canada |
| BOF | Board of Fisheries, Alaska | | | YRCFA | Yukon River Commercial Fishing Association, Canada | | |
| DFO | Department of Fisheries and Oceans, Canada | TCC | Tanana Chiefs Conference, Alaska | | | | |
| IFMP | Integrated Fisheries Management Plan | USFWS | United States Fish and Wildlife Service | | | | |

Exhibit 3
Page 46 of 48

# ACKNOWLEDGMENTS

Severe decreases in Canadian-origin salmon populations brought together both Yukoners and Alaskans concerned for the continued existence of the Yukon River way of life. Nearly two decades of work by dedicated and hard working people culminated in the *Yukon River Salmon Agreement*. We are deeply grateful for their time, energy and passion.   THANK YOU!

- Roger Alfred
- Harry Allen
- Ragnar Alstrom
- Fred Andersen
- Robert Andrews
- Elizabeth Andrews
- Bob Applebaum
- Sandy Argue
- Bill Arvey
- Louis Barton
- Francis Beans
- Dan Bergstrom
- Clyde Blackjack
- Roddy Blackjack
- Bonnie Borba
- Ian Boyce
- Dale Bradley
- Linda Brannian
- Jeff Bromaghin
- Fred Bue
- Lawrence Buklis
- Richard Burnham
- Richard Cannon
- Ron Chambers
- Shirley Clark
- Sally Cochran
- Norman Cohen
- Dave Colson
- Dave Cooper
- Gerry Couture
- John Davis
- Angela Demientieff
- Mitch Demientieff
- Amos Donohue
- Peter Dunbar
- Linda Evans
- Gail Faulkner
- Stephen Frost
- Mike Geiger
- Tim Gerberding
- Bud Graham
- Mike Henderson
- Bill Hines
- Russ Holder
- Jennifer Hooper
- Chuck Hume
- Burt Hunt
- Gilbert Huntington
- Jimmie Huntington
- Sidney Huntington
- Heather James
- David Joe
- Lawrence Joe
- Lewellyn Johnson
- Sandy Johnston
- Marcia Jordan
- William Josie
- Pearl Keenan
- Darcy King
- Jill Klein
- Steve Klosiewski
- Tom Kron
- Tracy Lingnau
- Clifford Luke
- Cameron Mackay
- Joni Mackinnon
- Susan McNeil
- Kenny Madros
- Patrick Madros Sr.
- Chuck Meachum
- Monty Millard
- Victor Mitander
- Hugh Monaghan
- Stan Njootli
- Alvin Owletuck
- Moses Paukan
- Steve Pennoyer
- Mary Pete
- Evan Polty
- Richard Pospahala
- Ron Regnart
- Ash Roach
- Julie Roberts-Hyslop
- Gene Sandone
- Keith Schultz
- Dan Senecal-Albrecht
- Ed Shultz
- Carl Sidney
- Rod Simmons
- Harold Simon
- Lorelei Smith
- Larry Snead
- Steve Taylor
- Francis Thompson
- Johnny Thompson
- Stetson Tinkham
- Don Toews
- Nick Tucker
- Virgil Umphenour
- Tom Vania
- Dorothy Wabisca
- Ted Wagner
- Jimmie Walker
- Frances Wellar
- Craig Whitmore
- Harry Wilde Sr.
- Dick Wilmot
- Ken Wilson
- Gordon Zealand
- Council for Yukon First Nations
- Yukon Fish and Game Assoc
- YRCFA
- YRDFA



Courtesy of Bill Flitts



Exhibit 3
Page 48 of 48