

http://home.nps.gov/yuch/planyourvisit/upload/2006_YUCH_map.pdf

Exhibit 4