

http://alaska.fws.gov/nwr/nowitna/pdf/nowitnamap.pdf

EXHIBIT 6