

http://alaska.fws.gov/nwr/koyukuk/pdf/map.pdf

EXHIBIT 7