

http://alaska.fws.gov/nwr/innoko/pdf/innokomap.pdf

EXHIBIT **8**