

http://alaska.fws.gov/GIS/images/yd.jpg

EXHIBIT **9**