IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATIE JOHN, *et al.*                          )
                                              )
        Plaintiffs,                           )
                                              )
    v.                                        )
                                              )
UNITED STATES OF AMERICA, *et al.*            )        No. 3:05-cv-00006 (HRH)
                                              )        (Consolidated)
        Defendants,                           )
_____         )

## AFFIDAVIT OF DAVID B. ANDERSEN

My name is David Andersen and I operate a small social science consulting firm known as

Research North. My company is based in Fairbanks, where I have lived for the past 35 years. I

specialize in research topics surrounding the subsistence use of wild resources in Alaska. Harvest

data collection, land use mapping, baseline socio-economic research, and the documentation of

local and traditional knowledge on a wide variety of resource-related topics are major research

areas for my company.


**Qualifications and Experience:** I have worked in the area of subsistence research for the past

27 years. I obtained a B.S. in Wildlife Management from the University of Alaska in 1976 and

after several seasonal positions with the Alaska Department of Fish and Game's Commercial

Fisheries Division, accepted a permanent ADF&G position with the (then) fledgling Division of

Subsistence in 1980. During my 22-year career with the Division I served as the Subsistence

Resource Specialist for the Interior Region, which encompassed the entire Yukon River drainage

from Holy Cross to the Canadian border. In my capacity as Resource Specialist I was responsible

Exhibit 10
Page 1 of 28

for designing and carrying out research that would provide the Alaska Board of Game and the Alaska Board of Fisheries with information needed to deliberate on a wide range of topics related to the subsistence harvest and use fish and game resources. The nature of these studies varied from detailed socio-economic baseline studies of individual interior region communities, to issue-specific reports pertaining to a myriad of wildlife and fisheries topics (See resume' ATTACHMENT A).

Because of the prominent role that Yukon River salmon runs play in the mixed subsistence-cash economies of rural interior Alaska, salmon fishing issues surfaced on an almost annual basis. Understanding and monitoring Yukon River subsistence salmon fishing activities was an ongoing focus of research. Between 1982 and 1994 I made a series of trips by river boat to map the location of fish camps and subsistence salmon fishing sites. During these field excursions I collectively navigated hundreds of miles of the Yukon, Koyukuk, Tanana, and Porcupine rivers, visiting with fishing families and observing subsistence fishing activities first hand across a broad geographic and cultural spectrum.

In 1988 I was placed in charge of overseeing ADF&Gs post-season subsistence salmon harvest survey program for both the Yukon and Kuskokwim Rivers. This was a massive door-to-door harvest data collection effort involving more than 70 communities. The basic survey methodology and stratified sample design developed and refined as part of that 1988 study is still being utilized by ADF&G to carry out this critical harvest monitoring program today. In 1992 and 2000 I conducted two studies documenting the use of subsistence-caught fish to feed sled dogs in order to address regulatory proposals facing the Alaska Board of Fisheries. The 1992

Exhibit 10
Page 2 of 28

study was a comprehensive, drainage-wide look at the historical and contemporary practices of feeding fish to dogs. The study in 2000 focused primarily on the use of Chinook salmon in the upper Yukon area.

I retired from ADF&G in 2002 and have continued my involvement in subsistence oriented research on a part-time basis through my consulting firm Research North. Recent and pending contracts continue to focus on fisheries. Two recent projects have involved the collection of traditional knowledge of non-salmon fish through interviews with Athabascan elders residing in the Koyukuk River region. Most recently I was asked to provide my expert opinion regarding subsistence salmon fishing practices in the Yukon River drainage. The results of my analysis including my opinions and conclusions are presented in the attached report that is hereby incorporated by reference as part of this affidavit (ATTACHMENT B).

Further Affiant Sayeth Not.

Dated this _1_ Day of _OCT._ , 2007

_____     David B. Andersen

Subscribed and sworn before me this _1_ day of _Oct_ , 2007

_____

Notary Public
6/18/2011
My Commission Expires

```
Notary Public
RENEA SMITH
State of Alaska
My Commission Expires 6/18/2011
```

Exhibit 10
Page 3 of 28

**ATTACHMENT A.**                    **RESUME**

**DAVID B. ANDERSEN**

## CONTACT INFORMATION

*Business*: Research North
P.O. Box 82350
Fairbanks, Alaska 99708
Telephone: (907) 479-5457
Email: resnorth@eagle.ptialaska.net

*Personal*:
P.O. Box 81122
Fairbanks, Alaska 99708
Cell phone: (907) 378-0726
Email: wolftrak@ptialaska.net

## EDUCATION

1976    B.S. Wildlife Management, University of Alaska Fairbanks.

1979    Seattle Flight Center / Kenmore Air, Seattle, Washington. Commercial pilots license with instrument and sea-plane ratings.

## PROFESSIONAL EXPERIENCE

2002-present    **Owner/Researcher, Research North.** Research North is a small consulting firm specializing in community-based projects directed at resource management issues, subsistence data collection, harvest assessment, and the documentation of traditional ecological knowledge. In addition to conducting original research, I assist others with project development, design, and management. Recent projects (2003-2007) have focused on the Koyukuk River region documenting local and traditional knowledge of non-salmon fish species.

1980-2002    **Subsistence Resource Specialist, Division of Subsistence, Alaska Department of Fish and Game, Fairbanks, Alaska.** (Retired) As a Subsistence Resource Specialist, I was responsible for all aspects of a wide variety of community-based subsistence research projects throughout Alaska. I was based in Fairbanks for my 22-year career with the Division, thus my work focused on the diverse, predominantly Athabascan communities of the Yukon River drainage, but also included work in other geographic and cultural areas including Alaska's North Slope, Northwest Arctic, St. Lawrence Island, Seward Peninsula, Pribilof Islands, Kuskokwim River, Kenai Peninsula, and Prince William Sound regions. Projects ranged from detailed, socio-economic descriptions of communities (i.e. Deering, Fort Yukon, Kenai, Kotzebue, St. Paul, Sand Point, Seldovia, Valdez), to the development of regional harvest estimates for big game (middle Yukon and Koyukuk river regions), waterfowl (upper Yukon and upper Tanana river communities), Yukon River salmon, and marine mammals (western Alaska). Examples of issue-specific topics include: the use of subsistence-caught fish to feed sled dogs, hunter compliance with harvest reporting requirements, and public attitudes regarding predator control. Data collection methods include the door-to-door administration of survey instruments or questionnaires, participant observation, and structured interviews with local experts on a particular topic, i.e. subsistence land-use and place-name mapping sessions, and the collection of traditional ecological knowledge (TEK). Projects typically involved significant interaction with local Village Councils and/or Tribal Organizations and required sensitivities to cross-cultural communication and confidentiality issues. In recent years, research focused on collaboration with Native Corporations or Tribal Organizations as partners and involved the hiring and training of local residents to directly participate in the data gathering process. I have been involved in all phases of these social science research projects, from proposal and design, community approval, budget development and tracking, field data collection, hiring/training/supervision of local research assistants, data synthesis, report write-up, and the distribution of final products. In

1

Exhibit 10
Page 4 of 28

addition to written reports, research findings were frequently synthesized for oral presentation to the Alaska Board of Fisheries, the Alaska Board of Game, professional and academic conferences, Federal Regional Councils, Fish and Game Advisory Committees, Tribal Organizations, and Village Councils.

## SELECTED REPORTS, PUBLICATIONS, AND RESEARCH PRODUCTS

2007    Local and Traditional Knowledge of Whitefish in the Upper Koyukuk River Drainage, Alaska. Final Report to USFWS, FIS Project 04-269, Traditional Ecological Component.

