Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-0006-HRH |
| | ) | (Consolidated with |
| v. | ) | No. 3:05-cv-0158-HRH) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | NOTICE OF FILING |
| | ) | ERRATA |
| Defendants, | ) | |
| | ) | |

Plaintiffs Katie John *et al* hereby give notice to the court of filing errata to Docket No. 137 where only 20 pages of brief were filed. John Opening Brief "Which Waters" is attached hereto.

Dated: October 12, 2007

Respectfully submitted,

s/ Heather R. Kendall Miller
Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

Counsel for Katie John *et al.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2007, a copy of the foregoing Plaintiffs' Notice of Filing Over Size Exhibit was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


s/ Heather Kendall Miller