Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Defendants, ) <br> ) | No. 3:05-cv-0006-HRH <br> (Consolidated with <br> No. 3:05-cv-0158-HRH) <br><br> NOTICE OF CONTINUED FILING <br> OF EXHIBITS ATTACHED TO <br> JOHN OPENING BRIEF <br> "WHICH WATERS" |

Plaintiffs Katie John *et al* hereby give notice to the court of filing addition

Exhibits to be attached to the Opening Brief "Which Waters" filed at Docket No. 137.

Attached hereto are Exhibit 11-13.

Dated: October 12, 2007

                                                                                        Respectfully submitted,

                                                                                        <u>s/ Heather R. Kendall Miller</u>
                                                                                        Heather R. Kendall Miller
                                                                                        Alaska Bar No. 9211084
                                                                                        NATIVE AMERICAN RIGHTS FUND
                                                                                        420 L St., Suite 505
                                                                                        Anchorage, Alaska 99501
                                                                                        Telephone (907 276-0680
                                                                                        Facsimile: (907) 276-2466
                                                                                        Email: kendall@narf.org

                                                                                        Counsel for Katie John *et al.*