IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATIE JOHN, *et al.*          )
                                  )
          Plaintiffs,         )
                                  )
   v.                         )
                                  )
UNITED STATES OF AMERICA, *et al.* )   No. 3:05-cv-00006 (HRH)
                                  )   (Consolidated)
          Defendants,      )
_____)

## AFFIDAVIT OF DUDLEY W. REISER, PH.D.

I, Dudley W. Reiser, do declare and say:

1.    I am the President of and a senior fish biologist with the company R2 Resource Consultants, Inc., (R2) of Redmond, Washington. R2 specializes in environmental and engineering consulting with a special focus on fish and aquatic ecology including invertebrates (both in rivers and lakes), instream flow assessments, habitat assessments, fisheries engineering and habitat restoration, and impact analysis. The company also provides technical expertise to clients relative to issues involving the federal Endangered Species Act (ESA).

2.    I have attached a recent vitae to this declaration which details my education, and experience, and lists the types of technical reports, publications and presentations I have authored or co-authored. In summary, I received a Ph.D. in Forestry, Wildlife and Range Sciences (major in fishery resources) from the University of Idaho in 1981, a Masters of Science degree from the University of Wyoming in Water Resources in 1976, and a Bachelor of Arts degree in Zoology from Miami University in Oxford, Ohio in 1971. Briefly, my coursework included classes in fishery management, ichthyology, fish culture and disease, aquatic ecology, limnology, water quality, hydrology, aquatic entomology, statistics, and a variety of other related courses.

3.    From 1981 to the present, I have been involved in environmental consulting focusing on aquatic ecosystems, and in particular fish ecology and habitat requirements. Over my career, I have been employed by a number of large consulting and engineering firms including Camp Dresser and McKee (Denver) (1980-1982); Bechtel Corporation (California) (1982-1987); EA Engineering, Science and Technology (California/Washington) (1987-1992; Vice President); and R2 Resource Consultants, Inc. (Washington) (1992 – present; President). During this period, I have worked on a variety of streams, rivers and lakes throughout the Pacific Northwest and Rocky Mountain States. I have also worked on a number of projects in the Northeast, including Massachusetts, Maine, Connecticut, New York, and Vermont. I have worked on many projects focused

Exhibit 11
Page 1 of 76

on defining instream flow and water needs for fish, including the ongoing upper Klamath Basin Adjudication in Oregon, the Snake River Basin Adjudication in Idaho (instream flow studies for the United States for the Nez Perce Tribe and Shoshone-Paiute Tribes), an instream flow study on the Lostine River in Oregon, instream flow studies on the Madison and Missouri rivers in Montana, and studies on Ward Creek and Whitman Creek in Alaska (both as part of Federal Energy Regulatory Commission relicensing studies).

4.    Both my masters and doctoral research were focused on flow needs of various fish life history stage components, and both involved extensive field and laboratory studies. The title of my dissertation is "Effects of Streamflow Reduction, Flow Fluctuation, and Flow Cessation on Salmonid Embryo Incubation and Fry Quality." My masters thesis is titled "The determination of physical and hydraulic preferences of brown and brook trout in the selection of spawning locations." As part of both studies, I collected extensive physical and hydraulic measurements over areas used by salmonids for spawning.

5.    I have published numerous articles and reports pertaining to fish ecology and habitat requirements (including flow needs), and presented many papers at technical symposia. In 1999, I was appointed by Governor Gary Locke to Washington's Independent Science Panel, which is focused on ESA and species recovery efforts statewide; I was re-appointed by Governor Gregoire in 2005. I have been an active member of the American Fisheries Society (AFS) for over 20 years and have been certified as a Fisheries Scientist since 1981 (certification number 1447), and was re-certified in 2002 (certification number 2463).

6.    In July 2007, I was contacted by the Native American Rights Fund (NARF) in Anchorage, Alaska requesting a technical evaluation of a water rights issue related to federal reserved water rights. The specific issue relates to if and the extent to which federal reserved water rights should extend beyond the boundaries of reservation lands.[1]

7.    I have encountered this same type of issue before while working on water rights adjudications for the Bureau of Indian Affairs (BIA) including work on the Klamath River Basin Adjudication in Oregon, as well as the Snake River Basin Adjudication in Idaho. In the case of the Oregon and Idaho adjudications, both are/were associated with providing flows consistent with treaty-specified rights to fish, which fundamentally translates to the provision of flows that would promote the production of healthy, viable fish populations. Both adjudications resulted in instream flow claims that extended beyond historical and existing reservation boundaries, and additionally, in the case of Idaho, beyond treaty-specified areas termed Usual and Accustomed (U&A) fishing locations.

8.    The fundamental technical basis for extending the claims in those two adjudications, ergo the application for a federal reserved water right beyond reservation boundaries or other treaty identified location (i.e., U&A) was the need for biological connectivity between

---

[1] Reservation lands include federal lands administered by federal agencies including but not limited to the U.S. Forest Service, U.S. Fish and Wildlife Service, Bureau of Land Management, Bureau of Indian Affairs, and National Park Service.

Exhibit 11
Page 2 of 76

segments of streams within or adjoining the reservation, with segments either upstream or downstream from these sites. This connectivity between sites, regardless of whether on or beyond the legal boundaries of a reservation, reflected the need to accommodate all life history functions of target fish species such as adult holding, spawning, fry and juvenile rearing, as well as aquatic invertebrate production that provides food in the form of invertebrate drift. Such functions are all essential and necessary in order for fish populations to remain healthy and viable so that the intent of the treaty rights and needs of the reservation can be met.

9.  At the request of the NARF in Alaska, I completed an evaluation of the issue relative to the Yukon River Basin and prepared a technical report entitled Species Distributions, Life History Strategies, and Habitat-Flow Requirements of Anadromous Salmonid Populations in the Yukon River Basin, Alaska. I have appended a copy of that report at the end of this affidavit. In that paper, I demonstrated that the important anadromous salmonid populations of the Yukon River Basin utilize and rely on essentially the entire stream network within the basin, extending to the farthest reaches of the mainstem Yukon River in the United States and distal tributaries. Chinook salmon migrations in the Yukon River, for example, extend well beyond the United States-Canada border reaching some 2,800 kilometers (km) inland.

10. My conclusion relative to whether and the extent to which federal reserved water rights should extend beyond the boundaries of reservation lands, echoes the same technical points I have expressed previously, both in the SRBA in Idaho and the KRBA in Oregon. That is, fish do not recognize nor are they constrained by arbitrary, man-imposed boundaries. Thus, to the extent one of the purposes of a federal Conservation System Unit (CSU) is to protect salmon populations, and federal reserved water rights are ascribed to the CSU, the reserved rights should logically (based on biological needs) extend to all of those waters to which the salmon populations that are linked to the specific CSU are reliant. To do otherwise (i.e., to limit the reserved right only to the boundaries of the CSU) would be tantamount to saying that the life cycle of the salmon populations occurs entirely within the federal reserved waters bounded by a given CSU, which is not the case, as is described in the attached report.

Further Affiant Sayeth Not.

Dated this 5 Day of _Oct_ , 2007

_Dudley W. Reiser_ _____
Dudley W. Reiser, Ph.D.

Subscribed and sworn before me this 5 day of _Oct_ , 2007

_Benjamin James Decker_ _____
Notary Public

My Commission Expires _04 Sept 2010_

Notary Public
State of Washington
BENJAMIN JAMES DECKER
My Appointment Expires Sep 4, 2010

Exhibit 11
Page 3 of 76



**DUDLEY W. REISER, Ph.D. – PRESIDENT**
**Senior Fisheries Scientist**

Dr. Reiser is a fisheries scientist and the President of R2 Resource Consultants, and has more than 30 years experience designing, implementing, and managing fisheries and aquatic ecology projects, and habitat and instream flow assessments. His particular areas of expertise include fish ecology (anadromous and resident species), habitat assessments and criteria development, endangered species evaluations, assessments of flow regulation on fish populations and habitats, fisheries habitat enhancement, fisheries engineering, instream flow studies, assessments of sedimentation impacts on aquatic ecosystems, and flushing flow studies (related to sediment deposition).

## EDUCATION

Ph.D. (Forestry, Wildlife and Range Sciences – major in fishery resources) University of Idaho, 1981
M.S. (Water Resources) University of Wyoming, 1976
B.A. (Zoology) Miami University, Ohio, 1972

## PROFESSIONAL AFFILIATIONS AND CERTIFICATIONS

Certified USFWS IFIM Course - Computer Modeling (201), IFIM:IFG210, SNTEMP (310)
Certified USFWS Course - Expert Witness Seminar
Certified SCUBA DIVER - PADI and YMCA
American Fisheries Society (AFS), Certified Fisheries Scientist (No. 1447), Re-Certified (No. 2463)
Society of Environmental Toxicology and Chemistry
Co-Chairman, AFS Water Development and Streamflow Committee (1986-1989)
Secretary-Treasurer, Western Division, American Fisheries Society, 1987-1988.
Co-editor, Sustainable Fisheries – Pacific Salmon, Lewis Publishers.
Past Member, Editorial Board, "Rivers: Studies in the Science, Environmental Policy, and Law of Flowing Waters" (ongoing member since 1992)
Member, ESA Task Force for the City of Seattle – 1994
Member, CALFED Ecosystem Roundtable Committee focused on review and prioritization of restoration projects in the San Francisco Bay-Delta Area (1998).
Member, NRDA Practitioner Group (2000-2001), AdHoc Industry Natural Resource Damage Group
Member, Independent Science Panel (ISP) – Washington State – appointed by Governor Gary Locke to serve on Salmon Recovery Science Panel, Term: 1999-2003; reappointed by Governor Gregoire through 2006.

