**DUDLEY W. REISER, Ph.D.**

Reiser, D. W., T. A. Wesche, and S. Running. 1987. Use of Whitlock-Vibert Boxes for quantifying intergravel sediment deposition in salmonid spawning gravels. Paper presented at the Twenty Third (23rd) Annual Meeting of the California-Nevada Chapter of the American Fisheries Society, Ventura, California, February 4-6, 1988.

Reiser, D. W., and M. P. Ramey. 1987. Panther Creek Habitat Restoration. Paper presented at the Annual Review meeting of the Bonneville Power Administration (BPA), Columbia Basin Fish and Wildlife Program, Portland, Oregon.

Reiser, D. W., M. P. Ramey, and T. Lambert. 1987. Considerations in assessing flushing flow requirements in regulated rivers. Paper presented at the Fourth (4th) International Symposium on Regulated Rivers. Edmonton, Alberta.

Reiser, D. W. 1986. Invited Panel Member - Land use activities and impacts to fisheries - mining; Twenty-fifth (25th) Annual Meeting of the Idaho Chapter of the American Fisheries Society Meeting.

Reiser, D. W. 1986. Panther Creek Habitat Rehabilitation. Paper presented at the Twenty-fourth (24th) Annual Meeting of the Idaho Chapter of the American Fisheries Society, Boise, Idaho.

Reiser, D. W. 1986. Fish passage considerations at small hydroelectric projects. Invited seminar presented to the Fisheries Engineering Session, Washington State University, Pullman, Washington.

Reiser, D. W., and R. Peacock. 1985. A technique for assessing upstream fish passage problems at small-scale hydropower developments. Paper presented at the Symposium on Small Hydro and Fisheries, Denver, Colorado.

Reiser, D. W., and M. P. Ramey. 1985. Integration of the IFIM with reservoir operation studies for assessing impacts of water withdrawals on anadromous salmonids. Paper presented at the Twelfth (12th) Annual meeting of the Alaska Chapter of the American Fisheries Society, Kodiak, Alaska. November 18-22, 1985.

Reiser, D. W. 1984. Design and implementation of instream flow studies: the consultants perspective. Paper presented at the California Trout Instream Flow Symposium. Sacramento, California.

Reiser, D. W. 1983. Stream flow regulation below dams: effects on salmonid egg incubation and fry development. Paper presented at the Forty-fifth Annual Meeting of the Pacific Fishery Biologists Conference. Dalles, Oregon.

Reiser, D. W., M. W. Vitter, and J. Todd. 1982. Reclamation of a Colorado stream impacted by acid mine drainage. Paper presented at the Seventeenth Annual Meeting of the Colorado-Wyoming Chapter of the American Fisheries Society.

Reiser, D. W., M. W. Vitter, and J. Todd. 1982. Re-establishment of fish and aquatic invertebrate populations in a stream severely impacted by acid mine drainage. Paper presented at the 1982 Western Division American Fisheries Society Meeting. Las Vegas, Nevada.

Reiser, D. W. 1982. Best Management Practices for riparian habitat resources: Mining. Paper presented at the Land Resources Technical Session of the Annual Conference of the Western Association of Fish and Wildlife Agencies. Las Vegas, Nevada.

Exhibit 11
Page 26 of 76

**DUDLEY W. REISER, Ph.D.**

Reiser, D. W., M. W. Vitter, J. Todd, and G. Andes. 1982. Treatment of acid mine drainage effluent entering a Colorado stream. Paper presented at the Trace Element Mobilization in Western Energy Regions Symposium. Denver, Colorado.

Reiser, D. W., and R. G. White. 1981. The effects of hydroelectric power peaking on chinook salmon egg incubation and fry quality. Paper presented at the 1981 National Meeting of the American Fisheries Society. Albuquerque, New Mexico.

Reiser, D. W. 1980. Effects of chronic low streamflow on chinook salmon egg incubation and fry quality. Paper presented at the Eighteenth Annual Meeting of the Idaho Chapter of the American Fisheries Society.

Reiser, D. W. 1980. *In situ* dewatering of salmonid eggs: effects on hatching success and fry quality. Paper presented at the 1980 Western Division American Fisheries Society Meeting. Kalispell, Montana.

Reiser, D. W., and R. G. White. 1979. Evaluation of instream flow needs for salmonid egg incubation. Paper presented at the 1979 Federation of Fly Fishermen Conclave. Steamboat Springs, Colorado.

Reiser, D. W. 1978. Spawning preferences of brown and brook trout. Paper presented at the Sixteenth Annual Meeting of the Idaho Chapter of the American Fisheries Society.

Wesche, T. A., D. W. Reiser, W. F. Wichers, and D. L. Wichers. 1977. Proposed water development in the upper Little Snake River drainage – potential instream flow impacts and recommendations. Paper presented at the Twelfth Annual Meeting of the Colorado-Wyoming Chapter of the American Fisheries Society.

Reiser, D. W. 1976. The determination of hydraulic and physical preferences of brown and brook trout in the selection of spawning locations. Paper presented at the Eleventh Annual Meeting of the Colorado-Wyoming Chapter of the American Fisheries Society.

