### 3. SUMMARY OF LIFE-STAGE SPECIFIC HABITAT REQUIREMENTS OF SALMON WITH EMPHASIS ON FLOW DEPENDENCIES

The life history strategies described above serve to illustrate the importance of connectivity between different habitat types and their occurrence in different locations within a watershed to the propagation of healthy, abundant populations of salmon. Moreover, the fact that reproduction occurs only once (for a given year class) for Pacific salmon, increases the overall importance of maintaining the quality and quantity of these habitats. This is because factors which reduce habitat quality or quantity during any of the freshwater phases can result in lowered survival and/or growth of a given life stage and contribute to an overall reduction in number of returning adults. Such factors, in combination, are often termed "limiting factors" or "bottlenecks" to the population.

Murphy and Meehan (1991) defined "bottlenecks" as the most restrictive phase of the life cycle of the salmon. Bottlenecks therefore limit production and must be removed before the carrying capacity of the stream can increase. Murphy et al. (1986), Koski et al. (1984), and Bisson et al. (1987) provide excellent examples of how "bottlenecks" can occur due to different land use activities. For Pacific salmon, such bottlenecks can occur seasonally and spatially. For example, streamflows that are insufficient to provide suitable depths and velocities for adult passage or to cover gravels within important spawning habitats would create a "bottleneck" in the production of a given year class. Likewise, increased water temperatures during the summer resulting from decreased streamflows or loss of riparian vegetation may provide a "bottleneck" to juvenile production. "Bottlenecks" can also occur during the winter months when fish are less active and they tend to utilize the crevices and interstitial spaces of large substrates for cover (Reiser 1997; Morrill and Bjornn 1972). In that case, if substrates are filled-in with sediments (due to land use practices or reductions in streamflow), then overwintering habitat may become the "bottleneck." The focus of ecosystem management should therefore be on eliminating or minimizing the effects of these types of limiting factors so that salmon populations can attain their maximum potential.

In this section, I briefly summarize important habitat components that relate to distinct life stages of Pacific salmon (upstream migration, spawning and incubation, fry and juvenile rearing, juvenile/smolt outmigration) and illustrate their relationship to flow. In doing so, I have borrowed extensively from an earlier report I prepared entitled *Why Fish Need Water* (Reiser 1998a), which was prepared for the Department of Justice as part of the Snake River Basin Adjudication. That report was prepared in part to address the same issues related to the spatial extent of an instream flow reservation.

Exhibit 11
Page 51 of 76

## 3.1 UPSTREAM MIGRATION

Populations of salmon in the Yukon River Basin exhibit long migrations to reach their natal spawning streams. For example, Chinook salmon must migrate more than 2800 km to reach their spawning grounds in the upper Yukon River Basin in Canada. Coho, chum and sockeye salmon likewise are known to migrate hundreds of miles to reach natal spawning areas (see Section 2). Salmon exhibit a strong homing instinct that results in the adults seeking and finding the same streams and in many cases the same locations (spawning areas) within those streams in which they were produced. This homing capability has been shown to be linked to olfactory imprinting[2] that occurs around the time of smoltification and downstream movement of juveniles.

As noted by Bjornn and Reiser (1991), adult salmonids returning to streams to spawn must do so at the proper time and with sufficient energy to complete their life cycle. Although salmon have evolved such that successful migrations can usually occur under a variety of conditions (owing to differences in migration timing), man-induced and in some cases natural events can result in sufficient delays in migration to impact at least a portion of the spawning population and hence reduced egg and fry production.

Successful upstream migration is dependent on a variety of factors, all of which are related to streamflow. These include streamflow, water temperature, dissolved oxygen (DO), turbidity, and physical barriers (Bjornn and Reiser 1991), which are briefly described below.

### 3.1.1 Streamflow Water Depth and Water Velocity

Without sufficient streamflow in a stream or river, adult fish cannot successfully migrate upstream to spawning areas. The quantity of such flows necessary for passage has been evaluated by a number of investigators who have assessed passage requirements on the basis of the percentage of the average annual flow (Baxter 1961) and on specific water depths and water velocities adult fish are capable of migrating through (Thompson 1972). For trout and salmon, these were defined in terms of minimum water depths and maximum water velocities and ranged from 0.4 to 0.8 ft, and 4.0 to 8.0 ft/sec respectively (Thompson 1972). These represent minimum depth and maximum velocity criteria and must be evaluated in the context of applying such to stream reaches that pose as potential migration barriers, such as shallow riffles.

---

[2] Olfactory imprinting is associated with stream specific odors imparted to the waters that result from watershed characteristics such as soils, flora and fauna.

Exhibit 11
Page 52 of 76

*Habitat-Flow Requirements – Yukon River Basin*

In general, the degree to which streamflow conditions may become problematic to upstream migrating adults relates directly to their migration period. Thus, species/stocks that migrate during the spring under high streamflow conditions would be less likely to encounter flow related impediments, than species/stocks that migrate later in the year, such as Chinook and coho salmon. Conditions of low flow that might impair adult upstream migration (via shallow water depths) are most likely to occur in small tributary streams of the Yukon River Basin that are used for spawning and that provide important fry nursery habitats.

### 3.1.2  Water Temperature

Because salmon are poikilotherms (cold blooded), their metabolism and life history functions are closely linked to water temperatures. In the case of upstream migrations, water temperatures that are too warm or too cold have been reported to influence migration timing and may result in delays (Hallock et al. 1970; Bjornn and Reiser 1991). Factors that can lead to altered thermal regimes in streams include removal of riparian vegetation and forest canopy due to timber harvest, road construction and infrastructure developments.

### 3.1.3  Dissolved Oxygen

Adult migrating fish have been shown to be adversely affected by reductions in DO (Davis et al. 1963). Dissolved oxygen concentrations in water are directly influenced by the temperature of water (warmer water can hold less DO than coldwater), so that the alterations noted above (Section 3.1.2.) that result in elevated water temperatures can have a double effect relative to reduced DO concentrations.

Dissolved oxygen in streams and rivers is a product of atmospheric exchange with the water surface. The concentrations of DO in river waters are influenced by surface agitation and resulting re-aration that typically occurs in riffles and cascades. Streamflow can increase or decrease the degree of re-aration associated in these areas.

### 3.1.4  Turbidity

According to Bjornn and Reiser (1991), high turbidity in rivers may delay migrations (as reported by Bell [1986] and Cordone and Kelly [1961]), but turbidity alone does not seem to affect the homing ability of adults (as noted by Whitman et al. 1982). In general, the highest turbidities associated with a stream or river occur in conjunction with high streamflows, which, in the case of the Yukon River Basin are temporally related to run-off patterns in the spring (April-early June). High turbidities can occur at other times and are generally related to man-induced activities such as timbering, mining and road construction.

Exhibit 11
Page 53 of 76

### 3.1.5 Physical Barriers

Physical barriers such as waterfalls, debris jams, and in some cases artificial structures (e.g., dams) can delay or prevent upstream migration of adults. Salmon and trout have certain swimming and jumping capabilities that vary by species (Bell 1986; Reiser and Peacock 1985). Darting speeds (maximum speeds attainable over a short period of time [secs]) reportedly range from about 6 ft/sec for certain trout species to over 26 ft/sec for steelhead trout (Bell 1986). Calculated jumping capabilities range from about 2.5 feet for brown trout to over 11 feet for steelhead (Reiser and Peacock 1985).

