IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATIE JOHN, *et al.*  )
 )
      Plaintiffs,  )
 )
v.  )
 )
UNITED STATES OF AMERICA, *et al.*  )   No. 3:05-cv-00006 (HRH)
 )   (Consolidated)
      Defendants,  )
_____)

## DECLARATION OF THELMA STARR

I, Thelma Starr, declare and state as follows :

1    I am a Koyukon Athabascan and a member of the Native Village of Tanana.

2.    I live in the Village of Tanana and am employed by the Native Village of Tanana Tribal Council as the Realty Director.

4.    The Bureau of Indian Affairs has a realty program to administer Alaska Native allotments

5.    The Tanana Tribal Council has a compact with the Bureau of Indian Affairs pursuant to Title IV of the Indian Self-Determination Act (25 U.S.C § 458aa) to assist Native allottees and administer Native allotments in the Tanana region

6.    As the Realty Director for Tanana Tribal Council, I serve as the point of contact for Native allottees that have questions related to the administration of their allotments.

Exhibit 12
Page 1 of 11

7. I work with individuals in the Tanana Council office and provide counseling and advice to Native allottees regarding probate, gift deeds, sales, leases, the grants of rights-of-way related to allotments, trespass claims, or any other land-related transactions of any kind.

8. Attached to my affidavit is a map of Alaska Native allotments in the Tanana Village area that have been certified and fall within our administrative area. Most of the allotments are on the Yukon River. This is because subsistence fishing is the primary use made of these Native allotments. There are approximately 131 Alaska Native allotment parcels in the Tanana service area. All of these allotments currently have a restriction on alienation. Thus, the final approval of a sale or lease, or the grant of a right-of-way, must ultimately be made by the BIA Regional Director; this authority by law is not contractible to the Tanana Tribal Council because it is an inherently federal function.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 2nd Day of Oct, 2007

*Thelma Starr*
Thelma Starr

-2-

Exhibit 12
Page 2 of 11

TANANA IRA NATIVE COUNCIL
P.O. BOX 73
TANANA, ALASKA 99777
707-366-7160

4/19/89

April 6, 1989

Stanley H. Bronczyk
Bureau of Land Management
Alaska State Office
701 C Street, Box 13
Anchorage, AK 99513-0099

...forward to receiving all information on the enclosed Native Allotments. If you should need any more information, please feel free to call me at 366-7160.

Thank you for your assistance.

Sincerely,

*Irene Nicholia*

Irene Nicholia
Programs Administrator

IN;mg

Enclosure

Exhibit 12
Page 3 of 11

TANANA IRA NATIVE COUNCIL
P.O. BOX 93
TANANA, ALASKA 99777
907-366-7160

BIA - Fairbanks Agency
Allotment Status Report
New Tanana (A-K)
As of November 11, 1987

| ALLOTTEE | BLM # | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| ALBERT, ABRAHAM | F- 000469 | | 160.00 | A,SR ACTIVE |
| ALBERT, FLORENCE (D) | FF-013561 | A&B | 160.00 | AWAITING SURVEY P, SR |
| ALBERT, FRANK | F- 033651 | AGUILAR | 160.00 | ACTIVE A, SR |
| ALBERT, OLD (D) | F- 000471 | AGUILAR | 160.00 | ACTIVE ON RESO SR, A |
| ALBERT, RALPH | F- 016935 | | 100.00 | AWAITING SURVEY CR,A,SR |
| ALEXANDER, CHIEF (D) | F- 000426 | AGUILAR | 160.00 | ACTIVE |
| ALEXANDER, FRANK (D) | F- 000997 | | 0.00 | CLOSED-RQ CERT |
| ALEXANDER, TITUS | F- 001774 | | 154.93 | CLOSED-CONVEY B-RI A=SR,A |
| ANDON, S. MARIE E. | FF-013546 | A&B | 160.00 | ACTIVE F&P |
| ANTOSKI, HARPER | FF-016624 | | 160.00 | ACTIVE SR,A, LT |
| ANTOSKI, LAWRENCE (D) | FF-016625 | | 80.00 | ACTIVE P,A,SR |
| BARKER, ANNA G. | FF-001058 | | 45.00 | ACTIVE P,SR,A (1906) |
| BUTLER, JAMES | F- 000446 | | 160.00 | ACTIVE SR |
| CARLO, HELENA M. | FF-013665 | | 40.00 | ACTIVE |

