Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-0006-HRH |
| | ) | (Consolidated with |
| v. | ) | No. 3:05-cv-0158-HRH) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | NOTICE OF CONTINUED FILING |
| | ) | OF EXHIBITS ATTACHED TO |
| Defendants, | ) | JOHN OPENING BRIEF |
| | ) | "WHICH WATERS" |

Plaintiffs Katie John *et al* hereby give notice to the court of filing addition

Exhibits to be attached to the Opening Brief "Which Waters" filed at Docket No. 137.

Attached hereto are Exhibit 14 &15.

Dated: October 12, 2007

                                        Respectfully submitted,

                                        s/ Heather R. Kendall Miller
                                        Heather R. Kendall Miller
                                        Alaska Bar No. 9211084
                                        NATIVE AMERICAN RIGHTS FUND
                                        420 L St., Suite 505
                                        Anchorage, Alaska 99501
                                        Telephone (907 276-0680
                                        Facsimile: (907) 276-2466
                                        Email: kendall@narf.org

                                        Counsel for Katie John *et al.*