United States Department of the Interior

OFFICE OF THE SOLICITOR
WASHINGTON, D.C. 20240

30 JUN 1976

MEMORANDUM

To: All Associate Solicitors, Regional Solicitors and Field Solicitors

From: Solicitor

Subject: Solicitor's Opinion, M-36289, (August 19, 1955) "Water Rights for Indian Allotments on Ceded Land and Public Domain"

The last paragraph of the subject Solicitor's Opinion concludes that Indian allotments on the public domain do not have reserved water rights. A copy of the Opinion is attached. That conclusion conflicts with the position taken by this Office in currently existing litigation and, hence, the last paragraph of the subject Solicitor's Opinion is hereby withdrawn.

Pending further judicial clarification, no Solicitor's Opinion will be issued on this question.

H. Gregory Austin
Solicitor

Attachment

bcc: Secretary file
Docket file
Solicitor file
SMcElroy file (2)
RBuckner file
DIA reading file
Hold copy

SMcElroy:rb  6/28/76

EXHIBIT 19