Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-0006-HRH |
| | ) | (Consolidated with |
| v. | ) | No. 3:05-cv-0158-HRH) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | NOTICE OF FILING |
| | ) | OVER SIZE EXHIBIT |
| Defendants, | ) | |
| | ) | |

Plaintiffs Katie John *et al* hereby give notice to the court of filing over size exhibit labeled Exhibit 2 in the Katie John opening brief on the "Which Waters Issue." Plaintiffs Katie John *et al* will hand deliver the exhibit to the court for filing. Copies of Exhibit 2 will be mailed by first-class mail to all parties on the service list.

Dated: October 15, 2007

Respectfully submitted,

s/ Heather R. Kendall Miller
Heather R. Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone (907 276-0680
Facsimile: (907) 276-2466

Email: kendall@narf.org

Counsel for Katie John *et al.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2007, a copy of the foregoing Plaintiffs' Notice of Filing Over Size Exhibit was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


s/  Heather Kendall Miller