MINUTES OF THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA


KATIE JOHN                              v.   UNITED STATES OF AMERICA

                                             **3:05-cv-0006-HRH**
                                             [consolidated with
The Honorable H. RUSSEL HOLLAND              CASE NO.   3:05-cv-0158-HRH]


Deputy Clerk                                 Official Recorder

_____                      _____


APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Upon consideration of Katie John <u>et al.</u>'s motion to file an over-length brief (Docket No. 135),

IT IS HEREBY ORDERED that Plaintiff Katie John <u>et al.</u>'s motion to file an over-length brief is granted.