Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel:  (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Plaintiff-Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATIE JOHN, *et al.*

                  Plaintiffs,

     vs.

UNITED STATES OF AMERICA, *et al.*

                  Defendants.

_____

STATE OF ALASKA,

                  Plaintiff,

     and

ALASKA FISH AND WILDLIFE
FEDERATION AND OUTDOOR
COUNCIL, *et al.*

                  Plaintiff-Intervenors,

     vs.

GALE NORTON, Secretary of the Interior,
*et al.*

                  Defendants,

Case No. A05-0006-CV (HRH)
(Consolidated with)
Case No. A05-0158-CV (HRH)

**AOC INTERVENORS' JOINDER
WITH THE STATE OF ALASKA'S
OPENING BRIEF ON WHICH
WATERS SPECIFYING TEST CASE
CATEGORIES WITH SAMPLE
WATER BODIES**

- 1 -

and

KATIE JOHN, *et al.*

        Defendant-Intervenors,

and

ALASKA FEDERATION OF NATIVES,

        Defendant-Intervenor.

_____

-AND-

LINCOLN PERATROVICH, et al.,

        Plaintiffs,

    vs.

UNITED STATES OF AMERICA, et al.,

        Defendant,

   And

STATE OF ALASKA,

        Defendant-Intervenor.

_____

Case No. 3:92-cv-0734-HRH

The Alaska Fish and Wildlife Federation and Outdoor Council, the Alaska Fish and Wildlife Conservation Fund, Michael Tinker, and John Conrad (collectively "AOC Intervenors") join in Plaintiff State of Alaska's Opening Brief On Which Waters Specifying Test Case Categories With Sample Water Bodies.

///

///

AOC INTERVENORS' JOINDER IN
STATE OF ALASKA'S OPENING BRIEF – WHICH WATERS

Dated October 25, 2006.

s/ Will Sherman
Attorney for Plaintiff-Intervenors
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2007, a copy of the foregoing document was served electronically via ECM/ECF.

s/  Will Sherman
Certification Signature

AOC INTERVENORS' JOINDER IN
STATE OF ALASKA'S OPENING BRIEF – WHICH WATERS