RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | No. 3:05-cv-00006 - HRH<br>        (Consolidated)<br><br>**Peratrovich Plaintiffs Unopposed Motion for Extension of Due Date for Submission of Supplemental Brief on "Which Waters" Issue** |

The Peratrovich plaintiffs move on an unopposed basis for an extension from October 26, 2007, to October 29, 2007 of the due date for submission of their supplemental brief on the "which waters" issue. The Court's July 17, 2007, Revised Scheduling Order directed the Peratrovich Plaintiffs to file their supplemental brief by October 26, 2007 (Docket 133).

The State of Alaska, the Federal Defendants, Katie John parties, the Alaska Outdoor Council and the Alaska Federation of Natives have all indicated they do not oppose this Motion. Thus, this Motion is unopposed.

WHEREFORE, the Peratrovich Plaintiffs respectfully request the Court extend from October 26, 2007, to October 29, 2007, the due date for submission of their supplemental brief on the "which waters" issue.

Dated:  October 25, 2007

LUEBBEN JOHNSON & BARNHOUSE LLP

By   /s/ Randolph H. Barnhouse
Randolph H. Barnhouse
7424 4th Street N.W.
Los Ranchos de Albuquerque,
   New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
E-Mail:  dbarnhouse@luebbenlaw.com


CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, a copy of the foregoing document was served electronically on:

| Name | Email |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| James H. Lister | jlister@dc.bhb.com, bwines@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |

/s/ Randolph H. Barnhouse