RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*, ) <br> ) <br> Plaintiffs,  ) <br> ) <br> ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants.  ) <br> _____ ) | No. 3:05-cv-00006 - HRH <br> (Consolidated) <br><br> **(Proposed) Order** |

IT IS HEREBY ORDERED that the Peratrovich Plaintiffs Unopposed Motion for Extension of Due Date for Submission of Supplemental Brief on the "Which Waters" Issue, filed on October 25, 2007, is GRANTED. The due date established by the Court's July 17, 2007, Order (Docket 133) is extended to October 29, 2007.

Dated this _____, day of _____, 2007.

_____
H. RUSSELL HOLLAND
United States District Judge