## MINUTES OF THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

KATIE JOHN   v.   UNITED STATES OF AMERICA

The Honorable H. RUSSEL HOLLAND   CASE NO.   **3:05-cv-0006-HRH** [consolidated with 3:05-cv-0158-HRH]

Deputy Clerk   Official Recorder

_____   _____

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

IT IS HEREBY ORDERED that the Peratrovich Plaintiffs' unopposed motion for extension of due date for submission of supplemental brief on the "Which Waters" Issue (Docket No. 148, filed October 25, 2007) is GRANTED. The due date established by the court's order of July 17, 2007 (Docket No. 133), is extended to October 29, 2007.