**TABLE OF CONTENTS**
**EXHIBITS**

Exhibit 1  Letter of F.E. Olmsted to the Forester (Oct. 4, 1906) Record Group 95, Records of the Forest Service, Office of the Chief, General Records, Entry 7, Reports of the Section of Inspection, 1906-08, District 10, Alexander Archipelago Forest Reserve Box 1, National Archives.

Exhibit 2  F.E. Olmsted, "Alexander Archipelago Forest Reserve, Organization" (Sep. 1906) Record Group 95, Records of the Forest Service, Office of the Chief, General Records, Entry 7, Reports of the Section of Inspection, 1906-1908, District 10, Alexander Archipelago Forest Reserve, Box 1, National Archives (Organization).

Exhibit 3  David E. Conrad, "Creating the Nation's Largest Forest Reserve: Roosevelt, Emmons, and the Tongass National Forest," The Pacific Historical Review 46, 65-83 (Feb. 1977).

Exhibit 4  Theodore Roosevelt to Ethan Allen Hitchcock, (undated, but 1904), in Private Papers of Ethan Allen Hitchcock, 1880-1909, Box 1, National Archives.

Exhibit 5  George T. Emmons, "The Woodlands of Alaska," (Feb. 1902), Record Group 48, Sec. of Interior, Lands & Railroads Division, Entry 550, Letters Received, 1881 – 1907, File 3841-02, National Archives.

Exhibit 6  Proclamation 37, 37 Stat. 2025 (Aug. 20, 1902).

Exhibit 7  Lawrence Rakestraw, "A History of the United States Forest Service in Alaska" (USDA Forest Service 2002).

Exhibit 8  F.E. Olmsted, "Alexander Archipelago Forest Reserve, General Forest Conditions," (Sep. 1906) Record Group 95, Records of the Forest Service, Office of the Chief, General Records, Entry 7, Reports of the Section of Inspection, 1906-1908, District 10, Alexander Archipelago Forest reserve, Box 1, National Archives (General Forest Conditions).

Exhibit 9  Fred Dennett, Acting Commissioner, to James R. Garfield (July 1907), Draft of proclamation with report, Record Group 49, Bureau of Land Management (GLO), Entry UD 918, Division R, National Forest Files, 1894-1955, Tongass NF, Box 176, National Archives.

Exhibit 10  Proclamation, 35 Stat. 2148 (July 23, 1907).

Exhibit 11  Proclamation, 35 Stat. 2152 (Sep. 10, 1907).

Exhibit 12  Executive Order No. 908 (July 2, 1908.), CIS Index __ EO__.

Exhibit 13  Proclamation, 35 Stat. 2226 (Feb. 16, 1909).

Exhibit 14  Presidential Proclamation, 44 Stat. 2578 (June 10, 1925).

Exhibit 15  Executive Order No. 9114 (March 28, 1942) CIS Index 1942 EO 9114.

Exhibit 16  Pub. L. No. 80-385, 61 Stat. 920 (1947) (not codified).

Exhibit 17  Pub. L. No. 84-179, 69 Stat. 380 (1955) (not codified).

**TABLE OF CONTENTS**
**EXHIBITS**

Exhibit 18    Pub. L. No. 85-508, 72 Stat. 339, 340 (1955).

Exhibit 19    Creative Act of March 3, 1891, 26 Stat. 1095.

Exhibit 20    Organic Act of June 4, 1897, 30 Stat. 34, 16 U.S.C. § 473 *et seq*.

Exhibit 21    Proclamation No. 4623, 43 Fed. Reg. 57087 (Dec., 1978).

Exhibit 22    48 Fed. Reg. 7928 (Feb. 24, 1983).

Exhibit 23    48 Fed. Reg. 7936 (Feb. 24, 1983).

Exhibit 24    48 Fed. Reg. 7941 (Feb. 24, 1983).

Exhibit 25    48 Fed. Reg. 7949 (Feb. 24, 1983).

Exhibit 26    48 Fed, Reg. 8017 (Feb. 24, 1983).

Exhibit 27    Exec. Order 1040 (Feb. 27, 1909), CIS Index __ EO __.

Exhibit 28    Exec. Order 1459 (Jan. 11, 1912), CIS Index 1912 EO 1459.

Exhibit 29    Exec. Order 1458 (Jan. 11, 1912), CIS Index 1912 EO 1458.

Exhibit 30    Map of Behm Canal, Map – portion of Map - Tongass National Forest, U.S. Forest Service, U.S. Department of Agriculture, (May 2005).

Exhibit 31    Don Bremner, National Marine Fisheries Advisory Committee Presentation, "What the National marine Fisheries Agency can do to build a better Partnership with the Tlingit, Haida, and Tsimshian people of S.E. Alaska" (August 11, 2004), (available at http://www.nmfs.noaa.gov/ocs/mafac/meetings/2004_08/aquaculture_bremner.pdf) (last accessed Oct. 25, 2007).