REPRODUCED AT THE NATIONAL ARCHIVES

*October 4 1906*



RECEIVED
OCT 11 1906
INSPECTION
FOREST SERVICE

UNITED STATES DEPARTMENT OF AGRICULTURE

FOREST SERVICE

Portland, Oregon.

Oct. 4, 1906.

The Forester,

Forest Service,

Washington, D. C.

Dear Sir:

I enclose my report on the Alexander Archipelago Forest Reserve, Alaska, which includes a general discussion of forest conditions in the Panhandle region and suggestions in regard to a better forest policy in the rest of the District.  The lateness of the season prevented any extension of field work to the west coast or the interior, which I much regret.

The report is not as brief as I could wish, but the peculiar local conditions made it impossible to clearly explain matters without going into a good deal of detail.

The general situation, as I see it, may be very briefly summarized as follows:

The reserve is a marine forest. Communication and transportation are by water only and the sea is really a part of the reserve. There is lots of good timber, but the demand is insignificant. The sentiment toward the reserve is mildly unfriendly. The

*Rg 95, Records of the Forest Service*
*Office of the Chief, General Records*
*Entry 7, Reports of the Section of Inspection, 1900-08*
*District 10*
*Alexander Archipelago Forest Reserve*
*Box 1*

EXHIBIT 1
Page 1 of 3

REPRODUCED AT THE NATIONAL ARCHIVES

2.

### UNITED STATES DEPARTMENT OF AGRICULTURE
### FOREST SERVICE

objections come from ignorance and misunderstanding of the objects
of the reserve, which are not good grounds; from the belief that
the forest reserve act is wrong in principle, which is not admit-
ted; and from a feeling that some of the present regulations are
unnecessarily strict and not in accord with Alaskan conditions,
which feeling is entirely justified and can be easily relieved.
The general sentiment is precisely what it was in many parts of the
West three or four years ago.  Mr. U. S. Rush, who petitioned the
President to abolish the reserve, has personally had no difficulty
with it whatever; he is afflicted with an acute dread of imaginary
evils which might occur at some future time.

Mr. Langille has done excellent work and is a first rate
man for the position.

The key to the situation is a <u>boat</u>.  Unless we have a boat
of our own no extension of the present reserve area is recommended,
nor can the present reserve be decently handled. We might just as
well try to run the reserves in the States without horses.

There's no fire, no stock, no roads, no trails.  Hence we
need no Rangers.  The Officer In Charge and two Deputy Supervisors
can successfully manage the 16,000.000 acres of the proposed enlarg-
ed reserve, <u>provided they have boats</u>.

EXHIBIT 1
Page 2 of 3

REPRODUCED AT THE NATIONAL ARCHIVES

3.

### UNITED STATES DEPARTMENT OF AGRICULTURE
### FOREST SERVICE

The recommended additions to the present reserve will in-clude the whole of south-east Alaska, except for certain exclusions around the principal towns. If created, it will more than pay ex-penses within a year.

The present method of handling the timber business on the unreserved public lands of Alaska is in my mind absurd. Suggestions are made, merely for consideration, which might tend to bring about an improvement.

The principal changes recommended in the Use Book regula-tions are as follows:

Allow free use without application or permit.
Let the Deputy Supervisors sell $100.00 and the Officer
In Charge $500.00 worth of timber.
Advertise 10,000.000 feet of timber, in $500.00 lots, at
once.
That no lopping, piling or burning be required.
Allow trail construction without application or permit.
If practicable, let the Officer In Charge grant permits
for residences, stores, etc.

Legislation is recommended as follows:

Extend the Trading and Manufacturing Site Law to forest
reserves in Alaska.

Get action to allow the patenting of land as "Home Lots",
for home purposes, without any cultivation.

Very truly yours,

*F. E. Olmsted*

Assistant Forester.

EXHIBIT 1
Page 3 of 3