15.

difficult one, because the sentiment toward the reserve has been similar to what it was in the western states three or four years ago. He has had to contend with just the same opposition, due largely to ignorance and misunderstanding of the objects of the reserve, and besides this has had to meet the universal feeling which still clings on in Alaska to some extent that all laws are pretty much out of place "north of forty-three" and that the people should be left alone to do as they like. I believe that the "pioneer" plea is somewhat unduly cherished in south-east Alaska and that the industry and energy of the people have already lifted the country out of that stage in a great many ways. The towns and many of the mining camps show a developement much ahead of similar localities in the western states, enjoying water systems, steam heat, electric lights and even curfew bells. It is true, however, that the population is exceedingly light and scattered.

Mr. Langille has been criticised for his unfavorable reports on mining claims, for certain rather vigorous actions connected with timber sales and for a somewhat peremptory course in regard to special privileges.

I have carefully looked up his reports on mining claims and believe them to be just in every way. The difficulty arises from the fact that the mining laws were not complied with and Mr. Langille so reported. To put it plainly, and to touch upon a delicate subject, the Deputy Mineral Surveyors made reports which were not

EXHIBIT 2
Page 16 of 50

REPRODUCED AT THE NATIONAL ARCHIVES

16.

in accord with the facts and the Local Land Office took favorable action on these reports. Mr. Langille reported actual conditions and upon his recommendations the General Land Office refused patent. In most of these cases it was desired to secure lands for purposes other than that contemplated by the law under which the entries were made. I believe that Mr. Langille has acted with fairness in these matters and that there is no ground for criticism.

In timber matters the chief complaints come from the Alaska Copper Company and The Wilson and Sylvester Estate at Wrangell. In the former case logs were seized at the mill, which shut down operations for the time being. This was pretty strong action and might possibly have been avoided. It must be born in mind, however, that Mr. Mellen, the President of this company, had persistently refused to pay any attention to Mr. Langilles frequent requests for a very simple compliance with the forest reserve law and regulations. I believe that strong and decided action was necessary in order to convince this company that a certain respect for law and the officers of the Forest Service were matters not to be overlooked, and that Mr. Langille's action was quite justified.

There can be no question but that his action at the Wrangell mill was quite proper. The company wholly denied knowing where the logs came from, although it was quite evident where they did come from. If the officers had made a frank statement of the matter at first much unpleasantness would have been avoided.

EXHIBIT 2
Page 17 of 50

17.

Other complaints about the timber business relate to delays in applications and scaling. These complaints are good. There were delays. The fault, however, lies not with Mr. Langille but with the difficulties of administration and utter lack of suitable transportation facilities. This matter is fully discussed under "Equipment".

During the early part of Mr. Langille's administration I believe that his tone toward certain users of the reserve was unnecessarily harsh; but in certain cases only. To show what I mean are the following quotations from two of his letters:

To G. Gerth, of Dolomi:

"......................if located since the reserve was created you are a trespasser and liable for damages as well as criminal prosecution, and no permit will be issued you to erect other structures on the public domain..................."

(The above to a man asking for a permit to put up a house and, I believe, lease some land).

To S. J. Goodro, Dolomi.

"..........If it is since the reserve was created, and not on a mineral claim, you are a trespasser and no permit will be issued you..............."

Of course as a matter of fact there was nothing technically wrong in these letters; both men could probably have been regarded as trespassers in the strict sense of the word. On the other hand they were quite harmless and there was absolutely no reason for addressing them in any such severe tone. They naturally became enemies of the reserve at once, and made it other enemies.

EXHIBIT 2
Page 18 of 50

REPRODUCED AT THE NATIONAL ARCHIVES

18.

I am convinced that Mr. Langille did not realize the harm done in such little ways as this. At bottom he is absolutely lenient and disposed to make every possible allowance to those doing business on the reserve. He is naturally so constituted as to appear, on the outside, as if he delighted in riding rough shod over those he comes in contact with, and I surmise that his abrupt, outspoken and occassionally mildly terrifying manner may possibly account for the trepidation of one or two of the feminine property holders on the reserve. It is fair to say that his tone in these little matters has recently been much modified.

I believe that essentialy he uses strong measures when he should use them and is lenient when he should be so. In my mind his administration as a whole has been an excellent one and I believe he is a first rate man for the place. In fact I do'nt believe a better one could be found.

His salary is now $1800/00 and his traveling and living expenses are reimbursed the year through. Under the circumstances it seems best to continue these expenses. He is not in the position of the ordinary Supervisor for he has, or at least soon will have, almost continuous travel with heavy expenses which he can not properly be called upon to pay himself.

