Creating the Nation's Largest Forest Reserve: Roosevelt, Emmons, and the Tongass National Forest

David E. Conrad

*The Pacific Historical Review*, Vol. 46, No. 1. (Feb., 1977), pp. 65-83.

Stable URL:

http://links.jstor.org/sici?sici=0030-8684%28197702%2946%3A1%3C65%3ACTNLFR%3E2.0.CO%3B2-8

*The Pacific Historical Review* is currently published by University of California Press.

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/journals/ucal.html.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

The JSTOR Archive is a trusted digital repository providing for long-term preservation and access to leading academic journals and scholarly literature from around the world. The Archive is supported by libraries, scholarly societies, publishers, and foundations. It is an initiative of JSTOR, a not-for-profit organization with a mission to help the scholarly community take advantage of advances in technology. For more information regarding JSTOR, please contact support@jstor.org.

http://www.jstor.org
Tue Jul 3 11:13:17 2007

EXHIBIT 3
Page 1 of 20

# Creating the Nation's Largest Forest Reserve: Roosevelt, Emmons, and the Tongass National Forest

David E. Conrad

*The author is a member of the history department in Southern Illinois University.*

THE TONGASS NATIONAL FOREST is the largest forest reserve in the United States. Located in southeastern Alaska, it embraces four and a half million acres of islands and mainland, including most of the Alexander Archipelago, the group of islands which lie off the lower coast of Alaska. The rain-soaked forests of this area rise like a wall from the shores of the islands and mainland. The dense woods are nearly impenetrable, and the great trees grow to such heights that the tops are often shrouded in mist. It is a unique environment, today protected from the heedless axe and the unauthorized chainsaw by the full force of the federal government.

The Tongass National Forest was created in 1902 by executive order of President Theodore Roosevelt, after the idea had been conceived and proposed by George T. Emmons, a retired naval lieutenant who had spent much of his life in Alaska. The circumstances of this unusual collaboration have been largely ignored by historians. Some writers, like Polly and Leon Miller

EXHIBIT 3
Page 2 of 20

in their *Lost Heritage of Alaska*, have told of Emmons's activities as an anthropologist and collector of Alaskan native art;[1] and, of course, much has been published about Roosevelt's achievements in conservation. To date, however, no one has described how these two men combined to create the country's largest national forest.

The father of the idea, Emmons, belongs on any list of important figures in the history of Alaska. He was a career naval officer, the son of a prominent Civil War commodore, and a graduate of the U.S. Naval Academy. In 1882 his naval superiors sent him to Alaska to be the executive officer aboard the USS *Adams*, a gunboat assigned to cruise the waters of southeastern Alaska and maintain order and peace among the Indians. Emmons was responsible for going ashore and reporting on the activities of the Tlingit and Haida Indians.[2]

In 1886, the Indian patrol was taken over by the USS *Pinta*. Emmons transferred from the *Adams* in April of that year, and shortly thereafter his new ship transported a party of explorers from Sitka to Yakutat Bay. With the party was William Libbey, a Princeton University ethnologist who developed a close friendship with Emmons and who urged the young naval officer to take advantage of his regular visits to the Haidas and Tlingits by gathering Indian art and artifacts.[3] Emmons responded warmly to the suggestion, and for the next ten years, while executive officer of the *Pinta*, he avidly collected and wrote about Indian art.[4]

Emmons became such a widely known expert on Alaska that in 1893 the U.S. Navy placed him on special assignment in charge of the Alaskan exhibit at the World Columbian Exposition in Chicago. It was not unusual for military officers, especi-

---

[1] Polly and Leon Miller, *Lost Heritage of Alaska: The Adventure and Art of the Alaskan Coastal Indians* (Cleveland and New York, 1967), 243, 245, 247-252.
[2] Manuscript Records of the Officers of the U.S. Navy, Vol. 7, page for George T. Emmons, National Archives, Record Group (hereafter NA, RG) 24; George T. Emmons, cadet file from U.S. Naval Academy, box 32, NA, RG 24; Log of the U.S.S. *Pinta*, April 13, 1886, NA, RG 313; *New York Times*, July 30, 1886, p. 2; and Lewis R. Hammersby, ed., *The Records of Living U.S. Navy and Marine Corps Officers* (Philadelphia, 1890), 220.
[3] *New York Times*, July 30, 1886, p. 2, Sept. 20, 1886, p. 1, Oct. 22, 1886, p. 8; and Miller and Miller, *Lost Heritage of Alaska*, 243, 245, 247-252.
[4] Morgan B. Sherwood, *Exploration of Alaska, 1865-1900* (New Haven, 1965), 123-125.

