be put on reservations.[29] Future developments would reveal that he was unwittingly recommending the confiscation of the Indians' chief asset and condemning them to years of poverty.[30]

Emmons gave even less consideration to the five small sawmills and three canneries on Prince of Wales Island. He had little sympathy for such enterprises, claiming they were operated by companies interested only in exploiting the natural resources and local Indians. The Indians, he pointed out, were paid in script that was negotiable only at company stores which charged unfair prices. The canneries were seldom permanent affairs, remaining only for the four-month fishing season during which time they polluted nearby streams. In Emmons's estimation, they contributed virtually nothing to the Alaskan economy and paid negligible taxes.[31]

Another island, like Prince of Wales, with a magnificent stand of virgin timber needing protection was Zarembo, a low-lying island of 150 square miles and bounded by Clarence, Stikine, and Sumner straits. Unlike Prince of Wales, however, Zarembo was uninhabited and seldom visited, except by hunters and an occasional Indian.

Two more islands, Kuiu and Kureanof, lying on both sides of Keku Strait, had "much excellent timber," according to Emmons, and were ideal for the forest reserve. About six hundred Indians inhabited the two islands, most of them living along Keku Strait.

Another large island, in the extreme northwestern part of the Alexander Archipelago, had the quality of timber to be included in the reserve. It was Chichagof, an island of 2,044 square miles and about five hundred Indian inhabitants. Nearby was a seaward chain of islands, uninhabited and completely covered in forests. Despite its northern latitude, the island group had a moderate climate and was free of ice and snow in the summer. There were a few white settlements, a

---

[29] "A Report on the Condition and Needs of the Natives of Alaska Made by Lieut. G. T. Emmons, U.S. Navy, Retired," *S. Doc. 106*, 58 Cong., 3 sess. (1905), 14-15.
[30] Federal Field Committee for Development Planning in Alaska, *Alaska Natives and the Land* (Washington, D.C., 1968), 432-437.
[31] Emmons, *The Woodlands of Alaska*, 7-8.

EXHIBIT 3
Page 11 of 20

mission and some canneries, but nothing which Emmons considered permanent.

Altogether, the islands selected by Emmons encompassed 7,041 square miles and had about 1,900 inhabitants, nearly all Indians. Since there were more than a thousand islands in the archipelago, many of them nameless, Emmons found it necessary to delineate the reserve with a map. He obtained a large General Land Office map of southeastern Alaska and drew the boundaries and colored in the proposed reserve area. That map, now in the National Archives in Washington, D.C., became the official source for determining which areas were in or out of the original forest reserve.[32]

Emmons stayed in Alaska late into the fall of 1901 working on his forest reserve proposal.[33] In mid-winter he returned to his home in Princeton only to receive orders from the U.S. Navy to report immediately to Washington, D.C. A dispute had arisen between the United States and Great Britain over the Alaskan-Canadian boundary, and the Department of State wanted an Alaska expert to help prepare its case for the coming negotiations. For three months Emmons poured over maps of southeastern Alaska, the area in question, and consulted with State Department officials and President Roosevelt. Then, on May 13, 1902, Roosevelt sent Emmons to Alaska to gather facts on the boundary question.[34] It was the beginning of a working relationship between the two men in which Emmons became the President's most trusted consultant on Alaska. In 1904, Roosevelt commented to his Secretary of the Interior, "Lt. Emmons has given me more aid in reference to Alaska than any other man; he knows the Indians down to the ground and is absolutely trustworthy."[35]

During one of their meetings in the spring of 1902, Emmons took the opportunity to present to the President his plan for a

---

[32] *Ibid.*, 8-10; and map, file 3841-02, NA, RG 48.

[33] Emmons to Dorsey, Jan. 12 and March 21, 1902, Emmons correspondence file, Field Museum of Natural History.

[34] Manuscript Records of the Officers of the U.S. Navy, page for George T. Emmons, Vol. 7, NA, RG 24; and John Hay to Secretary of the Navy, Oct. 11, 1902, box 1036, NA, RG 24.

[35] Roosevelt to Hitchcock (handwritten note with Emmons's personal card attached), n.d., box 1, Hitchcock Papers, NA, RG 316.

