George T. Emmons.

Lieutenant, U.S. Navy.

Dear Secy Hitchcock,

Lt. Emmons has given me more aid in reference to Alaska than any other one man; he knows the Indians down to the ground, and is absolutely trustworthy; Senator Dillingham thinks as highly of him as I do; now, will you listen to him, & get a full report from him as to the abuses there & the remedies? Then lay the matter before me so far as is necessary.

T. Roosevelt

Formerly RG#200 National Archives Gift Collection
Vault: HITCH Entry UD 8300-B
Private Papers of Ethan Allen Hitchcock, 1880-1909
Correspondence: President Theodore Roosevelt to Secretary Hitchcock
Bx 1, TR #3

EXHIBIT 4
Page 1 of 1

REPRODUCED AT THE NATIONAL ARCHIVES