REPRODUCED AT THE NATIONAL ARCHIVES

RG 48 Sec. of Interior
Lands & Railroads Division
Entry 550, Letters Received, 1881-1907
File 3841-02

DEPT. OF THE INTERIOR
AUG 16 1902

EXHIBIT 5
Page 1 of 77

REPRODUCED AT THE NATIONAL ARCHIVES

1.

The Territory of Alaska, with its six hundred thousand square miles of area, is but sparsely wooded, as can be readily seen by a brief glance at the existing physical and climatic conditions of the country.

The vast interior, comprising fully four-fifths of the entire area, a considerable portion of which lies within the Arctic circle, consists of an elevated plateau, rocky and mountainous places, but in most part, spread out in tundra lands, frozen to a great depth, on the surface of which rests a light subsoil of decayed vegetation, from which springs a matted growth of moss and lichens, which during the short summer season holds the melting snows in saturation, confining tree life to the lower mountain sides, the most sheltered valleys and the river and lake shores, and even here, the climatic conditions are wholly unfavorable, as the short warm summer season is extremely dry, while the eight months of winter are excessively cold, the combination of extremes being inimical to tree growth. The trees found here are — cottonwood, alder, birch, aspen and willow, besides spruce, the latter growing to fair size in the more favored

EXHIBIT 5
Page 2 of 17

2.

and protected localities. But while the timber is generally small and of an inferior quality, yet from an economic standpoint, it is of inestimable value to the placer miner, who in the process of melting and sluicing the auriferous gravel deposits, which form the natural wealth of this region, requires wood of almost any character. And it is also very evident that at such inaccessible points, that fuel and lumber for the necessities of life must be at hand, while the light draft steamboats, that ply the thousand miles of shallow river channels, and furnish the entire food supply, must depend upon the local wood depots, at short intervals along the shores.

The coast line from Cooks Inlet, doubling the Aliaskan Peninsulas, through Bering sea to the Arctic, is low and sandy, broken by innumerable brackish lagoons, and snow covered inland for a hundred miles or more, a bleak, storm swept, treeless waste; while the Aleutian Island group stretching far westward toward the Asiatic shore, is equally devoid of tree life.

This leaves only South Eastern Alaska, and the fringe of coast around Prince William

EXHIBIT 5
Page 3 of 17

3.

Sound and Cooks Inlet, and a portion of the Kadiak group to be considered, a comparatively limited area, hardly exceeding thirty thousand square miles in extent, of which a considerable portion is snow and ice covered, still further reducing the forested lands to within very narrow limits. Indeed South Eastern Alaska for all available purposes, may be said to constitute the wooded section of the Territory of Alaska, which in itself simply forms a continuation of the wood lands of Oregon and British Columbia, modified somewhat in species and growth under slightly less favorable conditions of soil and climate.

The equable climate of this locality with a mean annual temperature of about 43° F., and the excessive humidity often exceeding an annual precipitation of 80 inches, the direct result of the warm Japan ocean current, which impinging upon the Aleutian Islands follows around the continental shore, and flows southward along the islands, manifests itself in an almost tropical luxuriance of vegetable life on every hand, and accounts for the dense forests which cover every available foot of land to the snow line.

EXHIBIT 5
Page 4 of 17