REPRODUCED AT THE NATIONAL ARCHIVES

4.

Then too, forest fires are unknown throughout this region, the continued rain fall, together with the carpet of wet moss, which so soon covers the fallen trees, prevents the extension of this destructive agency. Only at the head of Lynn Canal where the summer season is comparatively dry, and constant winds prevail, are any evidences of burnt districts, & even here their extent is limited

The forest hereabouts are wholly coniferous, although throughout the glacial regions more recently freed from ice, a deciduous growth first appears, generally found groves of alder and cotton and along the water courses. The Coast hemlock — Tsuga heterophylla — and the Sitka spruce — Picea sitchensis — are the prevailing trees, constituting more than nine tenths of the forest area. They both grow to large size six and eight feet in diameter and almost two hundred feet in height, the former covers the mountain sides to an altitude of two thousand feet or more, but decreases in size with the elevation. The latter is found to better advantage in the lower and damper places, and has always been preferred by the natives for house and canoe building. The red cedar Thuja plicata is of rare occurrence north of Sumner Strait.

EXHIBIT 5
Page 5 of 17

REPRODUCED AT THE NATIONAL ARCHIVES

5

in Lat 56° 20′ N., Its source of greater abundance is on the Prince of Wales Island, where large trees occur mixed with the other woods, but even here it is neither so large nor so plentiful as in the more Southern latitudes. The Yellow cedar—Chamaecyparis nootka-tensis—is by far the most valuable wood found hereabouts, it occurs throughout this section, more often met with on the Islands than on the mainland, but always in detached clumps or trees over the mountain side, preferably along the warmer exposures, from the waters edge to the limit of tree life. It is never found in extended forests. It reaches considerable size, diameters of three and four feet are often met with and even greater are known, but seldom are the large trees sound at the heart. This wood is greatly esteemed by the natives for various domestic purposes and for fuel, as it splits easily and gives out great heat although quickly consumed. The Alpine hemlock—Tsuga Mertensiana—is of sporadic occurrence, as well as the pine—Pinus contorta—neither of which are a factor in the tree growth of this country.

Of deciduous trees there are the Oregon Alder—Alnus oregona—, the shrub Alder—Alnus sinuata—, The Cotton wood—Populus trichocarpa and balsamifera—The willow—Salix Sitchensis—besides many plants and shrubs

EXHIBIT 5
Page 6 of 17

REPRODUCED AT THE NATIONAL ARCHIVES

6

— all of which
are found low down on the sand dunes, or
in swampy ground, and fringing the
river courses throughout both mainland & islands.
The Alder and the cotton wood attain some
size but have a limited area and have
no economic value except to the natives,
who fashion food dishes, spoons and ornamental
carvings from the former and dig out canoes
from the tree trunks of the latter. A small
growth of maple — Acer glabrum — is found
at different points, and patches of dwarf crab apple
— Pyrus rivularis — are not uncommon on the Islands.

South Eastern Alaska properly consists of
two geographic divisions —, the narrow thirty mile
strip of continental shore extending northwards
from Dixon Entrance, — the southern boundary
line, Lat 54° 40' N —, to the 141 Meridian; and
the Thousand islands of the Alexander Archipelago,
lying to seaward. The mainland section forms
one continuous mountain chain penetrated by
deep fiords & channel ways. The general altitude
increases inland and with the latitude, ter-
-minating in the ice clad peaks of the Mount
St Elias range. The precipitous Shores invite but

EXHIBIT 5
Page 7 of 17

7.

a scant tree growth in places, and from Yarku Inlet northward, the forested area is still farther contracted by the great glaciers, which fill the valleys and spread out to the waters edge. At an elevation of from 2000 to 2500 feet the limit of tree life is reached, above this a dwarfed growth of vegetation and heather climbs upward to the snow line, which varies with the latitude and seaward position. About Mount St Elias this descends to 2000 feet while at more protected points it is at a much greater elevation. The average temperature of the mainland in winter is many degrees lower than that of the more seaward islands, the influence of the warm ocean atmosphere being very perceptible both in temperature and humidity, and while rain falls on the islands snow covers the more inland region. So generally speaking the conditions found on the mainland are not so favorable to vegetable life as are those which exist on the islands.

