12.

which might accrue to the country. It is true that the natives receive an increased wage for their labor in fishing, but as in many instances they are paid in tickets or credited in the company's store a double profit is made. Further, these canneries are not always permanently closed, and when the fishing season is over they are closed, the contract Chinese and Slavonian labor is transported Southward, and a watchman or two only remains during the eight months of inactivity. They use the wood as they please for wharves, buildings and fuel and deplete the shores at will, and the Territory receives little in return.

(2) Zarembo Island lies at the junction of Wrangel between Clarence and Sumner Straits. It is a compact, rounded and well wooded island with a diameter of thirteen miles and an altitude not exceeding 2500 feet. It is wholly uninhabited and seldom visited except by hunters and passing canoes. The approximate area is 150 square miles.

EXHIBIT 5
Page 13 of 17

13.

3. <u>Kuiu Island</u>, lies between the Prince of Wales Island and Baranof Island, forming the Eastern shore of Chatham Straits for a distance of fifty odd miles, with an approximate area of 753 square miles. It is a ragged piece of land indented by deep bays and almost cut in two by two long sea arms. It is comparatively low in elevation seldom exceeding a height of 2000 feet and consists of rolling foot hills well timbered from base to summit except where the higher peaks reach upward beyond the timber line. It is sparsely inhabited having a permanent population of hardly more than a hundred souls. There being a small native village in Security Bay to the northward, and a few houses about the Indian cannery at Beauclerc. There is a salmon cannery on the South Eastern shore, but no white settlement on the entire island. The forest growth here is dense, with the usual predominance of Hemlock and Spruce, and a fair sprinkling of Yellow cedar as well as a limited growth of Red cedar.

EXHIBIT 5
Page 14 of 17

14.

(4) <u>Kupreanof Island</u>, an associate island of Kuiu, separated from it by a narrow shallow waterway, has a length of forty miles by an average breadth of twenty five miles, with an approximate area of 1085 square miles. It is a compact piece of land that is practically unbroken, and is penetrated by but one deep arm. It is generally of low elevation with a considerable area of level land, and seldom exceeds in height 2000 feet except along the Eastern border. It is well wooded throughout to the timber line. Its native population not exceeding five hundred people live about Keku Straits. There has recently been a Salmon cannery established on Wrangel Narrows with a fishing nearby. [illegible struck-through text] and Yellow Cedar with much excellent timber.

(5) <u>Chichagof Island</u>, constitutes the extreme north western division of the Alexander Archipelago, it is some fifty-eight miles long and almost as broad, with an approximate area of 2044 square miles. It is intersected by several deep inlets which almost meet near the centre of the Island. Lisianski

EXHIBIT 5
Page 15 of 17

15

Prince of Wales Island, the seaward shore is protected by a continuation of smaller islands, affording protected channels for canoe travel from Cross Sound to Peril Strait. While occupying a northern position Chichagof is very free from snow even about the higher altitudes during the summer season. The surface of the country is much broken with many broad well wooded valleys between the mountains which seldom exceed 2500 feet although reaching in rare instances to 4000 feet. The forests are composed of Hemlock, Spruce and Yellow Cedar, with Alder about the waterways. The native inhabitants numbering upwards of 500 live principally at "Gaudarkan" [illegible] in Port Frederick, with a [illegible] in Tenakee Inlet. There is a mission at Hoonah. Natural hot springs strongly impregnated with iron, sulphur and magnesia occur on the north western coast and in Tenakee Inlet, at the latter point there are several houses. Otherwise there are no white habitations on the Island. A cannery has of late been

EXHIBIT 5
Page 16 of 17

16.

established at Sitkok at the extreme South Eastern point of the Island. The Sea ward chain of islands are generally low and well wooded and are great resorts for deer, particularly during the winter and early spring.

In approximate areas of the Islands the inland waterways and shore line indentations are included.

EXHIBIT 5
Page 17 of 17