RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*, | ) | No.  3:05-cv-00006 - HRH |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | NOTICE OF CONTINUED FILING |
| | ) | OF EXHIBITS ATTACHED TO |
| v. | ) | PERATROVICH SUPPLEMENTAL |
| | ) | BRIEF ON THE "WHICH WATERS" |
| UNITED STATES OF AMERICA, *et al.*, | ) | ISSUE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Peratrovich Plaintiffs hereby give notice to the court of filing additional
Exhibits to be added to the Supplemental Brief "Which Waters" filed at Docket No. 150.
Attached hereto are Exhibits 6 – 11.

Dated:  October 29, 2007          Respectfully sumbmitted:


LUEBBEN JOHNSON & BARNHOUSE LLP

By     /s/ Randolph H. Barnhouse
       Randolph H. Barnhouse
       7424 4th Street N.W.
       Los Ranchos de Albuquerque,
          New Mexico 87107
       (505) 842-6123
       (505) 842-6124 (fax)
       E-Mail:  dbarnhouse@luebbenlaw.com
       Attorneys for Related Case Plaintiffs
       Peratrovich, *et al.*

NOTICE OF CONTINUED FILING OF EXHIBITS TO SUPPLEMENTAL BRIEF
PLAINTIFFS PERATROVICH
3:05-cv-00006 - HRH

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, a copy of the foregoing document was served electronically on:


Robert T. Anderson          boba@u.washington.edu, bobanderson7@comcast.net
Carol H. Daniel             cdaniel@alaska.net
Steven A. Daugherty         Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak,
                            rubricsd@netscape.net
Dean K. Dunsmore            dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov,
                            bruce.landon@usdoj.gov
Gregory S. Fisher           gfisher@bhb.com
William P. Horn             whorn@dc.bhb.com, jpoppos@dc.bhb.com,
                            mbrennan@dc.bhb.com,
Heather R. Kendall-Miller   Kendall@narf.org, athomas@narf.org
James H. Lister             jlister@dc.bhb.com, bwines@dc.bhb.com
William F. Sherman          wfs@lexalaska.com
Joanne M. Grace             joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us


/s/ Randolph H. Barnhouse

NOTICE OF CONTINUED FILING OF EXHIBITS TO SUPPLEMENTAL BRIEF
PLAINTIFFS PERATROVICH
3:05-cv-00006 - HRH