PROCLAMATIONS. Nos. 36, 37                                                     2025

Excepting from the force and effect of this proclamation all lands  *Lands excepted.*
which may have been, prior to the date hereof, embraced in any legal entry or covered by any lawful filing duly of record in the proper United States Land Office, or upon which any valid settlement has been made pursuant to law, and the statutory period within which to make entry or filing of record has not expired: *Provided*, that this exception shall not continue to apply to any particular tract of land unless the entryman, settler or claimant continues to comply with the law under which the entry, filing or settlement was made.

Warning is hereby expressly given to all persons not to make set-  *Reserved from settlement.*
tlement upon the lands reserved by this proclamation.

The reservation hereby established shall be known as The Madison  *The Madison Forest Reserve.*
Forest Reserve.

In witness whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

   Done at the City of Washington this 16th day of August, in the
          year of our Lord one thousand nine hundred and two, and
   [SEAL.]  of the Independence of the United States the one hundred
          and twenty-seventh.
                                          THEODORE ROOSEVELT
By the President:
   ALVEY A. ADEE
       *Acting Secretary of State.*

---

[No. 37.]

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA.        August 20, 1902.

A PROCLAMATION.

Whereas, it is provided by section twenty-four of the Act of Con-  *Preamble. Vol. 26, p. 1103.*
gress, approved March third, eighteen hundred and ninety-one, entitled, "An act to repeal timber-culture laws, and for other purposes", "That the President of the United States may, from time to time, set apart and reserve, in any State or Territory having public land bearing forests, in any part of the public lands wholly or in part covered with timber or undergrowth, whether of commercial value or not, as public reservations, and the President shall, by public proclamation, declare the establishment of such reservations and the limits thereof";

And whereas, the following described public lands in the Territory of Alaska are in part covered with timber, and it appears that the public good would be promoted by setting apart and reserving said lands as a public reservation;

Now, therefore, I, THEODORE ROOSEVELT, President of the United  *Forest reserve, Alaska.*
States, by virtue of the power in me vested by section twenty-four of the aforesaid Act of Congress, do hereby make known and proclaim that there are hereby reserved from settlement, entry or sale, and set apart as a Public Reservation, Chichagof Island and the adjacent islands to the seaward thereof, Kupreanof Island, Kuiu Island, Zarembo Island, and Price of Wales Island and the adjacent islands to the seaward thereof, in Alaska: *Provided*, that this proclamation shall not be so construed as to deprive any person of any valid right possessed under the Treaty for the cession of the Russian possessions in North America to the United States, concluded at Washington on the thirtieth day of March, eighteen hundred and sixty-seven, or

EXHIBIT 6
Page 1 of 2

2026 PROCLAMATIONS. Nos. 37, 38.

<p style="margin-left: 2em;">acquired under any act of Congress relating to the Territory of Alaska.</p>

<span style="float:left;">Reserved from settlement.</span>
Warning is hereby expressly given to all persons not to unlawfully enter upon or occupy any of the lands reserved by this proclamation.

<span style="float:left;">The Alexander Archipelago Forest Reserve.</span>
The reservation hereby established shall be known as The Alexander Archipelago Forest Reserve.

In witness whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington this 20th day of August, in the year of our Lord one thousand nine hundred and two and [SEAL.] of the Independence of the United States the hundred and twenty-seventh.

THEODORE ROOSEVELT

By the President:
  ALVEY A. ADEE
    *Acting Secretary of State.*

---

[No. 38.]

<span style="float:left;">September 4, 1902.</span>

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA.

A PROCLAMATION.

<span style="float:left;">Preamble.<br>Ante, p. 1975.<br>Vol. 31, pp. 672, 676.</span>
Whereas, in the opening of the Kiowa, Comanche, Apache, and Wichita Indian lands in the Territory of Oklahoma, by proclamation dated July 4, 1901, pursuant to section six of the act of Congress approved June 6, 1900 (31 Stat., 672, 676), the southwest quarter of the northwest quarter of section nineteen in township two north, of range eleven west of the Indian principal meridian, containing forty acres, was reserved for the use of the Fort Sill Indian sub-agency.

And whereas it appears that said land is no longer required for use by said Fort Sill Indian sub-agency, and that it is within one and a half miles of the City of Lawton, Oklahoma Territory, and is needed by said city for cemetery purposes, and the city authorities of said city desire to make entry thereof for said purposes under the act of Congress approved September 30, 1890 (26 Stat., 502);

<span style="float:left;">Vol. 26, p. 502.</span>

<span style="float:left;">Fort Sill Indian sub-agency.<br>Land restored to public domain for cemetery purposes, Lawton, Okla.</span>
Now, therefore, I, THEODORE ROOSEVELT, President of the United States, by virtue of the power in me vested by section six of said act of Congress of June 6, 1900, do hereby declare and make known that said land is hereby restored to the public domain, to be disposed of to said city for cemetery purposes under said act of Congress approved September 30, 1890.

In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington this 4th day of September, in the year of our Lord one thousand nine hundred and two, and [SEAL.] of the Independence of the United States the one hundred and twenty seventh.

THEODORE ROOSEVELT

By the President
  ALVEY A. ADEE
    *Acting Secretary of State.*

EXHIBIT 6
Page 2 of 2