

# A History of The United States Forest Service In Alaska

By
Lawrence Rakestraw



USDA

United States
Department of
Agriculture

Reprinted by
Forest
Service

Alaska
Region

R10-FR-5
June 2002



EXHIBIT 7
Page 1 of 6

public lands bearing forests, in any part of the public lands wholly, or in part covered with timber or undergrowth, whether of commercial value or not, as public reservations; and the President shall, by public proclamation, declare the establishment of such reservation, and the limits thereof.'

And whereas, it is provided by section fourteen, of said above mentioned act, that the public lands in the Territory of Alaska, reserved for public purposes, shall not be subject to occupation and sale.

And whereas, the public lands in the Territory of Alaska, known as Afognak Island, are in part covered with timber, and are required for public purposes, in order that salmon fisheries in the waters of the island, and salmon and other fish and sea animals, and other animals and birds, and the timber, undergrowth, grass, moss, and other growth in, on, and about said island may be protected and preserved unimpaired, and it appears that the public good would be promoted by setting apart and reserving said lands as a public reservation.

And whereas, the United States Commissioner of Fish and Fisheries has selected Afognak Bay, River and Lake, with their tributary streams, and the sources thereof, and the lands including the same on said Afognak Island, and within one mile from the shores thereof, as a reserve for the purpose of establishing fish culture stations, and the use of the United States Commission of Fish and Fisheries, the boundary lines of which include the head springs of the tributaries above mentioned, and the lands, the drainage of which is into the same.

Now, therefore, I, Benjamin Harrison, President of the United States, by virtue of the power in me vested by sections twenty-four and fourteen, of the aforesaid act of Congress, and by other laws of the United States, do reserve and do hereby make known and proclaim that there is hereby reserved from occupation and sale, and set apart as a public reservation, including use for fish culture stations, said Afognak Island, Alaska, and its adjacent bays and rocks and territorial waters, including among others the Sea Lion Rocks and Sea Otter Island: Provided, That this proclamation shall not be so construed as to deprive any bona fide inhabitant of said island of any valid right he may possess under the treaty for the cession of the Russian possessions in North America to the United States, concluded at Washington, on the thirtieth day of March, eighteen hundred and sixty-seven.

Warning is hereby expressly given to all persons not to enter upon, or to occupy, the tract or tracts of land or waters reserved by this proclamation, or to fish in, or use any of the waters herein described or mentioned, and that all persons or corporations now occupying said island, or any of said premises, except under said treaty, shall depart therefrom.

In witness whereof, I have hereunto set my hand, and caused the seal of the United States to be affixed.

Done at the city of Washington this twenty-fourth day of December, in the year of our Lord one thousand eight hundred and ninety-two, and of the independence of the United States the one hundred and sixteenth.

(Seal)

By the President:  Benj. Harrison.

John W. Foster, Secretary of State.

## Chapter 2

1 John Ise, *The United States Forest Policy* (New Haven, 1920), pp. 120-28.

2 Gifford Pinchot, *Breaking New Ground* (New York, 1947), pp. 86-93. Fernow felt that the trip was unnecessary. Rodgers, *Fernow*, pp. 220-21.

3 No overall scholarly evaluation of the commission's work exists. It apparently did a relatively good job in Montana and a poorer one in Oregon and Washington. See Harold D. Langille, "Mostly Division 'R' Days," *Oregon Historical Quarterly* 57 (December 1956): 301-14, and Rakestraw, "Sheep Grazing in the

EXHIBIT 7
Page 2 of 6

Cascade Range: John Minto vs. John Muir," *Pacific Historical Review* 27 (November 1958): 371-82. Both deal with some aspects of the commission's work.

4 Pinchot, *Breaking New Ground*, pp. 104-22; Samuel Trask Dana, *Forest and Range Policy* (New York, 1956), pp. 107-08.

5 Dana, *Forest and Range Policy*, pp. 111-13.

6 Pinchot tells his own story admirably in *Breaking New Ground*. Martin Nelson McGeary, *Gifford Pinchot, Forester-Politician* (Princeton, 1960) is more informative on Pinchot as a politician than as a forester. For the latter, see Harold T. Pinkett, *Gifford Pinchot: Private and Public Forester* (Urbana, Illinois, 1970).

7 Roosevelt's own writings and letters offer the best approach to his career as a conservationist. An excellent brief evaluation is Hays, *Conservation and the Gospel of Efficiency*, pp. 266-71.

8 An excellent assessment is found in Jenks Cameron, *The Development of Governmental Forest Control in the United States* (Baltimore, 1928).

