REPRODUCED AT THE NATIONAL ARCHIVES

Alexander Archipelago Forest Reserve.

Olmsted. September, 1906.

FOREST MANAGEMENT.



FOREST SERVICE
INSPECTION
OCT 11 1906
RECEIVED

General Forest Conditions.

With a few exceptions the islands of the reserve rise abruptly from sea level to heights of from 3,000 to 4,000 feet; some of the smaller islands to seaward are nearly flat, or at least comparatively so. Even on the larger islands there is seldom any "main divide", in the common sense of the word; the ridges run in all conceivable directions and are frequently cut into by narrow gaps several thousand feet deep. Small water courses are common, with numerous cascades, and little lakes and swamps are dotted about over the more level spots and in the hollows.

The dense forests are the result, of course, of the almost perpetual rainfall. In fact without the rain, or with but little rain, there would be no forest because there is little or no soil. The trees spread their roots in a course, wet and often very thin layer of vegetable litter and it is a very rare thing indeed to find any considerable amount of real mineral soil. For this reason(and also on account of the short growing season) there is no agriculture in south-east Alaska(speaking generally) and never will be any, although of course it will always be possible and also highly desir-

EXHIBIT 8
Page 1 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

2.

able to coax along little berry and vegetable patches. The surface of the land can be sufficiently described by saying simply that it consists of solid rock, bowlders or loose stone covered with a thin layer of course vegetable mould over which is laid a commonly thick mat of moss; a few handfulls of mineral soil may be dropped in occasionally.

Upon these meagre soil conditions flourishes an exceedingly dense underbrush composed chiefly of many varieties of huckleberry plentifully mixed with devil's club; at times this underbrush is almost impenetrable, even when the ground is not thickly barricaded with fallen trees and ancient logs(as it usually is). On the higher elevations the brush gives way to patches of grass and meadowland, and on many of the flats and depressions to open peat swamps or "muskeags".

The forest begins right at the water's edge, fairly in the sea-spray, and except for the interruptions of the frequent "muskeags", extends unbrokenly to within short distances of the mountain tops. It is a dense forest throughout, except for the open, quite scattered and scrubby growth of pine on the swamp lands. It resembles, more than anything else, the typical forest on the ocean slope of the Cascades, except that from the average size of the trees in the Cascades one-third should be taken off, and the red fir replaced by the spruce. There are no pure stands, composed

EXHIBIT 8
Page 2 of 21

3.

of any one species; the whole forest is a mixed one in which hemlock, spruce, red and yellow cedar and jack pine occur in single mixture or by small and scattered groups. Hemlock and spruce form three quarters of the total stand, the former largely predominating. Hardwoods are represented by very scattering and almost valueless specimens of alder and wild crabapple. The trees are of all ages and sizes, and uniformity in this respect is found over limited areas only. The spruce is generaly sound, while hemlock and cedar are frequently defective.

The most striking feature of the whole region is the wonderfull system of deep water-ways. Until this is thouroughly comprehended no true idea of the general conditions may be had. It is the sea which makes this region unique. The islands are fairly cut to pieces by innumerable tongues of the ocean; and upon this ocean and its numberless inlets transportation is wholly dependent. The sea is the life of the country; without it there would be no life, no industry. It furnishes the only means of intercourse and the only means for the transportation of products. There is no travel by land at all nor is any attempt made to move products overland. There are no roads, trails or horses. Men and freight move by boat only, subject to the ever changing moods of sea, wind and tide. In this lies the great distinction between the inland reserves of the States and the marine forest of south-east Alaska.

EXHIBIT 8
Page 3 of 21

4.

Logging operations have as yet been so very limited that the reserve is hardly scratched; it is better expressed by saying that the timber has been picked at along the shores. Crews of Indians or Russians have skimmed along the banks and by hand work, with the help of "jacks", have slid a few of the best trees into the water. For more than a few hundred feet back from the shore the forest is untouched; in fact very few trees have been cut which did not land with their tops in the water when felled. A couple of small steam skidders, on floats, have just been introduced.
It is impossible to give any figures on the cost of logging for the loggers themselves have absolutely no idea of it.

The total amount of timber cut and consumed in south-east Alaska may be roughly estimated at 15,000,000 feet per year. Probably as much more is imported from the Puget Sound region (including that sent to west coast points), although the imports are fast falling off. Considering the fact that the Puget Sound mills are now just about snowed under in taking care of orders in the States, and in consideration also of the recent rise in prices throughout that region, it is likely that the local demand in south-east Alaska will hereafter be supplied by local timber almost entirely. There is no reason why it should not be, and more than this, the demands of the west coast and the interior should be largely, if not wholly, supplied from the forests of the Panhandle region.

EXHIBIT 8
Page 4 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

5.

Logs are worth from $4.50 to $5.00 per thousand, in raft where cut. No distinction in species is made. The cost of towing to mill is from $2.00 to $3.00, depending on the distance and on conditions of sea and wind. Sawing and handling at mill is figured at about $3.00. Common lumber sells at from $12.00 to $14.00 and finished grades at from $25.00 to $30.00. Common labor is paid $3.50 per day, from which board is deducted.

The probable returns from the sale of timber, provided the reserve is enlarged as recommended, are given in detail under a previous heading of this report. Based upon the present amount of timber cut in south-east Alaska they will be between eight and nine thousand dollars. This total should be largely increased as soon as an export trade is worked up. The best grades of spruce will find quite a market in the north-western states for shelving and box material, because this wood has the advantage of being odorless and tasteless(as against red fir); it is claimed that from $40.00 to $50.00 per thousand may be obtained for it, which would amply justify the transportation charges for 600 miles by water. The best grades of yellow cedar will also find a ready market in the States, as it is highly prized for various kinds of finished work; small lots of it have brought from $70.00 to $80.00 per thousand.

