REPRODUCED AT THE NATIONAL ARCHIVES

11

should be added to the list of those entitled to the privilege. In south-east Alaska the "settlers" are largely fishermen.

So much of Regulation 11 may be omitted as refers to the matter of permits. It should provide, however, that the amount of material to be cut in any one year may not exceed twenty thousand feet of timber or twenty five cords of wood, except in the case of scools or road districts etc. when these amounts may be increased up to one hundred thousand feet and one hundred cords, at the discretion of the Supervisor and by permit only.

Regulation 12 may be omitted, as well as Regulation 13. No supervision is needed, nor are any restrictions as to cutting necessary.

The delays and petty restrictions now connected with the free use business in Alaska are largely responsible for a good deal of the discontent and form good ground for complaint. Although some abuse of the privilege may result if application and permit are not required I am convinced that no one thing would do so much toward creating a better feeling about the reserve. What little loss might result would be wholly out-weighed through gain in popularity.

> I recommend that application and permit be not required in the free use of timber and wood on this reserve, and that the regulations be amended accordingly.   OK

<u>Sales.</u>

The general information on pages 35 and 36 should be amended to better suit Alaskan conditions and the laws regarding export should

EXHIBIT 8
Page 11 of 21

12.

be made more specific. The fact that forest reserve timber may be sold outside of Alaska should be decidedly emphasized.

The classes of sales should be changed as follows:

Class A.

Not over one hundred dollars worth of green or dead timber, sales to be made directly by the Deputy Supervisors upon assurance that payment has been forwarded to the Officer In Charge(who should be made a special fiscal agent, as recommended later on).

Class B.

Not over five hundred dollars worth of green or dead timber, sales to be made directly by the Officer In Charge upon receipt of payment.

Class C.

Over five hundred dollars worth of green or dead timber. Sales to be made by the Forester only.

It is apparent that to make the Class B sales mentioned above fully effective the matter of getting the Secretary's approval of each advertisement must be remedied. Nothing would be gained if the sales still had to wait upon this approval from Washington. To avoid this difficulty, it is suggested that 10,000,000 feet of timber within the reserve be advertised at once; that the minimum price for spruce, hemlock and red cedar be set at $0.50 and for yellow cedar at $2.00; that this timber be sold in lots of not over $500.00 each, and from such localities within the reserve as the bidders may request and the Officer In Charge may approve.

EXHIBIT 8
Page 12 of 31

13.

I believe that if it is found practicable to follow this course the timber sale business will be immensely facilitated and that it will remove a lot of opposition which the occasional delays now call up.

Regulation 15, and the instructions under it, should be amended accordingly. Regulation 20 should be brought in accord with the laws for Alaska.

In south-east Alaska it is not practicable to insist upon Rule (a) of Regulation 22. Nor is it necessary. As already explained, the cuttings consist of single trees picked out here and there; the purchaser does not go over the ground himself, but sails around the shores of a bay or inlet and satisfies himself that he can get a certain amount of timber close to the beach. The loggers then go in and pick over an area which often extends for miles along these shores and it would be simply impossible for the forest officer to mark or otherwise "unmistakably designate" the trees to be cut. All he can do is to designate the cutting area, and even this must be done in very general terms, which will necessitate a most liberal construction of Rule (c).

Except in the case of large and unusually important sales it will not be practicable, nor will it be necessary, to make an examination of the timber applied for. In the great majority of cases the conditions are already known and the requirements are quite simple; the sale should therefor be granted without an examination on the ground.

EXHIBIT 8
Page 13 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

14.

Moreover, on account of the peculiar method of cutting and the very great delay an actual field examination would mean, it seems to me that we are quite justified, from the standpoint of doing things in a prompt and business-like way, in selling timber without a detailed examination.

Much the same argument holds good in regard to mapping. The actual cuttings can not be mapped, although the general cutting area should be recorded in some way. Mr. Langille should be instructed to plat all the general areas from which timber has been removed, and to keep this record up to date.

