REPRODUCED AT THE NATIONAL ARCHIVES

July 1907

"L"
1907-125,317.

DEPARTMENT OF THE INTERIOR,

GENERAL LAND OFFICE,

WASHINGTON, D. C.,        July       , 1907.

ADDRESS ONLY THE
COMMISSIONER OF THE GENERAL LAND OFFICE.

    Proposed
Tongass National Forest,   :   Draft of proclamation with report.
    Alaska.

The Honorable

    Secretary of the Interior.

Sir:

    This office is in receipt, through the Department, of a letter from the Acting Secretary of Agriculture, dated July 18, 1907, recommending the creation of the Tongass National Forest, in Alaska, with boundaries as shown upon a diagram accompanying his letter, and stating that the proposed Forest has the approval of Governor Hoggatt and "business men of Ketchikan." This office is also in receipt of a letter from the Associate Forester, of July 25, 1907, enclosing the draft of a proclamation, prepared by the Forest Service, to establish the said national forest.

    I have the honor to report that the proposed national forest, including mainland and islands, has an approximate area of 2,262,624 acres, and lies in southeastern Alaska, its boundaries being as follows: Beginning at the intersection of the International Boundary line between Alaska and British Columbia with the Unuk River; thence following said boundary line to the head of Portland Canal; thence down Portland Canal, Pearse Inlet and Tongass Passage to the most southern point of the aforesaid boundary line, to include Sitklan and Kannaghunut Islands; thence westerly along said

RG 49, Bur. of Land Management (GLO)
Entry UD 918
Division R
National Forest Files, 1891-1955
Tongass NF
Box 176

EXHIBIT 9
Page 1 of 3

REPRODUCED AT THE NATIONAL ARCHIVES

-2-

boundary line to the 131st meridian; thence following a northerly mid-channel course through Revillagigedo Channel, Behm Canal and Burroughs Bay to the mouth of the Unuk River, thence up said river to the International Boundary, or place of beginning.

As these lands are unsurveyed it is impossible for this office to state the area held in private ownership. The following statements are taken from a report on file in the Forest Service by W. A. Langille, the forest officer who made the examination of the proposed national forest:

"The mainland and islands included in these bounds have an approximate area of 2,006,000 acres, most of which is exceedingly rough and barren, the higher peaks partially snow covered the year around, permanent ice existing in places. There are no permanent inhabitants and but few permanent improvements. A cannery owned by the Northwestern Fisheries Co. situated on Mink Bay, an arm of Boca de Quadra Inlet, and a mining company operating on the Unuk River, on the British Columbia side of the boundary line have storage and camp buildings at the head of navigation at the mouth of the Unuk River and a wagon road crossing and recrossing the river has been extended nearly to the boundary. There is also a company exploiting the lower Unuk for placer, the extent of their improvements not being known. There are no further improvements of consequence.

The only objections to the creation of this Forest will come from those who oppose the National Forest policy on general principles. There is no mining industry, and no population either in or immediately contiguous to the area to be injured or to raise objections.

The request for its creation was made by members of the Ketchikan Power Co., who desire the area under National Forest law that timber obtained therefrom may be exported if they so desire. Another argument in favor of its creation is the added protection afforded Alaska timber along Portland Canal from Canadian depredators."

x   x   x   x   x   x   x   x   x   x   x   x

"The coast line from the head of Pearse Inlet to the mouth of Unuk River is generally well forested, containing some stands of excellent timber."

The effect of the creation of a national forest upon the populating and development of Alaska was fully set forth in my re-

EXHIBIT 9
Page 2 of 3

-3-

port of April 24, 1907, on the then proposed Chugach National Forest, Alaska, which was established by proclamation of the President on July 23, 1907.

If it is believed that the creation of this national forest is advisable, I see no reason why the proclamation herewith submitted should not be issued, since it appears to be in proper form.

A letter transmitting the draft to the President is also enclosed for your signature.

       Very respectfully,

          Acting Commissioner.

EXHIBIT 9
Page 3 of 3