PROCLAMATIONS, 1907.                              2149

Warning is hereby given to all persons not to make settlement upon any of the lands reserved by this proclamation, unless and until they are listed by the Secretary of Agriculture and opened to homestead settlement or entry by the Secretary of the Interior under the Act of Congress, approved June eleventh, nineteen hundred and six, entitled, "An Act To provide for the entry of Agricultural lands within forest reserves:" Provided, That lands heretofore restored to settlement or entry under the provisions of the foregoing act shall be excepted from the force and effect of this proclamation.

    *Reserved from settlement.*

    Vol. 34, p. 233.

    Lands excepted.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington this 20th day of July, in the year of our Lord one thousand nine hundred and seven, and [SEAL.] of the Independence of the United States the one hundred and thirty-second.

                THEODORE ROOSEVELT

By the President:
    ALVEY A. ADEE
        *Acting Secretary of State.*

---

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

    July 23, 1907.

## A PROCLAMATION

WHEREAS, the public lands in the Territory of Alaska, which are hereinafter indicated, are in part covered with timber, and it appears that the public good would be promoted by utilizing said lands as a National Forest;

    Chugach National Forest, Alaska.
    Preamble.
    *Post,* pp. 2153, 2231.

Now, therefore, I, Theodore Roosevelt, President of the United States of America, by virtue of the power in me vested by section twenty-four of the Act of Congress, approved March third, eighteen hundred and ninety-one, entitled, "An act to repeal timber-culture laws, and for other purposes," do proclaim that there are hereby reserved from settlement, entry, or sale, and set apart as a public reservation, for the use and benefit of the people, all the tracts of land, in the Territory of Alaska, shown as the Chugach National Forest on the diagram forming a part hereof, and further described as follows: All of the public land lying within a line beginning at the southern extremity of Cape Puget, Alaska, on the east coast of Kenai Peninsular; thence in a general northerly direction, following the coast line, to the western extremity of Portage Bay; thence northwesterly to the divide between Turnagain Arm and Portage Bay; thence in a general northerly direction along the divide between Knik Arm and Port Welles and in a general easterly direction along the main divide of the Chugach Mountains, continuing thence to a point on left bank of Copper River opposite the northern extremity of Cottonwood Island; thence southerly, down left bank of said Copper River, to its southern extremity; thence in a southwesterly direction to the southern extremity of Cape Cleare; thence in a northwesterly direction to the southern extremity of Cape Puget, the place of beginning, and embracing all islands within said described line;

    National forest, Alaska.
    Vol. 26, p. 1103.

    Description.

Excepting from the force and effect of this proclamation the several areas contained within boundaries formed by circles described with a radius of a mile, each, from the centers of the following named towns and settlements, to wit: Eyak, Orca, Tahtetlahk, Ellamar, Valdez, Fort Liscum, Einiklik, Chenaga, Nutchek and Latouche:

    Lands excepted.

EXHIBIT 10
Page 1 of 2

2148                              PROCLAMATIONS, 1907.

July 20, 1907.        BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

## A PROCLAMATION

Alexander Archipelago National Forest, Alaska. Preamble.
Vol. 32, p. 2025.

WHEREAS, it appears that the public good would be promoted by excluding certain lands from the Alexander Archipelago National Forest, in the Territory of Alaska, established by proclamation issued August twentieth, nineteen hundred and two;

Boundaries modified.
Vol. 30, p. 36.

Now, therefore, I, Theodore Roosevelt, President of the United States of America, by virtue of the power in me vested by the Act of Congress, approved June fourth, eighteen hundred and ninety-seven, entitled, "An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes," do proclaim that

Post, p. 2226.

the area of the said National Forest is hereby changed, and that it now contains Chichagof Island and the adjacent islands to the seaward thereof, Kupreanof Island, Kuiu Island, Zarembo Island, and Prince of Wales Island and the adjacent islands to the seaward thereof, in Alaska, excepting all that portion of Kasaan Peninsula, forming a part of Prince of Wales Island, which lies southeast of a line beginning at a point on Kasaan Bay due west of the United States Location Monument Number 5, and running thence, north 44° 42' east, 6,996 feet (approximately) to the most southwesterly point on the

Proviso.
Valid rights not affected.
Vol. 15, p. 539.

bay known as Lyman Anchorage: Provided, that this proclamation shall not be so construed as to deprive any person of any valid right possessed under the Treaty for the cession of the Russian possessions in North America to the United States, concluded at Washington on the thirtieth day of March, eighteen hundred and sixty-seven, or acquired under any act of Congress relating to the Territory of Alaska;

Lands excepted.

Excepting from the force and effect of this proclamation all lands which are at this date embraced in any legal entry or covered by any lawful filing or selection duly of record in the proper United States Land Office, or upon which any valid settlement has been made pursuant to law, if the statutory period within which to make entry or filing of record has not expired; and also excepting all lands which at this date are embraced within any withdrawal or reservation for any use or purpose with which this reservation for forest uses is inconsistent: Provided, that these exceptions shall not continue to apply to any particular tract of land unless the entryman, settler, or claimant continues to comply with the law under which the entry, filing, or settlement was made, or unless the reservation or withdrawal with which this reservation is inconsistent continues in force;

Coal lands.

not excepting from the force and effect of this proclamation, however, any part of the aforesaid National Forest which may have been withdrawn to protect the coal therein, but this proclamation does not vacate any such coal land withdrawal; and provided that these exceptions shall not apply to any land embraced in any selection, entry, or filing, which may have been permitted to remain of record subject to the creation of a permanent reservation.

Lands restored to public domain.

The lands hereby excluded from the aforesaid National Forest which are not embraced in any other withdrawal, reservation, or appropriation, shall be restored to the public domain and become subject to settlement, appropriation, and disposition under the provisions, conditions, and restrictions applicable to such lands on such date and after such notice by publication as the Secretary of the Interior may prescribe, and no person will be permitted to gain or exercise any right whatever under any settlement or occupation begun prior to such date and all such settlements and occupations are hereby forbidden.

**EXHIBIT** _10_
**Page** _2_ **of** _2_