1907, except those making entry in accordance with the terms of this Proclamation.

<div style="margin-left:2em">Regulations.</div>

The Secretary of the Interior shall make and publish such rules and regulations as may be necessary and proper to carry into full force and effect the manner of settlement, occupation, and entry as herein provided for.

IN WITNESS WHEREOF I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington this 12th day of August in the year of our Lord one thousand nine hundred and seven and of [SEAL.] the Independence of the United States the one hundred and thirty-second.

THEODORE ROOSEVELT

By the President:
ALVEY A. ADEE
*Acting Secretary of State.*

---

September 10, 1907.

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

*Tongass National Forest, Alaska. Preamble.*

WHEREAS, the public lands in the Territory of Alaska, which are hereinafter indicated, are in part covered with timber, and it appears that the public good would be promoted by utilizing said lands as a National Forest;

*National forest, Alaska. Vol. 26, p. 1103.*

Now, therefore, I, Theodore Roosevelt, President of the United States of America, by virtue of the power in me vested by section twenty-four of the Act of Congress, approved March third, eighteen hundred and ninety-one, entitled, "An act to repeal timber-culture laws, and for other purposes," do proclaim that there are hereby reserved from settlement, entry, or sale, and set apart as a public reservation, for the use and benefit of the people, all the tracts of land in the Territory of Alaska, shown as the Tongass National Forest on the diagram forming a part hereof:

*Post, p. 2226.*

*Proviso. Valid rights not affected. Vol. 15, p. 539.*

*Provided*, that this proclamation shall not be so construed as to deprive any person of any valid right possessed under the Treaty for the cession of the Russian possessions in North America to the United States, concluded at Washington on the thirtieth day of March, eighteen hundred and sixty-seven, or acquired under any act of Congress relating to the Territory of Alaska;

*Lands excepted.*

Excepting from the force and effect of this proclamation all lands which are at this date embraced in any legal entry or covered by any lawful filing or selection duly of record in the proper United States Land Office, or upon which any valid settlement has been made pursuant to law, if the statutory period within which to make entry or filing of record has not expired; and also excepting all lands which at this date are embraced within any withdrawal or reservation for any use or purpose with which this reservation for forest uses is inconsistent: Provided, that these exceptions shall not continue to apply to any particular tract of land unless the entryman, settler, or claimant continues to comply with the law under which the entry, filing, or settlement was made, or unless the reservation or withdrawal with which this reservation is inconsistent continues in force: not excepting from the force and effect of this proclamation, however, any part of the National Forest hereby established which may have been withdrawn to protect the coal therein, but this proclamation does not vacate any such coal land withdrawal: and provided that these exceptions shall not apply to any land embraced in any selection, entry, or filing, which may have

*Coal lands.*

EXHIBIT 11
Page 1 of 3



EXHIBIT 11
Page 2 of 3

PROCLAMATIONS, 1907. 2153

been permitted to remain of record subject to the creation of a permanent reservation.

Warning is hereby given to all persons not to make settlement upon any of the lands reserved by this proclamation, unless and until they are listed by the Secretary of Agriculture and opened to homestead settlement or entry by the Secretary of the Interior under the Act of Congress, approved June eleventh, nineteen hundred and six, entitled, "An Act To provide for the entry of Agricultural lands within forest reserves:" Provided, That lands heretofore restored to settlement or entry under the provisions of the foregoing act shall be excepted from the force and effect of this proclamation. <span style="float:right">Reserved from settlement. Vol. 34, p. 233.<br>Lands excepted.</span>

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington this 10th day of September, in the year of our Lord one thousand nine hundred and [SEAL.] seven, and of the Independence of the United States the one hundred and thirty-second.

THEODORE ROOSEVELT.

By the President:
  ALVEY A. ADEE
    *Acting Secretary of State.*

---

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA — September 18, 1907.

A PROCLAMATION

WHEREAS, it appears that the public good would be promoted by excluding certain lands from the Chugach National Forest, in the Territory of Alaska, established by proclamation issued July twenty-third, nineteen hundred and seven; <span style="float:right">Chugach National Forest, Alaska. Preamble. *Ante*, p. 2149. *Post*, p. 2231.</span>

Now, therefore, I, Theodore Roosevelt, President of the United States of America, by virtue of the power in me vested by the Act of Congress, approved June fourth, eighteen hundred and ninety-seven, entitled, "An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes," do proclaim that the area of the said National Forest is hereby changed to exclude therefrom a tract of land extending one mile back from the tide line, on both sides of the bay known as Valdez Arm, following the tide line from its intersection with the line of 146° 30′ longitude west from Greenwich, easterly around the head of the Valdez Arm; and that the aforesaid National Forest now contains, with the exception of the lands hereby excluded, all of the tracts of land, in the Territory of Alaska, shown as the Chugach National Forest on the diagram forming a part hereof; and further described as follows: All of the public land lying within a line beginning at the southern extremity of Cape Puget, Alaska, on the east coast of Kenai Peninsular; thence in a general northerly direction, following the coast line, to the western extremity of Portage Bay; thence northwesterly to the divide between Turnagain Arm and Portage Bay; thence in a general northerly direction along the divide between Knik Arm and Port Welles and in a general easterly direction along the main divide of the Chugach Mountains, continuing thence to a point on left bank Copper River opposite the northern extremity of Cottonwood ᵢnd; thence southerly, down left bank of said Copper River, to its southern extremity; thence in a southwesterly direction to the southern extremity of Cape Cleare; thence in a northwesterly direction to the southern extremity of Cape Puget, the place of beginning, and embracing all islands within said described line; excepting from <span style="float:right">Boundaries modified. Vol. 30, p. 36.<br><br>Description</span>