RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*, | ) | No.  3:05-cv-00006 - HRH |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | NOTICE OF CONTINUED FILING |
| | ) | OF EXHIBITS ATTACHED TO |
| v. | ) | PERATROVICH SUPPLEMENTAL |
| | ) | BRIEF ON THE "WHICH WATERS" |
| UNITED STATES OF AMERICA, *et al.*, | ) | ISSUE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Peratrovich Plaintiffs hereby give notice to the court of filing additional Exhibits to be added to the Supplemental Brief "Which Waters" filed at Docket No. 150. Attached hereto are Exhibits 12 – 17.

Dated:  October 29, 2007          Respectfully sumbmitted:

LUEBBEN JOHNSON & BARNHOUSE LLP

By     /s/ Randolph H. Barnhouse
Randolph H. Barnhouse
7424 4th Street N.W.
Los Ranchos de Albuquerque,
   New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
E-Mail:  dbarnhouse@luebbenlaw.com
Attorneys for Related Case Plaintiffs
Peratrovich, *et al.*

CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| James H. Lister | jlister@dc.bhb.com, bwines@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |

/s/ Randolph H. Barnhouse

NOTICE OF CONTINUED FILING OF EXHIBITS TO SUPPLEMENTAL BRIEF
PLAINTIFFS PERATROVICH
3:05-cv-00006 - HRH

2