# Executive Order

It is hereby ordered that the names of the National Forests mentioned in the left-hand column of the table given below shall on and after July 1, 1908, be changed, and that such National Forests shall be consolidated into National Forests which shall bear the names shown in the right-hand column of the table:

| FORMER NAMES | NEW NAME |
|---|---|
| *Alaska* | |
| Chugach and Afognak | Chugach |
| Alexander Archipelago, Tongass | Tongass |
| *Arizona* | |
| Chiricahua, Peloncillo (New Mexico) | Chiricahua |
| Dragoon, Santa Catalina, Santa Rita | Coronado |
| Baboquivari, Huachuca, Tumacacori | Garces |
| Prescott, Verde | Prescott |
| *California* | |
| Modoc, Warner Mountains | Modoc |
| Monterey, Pinnacles, San Benito | Monterey |
| San Jacinto, Trabuco Canyon | Cleveland |
| *Colorado* | |
| San Isabel, Wet Mountains | San Isabel |
| *Idaho* | |
| Cassia, Raft River (also in Utah) | Minidoka |
| *Montana* | |
| Little Belt, Little Rockies, Highwood Mountains, Snowy Mountains | Jefferson |
| Ekalaka, Long Pine, Short Pine (South Dakota), Slim Buttes (South Dakota), Cave Hills (South Dakota) | Sioux |

EXHIBIT 12
Page 1 of 2