| FORMER NAMES | NEW NAME |
|---|---|
| *Nebraska* | |
| Dismal River, Niobrara, North Platte | Nebraska |
| *Nevada* | |
| Independence, Ruby Mountains | Humboldt |
| Charleston, Vegas | Moapa |
| Monitor, Toiyabe, Toquima | Toiyabe |
| *New Mexico* | |
| Guadalupe, Sacramento | Alamo |
| Peloncillo, Chiricahua (Arizona) | Chiricahua |
| Gallinas, Lincoln | Lincoln |
| Magdalena, San Mateo | Magdalena |
| *South Dakota* | |
| Short Pine, Slim Buttes, Cave Hills, Ekalaka (Montana), Long Pine (Montana) | Sioux |
| *Utah* | |
| Fishlake, Glenwood | Fishlake |
| Monticello, La Sal (also in Colorado) | La Salle |
| Raft River (also in Idaho), Cassia (Idaho) | Minidoka |
| Grantsville, Salt Lake, Wasatch | Wasatch |

It is also ordered that on and after July 1, 1908, the name of the Otter National Forest, in Montana, shall be the Custer National Forest; the name of the Pecos River National Forest, in New Mexico, shall be the Pecos National Forest; the name of the Imnaha National Forest in Oregon, shall be the Wallowa National Forest; the name of the Aquarius National Forest, in Utah, shall be the Powell National Forest; and the name of the Big Horn National Forest, in Wyoming, shall be the Bighorn National Forest.

THEODORE ROOSEVELT

The White House.
*July 2, 1908.*

[No. 908.]

EXHIBIT 12
Page 2 of 2