1 of 1 DOCUMENT

Primary Sources in U.S. Presidential History

Withdrawing public lands for use of the War Department for military purposes, Alaska

March 28, 1942

**LENGTH:** 551 words

**AUTHOR:** Franklin Delano Roosevelt

**BODY:**

    Document Type: Executive Order [Primary Source]
Title: Withdrawing public lands for use of the War Department for military purposes, Alaska
Author: Roosevelt, Franklin Delano
Author Note: Thirty-Second President of the United States, (1933-1945)
Date: March 28, 1942      Pages: 1 p.
Series Title: Executive Orders
Document Number: Executive Order No. 9114
Availability: CIS Index to Presidential Executive Orders and Proclamations, Part II: Mar. 4, 1921 to Dec. 31, 1983, Warren Harding to Ronald Reagan. 1942-EO-9114
Subject Descriptors: Alaska; Government property; War Department

[Page 1]

**Withdrawing public lands for use of the War Department for military purposes, Alaska**

    By virtue of the authority vested in me as President of the United States, and by the act of June 4, 1897, 30 Stat. 11, 36 (U.S.C., title 16, sec. 473), it is ordered as follows:

    Subject to valid existing rights, the public lands in the following-described areas are hereby withdrawn from all forms of appropriation under the public-land laws, including the mining laws, and reserved for the use of the War Department for military purposes:

TRACT NO. 1

Beginning at corner No. 1, which is identical with corner No. 2, U. S. Survey No. 1763.

Thence by metes and bounds:

N. 64degrees 55'50" E., 7108.20 ft. to corner No. 2, identical with corner No. 3, U. S. Survey No. 1763;

S. 8degrees 25' W., 3811.1 ft. to corner No. 3, identical with corner No. 3, U. S. Survey No. 226;

S. 46degrees 10' W., 1598.5 ft. to corner No. 4, identical with corner No. 1, U. S. Survey No. 226 and corner No. 7, U. S. Survey No. 225;

S. 10degrees 30' E., 433.6 ft. to corner No. 5, identical with corner No. 8, U. S. Survey No. 225 and corner No. 6, U. S. Amended Survey No. 6 1/2;

S. 38degrees 30' E., 739.9 ft. to corner No. 6, identical with corner No. 7, U. S. Amended Survey No. 6 1/2;

S. 25degrees 30' E., 462 ft. to corner No. 7, identical with corner No. 8, U. S. Amended Survey No. 6 1/2;

S. 39degrees 00' W., 498.3 ft. to corner No. 8, identical with corner No. 9, U. S. Amended Survey No. 6 1/2;

EXHIBIT 15
Page 1 of 2

S. 65degrees 57' W., 1388 ft. to corner No. 9, identical with corner No. 10, U. S. Amended Survey No. 6 1/2 on shore of Sitka Sound;

Thence northwesterly with meanders of shore of Sitka Sound at mean high tide to corner No. 1, the place of beginning.

The tract as described, including both public and nonpublic lands, aggregates 481.7 acres.

TRACT NO. 2

Beginning at corner No. 1, which is identical with corner No. 1, U. S. Survey No. 1763.

Thence by metes and bounds:

N. 52degrees 21' E., 7311.5 ft. to corner No. 2;

S. 27degrees 59'40" E., 14734.0 ft. to corner No. 3, identical with corner No. 3, U. S. Survey No. 1763;

S. 64degrees 55'50" W., 7108.20 ft. to corner No. 4, identical with corner No. 2, U. S. Survey No. 1763;

Thence northwesterly with meanders of shore of Sitka Sound at mean high tide to corner No. 1, the place of beginning.

The tract contains 2215.7 acres.

Proclamation No. 1742 of June 10, 1925, adding certain lands to the Tongass National Forest, in Alaska, is hereby revoked so far as it affects any of the lands described above as Tract No. 2.

FRANKLIN D ROOSEVELT

THE WHITE HOUSE,
March 28, 1942.

**LOAD-DATE:** April 8, 2003

EXHIBIT 15
Page 2 of 2