380                      PUBLIC LAW 179–JULY 26, 1955          [69 STAT.

the two World Wars and the Korean hostilities fought to uphold democracy; to cement the ties and comradeship born of service; and to consecrate the efforts of its members to mutual helpfulness and service to their country."

SEC. 2. That section 5 of such Act of September 16, 1919 (41 Stat. 285, title 36, U. S. C., 1940 edition, sec. 45), as amended, is hereby further amended to read as follows:

*Membership requirements.*

"SEC. 5. That no person shall be a member of this corporation unless he has served in the naval or military services of the United States at some time during any of the following periods: April 6, 1917, to November 11, 1918; December 7, 1941, to September 2, 1945; June 25, 1950, to July 27, 1953; all dates inclusive, or who, being a citizen of the United States at the time of entry therein, served in the military or naval service of any of the governments associated with the United States during said wars or hostilities: *Provided, however,* That such person shall have an honorable discharge or separation from such service or continues to serve honorably after any of the aforesaid terminal dates."

Approved July 26, 1955.

---

Public Law 179                                         CHAPTER 387

*July 26, 1955*
*[H. R. 4046]*

AN ACT

To abolish the Old Kasaan National Monument, Alaska, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Old Kasaan National Monument, in Alaska, is hereby abolished, and the lands thereof shall hereafter be administered as a part of the Tongass National Forest.

Approved July 26, 1955.

---

Public Law 180                                         CHAPTER 388

*July 26, 1955*
*[H. R. 5792]*

AN ACT

To amend the Veterans' Readjustment Assistance Act of 1952, to extend the time for filing claims for mustering-out payments.

*66 Stat. 690.*
*38 USC 1013.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 503 of the Veterans' Readjustment Assistance Act of 1952 is amended by striking out "within two years after the date of enactment of this title" and inserting in lieu thereof "on or before July 16, 1956".

Approved July 26, 1955.

---

Public Law 181                                         CHAPTER 389

*July 26, 1955*
*[H. R. 6832]*

AN ACT

To provide for payment of a reasonable attorney's fee by the insured in a suit brought by him or on his behalf during his lifetime for waiver of premiums on account of total disability.

*43 Stat. 1311.*
*38 USC 551.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 500 of the World War Veterans' Act, 1924, as amended, is hereby amended by substituting a semicolon for the period at the end of the first sentence thereof and adding the following: "except that in a suit brought

EXHIBIT 17
Page 1 of 1