2004    (et. al.) Traditional Ecological Knowledge and Contemporary Subsistence Harvest of Non-Salmon Fish in the Koyukuk River Drainage, Alaska. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 282

2001    Whitefish and Beaver Ecology of the Yukon Flats, Alaska. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 265.

2001    The 1999-2000 Harvest of Moose, Caribou, and Bear in Ten Middle Yukon and Koyukuk River Communities. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 262.

2001    The 2000 Harvest of Migratory Birds in Seven Upper Tanana River Communities, Alaska. Alaska Department of Fish and Game, Division of Subsistence. Final Report to USFWS.

2000    The Use and Feeding of Sled Dogs in the Upper Yukon River. Alaska Department of Fish and Game, Division of Subsistence. Report to the Alaska Board of Fisheries.

1998    A View from the Yukon Flats: An Interview with Gwich'in Leader, Clarence Alexander. Cultural Survival Quarterly. Fall 1998.

1996    Alaska Village Trappers. Alaska Department of Fish and Game, Division of Subsistence. (A 30-minute video product distributed to resource management agencies nation-wide.)

1995    The Alaska Department of Fish and Game Public Opinion Survey on Predator Control in Game Management Unit 19D East. Alaska Department of Fish and Game, Division of Subsistence and Division of Wildlife Conservation. Report to the Alaska Board of Game.

1993    Trapping in Alaska and the European Economic Community Import Ban on Furs Taken with Leghold Traps. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 223.

1992    Subsistence Hunting Patterns and Compliance with Moose Harvest Reporting Requirements in Rural Interior Alaska. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 215.

1992    The Use of Dog Teams and the Use of Subsistence-Caught Fish for Feeding Sled Dogs in the Yukon River Drainage, Alaska. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 210.

1990    Patterns of Fish and Wildlife Use for Subsistence in Fort Yukon, Alaska. Alaska Department of Fish and Game, Division of Subsistence. Technical Paper No. 179.

Exhibit 10
Page 5 of 28

**OTHER INTERESTS**

**Arctic Institute of North America (AINA).** Life Member. Served as Founder and Chair of the AINA (Alaska) Education Committee 1995-1997 where I designed and implemented a series of educational exchanges between elementary school classrooms in Alaska and Arctic Canada.

**Arctic Travel.** Since 1999 I have traveled more than 8,500 miles by snowmobile through Canada's Northwest Territories, Nunavut, and Manitoba to visit arctic communities and experience the land, culture, people, and wildlife of the Canadian North first-hand. These expeditions have included two challenging winter crossings of the remote Canadian Barrenlands. A 3,400-mile trip from Yellowknife, NWT to Baffin Island in 1999 included lectures on Northern topics to elementary school students in the communities of Repulse Bay, Igloolik, Pond Inlet, and Broughton Island.

## REFERENCES

Dr. Richard A. Caulfield
Director
Tanana Valley Campus
University of Alaska Fairbanks
604 Barnett Street
Fairbanks, Alaska 99701
Phone (907) 455-2850
Email: ffrac@uaf.edu

Dr. James Fall
Research Director
Division of Subsistence
Alaska Department of Fish and Game
333 Raspberry Road
Anchorage, Alaska 99518
(907) 267-2359
Email: jim_fall@fishgame.state.ak.us

Dr. Polly Wheeler
Fisheries Information Services
Office of Subsistence Management
U.S. Fish and Wildlife Service
3601 C Street
Anchorage, Alaska 99503
(907) 786-3380
Email: polly_wheeler@fws.gov

Copies of State of Alaska annual performance evaluations can be made available upon request.

Exhibit 10
Page 6 of 28

ATTACHMENT B.

# An Overview of Yukon River Subsistence Salmon Fishing Practices

Compiled for the
Native American Rights Fund

By
David B. Andersen
Research North°
resnorth@eagle.ptialaska.net
Fairbanks, Alaska

September 2007

Exhibit 10
Page 7 of 28

## Abstract

The subsistence harvest of Yukon River salmon is grounded in centuries old practices that form cornerstones of regional society and culture. Traditional fishing methods were altered in the late 19th century following sustained western contact and the adoption of new technologies. Contemporary subsistence salmon fishing methods and practices developed during the first four decades of the 20th century remain substantially unchanged today. In the mixed subsistence-based economies of most rural Yukon River communities, salmon remains one of the primary sources of wild food used to feed people and sled dogs. Present-day fishing methods involve the use of gill nets and fish wheels to harvest salmon for household use. Fisheries are typically small-scale and family-based with fishers utilizing outboard-powered skiffs to access traditional fishing sites. Fishing and processing activities often occur from family-owned fish camps and work is typically organized according to age and gender. Salmon are processed and preserved through freezing, smoking, drying, and canning, and harvests are widely shared between households and communities. Management of the Yukon River's mixed-stock salmon fisheries is complex. Under state and federal law, subsistence fisheries have a priority over all other consumptive uses. Subsistence fisheries are generally regarded as self-limiting and take place without regulatory limits on the number of fish taken for household purposes. Restrictions on the type and size of gear and the establishment of open and closed periods for fishing provide the major regulatory controls on subsistence harvests. Unexplained declines in salmon abundance in the 1990s have resulted in reduced fishing periods, controversial closures, and marked declines in the drainage-wide subsistence harvest of some salmon species in recent years.

## Table of Contents

Introduction .................................................................................................. 3

Historical Background of the Fishery ............................................................. 4

    Traditional Fishing Practices ................................................................... 4

    The Historic Period and Changes to the Fishery ..................................... 5

    The Evolution of the Sled-Dog Economy ................................................ 6

Contemporary Subsistence Fishing Practices ................................................. 7

    Yukon Drainage Demographics ............................................................... 8

    The Role of Salmon in Local Economies ................................................ 8

    The Commercial/Subsistence Fishery Nexus ......................................... 10

    The Timing of Fishing Activities ............................................................ 11

    Gear and Equipment Used for Subsistence Fishing ............................... 12

    Selection of Fishing Sites ....................................................................... 12

    The Use of Family Fish Camps ............................................................... 13

    How Salmon are Processed and Used ..................................................... 14

    Management, Regulation, and Harvest Levels ........................................ 14

    The Subsistence Harvest of Other Yukon River Fish Species ................ 16

Summary of Key Points ................................................................................ 17

Literature Cited ............................................................................................ 18

2

Exhibit 10
Page 8 of 28

# An Overview of Yukon River Subsistence Salmon Fishing Practices

## Introduction

Salmon is a critical resource for individuals and families residing in villages along the Yukon River. As a subsistence resource, it provides an important source of food for people and sled dogs, and a resource that is fundamental to cultural life along the river. In some communities, salmon also provides an important source of cash income through commercial fishing. The importance of salmon as a wild food is reflected in its almost universal use throughout the Yukon River drainage, the amount of time and effort directed at subsistence salmon fishing, and the extent to which salmon harvests are shared through kinship, community, and intra community networks (Schroeder et al. 1987)

Five species of pacific salmon enter the waters of the Yukon River. For the most part, subsistence salmon fisheries within the Yukon River drainage are directed at Chinook salmon (*Oncorhynchus tchawytscha*), two seasonally and genetically distinct pulses of summer and fall chum salmon (*O. keta*), and late-running coho salmon (*O. kitsutch*). Pink salmon (*O. gorbuscha*) and sockeye salmon (*O. nerka*) are present only in the extreme lower reaches of the river and do not figure prominently in drainage-wide subsistence harvests. In addition to their food value, the harvest, processing, and consumption of salmon provide important connections to the land and represent the continuance of cultural traditions that hold spiritual value

With headwaters in Canada's Yukon Territory and northern British Columbia, the Yukon River and its tributaries form an enormous watershed that spans cultural, state, provincial, and national boundaries. Despite these boundaries and great distances, there is remarkable consistency throughout the drainage with regard to how salmon are caught, processed, and used. Regional nuances in the fishery have more to do with changes in geography and the character of the Yukon River over its 2,000-mile length, variations in the timing of fisheries, and changes in the physical condition of fish as they ascend the river, than they do with cultural or national affiliation. Contemporary fishing practices for Yukon River salmon developed during the first four decades of the 20th century and have remained substantially unchanged for the past 80 years. This paper provides a drainage-wide overview of these subsistence salmon fishing practices and pertinent historical background.