## EMPLOYMENT HISTORY

R2 Resource Consultants, Inc., Redmond, Washington, President, Senior Fisheries Scientist, 1992-Present
EA Engineering, Science, and Technology, Redmond, Washington, Vice President, Senior Fisheries Scientist, 1987-1992
Bechtel Corporation, San Francisco, California, Senior Fisheries Scientist, 1982-1987

Exhibit 11
Page 4 of 76

**DUDLEY W. REISER, Ph.D.**

Camp Dresser and McKee Inc., Denver, Colorado, Senior Fisheries Scientist, 1980-1982
Idaho Cooperative Fishery Research Unit, Moscow, Idaho, 1977-1980
Wyoming Water Resources Research Institute, Laramie, Wyoming, 1974-1977

**EXPERIENCE**

***Hydroelectric Project Licensing Studies:***  Dr. Reiser has worked on licensing/relicensing studies on over 20 hydroelectric projects.  These have included most recently, the Henry M. Jackson Hydroelectric Project (Washington), Boundary Hydroelectric Project (Washington), Skagit Project (Washington), White River (Washington), Clackamas (Oregon), Deschutes (Oregon), Carmen-Smith (Oregon), Connell and Whitman (Alaska), Cooper Lake (Alaska), Upper American River (California), Big Creek (California), Tapoco (North Carolina), Natahala (North Carolina), and Missouri-Madison (Montana).  He has provided both technical and strategic support on many of these projects and has worked from the utility, stakeholder, and the FERC perspective.  His working experience on these projects has involved the traditional, ALP, and ILP relicensing procedures.  In addition, for the Clackamas Project, he served as the aquatic and fisheries resource lead for a 3rd party DEIS prepared for the FERC.  Dr. Reiser also recently served as the Project Manager of a national technical support contract with the U.S. Forest Service where he participated in instream flow related studies associated with hydroelectric relicensing involving a number of resource issues including fish flows, impacts of flow fluctuations, impacts of whitewater flows on aquatic biota, and sediment transport issues.  Most recently, he is directing three studies being completed as part of the ILP process for the Jackson Hydroelectric Project.

***Endangered Species Issues:***  Direct experience in working on endangered species issues related to resource developments, including those that influence streamflow, temperature, habitat quality and quantity.  Project Manager of technical studies on bull trout for Seattle Water Department (SWD); assisted in coordination of studies for integration into SWD Habitat Conservation Plan (HCP); represented SWD on ESA task force focused on listing status of species of special concern related to SWD facility operations.  Project Manager for Tri-County Urban Issues ESA response project focused on evaluating restoration options for listed Chinook salmon within urban watersheds.  Project Manager of an HCP being developed for the J.L. Storedahl & Sons Daybreak Mine located near the East Fork Lewis River, Washington, and more recently an HCP for the City of Kent's water supply.  Project Manager for development of restoration plans for reintroducing the federally listed endangered Snake River Chinook salmon into the Panther Creek drainage in Idaho; worked with federal and state agencies in developing plan compatible with mandates of ESA and state and federal directives relative to reintroduction strategies.  Project Manager for bull trout evaluation for the Seattle City Light in connection with the Boundary Hydroelectric Project and Ross Lake Project.  Assessed Snake River salmon recovery plan options and mandates in the context of instream flow recommendations formulated on behalf of the Nez Perce Tribe, as part of the Snake River Basin Adjudication.  Appointed by Washington Governor Gary Locke to serve on five member Independent Science Panel focused on salmon recovery in the State of Washington.

***Fish Population Assessments:***  Directed numerous studies focused on determining fish population abundance and dynamics in streams and rivers.  These have most recently included fish studies conducted for the City of Kent pertaining to the Green River Natural Resources Area, and streams that may be

Exhibit 11
Page 5 of 76

influenced by the revised Critical Areas Ordinance; General Electric (Housatonic River, Massachusetts), the Seattle Water Department (Lake Chester Morse and Cedar watershed), Montana Power Company (Holter and Hauser reservoirs; Missouri River), Atlantic Richfield Company (Clark Fork River and tributaries), U.S. Fish and Wildlife Service (Coeur d'Alene basin and St. Regis Rivers), J.L. Storedahl Company (series of gravel ponds adjacent to the East Fork Lewis River), and Ketchikan Public Utilities (Whitman and Connell lakes, and tributaries). Dr. Reiser has recently initiated a study for the City of Seattle evaluating the effects of reservoir management on bull trout redds and egg survival. Fishery surveys often include use of a variety of gear types including electrofishing, seining, gill netting, trapping, hook and line, and snorkeling.

***Fisheries Habitat Enhancement:*** Project manager for a mine reclamation fishery habitat enhancement project for the Bonneville Power Administration (BPA) for Panther Creek, Idaho; a fisheries engineering habitat enhancement project on the Yankee Fork of the Salmon River, Idaho, for the Shoshone-Bannock Indian Tribes; a habitat enhancement project on the East Fork Salmon River Idaho for the Shoshone-Bannock Tribes, a tributary improvement study for Pacific Gas and Electric Company (PG&E) in California; a feasibility study for developing an artificial spawning channel in Montana; a gravel supplementation study to evaluate options for increasing brown and rainbow trout spawning success within the Madison River below Madison Dam (for Montana Power Company); and most recently, development of habitat restoration options designed to restore runs of Chinook salmon back to Panther Creek (conducted for NMFS). Enhancement measures included instream structures, bank stabilization, spawning channel development, spawning gravel supplementation, rearing pond development (low-technology and natural), and barrier removal, mine tailings pond stabilization, and dam removal. Project Manager of biomonitoring studies of the Mill-Willow Bypass channel in Montana, a channel that was completely reconstructed following the removal of mine tailings and floodplain construction. The studies have included assessments of habitat, monitoring of invertebrate communities, water quality and fish recolonization.

***Habitat Modeling, Instream Flow and Flushing Flow Determinations:*** Extensive experience in the area of habitat and instream flow assessments in Alaska, California, Colorado, Idaho, Montana, New York, Vermont, North Carolina, Oregon, Washington, and Wyoming. Has applied a variety of IF methods including the USFWS IFIM/PHABSIM, Tennant (Montana) Method, Wetted Perimeter (WP), Trout Cover Rating (TCR), Toe-width, R-2 Cross Method, and the New England Method. Project Manager and Principal-in-charge of one of the largest instream flow studies conducted in North America; the study was conducted as part of the Snake River Basin Adjudication and included over 1100 basins within the Salmon and Clearwater basins of Idaho. Other ongoing and recent instream flow projects directed by Dr. Reiser include: instream flow and lake level recommendations related to the Klamath River Basin Adjudication (for the BIA), determination of flow recommendations for the Duck Valley Indian Reservation, Nevada and Idaho (for the BIA), an assessment of instream flow requirements below Madison Dam, Montana (conducted for the Montana Power Company), and instream flow studies on Ward Creek below Connell Dam and Whitman Creek below Whitman Dam near Ketchikan, Alaska (conducted for Ketchikan Public Utility). Dr Reiser is also the Project Manager of a national instream flow support contract to the U.S. Forest Service to provide technical assistance related to instream flow issues associated with hydroelectric relicensing. He was also involved in a study for the Chelan PUD evaluating instream flow and passage flows within a bypass reach below Lake Chelan. Project Manager

Exhibit 11
Page 6 of 76

**DUDLEY W. REISER, Ph.D.**

of a study conducted for Alberta Environment focused on developing an approach for determining instream flow needs for streams throughout the province. Completed four studies related to flushing flows, including the development of guidelines for recommending flushing flows, and formulation of specific flow recommendations for two California streams and two major river systems in Montana.

***Habitat Assessments and Habitat Suitability Curve Development:*** Principal investigator of a comparative habitat study evaluating limiting factors within the Clark Fork River, Montana. Applied a variety of habitat quantification methods including IFIM, Habitat Quality Index (HQI), Habitat Suitability Index system (HSI), and Trout Cover Rating (TCR). Project Manager of a comprehensive aquatic ecosystem assessment (conducted for the U.S. Fish and Wildlife Service) of the South Fork Coeur d'Alene River watershed, focused on evaluating factors controlling wild trout production. Collected, analyzed, and developed habitat suitability (Category II) curves for brown and brook trout, bull trout, Chinook salmon, pink salmon, chum salmon, and steelhead trout. Invited participant in bull trout experts meeting to develop Habitat Suitability Curves (Category I) for bull trout spawning, juvenile rearing, adult holding, and fry. Organized and conducted three habitat suitability curve workshops designed to review and develop Category I curves for anadromous and resident salmonid species for drainages in Oregon and Idaho. Principal investigator of a microhabitat study to define habitat utilization of coho and Chinook salmon, and steelhead trout in the White River, Washington; data were collected by direct observation using snorkeling techniques.