Exhibit 11
Page 27 of 76



# Species Distributions, Life History Strategies and Habitat-Flow Requirements of Anadromous Salmonid Populations in the Yukon River Basin, Alaska



Chinook Salmon Distribution
Yukon River Drainage, Alaska

Chinook Salmon Distribution
Yukon River Drainage Streams
Yukon River Drainage Basin
Other Major Rivers
Wildlife Refuge

100  0  100  200 Miles

*Prepared by:*

**Dudley W. Reiser, Ph.D.**
**R2 Resource Consultants, Inc.**
**15250 N.E. 95th Street**
**Redmond, Washington 98052-2518**
**Phone: (425) 556-1288**
**Fax: (425) 556-1290**
**E-mail: dreiser@R2usa.com**

**October 2007**

Exhibit 11
Page 28 of 76

*Habitat-Flow Requirements – Yukon River Basin*

# CONTENTS

EXECUTIVE SUMMARY ................................................................................................V

1. INTRODUCTION AND BACKGROUND ...........................................................1

   1.1 FOCUS OF THIS ANALYSIS ........................................................................1

   1.2 GENERAL APPROACH TO ANALYSIS .........................................................3

   1.3 SYNOPSIS OF CONCLUSIONS .....................................................................4

2. DISTRIBUTION AND LIFE HISTORY STRATEGIES OF ANADROMOUS
   SALMONIDS WITHIN THE YUKON RIVER BASIN ........................................5

   2.1 CHINOOK SALMON (*ONCORHYNCHUS TSHAWYTSCHA*) ..............................10

   2.2 CHUM SALMON (*ONCORHYNCHUS KETA*) ................................................12

   2.3 COHO SALMON (*ONCORHYNCHUS KISUTCH*) ...........................................13

   2.4 PINK SALMON (*ONCORHYNCHUS GORBUSCHA*) ......................................15

   2.5 SOCKEYE SALMON (*ONCORHYNCHUS NERKA*) .......................................16

   2.6 INCONNU (*STENODUS LEUCICHTHYS*)......................................................16

3. SUMMARY OF LIFE-STAGE SPECIFIC HABITAT REQUIREMENTS OF
   SALMON WITH EMPHASIS ON FLOW DEPENDENCIES............................19

   3.1 UPSTREAM MIGRATION ...........................................................................20

      3.1.1 Streamflow Water Depth and Water Velocity........................................20

      3.1.2 Water Temperature ..............................................................................21

      3.1.3 Dissolved Oxygen ...............................................................................21

      3.1.4 Turbidity .............................................................................................21

      3.1.5 Physical Barriers .................................................................................22

   3.2 SPAWNING AND EGG INCUBATION ..........................................................22

      3.2.1 Streamflow ..........................................................................................23

      3.2.2 Water Temperature ..............................................................................25

      3.2.3 Cover ..................................................................................................25

   3.3 FRY AND JUVENILE REARING HABITAT ...................................................25

      3.3.1 Streamflow ..........................................................................................26

      3.3.2 Water Temperature ..............................................................................28

Exhibit 11
Page 29 of 76

3.3.3  Cover Riparian Vegetation ...................................................................28

3.3.4  Food Production ...............................................................................29

3.4  JUVENILE AND SMOLT DOWNSTREAM PASSAGE ................................................30

4.  FLOW-HABITAT LINKAGES AND THEIR RELEVANCE TO FEDERAL
RESERVED WATER RIGHTS IN ALASKA .....................................................................32

REFERENCES ........................................................................................................36

*R2 Resource Consultants, Inc.*
*1654.01_10.07*

*iii*

*October 5, 2007*

Exhibit 11
Page 30 of 76

*Habitat-Flow Requirements – Yukon River Basin*

## FIGURES

Figure 1.     Map depicting locations of the National Wildlife Refuges adjoining the Yukon River Basin, Alaska. (data from Alaska Department of Fish and Game Fish Distribution Database)........................................................................2

Figure 2.     Distribution of sockeye salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database)......................6

Figure 3.     Distribution of pink salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database)..................................6

Figure 4.     Distribution of coho salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database)..................................7

Figure 5.     Distribution of chum salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database)..................................7

Figure 6.     Distribution of Chinook salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database)......................8

Figure 7.     Distribution of inconnu salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database)......................8

Figure 8.     Freshwater life history periodicities of anadromous salmonids in the Yukon River Basin, Alaska. (Data from ADF&G 1985) ....................................9

Figure 9.     Conceptual diagram of salmonid spawning nests illustrating generalized effects of streamflow reductions on the intragravel environment. .......................24

Figure 10.    Conceptual diagram of salmonid rearing habitat illustrating concept of carrying capacity as it relates to streamflow quantity. .........................................27

Exhibit 11
Page 31 of 76

# EXECUTIVE SUMMARY

In July 2007 I was contacted by the Native American Rights Fund (NARF) in Anchorage, Alaska requesting a technical evaluation of a water rights issue related to federal reserved water rights. The issue of relevance to the NARF specifically relates to determining whether and the extent to which federal reserved water rights should extend beyond the boundaries of individual Conservation System Units (CSUs), which, for purposes of this document are focused on the Yukon River Basin in Alaska and entail five National Wildlife Refuges (NWR) including the Yukon Delta NWR, Koyukuk NWR, Innoko NWR, Nowitna NWR, and Yukon Flats NWR. I have encountered this same type of issue before while working on water rights adjudications for the Bureau of Indian Affairs (BIA) in Idaho and Oregon, and hence, the NARF was interested in my assessment relative to their specific situation. In the case of the Idaho and Oregon adjudications, both resulted in instream flow claims that extended beyond historical and existing reservation boundaries, and additionally in the case of Idaho, beyond treaty specified areas termed Usual and Accustomed (U&A) fishing locations. The technical basis for extending the application for a federal reserved water right beyond reservation boundaries or other treaty identified location (i.e., U&A) was the need for biological connectivity between segments of streams within or adjoining the reservation with segments either upstream or downstream from these sites. This connectivity between sites regardless of whether on or beyond the legal boundaries of a reservation, reflected the need to accommodate all life history functions of target fish species. Such functions are all essential and necessary in order for fish populations to remain healthy and viable so that the intent of the treaty rights and needs of the reservation can be met. The life history strategies and habitat-flow linkages I have reviewed for the target fish species of the Yukon River Basin are complex, and have resulted from the inherently variable environmental conditions that have occurred over the hundreds of thousands/millions of years, during which the different species and stocks of fish have evolved. The strategies require that populations utilize a mosaic of habitat forms and types in order to achieve the greatest chances for survival; habitats that (for the target fish species) essentially encompass an inter-connected network of anadromous fish bearing streams that extends throughout the entire Yukon River Basin. Not surprisingly then, my conclusion relative to whether and the extent to which federal reserved water rights should extend beyond the boundaries of reservation lands (i.e., CSU), echoes the same technical points expressed in both the Snake River Basin Adjudication (SRBA) in Idaho and Klamath River Basin Adjudication (KRBA) in Oregon. That is, fish do not recognize nor are they constrained by arbitrary, man-imposed boundaries. As a result, to the extent that fulfillment of a particular life stage function that is critical to the purposes of conserving/protecting salmon populations within a CSU occurs outside of or beyond the limits of the reservation boundary, federal reserved water rights should be extended to those streams.