Streamflow can directly influence the passage conditions at potential barriers (Reiser et al. 2006; Powers and Orsborn 1985). For example, under conditions of low flow, a particular falls may have a total height that creates conditions greater than the combined jumping and swimming capabilities of salmon and trout, and hence, serves as a barrier to upstream migration. Under higher flow conditions, the height of the falls can be reduced (because of increased water surface elevations in the plunge pool) to levels in which adult passage can occur. I have personally observed such conditions at a set of falls in Ward Creek near Ketchikan, Alaska where we defined "flow windows" that would allow successful upstream passage of adult salmon (Reiser et al. 2006). The important point here is that what appears to be a barrier under one set of conditions, may be passable under different flows.

### 3.2 SPAWNING AND EGG INCUBATION

The habitat conditions that meet the reproductive requirements of salmon and trout can arguably be considered as one if not the most important relative to sustainment of fish populations. The conditions that exist during the period in which eggs are deposited in the gravels, embryos incubate and hatch, and fry subsequently emerge are primary determinants of what is termed year-class-strength, and the ultimate numbers of fish that may be recruited into the population and return as adults. As noted above, year-class-strength can vary widely interannually due to specific combinations of physical and hydraulic characteristics determined largely by stochastic variation in natural climatic conditions. However, anthropogenic impacts (i.e., those caused or influenced by man) related to land-use projects (e.g., water quality changes, road construction, timbering, etc.) can likewise impact spawning and egg incubation success regardless of climatic variation. Many of these impacts are associated with changes in streamflow and a review of important flow dependent components that influence spawning and egg incubation success is provided below.

Exhibit 11
Page 54 of 76

*Habitat-Flow Requirements – Yukon River Basin*

### 3.2.1 Streamflow

The influence of streamflow on spawning habitat occurs in both a quantitative and qualitative manner. Quantitatively, streamflow plays a direct role in determining the areal extent of habitats that can be used by adult fish for spawning. The magnitude of streamflow also has an influence on the quality of the spawning gravels and on maintaining suitable conditions for incubating eggs within such gravels.

As noted above, streamflow regulates the amount of spawning habitat/area within a stream by determining the extent to which spawning gravels are wetted with the proper combinations of water depth and water velocity. Several methods have been developed to determine the relationship of flow to spawning habitat, including those of Thompson (1972), Collings (1972, 1974), and the Physical Habitat Simulation (PHABSIM) method developed by Bovee and Milhous (1978) and described in detail in Bovee (1982, 1986), and Trihey and Wegner (1981). These methods rely on an understanding of the water depths, water velocities and substrate sizes that are typically utilized by salmon for spawning. Thus, researchers have collected these type of data directly over spawning areas or nests, which are termed redds. I have personally collected hundreds of such measurements over redds of salmon in streams in Idaho, Washington, Oregon, and Alaska. These data are then linked with specific hydraulic and habitat models from which habitat:flow relationships can be determined. In general, there is a consistent three stage pattern that is represented in such relationships; 1) an initial increase in habitat with increasing flows as more spawning area is wetted and combinations of water depth and velocity remain suitable; 2) a leveling off of habitat as flows continue to increase and ultimately; 3) a decrease in spawning habitat as flows continue to increase as water depths and velocities begin to exceed those utilized by salmon.

Discharge also plays an important role in providing and maintaining the quality of the spawning gravels. This typically occurs as part of the runoff cycle in association with high flows resulting from snowmelt. These flows typically serve, among other things to mobilize and transport fine sediments from spawning gravels which is important for increasing gravel permeability and facilitating the interchange of surface and intragravel flows. This interchange is critical for the successful incubation of deposited eggs since the flows result in the transport of oxygen to and removal of metabolic wastes from the embryos. The significance of the interchange of surface with intragravel flows has been demonstrated by Sheridan (1962) and Wells and McNeil (1970). Reiser and White (1981), Wickett (1954) and Chapman et al. (1982) noted relationships between surface flows and intragravel water velocities suggesting that reductions in the former could reduce the latter (Figure 9). The flushing of fine sediments that occurs in conjunction with high runoff in the spring, thus serves to increase the quality of the spawning gravels and enhances

Exhibit 11
Page 55 of 76







Figure 9.    Conceptual diagram of salmonid spawning nests
illustrating generalized effects of streamflow
reductions on the intragravel environment.

Exhibit 11
Page 56 of 76

potential survival to emergence of fry. However, such flows and the benefits related to sediment transport are not limited to spawning alone; benefits are also accrued to rearing habitat, including areas of invertebrate production. Reiser (1998b) and Waters (1996) summarized the overall impacts of sedimentation on aquatic biota, including fish and invertebrate habitats. Natural runoff processes that annually and seasonally provide high flows within a stream are extremely important for transporting sediments (from riffles and pools), maintaining channel conveyance, creating and maintaining physical habitat structure in the channel, and providing connectivity with the riparian zone and vegetation thereof.

### 3.2.2 Water Temperature

The timing of spawning of salmon and trout in streams is closely linked to water temperatures (Bjornn and Reiser 1991). In the streams within the Yukon River Basin, water temperatures are likely primary determinants of when fish spawn, how long the eggs incubate (development is directly related to water temperature), and when fry emerge. Factors that may alter such temperatures and therefore affect spawning and incubation have been described earlier and include; flow regulation, flow depletions/diversion, and loss of riparian vegetation.

### 3.2.3 Cover

Adult fish utilize or are associated with cover both during their upstream migrations and during spawning. Cover may be in the form of deep pools, surface turbulence, and undercut banks and overhanging vegetation (Bjornn and Reiser 1991). Such cover can protect the fish from disturbance, predation, high water velocities, and also provide shade for holding fish. All of these cover components are influenced by streamflow.

### 3.3 FRY AND JUVENILE REARING HABITAT

As noted in section 2, anadromous salmonids spend a portion of their early lives rearing in freshwater. The habitats that constitute rearing areas are diverse and perhaps more complex than any other life history stage. For some stocks of salmon, the upper drainages represent spawning and initial rearing areas, where fry and juveniles can grow in relatively protected areas that are generally free from large predators, and that contain excellent water quality characteristics. Many of these drainages encompass some of the most distal segments of a watershed, with portions even extending above the upper limits of spawning. In these systems, juvenile salmon may migrate upstream to locate high quality rearing areas.

The conditions afforded to fry and juvenile fish in many instances establish the overall carrying capacity of the stream and therefore factor directly into defining numbers of returning adults. Indeed, several studies have shown that the abundance of fry or juveniles within a stream can

Exhibit 11
Page 57 of 76

and does regulate the abundance of older fish (Bjornn1978; Quinn 2006). Not surprisingly, one of the primary determinants of carrying capacity in streams is the quantity and quality of streamflow. That, along with several other components of rearing habitat that factor into its creation and maintenance is discussed below.