Exhibit 12
Page 4 of 11

| Name | File # | | Acres | Status |
|---|---|---|---|---|
| | | | | B=SR,A  A=RJ |
| CARLO, WILLIAM JR. | FF 014769 | | 160.00 | ACTIVE-LT |
| COSCHAKET, ALBERT | F- 000460 | | 0.00 | CLOSED-CONVEYED NEW # F-002366 |
| COSCHAKET, CHARLEY * | F- 000459 | | 0.00 | CLOSED SR |
| COSCHAKET, CHARLEY | F- 002366 | AGUILAR | 160.00 | ACTIVE SR |
| COSCHAKET, JOHN (D) | F- 000864 | | 160.00 | ACTIVE |
| DANNUEL, MATTHEW | F- 000445 | | 116.93 | CLOSED-CERT SR,A |
| DICK, ARLAND | FF-013247 | | 160.00 | AWAITING SURVEY |

--------------

PG. 1 TOTAL 2936.86 acres

| Name | File # | | Acres | Status |
|---|---|---|---|---|
| | | | | SR,A |
| DICK, MARY ANN * | FF-013248 | | 160.00 | ACTIVE SR,A |
| DICK, ZELMA * | FF-013249 | | 160.00 | AWAITING SURVEY RQ |
| EDWIN, ANNIE (D) * | F- 001001 | | 0.00 | CLOSED-NO CNVY |
| EDWIN, GEORGE (D) * | F- 000462 | A&B= | 0.00 | CLOSED-RQ A&B=SR |
| EDWIN, LEE B. JR. (D) | FF-013479 | AGUILAR | 160.00 | ACTIVE SR,A |
| EDWIN, LEE SR. (D) | FF-013042 | | 160.00 | AWAITING SURVEY SR,A |
| EDWIN, MARIAN | FF-017124 | | 160.00 | ACTIVE SR |
| ELIA, DAVID (D) * | FF-013251 | | 160.00 | AWAITING SURVEY SR,A |
| ERHART, JOSEPHINE G. * | FF-013837 | | 160.00 | ACTIVE CERT |
| ESAU (D) * | F- 000477 | | 132.49 | CLOSED-CONVYED CERT |
| EVAN, ANDREW * | F- 000449 | | 151.07 | CLOSED-CONVYED F |
| EVAN, JUSTIN/JESSON * | F- 000432 | | 160.00 36.100 | ACTIVE =CERT |
| EVAN, YOUNG JOHN * | F- 000456 | AGUILAR | 116.21 79.970 | ACTIVE A,SR =CERT |

Exhibit 12
Page 5 of 11

| Name | File No. | Code | Amount | Status |
|---|---|---|---|---|
| FOLGER, BERTHA C. * | FF-014436 | A&B | 80.00 | ACTIVE  SR A  SR, A |
| FOLGER, ELIZABETH * | FF-016629 |  | 80.00 | AWAITING SURVY A&B=SR, A |
| FOLGER, FRANK * | FF-013569 | A&B | 160.00 | ACTIVE A&B=SR, B=CN/SS |
| FOLGER, JAMES ROY * | FF-016630 | A&B | 160.00 | AWAITING SURVY P,F |
| FOLGER, JOHN K. * | FF-016631 |  | 160.00 | ACTIVE SR,A |
| FOLGER, WILLIAM JR. | FF-013570 |  | 120.00 | ACTIVE SR |
| GEORGE, JOHN | F- 000840 | AGUILAR | 160.00 | ACTIVE SR,A |
| GRANT, ALFRED | FF-016244 |  | 80.00 | ACTIVE |
| GRANT, OLDMAN | F- 000991 |  | 152.19 | CLOSED-CERT |
|  |  | B= | 79.990 | CT |
| HENRY, DAVID J. (D) * | FF 013572 | A&B | 80.00 | ACTIVE A=P,SR |
| HENRY, PETER | F-000423 |  | 0.00 | CLOSED-NO CNVY |
|  | F- |  | 0.00 | * |
| HUNTER, JOSEPH * | F- 000430 |  | 153.51 | CLOSED-CERT SR,A,P |
| JAMES, SIMON * | F- 000428 | AGUILAR | 160.00 | ACTIVE SR,A,P |
| JOHN, JOSEPH * | FF 013255 |  | 160.00 | ACTIVE SR,A |
| JOHN, MARION (CHARLEY) D * | FF 014362 |  | 80.00 | AWAITING SRVEY A |
| JORDON, THEODORE | FF 016940 |  | 80.00 | AWAITING SRVEY SR,A |
| JOSEPH, BENJAMIN (D) | FF 014663 |  | 160.00 | AWAITING SURVY CERT |
| JOSEPH, EDGAR * | F- 002363 |  | 126.79 | CLOSED-CONVYED SR,P,A |
| JOSEPH, GODFREY * | FF 013574 |  | 160.00 | AWAITING SURVY SR, A |
| JOSEPH, MARION * | FF 016246 | A&B | 160.00 | AWAITING SURVY SR,A |
| JOSEPH, PETER (D) * | FF 013575 | C=AGUILAR | 120.00 | AWAITING SURVY RQ |