I recommend that he be commended for his excellent work as Officer In Charge, that he be cautioned about the tone of his letters, and that he be promoted to a salary of $2000.00.

EXHIBIT 2
Page 19 of 50

-10.

In connection with this promotion it should be borne in mind that in case the recommendations of this report are approved Mr. Langille will have practically all of south-east Alaska under his supervision, an estimated area of 16,000,000 acres.

Richard Dorwaldt, Assistant Forest Ranger.

During my visit Mr. Dorwaldt resigned, at Mr. Langille's request, so that no extended remarks about him are necessary. He was simply a general misfit and an impossible man for ranger. He had a faculty for rubbing people the wrong way on every possible occasion, and without excuse. I believe he was conscientious and meant well but missed his calling. A couple of his letters are attached which partly bring out his peculiarities. He was once upon a time in the Navy; in his affray with the boat load of Kake Indians, please notice that the canoe was "heaved to, broadside on". (Apparently only one gun of the starboard battery was brought into action).

Executive Force.

The proper administration of this reserve, and of the proposed enlarged reserve, hangs entirely on the matter of transportation, rather than on the number of men in the executive force. I can not too strongly emphasize this point. If a hundred men were on duty it would'nt help matters any. Remember that if a ranger is set down upon one of the islands of the reserve he is without a

EXHIBIT 2
Page 20 of 50

20.

horse, that there are no roads or trails and that, for all practical purposes, he can not move even a few miles across country on foot. The sea takes the place of roads and trails, and a boat of saddle and pack animals. Storms are frequent, currents are swift and distances are great, so that small boats are almost useless. Also consider that the points at which there is any reserve business are very few and very far between. It will then be understood that the need is for one or two good men only, so equipped in the way of <u>boats</u> that they can move rapidly, at all times, from one point to another. These one or two men, moreover, must be of a higher grade than rangers. They themselves must tend to most all of the business in their territory, in many cases without consulting the Officer In Charge. They have none of the ordinary ranger duty of those officers in the States; no road or trail building, no fire patrol or fire-fighting and no stock to look after. Their chief duties are to sell timber, scale logs and report on mining claims, (together with a good deal of special privilege business) and they must be able to do all these things well and without help.

<u>Not Rangers, but Deputy Supervisors</u>, are needed. For the present reserve, one Deputy Supervisor is enough. He should be stationed at some convenient point on the west shore of Prince of Wales Island. A fit man can not be obtained for less than $1500.00 a year(living expenses <u>not</u> to be paid).

If the reserve is enlarged as recommended an additional Deputy Supervisor will be required, with headquarters at or near Juneau, to take

EXHIBIT 2
Page 21 of 50

REPRODUCED AT THE NATIONAL ARCHIVES

21.

care of the northern division. His salary should also be $1500.00. Examinations for these men and the nature of their equipment will be discussed later on.

Equipment.

In my mind the Officer In Charge <u>must</u> have a boat. I believe an efficient administration is impossible without it. Without a boat he is in precisely the same position as a Supervisor without a saddle horse, on a reserve without railroads, telegraph or telephone lines, dependent for transportation on the voyage of a weekly stage touching only at a few points on the outskirts of his reserve. Nor can his men get to him or communicate with him any more than he can reach them. The regular mail and passenger boats make weekly and sometimes bi-weekly trips to a few of the largest camps on the reserve, but they are of very little help. Suppose he reaches one of these camps, he is no better off than before, because his business is most often at some other neighboring point which it is impossible to reach without a boat. So he must take his chances and get there when and how he can. Moreover, if dependent on the regular boat, he must wait a week for its return trip, although his business may have been finished up in a few hours.

He must have a boat which is seaworthy and which can go anywhere in ordinary weather. This boat should be his office. It should contain a full office equipment, ready for him to do business of all

EXHIBIT 2
Page 22 of 50

22.

kinds right on the spot, wherever he goes. He should be on the move with it almost constantly. Unless it is possible to furnish him with such a boat I do not recommend any addition to the reserve area in Alaska. And more than this, I am convinced that without it the present very serious delays in doing business can not be remedied, and that the administration of the present reserve will be more or less of a failure. The boat business is the crucial thing; upon it hangs the success or failure of the forest reserve policy in Alaska. Spike the supervisors of the Sierra Reserve to a rock at the top of Mt. Whitney and instruct them to run the reserve; that's the position of the officer in Alaska without a boat.