EXHIBIT 3
Page 3 of 20



EXHIBIT 3
Page 4 of 20

those whose duties put them in contact with native peoples, to be placed in such positions. But in Emmons's case there was a conflict between his naval duties and his great interest in collecting native art.[5] Even though he had probably gathered many of the items in the Tlingit and Haida collections at the Columbian Exposition, he was not listed as the collector.[6] Apparently, Emmons's naval superiors frowned on his being listed as a collector, just as they would have thought it improper for him to sell any of the Indian items he had collected while pursuing his naval duties. However, such obstacles were removed in 1899 when Emmons retired early from the navy. Throughout his career, he had suffered from digestive disorders which forced him to take a series of sick leaves and finally to retire from active duty.[7]

Upon his retirement, Emmons returned to the East Coast and established a family home called Greenholm at Princeton, New Jersey. But in his heart he never left Alaska. Each spring for the next twenty or so years he closed Greenholm, sent his family to a summer home in Maine, and went to Alaska. There he would spend six months exploring the islands and inlets of southeastern Alaska and gathering native art and artifacts. At times he operated out of Juneau or Sitka, but most often his home base was the small coastal town of Killisnoo, where he had an associate, Carl Spuhn, who handled his mail and shipping. In the fall Emmons returned to Princeton to spend the winter cataloging his collections and negotiating sales with museums. He also wrote articles for the anthropological journals.[8] In time, Emmons became the leading collector of Tlingit and Haida art—a sort of "anthropologist without portfolio" to Alaska. As early as 1900 the nation's three major natural history museums in New York, Chicago, and Washington, D.C. had bought extensive collections from Emmons. Thereafter,

---

[5] Manuscript Records of the Officers of the U.S. Navy, Vol. 7, page for George T. Emmons, NA, RG 24; and Miller and Miller, *Last Heritage of Alaska*, 247-252.
[6] All of the ethnic exhibits at the Columbian Exposition were put in the newly created Field Museum of Natural History in Chicago, thereby constituting the original collections of that museum. Field Museum of Natural History, Accession File, Vol. 1, *passim*.
[7] Manuscript Records of the Officers of the U.S. Navy, Vol. 7, page for George T. Emmons, NA, RG 24; and Miller and Miller, *Last Heritage of Alaska*, 247-252.
[8] Emmons to George Dorsey, Feb. 6 and Sept. 20, 1901, Jan. 12, 1902, and April 1, 1906, Emmons correspondence file, Field Museum of Natural History.

EXHIBIT 3
Page 5 of 20

other museums sought his services until hardly a major collection in the country did not have objects secured by him.[9]

But Emmons was interested in more than Indian art. Like many others caught up in the conservation movement at the turn of the century, his concerns broadened to include forest conservation, especially the magnificent forests of his beloved Alaska which seemed to be threatened with destruction.

Congress had already taken some important steps to protect American forests. In 1891 it had authorized the creation of national forest reserves and empowered the President to evict trespassers on certain forested areas of the public domain. Presidents Grover Cleveland and William McKinley had exercised the power from time to time, primarily at the urging of Bernard Fernow, chief of the Division of Forestry of the Department of Agriculture and a leading conservationist.[10] When Fernow retired in 1898, he helped select as his successor Gifford Pinchot, a well trained forester. Pinchot was already a leader in the conservation movement. He had been instrumental in convincing the Boone and Crocket Club, an influential group of big-game hunters organized by Theodore Roosevelt, to adopt the cause of forest preservation. After Roosevelt became President in 1901, he and Chief Forester Pinchot set aside millions of acres of forest reserves.[11]

The early reserves created by Roosevelt and Pinchot were mostly in the western states and territories, but no one suggested making a reserve in Alaska. Bernard Fernow, after he retired as chief forester, had a chance to propose the idea when he visited Alaska in 1899 with the Harriman Alaska Expedition. This expedition, which included many famous scientists, naturalists, and conservationists, cruised the waters of southeastern Alaska and saw the great forests at first hand, or at least from the deck of a steamship. But Fernow, who had helped create many forest reserves in the past, saw no need to protect the woodlands of Alaska. The terrain, he believed, was too

---

[9] Miller and Miller, *Lost Heritage of Alaska*, 243, 245, 247-252.