EXHIBIT 3
Page 12 of 20

forest reserve in Alaska. Roosevelt liked the idea and asked for a written proposal and a map. Emmons obliged, and on April 15 Roosevelt forwarded the proposal to Secretary of the Interior Ethan Allen Hitchcock with the comment, "This Alaska forest reservation scheme . . . strikes me favorably." He instructed the Secretary to look into the matter, and if he found it "proper," to create the reserve.[36]

Apparently Hitchcock did not find the proposal proper, for he did not even circulate it within the Department of the Interior. Such behavior was not unusual because the department had become increasingly snarled in red tape following Hitchcock's appointment. Roosevelt was aware of Hitchcock's bureaucratic inefficiency and probably not surprised by the lack of attention to Emmons's proposal.[37] Eventually, however, he ran out of patience. On August 9, 1902, while at the Summer White House at Oyster Bay, he called in his secretary, William Loeb, and instructed him to build a fire under Secretary Hitchcock. In an extremely pointed and harsh letter marked "personal," Loeb asked Hitchcock what he had done about the Emmons proposal. The President, Loeb reminded the Secretary, had forwarded "some time back" a map and full report on the creation of a forest reserve in Alaska. "It is the President's desire," he told Hitchcock in unmistakable language, "that these reserves be established at once."[38]

Since it was summer, Hitchcock was out of Washington. Acting Secretary Thomas Ryan received Loeb's letter and recognized immediately that the President was exercised. He telegraphed Loeb that action was being taken and began a quick search for the Emmons report. When the report was found, Ryan put it in the hands of William A. Richards, the new commissioner of the General Land Office, with instructions to "immediately prepare a draft of a proclamation for the creation of a forest reserve which shall include the islands

---

[36] Roosevelt to Hitchcock, April 15, 1902, file 3841-02, NA, RG 48; Elting E. Morison, ed., *The Letters of Theodore Roosevelt* (8 vols., Cambridge, Mass., 1951), III, 252.
[37] Roosevelt's awareness of Hitchcock's shortcomings is revealed in Roosevelt to Hitchcock, Oct. 24, 1906, Hitchcock Papers; and in James R. Garfield, diary, April 13, 1907, box 8, James R. Garfield Papers, Manuscript Division, Library of Congress.
[38] Loeb to Hitchcock, Aug. 9, 1902, file 3841-02, NA, RG 48.

EXHIBIT 3
Page 13 of 20

above mentioned."[39] Richards was not only the proper authority to handle the matter, but he was a good choice politically. A former governor of Wyoming and a key adviser to Roosevelt on conservation, he was known to be loyal to Roosevelt and could be counted on to do his bidding.[40]

Ryan's instructions to Richards made it clear there was to be no further delay in the creation of the Alaska forest reserve. He even repeated Loeb's (Roosevelt's) phrase that it was to be done "at once." Along with this went the implied instructions that the usual procedures for the creation of forest reserves were to be ignored. Obviously, the proposal could not be adequately studied by the Bureau of Forestry in a few days, nor could the Bureau of Indian Affairs be consulted in such a short time. Not even the General Land Office would be able to review the proposed reserve if all was to be done "at once." Thus, the nation's largest forest reserve was to be created exactly as it was conceived by a naval lieutenant who really knew very little about national forest policy. This was probably not sound governmental procedure, but Theodore Roosevelt was not the kind of President to allow bureaucrats to stand in the way of what he wanted done in conservation.[41]

Richards took only two days to draft the necessary presidential proclamation and forward it to Roosevelt. But in that short time he discovered a problem: federal law did not clearly give the President authority to create a reserve in Alaska. The forest reserve act of 1891 had empowered the President to create reserves in a "state or territory," but as far as Richards could determine, Alaska had never been officially designated a territory. Congress had referred to Alaska in an old law, the same one that prohibited the exportation of lumber, as a "district," but that would not satisfy the requirement of the law of 1891.