The Alexander Archipelago extending in a north westerly direction from Dixons Entrance to Cross Sound through 260 miles with an average breadth

EXHIBIT 5
Page 8 of 17

REPRODUCED AT THE NATIONAL ARCHIVES

8.

of sixty miles, is one immense forest of conifers. The islands range from over a hundred miles in length to rocks of a few square feet of surface, but wherever soil exists, the ~~and plant life~~ ~~to the timber line~~ portion, and the broad waterways separating them from the mainland, enjoy a more even temperature, and except in the case of Baranof Island they are generally of more moderate elevation, and during the summer months, are released from the burden of snow and ice which never leave the mountains of the mainland. Hemlock and spruce are the two predominant woods, with a ~~good~~ ~~and some~~ while alder grows to a diameter of from a foot to eighteen inches along the streams.

So far, no inroad has been made on the forests of Alaska, the Government regulations have prohibited the exportation of timber of any kind, and only such wood has been cut as the local market has demanded, which should always be permitted for the proper and necessary development of the country and the requirements of the inhabitants.

EXHIBIT 5
Page 9 of 17

REPRODUCED AT THE NATIONAL ARCHIVES

9.

In the setting aside of government timber reservations, I understand that it is the Department's desire to interfere as little as possible with the settlement and the development of the country, and where the conditions are such as to give us to select islands—the limits of which are clearly defined by nature—, which are the more sparcely inhabited, and to this end I would suggest the following list of locations as best fulfilling these conditions

(1) The Prince of Wales Island & associated islands to seaward.
(2) Kasaan Island.
(3) Kuiu Island
(4) Kutmanof Island
(5) Chichagof Island and associated islands to seaward,

EXHIBIT 5
Page 10 of 17

10.

(1). _Prince of Wales, and associate islands to seaward._
The Prince of Wales Island is the largest of the
divisions of the Alexander Archipelago, with an
approximate area of 3005 square miles. It ex-
-ceeds one hundred miles in length with a
breadth of thirty miles near the southern
South-western portion of the Territory. While
the northern half is quite compact the southern
portion is much cut up by deep, far reaching
arms of the sea which almost meet at several
points. The western shore is fringed by more
than a hundred islands, some of which are of
considerable size, and by this means, protected
channel ways extend along the entire sea board,
navigable for small craft, and in many
reaches for steamers.
The general elevation of the island is moderate,
seldom exceeding 2000 feet except in isolated
peaks about the extreme northern & southern
portions, and this fact together with its near
southern and seaward portion may account
for its excellence of timber. It is believed
to be the most valuable of the wooded
districts of Alaska, both in quantity and
quality of its wood. Besides the abundance

EXHIBIT 5
Page 11 of 17

11.

of Hemlock and Spruce; The Red cedar occurs here, and throughout the entire island a considerable proportion of yellow cedar of large size is believed to exist.

The native population having reached eight hundred all told are principally at Howkan on Dall Island where there is established a mission; at Klevak & at Tuxshekan, about Port Bucareli on the Western coast, and in small settlements at Shakan and at Kasaan, while Sukkwan and Kleinkwan are now practically deserted. There are small saw mills of limited capacity operated near Howkan, at Klevak, Shakan, Kasaan Bay and Hetta Inlet.

At _____ _____ _____

Dall bay _____ a _____ _____ at a number of points. There are fishing stations which have better permanency.

There are no white settlements of any size or importance on the Prince of Wales Island and let me note here that the canneries throughout South Eastern Alaska, are managed entirely in the interests of the Companies, with no regard for any benefit

EXHIBIT 5
Page 12 of 17