9 On Allen, see Rakestraw, *Forest Conservation in the Pacific Northwest*, pp. 215-55.

10 It is to Pinchot's credit that he gave full credit to these men who aided him. See *Breaking New Ground*, pp. 64-65, 296.

11 Rakestraw, *Forest Conservation in the Pacific Northwest*, pp. 229-36; Paul Roberts, *Hoof Prints on Forest Ranges: The Early Years of National Forest Range Administration* (San Antonio, 1963), pp. 35-38; Walter A. Donaldson, "Reminiscences," in *Early Days in the Forest Service* (Missoula: USFS, Northern Region, 1962), Volume 3, page 38; interview with Thornton T. Munger, 1954.

12 Rakestraw, *Forest Conservation in the Pacific Northwest*, pp. 214-45.

13 *Ibid.*, pp. 287-314

14 *Alaska Governor's Report*, 1902, pp. 37-39.

15 Ted C. Hinckley, "The Inside Passage: A Popular Gilded Age Tour," *Pacific Northwest Quarterly* 56 (April 1965): 67-74.

16 Pierre Berton writes well of the miners' contributions to geographical knowledge in *The Klondike Fever* (New York, 1959).

17 *Alaska: Harriman Expedition* (New York, 1902); Sherwood, *Exploration of Alaska*, pp. 182-85.

18 *Alaska: Harriman Expedition*, Volume 2, pp. 235-56.

19 *Ibid.*, pp. 273, 276-77; Rodgers, *Fernow*, pp. 281-82, deals with the differences that arose between Fernow and Gannett.

20 Sherwood, *Exploration of Alaska*, pp. 82-195.

21 Polly and Leon Gordon Miller, *Lost Heritage of Alaska* (New York, 1967), pp. 74, 81, 196, 243-50, 275, is a good account of Emmons's career. See also David E. Conrad, "Creating the Nation's Largest Forest Reserve: Roosevelt, Emmons, and the Tongass National Forest," *Pacific Historical Review* 46 (February 1977): 65-83.

22 G. T. Emmons, "The Woodlands of Alaska," 1902, in Records of the Secretary of the Interior, Record Group 48, Letters Received, 1881-1906, File 3841, National Archives, Washington, D.C.

23 Roosevelt to Secretary of the Interior, April 15, 1902, and William Loeb to Secretary of the Interior, Aujgust 9, 1902, *ibid.*

24 Rep. J. T. McCleary to Commissioner, August 16, 1902; Secretary of the Interior to McCleary, September 13, 1902; James O. Rountree to President (n.d.); Harry P. Corser to Secretary of the Interior, September 1, 1902; Secretary of the Interior to Corser, September 13, 1902; all *ibid.*

25 Fred H. McNeil, *Wy'East, The Mountain* (Portland, 1937), pp. 63-99; H. D. Langille, "Division 'R' Days"; William A. Langille Papers, Special Collections, University of Oregon, Eugene.

26 Langille's Klondike and Nome letters are in his papers.

27 Langille's activities may be followed in these sources: his letterbooks, Juneau Office, U.S. Forest Service; his reports to Division of Forestry and Forest Service, RG 95 (National Archives and Federal Records Center [FRC] in Seattle); Langille Papers (University of Oregon); "Alaska Diary of Fred Ames," 1906, Fred E. Ames Papers, Special Collections, University of Oregon, Eugene; and Raymond F. Taylor, "History of Region 10," manuscript, Juneau Office, U.S. Forest Service. See also Chapter 3.

28 Ames diary; Langille letterbooks and reports; F. E. Olmsted, "Alexander Archipelago Forest Reserve," 1906, RG 95, National Archives; Melvin L. Merritt, "History of the Forest Service," manuscript, Merritt Papers; Langille Papers; and interviews with Mrs. Webb Trimble and Mrs. Ivan Langley (Langille's daughters), 1969-1972.

29 Langille to Chief of Records, July 6 and 7, 1905, and Langille to the Forester, July 6, 1905, Langille Letterbook #2.

30 Taylor, "History of Region 10" (no pagination); Langille to Pinchot, July 27, 1905, Langille Letterbook #2; Lyle Blodgett, "Story of the Tongass Navy," *Sourdough Notes* [Region 10 news publication], October 27, 1967, pp. 8-9; Blodgett to the author, August 16, 1969.

31 Taylor, "History of Region 10"; Fred Ames, "Inspection Report, 1909," Box 21588, RG 95, FRC, Seattle.

32 Langille, "A Report on the Alexander Archipelago Forest Reserve, 1906," and "Forest Conditions in Southeast Alaska, 1906," Research Compilation File, RG 95, National Archives.