It is not yet generally known that timber cut from the forest reserve may be exported from the District of Alaska, and steps should be taken to bring this fact into public channels. Even the

EXHIBIT 8
Page 5 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

6.

mill men are in doubt about it and have refused to make foreign shipments. They should be plainly informed that they are quite at liberty to fill orders from the British Yukon, all parts of British Columbia or any other foreign country, including the United States. The Customs officers are also in doubt as to whether they can legally clear shipments of lumber to foreign ports.

> I recommend that it be widely advertised throughout south-east Alaska that timber cut from the forest reserve may be sold anywhere outside the District.
> Also that the Treasury Department be requested to notify the Collectors and Deputy Collectors in south-east Alaska that they may clear cargoes of lumber, cut from the reserve, for any foreign point or point in the United States.

This brings up the question of the advisability of allowing any timber to be exported from the District. Local sentiment is decidedly against it. The people believe that the local industries need all of it. Such a belief is absurd, on its face. On the present reserve alone the amount of timber going to waste each year is many times the total local consumption. If we assume that merely one-tenth of the reserve supports a merchantable stand, and that the one-tenth will average 10,000 to the acre (I believe it is much higher) we have a total of five billion feet. Add to this any reasonable yearly increase in growth; and then remember that in south-east Alaska there is as much timber without as within the reserve. It looks to me as if the local demand, even largely increas-

EXHIBIT 8
Page 6 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

7.

ed through future developement, left a good deal to spare. Of course never a stick should be exported for which there is a local demand; on the other hand, never a stick should be allowed to go to waste if a market can be found for it <u>anywhere</u>, in case there is <u>not</u> a local demand for it.

I believe the impression that there is a very limited supply of timber in south-east Alaska comes from the fact that the hand-loggers abandon a bay or inlet and state that it is logged off just as soon as they have cut out the very pick of those trees which will drop over into the water when felled. Most people have the idea that after such operations there is no more merchantable timber to be had. As a matter of fact the very best and heaviest stands are back from the shores on the lower slopes.

Both to gain some accurate knowledge of just how much timber there really is on the reserve (or rather to get an approximation of the true amount), and also to be able to present the people with some kind of an estimate based on actual cruising, I believe it would be well worth while to send a man up there next summer and let him make a start, at least, toward a rough forest survey of some of the principal islands. Not a bit of the country has ever been looked at from a purely timber point of view, and not all of it, by any means, has been prospected for mineral. It seems to me that the time is soon coming when the Forest Service must be in a

EXHIBIT 8
Page 7 of 21

8.
to
position state with assurance about how much timber there is on this reserve, where it lies, what the chance is of getting it out and in a general way what kind of stuff it is. The examination should have as its chief objects a survey which will convince the people(as well as satisfy the Service) how much available timber there is, and the publication of such information as will tend to advertise the timber resources and bring about their more general utilization.

> I recommend that a preliminary survey of at least a part of the reserve be made next summer, for the chief purpose of getting a rough estimate of the available merchantable timber, and in order to bring the timber resources into more general use through the publication of more reliable information than is now at hand.

The best working season is from May to October. The man assigned to the work must charter a boat for the summer and live in it. A suitable launch may be obtained for about $10.00 per day; outside of this the only expenses will be for subsistence and gasolene which will add, on the average, something like $3.00 more. The total cost of the work would be in the neighborhood of $2,000.00, exclusive of salaries. There should be a man in charge, and one assistant(not more).

EXHIBIT 8
Page 8 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

9.

## CHANGES IN REGULATIONS.

The only object of a forest reserve in south-east Alaska is to keep the timber with the government for the present and future use of the people. The influence of the forest on the flow of water is of no importance, and as there is no live-stock in the country no control of the range is necessary. It comes down purely and simply to the question of prompt disposal of timber and wood, with due regard to the future. There is practically no danger from fire, and reproduction comes in most abundantly without any coaxing whatever. Therefor the main thing to consider at present is how to bring about the most business-like use of the timber resources. It has been stated above that outside of the reserve timber may be obtained under trespass settlements only; the machinery of the reserve must remedy this condition of affairs.

It is both impossible and unnecessary to report on each seperate timber sale so far made in this reserve. The cuttings are everywhere alike and consist merely of single trees picked out of a thousand different spots. Practically speaking, the cuttings may be said to have had no effect at all on the forest as a whole. My object will be to discuss the timber business in detail and make suggestions as to how it might be helped; and especially to recommend certain modifications in the regulations which peculiar local conditions seem to justify. In considering what follows, it should be borne in mind that <u>the whole country</u> is to be a reserve(that is,

EXHIBIT 8
Page 9 of 21

10.

if the addition recommended to the present reserve is created). This point has a rather important influence on the general policy to be followed.

Free Use.

The administrative force, as recommended, would consist of the Officer In Charge and two Deputy Supervisors. There would be no Rangers, because there is no fire fighting, no stock to regulate and no road or trail work. The officers sell timber and tend to claims and privilege business. The reserve will embrace about 16,000,000 acres, and include a population of 10,000. As already explained, communication is exceedingly difficult and uncertain. The population is more or less migratory. There will be no one on the ground to tend to free use applications and it will be absolutely unjust to compel the users to await permits from headquarters before cutting what little they need. This usually means a delay of a month or more. In my mind the free use privilege on this reserve should be granted without application or permit; it might be required, if desirable, that the user report (on a printed form) what he has cut and where he cut it. Has not the Secretary ample authority to make a regulation to the effect that application and permit will not be required in Alaska?

Regulation 10 would remain as it is, except that "fisherman"

EXHIBIT 8
Page 10 of 21