The description and estimate of each sale should also be waived, except in special cases where the timber is actually examined.

Under present conditions, marking is not practicable, nor is there any good reason for demanding it. Logging and market conditions are such that the purchaser could not damage the forest to any extent, even if he wanted to.

Conditions of Sale.

As a matter of fact the physical conditions and the state of the market amply provide, in themselves, against over-cutting or any other serious injury to the stand. For the sake of principle, however, and for the purpose of gradually educating the people up to that necessary regard for conservative use which future conditions will undoubtedly call for, it will always be well as a matter of form to embody certain restrictions in each contract. These restrictions

EXHIBIT 8
Page 14 of 21

'15.

must of course conform to present economic and physical conditions. It is recommended that the stipulations be as follows, but that any of them be waived in special cases on the advice of the Officer In Charge:

(See Form 821).

Reg. 6.

When the hand loggers are to cut a big spruce it is necessary for them to fell a number of small trees as skids for the spruce to rest upon so that they can "jack" the big tree into the water. It is recommended that they be allowed to do this and that the cutting of such small trees be not considered as "unnecessary damage" unless they cut small spruce when they could just as well have used small hemlock.

Reg. 7.

Minimum diameter limit to be 20 inches for saw logs, on the stump 3 feet from ground. (All species).

For piling, 8 inches on the stump.

Reg. 8.

For saw logs, stump to be not higher than one and one half times the diameter of the tree at 3 feet from ground. This very liberal ruling is suggested on account of the common swelled butts.

For piling, stumps to be not over ~~two feet high~~ 24 inches at a point ? 3 feet from ground.

EXHIBIT 8
Page 15 of 21

16.

Reg. 10.

The lopping, piling and burning of tops should be waived, except in cases of unusual danger from fire. The whole country is so thoroughly and so constantly soaked that danger from fire may be disregarded. It is true that there were several little fires last year, but the dry spell was very exceptional. Moreover, these fires burned almost entirely in the muskeag lands(which are peat swamps) where the timber is of no commercial value. It is practically impossible for fire to spread, to any extent, in the commercial timber. Lopping and piling might save a very inconsiderable damage in one case out of a thousand. In my mind it is extremely bad policy to require it simply on the possibility that it might save a few dollars in this thousandth case. Tops can be lopped and piled only at very great expense and if it is insisted upon the stumpage price must be cut in half.

No lopping or piling should be required excepy on the recommendation of the Officer In Charge.

Scaling.

All the mills now scale logs in twenty foot lengths. I can see no good reason why the Service should not continue to scale in 16 foot lengths. Jorgensons mill at Juneau has complained that certain rafts have been largely over-scaled, but I was unable to check the matter up. With this exception there has been no trouble.

REPRODUCED AT THE NATIONAL ARCHIVES

EXHIBIT 8
Page 16 of 21

17.

In this connection it is impossible to arrange for scaling and reports on timber cut at any stated intervals. Generally, only one scale report should be required, and that when the raft is complete and ready to be towed away. I recommend also that Mr. Langille be informed who is responsible for the logs before they have been scaled and stamped, and while they are in raft, moored to the shore. Shall they be considered as then removed from the control of the United States? The trees do not remain where felled, nor do they even remain on the reserve, as they are at once slid off into the water. This is a rather important point because a raft, when moored to the shore, may be broken up by a storm and become a total loss, before the logs have been scaled and stamped.

I believe it would be an excellent idea to send every mine, cannery and other business concern likely to want reserve timber, a supply of timber sale forms and letters of transmittal. A supply might also be sent to Postmasters. Applicants for timber could write in in pencil how much timber they wanted and where they wanted to cut it and could sign both the application and letter of transmittal in ink, inclosing check or money order (the established prices being well known). The Officer In Charge could then fill out the details and at once allow cutting. Considering the very poor and uncertain means of communication such a system would save an immense amount of time and would remove most of the complaint which now exist against red tape delays. A hectographed letter of instructions,

EXHIBIT 8
Page 17 of 21

18.

prepared in Washington, should be sent out with every batch of forms, telling applicants just how to fill them out and what amount to remit.