Exhibit 10
Page 9 of 28

## Historical Background of the Fishery

Traditional Fishing Practices

Numerous northern Native and First Nations groups include portions of the Yukon River drainage as part of their traditional homelands. The indigenous population of the Yukon River Delta region below the present-day community of Holy Cross is within the traditional homeland of the Central Yup'ik Eskimos. The vast interior, from present-day Holy Cross into the Canadian headwaters, is the traditional homeland of numerous groups of linguistically and culturally distinct Athabascan Indians including the Deg Hit'an (Ingalik), Doy Hi'tan (Holikachuk), Koyukon, Tanana, Tanacross, Upper Tanana, Gwich'in, Han, and Tutchone (Krauss 1982 VanStone 1974). Bands of Inland Tlingit occupied the extreme headwaters of the drainage (Krauss 1982; McClellan 1981). These indigenous populations each developed seasonal rounds of subsistence activities that allowed them to most effectively utilize the resources of their respective areas. Yukon River salmon represented one of the more stable, abundant, and reliable food resources for all these groups.

Prior to contact with Euro-Americans that occurred for most groups in the mid to late nineteenth century, traditional technologies and methods were used throughout the drainage to take advantage of the seasonal abundance of salmon. Traditional fishing methods and gear varied slightly between regions and cultural groups, but predominantly involved the taking of salmon in constructed enclosures, in-river traps, and weirs (Loyens 1966; Osgood 1970a, 1970b; Sullivan 1942; VanStone 1974). Fish were directed at key locations into traps or impoundments using stone or pole fences, and impounded fish were harvested using dip nets or spears (Osgood 1970a, 1970b; McKennan 1981; Snow 1981; Clark 1981; Slobodin 1981). In the extreme headwaters of the Yukon where salmon were less abundant and in depleted condition, the Inland Tlingit commonly obtained salmon through travel and trade with neighboring coastal groups (McClellan 1981).

Traditional gill nets were also used. Netting for use in gill nets and dip nets was made using a variety of materials including baleen or babiche sinew, spruce or willow roots, and twisted willow bast twine (Osgood 1970a, 1970b; Clark 1981; Slobodin 1981; Snow 1981). In some areas, nets up to 50 feet in length with wooden floats and stone sinkers were deployed and drifted from canoes to take salmon (Snow 1981). In many areas the immense expanse and depth of the Yukon's swift mainstem was not particularly conducive to the use of traditional nets and traps (Clark 1981; Hosley 1981). Prime salmon fishing sites were often located off the mainstem Yukon in shallows, sloughs, and tributary streams that offered conditions that that could be more effectively fished using traditional gear and took advantage of geographic features or channel characteristics that would naturally concentrate fish. Traditional nets,

Exhibit 10
Page 10 of 28

traps, and weirs required significant labor to produce and maintain. For practical reasons, salmon fishing was often the cooperative undertaking of several extended family groups sharing a particular site, gear, and labor (Clark 1974,1981; Loyens 1966). At these key fishing sites, fish bosses directed the construction or repair of traps and weirs and oversaw fishing activities. Harvested salmon were typically split and air-dried on racks or poles and stored in underground caches lined with birch bark for use throughout the year.

The Historic Period and Changes to the Fishery

The late 19th century marks the beginning of sustained contact between the indigenous population of the Yukon River drainage and Euro-Americans. The presence of western explorers, fur traders, missionaries and prospectors increased rapidly following U.S. purchase of Alaska in 1867, culminating in the Klondike gold rush stampede in the late 1890's that sent tens of thousands of non-Native gold seekers into the Yukon River drainage (VanStone 1974, 1979). The impacts of sustained western contact on the settlement pattern and seasonal round of the indigenous population included altered fishing practices.

The adoption of cotton twine for making nets precipitated early changes in traditional fishing patterns. Traditional nets of babiche or willow bast required significant time and effort to manufacture and maintain. As a consequence, traditional nets were relatively small and had to be frequently repaired and replaced. With increased availability of western trade goods in the late 19th century, linen or cotton twine began to replace traditional materials for making fish nets (VanStone 1979). Twine for net making was in such demand that grain sacks and burlap bags were sometimes unraveled to obtain net material (Wheeler 1987; Andersen 2004). Commercially available cotton twine provided a more durable and less labor-intensive alternative to traditional materials. The result was that larger, sturdier nets could be manufactured using traditional skills. Larger nets were capable of harvesting larger numbers of fish. Increased durability meant that new main-channel fishing areas could be exploited and less time dedicated to net repair (Loyens 1966).

In 1904 the fish wheel was introduced from the Columbia River into the Yukon River by the immigrant mining population, and within a decade had produced major shifts in Yukon River salmon fishing patterns (VanStone 1979; Clark 1981; Loyens 1966; Sullivan 1942). The requirement of logs and lumber for constructing fish wheels largely limited their use to the middle and upper portions of the drainage where timber was readily available. Strategically placed fish wheels could be extremely efficient at harvesting fish. A single day of fish wheel operation was reportedly capable of harvesting what traditional net fishers could take in a month (Loyens 1966). Wheels required certain riverbank and current

conditions that had not been previously sought out by fishers. Whole new areas of the mainstem Yukon were prospected for the establishment of fish camps and wheel sites (VanStone 1979). Fish wheels allowed salmon harvesting to shift from a labor-intensive group activity at widely dispersed locations, to an individual or family activity carried out from hundreds of stream-side summer fish camps. Fish wheels also allowed for harvests beyond what was needed by the family group, providing surpluses which could be traded or sold. Increased family harvests of salmon in fish wheels allowed the feeding of larger dog teams and thus greater participation in wage-labor activities such as trapping, freighting, and wood cutting. (Loyens 1966; VanStone 1979)

Another important change in the technology used by fishermen during the first half of the 20th century was the availability and adoption of outboard motors. Outboards were present in some Yukon River communities prior to 1920 but proliferated in the 1930s and 40s (Loyens 1966; Sullivan 1942). The use of outboard motors contributed to increased mobility of fishing families and the shift from traditional canoes to larger capacity flat-bottom skiffs. Cash to purchase outboards and the gasoline required to run them necessitated increased ties to the cash economy (Loyens 1966; VanStone 1974).