***Fish Passage:*** Awarded Outstanding Technical Paper award (Bechtel) for work involving the development of a procedure for assessing fish passage problems at low head hydro projects. Evaluated passage problems and barrier potential (Chinook salmon and steelhead) of the Lake Redding project in California. Developed conceptual designs of fish passage facilities for salmon (Atlantic salmon) at two hydro projects in Connecticut. Assessed barrier potential (Chinook salmon and steelhead) of falls in two Idaho streams, and formulated plans for removal of an abandoned power dam in the East Fork Salmon River drainage in Idaho. Designed barrier analysis study for potential flow-dependent barriers located in Ward Creek, below Connell Dam near Ketchikan, Alaska. Involved in the development of concepts for upstream and downstream fish passage (steelhead trout) on the Carmel River in California. Reviewed and assessed suitability of upstream and downstream passage facilities for the Milford Dam on the Penobscot River.

***Book and Manuscript Reviews:*** Technical manuscript reviewer for Fisheries, Rivers, Transactions of the American Fisheries Society, North American Journal of Fisheries Management, and Environmental Management. Has reviewed technical reports for the U.S. Fish and Wildlife Service, U.S. Geological Survey, the U.S. Forest Service, National Marine Fisheries Service, and various State resource agencies. Member of the Editorial Board for "Rivers," a journal focused on addressing instream flow issues. Published several formal reviews of books in "Rivers" and "Fisheries."

## TESTIMONY AT HEARINGS, TRIAL AND DEPOSITIONS

State of Washington, Shoreline Hearings Board; Daybreak Mining and Habitat Enhancement Project;

1) Provided testimony on behalf of the J.L. Storedahl Company, August 2005.

---

Exhibit 11
Page 7 of 76

**DUDLEY W. REISER, Ph.D.**

Clark County, Washington, Public Land Use Hearings regarding Daybreak Mining and Habitat Enhancement; Case No. REZ98-011; CUP20004-00002.

1) Provided testimony on behalf of the J.L. Storedahl Company, May and June 2004.

United States of America vs. ASARCO Inc. et al. (Case No. 96-0122-N-EJL and Case No. 91-9342-N-EJL) (District of Idaho) (Testimony provided on behalf of the United States, Department of Justice, U.S. Fish and Wildlife Service).

1) Provided testimony during depositions – (Seattle, Washington) (December 15-16, 1999).

2) Provided testimony during trial in United States District Court, District of Idaho, Boise, Idaho, February 28-March 1, 2001.

State of Montana vs. Atlantic Richfield Company (No. CF-83-317-HLN-PGH) (District of Montana) (Testimony provided on behalf of Atlantic Richfield Company)

1) Provided testimony during depositions – (Seattle, Washington) (January 18-20, 1996).

2) Provided testimony during trial (United States District Court, District of Montana – Great Falls, Montana) (April 21-24, 1997).

Snake River Basin Adjudication (Case No. 39576) (District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls) (Testimony provided on behalf of the United States, Department of Justice, Bureau of Indian Affairs)

1) Provided testimony during depositions – (Lynnwood, Washington) (April 27-30, 1999).

2) Provided Declarations/Affidavits in support of instream flow claims developed on behalf of the Bureau of Indian Affairs, June 1995 and April 1998.

Klamath Basin Adjudication (before the Water Resources Director of Oregon)

1) Provided Affidavit in support of instream flow claims for Klamath River; submitted on behalf of Bureau of Indian Affairs, 2006.

2) Provided Affidavit in support of instream flow claims for streams in the Upper Klamath River Basin, submitted on behalf of Bureau of Indian Affairs, 2006.

3) Provided Affidavit in support of instream flow claims developed on behalf of the Bureau of Indian Affairs, 1997.

Puget Sound Energy, Inc. – Federal Energy Regulatory Commission (White River Project No. 2494-002)

1) Provided Declaration in support of Puget's request for a license order stay (March 13, 1998).

California State Water Resources Control Board – 1995.

1) Provided oral testimony regarding proposed Salinity standards for San Francisco Bay – Delta, California

---

Exhibit 11
Page 8 of 76

**DUDLEY W. REISER, Ph.D.**

**SELECTED PUBLICATIONS AND TECHNICAL REPORTS**

Reiser, D.W, T. Nightengale, N. Hendrix, and S. Beck. 2007. Effects of pulse-type flows resulting from hydroelectric operations on aquatic biota. Hydro Review (in press).

DeVries, P., D. Reiser, C. Huang, S. Beck, M. Ramey, A. Olson, N. Hendrix, K. Oliver, T. Nightengale, J. Reilly, T. Kenward, and M. Palmer. 2007. North Coast instream flow policy: scientific basis and development of alternatives protecting anadromous salmonids. Task 3 Report – Administrative Draft. Prepared for California State Water Resources Control Board.

Reiser, D.W., C. Morello, and A. Olson. 2006. Monitoring the Green River Natural Resource Area for salmonid utilization – 2005/2006 survey results. Report prepared by R2 Resource Consultants for City of Kent, Washington.

DeVries, P., D. Reiser, and N. Hendrix. 2006. Tests of regional Habitat Suitability Index curves: validation of Snake River Basin Adjudication curves with empirical data and comparison of curves developed independently for the Big Creek and Upper American River projects, Sierra Nevada, California. Technical Memorandum No. 2. Prepared for U.S. Forest Service, Fort Collins, Colorado.

Reiser, D.W., C. Morello, M. Gagner, and T. Nightengale. 2006. Fish, habitat, and benthic macroinvertebrate surveys of selected streams within the City of Kent, Washington. Technical Report prepared for City of Kent, Washington.

Reiser, D.W., C. Huang, S. Beck, M. Gagner, and E. Jeanes. 2006. Defining flow windows for upstream passage of adult anadromous salmonids at cascades and falls. Transactions of the American Fisheries Society; 135:668-679.

Beck, S. and D. Reiser. 2006. Monitoring of gravel quality in the Sultan River, Washington. Report prepared by R2 Resource Consultants for Snohomish County Public Utility District.

Reiser, D.W, T. Nightengale, N. Hendrix, and S. Beck. 2005. Effects of pulse-type flows on benthic macroinvertebrates and fish: a review and synthesis of information. Report prepared by R2 Resource Consultants for Pacific Gas and Electric Company, San Ramon, California.

Harvey, B., S. McBain, D. Reiser, L. Rempel, and L. Sklar. 2005. Key uncertainties in gravel augmentation: geomorphological and biological research needs for effective river restoration. Prepared by CALFED Science Program and Ecosystem Restoration Program and Gravel Augmentation Panel, Sacramento, California.

Nightengale, T., and D. Reiser. 2005. Comparison of benthic macroinvertebrates in spring- vs run-off dominated streams in the Upper Klamath Basin, Oregon. Report prepared by R2 Resource Consultants for Bureau of Indian Affairs, Portland, Oregon.

Nightengale, T., N. Hendrix, S. Beck, and D. Reiser. 2005. Macroinvertebrate data analysis for Tule River and Rock Creek-Cresta (FERC No. 1962) Projects. Prepared for Pacific Gas and Electric Company, San Ramon, California. Prepared by R2 Resource Consultants, Inc. Redmond, Washington.

Exhibit 11
Page 9 of 76

Reiser, D.W. 2005. Instream flows for fish and aquatic biota: a review of technical considerations and commonly applied methodologies. Technical Paper, R2 Resource Consultants, prepared for Seattle City Light and Seattle Public Utilities.

Reiser, D.W., C. Morello, M. Appy, E. Jeanes, and A. Olson. 2005. Monitoring the Green River Natural Resource Area for salmonid utilization. Report prepared by R2 Resource Consultants for City of Kent, Washington.

Loftus, M.E., and D. Reiser. 2004. Evidence of Repetitive Spawning Activity of Lost River and Shortnose Suckers from USBR Radio-telemetry Studies, 1993 – 1999, Technical Memorandum; in R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and shortnose (*Chasmistes brevirostris*) and Lost River (*Delistes luxatus*) suckers population demographics in Upper Klamath Lake, Oregon. Prepared for Bureau of Indian Affairs, Portland, Oregon.

Helser, T., M. Loftus, and D. Reiser. 2004. A Statistical Model of Upper Klamath Lake Adult Sucker Depth Utilization; Technical Memorandum; in R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and shortnose (*Chasmistes brevirostris*) and Lost River (*Delistes luxatus*) suckers population demographics in Upper Klamath Lake, Oregon. Prepared for Bureau of Indian Affairs, Portland, Oregon.

Helser, T., M. Loftus, N. Hendrix, and D. Reiser. 2004. Risk Analysis of Unsuitable Dissolved Oxygen Concentrations in Upper Klamath Lake: Model Development and Application; Technical Memorandum; in R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and shortnose (*Chasmistes brevirostris*) and Lost River (*Delistes luxatus*) suckers population demographics in Upper Klamath Lake, Oregon. Prepared for Bureau of Indian Affairs, Portland, Oregon.

Loftus, M.E., K. Oliver, and D. Reiser. 2004. An Evaluation of Water Quality in the Near Shore Areas of Upper Klamath Lake, Oregon; *in* R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and shortnose (*Chasmistes brevirostris*) and Lost River (*Delistes luxatus*) suckers population demographics in Upper Klamath Lake, Oregon. Prepared for Bureau of Indian Affairs, Portland, Oregon

Loftus, M.E., and D. Reiser. 2004. Estimating the Effect of Aging Uncertainty on Observed Fish Age-Frequency Distributions *in* R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and shortnose (*Chasmistes brevirostris*) and Lost River (*Delistes luxatus*) suckers population demographics in Upper Klamath Lake, Oregon. Prepared for Bureau of Indian Affairs, Portland, Oregon.