Exhibit 11
Page 32 of 76

## 1. INTRODUCTION AND BACKGROUND

In July 2007 I was contacted by the Native American Rights Fund (NARF) in Anchorage, Alaska requesting a technical evaluation of a water rights issue related to federal reserved water rights. The specific issue relates to if and the extent to which federal reserved water rights should extend beyond the boundaries of reservation lands.[1] I have encountered this same type of issue before while working on water rights adjudications for the Bureau of Indian Affairs (BIA) in Idaho and Oregon, and hence, the NARF was interested in my assessment relative to their specific situation.

In the case of the Idaho and Oregon adjudications, both were associated with providing flows consistent with treaty-specified rights to fish, which fundamentally translates to the provision of flows that would promote the production of healthy, viable fish populations. As will be described below in more detail, both adjudications resulted in instream flow claims that extended beyond historical and existing reservation boundaries, and additionally, in the case of Idaho, beyond treaty-specified areas termed Usual and Accustomed (U&A) fishing locations. The fundamental technical basis for extending the claims, ergo the application for a federal reserved water right beyond reservation boundaries or other treaty identified location (i.e., U&A) was the need for biological connectivity between segments of streams within or adjoining the reservation, with segments either upstream or downstream from these sites. This connectivity between sites, regardless of whether on or beyond the legal boundaries of a reservation, reflected the need to accommodate all life history functions of target fish species such as adult holding, spawning, fry and juvenile rearing, as well as aquatic invertebrate production that provides food in the form of invertebrate drift. Such functions are all essential and necessary in order for fish populations to remain healthy and viable so that the intent of the treaty rights and needs of the reservation can be met.

### 1.1 FOCUS OF THIS ANALYSIS

The issue of relevance to the NARF specifically relates to determining whether and the extent to which federal reserved water rights should extend beyond the boundaries of individual Conservation System Units (CSUs), which, for purposes of this document are focused on the Yukon River Basin in Alaska and entail five National Wildlife Refuges (NWR) including the Yukon Delta NWR, Koyukuk NWR, Innoko NWR, Nowitna NWR, and Yukon Flats NWR

---

[1] Reservation lands include federal lands administered by federal agencies including but not limited to the U.S. Forest Service, U.S. Fish and Wildlife Service, Bureau of Land Management, Bureau of Indian Affairs, and National Park Service.

Exhibit 11
Page 33 of 76

(Figure 1).  Based on my review of salient documents and correspondence provided by the NARF, it is my understanding that the importance of this determination relates to the 1995 Katie John decision in which it was ruled that "the subsistence priority" as specified in Title VIII of the Alaska National Interest Lands Conservation Act (ANILCA) applies to navigable waters to which the federal government has reserved water rights.  The determination of which waters to include as possessing reserved water rights and hence, would likewise afford a subsistence priority to lands adjoining such, was left to the agencies that administer federal lands (i.e., U.S. Forest Service, U.S. Fish and Wildlife Service, National Park Service, Bureau of Land Management).  A policy group consisting of members of these respective agencies subsequently defined the limits of federal reserved water rights as those areas directly adjoining or in contact with the lands under the respective agency's administration (June 15, 1995 Final Katie John Issue Paper and Recommendations) (Hopewell 1995).



Figure 1.     Map depicting locations of the National Wildlife Refuges adjoining the Yukon River Basin, Alaska.  (data from Alaska Department of Fish and Game Fish Distribution Database).

Exhibit 11
Page 34 of 76

However, although a member of the policy group, the Bureau of Indian Affairs (BIA) proffered a different opinion regarding the limits of the federal reserved water rights, indicating that such rights could and should be extended off-reservation (i.e., either or both upstream and downstream) provided the waters within those areas were necessary to fulfill the expressed purpose of the reservation (June 6, 1995 Comments on June 1, 1995 Draft Issue Paper and Recommendations of he Alaska Policy Group) (Assistant Solicitor, Division of Indian Affairs 1995). The BIA cited several court decrees that recognized off-reservation water rights, as well as the position taken by the United States during the SRBA in Idaho, the same adjudication I noted above.

My understanding was that the policy group was concerned with precedent and indicated that the United States had not generally claimed reserved water rights beyond the boundaries of a reservation. They apparently made a distinction between the SRBA-type off reservation claims as well as those linked to U&As as being tied to treaty rights, compared with the types of reservations in Alaska. According to Hopewell (1995), treaty-type rights are generally not supported in Alaska, and there do not appear to be former reserves where the United States has committed to guaranteeing a use of the area that would support a reserved water right. The overall assessment presented in Hopewell (1995) was that off reservation water rights claims could not be justified in Alaska.

While there may be continuing debate on the legal interpretations offered in Hopewell (1995), there is no debate about the biological necessity of providing for all life history functions in a river system in order to provide for healthy, viable salmonid populations. In this paper, I present and review specific information regarding important salmonid fish populations in the Yukon River Basin (Section 2), discuss general life history functions of these species and their habitat:flow dependencies (Section 3), and then relate this information within the context of the purposes of CSUs and federal reserved water rights (Section 4). References cited in this report are listed in Section 5.