### 3.3.1 Streamflow

As in spawning, streamflow is the primary determinant of a number of specific factors that contribute to defining suitable rearing habitat. These factors include but are not limited to water depth, water velocity, pool volume, water temperature, dissolved oxygen, substrate quality, and in many instances, physical structure and habitat such as large woody debris (LWD). These factors can be divided similarly to those for spawning into those imparting a quantitative effect and those that are qualitative.

The amount of flow in a river has a direct influence on the distribution and quantity of water depths and associated velocities that are most often utilized by fry and juvenile salmonids. Chapman (1966) considered velocity to be perhaps the most important of the two factors, noting that without suitable velocities, no fish will be present. Studies have shown that salmon fry typically utilize velocities less than 0.3 ft/sec (Chapman and Bjornn 1969; Everest and Chapman 1972; Griffith 1972). As fish grow, they become stronger and are often associated with higher water velocities (Smith and Li 1983). Shifts in velocity usage by fish have been observed seasonally, presumably in response to water temperature changes. The shifts are generally from higher velocities in the summer feeding periods to lower velocities during the winter holding periods (Chisholm et al. 1987; Tschaplinski and Hartman 1983).

Water depths used by fry and juveniles can be quite variable depending on the factors associated with such depths, e.g., substrates, cover, food, velocity, predator density. Newly hatched fry often utilize the extreme edge habitats of a stream where velocities are low and there are few predators. As fish grow they are capable of using deeper waters with limits of use generally related to some other interrelated parameter such as water velocity. Bjornn and Reiser (1991) noted that some salmonids are found in higher densities in pools than other habitat types as a result of space availability. Again, there are probably other factors acting to regulate such densities, for example the presence of LWD or overhanging vegetation can have a direct, positive benefit on increasing the carrying capacity of a given pool. Conceptually, streamflow can and does regulate the carrying capacity of rearing habitats as illustrated in Figure 10. Under suitable/normal conditions, the rearing areas encompassing pool:run:riffle habitats will afford living space for a certain density of fish as set by the limits of food availability, space, cover, and water quality characteristics. Reductions in flow concomitantly can translate into reductions in

Exhibit 11
Page 58 of 76

*Habitat-Flow Requirements – Yukon River Basin*







Figure 10.    Conceptual diagram of salmonid rearing habitat illustrating concept of carrying capacity as it relates to streamflow quantity.

Exhibit 11
Page 59 of 76

some of those parameters which result in a reduced carrying capacity, as has been demonstrated experimentally by White et al. (1981).

Qualitatively, the amount of discharge in a stream has similar effects on rearing habitat as for spawning habitats. When high flows occur during the normal runoff cycle, they transport sediments from pools (maintain rearing space) and riffle habitats (maintain food production areas), move and recruit new structure into the channel (e.g., LWD, boulders), and inundate important riparian and floodplain vegetation that serve to increase bank stability, provide shade and contribute allochthonous (out of stream) materials/nutrients to the stream. Additionally, as discussed below, the high flows provide an avenue for the downstream migration of smolts and sub-yearling fish.

### 3.3.2 Water Temperature

Water temperature has a direct influence on the survival and growth of fry and juvenile salmon and trout. Temperatures in rearing habitats can vary daily, seasonally, annually, and spatially, with the degree of variation often associated with an anthropogenic impact such as logging (removal of forest canopy) or irrigation withdrawals (flow depletion). Bjornn and Reiser (1991) reviewed the literature on temperature effects on juvenile salmonids and compiled data that describe lower lethal, upper lethal, and preferred temperatures of various trout and salmon species. Water temperatures influence the behavior of salmonids, most notably in the fall and winter months. During these periods, juvenile salmon and steelhead have been observed moving into large substrate materials for cover and overwintering habitat. Bjornn (1971) observed young steelhead and Chinook moving out of summer rearing areas downstream into the larger Salmon River to overwinter. Bjornn (1971) observed some of the Chinook salmon moving downstream into the Snake River to overwinter prior to continuing their outmigration to the ocean during the following spring.

### 3.3.3 Cover Riparian Vegetation

There are a broad range of physical features that individually and collectively can afford cover to fry and juvenile salmon and trout. These include such things as substrate (e.g., boulders and cobbles), water depth, water turbulence, turbidity, and the more tangible items such as fallen logs (i.e., LWD) and branches, overhanging vegetation, and undercut banks. In Alaska's forested streams and rivers, there is a strong linkage between the availability of cover in the form of LWD and the surrounding riparian vegetation. The importance of LWD as cover has been demonstrated in a number of studies which have shown reductions in salmon production in a given stream in response to reductions in LWD (Dollof 1983; Bisson et al. 1987). Hicks et al. (1991) noted that the abundance of salmonids is often closely linked to the abundance of woody

Exhibit 11
Page 60 of 76

debris, especially in the winter, as reported by Tschaplinski and Hartman (1983) and Murphy et al. (1986).

Vegetative communities that border streams and rivers are typically referred to as riparian vegetation. These communities provide a variety of important elements that contribute to a healthy ecosystem that can sustain salmon production. Obvious benefits include shading from solar input (thereby keeping water temperatures cool), cover for salmon and trout in the form of overhanging vegetation, recruitment of both LWD and smaller debris which serves as cover, input of what is termed leaf litter (i.e., deciduous leaf fall, conifer needles) and other organic materials that provide nutrient input (for invertebrate production) to the stream, bank stability and therefore decreased erosion, and sources of terrestrial insect input which serves as a food supply (Murphy and Meehan 1991; Platts 1991). There are many land-use activities that can directly destroy or reduce the effectiveness of riparian vegetation. These include logging (buffer zones are generally required in all commercially logged forests), road construction, mining, and regulation of streamflows.

The regulation and reduction of streamflows can alter the vegetative communities (density, diversity, species composition) within the riparian zone, in some cases resulting in the complete collapse of the native riparian plant communities (Rood et al. 1995; Scott et al. 1997; Stromberg and Patten 1991). The long-term health of native riparian plant communities depends on flood flows to recharge alluvial aquifers, provide sites for seedling establishment, transport and deposit seeds on the floodplain, and replenish nutrients in floodplain soils. As a result of the various flow needs of the riparian zone, reduction in the frequency and magnitude of flood flows or reduced in-channel flows can cause the riparian zone to become smaller (both in width and in stature), less diverse, or even eliminated.

### 3.3.4 Food Production

Food production is critical to the rearing phase of salmonids, inasmuch as this stage represents the period of initial growth that will determine the fitness of the fish for surviving the downstream migration to the ocean or locations in the mainstem river. Food production is really an oversimplification of the overall energy supply and processing cycle that occurs in all streams and rivers. Two sources of energy are provided to streams, those that occur internal to the stream (termed autocthonous), and those that occur from outside the stream (allochthonous) (Hynes 1970; Murphy and Meehan 1991). Examples of the former include the macrophytes, periphyton (e.g., algae) and phytoplankton that rely on photosynthesis; examples of the latter include leaf litter and other organic materials entering from the riparian zones, soil erosion, and to some extent, materials entering from the groundwater (Murphy and Meehan 1991).