Exhibit 12
Page 6 of 11

| ALLOTTEE | BLM# | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| JOSEPH, SAM (D) | F- 000451 | | 0.00 | CLOSED |
| JOSEPH, WILLIAM (D) * | F- 000464 | AGUILAR??? | 160.00 | ACTIVE F |
| KENNEDY, ANDREW C. (D) | FF 013532 | | 145.00 | ACTIVE F |
| KENNEDY, CHARLEY (D) | F-000454 | AGUILAR | 320.00 | ACTIVE A, SR |
| KOKRINE, ANDREW (D) | FF 013532 | | 145.00 | ACTIVE F |
| KOKRINE, BERGMAN J. (D) | FF 016249 | | 160.00 | ACTIVE |
| KOKRINE, ROBERT L. | FF 013358 | A&B | 160.00 | AWAITING SURVY P |
| KOZEVNIKOFF, AMBROSE (D) * | FF 017770 | | 80.00 | ACTIVE SR |
| KOZEVNIKOFF, EILEEN W. | FF 015035 | | 160.00 | AWAITING SURVY SR, A |
| KOZEVNIKOFF, WILFRED | FF 015036 | | 160.00 | AWAITING SURVY |

```
PAGE 1              26         2936.86
PAGE 2              26         3421.86
PAGE 3              26         3284.78
                   ---         -------
        TOTALS:     78         9643.50
```

| ALLOTTEE | BLM# | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| LINOUS, WILLIAM | F- 000431 | | 81.90 | CERT CLOSED-CNVY P, F |
| LUCAS, LUKE (D) * | F- 002389 | | 160.00 | ACTIVE RQ |
| LUKE, TEDDY * | FF-015573 | A&B | 0.00 | CLOSED A&B=SR, A |
| MATTHEW, ARTHUR * | FF-014542 | | 160.00 | AWAITNG SRVY SR, A |

Exhibit 12
Page 7 of 11

| ALLOTTEE | BLM # | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| MAYO, ALFRED * | FF-014026 | | 160.00 | AWAITNG SRVY SR,A,F |
| MAYO, KATHERINE * | FF-014571 | A&B | 159.93 | ACTIVE-LT F |
| MAYO, KATHERINE I * | FF-013673 | | 160.00 | ACTIVE SR,A |
| McCOTTER, HARRIET | FF-012004 | | 71.00 | ACTIVE CERT |
| MINOOK, ADAM (D) * | F-001002 | | 124.37 | CLOSED-CNVYD B&C=A B=SR A=RL |
| MOORE, AGNES MAYO * | FF-013514 | A, B&C | 80.00 | ACTIVE-LT D=RJ A&B=P,F |
| MOSELEY, ELEANOR | FF-013359 | A&B | 160.00 | ACTIVE CERT |
| MOSES, BIG | F-002362 | | 55.56 | CLSD-CNVYD SR |
| MOSES, ELIZAH BURKE * | FF-016942 | | 160.00 | AWAITNG SRVY SR,A |
| MOSES, MILTON | FF-013535 | | 160.00 | AWAITNG SRVY |
| NICHOLIA, FRED (D) | FF-000453 | | 0.00 | |

PAGE 4 TOTAL:    CERT A=RJ

| ALLOTTEE | BLM # | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| NICHOLIA, ALFRED (?) * | F-000453 (?) | | | SR,A |
| NICHOLIA, FRED (D) | F- 000453 | | 160.00 | AWTNG SRVY RQ |
| NICHOLIA, JOSEPH (D) | F- 000461 | | 0.00 | CLOSED CERT |
| NICHOLIA, JOSEPH | FF-002057 | | 147.68 | CLOSED-CNVY SR,A |
| NICHOLIA, LINDA S. * | FF 016639 | | 160.00 | AWATNG SRVY ALL=SR, A |
| NICHOLIA, MAGGIE * | FF-013579 | A,B&C | 160.00 | AWATNG SRVY SR,A |
| NICHOLIA, MILTON L. | FF-013257 | | 160.00 | AWATNG SRVY |