The cost of a suitable boat, built for the Forest Service, may be figured as follows:

Dimensions:

    60 ft. overall, 11ft. beam. Draft 5 ft.
    20 tons measurement.

Specifications:

    Oak Ribs; outside planking 2in. vertical grain
    red fir; inside planking, 1and1/4 in. fir; deck,
    1 and 1/2 in. tongue and groove; keel, engine bed,
    cabin and pilot house, red fir; dead-lights in
    cabin; pullman berths; toilet, water and gasolene
    tanks built in; stove, cook outfit, table and
    dishes; mast, sloop rig; compass, anchors, anchor
    lines, side and mast lights;
    Speed, 10 miles.

Approximate cost of hull and fittings(exclusive of engine)...3,000.00
Engine; 40 horse power "Union," 3 cylinder, 4 cycle,............2,150.00
                                Total cost............5,150.00

REPRODUCED AT THE NATIONAL ARCHIVES

EXHIBIT 2
Page 23 of 50

23.

There is a chance that a suitable boat can be found already built. If so its cost would probably be somewhat below the cost of a new boat. This matter should therefor be looked into at the very beginning.

> I recommend that Mr. Langille be instructed at once to thoroughly examine all launches for sale in the Puget Sound region and report as to whether one suited to his work may be obtained at a reasonable price, and at what price. In case such a boat is found, I recommend that it be purchased at once.
> If a suitable boat can not be purchased, I recommend that one be built for the Service, not to exceed the cost mentioned above, at such a ship yard and according to such contract as may be recommended by Mr. Langille.

The above will be the boat of the Officer in Charge, and his office. In addition to this, the two Deputy Supervisors must each have a boat. Without boats their services would be useless. It is likely that suitable boats for these officers can be purchased, ready built, in Alaska. The Deputy Supervisors must live on them most of the time and they must also serve as their offices. Headquarters in cabins or tents are out of the question. The boats should be in the nature of auxiliary yawls and should cost about $ each.

> I recommend that Mr. Langille be instructed to keep a watch out for such boats, and that they be purchased as soon as the Deputy Supervisors are appointed.

## Expenses and Receipts.

The allotment recommended for this enlarged reserve may seem rather large, in consideration of the business done. The cost

EXHIBIT 2
Page 24 of 50

REPRODUCED AT THE NATIONAL ARCHIVES

24.

of an efficient administration, an administration which can do business promptly, is given in detail below. And in order to show that it is worth while a statement of estimated receipts is added.

Expenses.

```
1 Officer In Charge at $2,000.00 .................. $2,000.00
2 Deputy Supervisors at $1,500.00..........         3,000.00

Inspector's Boat:
1 Engineer at $1,080.00........................       1,080.00
1 Cook at $600.00......                                 600.00
Subsistence on boat for Engineer, Cook and
Inspector(boat to be regarded as a camp party)
$50.00 per month.....................................   600.00
Maintenance: Gasolene, 18 cents per gallon, 5
gallons per hour, 10 hours per day for 250 days
per year...............  ...........................  2,250.00
Incidentals, repairs, etc............................   300.00

Deputy Supervisor's Boats:
Maintenance: Gasolene, 18 cents per gallon,
2 gallons per hour, 10 hours per day for
250 days per year, each boat $900.00.............     1,800.00
Incidentals and repairs..........................       200.00

Office rent, light and heat, Ketchikan,   ..........    250.00
                                                     ──────────
                                                     $11,400.00
```

This total is a little more than twice the allotment now made for the existing reserve of 5,000,000 acres. In considering this amount it should be borne in mind that the new reserve will have an acreage of 16,000,000; that there are no expenses for roads, trails, cabins or telephone lines and that there is practically no expense for "protection", as a ranger force is absolutely unnecessary. Instead of money going into these things it goes into

EXHIBIT 2
Page 25 of 50

25.

<u>transportation</u>, in other words, <u>boats</u>. The expense figures out about 7/10 cents per acre, which is very low.

Receipts.

During the fiscal year 1905-1906 receipts from the Alexander Forest Reserve amounted to $2,830.00. It is fair to assume that they will be at least equal to that sum next year; and as a matter of fact probably a good deal more timber will be sold. After consulting the records a conservative estimate places the total mill cut in south-east Alaska (from logs taken from the unreserved public domain) at approximately 13,000,000 feet. In addition to this there is used annually about 300,000 lineal feet of piling and approximately 5,000 cords of wood. These figures are based upon very incomplete records and the actual consumption is doubtless a good deal more. With an area three times that of the present reserve the returns from special privileges should be at least three times as great.

```
Receipts from present reserve..............$2,830.00

Receipts from addition:
13,000,000 ft. @ 50 cents...............    6,500.00
300,000 lineal feet @ .05 cents.........    1,500.00
5,000 cords @ 12 and 1/2 cents..........      625.00
Special Privileges......................    1,500.00
                                           ---------
                                          $12,955.00
```

EXHIBIT 2
Page 26 of 50

26.