[10] Andrew Denny Rodgers III, *Bernard Fernow: A Story of North American Forestry* (Princeton, N.J., 1951), 227-230.

[11] James B. Trefethen, *Crusade for Wildlife: Highlights in Conservation Progress* (Harrisburg and New York, 1961), 49-51, 58-59.

EXHIBIT 3
Page 6 of 20

inaccessible, the trees were too "branchy," and the area too far from lumber markets.[12]

Another forest expert on the Harriman expedition, Henry Gannett, disagreed. A former head of the forest survey section of the U.S. Geological Survey, Gannett believed that the commercial potential was much greater than Fernow thought it was. The timber resource of Alaska, he estimated, was "sufficient to supply our country for half a century."[13] Though Gannett differed with Fernow about the commercial possibilities, he did not suggest a forest reserve in Alaska. In fact, he did not believe in forest reserves; his work with the Geological Survey had convinced him that America's natural forests would not be seriously depleted by cutting.[14]

Unlike both Fernow and Gannett, George Emmons had no experience in forestry and no fixed ideas. He did, however, have a deep love for Alaska and a desire to see it preserved as he knew it. He also had an old friend, Theodore Roosevelt, who in 1901 became President of the United States. The two men had known each other for years, since the days when Roosevelt was Assistant Secretary of the Navy.[15] Roosevelt's attitude on the desirability of forest reserves was well known, and Emmons believed that the new President would respond favorably to a proposal coming from him for a reserve in Alaska. In drafting his proposal, Emmons drew upon his years of experience in cruising the area with the navy and also did considerable research in forestry. His report to the President on "The Woodlands of Alaska" was a descriptive and semiscientific analysis of Alaska's forests as well as an assessment of the settlements and Indian villages which would be affected by the proposed forest reserve.

Emmons believed that only the Alexander Archipelago in southeastern Alaska was suitable for a forest reserve. Much of Alaska, he explained, was a frozen wasteland where tree

---

[12] Bernard Fernow, "The Forests of Alaska," *Forestry and Irrigation*, VIII (Feb. 1902), 66-70.

[13] William H. Dall, et al., *History, Geography, Resources: Harriman Alaska Series* (14 vols., Washington, D.C., 1910), II, 272-273.

[14] Rodgers, *Fernow*, 200-201.

[15] Roosevelt to Emmons, Dec. 4, 1887, and Jan. 12, 1903, series 2, Theodore Roosevelt Papers, Manuscript Division, Library of Congress.

EXHIBIT 3
Page 7 of 20

growth survived only in sheltered valleys and along waterways. The northern and western coasts, as well as the Aleutian Islands stretching westward almost to Asia, were a "bleak, stormswept, treeless waste." Only southeastern Alaska, specifically the part south and east of Cook Inlet, was heavily wooded, and only the area south of Mount St. Elias[16] was free of ice and snow.[17]

The woods of southeastern Alaska were a continuation of the forests of Oregon and British Columbia, with some different species of trees and with slightly less favorable conditions of soil and climate. The warm Alaskan Current in the waters off the coast produced the moderate temperature and heavy rainfall that made possible the dense forest covering every square foot of land. Forest fires were unknown in the area because of the frequent rain. The trees were mostly coniferous, although there were some deciduous species along waterways and in areas recently cut by glaciers. The prevailing conifers were the coast hemlock (*Tsuga heterophylla*) and the Sitka spruce (*Pices sitchensis*). These two species constituted ninety percent of the forests and grew to great size. While Emmons said nothing about the commercial value of the coniferous forests, he believed that the deciduous trees were of little economic promise.[18]

To illustrate clearly those parts of southeastern Alaska that should be included in the reserve, Emmons divided the area into two zones—the mainland and the offshore islands. The mainland, although forested, did not fit Emmons's ideal of a forest reserve because of its great glaciers and mountains. The offshore islands, however, filled the bill exactly. The islands of the Alexander Archipelago covered an area 260 miles long and sixty miles wide from Dixon Entrance northwestward to Cross Sound. In Emmon's words, the islands made up "one immense forest of conifers."[19]

The forests of the area were also in nearly pristine condition.