Richards, however, soon found a way out of the dilemma. He discovered an 1892 presidential proclamation in which Alaska had been called a territory.[42] This device of relying on a

---

[39] File note 14892, n.d., and Ryan to Herman, Aug. 16, 1902, *ibid.*
[40] Elmo R. Richardson, *The Politics of Conservation: Crusades and Controversies, 1897-1913* (Berkeley, Calif., 1962), 8, 21, 23.
[41] Ryan to Herman, Aug. 16, 1902, file 3841-02, NA, RG 48.
[42] Richards to Hitchcock, Aug. 18, 1902, *ibid.*

EXHIBIT 3
Page 14 of 20

78     PACIFIC HISTORICAL REVIEW

presidential proclamation as a legal precedent was shaky constitutional law—the President enforces the laws, he does not make them—but this did not deter Richards or the President. (Eventually, Richards's assumption that Alaska was a territory was confirmed by the U.S. Supreme Court in the Insular Cases, but the court based its ruling on grounds that differed from those of Richards.)[43]

Before the President issued the proclamation, Richards had two more important matters to consider. Back in April when Roosevelt had sent Emmons's proposal to the Interior Department, he had told Hitchcock to make it clear that "we are not trying to drive all of the people out" of the reserve area. Earlier proclamations had unnecessarily frightened settlers, explained Roosevelt; he wanted everyone to understand clearly that the rights of prior land claims in reserve areas were protected by federal law.[44] Though mindful of the President's instructions, Richards decided to say nothing about the rights of prior claims because he felt that proclamations were not the proper place to interpret federal law. He also decided against mentioning the government's policy of permitting regulated timber cutting in forest reserves because this matter was not usually raised in proclamations.[45] The result was a proclamation that left federal intent clouded.

Since no one else had suggested a name for the new reserve, Richards decided to select one. For a time he considered creating five different reserves and naming each after one of the five main islands. But five separate reserves with five different headquarters would not make for efficient administration. Richards decided to treat the area as one reserve and to call it the Alexander Archipelago Forest Reserve because the islands included in the reserve made up more than half of the Alexander Archipelago.[46] He then forwarded the draft proclamation to President Roosevelt, who, without changing a word, signed it on August 20, 1902. The areas included in the reserve were exactly as George Emmons had proposed them, and his

---

[43] *Rasmussen v. United States*, 197 U.S. 583 (1905).
[44] Roosevelt to Hitchcock, April 15, 1902, file 3841-02, NA, RG 48.
[45] Richards to Hitchcock, Aug. 18, 1902, *ibid.*
[46] *Ibid.*

EXHIBIT 3
Page 15 of 20

dream of a national forest in Alaska was an accomplished fact.[47]

The founding of the Alexander reserve, a momentous event for the future of Alaska, was done completely within the federal government and almost in secrecy, or so it seemed to the people of Alaska. Their first knowledge of it came in late August 1902 when they read about it in their newspapers. And even then the accounts were garbled. A few Alaskans were so outraged by the creation of the new forest reserve that they wrote to Washington. Their principal objections were that the reserve was not needed, that it would be harmful to the Alaskan lumber industry, and that the Indians would suffer.[48]

The idea that the reserve was unnecessary was expressed in at least three letters sent to Washington. The Reverend Harry P. Corser, a Protestant missionary to the Indians at Fort Wrangell, maintained that since trees in Alaska grew faster than they were cut, there was no reason to protect them.[49] Congressman James T. McCleary of Minnesota, who wrote on behalf of former constituents now in business in Alaska, took the same view and wanted action delayed on the reserve "until my friends can be heard."[50] James O. Rountree, a pioneer businessman of Ketchikan, claimed that three-fourths of the forests were "utterly worthless" and not worth preserving. He claimed that the reserve would stultify economic growth in the area and asked President Roosevelt to omit Prince of Wales Island, where he had mining interests.[51]

The task of answering the protests from Alaska fell to several Department of the Interior officials. Binger Herman, who had replaced Richards as commissioner of the General Land Office, answered Rountree's letter. The idea of dropping Prince of Wales Island from the reserve, he observed, was not "well grounded." To counter Rountree's claim that the forests were not worth preserving, Herman argued that the best possible use of the area would be in the regulated cutting of the trees