33 *Ibid.*

34 In addition to Olmsted report on the Alexander Archipelago, the F. E. Olmsted Inspection Correspondence, Dr. 38, RG 95, National Archives, contains seventeen letters on Alaskan affairs involving Pinchot, George Woodruff, Coert duBois, Langille, and U. S. Rush.

35 Olmsted, "Alexander Archipelago—Organization," pp. 9-13.

36 Langille to Pinchot, March 5, 1903, Tongass file, Records of the Bureau of Land Management, Record Group 49 (hereinafter cited as RG 49), National Archives; Pinchot to Langille, December 17, 1904, enclosed in Taylor, "History of Region 10."

37 Olmsted, "Alexander Archipelago—Organization," pp. 4-14.

38 The law read:

*That the Secretary of the Interior, under such rules and regulations as he may prescribe, may cause to be appraised the timber or any part thereof upon public lands in the District of Alaska, and may from time to time sell so much thereof, in such quantities to each purchaser as he shall prescribe, to be used in the District of Alaska, but not for export therefrom.*

*And such sales shall at all times be limited to actual necessities for consumption in the District from year to year, and payments for such timber shall be made to the receiver of public moneys for the local land office of the land district in which said timber may be sold, under such rules and regulations as the Secretary of the Interior may prescribe, and the moneys arising therefrom shall be accounted for by the receiver of such office to the Commissioner of the General Land Office, in a separate account, and shall be covered into the Treasury.*

*The Secretary of the Interior may permit, under regulations to be prescribed by him, the use of timber found upon the public lands in said District of Alaska by actual settlers, residents, individual miners, and notices or otherwise. Timber is not to be sold for less than the appraised value. The Commissioner of the General Land Office must approve all sales, and he may make allotment of quantity to any bidder or bidders if he deems proper. The right is also reserved to reject any or all bids. A reasonable cash deposit, to accompany each bid, will be required.*

Olmsted, "Alexander Archipelago—Organization," pp. 31-34, felt that the regulations were unapplicable to Alaskan conditions. He wrote, "*The information called for in the petitions of those who wish to*

EXHIBIT 7
Page 4 of 6
187

*purchase timber could be obtained only at such an expenditure of time and money as to make the practical application of this law simply out of the question. After all this the timber must be examined and appraised, by which time the mill would probably be out of business."*

39 *Ibid.,* pp. 34-38.

40 F. S. Herbert, clerk, Division "1" memorandum, February 15, 1909, Tongass file, RG 49, National Archives.

41 Langille to The Forester, *ibid.*

42 Overton Price to George Woodruff, July 23, 1907; Fred Dennett to R. A. Ballinger, July 30, 1907; Ballinger to James Garfield, August 5, 1907, *ibid.* Ballinger's letter reiterates a previous argument against further national forests in the Chugach area, made April 14, 1907.

43 Langille, "Report on the Forest Conditions and Resources of Western Alaska from Dry Bay to Prince William Sound, 1904," Box 21588, RG 95, FRC, Seattle; Langille to Pinchot, July 16, 1904, Langille Letterbook #1; Langille to the Forester, August 19, 1908, LP-Boundaries-General, Tongass, Executive Orders and Proclamations Affecting Tongass National Forest, Box 2028, RG 95, FRC, Seattle.

44 *Stat. at Large,* xxxv, pt. 2 (Washington, 1909), pp. 2226-28.

45 Rakestraw, *Forest Conservation in the Pacific Northwest,* pp. 249-53.

46 Ledger of Use and Occupancy, Juneau Office, U.S. Forest Service, contains records of sales, trespasses, and occupancy permits from 1905 to November 1907; Langille Letterbook #3 contains pertinent letters of Pinchot of July 6, July 25, and August 10, 1905.

47 Ledger; Langille, "Alexander Archipelago."

48 Langille, "Alexander Archipelago"; Langille to District Forester, June 16, 1909, U-Supervision-Special Use Rates, Box 21591, RG 95, FRC, Seattle.

49 Olmsted, "Alexander Archipelago"; Ames, "Inspection Report, 1909"; Walter Clark to F. S. Wilson, July 10, 1910, Tongass file, RG 49, National Archives; George Cecil, "Inspection Report, 1910," Alaska, Box 70824, RG 95, FRC, Seattle.

50 Langille, "Alexander Archipelago."

51 Pinchot, *Breaking New Ground,* pp. 370-72.

52 Ledger.

53 Olmsted, "Alexander Archipelago—Organization," pp. 15-16.

54 *Ibid.,* "Claims," pp. 2-5; Ledger.