In this letter of instructions it should be urged that applicants apply in advance for all timber and wood which they are likely to need for a year ahead. If full payment is sent, it should be understood that in case all the material is not cut a refund will be made. I believe it is well worth while to be very liberal in this matter.

It should also be stated that in cases of great emergency (and emergencies should be clearly defined) timber may be cut at once, without waiting for approval, provided an application is filled out at once and mailed, together with payment, to the Officer In Charge. The main point in this suggestion is to make it understood that in cases of real emergency cuttings made previous to approval will be regarded as sales, not as trespasses.

All of the rather unusual suggestions made above are in my mind quite essential if the Service is to show that it can do business in Alaska without working unnecessary hardships on legitimate industries. The details of such a scheme must be worked out in the Washington office; I can outline the matter in a general way only.

Prices.

I believe the present charge of 50 cents a thousand for Spruce,

EXHIBIT 8
Page 18 of 21

Page 19

Page missing as received from National Archives

EXHIBIT 8
Page 19 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

30.

Management.                SUMMARY OF RECOMMENDATIONS.

1. That it be widely advertised throughout south-east Alaska that timber cut from the forest reserve may be sold anywhere. That the Treasury Department be requested to inform its Customs Officers to this effect.

2. That the export of timber from Alaska be in every way encouraged; that the amounts sold for export be held down within moderate limits until a rough estimate of the present merchantable stand is available.

3. That a preliminary survey of the reserve be made next summer, with the object of securing an estimate of the approximate amount of merchantable timber now available and for the purpose of bringing into more general public notice the forest resources of the region.

4. That free use be allowed, under restrictions as suggested, but without the formality of application and permit.

5. That the Classes of Timber Sales for Alaska be amended as follows:
    Class A: Not over $100.00 worth of green or dead timber, by Deputy Supervisors.
    Class B: Not over $500.00 worth of green or dead timber, by the Officer In Charge.
    Class C: Over $500.00 worth, by The Forester only.

6. That 10,000,000 feet of timber within the reserve be at once advertised for sale, in lots not to exceed $500.00, and in such localities as may be applied for with the approval of the Officer In Charge.

7. That Rules (c) and (d) of Regulation 23 be waived, or be very liberally construed, in all Alaskan timber sales.

8. That field examinations, mapping, description, estimate and marking be waived, except in very large or specially important sales.

9. That poles cut by hand loggers for skids be not regarded as "unnecessary damage" unless spruce is cut where hemlock is available.

EXHIBIT 8
Page 20 of 21

REPRODUCED AT THE NATIONAL ARCHIVES

21.

(Summary of Recommendations, continued).

10. That the minimum stump diameter limit for all species be fixed at 30 inches for saw logs and at 8 inches for piling. That tops be cut down to 10 inches for saw logs.

11. That for saw logs stumps be cut not higher than one and one half times the diameter of the tree at 3 feet from the ground; and for piling not higher than 2 feet.

12. That lopping, piling and burning of tops be not required in any sale, unless specifically recommended by the Officer In Charge.

13. That Mr. Langille be informed as to the legal status of unscaled and unstamped logs, in raft moored to the shore.

14. That a supply of timber sale forms and letters of transmittal be sent to all business concerns in or near the reserve, and to Postmasters for the convenience of the public, together with a letter of instructions as to how to use them.

15. That timber cut before approval, under stress of unusual emergency, be settled for as a sale, not as a trespass.

16. That the price of saw timber for spruce, hemlock and red cedar be kept at 50 cents for the present; that yellow cedar be raised to $2.00; that cordwood go up to 35 cents when Mr. Langille so advises; and that piling be sold as at present for 1/2 cent per lineal foot.

*F. Olmsted*

EXHIBIT 8
Page 21 of 21