By the 1930s traditional salmon fishing methods and practices had been substantially changed by adoption of new technologies and an altered settlement pattern. (Clark 1981; Hosley 1981; VanStone 1974). What emerged from this period of change is a fishing pattern involving the use of gill nets and fish wheels operated from family-based fish camps located near permanent winter communities and the predominant use of outboard-powered flat-bottom skiffs for river transportation. Family harvests of salmon were processed by smoking and drying and used to feed both people and dogs, with surplus harvests shared between households or bartered through established trade networks. These remain the basic characteristics of the subsistence fishery today.

The Evolution of the Sled Dog Economy
It is important to recognize the central role that sled dogs played in the regional economy and the Yukon River salmon fishery from the gold rush era through the first half of the 20th century. The establishment of trading posts, missions, and mining communities along the Yukon River travel corridor affected traditional settlement patterns, concentrating the previously scattered indigenous population around new settlements (VanStone 1974). Sled dogs provided the primary means of winter transportation for a rapidly increasing population and dried salmon provided the major source of dog food.

Exhibit 10
Page 12 of 28

For individuals and families, sled dogs were essential to the seasonal round of activities that provided both food and cash income (Loyens 1966; Sullivan 1942). In addition to the small dog teams maintained by individual households, commercial freighting operations using dog traction developed for hauling mail, passengers, and freight between major supply centers and outlying areas. Bales of dried salmon entered the economy as a highly sought commodity and became a standard of trade and barter at posts and stores. Individual mushers with commercial mail or freight contracts and large dog lots might utilize 20,000 salmon a year to maintain their teams (U.S. Bureau of Fisheries 1920). The efficiency of the fish wheel, coupled with an extraordinarily high demand for fish as dog food placed new emphasis on salmon fishing in the seasonal round and as a source of income (Hosley 1981; Loyens 1966).

Commercial dog freighting operations began to be replaced by airplanes as a preferred way to move people and priority goods beginning in the 1930s (VanStone 1974; Andersen 1992). This lead to a gradual decline in the number of sled dogs in the drainage through the 1940s and reductions in the number of salmon used for dog food. Throughout the drainage, most households and families retained small dog teams to support winter subsistence activities and travel and continued to put up personal supplies of dried salmon to feed them (Andersen 1992).

In the 1960s snowmobiles began to replace dog teams for winter transportation. The transition to the use of snowmobiles in the Yukon drainage was not immediate or universal, but snowmobiles emerged in the 1970s as the predominant mode of individual winter transportation and the number of salmon processed each year to feed dog teams declined (Andersen 1992). The use of snowmobiles fueled by imported gasoline required increased dependence on wage sectors of the economy to obtain cash. Out of preference or necessity, small numbers of households throughout the drainage have continued to maintain and use dog teams and harvest salmon to feed them, a pattern that continues today (Andersen 1992; Andersen 2000).

### Contemporary Subsistence Salmon Fishing Practices

Today, subsistence salmon fisheries within the Yukon drainage are generally small-scale and family-based, with fishers utilizing commercially- manufactured open skiffs powered by outboard motors to access traditional fishing sites and family-owned fish camps. Set gill nets, drift gill nets, and fish wheels are the primary gear types used to harvest salmon. Household harvests of salmon are commonly preserved for use throughout the year by freezing, canning, or by hanging split fish on racks to be smoked and dried.

Exhibit 10
Page 13 of 28

Salmon harvests are typically shared among extended family members within and between communities. Fish are also used to feed sled dogs. This general pattern is more fully detailed below.

## Yukon Drainage Demographics

Approximately 136,000 people currently reside within the Yukon River watershed (U.S. Census Bureau 2007; Yukon Bureau of Statistics 2007). This total overstates the number of people involved in Yukon River subsistence salmon fishing activities. The predominantly urban center of greater Fairbanks (estimated 2006 population 86,750) and the Yukon Territory capitol of Whitehorse (2006 population 24,000) include only small numbers of individuals who harvest Yukon River salmon under subsistence regulations. For the most part, subsistence fishing for Yukon River salmon is carried out by residents of several coastal communities situated near the Yukon River mouth, and dozens of small communities located along the banks of the Yukon River mainstem, the Koyukuk River, Porcupine River, and the lower Tanana River, which form major tributaries. The recent 5-year (1999-2003) average population of rural Alaskan communities within the Yukon Area (excluding greater Fairbanks) has remained stable at about 21,000 residents (Williams and Fried 2005). Residents of these rural Alaska communities are primarily of Yup'ik Eskimo and Athabascan Indian ancestry. Communities are small, with most ranging in size between 200 and 700 people. Coastal and lower Yukon River communities tend to be larger and are generally growing in size. Communities in the middle and upper Yukon districts tend to be smaller and in recent years have been stable or decreasing in population. In the Canadian portion of the Yukon drainage, the subsistence or aboriginal fishery is carried out by residents of nine small communities with a total population of about 4,300 (U.S. and Canada Yukon River Joint Technical Committee 2007; Yukon Bureau of Statistics 2007). First Nations participants in this fishery are of predominantly Athabascan Indian descent (Blakley et al. 2003).

## The Role of Salmon in Local Economies

The economies of virtually all communities that are major participants in the Yukon River salmon fishery can be described as subsistence-based or mixed subsistence-cash economies. This economic pattern is common to many rural communities across the North and is characterized by a dominant subsistence harvesting component to provide critical sources of food and fuel, supported by a modest cash/wage-earning component (Wolfe et al. 1984). Significant portions of household cash incomes are typically invested back into the purchase of fuel and equipment such and boats, motors, nets, and snowmobiles that allow continued participation in subsistence activities. (Wheeler 1998; Wolfe 1984; Wolfe et al. 1984) In some Yukon River communities, commercial fishing for salmon is an important component of the cash economy sector and takes place along side subsistence fishing activities. The unique relationship between

Exhibit 10
Page 14 of 28

commercial and subsistence salmon fishing in the Yukon drainage is examined in more detail in a separate section below.

As the term "subsistence-based" implies, village economies are grounded in the harvest of local wild resources and subsistence harvests remain a primary source of food for many area households. The annual cycle of subsistence activities is generally carried out through the cooperation of family members or extend kinship networks (Wolfe 1982; Wolfe et al. 1984). Individual or household harvests tend to be widely shared and distributed throughout and between communities along similar kinship lines. Apart from the food value and cash savings these harvests provide, the harvesting, processing, and preparation of wild foods is grounded in centuries-old practices and traditions that form cornerstones of regional society and culture. In many Yukon River communities, fish comprises one of the largest components of overall community harvests with salmon often being the largest contributor to that component (Wheeler 1998).

The Alaska Department of Fish and Game Division of Subsistence conducted numerous baseline studies of community subsistence practices throughout Alaska during the 1980s and 1990s. Among Yukon River study communities, salmon was consistently identified as one of the most important food resources among all the wild resources harvested (Andrews 1988; Case and Halpin 1990; Marcotte 1990; Pete 1991; Shinkwin and Case 1984; Sumida 1986; Sumida and Alexander 1986; Sumida and Andersen 1990; Wheeler 1987; Wolfe 1982). Findings from these studies consistently show high per capita harvests of salmon, large percentages of community households involved in salmon harvesting activities, and wide-spread sharing of salmon harvests between households.