Helser, T., and D. Reiser. 2004. Calculation of a New Relative Abundance Index For Klamath Lake Lost River and Shortnose Suckers Based on Female Spawning Reproductive Potential *in* R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and shortnose (*Chasmistes brevirostris*) and Lost River (*Delistes luxatus*) suckers population demographics in Upper Klamath Lake, Oregon. Prepared for Bureau of Indian Affairs, Portland, Oregon.

Reiser, D.W., D. Chapin, P. DeVries, and M. Ramey. 2004. Flow regime and ecosystem interactions in spring-dominated streams: implications for selecting instream flow methods. Hydroecologie appliquee. Volume 1: pages 93-104.

Exhibit 11
Page 10 of 76

**DUDLEY W. REISER, Ph.D.**

Reiser, D.W., E. Greenberg, T. Helser, M. Branton, and K. Jenkins. 2004. In situ reproduction, abundance and growth of young-of-year and adult largemouth bass in a population exposed to polychlorinated hydrocarbons. Environmental Toxicology and Chemistry, Volume 23, No. 7.

Reiser, D.W., D. Chapin, and C. Huang. 2004. Ecosystem characteristics and flow regime interactions in spring-dominated streams: a synthesis of existing information relevant to streams in the upper Klamath Basin, Oregon. Prepared for the Bureau of Indian Affairs, Portland, Oregon.

Reiser, D.W., D.F. Woodward, E. Jeanes, D. Harper, A. Farag., and E. Connor. (in press). Defining the determinants of wild trout production in the South Fork Coeur d'Alene River, Idaho using a reference stream approach. Submitted to North American Journal of Fisheries Management.

Reiser, D.W., D. Chapin, P. DeVries, and M. Ramey. 2003. Flow regime and ecosystem interactions in spring dominated streams: implications for selecting instream flow methods. In Proceedings of International IFIM Conference, June 2003, Fort Collins, Colorado.

Demko, D., A. Olson, M. Simpson, G. Kopp, and D. Reiser. 2003. Acoustic tracking technology and potential applications for salmonid research within the San Francisco Bay and Sacramento- San Joaquin Delta. Prepared for California Urban Water Agencies, Sacramento, California.

Reiser, D.W., C. Huang, S. Beck, M. Gagner, and E. Jeanes. 2003. Assessment of instream flow alternatives for fish and aquatic habitat within Ward Creek, Alaska below Connell Dam. Prepared by R2 Resource Consultants for U.S. Forest Service, Ketchikan, Alaska.

Reiser, D.W., E. Jeanes, M. Gagner, C. Huang, S. Beck, and E. Greenberg. 2002. Assessment of fish and aquatic habitats potentially affected by the Whitman Lake Hydroelectric Project, Alaska. Prepared by R2 Resource Consultants, for Ketchikan Public Utilities, under subcontract to WESCORP.

Greenberg, E., D. Reiser, M. Loftus, and W. Coughlin. 2002. Evaluation of largemouth bass habitat, population structure, and reproduction in the upper Housatonic River, Massachusetts. Prepared by R2 Resource Consultants, for General Electric Company, Pittsfield, Massachusetts.

Reiser, D.W. 2002. Effects of the White River Hydroelectric Project on water temperatures relative to Chinook salmon life history requirements. Prepared by R2 Resource Consultants for Lake Tapps Task Force and Perkins Coie, Bellevue, Washington.

Reiser, D. W. and K. Oliver. 2002. Review of projects employing conventional fish screens: existing information analysis. Prepared by R2 Resource Consultants, for Portland General Electric.

Jepsen, D. and D. Reiser. 2001. Fish passage existing information analysis for the Clackamas River Hydroelectric Project (Oak Grove Project – FERC No. 135 and North Fork Project – FERC No. 2195). Prepared by R2 Resource Consultants for Portland General Electric.

Kvam, B., E. Connor, E. Greenberg, D. Reiser, and C. Eakin. 2001. Lower Deschutes River macroinvertebrate and periphyton monitoring report, fall 1999 and spring 2000 sampling. Prepared for Portland General Electric. Prepared by R2 Resource Consultants.

Connor, E., D. W. Reiser, E. Greenberg, S. Beck, and K. Binkley. 2001. Fisheries study of Chester Morse Lake, Masonry Pool, and major tributaries of the Cedar River Watershed, Washington. Report prepared by R2 Resource Consultants, Inc. for Seattle Public Utilities, Seattle, Washington.

Exhibit 11
Page 11 of 76

**DUDLEY W. REISER, Ph.D.**

DeVries, P., B. Kvam, S. Beck, D. Reiser, M. Ramey, C. Huang, and C. Eakin. 2001. Kerr Hydroelectric Project Lower Flathead River ramping rate study. Report prepared by R2 Resource Consultants, Inc. for Confederated Salish and Kootenai Tribes of the Flathead Nation.

Reiser, D. W., M. Loftus, D. Chapin, E. Jeanes, and K. Oliver. 2001. Effects of water quality and Lake Level on the biology and habitat of selected fish species in Upper Klamath Lake. Report prepared by R2 Resource Consultants Inc. for Bureau of Indian Affairs, Portland, Oregon.

Grant, G., and D. W. Reiser. 2000. Oak Grove Fork and Clackamas River geomorphology/fisheries habitat reconnaissance survey, September 13-14, 2000, Preliminary Findings. Report prepared for the Clackamas Project Fish and Wildlife Committee, Portland General Electric.

Reiser, D. W. 2000. Review and evaluation of brown trout fecundity data relevant to the Upper Clark Fork River, Montana. Report prepared by R2 Resource Consultants, Inc. for ARCO Environmental Remediation, L.L.C., Anaconda, Montana.

DeVries, P., M. P. Ramey, and D. W. Reiser. 2000. Technical review of NMFS Draft recommended guidelines for maintaining instream flows to protect fisheries resources in tributaries of the Russian River and recommendations for the Northwest Region. Review prepared by R2 Resource Consultants, Inc., for the National Marine Fisheries Service, Seattle, Washington.

Ramey, M. P., D. W. Reiser, S. Beck, and C. Huang. 2000. Feasibility study for sediment bypass on Lee Vining, Walker, and Parker creeks, Mono Basin, California. Report prepared by R2 Resource Consultants, Inc. for Los Angeles Department of Water and Power.

Reiser, D. W., P. DeVries, E. Jeanes, M. Loftus, M. P. Ramey, and E. Connor. 2000. Technical review of the State of Montana's fish population studies for the Clark Fork River, Montana relied upon in the Draft December 1999 Clark Fork River ecological risk assessment. Report prepared by R2 Resource Consultants, Inc. for ARCO Environmental Remediation, L.L.C., Anaconda, Montana.

Jeanes, E. and D. W. Reiser. 1999. Fall spawning surveys in the upper Clark Fork River Basin – 1999 summary report. Report prepared for ARCO Environmental Remediation, L.L.C., Anaconda, Montana.

Reiser, D. W. 1999. Rebuttal Report. Prepared for the Department of Justice related to U.S. vs. ASARCO Inc. et al., Natural Resource Damages Assessment, Coeur d'Alene Basin, Idaho.

Reiser, D. W., E. Jeanes, E. Connor and K. Binkley. 1999. Application of a limiting factors analysis for defining the determinants of reduced wild trout production in the South Fork Coeur d'Alene River, Idaho. R2 Resource Consultants, Inc., Redmond, Washington.

Reiser, D. W. 1999. Expert Report of Dudley W. Reiser. Report prepared for the Department of Justice related to U.S. vs. ASARCO Incorporated et al., Natural Resource Damages Assessment, Coeur d'Alene Basin, Idaho.

Reiser, D. W., M. P. Ramey, and P. DeVries. 1999. Development of options for the reintroduction and restoration of chinook salmon into Panther Creek, Idaho. Pages 565-581 *in* E. Knudsen, C. Steward, D. MacDonald, J. Williams, and D. Reiser, editors. Sustainable Fisheries Management – Pacific Salmon. Lewis Publishers, Boca Raton, Florida. 724 p.

Exhibit 11
Page 12 of 76

Reiser D. W., E. Jeanes, E. Connor, E. Greenberg, and S. Beck. 1999. Mill-Willow Bypass, Montana, Biomonitoring Report, 1997/1998. Final Report prepared by R2 Resource Consultants, Inc., for ARCO Environmental Remediation, LLC, Anaconda, Montana.

Ramey, M. P., S. Beck, D. W. Reiser, and J. Templeton. 1999. Fish habitat evaluation with unsteady flow. *In* Proceedings of Water Power 99. Las Vegas, Nevada.

DeVries, P., D. W. Reiser, and M. P. Ramey. 1999. A proposed classification program for determining regional instream flow needs in Alberta. Report prepared by R2 Resource Consultants for Alberta Environmental Protection. 34 p.

Reiser, D. W. 1998. Why fish need water: life history strategies and habitat requirements of salmonid populations in the Snake, Salmon, and Clearwater River Basins of Idaho. Expert Report prepared for the Department of Justice, Denver, Colorado.