## 1.2  GENERAL APPROACH TO ANALYSIS

The general approach used in this assessment involved the compilation and review of literature pertaining to the fishery resources of the Yukon River Basin, coupled with a review of literature that describes habitat:flow dependencies. This was completed via a combination of Internet searches of targeted agency web sites (e.g., Alaska Department of Fish and Game; National Marine Fisheries Service; U.S. Fish and Wildlife Service), electronic searches of fisheries journals (Canadian Journal of Fish and Aquatic Sciences, Transactions of the American Fisheries Society, North American Journal of Fisheries Management, Journal of Fish Biology and others),

Exhibit 11
Page 35 of 76

university library searches, and a review of literature and reference documents available at R2 Resource Consultants (R2). In completing the section on habitat flow dependencies, I relied heavily on and borrowed from an earlier report I prepared while working on the SRBA (Reiser 1998a) since I had already completed a thorough review of the literature on those topics. I also reviewed salient background information and correspondence related to the Katie John case that was provided by NARF.

For purposes of my assessment, I limited the discussion to five Pacific salmon species and one white fish species, collectively in this paper termed "target fish species," all of which are important to Alaska Native peoples. These species include Chinook salmon (*Oncorhynchus tshawytscha*), chum salmon (*O. keta*), coho salmon (*O. kisutch*), pink salmon (*O. gorbuscha*), and sockeye salmon (*O. nerka*), and the Coregonidae whitefish inconnu (*Stenodus leucichthys*). The distributions and periodicities of these species are discussed in Section 2.

## 1.3 SYNOPSIS OF CONCLUSIONS

In this paper, it will be shown that the important anadromous salmonid populations of the Yukon River Basin utilize and rely on essentially the entire stream network within the basin, extending to the farthest reaches of the mainstem Yukon River in the United States and distal tributaries. Indeed, Chinook salmon migrations in the Yukon River extend well beyond the United States – Canada border reaching some 2,800 kilometers (km) inland. Thus, to the extent one of the purposes of a federal CSU is to protect salmon populations, and federal reserved water rights are ascribed to the CSU, the reserved rights should logically (based on biological needs) extend to all of those waters to which the salmon populations that are linked to the specific CSU are reliant. To do otherwise (i.e., to limit the reserved right only to the boundaries of the CSU) would be tantamount to saying that the life cycle of the salmon populations occurs entirely within the federal reserved waters bounded by a given CSU, which as will be shown is clearly not the case.

Exhibit 11
Page 36 of 76

## 2. DISTRIBUTION AND LIFE HISTORY STRATEGIES OF ANADROMOUS SALMONIDS WITHIN THE YUKON RIVER BASIN

There are populations of five anadromous salmonid species found in the Yukon River watershed that are commercially important and as well utilized by Alaska Natives for subsistence purposes. In addition, inconnu or sheefish, a species whose life cycle can be completed entirely within freshwater systems ranges widely within the basin and is also of subsistence value. The salmon species listed in the order of their general distribution from the lower to upper portions of the watershed include sockeye salmon, pink salmon, coho salmon, chum salmon and Chinook salmon (Figures 2 to 6); the distribution of inconnu is depicted in Figure 7. A generalized periodicity chart, which shows the general timing of various life history stages of each of these species is presented in Figure 8.

Data on fish distributions within the Yukon River Basin were compiled from a number of sources including Internet data searches using key word strings targeting Yukon River fish species, library searches, on-line journal searches, and reviews of primary literature and reference books including primarily Groot and Margolis (1991), Morrow (1980), and Scott and Crossman (1973). In addition, a few personal contacts were made to selected representatives of the Alaska Department of Fish and Game (ADFG), National Marine Fisheries Service (NMFS), and the U.S. Fish and Wildlife Service (USFWS) regarding questions of species distributions.

The salmonid species using the Yukon River Basin are what are termed diadromous species, meaning they are migratory between the ocean and freshwater (McDowall 1987). Salmon exhibit a certain type of diadromy termed anadromy based on their reproductive strategy. Anadromous fish spend the majority of their life cycle in the ocean, and then migrate into freshwater to spawn (McDowall 1987; Meehan and Bjornn 1991). This contrasts with catadromous species (e.g., eels; Anguillidae) which spend most of their life cycle in freshwater, and then migrate to the ocean to spawn. The length of time that the progeny of anadromous salmonids spend in freshwater can be quite variable (depending on species and stock type) ranging literally from a few weeks to several years (Randall et al. 1987; Healy 1991). During the period of freshwater existence, the young fish are dependent upon the physical, hydraulic, and chemical conditions that exist within rivers (and in the case of sockeye salmon, lakes) for necessary food and shelter. During this freshwater rearing period, the young fish continue to grow until a point at which physiological changes occur that trigger a directed outmigratory response in the fish (Mills 1971; Hoar 1953; McCormick and Saunders 1987). This change marks the period of smoltification in which the fish begin their transition to an ocean existence.

*Habitat-Flow Requirements – Yukon River Basin*



Figure 2.     Distribution of sockeye salmon in the Yukon River Basin (data from Alaska
Department of Fish and Game Fish Distribution Database).



Figure 3.     Distribution of pink salmon in the Yukon River Basin (data from Alaska
Department of Fish and Game Fish Distribution Database).

Exhibit 11
Page 38 of 76

*Habitat-Flow Requirements – Yukon River Basin*



Figure 4. Distribution of coho salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database).



Figure 5. Distribution of chum salmon in the Yukon River Basin (data from Alaska Department of Fish and Game Fish Distribution Database).