Exhibit 11
Page 61 of 76

Collectively, these sources of materials when in sufficient quantity provide the necessary ingredients for the production of a complex community of benthic (bottom dwelling) organisms that include aquatic invertebrates such as mollusks, worms, crustaceans, and perhaps most importantly, aquatic insects. The invertebrate communities in streams are comprised of a diverse assemblage of organisms that vary in size, shape, color, feeding habits, and method of motility. Fry and juvenile salmon actively feed and rely on these organisms for necessary growth. Factors that influence either or both autochthonous and allochthonous production will also affect food production and the quality of rearing habitats available to young fish. Streamflow is critical to the upstream to downstream distribution and supply of invertebrates (in the form of invertebrate drift) as a major food supply for juvenile salmon.

### 3.4 JUVENILE AND SMOLT DOWNSTREAM PASSAGE

Characteristic of anadromous salmonids such as those found in the Yukon River Basin is a period during which juvenile fish begin a directed movement downstream. In the case of salmon and steelhead, this process is preceded and triggered by physiological changes occurring in the fish that are known as smoltification, a process that is essentially readying the fish for transition to salt water. In unregulated streams, the timing of the seaward migration of anadromous salmonids has apparently evolved in concert with the cycle of runoff from adjoining mountains and hills, and has done so as a means to increase the survival rates of the fish. The outmigration typically occurs during the spring after ice-out and in conjunction with snowmelt runoff. As noted earlier, the high flows that occur during this period likely benefit the survival of smolts in both a direct and indirect manner. The high flows allow the smolts to conserve energy since most of the work is done by the stream in the form of kinetic energy. This can have a direct influence on the smolt travel time and its ultimate condition when it reaches the ocean and its ability to survive the transition to saltwater. The increased turbidities that are generally associated with high flows also afford the smolts protection from predators during downstream passage.

In the Pacific Northwest, the Independent Science Group (ISG 1996) conducted a critical review of the literature and data pertaining to juvenile outmigration survival for the Columbia River system, which is highly regulated by a series of mainstem dams. Their analysis indicated that the relationship between flow and survival of juvenile salmonids is exceedingly complex, and can be influenced by a variety of factors, including water temperatures, predation responses to flows, biotic relationships associated with riparian and reservoir ecosystems, turbidity, and gas supersaturation. As a means to integrate all of these components into a healthy ecosystem, the ISG (1996) promoted the concept of a "normative river" system, which fundamentally suggests

that regulated rivers such as the Snake and Columbia should be managed in a fashion as close as possible to that of unregulated systems, a good example of which is the Yukon River.

An integral component of the normative river concept is variability. The ISG (1996) suggested that the most favorable flow strategy for a diverse assemblage of salmonids would be one that varies, favoring some stocks at one time and other stocks another time. In the normative river concept, this variability should, to the extent possible, mimic natural variability. Under this construct, the flow regime in regulated systems should be managed in a fashion that promotes and closely approximates key functions of natural river ecosystems, while the goal of managing unregulated systems, such as the Yukon River, should be focused on preservation of the key functions of the natural flow regime that maintain connections of all key habitat components.

Exhibit 11
Page 63 of 76

## 4. FLOW-HABITAT LINKAGES AND THEIR RELEVANCE TO FEDERAL RESERVED WATER RIGHTS IN ALASKA

It is obvious from the above reviews that the life history strategies and habitat-flow linkages for the target fish species of the Yukon River Basin are complex, being manifest in direct response to the inherently variable environmental conditions that have occurred over the hundreds of thousands, indeed millions of years, during which the different species and stocks of fish have evolved. This has created several, oftentimes overlapping life history strategies and species and stock periodicities which are collectively designed to reduce extinction risk and increase population viability. The strategies require that populations utilize a mosaic of habitat forms and types in order to achieve the greatest chances for survival, habitats that for the target fish species essentially encompass an inter-connected network of anadromous fish bearing streams throughout the entire Yukon River Basin. Not surprisingly then, my conclusion relative to whether and the extent to which federal reserved water rights should extend beyond the boundaries of reservation lands, echoes the same technical points I have expressed previously, both in the Snake River Basin Adjudication (SRBA) in Idaho and Klamath River Basin Adjudication (KRBA) in Oregon. That is, fish do not recognize nor are they constrained by arbitrary, man-imposed boundaries. As a result, to the extent that fulfillment of a particular life stage function that is critical to the purposes of conserving and protecting salmon populations within a CSU, occurs outside of or beyond the limits of the reservation boundary, federal reserved water rights should be extended to those streams. For completeness on this issue, I have summarized salient points I have articulated on the SRBA and KRBA below. These are followed by my specific conclusions related to the CSUs within the Yukon River Basin.

For the SRBA, I concluded that fulfillment of the Nez Perce Tribes's treaty rights to harvest fish from U&A fishing places requires more than just suitable habitat conditions within the immediate areas of the treaty defined U&A places. Indeed, because of the differing life history strategies and species-life stage reliance on a variety of habitat types, the need would exist to protect all habitats that factor prominently into the species' life cycle. This included habitats that may be located upstream from specific U&A places, including streams within the upper segments of a given watershed. For example, in the Salmon River Basin in Idaho, it is not uncommon for Chinook salmon to migrate long distances (greater than 1,600 km) into smaller tributaries to spawn, a pathway that would include traversing a number of U&A fishing sites. The resulting juveniles may in turn reside in the same tributaries for 1 to 2 years before smoltification and migrating downstream to the ocean. Thus, in order for adult Chinook to have been present at a specific U&A fishing site for a given year, suitable flow-habitat conditions for spawning and juvenile rearing would have had to occur 3-4 years earlier at locations upstream

---

Exhibit 11
Page 64 of 76

from those areas. The instream flow claims we developed for those upstream sites were as biologically important and necessary as the claims directly attached to the U&As. Clearly, anadromous fish populations have developed around and are dependent upon a variety of life stage specific habitat types that are unconstrained by arbitrary boundaries within the stream.

For the KRBA, there were a number of streams for which we developed instream flow claims that were filed by the BIA on behalf of the Klamath Tribes that were outside of the original Reservation boundary. These off-reservation claims were made to provide for the habitat needs of certain life stages of important fish species that were located beyond the Reservation boundaries. Just as in the SRBA, it was recognized that the fish species of interest to the Klamath Tribes are not constrained by geographic boundaries and may freely migrate from one area that is within the Reservation boundary to another area outside the boundary, and vice versa.[3] Like in the SRBA, such excursions can occur as part of spawning migrations whereby adult fish move upstream from a lake (Upper Klamath Lake) or portions of larger mainstem rivers to spawning areas located in smaller streams and tributaries. In both cases, fish may move from areas within the Reservation boundary to spawning areas located in stream segments outside of the former Reservation boundary. Progeny of these fish may rear and grow for several years in these same streams before becoming adults and migrating downstream to lower river segments or to the lake to reside. These types of migrational patterns result in strong temporal and spatial connections between various life history stages of the species and a range of habitats that can extend from the upper to lower portions of the watershed. These connections transcend any specific location that may be defined by a Reservation boundary. Interestingly, the motion to summarily dismiss "claims for water sources not within the reservation" filed by a number of Contestants in the Klamath Basin Adjudication was denied.[4] In so doing, it was noted that the Claimants (i.e., BIA) must be given the chance to prove their case, which involves both on-reservation and off-reservation claims.