PG. 4 TOTAL: 3040.42 ACRES

| ALLOTTEE | BLM # | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| * NICHOLIA, PETER (D) | FF-013258 | | 160.00 | SR,A AWAITNG SRVY SR,A |

Exhibit 12
Page 8 of 11

| Name | File No. | Codes | Amount | Status |
|---|---|---|---|---|
| NICHOLIA, SUSIE | FF-0186* | | 155.05 | AWAITING SRVY |
| NICHOLIA, THOMAS (D) | FF-001922 | | 0.00 | |
| * | | A= | 39,990 | CERT |
| | | | | BCD=SR,A |
| NICHOLIA, WALTER | FF-016253 | A,B,C,D | 120.00 | AWAITNG SRVY F |
| NICHOLIA, WAYNE | FF-016641 | | 80.00 | ACTIVE |
| PAUL, HENRY | F- 000475 | | 0.00 | CLSD-NO CNVY |
| * | | | | SR,P,A |
| PEARSON, MARY L. | FF-013362 | | 160.00 | ACTIVE |
| | | | | P,F |
| PETERS, HARDY (D) | FF-013675 | | 80.00 | ACTIVE |
| PILOT, ALBERT (D) | F- 000452 | | 0.00 | CLOSED |
| * | | | | CERT |
| PILOT, DICK (D) | F- 000999 | | 142.88 | CLOSD-CNVYD |
| * | | | | RQ |
| RILEY, OLD MAN (D) | F- 000457 | | 0.00 | CLSD-NO CNVY |
| | | | | SR, A |
| ROBERTS, BERNADETTE | FF-014450 | | 140.00 | AWAITING SRVY |
| SMOKE, JOHNNY | F- 000992 | | 0.00 | CLSD-NO CNVY |
| | | | | SR,A,P |
| SPORT, CHIEF LIGE (D) | F- 000843 | | 160.00 | ACTIVE |
| SOMMER, MAUDREY | FF-013679 | | 160.00 | ACTIVE-LT |
| * | | | | ALL=SR, A |
| STARR, ALFRED (D) | FF-019491 | A,B,C,D | 160.00 | AWATNG SRVY F |
| STARR, ALLEN | FF-013584 | | 160.00 | ACTIVE |
| | | | | SR, A |
| STARR, JOHN A. JR. | FF-013680 | | 160.00 | AWATNG SRVY |
| * | | | | RQ |
| STARR, JOHN SR. (D) | F- 000450 | | 0.00 | CLSD-NO CNVY |
| STEVENS, ARTHUR | FF-021769 | | 0.00 | |
| * | | | | |
| SWENSON, JOHN R. (D) | FF-016653 | | 160.00 | ACTIVE |
| * | | | | A&B=SR,A |
| SWENSON, THOMAS R. | FF-013586 | A&B | 130.00 | ACTIVE |
| WILLIAM, HUNCHBACKED (D) | FF-000865 | | 157.63 | CLSED-CERT |
| WILLIAMS, LUCAS | F- 000437 | | 0.00 | |

Exhibit 12
Page 9 of 11

PG. 5 TOTAL: 2670.49   3

| ALLOTTEE | BLM # | TYPE | ACREAGE | STATUS |
|---|---|---|---|---|
| WILLIAMS, ALEXANDER | F- 000422 | | 160.00 | A,SR ACTIVE |
| WILLIAMS, PAUL (D) | F- 000420 | | 0.00 | CLOSD-CNVY A&B=CERT |
| WOODS, WALTER E. SR. (D) | FF 014548 | A&B | 159.94 | CLOSD-CNVY CERT |
| YASKA | F- 001005 | | 152.72 | CLOSD-CNVYD SR |
| YOUNG, CHARLIE (D) | F- 000447 | | 160.00 | ACTIVE |
| | FF | | 0.00 | |
| | FF | | 0.00 | |
| | FF | | 1.00 | |

|  | SUMMARY | |
|---|---|---|
|  | CASES | ACRES |
| PAGE 4 | 26 | 3040.42 |
| PAGE 5 | 26 | 2670.49 |
| PAGE 6 | 5 | 632.66 |
| TOTAL: | 57 | 6343.57 |

Exhibit 12
Page 10 of 11

Map Scale 1:350,000

Source of Map from Tanana Chiefs
Conference Land Department

Exhibit 12
Page 11 of 11