The receipts, therefor, will exceed the expenditures by a comfortable margin.

The initial expense connected with the purchase of boats is not included in these estimates. In regard to this it is simply necessary to consider that the amount allowed for transportation this year on the present reserve(1,200.00) would entirely pay for the Inspectors boat in a little more than four years.

The salary of the present "Scaler" is also omitted, because his salary will be unnecessary as soon as a Deputy Supervisor is appointed.

Civil Service Examination.

Neither of the two men who took the ranger examination last summer are in any way suited to be forest officers. Besides, this reserve does not need any rangers, nor can suitable men be obtained who will accept work at rangers salaries. An examination for Deputy Supervisors should be held at once and notice should be given that the salaries will be $1,500.00 per annum.

A special paper should be prepared, as questions good for the western states are not at all applicable in Alaska. Questions relating to boat navigation should form a chief part of the paper and to these should be added questions in lumbering, sawmill business, land law and mining law. Grazing matters should be entirely eliminated. Mr. Langille will submit at once suggestions for the

EXHIBIT 2
Page 27 of 50

27.

examination in seamanship. In Alaska this matter is just as essential as horsemanship in the States; the boat is the ranger's horse and he must navigate the sea instead of following trails and roads. The examination should be held at once.

Fire.

Danger from fire is so very slight that it may be disregarded. It is only in very dry spells that fires occur at all and then they are confined almost entirely to the "muskeag" lands where the timber is scrubby and of hardly any merchantable value. The almost incessant rain is the best kind of fire protection.

Roads, trails and cabins are lacking(speaking broadly) nor are any needed at present.

Boundary lines are the shore lines, and hence quite plainly marked. The proclamation which created the present reserve is however quite vague as to just what islands are included on the eastern side. It mentions certain large islands by name and includes "all islands to seaward". That is plain so far as the western boundary goes, but what about all the little islands just off the eastern coasts of the various large islands? According to a strict reading of the proclamation they are not included, although they certainly should be within the reserve. If the proposed addition is made this matter will be remedied; if it is not made, I suggest that the present boundary be amended in accordance with recommenda-

EXHIBIT 2
Page 28 of 50

28.

tions which Mr. Langille will submit if called upon.

### Special Circular For Alaska.

I have already suggested to the Forester that a concise and very brief publication be gotten out to contain a statement of what the forest reserves are for and a summary of the more important regulations only. It would take the place of the Use Book for general public information, my idea being that the Use Book is now altogether too detailed and confusing for the average man of business who wants to know what the reserves mean and how he can do business on them. For example, if a man wants to know whether or not he can buy some timber, of what use to him is all the detailed information on pages 38 to 55 of the Use Book? A good part of this consists of instructions to the forest officer telling him how _he_ shall sell timber. All the intending purchaser wants to know is that we shall be glad to sell him timber, sell it promptly, at a reasonable price and under commonsense rules. _Then_ he can apply to the Supervisor for detailed information. I believe we are making the mistake of assuming that everybody knows just what can be done on the reserves; as a matter of fact it has struck me pretty clearly of late that the average business man is still very much in the dark about it all and that a brief _business statement_ (it might be called) if widely circulated among business men would help out immensely. I am also beginning to believe that the Use Book contains so much that it tends, quite often, to scare people off.

EXHIBIT 2
Page 29 of 50

29.

Along this same line, I saw the Wayerhauser people here in Tacoma a couple of months ago and they were much surprised to learn that we were selling timber from the reserves in the northwest. They asked who to apply to in case they wanted to buy.

At any rate a special circular for Alaska is absolutely essential. A large part of the Use Book does not apply in that region at all and serves only to confuse the people and give them misleading ideas. This report, under appropriate headings, contains recommendations for many changes in the regulations as applied to Alaska. I believe it would be an excellent scheme to get out a brief publication containing a summary of all regulations for that District, as well as a concise statement explaining just what the objects of the reserve are in that region. The people there now believe that it is made to withdraw the resources from use, to protect the water supply and increase the rainfall, and to control the range (where there is no stock).

If it is thought best to do this, I suggest that Mr. Langille and myself be allowed to look over the manuscript before it is published.

EXHIBIT 2
Page 30 of 50