---

[16]Mount St. Elias lies almost exactly where the 142nd meridian, the boundary between peninsular Alaska and Canada, crosses the southern coast of Alaska.
[17]George T. Emmons, "The Woodlands of Alaska," *passim*, file 3841-02, NA, RG 48.
[18]*Ibid.*, 1-3.
[19]*Ibid.*, 4-5.

EXHIBIT 3
Page 8 of 20

Residents of the archipelago cut trees only as they needed to, and even though there was some commercial logging, Emmons was able to report that "no inroads" had been made in the forests as of 1902.[20] One reason for this was that four years earlier, Congress had passed a law prohibiting the exportation of lumber from Alaska.[21] This was done ostensibly to protect ordinary homesteaders from timber speculators, but another purpose was probably to eliminate Alaska as a competitor of the important lumber industries of Oregon and Washington.[22] Despite his desire to protect the Alaskan forest, Emmons recognized that in a land where wood was the principal building material and heating fuel, the cutting of timber would have to continue, even in the forest reserve. Therefore, his proposal contained no prohibition on lumbering.[23] As it worked out, after the reserve was created it was the only place in Alaska where lumber could be cut for export.[24] Ironically, it seems, the creation of the forest reserve opened Alaska for commercial exploitation of its forests. However, this exploitation was controlled by the federal government.

In determining the specific islands that should be included in the reserve, Emmons followed established government policies. According to the Department of the Interior, new forest reserves should not interfere with existing settlements. This posed a problem for Emmons since some of the islands he wanted in the reserve were already settled. He resolved the difficulty by distinguishing between "permanent" and "temporary" settlements. Only white settlements could be considered permanent. Indian settlements, although as permanent as any, could not be considered so because Indians were not citizens of the United States. Fishing stations, lumber camps, and canneries were also temporary, he argued.[25] Baranof Island, where Sitka was located, presented a special problem. Emmons wanted to include it in the reserve, but Sitka was obviously a

---

[20]*Ibid.*, 6-7.
[21]*U.S. Statutes at Large*, XXX, 414 (1898).
[22]*Cong. Rec.*, 55 Cong., 2 sess. (March 4, 1898), 2456-2469.
[23]Emmons, "The Woodlands of Alaska," *passim*.
[24]U.S. Dept. of the Interior, *General Information Regarding the Territory of Alaska* (Washington, D.C., 1917), 38-39.
[25]Emmons, "The Woodlands of Alaska," 6-10.

EXHIBIT 3
Page 9 of 20

*The Nation's Largest Forest Reserve*     73

permanent settlement. Unable to get around the distinctions he himself had drawn, Emmons omitted the island, as well as the smaller ones around it. As finally drafted, his proposal called for setting aside the islands of Prince of Wales, Zarembo, Kuiu, Kupreanof, and Chichagof, and the hundreds of smaller islands associated with them.

Prince of Wales, consisting of some 3,000 square miles, was the largest island in the archipelago. More than a hundred miles long, it occupied the extreme southeastern portion of Alaska. The western shore was fringed with a hundred islands, some of them quite large, which offered shelter for small craft and steamers of moderate draft. However, it was not the size or the navigable waters of Prince of Wales that caused it to be included in the reserve. Emmons believed that the island group had the "most valuable" timber in Alaska, and he was especially impressed with the great growths of spruce and hemlock and scattered stands of yellow cedar.[26]

Emmons was able to include the Prince of Wales group in the reserve because there were no white settlements of "any size or importance" in the islands. The eight hundred Indians of the area counted little in such considerations since the U.S. government looked upon land occupied by Indians as uninhabited and available for settlement.[27] In fact, several national parks and forest reserves created by the Roosevelt administration had been carved out of "unoccupied" lands which were part of Indian reservations.[28] The Tlingits and Haidas of the Prince of Wales group had occupied their lands for centuries, and Emmons knew this. These Indians might have had their own reservation someday, but Emmons did not believe in reservations for Indians. He made the decision to put their lands in the forest reserve out of a belief that the Tlingits and Haidas were far enough down the path of civilization to be given equal political and economic rights with whites and avoid having to

---

[26]*Ibid.*, 7.

[27]*Ibid.*, 6-7.

[28]During the Roosevelt administration about 1,755,400 acres of land were taken from Indian reservations to create the Sequoya, Apache, Trinity, Zuni, Carson, Alamo, and Sitgreaves National Forests. Maps and printed copies of appropriate presidential proclamations, boxes 8 and 11, NA, RG 49.

EXHIBIT 3
Page 10 of 20