---

[47]*U.S. Statutes at Large*, XXXII, 2025 (Aug. 20, 1902).
[48]See the letters from effected persons in file 3841-02, NA, RG 48.
[49]Corser to Secretary of the Interior, Sept. 1, 1902, *ibid.*
[50]McCleary to Secretary Hitchcock, Sept. 8, 1902, *ibid.*
[51]Rountree to Roosevelt, n.d., *ibid.*

EXHIBIT 3
Page 16 of 20

Case 3:05-cv-00006-HRH    Document 151-6    Filed 10/29/2007    Page 7 of 10

since the soil and climate were not suited to ordinary agriculture. He felt the only way to regulate effectively the cutting of trees would be through a government forest reserve. To Rountree's charge that the reserve would stultify economic growth, Herman admitted there would have to be new government restrictions, but these would not prevent the continuation of mining, fishing, and lumbering.[52]

Two of the letters of protest mentioned possible deleterious effects on the Alaskan lumber industry, but these did not come from lumbermen. Indeed, there is no evidence that any lumbermen wrote to Washington about the reserve. To understand why, it is necessary to examine the Alaskan lumber industry. It was made up of small operators, mostly "hand loggers" who cut logs on contract for sawmills. A typical hand logger owned little more than a few axes and saws and perhaps a boat. His technique was to cruise along the shores of the islands spotting trees which were ready for cutting. After felling and trimming the logs, he shoved them into the sea and pulled them through the water to the sawmill.[53] Such logging did little permanent damage to the forest and, under government regulations, could continue in the new forest reserve, although most of the hand loggers probably did not know it.

Even though the government did not intend to stop the hand loggers, the immediate effect of the Alexander reserve proclamation seemed to be just that. All logging was prohibited until permits were issued, and the information given to the public failed to specify how and where such permits could be obtained. Part of the problem went back to the decision by Land Commissioner Richards to omit any mention of logging permits in the proclamation, even though President Roosevelt had wanted to avoid the impression that people were being driven out of the reserve. The result of this omission was that many people in Alaska believed that logging in the Alexander reserve would not be permitted under any circumstances.[54]

---

[52] Herman to Rountree, Nov. 17, 1902, *ibid.*
[53] Rountree to Roosevelt, n.d., *ibid.*
[54] The idea that there would be no more logging in government forest reserves in Alaska can be found in virtually every letter of protest received by officials in Washington. See file 3841-02, NA, RG 48.

EXHIBIT 3
Page 17 of 20

Back in 1892, the intent of the government had seemingly been made clear when logging was prohibited in the Afognak Forest and Fish Culture Reserve, the first forest reserve in Alaska. However, the Afognak reserve was a special situation. It was located on an island near Kodiak which wildlife enthusiasts, including Roosevelt, had fought to protect because it was the spawning and breeding grounds of salmon, sea lions, seals, and sea otters. Most Alaskans knew that loggers were barred from Afognak Island, but apparently many did not understand that this was done to protect the wildlife and was not a reflection of policy for all of Alaska.[55]

With all the misunderstanding over government policy, it would have been reasonable to expect a howl of protest from the hand loggers, whose livelihoods seemed threatened. But not one of them wrote to the officials in Washington. Perhaps this was because they did not understand the situation or were illiterate, but more likely, many of them simply did not intend to abide by the new government regulations, whatever they were. In effect, the hand loggers had been poaching timber on public land since they had begun logging; a proclamation signed thousands of miles away in Washington changing the status of that public land probably meant very little to them.

Of all the protests raised against the Alexander reserve, the most substantial concerned the effect on Indians. The Indian missionary Corser, like so many others, thought creation of the new reserve would stop all tree cutting. He foresaw dire consequences for the Indians who would lose their jobs in the sawmills and their access to the forest. Corser and other missionaries had worked hard to convince the Tlingits and Haidas to abandon their communal dwellings and build individual family houses. If the Indians could not cut trees, he feared they would go back to their old ways. If they were denied access to the forest and sea by the new government regulations, they would perish because they made their living by hunting, fishing, and logging.

Some of Corser's fears for the Indians were groundless. The Indians would be allowed to cut trees in the national forest

---

[55]Trefethen, *Crusade for Wildlife*, 64-67.