55 Olmsted, "Alexander Archipelago—Claims," pp. 2-5; Langille to The Forester, July 25 and 26, 1906, Letterbook #3.

56 U. S. Rush to Commissioner of General Land Office, August 30, 1902; L. A. Babcock to Commissioner of General Land Office, March 14, 1903, Tongass file, RG 49, National Archives; Affidavit of Officers of Brown-Alaska Company, February 1907; Langille to Pinchot, February 21, 1907; Langille to F. E. Olmsted, March 16, 1907; Overton Price to M. C. Brown, March 22, 1907; M. C. Brown to Pinchot, March 27, 1907; Brown to Pinchot, April 3, 1907; Brown to Pinchot, May 23 and June 24, 1907, Acc 664465, Box 9, Cr. 21588, RG 95, FRC, Seattle.

57 J. M. Wyckoff memorandum, July 28, 1924, *ibid.*

58 Olmsted, "Alexander Archipelago—Grazing."

59 Langille to The Forester, July 6, 1905, Letterbook #3.

60 John Ise, *Our National Park Policy: A Critical History* (Baltimore, 1961), pp. 143-53, offers some good background to the act. Harold K. Steen, *The U.S. Forest Service: A History* (Seattle, 1976), pp. 113, deals with Pinchot's directive.

61 Olmsted, "Alexander Archipelago—Organization," p. 45.

62 *Ibid.*, pp. 45-56; James Wilson to Secretary of the Interior, October 25, 1906, Letters Accompanying Olmsted Report.

63 John H. Brillhart, memo for the files on request of B. F. Heintzleman for facts surrounding creation of the Sitka National Monument; E. Otis Smith, recorder, Arctic Brotherhood, Post 6, to Langille, November 16, 1908; Langille to District Forester, December 23, 1908, January 15, February 9, and February 15, 1910; Secretary Wilson to Secretary of the Interior, March 5, 1910, LD-Boundaries-Tongass (A), Sitka National Monument, Box 21583, RG 95, FRC, Seattle.

64 A convenient brief biography of Olmsted by Woolbridge Metcalf is found in Henry Clepper, ed., *Leaders of American Conservation* (New York, 1971), p. 242.

65 Olmsted's 1906 report, "Alexander Archipelago Forest Reserve," is divided into five sections: "Organization," 49 pages; "Forest Management," 21 pages; "Claims and Privileges," 10 pages; "Grazing, Products, Use of Timber on Public Domain, and Fiscal Agent," 4 pages; and "Accompanying Letters," 10 pages.

66 George Rogers, *The Future of Alaska* (Baltimore, 1962), pp. 54-59.

67 Olmsted, "Alexander Archipelago—Organization," pp. 14-19, and Pinchot to Langille, November 23, 1906, in *ibid.*, "Accompanying Letters."

68 Olmsted, "Alexander Archipelago—Organization," pp. 19-27, and James B. Adams to Langille, October 26, 1906, in *ibid.*, "Accompanying Letters."

69 *Ibid.*, "Claims," pp. 5-10.

70 *Ibid.*, "Forest Management," pp. 1-21.

71 Scattered evaluations of Ames are found in Rakestraw, *Forest Conservation in the Pacific Northwest*, pp. 251-52; Dorothy O. Johansen and Charles M. Gates, *Empire of the Columbia: A History of the Pacific Northwest* (2d ed., New York, 1967), p. 546; Thorton T. Munger, *Forest Research in the Northwest*, interview by Amelia Fry (Berkeley, 1967), pp. 65, 73, 80, 84, 87. The Ames Papers at the University of Oregon contain information on relationships between lumbermen and the Forest Service.

72 "Alaska Diary of Fred Ames." One interesting feature of Ames's diaries are the comments on church services. It was his practice to attend a different church each Sunday in Portland, and his comments were seldom favorable. The Sitka church comes off well.

73 Ames, "Inspection Report, 1909."

74 Royal S. Kellogg, *The Forests of Alaska*, U.S. Forest Service, Bulletin No. 81 (Washington, 1910).

## Chapter 3

1 A copy of the letter is enclosed in Taylor, "History of Region 10." "Sushitna" should be "Susitna."

2 Langille to The Forester, June 10, July 15, 16, and 20, 1904, Letterbook #1; Langille, "Report on the Proposed Norton Bay Forest Reserve, Alaska, 1904," Juneau Office, U.S. Forest Service.

3 Langille to The Forester, September 10, 1904, Letterbook #1. A personal account of the trip is Langille, "Rough Times at Norton Bay," Rakestraw, ed., *Alaska Journal* 2 (Autumn 1972): 53-56.

4 Langille to The Forester, September 7, 1904, Letterbook #1.

5 L. O. Boundaries, "General Notes on Interior Alaska, 1909," Box 9, Group 21588, RG 95, FRC, Seattle.

EXHIBIT 7
Page 6 of 6
189