For example, in the lower Yukon River community of Russian Mission, 80% of all households participated in salmon fishing activities, 96% of all households used salmon, and the per capita harvest of salmon was 232 pounds per person in 1984 (Pete 1991). In the middle Yukon River community of Galena, 32% of households participated in salmon fishing, 85% of household used salmon, and the per capita harvest of salmon was 545 pounds per person in 1985 (Marcotte 1990). In the community of Tanana, 71% of households participated in salmon fishing, 91% of households used salmon, and the per capita harvest of salmon averaged 1,600 pounds per person in 1987 (Case and Halpin 1990). In the upper Yukon community of Fort Yukon an estimated 44% of all households participated in salmon fishing, 94% of all households used salmon and the community harvest averaged 652 pounds per person in 1987 (Sumida and Andersen 1990). Per capita harvest figures for middle and upper Yukon communities include substantial quantities of salmon harvested for use as dog food.

Exhibit 10
Page 15 of 28

The Commercial/Subsistence Fishery Nexus

Commercial and subsistence fishing for salmon along the Yukon are uniquely linked. Early commercialization developed as an extension of subsistence activities and the rise of the sled-dog economy during the gold rush era that commoditized dried salmon as dog food. At that time, little was known about the size of Yukon River salmon runs or their capacity for harvest. The burgeoning domestic trade of salmon within the drainage was distinguished from commercial "export fisheries" developing elsewhere in Alaska, and was justified as an essential element of the economy and way of life in the remote Yukon drainage (Wolfe 1984).

In the spring of 1918 the Seattle-based Carlisle Packing Company expanded its Alaska operations and established a floating cannery on the lower Yukon River (Pope 1980; Wolfe 1984). The cannery operation relied substantially on imported personnel to harvest and process fish and presented few employment opportunities or economic benefits to residents of the region. The cannery's 1918 operation and sizable harvest were immediately controversial. Record low salmon harvests that year in up-river districts caused severe shortages and hardship among the resident population (U.S. Bureau of Fisheries 1920). Local fishers blamed the cannery operations for the lack of fish upstream. A vocal contingent of missionaries and religious leaders advocated on behalf of upstream Native peoples and sent protests to the U.S. Secretary of Commerce, Bureau of Fisheries; the agency in charge of overseeing Yukon salmon stocks. As a result of extensive testimony and hearings, cannery operations were severely restricted in 1919 and eventually eliminated in 1924 (Pope 1980; Wolfe 1984).

The Carlisle incident produced lasting regional impacts: Yukon River salmon runs, once thought to be limitless, were recognized as a finite resource; the ability of down-river fishing actions to impact up-river harvests had been demonstrated; testimony surrounding the social and economic importance of salmon and salmon fishing to the indigenous inhabitants of the Yukon had reached a national audience; and the U.S. Bureau of Fisheries was prompted to initiate a more vigorous program of annual harvest monitoring and oversight of Yukon River salmon stocks. While attempts to establish the first large-scale export market commercial fishery for salmon on the Yukon River had been thwarted, the commercial viability and export market potential of Yukon River salmon had been proven to both the industry and local fishermen.

Less than a decade after the Carlisle Packing Company was forced to abandon its Yukon River operations, smaller scale commercial fisheries featuring more local involvement of fishers and processors

Exhibit 10
Page 16 of 28

began to reappear on the lower Yukon in the 1930s (Pope 1980; Wolfe 1984). These fisheries continued to grow through the middle of the 20th century. Declines in the number of salmon harvested to feed dogs, brought about by the use of air transportation in the 1930s and the adoption of snowmobiles in the 1960s were largely absorbed by the expansion of these commercial fisheries (Wolfe 1984).

Cash income is an essential component of contemporary subsistence economies (Wheeler 1998). Commercial salmon fisheries provide an important source of income for residents of some Yukon River communities. Local and export markets exist for both whole fish and roe. Commercial fishing activities tend to be concentrated in the lower and middle reaches of the drainage where salmon remain sea-bright and have the highest commercial value. Commercial fisheries do exist, however, into the Canadian headwaters region. As with subsistence fishing, village commercial fisheries are generally small-scale, family-based operations with fishers utilizing open skiffs powered by outboard motors. Participation in the commercial fishery is restricted to holders of limited entry permits. Set gill nets, drift gill nets, and fish wheels are the predominant gear types used to catch salmon. Commercial fishers virtually all participate in subsistence fisheries as well, frequently utilizing the same equipment and fishing sites to participate in both fisheries (Wolfe 1984). Incomes derived from commercial fishing are used to purchase fuel and essential equipment such as boats, motors, and nets that support subsistence fishing and other subsistence activities (Wheeler 1998; Wolfe 1984). In these ways, the fisheries are intertwined. Recent declines in salmon abundance have necessitated closures and reduced commercial fishing time resulting in lost income that has undoubtedly had its impacts on subsistence fisheries as well.

The Timing of Salmon Fishing Activities

As noted previously, Yukon salmon enter the Yukon River in species-distinct runs. While the timing of these runs varies slightly from year to year, and runs of two species may overlap, the general order of arrival is constant, with Chinook salmon ascending the river first, followed by summer chum, fall chum, and coho salmon. The extent to which these species are available and targeted for harvest varies between regions. In addition, the length of time it takes salmon to ascend the great length of the Yukon causes fisheries to occur at different times during the open water season. Salmon fishing is predominantly an early-to-mid summer activity in the lower Yukon while salmon fishing can occur from mid-summer until fall freeze-up in the upper portions of the drainage. Differences in the timing of salmon fisheries between districts have important implications for how fish are processed.

Exhibit 10
Page 17 of 28

Gear and Equipment Used for Fishing

Set gill nets, drift gill nets and fish wheels are the primary gear types currently utilized by Yukon River subsistence salmon fishers (Busher et al. 2007). Nets are commercially manufactured, made of durable nylon line, and have factory-installed float and lead-lines. Nets are available in various mesh sizes depending on the fish species being targeted. Set gill nets are typically less than 150 feet in length and are generally tied and anchored at fixed river bank or river bar locations. Drift gill nets are generally 300 feet or less in length and are deployed from boats and allowed to drift with the river current to fish snag-free, mid-channel sections of the river (Marcotte 1982; Wheeler 1987). Floating fish wheels are tied and operated at shoreline locations, often utilizing short fences or leads to direct near-shore fish towards the wheel. Fishers using wheels report that they are less prone to damage from drifting debris than nets and can be more easily stopped and started to accommodate short fishing periods.

Set gill nets are legal gear and used throughout the drainage. The use of drift gill nets is restricted by regulation to sections of the lower and middle Yukon from the mouth to the vicinity of Galena. Fish wheels are legal gear throughout the drainage but are essentially only used in the middle and upper Yukon (Busher et al. 2007). In the Canadian headwaters, set gill nets are the predominant gear typed used in the aboriginal fishery although fishers in the Dawson vicinity also use fish wheels (U.S. and Canada Yukon River Joint Technical Committee 2007; Blakley et al. 2003).

Boats used by subsistence fishers are typically open, flat-bottom skiffs 25 feet or less in length. Most boats are commercially manufactured of aluminum or fiberglass and powered by outboard motors. Nets are normally deployed, retrieved, and picked by hand without the aid of power reels.

Selection of Fishing Sites

Fishers utilize local knowledge of how fish position themselves in the river at specific locations to select optimal fishing sites and seek out specific current, river bank, and river bottom characteristics depending on the species targeted and the gear being used (Moncrieff and Klein 2003; Wheeler 1987). Fish are known to "bank-up" or concentrate along one side of the river or the other as they pass through certain areas and approach certain tributary streams (Marcotte 1982; Wheeler 1987; Case and Halpin 1990). Fishing sites may be species-specific, with fishers changing sites from one side of the river to the other in order to maximize harvests of certain kinds of fish. Prime fishing locations are well known to fishers, often identified by local place-names, and frequently associated with long-time utilization by specific families (Moncrieff and Klein 2003). There is competition for the limited number of prime fishing sites in most areas (Marcotte 1982). Use of specific fishing sites by certain families is generally respected as

Exhibit 10
Page 18 of 28

ownership of that site. River conditions are constantly in flux and the exact placement of gill nets and fish wheels may change from year to year depending on bank erosion, the flow of water through certain sloughs, and the location of sandbars and snags (Moncrieff and Klein 2003.)