Reiser, D. W., A. Olson, and K. Binkley. 1998. Sediment deposition in fry emergence traps, a confounding factor in estimating survival to emergence. N. Amer. Journal of Fisheries Management Vol. 18, No. 3, 713-719 p.

Reiser, D. W. 1998. Sediment in gravel bed rivers: ecological and biological considerations. Pages 199-228 *in* P. Klingeman, R. Beschta, P. Komar, and J. Bradley, editors. Gravel Bed Rivers in the Environment. Water Resources Publications, LLC.

Reiser, D. W., E. Connor, K. Binkley, K. Lynch, and D. Paige. 1997. An evaluation of spawning habitat used by bull trout in the Cedar Watershed, Washington. *In* Proceedings of Friends of the Bull Trout Conference, Trout Unlimited, Calgary, Alberta.

Connor, E., D. W. Reiser, K. Binkley, K. Lynch, and D. Paige. 1997. Life history and ecology of an unexploited bull trout population in the Cedar River watershed, Washington. *In* Proceedings of Friends of the Bull Trout Conference, Trout Unlimited, Calgary, Alberta.

Reiser, D. W. 1996. Ecological and biological considerations in river restoration. Invited paper presented at ASCE conference, Anaheim, California. *In* Proceedings of 1996 North American Water and Environment Congress.

Reiser, D. W. 1996. Characteristics of bull trout spawning habitat in the upper Cedar Watershed. Invited Paper presented at the *Salvelinus confluentus* Curiosity Society meeting. October 17, 1996. Eugene, Oregon.

Reiser, D.W. and P. DeVries. 1996. Review of the Alberta Method for developing instream flow needs (IFN) recommendations. Prepared by R2 Resource Consultants for Alberta Environmental Protection.

Reiser, D. W., M. P. Ramey, S. Beck, J. Barrett, P. DeVries, and J. Templeton. 1995. Assessment of fish impacts in the lower Flathead River from Kerr Dam operations proposed by the Montana Power Company and Interior 4(e) Conditions. Report prepared by R2 Resource Consultants for Montana Power Company.

Reiser, D. W. 1995. Expert Report of Dudley W. Reiser, U.S. District Court, Montana, Helena, Montana, State of Montana vs. Atlantic Richfield Company, (No. CF-83-317-HLN-PGH).

Exhibit 11
Page 13 of 76

Reiser, D. W. 1995. Hazardous substance impacts on fish resources: problems in quantifying injuries on fisheries. Session chair and presenter at Law Seminars International, Natural Resource Damages Conference, Bellevue, Washington, September 21-22, 1995.

Reiser, D. W., E. Connor, and K. Oliver. 1994. Evaluation of factors potentially limiting aquatic species abundance and distribution in the San Francisco/Sacramento-San Joaquin Estuary. Draft Report prepared by R2 Resource Consultants, Inc. for the California Urban Water Agencies, Sacramento, California.

Reiser, D. W., K. M. Binkley, and P. DeVries. 1994. Evaluation of potential effects of the proposed EPA salinity standard on the biological resources of the San Francisco/Sacramento – San Joaquin Estuary. Draft Report prepared by R2 Resource Consultants, Inc. for the California Urban Water Agencies, Sacramento, California.

Reiser, D. W., and E. Connor. 1994. Review and evaluation of foundational literature and data related to the proposed EPA salinity standard. Draft Report prepared by R2 Resource Consultants, Inc. for the California Urban Water Agencies, Sacramento, California.

Connor, E. C., and D. W. Reiser. 1994. An assessment of macroinvertebrate communities in the lower Madison River, Montana. Final Report prepared by R2 Resource Consultants, for Montana Power Company. Project C1494.

Reiser, D. W., M. P. Ramey, P. Cernera, and C. Richards. 1994. Conversion of remnant dredge mine ponds into chinook salmon rearing habitat: from feasibility to construction. Pages 208-225 *in* Proceedings of Rehabilitation of Inland Fisheries and Mass Removal of Fishes, University of Hull, North Humberside, UK.

Reiser, D. W. 1994. A regional approach to planning instream flow studies: applicability to the Northern River Basins Study. Prepared for Northern River Basins Study, Alberta Environment, February 14, 1994.

Reiser, D. W., E. Connor, and P. DeVries. 1993. Site specific habitat suitability curves for the White River, Washington. Final Report. Prepared by R2 Resource Consultants for Perkins Coie, Washington.

Reiser, D. W., and J. B. Bradley. 1993. Fine sediment intrusion and salmonid habitat, Paper presented at Advances in Hydroscience and Engineering; Symposium Sponsored by ASCE, Washington, D.C. June 1993.

Ramey, M. P., S. M. Beck, and D. W. Reiser. 1993. Determination of flushing flow needs – Madison and upper Missouri rivers. Supplemental Report. Prepared by R2 Resource Consultants for Montana Power Company, Butte, Montana.

Reiser, D. W., E. Connor, S. Beck, and K. Oliver. 1993. Evaluation of instream flow needs below Madison Dam, Montana – 1992: Madison River Instream flow studies. Report prepared by R2 Resource Consultants for Montana Power Company, Butte, Montana.

Richards, C., P. Cernera, M. P. Ramey, and D. W. Reiser. 1992. Development of off-channel habitats for use by juvenile chinook salmon. N. Amer. Journal Fish Management. 12: 721-727.

Exhibit 11
Page 14 of 76

**DUDLEY W. REISER, Ph.D.**

Bjornn, T. C., and D. W. Reiser. 1991. Habitat requirements of salmonids. Chapter 4 *in* W. Meehan, and R. Kendall, editors. Influences of Forest and rangeland management on salmonid fishes and their habitats. Spec. publication of the American Fisheries Society.

Reiser, D. W., and R. G. White. 1990. Effects of streamflow reduction on chinook salmon egg incubation and fry quality. Rivers, Studies in the Science, Environmental Policy and Law of Instream Flow Vol. 1, No. 2, 110-118 p.

Reiser, D. W., M. P. Ramey, S. K. Beck, T. R. Lambert, and R. E. Geary. 1989. Flushing flow recommendations for maintenance of salmonid spawning gravels in a steep, regulated stream. Regulated Rivers: Research and Management Vol. 3, 267-275 p.

Reiser, D. W., M. P. Ramey, and T. A. Wesche. 1988. Flushing flows. *In* J. Gore and G. Petts, editors. Alternatives in regulated river management. CRC Press, Inc. (1989).

Reiser, D. W., T. A. Wesche, and C. Estes. 1989. Status of instream flow legislation and practices in North America. Fisheries Vol. 14, No. 2, 22-29 p.

Wesche, T. A., D. W. Reiser, V. Hasfurther, D. Skinner, and W. Hubert. 1989. A new method of measuring intragravel fine sediment deposition in streams, N. Amer. Journal Fish Management Vol. 9, No. 2.

Reiser, D. W., M. P. Ramey, S. Beck, P. DeVries, and T. Lambert. 1988. Field evaluation of flushing flow methods for use in regulated streams: an interim report. Prepared by Bechtel Environmental and EA Engineering, Science and Technology, for Pacific Gas and Electric Company.

Reiser, D. W., and R. G. White. 1988. Comparison of effects of two sediment-size classes on steelhead trout and chinook salmon egg incubation and quality of juveniles. N. Amer. Journal Fish Management Vol. 8, No. 4.

Reiser, D. W., M. P. Ramey, J. Peters, J. Cassidy, D. Cornman, D. Nguyen, H. Jokovljevich, and L. Dumas. 1987. Feasibility plan for the enhancement of the Yankee Fork of the Salmon River, Idaho. Prepared by Bechtel National Inc. for Shoshone-Bannock Tribes, Fort Hall, Idaho.

Reiser, D. W., M. P. Ramey, and J. M. Peters. 1987. Enhancement of walleye spawning habitat through flow regulation associated with a hydroelectric power project. *In* Proceedings of Water Power 87, Portland, Oregon.

Reiser, D. W., M. P. Ramey, and T. Lambert. 1987. Considerations in assessing flushing flow needs in regulated stream systems. *In* J. Craig, editor. Advances in Regulated Stream Ecology. Plenum Pub.

Reiser, D. W., and M. P. Ramey. 1987. Tributary improvement feasibility study for selected streams in the North Fork of the Feather River drainage. Report prepared by Bechtel Construction for Pacific Gas and Electric Company.

Reiser, D. W. 1985. Habitat rehabilitation – Panther Creek, Idaho. Report prepared by Bechtel Group Inc. for Bonneville Power Administration, Contract No. DE-AC79-84BP17449, BPA Project No. 84-29.

Exhibit 11
Page 15 of 76

Reiser, D. W., and R. Peacock. 1985. A technique for assessing upstream fish passage problems at small-scale hydropower developments. Pages 423-432 *in* Symposium on Small Hydro and Fisheries, Denver, Colorado. Special Publication American Fisheries Society, Bethesda, Maryland.

Reiser, D. W., and M. P. Ramey. 1984. Instream flow investigations associated with the U.S. Borax Quartz Hill molybdenum project southeast Alaska. Report prepared by Bechtel Civil and Minerals, Inc. for U.S. Borax and Chemical Corporation and Pacific Coast Molybdenum Company.

Reiser, D. W., and R. G. White. 1983. Effects of complete redd dewatering on salmonid egg hatching success and development of juveniles. Trans. Amer. Fish. Society 112: 532-540.