Exhibit 11
Page 39 of 76

*Habitat-Flow Requirements – Yukon River Basin*



Figure 6.     Distribution of Chinook salmon in the Yukon River Basin (data from Alaska
              Department of Fish and Game Fish Distribution Database).



Figure 7.     Distribution of inconnu salmon in the Yukon River Basin (data from Alaska
              Department of Fish and Game Fish Distribution Database).

Exhibit 11
Page 40 of 76



Figure 8.   Freshwater life history periodicities of anadromous salmonids in the Yukon River Basin, Alaska. (Data from ADF&G 1985)

Exhibit 11
Page 41 of 76

The period of outmigration typically overlaps with portions of the normal ice-out and runoff period in the Yukon River Basin, the high flows of which serve to minimize the necessary energy expenditure of the smolts in reaching the downstream estuary near Emmonak. Mundy and Watson (1997) hypothesized that this behavior was energy conservation related and that the emigrants moving during high flows were placed into bioenergetic refugia where the kinetic energy of the water was substituted for the chemical energy of their bodies.

A general description of the distribution and life history strategies of target fish species found within the Yukon River Basin is provided below. The description for Chinook salmon is presented first, since that species is geographically widespread within the system, and is the most significant relative to subsistence purposes and commercial and sport fisheries.

## 2.1 CHINOOK SALMON (*Oncorhynchus tshawytscha*)

Chinook salmon, also known as king salmon, are the largest of the Pacific salmon species and are native to the Pacific coasts of Asia and North America. In North America, spawning populations range from the Ventura River, California, northward to Kotzebue Sound, Alaska. The Yukon River is one of the most northern of the major Chinook spawning rivers, with some of the longest upstream migrating salmon stocks in the world (DFO 2003). Some Chinook stocks have been tracked migrating over 2,800 km to reach their spawning grounds in the Yukon Territory and northern British Columbia, Canada (Spencer et al. 2005, 2006, 2007).

Chinook salmon can be found along the entire length of the mainstem Yukon River and nearly all of its major tributaries (Figure 6), and are composed of a number of distinct stocks. Recent tagging and radio telemetry studies in 2002 through 2004 (Eiler et al. 2004, 2006a, 2006b) estimated stock compositions for Yukon River Chinook returns, determining that Canadian stocks comprised around 50% of the returns. Chinook stocks from the Tanana River (including Tanana, Chena, Salcha, and Goodpaster) represented approximately 20-25% of the returns, with other important stocks coming from the Anvik and Nulato rivers in the Lower Basin, and the Chandalar, Porcupine, and Sheenjek rivers in the Upper Basin (Eiler et al. 2004, 2006a, 2006b). Not factored into these estimates is the important Chinook stock from the Andreafsky River.

There can be up to four races of Chinook salmon (spring, summer, fall, winter) that utilize various streams and rivers within the species' range, with differences in nomenclature being a reflection of when the adults first enter freshwater. These life history strategies have resulted in the development of at least two different behavioral forms, distinguished by the length of time spent in freshwater. Healey (1991) credited the original definitions to Gilbert (1913) who designated the forms as "stream-type" and "ocean-type." The "stream-type" Chinook spend one

Exhibit 11
Page 42 of 76

or more years as fry and parr in freshwater before migrating to the ocean. In contrast, the period of time "ocean type" Chinook spend in freshwater is relatively short, with the outmigration of fry generally occurring within three or four months following emergence. In general, the "stream-type" Chinook tend to migrate to open ocean waters for rearing and maturation, while "ocean-type" Chinook is more closely associated with coastal areas (CPMPNAS 1996).

Yukon River Chinook salmon are, with few exceptions, "stream-type" salmon, with juveniles spending at least one year rearing in freshwater before migrating downstream to the ocean (Healey 1991). Yukon River Chinook spend 2 to 6 years in the ocean (USFWS 2006). Age at maturity is variable, with a significant number of males of ages 4 and 7, and females of age 7, contributing to the run; however, most Yukon River Chinook reach sexual maturity at age 5 or 6 (NRC 2004; Bue and Hayes 2007). However, some returning males known as" jacks" mature after only a few months at sea. Adults return to the mouth of the Yukon River from mid-to-late May through early July, also classifying them as "spring" Chinook. Slight regional differences in run timing have been observed in the Yukon Chinook stocks. Canadian Yukon and Tanana River stocks are more abundant early in the run, passing through the lower Yukon River during the peak of the run in mid-June, while lower basin fish are prevalent later in the run in late June through mid-July (Eiler et al. 2004, 2006a, 2006b). Fish migrating to Canada reach the border by mid-to-late July (DFO 2003; USFWS 2006). Average daily migration rates ranged from 32.4 km/day for lower basin fish to 60.4 km/day for fish traveling to the Porcupine River drainage. Chinook migrating to the Canadian Yukon River averaged 53.8 km/day.

In considering their reproductive strategy, all of the Pacific salmon species are semelparous (i.e., spawn only once and die shortly thereafter). The semelparous reproductive strategy provides secondary benefits to the often pristine and pure waters in which spawning occur, in the form of added nutrients via the decomposition of post-spawned carcasses (Cederholm and Peterson 1985; Bilby et al. 1996). Thus, although salmon do not provide direct parental care to their progeny, a type of indirect care is provided posthumously via the addition of nutrients from the dead adults. Such nutrients contribute to the development of aquatic invertebrate communities that serve as important food bases for fry and parr.