Relative to my conclusions concerning reserved rights and CSUs, it is my understanding that the specific purposes for which the Yukon Flats NWR (and I assume the other NWRs bordering or encompassing portions of the Yukon River) was established and should be managed for includes:

[3] See Affidavit of Dr. Dudley W. Reiser, January 19, 2006. Case Number 280. In the Matter of the Determination of the Relative Rights of the Waters of the Klamath River, a Tributary of the Pacific Ocean

[4] See Order on Motions for Ruling on Legal Issues, November 7, 2006. Case Number 280. In the Matter of the Determination of the Relative Rights of the Waters of the Klamath River, a Tributary of the Pacific Ocean. Rick Barber, Administrative Law Judge, Office of Administrative Hearings.

Exhibit 11
Page 65 of 76

i.    to conserve fish and wildlife populations and habitats in their natural diversity including, but not limited to, canvas-backs and other migratory birds, Dall sheep, bears, moose, wolves, wolverines and other furbearers, caribou, and salmon;

ii.    to fulfill the international treaty obligations of the United States with respect to fish and wildlife and their habitats;

iii.    to provide, in a manner consistent with the purposes set for in subparagraphs (i) and (ii), the opportunity for continued subsistence uses by local residents; and

iv.    to ensure, to the maximum extent practicable and in a manner consistent with the purposes set forth in paragraph (i), water quality and necessary water quantity within the refuge.

The first two of these are particularly relevant for considering the technical basis behind an "off-reservation" water right, with both leading me to conclude that such a reservation is appropriate and consistent with the purposes of the CSU. In the first case, I note that salmon are the only group of fish expressly mentioned under the first mandate of conserving fish and wildlife populations and habitats in their natural diversity. Further, I have interpreted the term "conserve" in the context of "conservation" which connotes the notion of preservation and protection of specific fish and wildlife populations, and "natural diversity" in the context of variety and variability of habitats. The key elements here are that salmon populations inherently require a wide array of habitat types to complete their life cycle, habitats that in the case of the Yukon River Basin, extend well beyond the boundaries of any specific CSU. Thus, to be consistent with the stated purposes of the CSU/NWR, conservation/protection of these populations within a federal reserved water right context would require an extension of these reserved water rights to all segments of the river that are used by the salmon populations to complete their life cycle. To do otherwise, i.e., to limit the reserved right only to the boundaries of the CSU would be tantamount to saying that the life cycle of the salmon populations occurs entirely within the federal reserved waters bounded by a given CSU.

In the second case (i.e., fulfillment of treaty obligations of fish and wildlife), the Pacific Salmon Treaty (PST) that was originally ratified in 1988 contained language regarding the shared management of a number of salmon stocks between the United States and Canada, including the Yukon River. The PST was amended in 2002 and now includes for the Yukon River specific escapement goals and harvest sharing arrangements for chum and Chinook salmon between the United States and Canada. Implicit within this agreement is that the United States continue to preserve, provide, and protect the habitats and streamflow conditions in the United States portion of the Yukon River that are needed to sustain salmon populations returning to the upper Yukon River Basin in Canada. Such habitats and flow conditions extend beyond the boundaries of a

Exhibit 11
Page 66 of 76

specific CSU to other reaches of river that are used by salmon populations to complete important life history functions. Thus, to the extent one of the purposes of a federal CSU is to fulfill international treaty obligations regarding fish (salmon) and wildlife populations, and federal reserved water rights are ascribed to the CSU, the reserved rights should logically (based on biological needs) extend to all of those waters to which the salmon populations are reliant.

My overall conclusion is consistent with those I expressed in the SRBA and KRBA relative to the need for maintaining biological connectivity between segments of river, both those adjoining federal reserved lands, as well as those upstream or downstream that are needed to accommodate certain life history functions and habitat needs of target fish species. Interestingly, the Arctic-Yukon-Kuskokwin Salmon Research & Restoration Plan (RRP 2006) prepared by the Arctic-Yukon-Kuskokwin (AYK) Sustainable Salmon Initiative Scientific and Technical Committee specifically lists four restoration topics related to protecting important life stage specific habitats within the Yukon River Basin and maintaining biological connectivity between them. These include the reconnection of fragmented spawning or rearing habitat; restoration of over-winter habitat such as pools; restoring riparian vegetation; and restoration of spawning and egg incubation habitats.

Exhibit 11
Page 67 of 76

# REFERENCES

ADF&G (Alaska Department of Fish and Game). 1985. Alaska Habitat Management Guide, Southcentral Region. Vol. I: Life Histories and Habitat Requirements of Fish and Wildlife. Alaska Department of Fish and Game/Habitat Division, Juneau, Alaska. 429 p.

Alt, K.T. 1973. Age and growth of the inconnu *Stenodus leucichthys* in Alaska. Journal of the Fisheries Research Board of Canada 30:457-459.

Alt, K.T. 1987. Review of inconnu *Stenodus leucichthys* studies in Alaska. Alaska Department of Fish and Game, Federal Aid in Fish Restoration, Fishery Manuscript Number 3, Juneau, Alaska.

Alt, K. 1994. Sheefish: Wildlife Notebook Series. Alaska Department of Fish and Game. http://www.adfg.state.ak.us/pubs/notebook/fish/sheefish.php.

Arctic- Yukon-Kuskokwin Sustainable Salmon Initiative Scientific and Technical Committee (AYKSTC 2006). Arctic- Yukon-Kuskokwin Salmon Research & Restoration Plan. Bering Sea Fishermen's Association, 705 Christensen Drive, Anchorage, AK.

Baxter, G. 1961. River utilization and the preservation of migratory fish life. Proceedings of the Institution of Civil Engineers 18:225-244.

Bell, M.C. 1986. Fisheries handbook of engineering requirements and biological criteria. U.S. Army Corps of Engineers, Office of Chief of Engineers. Fish Passage Development and Evaluation Program, Portland, Oregon.

Bevan, D., J. Harville, P. Bergman, T. Bjornn, J. Crutchfield, P. Klingeman, and J. Litchfield. 1994. Snake River salmon recovery team: final recommendations to National Marine Fisheries Service. May 1994.

Bilby, R.E., B. Fransen, and P. Bisson. 1996. Incorporation of nitrogen and carbon from spawning coho salmon into the trophic system of small streams: evidence from stable isotopes. Canadian Journal of Fisheries and Aquatic Sciences. 53:164-173.

Bisson, P.A., R.E. Bilby, M.D. Bryant, C.A. Dolloff, G.B. Grette, R.A. House, M.L. Murphy, L.V. Koski, and J.R. Sedell. 1987. Large woody debris in forested streams in the Pacific Northwest: past, present, and future. Pages 143-190 *in* Salo and Cundy, editors. (1987).