EXHIBIT 3
Page 18 of 20

Case 3:05-cv-00006-HRH   Document 151-6   Filed 10/29/2007   Page 9 of 10

under the same conditions as other loggers. Perhaps unlettered Indians would have difficulty getting permits, but once licensed they could cut trees. Having to get permits would be annoying to the Indians, but even more disturbing was the basic question of who controlled the forest. This question was put to government officials "from a moral standpoint" by missionary Corser, who asked, "Is it right to prohibit Indians from cutting wood on land which they inherited from their ancestors and which they have considered their own for centuries . . . ?"[56]

Corser's question, along with all the other protests about the Alexander reserve, were forwarded to Secretary of the Interior Hitchcock. In answering them, the Secretary displayed a certain truculance. The reserve, he declared, had not been his idea and had not originated with the Department of the Interior. The President had ordered him to create the reserve "at once," and he had done so. To the problems of lumbermen and Indians, he was more responsive. Neither of these two groups would be prevented from obtaining "an adequate timber supply." To all, Hitchcock made it clear that the purpose of the reserve was to regulate and control the cutting of timber, not prevent it. Only "reckless and illegal" timber cutting would be stopped; responsible cutting would continue. Although Hitchcock tried to molify the protestors, it was apparent from the tone of his letters and from the replies of other Interior Department officials that none of the requests for changes in the Alexander reserve would be heeded.[57]

In the years that followed, there were changes in the reserve, but these were mostly in size and name. In 1906 the name became the Alexander Archipelago National Forest. The following year, President Roosevelt created another national forest in Alaska, the Chugach, in the coastal area surrounding the Prince William Sound and Kenai Peninsula. Then, in 1908, Roosevelt added the Baranof group and some adjacent mainland areas to the original islands of the Alexander reserve to make the Tongass National Forest.[58] The new name came from

---

[56] Corser to Secretary of the Interior, Sept. 1, 1902, file 3841-02, NA, RG 48.
[57] Hitchcock to Corser, Sept. 13, 1902, *ibid* (a similar letter went to all protestors).
[58] U.S. Dept. of Agriculture, Division of Engineering, Forest Service, *Establishment and Modification of National Forest Boundaries: A Chronological Record, 1891-1968* (Washington, D.C., 1968), *passim*.

EXHIBIT 3
Page 19 of 20

the Tongass Indians, a Tlingit tribe which lived at the mouth of the Portland canal, and from Fort Tongass, the first American military installation in Alaska, founded on Sitklan Island in 1867.

The size of the Tongass National Forest was increased in subsequent years until today it covers virtually all of southeastern Alaska. The reserve is approximately 350 miles long and 120 miles wide, and it contains an estimated 78 billion board feet of commercial timber. The national forest surrounds the Alaskan ports of Ketchikan, Wrangell, Petersburg, Juneau, Skagway, and Sitka.[59]

The establishment of the Tongass National Forest not only brought the vast forests of southeastern Alaska under the management of the Department of the Interior and the Forest Service, it also significantly affected future developments. Road building was curtailed, and cities and towns enclosed by the national forest found it difficult to expand.[60] For example, Juneau, the capital of Alaska, is a small city of only 17,000 persons partly because it is surrounded by water and national forest. Alaskans recently approved a state-wide referendum that calls for moving the capital elsewhere.[61] But, in contrast to the small size of the state capital, the lumber industry has grown and prospered, and the Indians have regained large amounts of aboriginal lands around their villages as a result of the Alaskan Native Claims Act of 1971.[62]

All of this has occurred without violating the original purpose of the forest reserve: the protection of the great forests. The trees are still there, millions of them. And Americans who wish to give thanks for this, should do so to the memories of George T. Emmons, Theodore Roosevelt, and the nameless Department of the Navy clerk who assigned Emmons to the USS *Adams* in 1882.

---

[59] Arthur H. Carhart, *The National Forests* (New York, 1959), 267-269.
[60] Morgan B. Sherwood, ed., *Alaska and Its History* (Seattle and London, 1967), 440-441.
[61] *New York Times*, Aug. 29, 1974, p. 22.
[62] *U.S. Statutes at Large*, LXXXV, 688 (1971).

EXHIBIT 3
Page 20 of 20