<u>The Use of Family Fish Camps</u>

Salmon fishing activities are commonly based out of family fish camps. These camps are typically located in areas that have been used by extended families for generations and consist of infrastructure required for salmon fishing including cabins, tent-frames, smokehouses and fish racks (Moncrieff and Klein 2003; Wolfe 1981). Native land allotment selections frequently incorporated fish camp sites and are often owned by individuals (Moncrieff and Klein 2003; Marcotte 1982). Fishing sites are usually located at or very near fish camps to facilitate convenient checking of gear and transport of harvested fish for processing. In some Yukon areas it is still common for entire extended families to move seasonally to fish camp in order to assist and participate in salmon fishing and processing activities. Work at fish camps is typically organized according to age and gender with men primarily responsible for the deployment and operation of boats and fishing gear, and women and children primarily involved in the cutting and processing of harvested fish (Pete 1991, Wheeler 1987; Wolfe 1981).

The transport of people, dogs, and supplies to fish camp for an extended stay can represent a significant undertaking and multiple trips by boat. Current fishing schedules involving short open periods followed by extended closures are reportedly reducing the number of families choosing to make extended stays in fish camps (Moncrieff and Klein 2003). Another common fishing pattern is for salmon fishers to base directly out of home communities, bringing daily catches of salmon back to the village for processing and maintaining cutting tables, smokehouses, and fish racks in back yards and near-community riverbank locations.

While subsistence salmon fishers are free to move anywhere within and between Yukon River fishing districts, there are practical limitations to their mobility. The semi-permanent nature of fish camps (ie. land ownership and established infrastructure) makes relocation of camps difficult. The reliance on local knowledge to select productive fishing sites, competition for the most productive sites, and the cost of fuel associated with river travel, all provide disincentives for fishers to venture far from home communities, camps, and familiar fishing areas. For these reasons, individual camp and fishing locations are relatively fixed.

Exhibit 10
Page 19 of 28

How Salmon are Processed and Used

Throughout the drainage Chinook salmon are prized for their large size, overall quality, and high oil content. Chinook salmon are almost exclusively utilized for human consumption and provide the bulk of the salmon harvested for table use. Per capita harvest levels of Chinook in lower, middle and upper Yukon districts tend to be similar. Chinook salmon are eaten fresh or processed and preserved by smoking, drying, freezing, or canning.

Chum and coho salmon are also used for human consumption but are primarily harvested a source of food for sled dogs. An estimated 6,000 dogs continue to be kept and maintained by Yukon River fishing households (Busher et. al 2007). The practice of using salmon to maintain dog teams is more common in the middle and upper Yukon. As a consequence, per capita harvests of chum and coho tend to be higher in up-river districts than in lower sections of the river. Chum and coho taken for human use are processed similarly to Chinook. Chum and coho fishers frequently make decisions about how individual fish will be used as they are processed, with the best quality fish retained for human use and the remainder processed for dog food. Salmon harvested for use as dog food are most commonly split and air-dried (Andersen 1992). In up-river districts, the timing of fall salmon runs typically coincides with cooler weather conditions that allow fish used for dog food to be preserved whole, stored in outdoor bins or cribs, and allowed to freeze naturally with the advent of freezing temperatures. This method of preserving fish known as "cribbing" has labor-saving advantages and produces a product that contains more nutrition than split, dried fish (Andersen 1992; Andersen 2000).

Management, Regulation, and Harvest Levels

Yukon salmon runs, particularly for Chinook and chum salmon are generally acknowledged to be fully allocated between escapement requirements, cross-border treaty agreements, and commercial, sport, personal use, and subsistence fishers poised along its banks in two countries. One of the major challenges facing fishery managers is the accurate and timely assessment of the mixed salmon stocks as they enter the river. The size of the river, multiple ocean mouths, and murky water conditions make many traditional assessment tools difficult. Commercial salmon fishing is concentrated in the lower reaches of the river where fish remain sea-bright and have the highest commercial market value. Subsistence fisheries predominate upstream. Early assessment of run strength is required to provide adequate spawning escapements, gauge the extent to which each run might be harvested commercially, and provide reasonable opportunities for subsistence fisheries to take place throughout the drainage.

Exhibit 10
Page 20 of 28

The intractable legal impasse in Alaska over who qualifies as a subsistence user gave rise to a dual management system for fisheries in 1999 (Wheeler and Thornton 2005). The State of Alaska (ADF&G) maintains management authority over all commercial and sport fisheries statewide, and manages subsistence fisheries occurring in state waters. Management authority for subsistence fishing in federal waters rests with the Federal Subsistence Board (FSB), under management authority granted in 1980 by Title VIII of ANILCA. Initially, federal subsistence fishing regulations and actions largely mirrored state regulations and management plans. Over time, state and federal regulations are diverging. For example, the FSB recently approved a drift gill net fishery in federal waters of Yukon districts Y4B and C that is open only to federally qualified subsistence users. Recent changes in federal regulations also allow for regulated participation in the customary trade of subsistence caught salmon, a long-standing feature of the Yukon River subsistence fishery (Moncrieff 2007) that is not yet recognized under State regulations.

Under state and federal law, subsistence fisheries have a priority over all other consumptive uses. In recognition of the fact that subsistence fisheries are largely self-limiting, Yukon River subsistence salmon fishing occurs without regulatory limits placed on the number of fish that can be taken for household purposes, and permits are required in only a handful of road-accessible locations in the upper portions of the drainage. For management and regulatory purposes, the Yukon River has been divided into fishing districts recognized by both state and federal systems. Restrictions on the type and size of gear and the establishment of open and closed periods for fishing in each district provide the major regulatory controls on subsistence salmon fishing.

For each of the Yukon salmon species harvested for subsistence purposes, the Alaska Board of Fisheries (BOF) has adopted regional Amounts Necessary for Subsistence (ANS). These are presented as drainage wide harvest ranges based on past harvest levels. ANS ranges were intended to provide a tool or gauge for the BOF to evaluate if subsistence needs are being met. Repeated failure to meet subsistence needs can trigger a series of fishing restrictions spelled out in various management plans. For the Alaska portion of the Yukon drainage, ANS quantities for salmon are as follows: 45,500-66,704 Chinook salmon; 83,500-142,192 summer chum; 89,500-167,900 fall chum; 20,500-51,980 coho (Fall et al. 2007). The combined ANS quantities for chum and coho result in ANS for "small salmon" of 193,500-362,072 fish.