Reiser, D. W. 1981. Mount Emmons aquatic ecology baseline studies, Volume 1. Prepared by Camp Dresser & McKee, prepared for AMAX, Inc., Golden, Colorado.

Reiser, D. W. 1981. Climax Molybdenum Company, special report – Tenmile Creek benthos study. Prepared by Camp Dresser and McKee; prepared for Climax Molybdenum, AMAX Inc., Golden, Colorado.

Reiser, D. W. 1982. Determination and recommendation of instream flows within the Mount Emmons Project Area. Prepared by Camp Dresser and McKee; prepared for Climax Molybdenum, AMAX Inc., Golden, Colorado.

Reiser, D. W. 1982. Evaluation and quantification of instream flow needs and fisheries habitat in Coal Creek, Gunnison County, Colorado. Prepared by Camp Dresser and McKee; prepared for Climax Molybdenum, AMAX Inc., Golden, Colorado.

Reiser, D. W., and R. G. White. 1981. Incubation of trout and salmon eggs in a moist environment. The Progressive Fish-Culturist 43(3): 131-134.

Reiser, D. W. 1981. Effects of Stream Flow Reduction, Flow Fluctuation, and Flow Cessation on Salmonid Egg Incubation and Fry Quality. Ph.D. dissertation, University of Idaho. 236 p.

Reiser, D. W., and T. C. Bjornn. 1979. Habitat requirements of anadromous salmonids. Gen. Tech. Report. PNW-96. U.S. Forest Service, 54 p.

Reiser, D. W., and T. A. Wesche. 1979. *In situ* freezing as a cause of mortality of brown trout eggs. Progressive Fish – Culturist 41(2): 58-60.

Reiser, D. W. 1979. The migration and homing behavior of salmon and trout. Idaho Forester Magazine.

Wesche T. A., D. W. Reiser, W. F. Wichers, and D. L. Wichers. 1977. Fishery resources and instream flow recommendations for streams to be impacted by Cheyenne's proposed Phase II development. Wyoming Water Resources Research Institute, Cheyenne.

Reiser, D. W., R. Ugeruaga, and J. Easterbrooks. 1977. Instream flow needs for aquatic life. Idaho Forester Magazine.

Reiser, D. W., and T. A. Wesche. 1977. Determination of physical and hydraulic preferences of brown and brook trout in the selection of spawning locations. Water Resources Series 64. Wyoming Water Resources Research Institute.

Exhibit 11
Page 16 of 76

**DUDLEY W. REISER, Ph.D.**

Wesche, T. A., and D. W. Reiser. 1976. A literature summary on flow related trout habitat components. Paper presented at Earth Science Symposium, Fresno, California.

Reiser, D. W. 1976. The determination of physical and hydraulic preferences of brown and brook trout in the selection of spawning locations. M.S. thesis, University of Wyoming.

## REPORTS AND TECHNICAL MEMORANDUM PREPARED AS A MEMBER OF WASHINGTON'S INDEPENDENT SCIENCE PANEL

Currens, K., H. Li, J. McIntyre, W. Meghan, and D. Reiser. 2003. Review of Stormwater Management Manual for Western Washington. August 2001. Washington Independent Science Panel. Report 2003-1. Olympia, Washington.

Currens, K., H. Li, J. McIntyre, W. Megahan, and D. Reiser. 2002. Instream flows for salmon. Washington Independent Science Panel. Technical Memorandum 2002-1. Olympia, Washington.

Currens, K., H. Li, J. McIntyre, W. Megahan, and D. Reiser. 2002. Responses of salmon and trout to habitat changes. Washington Independent Science Panel. Technical Memorandum 2002-2. Olympia, Washington.

Currens, K., H. Li, J. McIntyre, W. Megahan, and D. Reiser. 2001. Review of statewide strategy to recover salmon: extinction is not an option. Washington Independent Science Panel. Technical Memorandum 2000-1. Olympia, Washington.

Currens, K., H. Li, J. McIntyre, W. Megahan, and D. Reiser. 2000. Recommendations for monitoring salmonid recovery in Washington State. Washington Independent Science Panel. Technical Memorandum 2000-1. Olympia, Washington.

## OTHER REPORTS AND DOCUMENTS (Project Director/Contributor)

R2 Resource Consultants. 2006. Potential impacts of whitewater boating flows, Phase 1 Interim Report, Pit 1 Project, FERC Project No. 2687. Report prepared for Pacific Gas and Electric Company, San Ramon, California.

R2 Resource Consultants. 2004. Instream flow claims for the Snake River Basin Adjudication, Idaho. Volumes 1-3. Prepared for U.S. Department of Interior, Bureau of Indian Affairs, and U.S. Department of Justice.

R2 Resource Consultants. 2004. A compendium of technical memoranda related to water quality and population demographics of shortnose (*Chasmistes brevirostris*) and Lost River (*Deltistes luxatus*) suckers in Upper Klamath Lake, Oregon.

R2 Resource Consultants, Inc. 2003. Lower Columbia River and Estuary Research Needs Identification Workshop Proceedings. Prepared for the U.S. Army Corps of Engineers, Portland, Oregon.

Montgomery Watson Harza, Montgomery Water Group, Jones and Stokes, and R2 Resource Consultants, Inc. 2003. Lake Wenatchee water storage feasibility study. Environmental Effects. Prepared for Chelan County Natural Resource Program.

Exhibit 11
Page 17 of 76

R2 Resource Consultants, Inc. 2002. Daybreak Mine expansion and habitat enhancement project Habitat Conservation Plan, J.L. Storedahl & Sons, Inc. Draft HCP.

R2 Resource Consultants, Inc. 2002. Review of the Highwood River Instream Flow Needs draft report; review completed for Alberta Department of Environment.

R2 Resource Consultants, Inc. 2000. Clackamas River Hydroelectric Project North Fork Dam – Downstream bypass alternatives evaluation matrix. Summary of ratings and rankings. Prepared for Fish Passage Sub-group. Portland General Electric.

R2 Resource Consultants, Inc. 2000. Updated study plan and preliminary data summary, Ward Creek instream flow study. Prepared for Ketchikan Public Utilities, under contract to WESCORP.

R2 Resource Consultants, Inc. 1999. Kerr Hydroelectric Project, lower Flathead River ramping rate study: July and September 1998 downramping field tests. Preliminary Draft Report, prepared for Confederated Salish and Kootenai Tribes, Montana.

R2 Resource Consultants, Inc. 1999. Tri-County ESA guidance document, Urban Issues Study. Report prepared on behalf of the Tri-County Urban Issues Advisory Committee. Prepared in association with CH2M HILL and Shapiro & Associates.

R2 Resource Consultants, Inc. 1998. Identification and summary of resource issues for the Boundary Hydroelectric Project. Report prepared for Seattle City Light. In association with EDAW, Herrera Environmental Consultants, Larson Archaeological and Anthropological Services, and Long View Associates.

R2 Resource Consultants, Inc. 1998. Assessment of potential factors influencing changes in trout abundance in the Clark Fork River, below Milltown Dam, Montana: 1995-1996. Report prepared for Atlantic Richfield Company.

R2 Resource Consultants, Inc. 1998. Instream flow recommendations for streams and rivers within the Duck Valley Indian Reservation – Idaho and Nevada. Prepared for Northwest Economics, Vancouver, Washington, and the Bureau of Indian Affairs, Portland, Oregon.

R2 Resource Consultants, Inc. 1997. Flushing flow needs in the Madison River, Montana: 1996 Sediment and aquatic invertebrate monitoring results and comparison with 1994 and 1995 results. Prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1997. Lostine River instream flow study. Report prepared for Nez Perce Tribe and Oregon Department of Fish and Wildlife.

R2 Resource Consultants, Inc. 1997. Results of aquatic invertebrate sampling conducted in the bypass reach of the Madison River Hydroelectric Project in 1992. Report prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1997. LaGrande tailrace attraction study, Nisqually Hydroelectric Project. Study plan prepared for City of Tacoma in response to Article 417 of FERC No. 1862.

R2 Resource Consultants, Inc. 1997. Review of aquatic ecological information for the Coeur d'Alene River Drainage, Idaho. Report prepared for U.S. Fish and Wildlife Service, Portland, Oregon.

Exhibit 11
Page 18 of 76

**DUDLEY W. REISER, Ph.D.**

R2 Resource Consultants, Inc. 1996. Compilation and summary of natural resource information, Boundary Hydroelectric Project. Prepared for Seattle City Light. In association with EDAW, Herrera Environmental Consultants, and Larson Archaeological and Anthropological Services.

R2 Resource Consultants, Inc. 1995. Assessment of fish habitat impacts in the lower Flathead River from Kerr Dam operations proposed by the Montana Power Company and Interior 4(e) conditions. Report prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1995. Upper Cedar River watershed fisheries study. Draft report prepared for Seattle Water Department, Seattle, Washington.

Northwest Economic Associates. 1995. Milford Hydroelectric Project relicensing review, Penobscot River, Maine – Phase 1 and 11 Report. Fisheries Sections – prepared by R2 Resource Consultants, Inc. Report prepared for Bureau of Indian Affairs.

R2 Resource Consultants, Inc. 1994. Food habits of brown trout and rainbow trout: literature review for Missouri-Madison River Project, in response to FERC Additional Information Request Item 12. Report prepared for Montana Power Company.