In the Yukon drainage, spawning generally occurs from July to mid-August, with Canadian stocks in the upper Yukon River spawning through mid-September (DFO 2003; USFWS 2006) (Figure 8). Chinook salmon use a wide variety of spawning habitats, including small streams, larger rivers, and the outlets of lakes. In the interior of Alaska, spawning Chinook tend to select clearwater runoff streams, where they generally spawn in the tails of large pools and runs with areas of high sub gravel flow (Healey 1991; NRC 2004). Chinook eggs hatch in February or

March within the Yukon River Basin, with the alevins remaining in the gravel until the yolk sac has been absorbed. They then emerge from the gravel and become free-swimming, feeding fry. Most fry are displaced from their natal streams soon after emergence and are carried downstream into larger rivers by the spring flows in May and June (Healey 1991; Bradford et al. 2007). In the upper Yukon River in Canada, juvenile (age-0) Chinook salmon migrating downstream from spawning areas may colonize small, non-natal streams in June and early July, sometimes traveling significant distances upstream from the mainstem river (Bradford et al. 2001; Bradford et al. 2007). They may also migrate downstream to feed in larger systems, utilizing both the increased turbidity and large woody debris (LWD) for protection from predators (NRC 2004). In some cases, juvenile Chinook may undertake a fall emigration to overwintering habitats. After rearing in freshwater for at least one year, yearling Chinook (age-1+) begin their migration to the ocean, usually during May and early June.

## 2.2  CHUM SALMON (*Oncorhynchus keta*)

Chum salmon, also known as "dog salmon," have the widest distribution of any of the Pacific salmon. In North America, spawning populations occur from the San Lorenzo River in California, northward to the Arctic coast streams, as far east as the Mackenzie and Anderson rivers in Canada, and west to Attu Island in the Aleutians (Salo 1991; ADF&G 1985). Chum salmon generally occur throughout Alaska, with the Yukon River in Alaska and Canada producing the largest runs of chum salmon in North America (USFWS 2006). While chum salmon typically spawn in coastal rivers, only the Yukon River in North America and the Amur River in Russia have chum populations that are long-distance travelers, with fish migrating over 2,800 km to their spawning streams in the Yukon Territory (Buklis and Barton 1984) (Figure 5).

Alaskan chum salmon can return to spawn at between 3 and 6 years of age. Yukon River fall chum salmon return primarily as age-4 and age-5 fish, although age-3 and age-6 fish also contribute to the run (Bue and Hayes 2007). There are two distinct spawning runs in the Yukon River: summer chums and fall chums. While adults returning before July 15 are termed summer chum, and those returning after July 15 are termed fall chum, the runs typically overlap during June and July (Salo 1991). Summer chum salmon enter the river in late May or June, and generally spawn in the lower 800 kilometers of the Yukon River Basin, in river systems such as the Andreafsky, Anvik, Nulato, Koyukuk, and Melozitna, as well as in the Tanana River system (Figure 5; Figure 8).

Fall chum salmon migration follows in late June or July through early September in unpredictable pulses that usually last 2 to 3 days (JTC 2006). Generally, four or five such pulses occur each season, and are often associated with onshore wind events and/or high tides. Fall

Exhibit 11
Page 44 of 76

chum are larger, heavier fish with a more silvery appearance than summer chum, and tend to be older when they return to spawn (USFWS 2006). Fall chum also migrate farther upstream than summer chum, to spawn in river systems such as the Porcupine, Sheenjek, Chandalar, and Toklat, as well as within the Tanana River (ADF&G 1985). In the upper Yukon River drainage in Canada, fall chum make up the vast majority of the run. Some fall chum salmon travel all the way up to the headwaters of the Yukon River in Teslin Lake, 3,200 km from the river mouth (DFO 2003).

Once near the mouth of the stream, chum salmon are stimulated to move upstream by an increase in stream runoff of almost any magnitude. The summer chum respond to high flows caused by spring and summer snow melt, whereas fall chum arrival coincides with the fall rains (Salo 1991). Summer chum spawn in late summer, from July through early- to mid-August, in clearwater runoff stream and tributaries to the Yukon River, often in areas of upwelling flows. For fall chum, spawning usually occurs during mid-September through mid-November, with those in the Tanana River drainage spawning latest and populations in the Chandalar and Porcupine Rivers spawning earliest (Buklis and Barton 1984). Fall chum typically spawn in areas of groundwater upwelling in glacially-influenced streams. The selection of spawning sites in springs or groundwater seepages helps to maintain water flows and temperatures warm enough to prevent the redds from freezing during the winter months (USFWS 2006). Fall chum spawning has been documented in groundwater discharge areas that have water with a fairly constant flow rate and temperature (between 3-7°C), along cutbanks and in riffle areas of the mainstem Yukon River, and in side channels and sloughs (DFO 2003).

Juvenile upper Yukon River chum salmon emerge from the gravel during the spring (April/May). After emergence, they appear to spend little time in the natal area, and immediately start their journey to the ocean. Chum fry migration in the Yukon River system is from ice break-up in late spring until fall, with the peak outmigration in June and July (Salo 1991; Jang and Bradford 2003; Duncan and Bradford 2004). Millions of small fry (approximately 40 mm) are dispersed by high river discharges through numerous sloughs and channels leading to coastal habitats. Catches of rearing fry in Yukon delta habitats decrease as water temperatures increase (18-21°C) in mid-July, and fish are found in coastal and delta front habitats from June through early August (NRC 2004). Juvenile chum salmon move into the open ocean by fall.

## 2.3 COHO SALMON (*Oncorhynchus kisutch*)

Coho salmon, also known as "silver salmon," is the second largest of the Pacific salmon, occurring throughout the drainages of the North Pacific basin in North America and Asia. In North America, spawning populations occur from Monterey Bay in California, north to Point

Exhibit 11
Page 45 of 76

Hope in Alaska, (Sandercock 1991; ADF&G 1985). In Alaska, coho salmon are abundant from Dixon Entrance in southeastern Alaska to the Yukon River in the north (ADF&G 1985). Most coho salmon spawn in short coastal streams (Morrow 1980), but in the Yukon River Basin, coho salmon have been found spawning in the Porcupine River in the Yukon Territory in Canada, over 2,000 km from the mouth of the Yukon River (Schonewille and Anderton 2006; USFWS 2006) (Figure 4).