Bjornn, T.C. 1971. Trout and salmon movements in two Idaho streams, as related to temperature, food, stream flow, cover, and population density. Transactions of the American Fisheries Society. 100:423-438.

Bjornn, T.C. 1978. Survival, production and yield of trout and chinook salmon in the Lemhi River, Idaho. University of Idaho, College of Forestry, Wildlife and Range Sciences Bulletin 27, Moscow, Idaho.

Bjornn, T.C. and D.W. Reiser. 1991. Habitat requirements of salmonids in streams. *In* Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication. 19:83-138.

Bovee, K. 1982. A guide to stream habitat analysis using the instream flow incremental methodology. U.S. Fish and Wildlife Service. FWS/OBS - 82/26.

Bovee, K.D. 1986. Development and evaluation of habitat suitability criteria for use in the instream flow incremental methodology. U.S. Fish and Wildlife Service, Biological Report 86(7).

Bovee, K. and R. Milhous. 1978. Hydraulic simulation in instream flow studies; theory and techniques. U.S. Fish and Wildlife Service. FWS/OBS - 78/33.

Bradford, M.J., A. von Finster, and P. Milligan. 2007. Life history, habitat, and the productivity of Chinook salmon from the Upper Yukon Basin. Abstract. Symposium on the Sustainability of the Arctic-Yukon-Kuskokwim Salmon Fisheries, February 6-9, 2007.

Bradford, M.J., J.A. Grout, and S. Moodie. 2001. Ecology of juvenile chinook salmon in a small non-natal stream of the Yukon River drainage and the role of ice conditions on their distribution and survival. Can. J. Zool. 79(11):2043–2054.

Brown, R. J. 2000. Migratory patterns of Yukon River inconnu as determined with otolith microchemistry and radio telemetry. M.S. Thesis. University of Alaska Fairbanks, Fairbanks, Alaska.

Bue, F.J., B.M. Borba, and D.J. Bergstrom. 2006. Yukon River fall chum salmon stock status and fall season salmon fisheries; a report to the Alaska Board of Fisheries. Special Publication No. 06-36. Alaska Department of Fish and Game, Division of Commercial Fisheries, Anchorage, Alaska.

Bue, F.J. and S.J. Hayes. 2007. 2007 Yukon Area subsistence, personal use, and commercial salmon fisheries outlook and management strategies. Regional Information Report 3A07-04. Alaska Department of Fish and Game, Division of Commercial Fisheries, Anchorage, Alaska.

Buklis, L.S. and L.H. Barton. 1984. Yukon River fall chum salmon biology and stock status. Informational Leaflet No. 239. Alaska Department of Fish and Game, Division of Commercial Fisheries, Anchorage, Alaska.

Burgner, R.L. 1991. Life history of sockeye salmon (Oncorhynchus nerka). Pages 3-117 *in* C. Groot and L. Margolis, editors. Pacific Salmon Life Histories. UBC Press, Vancouver, British Columbia.

Exhibit 11
Page 69 of 76

Cederholm, C.J. and N.P. Peterson. 1985. The retention of coho salmon (*Oncorhynchus kisutch*) carcasses by organic debris in small streams. Canadian Journal of Fisheries and Aquatic Sciences 42:1222-1225.

Chapman, D. and T.C. Bjornn. 1969. Distribution of salmonids in streams, with special reference to food and feeding. Pages 153-176 *in* H.R. MacMillan lectures in fisheries. Symposium on salmon and trout in streams, T.G. Northcote, ed.

Chapman, D.W. 1966. Food and space as regulators of salmonid populations in streams. American Naturalist. 100:345-357.

Chapman, D.W., D.E. Weitkamp, T.L. Welsh, and T.H. Schadt. 1982. Effects of minimum flow regimes on fall chinook spawning at Vernita Bar. 1978-82. Final report to Grant County Public Utility District 2 prepared by Parametrix Inc., Bellevue, Washington, and Don Chapman Consultants, McCall, Idaho.

Chisholm, I.M., W.A. Hubert, and T.A. Wesche. 1987. Winter stream conditions and use of habitat by brook trout in high-elevation Wyoming streams. Transactions of the American Fisheries Society 116:176-184.

Collings, M.R. 1972. A methodology for determining instream flow requirements for fish. Pages 72-86 *in* Proceedings, instream flow methodology workshop. Washington State Water Program, Olympia.

Collings, M.R. 1974. Generalization of spawning and rearing discharges for several Pacific salmon species in western Washington. U.S. Geological Survey Open File Report, Tacoma, Washington.

Committee on Protection and Management of Pacific Northwest Anadromous Salmonids (CPMPNAS). 1996. Upstream, salmon and society in the Pacific Northwest. National Academy Press. Washington, D.C. 1996.

Cordone, A. and D.W. Kelley. 1961. The influence of inorganic sediment on the aquatic life of streams. California Department of Fish and Game. 47:189-228.

Davis, G.E., J. Foster, C.E. Warren, and P. Doudoroff. 1963. The influence of oxygen concentration on the swimming performance of juvenile Pacific salmon at various temperatures. Transactions of the American Fisheries Society 92:111-124.

Department of Fisheries and Oceans (DFO). 2003. Pacific Region Integrated Fisheries Management Plan: Chinook and Chum Salmon, June 2003-May 2004, Yukon River, Y.T. Department of Fisheries and Oceans, Canada.

Dolloff, C.A. 1983. The relationships of wood debris to juvenile salmonid production and microhabitat selection in small southeast Alaska streams. Doctoral dissertation. Montana State University, Bozeman.

Duncan, J. and M. Bradford. 2004. Yukon River juvenile Chinook and chum salmon out-migration timing and sampling characteristics as determined using a rotary auger trap, 2003. Final Report. Prepared for the Yukon River Panel, Yukon River Commercial Fishing Association, and Tr'ondek Hwech'in First Nation. Yukon River Panel Project CRE-01-03.

Eiler, J.H., T.R. Spencer, J. J. Pella, M. M. Masuda, and R. R. Holder. 2004. Distribution and movement patterns of Chinook salmon returning to the Yukon River basin in 2000-2002. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-148, 99 p.

Eiler, J.H., T.R. Spencer, J. J. Pella, and M. M. Masuda. 2006a. Stock composition, run timing, and movement patterns of Chinook salmon returning to the Yukon River Basin in 2003. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-163, 104 p.

Eiler, J.H., T.R. Spencer, J.J. Pella, and M.M. Masuda. 2006b. Stock composition, run timing, and movement patterns of Chinook salmon returning to the Yukon River Basin in 2004. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-165, 107 p.

Everest, F.H. and D.W. Chapman. 1972. Habitat selection and spatial interaction by juvenile chinook salmon and steelhead trout in two Idaho streams. Journal of the Fisheries Research Board of Canada 29:91-100.

Gilbert, C.H. 1913. Age at maturity of the Pacific coast salmon of the genus Oncorhynchus. Bull. U.S. Bureau of Fisheries, 32:1-22.

Griffith, J.S., Jr. 1972. Comparative behavior and habitat utilization of brook trout (*Salvelinus fontinalis*) and cutthroat trout (*Salmo clarki*) in small streams in northern Idaho. Journal of the Fisheries Research Board of Canada 29:265-273.