Unexplained declines in salmon abundance occurred during the 1990s. All Western Alaska salmon runs, including Yukon River stocks were affected, with chum salmon stocks particularly hard hit. With lower salmon numbers, new levels of restrictions and controversial closures have been necessary in Yukon River districts to provide for salmon escapements. Prior to these declines, annual subsistence catches of

Exhibit 10
Page 21 of 28

55,000 Chinook salmon and 500,000 small salmon (all species combined) were common in the Alaska portion of the Yukon (Borba and Hamner 1999). For the five-year period 1988-92 (pre-decline period) subsistence harvests in Alaska averaged 47,659 Chinook and 413,539 small salmon (Borba and Hamner 1999). For the five-year period 1993-97 average subsistence harvests of Yukon Chinook salmon remained relatively unchanged at 53,858 fish (Borba and Hamner 1999). Harvests of small salmon during this period declined to an average of 271,394 fish but still remained within established ANS ranges. More recent harvest data show relative stability in Chinook harvests but continued declines in small salmon harvests. During the five-year period 2000-2004 subsistence Chinook harvests averaged 49,752 fish, while the average harvest of small salmon fell below ANS minimums to 137,825 fish (Busher et al. 2007), a 67% decline from pre-1992 subsistence harvest averages.

Subsistence harvests in Canada are small compared to Alaska. In the Canadian portion of the drainage, the aboriginal fishery harvested an average 6,990 Chinook salmon and 4,736 chum salmon during the five year period 2001-05 (U.S. and Canada Yukon River Joint Technical Committee 2007).

The Subsistence Harvest of Other Yukon River Fish Species

Although Yukon River salmon are recognized as a key subsistence resource throughout the Yukon drainage, subsistence fisheries for other non-salmon species contribute significantly to community harvests as well and fishing is an activity undertaken in virtually every calendar month (Andersen et al. 2004; Brown et al. 2005). Some of these fish are regarded as local or "resident" freshwater species while others are truly anadromous, and others are utilizing waters within the Yukon River drainage as travel corridors to make large-scale seasonal movements between preferred or critical habitats (Morrow 1980). Sheefish (*Stenodus leucichthys*), broad whitefish (*Coregonus nasus*), humpback whitefish (*Coregonus pidschian*), Bering ciso (*Coregonus laurettae*), least cisco (*Coregonus sardinella*), northern pike (*Esox lucius*), arctic grayling (*Thymallus arcticus*), arctic lamprey (*Lampetra japonica*), longnose sucker (*Catostomus catostomus*), burbot (*Lota lota*), and Alaska blackfish (*Dallia pectoralis*) are among the non-salmon fish species that are regionally important for subsistence in the Yukon River drainage. Significant quantities of non-salmon fish species such as whitefish and sheefish are typically taken as bi-catch in conjunction with Yukon River salmon fishing activities. These species become even more important and are more intensely targeted by some fishers in years when salmon harvests do not meet household needs or in tributary areas where salmon are less abundant.

16

Exhibit 10
Page 22 of 28

**Summary of Key Points**

- The use of Yukon River Salmon as a source of food has a history that spans millennia.

- Western contact altered traditional fishing and settlement patterns. Salmon fishing practices that emerged in the early 20th century remain substantially unchanged today.

- Along the 2,000 mile length of the Yukon, and across numerous cultural and political boundaries, there is remarkable consistency in the prominence of salmon as a domestic food source, and in the ways salmon are harvested, processed, and used.

- Today, about 50 Yukon River communities and villages participate in the subsistence harvest of Yukon River salmon. The total population of these communities is approximately 25,000 people.

- The subsistence fishery for Yukon salmon is family-based and small scale. Harvest methods involve the use of set or drift gill nets and fish wheels. Specific fishing sites and fish camp locations typically have a long history of use by individual families.

- Harvested fish are utilized as human food and to feed sled dogs. Common preservation methods include drying, smoking, freezing, and canning. Harvested fish are widely shared along kinship lines between households and communities.

- Subsistence fisheries are largely self-limiting and take place without limits on how many salmon can be taken for family use. Harvest is regulated through gear restrictions and the establishment of open and closed periods for fishing.

- Unexplained declines in Western Alaskan salmon stocks occurred during the 1990s, resulting in new levels of harvest restrictions and new management complexities.

- Drainage wide subsistence harvests of 55,000 Chinook salmon and 500,000 small salmon were common prior to the declines in run strength and subsequent harvest restrictions.

- In recent years, average subsistence harvests of small salmon have declined by almost 70% and have failed to meet subsistence needs in some locations.

- Other Yukon River fish species utilized for subsistence purposes make significant seasonal movements through Yukon River waters and are subject to some of the same cross-jurisdictional concerns as salmon.

Exhibit 10
Page 23 of 28

## Literature Cited

Andersen, D.B.
    1992. The Use of Dog Teams and the Use of Subsistence-Caught Fish for Feeding Sled Dogs in
    the Yukon River Drainage, Alaska. Division of Subsistence, Alaska Department of Fish and
    Game, Juneau, Technical Paper 210.

Andersen, D.B.,
    2000. The Use and Feeding of Sled Dogs in the Upper Yukon River, Alaska. A Report to the
    Alaska Board of Fisheries. Division of Subsistence, Alaska Department of Fish and Game,
    Fairbanks.

Andersen, D.B., C.L. Brown, R.J. Walker, and K. Elkin
    2004. Traditional Ecological Knowledge and Contemporary Subsistence Harvest of Non-Salmon
    Fish in the Koyukuk River Drainage, Alaska. Division of Subsistence, Alaska Department of Fish
    and Game, Fairbanks, Technical Paper No. 282.

Andrews, E.
    1988. The Harvest of Fish and Wildlife for Subsistence by Residents of Minto, Alaska. Division
    of Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 137.

Blakley, A.C., J. McKenzie, T. Joe, KK English, and W.B. Griffiths
    2003. Yukon River Drainage Basin Harvest Study 2002. *For* Yukon River Basin Harvest Study
    Steering Committee and Fisheries and Oceans, Canada, and Council of Yukon First Nations. LGL
    Limited, Sidney, British Columbia.

Borba, B.M. and H.H. Hamner
    1998. Subsistence and Personal Use Salmon Harvest Estimates, Yukon Area, 1998. Division of
    Commercial Fisheries, Alaska Department of Fish and Game, Anchorage. Regional Information
    Report 3A99-27.

Brown, C.L., J. Burr, K. Elkin, and R.J. Walker
    2005. Contemporary Subsistence Uses and Population Distribution of Non-Salmon Fish in
    Grayling, Anvik, Shageluk, and Holy Cross. Division of Subsistence, Alaska Department of Fish
    and Game, Fairbanks, Technical Paper 289.

Busher, W.H., T. Hamazaki, and A.M. Marsh
    2007. Subsistence and Personal Use Salmon Harvests in the Alaska Portion of the Yukon River
    Drainage, 2005. Division of Sport Fish and Division of Commercial Fisheries, Alaska
    Department of Fish and Game, Anchorage. Fisheries Data Series (in press).

Case, M. and L. Halpin
    1990. Contemporary Wild Resource Use Patterns in Tanana, Alaska, 1987. Division of
    Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper 178.

Clark, A. M.
    1974. Koyukuk River Culture. Technical Paper No. 18. National Museum of Man Mercury
    Series, Canadian Ethnology Service, Ottawa.

Exhibit 10
Page 24 of 28

Clark, A.M.
    1981. Koyukon. *In* Subarctic. Handbook of North American Indians, Vol. 6. J. Helm, ed. pp.
    582-601. Washington, D.C., Smithsonian Institution.

Fall J., D. Caylor, M. Turek, C. Brown, T. Krauthoefer, B. Davis, D. Koster
    2007. Alaska Subsistence Salmon Fisheries 2004 Annual Report. Division of Subsistence, Alaska
    Department of Fish and Game, Juneau, Technical Paper No. 317.