R2 Resource Consultants, Inc. 1994. Snake River Basin adjudication, Idaho instream flow study: Preliminary review of flow-dependent temperature problems within the Salmon, Clearwater, and Middle Snake River drainages – Status report. Prepared for Department of Justice, Denver, Colorado and Bureau of Indian Affairs, Portland, Oregon.

R2 Resource Consultants, Inc. 1994. Assessment of macroinvertebrate communities in the Lower Madison River, Montana. Report prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1994. Assessment of macrophyte associations within Madison Reservoir. Report prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1994. Snake River Basin adjudication, Idaho instream flow study: Habitat time series analysis – Status report. Prepared for Department of Justice, Denver, Colorado and Bureau of Indian Affairs, Portland, Oregon.

R2 Resource Consultants, Inc. 1994. Flushing flow investigations for the lower Madison River. Report prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1993. Supplemental report – determination of flushing flow needs, Madison and upper Missouri Rivers. Prepared for Montana Power Company, Butte, Montana.

R2 Resource Consultants, Inc. 1993. Evaluation of spatial and temporal changes to invertebrate communities in the Moyie River, Idaho resulting from sediment releases from open trench gas pipeline crossings – August/September 1992. Prepared for Bechtel Inc., San Francisco, California.

R2 Resource Consultants, Inc. 1993. Sediment assessment survey of Cow and Bear Creek California drainages, in the vicinity of the PGT-PG&E Spread 4B pipeline right of way. Report prepared for Bechtel Inc., San Francisco, California.

R2 Resource Consultants, Inc. 1993. Gravel supplementation feasibility study, arctic grayling recovery area in Madison River bypass reach below Madison Dam. Report prepared for Montana Power Company, Butte, Montana.

Exhibit 11
Page 19 of 76

**DUDLEY W. REISER, Ph.D.**

EA Engineering Science and Technology. 1993. Flow recommendations for the maintenance of fishery habitat within the Salmon and Clearwater basins in Idaho: Vol. 1, Summary of flow recommendations. Prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1993. Limiting factor analysis for the Salmon, Clearwater, Weiser, North Fork Payette, and Middle Snake River drainages of Idaho. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1992. Fish species distributions within the Salmon, Clearwater, Middle Snake, Weiser, and North Fork Payette drainages of Idaho. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1992. Stream flow and its relationship to the freshwater migrations of anadromous salmonids. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1992. Holter and Hauser reservoir studies, Montana 1990-1991: analysis of shoreline spawning surveys of walleye, yellow perch, and kokanee salmon. Report prepared for Montana Power Company, Butte, Montana.

EA Engineering Science and Technology. 1991. Review, evaluation and selection of final habitat suitability curves: Idaho instream flow project. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1991. Clark Fork River aquatic ecology studies – evaluation of fisheries habitat quality and quantity within Silver Bow Creek and the Clark Fork River, Montana. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1991. Clark Fork River aquatic ecology studies – time frame for natural recovery of spawning gravels through sediment transport in the upper Clark Fork River, Montana. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1991. Clark Fork River aquatic ecology studies – evaluation of fry emergence success in the Clark Fork River, Montana. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1991. Missouri River fisheries studies. Report prepared for Montana Power Company, Butte, Montana.

EA Engineering Science and Technology. 1991. Clark Fork River aquatic ecology studies – fish population dynamics in tributaries to the upper Clark Fork River 1989-1990. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1990. Site selection report. Clark Fork River aquatic ecology project. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1990. Clark Fork River aquatic ecology studies – physical habitat study: Mill-Willow Bypass. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

Exhibit 11
Page 20 of 76

**DUDLEY W. REISER, Ph.D.**

EA Engineering Science and Technology. 1990. Dissolved oxygen monitoring study – Clark Fork River aquatic ecology studies. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1990. Spawning gravel mapping and characterization, Clark Fork River aquatic ecology studies. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1990. Re-analysis of Montana Department of Fish, Wildlife and Parks fish population data. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1990. TAC habitat suitability curve meeting; Idaho instream flow study, August 2-3, 1990, Redmond, Washington. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1990. Fish species periodicity within the Clearwater and Salmon River basins, Idaho. Idaho instream flow studies. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1990. Assessment of fish population dynamics in the Clark Fork River – Clark Fork River aquatic ecology studies. Draft report prepared for Parcel, Mauro, Hultin and Spaanstra, Denver, Colorado.

EA Engineering Science and Technology. 1990. Habitat suitability curve analysis; Idaho instream flow studies. Draft report prepared for Bureau of Indian Affairs, Portland, Oregon.

EA Engineering Science and Technology. 1988. Feasibility study – fisheries habitat enhancement project, East Fork Salmon River, Idaho. Prepared for The Shoshone-Bannock Indian Tribes, Fort Hall, Idaho.

EA Engineering Science and Technology. 1988. Summary and evaluation of aquatic ecological information for the upper Clark Fork River, Montana. Prepared for Anaconda Minerals Company, Denver, Colorado.

Bechtel National, Inc. 1986. Preliminary NEPA report for the fisheries enhancement of the Yankee Fork of the Salmon River, Idaho. Prepared for the Shoshone-Bannock Tribes, Fort Hall, Idaho.

Bechtel Civil and Minerals. 1984. Preliminary review of fish passage structures for application to the Collinsville Hydroelectric Projects. Prepared for Metropolitan District Commission, Connecticut.

Bechtel Civil and Minerals and Bechtel Group, Inc. 1982. Lake Redding power project – report on the dam as fish migration barrier. Prepared for the City of Redding, California.

**PRESENTATIONS/SEMINARS/WORKSHOPS**

Reiser, D.W., T. Nightengale, N. Hendrix, and S. Beck. 2006. Effects of pulse-type flows resulting from hydroelectric operations on aquatic biota. Paper presented at 2006 Hydrovision, Portland, Oregon.

Exhibit 11
Page 21 of 76

**DUDLEY W. REISER, Ph.D.**

Reiser, D.W. and N. Hendrix. 2006. Translation of incremental changes in flow/habitat to changes in population size/viability – What new science process understanding is open for development. Invited Keynote speaker at U.S. Geological Survey workshop on – Analysis Of Flow And Habitat For Instream Flow Aquatic Communities: Tools And Approaches For Decision-Making And Resource Management. April 18-19, 2006, Fort Collins, Colorado.

Reiser, D.W., M.E. Loftus, T. Helser, and N. Hendrix. 2005. Relationship of adult Lost River and Shortnose Sucker habitat in Upper Klamath Lake to changes in lake level elevation. Paper presented at American Fisheries Society 135th Annual Meeting, Anchorage, Alaska.

Reiser, D.W. E. Jeanes, D. Woodward, and A. Farag. 2004. A reference stream approach for identifying resource injury in the South Fork Coeur d'Alene River, Idaho. Paper presented at Fourth SETAC World Congress. Portland, Oregon.

Reiser, D.W., P. DeVries, P. Sampson, and M. Ramey. 2004. Development of basin-wide instream flow recommendations using statistical and extrapolation techniques. Paper presented at Annual Meeting of North Pacific International Chapter of the American Fisheries Society.

Reiser, D.W., D. Chapin, P. DeVries, and M. Ramey. 2003. Flow regime and ecosystem interactions in spring dominated streams: implications for selecting instream flow methods. Paper presented at International IFIM Conference, June 2003, Fort Collins, Colorado.

Reiser, D.W., E. Jeanes, M. Ramey, and S. Beck. 2003. Comparison of salmonid spawning habitat quality, quantity and utilization before and after channel reconstruction at a Superfund site. Presented at American Fisheries Society 133rd Annual Meeting, Quebec City, Quebec, Canada.

Reiser, D.W. 2003. Streamflows and salmonids. Invited paper presented at specialty conference - Instream Flow Science and Management: Developing a Comprehensive, Ecosystem Based Approach, May 28-29, 2003, University of Washington, Seattle, Washington.

Reiser, D.W., C. Huang, M. Gagner, E. Jeanes, and M. Ramey. 2003. Assessing the passage potential of five natural falls in Ward Creek, Alaska, under varying flow conditions. Presented at Western Division American Fisheries Society Annual Meeting, San Diego, California.

Reiser, D.W. 2002. Instream flows: what do fish need? Invited paper presented at the Ninth Annual Regional Conference on The Endangered Species Act. January 24-25, 2002, Seattle, Washington.

Reiser, D. W., and E. Greenberg. 2002. Largemouth bass reproduction and population dynamics in the Housatonic River, Massachusetts. Society of Environmental Toxicology and Chemistry, Annual Meeting, Salt Lake City, Utah. November 17-20, 2002.

DeVries, P., D. W. Reiser, S. Beck, M. Ramey, and B. Kvam. 2002. Effects of ramping rates on fish stranding and invertebrate density in Lower Flathead River, below Kerr Dam, Montana. Presented at American Fisheries Society 132nd Annual Meeting, Baltimore, Maryland.

Reiser, D. W. 2002. Instream flow requirements: finding methods that work. Presented at Instream Flow Needs specialty conference, HydroVision 2002, Portland, Oregon.

Reiser, D. W., and E. Jeanes. 2002. Defining salmonid carrying capacity in a newly constructed stream channel. Presented at Western Division American Fisheries Society Annual Meeting, Spokane, Washington.