Alaska coho salmon typically spend 2 to 3 years in saltwater; however, like Chinook, some returning male coho known as "jacks" mature after only a few months at sea (USFWS 2006; Bue and Hayes 2007). Coho returning to the Yukon River are primarily 4 years of age (Sandercock 1991). Coho salmon enter the mouth of the Yukon River from July to September, overlapping slightly with fall chum salmon run timing (ADF&G 1985; JTC 2006). Coho run timing has evolved to reflect the requirements of specific stocks. Adults which have longer distances to migrate arrive earlier, as they need several weeks or months to reach headwater spawning grounds. For example, coho runs have been observed migrating up the Porcupine River between early October and late January (Schonewille and Anderton 2006). Major coho-producing systems in the Yukon River Basin include the Andreafsky, Anvik, Innoko, Tozitna, Porcupine, and Tanana rivers (ADF&G 1985; Bue et al. 2006).

The spawning period for most coho populations is between November and January, but timing is highly variable, extending from October to March (Sandercock 1991) (Figure 8). Coho are similar to fall chum in their preference for spawning habitat, in that they also seem to favor streams with an upwelling of ground water, such as spring-fed streams. Most spawning streams are narrow and shallow with a gravel bottom. The largest known spawning concentrations of coho salmon in the Yukon River Basin are in several spring-fed tributaries of the upper Tanana River, with the largest runs occurring in the Delta Clearwater and the Delta Rivers (Parker 1991). The largest of six spring-fed systems near Delta Junction, Alaska, the Delta Clearwater River (DCR) is the major producer of coho salmon in the upper Tanana River drainage, and in fact, in the entire Yukon River drainage. Coho salmon migrate over 1,700 km to enter the DCR in late-September and spawn in mid-to late October to early November (Parker 1991). Upwelling of warmer spring water prevents freezing of the redds during the winter, and maintains a fairly constant temperature and flow. Few of these unique springs suitable for coho salmon exist in the Yukon River drainage.

In Alaska, coho eggs usually hatch from mid-winter to early-spring, the amount of time varying with water temperature (Sandercock 1991). After hatching, the alevins remain in the gravel for 2 to 3 weeks, and emerge from the gravel from April to June (ADF&G 1985). After emerging

Exhibit 11
Page 46 of 76

from the gravel in spring, coho salmon fry take up residence nearby the redds, congregating in schools near the banks of the stream (ADF&G 1985; Sandercock 1991). Coho fry feed on drifting invertebrates in streams, moving to faster, deeper water as they grow. As they grow, the juvenile coho disperse and become aggressive and territorial, defending selected positions from other salmonids (ADF&G 1985; Sandercock 1991). Coho salmon also make considerable use of off-channel habitats, such as beaver ponds, side channels, and oxbows for summer feeding, and also will rear in lakes when these are available. Like most salmonids that use small streams, coho spend much of the winter concealed in cover, typically under stream cobbles, and they often migrate to overwinter in off-channel habitats or small streams or spring-fed tributaries (NRC 2004).

Coho salmon fry usually stay in fresh water for 2 years in the Yukon River Basin. After those 2 years, coho undergo smoltification and begin to form small schools and migrate to the ocean in mid- to late May (USFWS 2006). The fish remain in the near shore areas near the mouth of the Yukon River for several months before migrating further out to sea (NRC 2004; USFWS 2006).

## 2.4  PINK SALMON (*Oncorhynchus gorbuscha*)

Pink salmon, also known as humpback salmon, are the smallest, yet most abundant, of the Pacific salmon species, and also have the simplest or most specialized life cycle within the genus *Oncorhynchus* (Heard 1991). In North America, spawning populations of pink salmon range from the Russian River in California, north to the Bering Strait, and east to the Mackenzie River in the Northwest Territories in Canada. Pink salmon occur in greatest abundance along the coasts of central and southeastern Alaska (Heard 1991), typically ascending coastal streams for only short distances (65 km or less), although some populations migrate farther upstream in larger rivers (Scott and Crossman 1973). In the Yukon River, pink salmon are found in many of the sloughs and passes of the Yukon Delta area, and in lower Yukon River Basin rivers such as the Andreafsky River, which supports the highest recorded escapement of pink salmon in the Yukon River system (ADF&G 1985; Tobin and Harper 1999). Some pink salmon have been caught upstream as far as Ruby, 967 km from the mouth of the Yukon River (Figure 3), but upstream spawning has been only documented in Grayling Creek (541 km upstream) (ADF&G 1985; Johnson and Weiss 2007).

Pink salmon are distinguished from other Pacific salmon in that they have a fixed 2-year life span, spending just 18 months in the ocean before returning to spawn (Heard 1991). Due to this 2-year life cycle, pink salmon runs in odd and even years are genetically separate, even within the same stream (Heard 1991). Pink salmon also have a weaker homing instinct than other salmon species and often stray far from their natal stream to spawn (Morrow 1980; Heard 1991).

Exhibit 11
Page 47 of 76

In Alaska, adults return from late June to late September; those returning to the lower Yukon River system typically spawn in mid-July (Morrow 1980) (Figure 8). Pink salmon typically spawn in riffle areas with clean, coarse gravel and moderate to fast currents (Heard 1991). The eggs hatch from late December to February, with the alevins remaining in the gravel until they emerge as fry between April and early June (Morrow 1980; ADF&G 1985). The newly emerged fry almost immediately begin moving downstream to the sea. Outmigration of juvenile pink salmon from the Yukon River peaks before mid-June, and they seem to move rapidly through delta habitats to the delta front (NRC 2004). Smolts spend their first month in estuaries, and then move farther offshore. Data suggests that many or most Yukon River pink salmon move south through the Aleutian passes into the central and eastern North Pacific Ocean in late fall or winter (NRC 2004).