Groot, C. and L. Margolis (eds). 1991. Pacific salmon life histories. UBC Press, Vancouver, B.C.

Hallock, R.J., R.F. Elwell, and D.H. Fry, Jr. 1970. Migrations of adult king salmon *Oncorhynchus tshawytscha* in the San Joaquin Delta as demonstrated by the use of sonic tags. California Department of Fish and Game, Fish Bulletin 151.

Healey, M.C. 1991. Life history of Cinook salmon (*Oncorhynchus tshawytscha*). *In* C. Groot and L. Margolis, editors. Pacific Salmon Life Histories. UBC Press, Vancouver, British Columbia.

Heard, W.R. 1991. Life history of pink salmon (*Oncorhynchus gorbuscha*). Pages 121-230 *in* C. Groot and L. Margolis, editors. Pacific Salmon Life Histories. UBC Press, Vancouver, British Columbia.

Exhibit 11
Page 71 of 76

Hicks, B.J., J.D. Hall, P.A. Bisson, and J.R. Sedell. 1991. Responses of salmonids to habitat changes. American Fisheries Society Special Publication 19:483-518.

Hoar, W.S. 1953. Control and timing of fish migration. Biol. Rev. 28, 437-452 pp.

Hopewell, D. 1995. Correspondence dated June 15, 1995 to John Leshy, Solicitor, regarding Final Katie John Issue Paper and Recommendations.

Hynes, H.B.N. 1970. The ecology of running waters. University of Toronto Press, Toronto.

Independent Scientific Group. 1996. Return to the river: restoration of salmonid fishes in the Columbia River ecosystem. Development of an alternative conceptual foundation and review and syntheses of science underlying the Fish and Wildlife Program on the Northwest Power Planning Council. Draft Report prepared for the Northwest Power Planning Council.

Jang, J. and M. Bradford. 2003. Yukon River juvenile Chinook and chum salmon out-migration timing and sampling characteristics as determined using a rotary auger trap, 2002. Prepared for the Yukon River Panel, Yukon River Commercial Fishing Association, Dawson District Renewable Resources Council, and Tr'ondek Hwech'in First Nation. Yukon River Panel Project #CRE-01-02.

Johnson, J. and E. Weiss. 2007. Catalog of waters important for spawning, rearing, or migration of anadromous fishes – Interior Region, Effective June 1, 2007. Alaska Department of Fish and Game, Special Publication No. 07-04, Anchorage.

Joint Technical Committee of the Yukon River US/Canada Panel (JTC). 2006. Yukon River salmon 2006 season summary and 2007 season outlook. Regional Information Report No. 3A07-01. Alaska Department of Fish and Game, Division of Commercial Fisheries, Anchorage, Alaska.

Koski, K.V., J. Heifetz, S. Johnson, M. Murphy, and J. Thedinga. 1984. Evaluation of buffer strips for protection of salmonid rearing habitat and implications for enhancement. Pages 138-155 *in* Hassler (1984).

McCormick, S.D. and R.L. Saunders. 1987. Preparatory physiological adaptations for marine life of salmonids: osmoregulation, growth, and metabolism. *In* M. Dadswell, R. Klauda, C. Moffitt, R. Saunders, R. Rulifson, and J. Cooper, editors. Common strategies of anadromous and catadromous fishes. American Fisheries Society Symposium. 1:211-229.

McDowall, R.M. 1987. The occurrence and distribution of diadromy among fishes. *In* M. Dadswell, R. Klauda, C. Moffitt, R. Saunders, R. Rulifson, and J. Cooper, editors. Common strategies of anadromous and catadromous fishes. American Fisheries Society Symposium. 1:1-13.

Exhibit 11
Page 72 of 76

McKeown, B.A. 1984. Fish migration. Timber Press, Portland, Oregon. 224 pp.

Meehan, W.R. and T.C. Bjornn. 1991. Salmonid distributions and life histories. *In* Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication. 19:47-82.

Mills, D. 1971. Salmon and trout, a resource, its ecology, conservation, and management. St. Martins Press. New York.

Morrill, C. and T.C. Bjornn. 1972. Migration response of juvenile chinook salmon to substrates and temperatures. Research Technical Completion Report, Project A-038-IDA, Water Resources Research Institute, University of Idaho, Moscow, Idaho. 27 pp.

Morrow, J.E. 1980. The freshwater fishes of Alaska. Alaska Northwest Publishing Company, Anchorage, Alaska.

Mundy, P. and B. Watson. 1997. Migratory behavior of yearling juvenile chinook salmon and steelhead in relation to water movement in the Yakima River, Washington. Unpublished manuscript, April 14, 1997.

Murphy, M.L., J. Heifetz, S.W. Johnson, K.V. Koski, and J.F. Thedinga. 1986. Effects of clear-cut logging with and without buffer strips on juvenile salmonids in Alaskan streams. Canadian Journal of Fisheries and Aquatic Sciences. 43:1521-1533.

Murphy, M.L. and W.R. Meehan. 1991. Stream ecosystems. *In* W. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication. 19:17-46.

National Research Council (NRC). 2004. Developing a research and restoration plan for Arctic-Yukon-Kuskokwim (western Alaska) salmon. National Academy Press, Washington, D.C. 208 p.

Parker, J.F. 1991. Status of coho salmon in the Delta Clearwater River of Interior Alaska. Fishery Manuscript No. 91-4. Alaska Department of Fish and Game, Division of Sport Fish, Anchorage, Alaska.

Platts, W.S. 1991. Livestock grazing, *In* W. Meehan, editor. Influences in forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Publication 19:389-423.

Powers, P.D. and J.F. Orsborn. 1985. Analysis of barriers to upstream fish migration. Prepared for Bonneville Power Administration by Albrock Hydraulics Laboratory. Contract DE-A179-82BP36523, Project No. 82-14. August 1985. 120 pp.

Exhibit 11
Page 73 of 76

*Habitat-Flow Requirements – Yukon River Basin*

Quinn, T. 2005. The behavior and ecology of Pacific Salmon & Trout. American Fisheries Society, Bethesda Maryland, in association with University of Washington Press. Seattle, Washington.

Randall, R.G., M. Healey, and J.B. Dempson. 1987. Variability in length of freshwater residence of salmon, trout, and char, *In* M. Dadswell, R. Klauda, C. Moffitt, R. Saunders, R. Rulifson, and J. Cooper, editors. Common strategies of anadromous and catadromous fishes. American Fisheries Society Symposium. 1:27-41.

Reiser, D.W. 1997. Sediment in streams, ecological and biological implications. *In* P. Klingeman, editors. Gravel bed rivers in the environment. (in press).

Reiser, D.W. 1998a. Why fish need water: life history strategies and habitat requirements of salmonid populations in the Snake, Salmon, and Clearwater River Basins of Idaho. Expert Report prepared for the Department of Justice, Denver, Colorado.

Reiser, D.W. 1998b. Sediment in gravel bed rivers: ecological and biological considerations. Pages 199-228 *in* P. Klingeman, R. Beschta, P. Komar, and J. Bradley, editors. Gravel Bed Rivers in the Environment. Water Resources Publications, LLC.