Hosley, E.H.
    1981. Environment and Culture in the Alaska Plateau. *In* Subarctic. Handbook of North
    American Indians, Vol. 6. J. Helm, ed. pp. 533-545. Washington, D.C., Smithsonian Institution.

Krause, M
    1982. Native Peoples and Languages of Alaska. Alaska Native Language Center, University of
    Alaska, Fairbanks.

Loyens, W.J.
    1966. The Changing Culture of the Nulato Koyukon Indians. Ph.D. Dissertation, University of
    Wisconsin, Madison.

Marcotte, J.R.
    1982. The King Salmon Drift Net Fishery of the Middle Yukon: An Overview and Study of the
    1982 Season. Division of Subsistence, Alaska Department of Fish and Game, Fairbanks,
    Technical Paper No. 18.

Marcotte, J.R.
    1990. Subsistence Harvest of Fish and Wildlife by Residents of Galena, Alaska, 1985-86.
    Division of Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 155.

McClellan, C.
    1981. Inland Tlingit. *In* Subarctic. Handbook of North American Indians, Vol. 6. J. Helm, ed. pp.
    469-480. Washington, D.C., Smithsonian Institution.

McKennan, R.A.
    1981. Tanana. *In* Subarctic. Handbook of North American Indians, Vol. 6. J. Helm, ed. pp. 562-
    576. Washington, D.C., Smithsonian Institution.

Moncrieff, C. F.
    2007. Traditional Ecological Knowledge of Customary Trade of Subsistence Harvested Salmon
    on the Yukon River. Final Report to the Office of Subsistence Management, Fisheries
    Information Services, Study 04-265. Yukon River Drainage Fisheries Association, Anchorage.

Moncrieff, C. and J. Klein
    2003. Traditional Ecological Knowledge of Salmon Along the Yukon River. Yukon River
    Drainage Fisheries Association, Anchorage.

Morrow, J.E.
    1980. The Freshwater Fishes of Alaska. Alaska Northwest Publishing Company, Anchorage.

Exhibit 10
Page 25 of 28

Osgood, C.
    1971. The Han Indians: A Compilation of Ethnographic and Historical Data on the Alaska-Yukon
    Boundary Area. Yale University Publications in Anthropology No. 74. New Haven: Yale
    University.

Osgood, C.
    1970a.Contributions to the Ethnography of the Kutchin. Yale University Publications in
    Anthropology No. 14. New Haven: Yale University.

Osgood, C.
    1970b. Ingalik Material Culture. Yale University Publications in Anthropology No. 22. New
    Haven: Yale University.

Pete, M.C.
    1991. Contemporary Patterns of Wild Resource Use by Residents of Russian Mission, Alaska.
    Division of Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 127

Pope, D.
    1980. The Upper Yukon and Other Freshwater Salmon Fisheries: findings, conclusions, and
    recommendations. Report to the eleventh Alaska Legislature.

Schroeder, R. F., D.B Andersen, R. Bosworth, J.M. Morris, and J.M. Wright
    1987. Subsistence in Alaska: Arctic, Interior, Southcentral, Southwest, and Western Regional
    Summaries. Division of Subsistence, Alaska Department of Fish and Game, Juneau, Technical
    Paper No. 150.

Shinkwin, A. and Case, M.
    1984. Modern Foragers: Wild Resource Use in Nenana Village, Alaska. Alaska. Division of
    Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 91

Slobodin, R.
    1981. Kutchin. *In* Subarctic. Handbook of North American Indians, Vol. 6. J. Helm, ed. pp. 514-
    532. Washington, D.C., Smithsonian Institution.

Snow, J.H.
    1981. Ingalik. *In* Subarctic. Handbook of North American Indians, Vol. 6. J. Helm, ed. pp. 602-
    617. Washington, D.C., Smithsonian Institution.

Sullivan, R.J.
    1942. The Ten'a Food Quest. Ph.D Dissertation. The Catholic University or America,
    Anthropological Series No. 11. Washington, D.C.: The Catholic University of America Press.

Sumida, V.
    1986. Land and Resource Use Patterns in the Yukon Flats: Stevens Village. Division of
    Subsistence, Alaska Department of Fish and Game, Fairbanks, Technical Paper No. 129.

Sumida, V. and C.L. Alexander
    1986. Patterns of Land and Resource Use in Beaver, Alaska. Division of Subsistence, Alaska
    Department of Fish and Game, Fairbanks, Technical Paper No. 140.

Exhibit 10
Page 26 of 28

Sumida, V.A. and D.B. Andersen
    1990. Patterns of Fish and Wildlife Use for Subsistence in Fort Yukon Alaska. Division of
    Subsistence, Alaska Department of Fish and Game, Fairbanks, Technical Paper No. 179.

VanStone, J.W.
    1974. Athapaskan Adaptations: Hunters and Fishermen of the Subarctic Forests. Arlington
    Heights, Illinois: AHM Publishing.

VanStone, J.W.
    1979. Ingalik Contact Ecology: An Ethnohistory of the Lower-Middle Yukon 1790-1935.
    Fieldiana: Anthropology. Field Museum of Natural History, Chicago.

Wheeler, P.
    1998. The Role of Cash in Northern Economies. Ph.D. Dissertation. University of Alberta.

Wheeler, P
    1987. Salmon Fishing Patterns Along the Middle Yukon River at Kaltag, Alaska. Division of
    Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 156.

Wheeler, P. and T. Thornton
    2005. Subsistence Research in Alaska: A Thirty Year Retrospective. Alaska Journal of
    Anthropology. Vol. 3, No. 1. pp.69-103.

Wolfe, R.J.
    1981. Norton Sound/Yukon Delta Sociocultural Systems Baseline Analysis. Division of
    Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 59.

Wolfe, R.J.
    1982. The Subsistence Salmon Fishery of the Lower Yukon River. Division of Subsistence,
    Alaska Department of Fish and Game, Juneau, Technical Paper No. 60.

Wolfe, R.J.
    1984. Commercial Fishing in the Hunting-Gathering Economy of a Yukon River Yup'ik Society.
    In: The Central Yup'ik. Etudes/Inuit Studies No. 8 (Supplement) pp. 159-183.

Wolfe, R.J., J.J. Gross, S.J. Langdon, J.M. Wright, G.K. Sherrod, L.J. Ellanna, V. Sumida, and P.J. Usher.
    1984. Subsistence Based Economies in Coastal Communities of Southwest Alaska. Division of
    Subsistence, Alaska Department of Fish and Game, Juneau, Technical Paper No. 89

U.S. Bureau of Fisheries
    1920. Alaska Fishery and Fur-Seal Report. Washington, D.C.: Government Printing Office.

U.S. and Canada Yukon River Joint Technical Committee
    2007. Yukon River Salmon 2006 Season summary and 2007 Season Outlook. Alaska
    Department of Fish and Game, Anchorage. Regional Information Report No. 3A07-07.

U.S. Census Bureau
    2007. U.S. Census Bureau State & County Quick Facts. Website:
    ttp://quickfacts.census.gov/qfd/states/02/.

Exhibit 10
Page 27 of 28

Yukon Bureau of Statistics
2007. Population Report, June 2007. Website: www.eco.gov.yk.ca/stats/.

Williams, J. and N. Fried.
2005. Media Release 06-30: Alaska Department of Labor and Workforce Development Releases State, Borough, and Place 2005 Population. Sources: Alaska Department of labor and Workforce Development, Research and Analysis Section, and the U.S. Census Bureau. http://almis.labor.state.ak.us/.

Exhibit 10
Page 28 of 28