---

Exhibit 11
Page 22 of 76

**DUDLEY W. REISER, Ph.D.**

Reiser, D. W. 2001. Invited Participant. USDA Forest Service Workshop on Amphibian Habitat Modeling and Instream Flow Incremental Methodology Advanced Technology Concepts, April 11-12, 2001, Sacramento, California.

Reiser, D. W. 2001. Invited Panel Member. Society for Ecological Restoration, Northwest Chapter. Restoration Objectives. April 5-6, 2001, Bellevue, Washington.

Reiser, D. W. 2000. Biological and ecological considerations in river restoration. Short course seminar presented at American Society of Civil Engineers national meeting – short course – Planning for River Restoration, October 2000. Seattle, Washington. (Co-instructors, Peter Klingeman and Jeff Bradley).

Grant, G., and D. W. Reiser. 2000. Identification of geomorphology issues relative to the Clackamas River Hydroelectric Project. Presentation to Clackamas Fish and Aquatics Group, Portland, Oregon.

Reiser, D. W., and D. Jepsen. 2000. Review of fish passage alternatives for the Clackamas Hydroelectric Project, and a review of existing information on fish passage studies. Presentation to Fish Passage Sub-group, Clackamas Fish and Aquatics Group, Portland, Oregon.

Reiser, D. W. 2000. Overview of the Tri-County ESA urban issues study. Presentation to Tri-County Executive Committee, Seattle, Washington.

Reiser, D. W. 2000. Summary of the Tri-County ESA urban issues study. Presentation to Puget Sound Business Coalition, Seattle, Washington.

Reiser, D. W., E. Jeanes, and E. Connor. 2000. Defining The Determinants Limiting Wild Trout Production in the South Fork Coeur d'Alene Basin, Idaho; using a Reference Stream Approach. Paper presented at Idaho Chapter American Fisheries Society Meeting. Coeur d'Alene, Idaho.

Greenberg, E., M. Gagner, and D. W. Reiser. 1999. Application of the Urban Stream Baseline Evaluation Method for assessing stream habitats in urban settings. Paper presented at Annual meeting of the American Water Resources Association. Seattle, Washington.

Reiser, D. W. 1999. Development of instream flow claims for the Salmon and Clearwater basins of Idaho, an ecosystem based approach. Invited paper presented at BC Hydro specialty conference on instream flow methods, June 1999, New Westminster, B.C.

Reiser, D. W. 1999. Development of instream flow claims for streams in the Upper Klamath Basin, Oregon. Presentation to Oregon Water Resources Department, Salem, Oregon. July 1999.

Reiser, D. W., E. Greenberg, and M. Gagner. 1999. Urban Issues Study Habitat Assessment Workshop; Review of Urban Stream Baseline Evaluation Method. July 19, 1999. Mercer Island, Washington.

DeVries, P. and D. W. Reiser. 1998. Sediment intrusion within the streambed of the Clark Fork River, a potential factor controlling trout production. Paper presented at Annual Meeting of the Western Division of the American Fisheries Society, Anchorage, Alaska.

Reiser, D. W. 1997. Determining basin wide instream flow needs of anadromous and resident salmonid stocks in the Salmon and Clearwater drainages of Idaho. Paper presented at 127th Annual Meeting of the American Fisheries Society, Monterey, California.

Exhibit 11
Page 23 of 76

DeVries, P., D. W. Reiser, and M. Loftus. 1997. Evaluating carrying capacity and habitat limitations with data envelopes. Paper presented at 127th Annual meeting of the American Fisheries Society. Monterey, California.

Reiser, D. W., P. DeVries, and M. Loftus. 1997. Defining scientifically defensible and rational baselines for quantifying injury in freshwater ecosystems for NRD assessments. Invited paper presented at 18th Annual Meeting of the Society of Environmental Toxicology and Chemistry. San Francisco, California.

Reiser, D. W. 1997. Application of PHABSIM in evaluating the effects of spawning gravel supplementation in the Madison River, Montana. Paper presented at the Annual Meeting of the North Pacific Division of the American Fisheries Society. Everett, Washington.

Reiser, D. W. 1996. Presentation on "instream flows," technical session presented to a group of Japanese engineers and hydrologists. Washington Department of Fish and Wildlife, December 6, 1996.

Reiser, D. W. 1996. Characteristics of bull trout spawning habitat in the upper Cedar Watershed. Invited Paper presented at the Salvelinus Confluentus Curiosity Society meeting. October 17, 1996. Eugene, Oregon.

Reiser, D. W. 1996. Presentation to the State of Idaho and other water user groups on the development of instream flow recommendations/claims for the Salmon and Clearwater Basins, Idaho, on behalf of the Department of Justice and Bureau of Indian Affairs.

Reiser, D. W. 1996. Review of the "Alberta IFN Method" for determining instream flows in Alberta. Presentation to Alberta Environment, Calgary, Alberta.

Reiser, D. W. 1996. Presentation to Trout Unlimited (Montana Chapter) regarding factors influencing trout populations in the Clark Fork River, Montana.

Reiser, D. W. 1995. Hazardous substance impacts on fish resources: problems in quantifying injuries on fisheries. Session chair and presenter at Law Seminars International, Natural Resource Damages Conference, Bellevue, Washington, September 21-22, 1995.

Reiser, D. W. 1995. Presentation on flushing flow requirements in the Madison River, Montana; presentation to agencies and stakeholders; work conducted in support of the relicensing of the Madison – Missouri Hydroelectric Project, Montana Power Company.

Reiser, D. W. 1994. Provided testimony to California State Water Resources Control Board regarding "other factors" influencing aquatic ecosystem of San Francisco Bay – Delta system. Testimony prepared on behalf of California Urban Water Agencies.

Reiser, D. W. 1994. Served as technical representative of California Urban Water Agencies on interagency committee to review technical basis of proposed EPA salinity standard for the San Francisco Bay – Delta system.

Reiser, D. W. 1994. Served as technical representative of California Urban Water Agencies on interagency committee to evaluate and develop monitoring programs for San Francisco Bay – Delta system.

Reiser, D. W., and E. Connor. 1994. Invited presenters at Cedar River watershed – Bull trout workshop. Seattle Water Department. November 18, 1994.

Exhibit 11
Page 24 of 76

Reiser, D. W., E. Connor, K. Binkley, K. Lynch, and D. Paige. 1994. An evaluation of spawning habitat used by bull trout in the Cedar River watershed, Washington. Paper presented at "Friends of the Bull Trout" conference, Calgary, Alberta.

Connor, E., D. W. Reiser, K. Binkley, K. Lynch, and D. Paige. 1994. Life history and ecology of an unexploited bull trout population in the Cedar River watershed, Washington. Paper presented at "Friends of the Bull Trout" conference, Calgary, Alberta.

Reiser, D. W., and J. B. Bradley. 1993. Fine sediment intrusion and salmonid habitat. Paper presented at Advances in Hydroscience and Engineering; Symposium Sponsored by ASCE, Washington, D.C. June 1993.

Reiser, D. W., and A. Olson. 1992. Sediment Deposition within fry emergence traps: a confounding factor in estimating survival to emergence (STE). Paper presented at the Annual Meeting of the Western Division of the American Fisheries Society, Fort Collins, Colorado.

Reiser, D. W. 1992. Sedimentation Impacts on the Aquatic Ecosystems; Instructor for Short Course for state and federal agencies, and industry. Bellevue, Washington.

Reiser, D. W. 1992. Instream flow needs (IFN) practices in North America. Invited paper presented at the IFN Special Session sponsored by Alberta Environment, Edmonton, Alberta.

Reiser, D. W. 1992. Technical considerations related to Natural Resource Damage Assessments. Paper presented to Tacoma Chamber of Commerce, Environmental Concerns Committee. Tacoma, Washington.

Gift, J. J., D. F. Ludwig, and D. W. Reiser. 1991. Key issues related to Natural Resource Damage Assessments. Paper presented at short course sponsored by Preston, Thorgrimson, Shindler, Gates and Ellis, Seattle, Washington.

Reiser, D. W. 1991. Impacts of sedimentation on salmonid ecology. Instructor for Short Course presented to the Tongass National Forest, Alaska.

Reiser, D. W., M. P. Ramey, S. K. Beck, T. R. Lambert, and R. E. Geary. 1989. Flushing flow recommendations for maintenance of salmonid spawning gravels in a steep, regulated stream. Paper presented at the Fifth (5th) International Symposium on Regulated Streams, University of Loughborough, England.

Reiser, D. W. 1989. Use of the Whitlock-Vibert Box for monitoring fine sediment deposition in streams. Paper presented at the Annual Meeting of the Montana Chapter American Fisheries Society; Warm Springs, Montana.

Reiser, D. W., and M. P. Ramey. 1989. Yankee Fork Habitat Restoration. Paper presented at the Annual Review meeting of the Bonneville Power Administration (BPA), Columbia Basin Fish and Wildlife Program. Portland, Oregon.

Reiser, D. W., P. DeVries, and G. Lewis. 1989. Application of the IFIM for assessing the benefits of sediment reduction on anadromous fish habitat. Paper presented at the Annual meeting of the Western Division of the American Fisheries Society, Seattle, Washington, July 1-9, 1989.

Reiser, D. W. 1988. Instream Flow Legislation in North America. Poster Session – National Meeting of the American Fisheries Society; Toronto, Canada.

Exhibit 11
Page 25 of 76