## 2.5 SOCKEYE SALMON (*Oncorhynchus nerka*)

Sockeye salmon, also known as red salmon, is unique among the Pacific salmon in that their life history requires a significant amount of time rearing in freshwater lake systems prior to smoltification and outmigration (Burgner 1991). As a result, large sockeye runs are restricted to systems with suitable lakes. Bevan et al. (1994) described two common forms of sockeye, including an anadromous form called sockeye, and a non-anadromous (resident) form referred to as kokanee. A third form termed "residual" was also described by Bevan et al. (1994) as being comprised of progeny from sockeye but being non-anadromous. In general, the major distinguishing characteristic between sockeye and kokanee is the difference in size; sockeye are larger.

In North America, sockeye salmon populations range from the Klamath River in California, north to Point Hope, Alaska. In Alaska, sockeye are particularly abundant in the lake systems of Bristol Bay, although smaller but significant stocks do exist in the drainages farther north. Sockeye salmon are rare in the Yukon River Basin. Sockeye salmon presence has been recorded upstream as far as Rampart, 1,227 km from the mouth of the Yukon River, as well as in the Tozitna and Innoko Rivers, but no spawning or rearing areas have been documented (ADF&G 1985; Johnson and Weiss 2007) (Figure 2).

## 2.6 INCONNU (*Stenodus leucichthys*)

The inconnu, also known as sheefish in Alaska, is a member of the whitefish family, Coregonidae, and is found only in arctic and subarctic North America and Asia. The species is widely distributed in Siberia, but is comparatively local in North America (Alt 1987, 1994). In Canada, inconnu occur in the upper Yukon River system to the Teslin Lake system and the Mackenzie River upstream to at least the Laird River. In Alaska, inconnu are most abundant in

Exhibit 11
Page 48 of 76

the Kuskokwim and Yukon river drainages and in the Selawik and Kobuk drainages of Kotzebue Sound (Alt 1987, 1994).

Most inconnu in Alaska are estuarine anadromous, while much smaller numbers belong to local non-anadromous stocks. Inconnu undertake movements or migrations related to feeding, spawning, and overwintering, with estuarine anadromous inconnu undertaking the longest migrations. Based upon their life history and geographic distribution, inconnu in Alaska have been separated into five major stocks (Alt 1987, 1994). The *Minto Flats* population in the Tanana River system and the *Upper Yukon River* populations are non-anadromous populations, residing within the Yukon River system year-round. The remaining three stocks are estuarine anadromous: *Lower Yukon* and *Kuskokwim* groups overwinter in the delta areas of these large rivers, while the *Kobuk-Selawik* groups spend the winter in the brackish waters of Hotham Inlet and Selawik Lake. In addition, smaller rivers such as the Nowitna, Black, and Porcupine have small local populations (Alt 1987, 1994).

The most abundant stocks of inconnu in Alaska occur in the lower Yukon River, Koyukuk River, and in the mainstem middle Yukon River. These fish also undertake the longest migrations of any inconnu in Alaska, traveling over 1,600 km to reach spawning areas in the upper Koyukuk River system and the Yukon Flats of the middle Yukon River (Alt 1987; Brown 2000) (Figure 7). Upstream migrations of inconnu from their wintering grounds begin during the period of ice breakup in the spring. Inconnu overwintering in the lower Yukon River and estuary migrate into lake and slough systems to feed, whereas those overwintering in the middle Yukon River migrate to the mouths of tributaries to feed (Alt 1987, 1994). Many upstream migrants spend the early summer holding or feeding in sloughs, tributary streams, or in the main Yukon River. Inconnu that will spawn in the fall undertake similar feeding migrations, but during summer they continue upstream to spawning grounds (Alt 1987). The upstream migration is not a definable run until late August, when fish reach Tanana on the mainstem Yukon River, or until early September when fish reach Hughes on the Koyukuk River (Alt 1987, 1994).

Unlike the Pacific salmon, which die after spawning, inconnu may live to spawn several times. Maximum ages in the Yukon River system ranged from 9 years for the upper Yukon fish to 15 years for lower Yukon inconnu (Alt 1973). Some inconnu spawn every year, but every other year is probably the rule in most populations (Alt 1987, 1994). Spawning occurs during the last week of September and the first two weeks of October, depending on the location. Spawning sites occur in the middle and upper reaches of rivers and all stocks of sheefish have specific spawning requirements. The water must be from 4 to 8 feet deep, with fast current over a bottom composed of differentially-sized gravel, and a water temperature of 4°C (40°F) or colder (Alt

17

Exhibit 11
Page 49 of 76

1987, 1994). Spawning occurs during late afternoons and evenings, when females spawn on the water surface and males swim underneath, fertilizing the eggs (Alt 1987). The slightly adhesive fertilized eggs fall to the stream bottom where they lodge in the gravel (Alt 1994). The eggs develop slowly in the cold water, taking up to 6 months to hatch. Upon hatching, the fry then travel downstream with spring floods to rear in the larger rivers in the upper Yukon, or the delta area of the lower Yukon River (Alt 1994).

A fairly rapid downstream migration occurs after spawning, as inconnu head to their wintering grounds. The average downstream migration rate of inconnu spawning in the Yukon Flats was 95 km/d, ranging from a low of 57 km/d to a high of 160 km/d (Brown 2000). Post-spawning inconnu reach the lower Yukon River by November, and reach the estuary by January or February. Feeding and non-spawning inconnu generally reach overwintering ground in the lower Yukon River by late October (Alt 1987). Subsistence fishing patterns indicate that overwintering grounds for inconnu are located in the lower 350 km of the Yukon River and in estuarine areas off the Yukon River mouth (Alt 1987). However, some immature fish and individuals that would spawn the following fall have been found to overwinter in the middle Yukon River.