Reiser, D.W., C. Huang, S. Beck, M. Gagner, and E. Jeanes. 2006. Defining flow windows for upstream passage of adult anadromous salmonids at cascades and falls. Transactions of the American Fisheries Society; 135:668-679.

Reiser, D.W. and R.T. Peacock. 1985. A technique for assessing upstream fish passage problems at small-scale hydropower developments. Pages 423-432 *in* F.W. Olson, R.G. White, and R.H. Hamre, editors, Symposium on small hydropower and fisheries. American Fisheries Society, Bethesda, Maryland.

Reiser, D.W. and R.G. White. 1981. Effects of flow fluctuation and redd dewatering on salmonid embryo development and fry quality. Research Technical Completion Report, Contract No. DE-AC79-79BP10848. Idaho Water and Energy Resources Research Institute, University of Idaho, Moscow, Idaho.

Rood, S.B., J.M. Mahoney, D.E. Reid, and L. Zilm. 1995. Instream flows and the decline of riparian cottonwoods along the St. Mary River, Alberta. Canadian Journal of Botany. 73(8):1250-1260.

Salo, E.O. 1991. Life history of chum salmon (*Oncorhynchus keta*). Pages 233-309 *in* C. Groot and L. Margolis. Pacific Salmon Life Histories. UBC Press, Vancouver, British Columbia.

Sandercock, F.K. 1991. Life history of coho salmon (*Oncorhynchus kisutch*). Pages 397-445 *in* C. Groot and L. Margolis. Pacific Salmon Life Histories. UBC Press, Vancouver, British Columbia.

Exhibit 11
Page 74 of 76

*Habitat-Flow Requirements – Yukon River Basin*

Schonewille, B. and I. Anderton. 2006. 2005 Porcupine River coho radio tagging/telemetry pilot project. Prepared by Environmental Dynamics Inc. for the Vuntut Gwichin First Nation and the Yukon River Panel Restoration and Enhancement Fund. Yukon River Panel Project CRE-18N-05.

Scott, W.B. and E. J. Crossman. 1973. Freshwater fishes of Canada. Bulletin 184, Fisheries Research Board of Canada, Ottawa

Scott M.L., G.T. Auble, and J.M. Friedman. 1997. Flood dependency of cottonwood establishment along the Missouri River, Montana USA. Ecological Applications. 7(2):677-690.

Sheridan, W.L. 1962. Waterflow through a salmon spawning riffle in Southeastern Alaska. U.S. Fish and Wildlife Service Special Scientific Report Fisheries 407.

Smith, J.J. and H.W. Li. 1983. Energetic factors influencing foraging tactics of juvenile steelhead trout. *Salmo gairdneri*. Pages 173-180 *in* D.L.G. Noakes, D.G. Lindquist, G.S. Helfman, and J.A. Ward, editors. Predators and prey in fishers. Dr. W. Junk, The Hague, Netherlands.

Spencer, T.R., T. Hamazaki, and J.H. Eiler. 2005. Mark-recapture abundance estimates for Yukon River Chinook salmon in 2002. Fishery Data Series No. 05-75. Alaska Department of Fish and Game, Division of Sport Fish, Anchorage, Alaska.

Spencer, T.R., T. Hamazaki, and J.H. Eiler. 2006. Mark-recapture abundance estimates for Yukon River Chinook salmon in 2003. Fishery Data Series No. 06-31. Alaska Department of Fish and Game, Division of Sport Fish, Anchorage, Alaska.

Spencer, T.R., T. Hamazaki, and J.H. Eiler. 2007. Mark-recapture abundance estimates for Yukon River Chinook salmon in 2004. Fishery Data Series No. 07-30. Alaska Department of Fish and Game, Division of Sport Fish, Anchorage, Alaska.

Stromberg, J.C. and D.T. Patten. 1991. Instream flow requirements for cottonwoods at Bishop Creek, Inyo County, California. Rivers 2:1-11.

Thompson, K. 1972. Determining stream flows for fish life. Pages 31-50 *in* Proceedings, instream flow requirements workshop. Pacific Northwest River Basins Commission, Vancouver, Washington.

Tobin, J.H., III and K.C. Harper. 1999. Abundance and run timing of adult salmon in the East Fork Andreafsky River, Yukon Delta National Wildlife Refuge, Alaska, 1998. Alaska Fisheries Data Series No. 99-3. U.S. Fish and Wildlife Service, Kenai Fishery Resource Office, Kenai, Alaska.

Exhibit 11
Page 75 of 76

Trihey, W. and D.L. Wegner. 1981. Field data collection procedures for use with the physical habitat simulation system of the instream flow group. U.S. Fish and Wildlife Service, Cooperative Instream Flow Service Group, Fort Collins, Colorado.

Tschaplinski, P.J. and G.F. Hartman. 1983. Winter distribution of juvenile coho salmon (*Oncorhynchus kisutch*) before and after logging in Carnation Creek, British Columbia, and some implications for overwinter survival. Canadian Journal of Fisheries and Aquatic Sciences. 40:452-261.

U.S. Fish and Wildlife Service (USFWS). 2006. Cyber Salmon: Fish. U.S. Fish and Wildlife Service – Fairbanks Office. http://cybersalmon.fws.gov/csamfish.htm.

Waters, T. 1996. Sediment. Special publication of the American Fisheries Society.

Wells, R.A. and W.J. McNeil. 1970. Effect of quality of the spawning bed or growth and development of pink salmon embryos and alevins. U.S. Fish and Wildlife Service Special Scientific Report Fisheries 616.

White, R.G., J.H. Milligan, A.E. Bingham, R.A. Ruediger, T. Vogel, and D.H. Bennett. 1981. Effects of reduced stream discharge on fish and aquatic macroinvertebrate populations. University of Idaho, Water and Energy Resources Research Institute, Research Technical Completion Report, Project B-045-IDA, Moscow, Idaho.

Whitman, R.P., T.P. Quinn, and E. Brannon. 1982. Influence of suspended volcanic ash on homing behavior of adult chinook salmon. Transactions of the American Fisheries Society. 111:63-69.

Wickett, P. 1954. The oxygen supply to salmon eggs in spawning beds. Journal of the Fisheries Research Board of Canada. 11:933-953.

Internet searches - http://www.cf.adfg.state.ak.us/region3/yukhome.php

**GIS References**

Administrative Large Parcel Boundaries. National Park Service U.S. Department of the Interior. ftp://ftp.dnr.state.ak.us/asgdc/adminbnd.zip

Alaska Major Rivers. Alaska Department of Natural Resources - Land Records Information Section. http://mapper.landrecords.info/SpatialUtility

Coverage YUK_DA National Stream Quality Accounting Network (NASQAN) Yukon River Basin, Canada and Alaska Major Basins - Yukon River Basin. U.S. Geological Survey. http://agdc.usgs.gov/data/usgs/water/yukon.html

Fish Distribution Database (FDD). Alaska Department of Fish and Game. http://www.sf.adfg.state.ak.us/SARR/FishDistrib/FDD_gisdata.cfm