FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.  11

CHAP. 2.—An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes.

*June 4, 1897.*

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the following sums be, and the same are hereby, appropriated, for the objects hereinafter expressed, for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, namely:

*Appropriations for sundry civil expenses.*

## UNDER THE TREASURY DEPARTMENT.

*Treasury Department.*

### PUBLIC BUILDINGS.

*Public buildings.*

For post-office at Allegheny, Pennsylvania: For completion of building under present limit, fifty-five thousand dollars.

*Allegheny, Pa.*

For public building at Boise City, Idaho: For continuation of building under present limit, one hundred thousand dollars.

*Boise City, Idaho.*

For post-office at Boston, Massachusetts: For construction of a two-story money vault in the subtreasury portion of the post-office building, ten thousand dollars.

*Boston, Mass., money vault for subtreasury.*

That the Secretary of the Treasury be, and he is hereby, authorized and directed to acquire, by purchase, condemnation, or otherwise, such additional land as he may deem necessary, and to cause to be erected an addition or extension to the United States custom-house and post-office building at Bridgeport, Connecticut, for the use and accommodation of the Government offices, the cost of said additional land and extension or addition not to exceed one hundred thousand dollars.

*Bridgeport, Conn. Post, p. 112.*

*Custom-house, etc., building, addition to.*

For post-office at Buffalo, New York: For continuation of building under present limit, five hundred thousand dollars.

*Buffalo, N. Y.*

For post-office at Brockton, Massachusetts: For completion of building under present limit, fifty thousand dollars.

*Brockton, Mass.*

For post-office and custom-house at Camden, New Jersey: That the sum of five thousand dollars, or so much of the appropriation as may be necessary, is hereby reappropriated and made available, out of the amounts heretofore appropriated for the erection of the building, to enable the Secretary of the Treasury to acquire, by purchase, condemnation, or otherwise, such land additional to the present site as in his judgment is necessary to accommodate properly a building of the character contemplated by the increased limit of cost authorized by the Act of Congress approved June eleventh, eighteen hundred and ninety-six; and the Secretary of the Treasury is hereby authorized to enter into contracts for work on said building in advance of appropriations yet to be made under the present limit of cost.

*Camden, N. J. Additional land for custom-house.*

*Vol. 29, p. 414.*

*Contracts in advance of appropriations.*

For post-office and court-house at Charleston, South Carolina: For completing the approaches and grounds around the building, fourteen thousand dollars.

*Charleston, S. C.*

For rental of quarters at Chicago, Illinois: For annual rental of temporary quarters for the accommodation of certain Government officials, for the year ending March twenty-eighth, eighteen hundred and ninety-eight, including not exceeding five hundred dollars for necessary shelving and pigeon holes, nineteen thousand three hundred and forty-five dollars and twenty-two cents.

*Chicago, Ill. Rental of temporary quarters.*

For court-house and post-office at Cumberland, Maryland: For completion of building under present limit, fifty thousand dollars.

*Cumberland, Md.*

For public building at Cheyenne, Wyoming: For continuation of building under present limit, one hundred thousand dollars.

*Cheyenne, Wyo.*

For mint building at Denver, Colorado: For continuation of building under present limit, two hundred thousand dollars.

*Denver, Colo.*

For public building at Helena, Montana: For continuation of building under present limit, one hundred thousand dollars, and not to exceed twenty thousand dollars of this sum may, in the discretion of the Secretary of the Treasury, be used to purchase, by condemnation

*Helena, Mont.*

EXHIBIT 20
Page 1 of 52

| | |
|---|---|
| Additional land. | or otherwise, additional land for the site of said building, the present limit of cost of said building not to be exceeded. |
| Kansas City, Mo. | For post-office and court-house at Kansas City, Missouri: For completion of building under present limit, including not exceeding two elevators in said building, two hundred and sixty six thousand dollars. |
| Meridian, Miss. | For post-office at Meridian, Mississippi: For completion of building under present limit, thirty thousand dollars. |
| Milwaukee, Wis. | For post-office, court-house, and custom-house at Milwaukee, Wisconsin: For completion of building under present limit, four hundred thousand dollars. |
| Newark, N. J. Additional land. Limit of cost increased. | For custom-house and post-office at Newark, New Jersey: For acquisition of additional land for site, sixty-six thousand dollars, or so much thereof as may be necessary, and the limit of cost of said building and site therefor is hereby increased from six hundred and fifty thousand dollars to seven hundred and sixteen thousand dollars. |
| New York, N. Y. | For the appraiser's warehouse at New York City, New York: For completion of building under present limit, three hundred thousand dollars. |
| Newport, Ky. | For post-office at Newport, Kentucky: For completion of building under present limit, fifty thousand dollars. |
| Omaha, Nebr. *Post*, p. 981. | For court-house, custom-house, and post-office at Omaha, Nebraska: For completion of building under present limit, twenty-five thousand dollars. |
| Limit of cost increased. | For court-house, custom-house, and post-office at Omaha, Nebraska: For extension of limit of cost of site and building from one million two hundred thousand dollars to one million three hundred thousand dollars, one hundred thousand dollars. |
| Norfolk, Va. | For public building at Norfolk, Virginia: For extension of limit of cost of site and building from one hundred and fifty thousand dollars, to two hundred and fifty thousand dollars, one hundred thousand dollars. |
| Paterson, N. J. | For post-office at Paterson, New Jersey: For completion of building under present limit, seventy thousand dollars. |
| Portland, Oreg. | For custom-house at Portland, Oregon: For continuation of building under present limit, two hundred thousand dollars. |
| Pueblo, Colo. | For post-office at Pueblo, Colorado: For completion of building under present limit, one hundred and fifty thousand dollars. |
| Pottsville, Pa. | For post-office at Pottsville, Pennsylvania: For completion of building under present limit, forty thousand dollars. |
| Racine, Wis. Substitution of stone for brick, etc., in public building. | For public building at Racine, Wisconsin: Authority is hereby given to the Secretary of the Treasury, if he shall deem it expedient in the interest of the public service, to accept the bid of nine thousand four hundred and eighty-six dollars, now filed for the substitution of stone for brick and terra cotta in the public building now in process of construction at Racine, Wisconsin, in accordance with the amended plans for the same already prepared by the Supervising Architect of the Treasury: |
| *Proviso.* Limit of cost. | *Provided*, The present limit of cost of said building shall not be exceeded. |
| South Omaha, Nebr. | For post-office at South Omaha, Nebraska: For completion of building under present limit, seventy-five thousand dollars. |
| St. Paul, Minn. | For post-office, court-house, and custom-house at Saint Paul, Minnesota: For completion of building under present limit, one hundred and twenty-five thousand dollars. |
| San Francisco, Cal. | For post-office and court-house at San Francisco, California: For continuation of building under present limit, one hundred thousand dollars. |
| Savannah, Ga. | For court-house and post-office at Savannah, Georgia: For completion of building under present limit, one hundred and seventy-five thousand dollars. |
| Topeka, Kans. Purchase of additional ground. | For the purchase of additional ground at Topeka, Kansas: To enable the Secretary of the Treasury to purchase, by condemnation or otherwise, fifty feet front of ground, or so much thereof as may be needed, adjacent to the ground now owned by the Government on which the public building at Topeka, Kansas, occupied as a post-office and other |

EXHIBIT 20
Page 2 of 52

FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.     13

Government offices, is located, not to exceed twenty-five thousand dollars; and to enable the Secretary to change and improve the buildings on said newly purchased grounds so as to accommodate the United States pension agency and other Government offices, and to supply the same with vaults and other fixtures and appliances for the convenient, safe, and ready dispatch of public business, ten thousand dollars. *Change of buildings to accommodate other Government offices, etc.*

For post-office at Worcester, Massachusetts: To enable the stamp room to be transferred to what is now the money-order lobby, and a new lobby to be provided, under the direction of the Secretary of the Treasury, three thousand dollars, or so much thereof as may be necessary, to be immediately available. *Worcester, Mass.*

The Secretary of the Treasury is authorized to expend the seventy-five thousand dollars, or so much thereof as may be necessary, heretofore (in eighteen hundred and ninety-six) appropriated for the purchase of site for a court-house and post office at Salt Lake City. *Salt Lake City. Vol. 29, p. 415.*

For post-office at Washington, District of Columbia: For completion of building under present limit, four hundred and ten thousand dollars. *Washington, D. C. Post-office.*

For Treasury building at Washington, District of Columbia: For repairs to Treasury, Butler, and Winder buildings, eight thousand dollars. *Treasury, Butler, and Winder buildings.*

For special repairs to Treasury building, to be immediately available, twelve thousand dollars. *Repairs, etc.*

For repairs and preservation of public buildings: Repairs and preservation of custom-houses, court-houses, post-offices, marine hospitals, quarantine stations, and other public buildings and the grounds thereof under the control of the Treasury Department, two hundred and fifty thousand dollars; of which amount the sum of thirty thousand dollars to be used for the marine hospitals and quarantine stations: *Provided,* That of the sum hereby appropriated not exceeding ten thousand dollars may be used, in the discretion of the Secretary of the Treasury, in the employment of superintendents and others at a rate of compensation not exceeding for any one person six dollars per day. *Repairs and preservation. Proviso. Superintendents, etc.*

## MARINE HOSPITALS.

*Marine hospitals.*

For marine hospital at Baltimore, Maryland: For annex building for disinfection and storage, two thousand dollars. *Baltimore, Md.*

For marine hospital at Cleveland, Ohio: For drainage and improvement of grounds, two thousand seven hundred and twenty-five dollars. *Cleveland, Ohio.*

For marine hospital at Cincinnati, Ohio: For addition to surgeon's cottage, two thousand dollars. *Cincinnati, Ohio.*

For marine hospital at Key West, Florida: For repairs to sea wall and improvement of grounds, seven hundred dollars; storehouse and addition to steward's quarters, one thousand dollars; in all, one thousand seven hundred dollars. *Key West, Fla.*

For marine hospital at New Orleans, Louisiana: For wing dam and piling to protect water supply, and for extension of sewer, one thousand eight hundred dollars; additional cisterns for water supply, three hundred and fifty dollars; in all, two thousand one hundred and fifty dollars. *New Orleans, La.*

For marine hospital at Wilmington, North Carolina: For new fence, two hundred dollars. *Wilmington, N. C.*

## QUARANTINE STATIONS.

*Quarantine stations.*

For quarantine station, Delaware Breakwater, Delaware: For addition to executive building, one thousand five hundred dollars. *Delaware Breakwater, Del.*

For quarantine station, Brunswick, Georgia: For repairs to engine, wharf, car tracks, and switch, and new boathouse, cars, and dolphins, one thousand two hundred and fifty dollars. *Brunswick, Ga.*

For quarantine station, Tortugas (Key West), Florida: For floating disinfecting plant, ten thousand dollars; sailing vessel for transportation of mail and supplies, three thousand five hundred dollars; in all, thirteen thousand five hundred dollars. *Tortugas (Key West), Fla.*

EXHIBIT 20
Page 3 of 52

14      FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

South Atlantic station.

For quarantine station, South Atlantic: For small hospital, two thousand five hundred dollars; boathouse, one thousand dollars; landing pier, mooring dolphins and piles, and ballast gangway, one thousand four hundred and twenty-five dollars; quarters for crew, bath house, and shed, one thousand dollars; hoisting engine for ballast wharf, nine hundred dollars; sulphur furnace and appliances, one thousand dollars; additional for dredging cut, five hundred dollars; mooring buoys, five hundred dollars; buoys for marking quarantine limits, six hundred dollars; in all, nine thousand four hundred and twenty-five dollars.

Heating apparatus for public buildings.

HEATING APPARATUS FOR PUBLIC BUILDINGS: For heating, hoisting, and ventilating apparatus, and repairs to the same, for all public buildings, including marine hospitals and quarantine stations, under control of the Treasury Department, exclusive of personal services, except for work done by contract, one hundred thousand dollars; but of this amount not exceeding ten thousand dollars may be expended for personal services of mechanics employed from time to time for casual repairs only.

Vaults, safes, and locks.

VAULTS, SAFES, AND LOCKS FOR PUBLIC BUILDINGS: For vaults, safes, and locks, and repairs to the same, for all public buildings under control of the Treasury Department, exclusive of personal services, except for work done by contract, thirty-five thousand dollars; but of this amount not exceeding three thousand dollars may be expended for personal services of mechanics employed from time to time for casual repairs only.

Plans, etc.

PLANS FOR PUBLIC BUILDINGS: For books, photographic materials, and in duplicating plans required for all public buildings under control of the Treasury Department, three thousand five hundred dollars.

Light-houses, beacons, and fog signals.

LIGHT-HOUSES, BEACONS, AND FOG SIGNALS.

Tender, Second district.

Tender for the Second light-house district: For finishing the construction of, equipping, and outfitting, complete for service, a new steam tender for buoyage, supply, and inspection in the Second light-house district, thirty-seven thousand five hundred dollars.

New Haven, Conn.

New Haven Harbor Breakwater Light and Fog-Signal Station, Connecticut: For establishing a light and fog-signal station on the outer breakwater, entrance to New Haven Harbor, Connecticut, twenty-five thousand dollars; and the total cost of establishing said light and fog-signal station, complete, under a contract which is hereby authorized therefor, shall not exceed seventy-five thousand dollars.

Fire Island, N. Y., vessel.

Fire Island Light-Vessel, New York: For finishing the construction of, equipping, and outfitting a steam light-ship, with steam fog signal, to be established off Fire Island, New York, forty thousand dollars.

Staten Island depot, N. Y.

Staten Island Light-House Depot, New York: For continuing the construction of the sea wall, constructing oil house, rebuilding storehouse and wharves, and dredging the basin, at the general light-house depot at Tompkinsville, Staten Island, New York, twenty-five thousand dollars.

West Bank Light, etc., station, N. Y.

West Bank Light and Fog-Signal Station, New York: For establishing a light and fog-signal station on or near the west bank, New York Harbor, fifty thousand dollars.

Orient Point, N. Y.
Post, p. 1078.

Orient Point Light and Fog Signal, New York: For erection of a light-house with fog signal at the site of the beacon heretofore standing at Orient Point, or Oyster Pond Reef, on the west side of Plum Gut, at the entrance of Long Island Sound, New York, thirty thousand dollars.

Overfalls Shoal, N. J., vessel.

Overfalls Shoal Light-Vessel, New Jersey: For constructing, equipping, and outfitting, complete for service, a first-class steam light-vessel, with steam fog signal, eighty thousand dollars.

Bull Bay Station, S. C.

Bull Bay Light Station, South Carolina: For the reestablishment of the station on a new site, ten thousand dollars.

Cape San Blas Station, Fla.

For completing the removal of Cape San Blas Light Station, Florida, to Blacks' Island, four thousand five hundred dollars.

EXHIBIT 20
Page 4 of 52

Tender for the Seventh and Eighth light-house districts: For finishing the construction of, equipping, and outfitting, complete for service, a new steam tender for buoyage, supply, and inspection in the Seventh and Eighth light-house districts, thirty-seven thousand five hundred dollars.  <span style="float:right">Tender. Seventh and Eighth districts.</span>

Chequamegon Point Light and Fog-Signal Station, Wisconsin: For completing the work of moving and rebuilding the main Lapointe Light and establishing a harbor bell and light at or near Chequamegon Point, Lake Superior, Wisconsin, one thousand five hundred dollars.  <span style="float:right">Chequamegon Point Station, Wis.</span>

Light-vessel and two float lights at Ballards Reef, Detroit River: For light-vessel and two float lights for marking the new channel at Ballards Reef above Limekiln Crossing on the lower Detroit River, one thousand five hundred dollars.  <span style="float:right">Ballards Reef, Detroit River, vessel, etc.</span>

Grand Marais Harbor of Refuge Light Station, Lake Superior, Michigan: That the unexpended balance of the fifteen thousand dollars appropriated by the Act of March second, eighteen hundred and ninety-five, for a "light and bell" at this place, or so much of it not exceeding two thousand dollars as may be necessary, be made available for constructing an additional light on shore to serve as a range and completing the station.  <span style="float:right">Grand Marais, Mich. Vol. 28, p. 916. Additional light.</span>

San Francisco Harbor Light-Vessel, California: For finishing the construction of, equipping, and outfitting, complete for service, a steam light-ship, with steam fog signal, to be established in San Francisco Harbor, California, forty thousand dollars.  <span style="float:right">San Francisco, Cal., vessel.</span>

Oil houses for light stations: For establishing isolated oil houses for the storage of mineral oil, five thousand dollars: *Provided*, That no oil house erected hereunder shall exceed five hundred and fifty dollars in cost.  <span style="float:right">Oil houses. *Proviso.* Cost.</span>

## LIGHT-HOUSE ESTABLISHMENT.

<span style="float:right">Light-House Establishment.</span>

SUPPLIES OF LIGHT-HOUSES: For supplying fog signals, light-houses, and other lights with illuminating, cleaning, preservative, and such other materials as may be required for annual consumption; for books, boats, and furniture for stations, and not exceeding three hundred dollars for the purchase of technical and professional books and periodicals for the use of the Light-House Board, and other incidental expenses, four hundred thousand dollars.  <span style="float:right">Supplies.</span>

REPAIRS OF LIGHT-HOUSES: For repairing, rebuilding, and improving light-houses and buildings; for improvements to grounds connected therewith; for establishing and repairing pier head and other beacon lights; for illuminating apparatus and machinery to replace that already in use; and for incidental expenses relating to these various objects, five hundred and seventy-five thousand dollars.  <span style="float:right">Repairs.</span>

SALARIES OF KEEPERS OF LIGHT-HOUSES: For salaries, fuel, rations, rent of quarters where necessary, and similar incidental expenses of not exceeding one thousand two hundred and fifty light-house and fog-signal keepers, and laborers attending other lights, seven hundred and ten thousand dollars.  <span style="float:right">Keepers' salaries.</span>

EXPENSES OF LIGHT-VESSELS: For seamen's wages, rations, repairs, salaries, supplies, and temporary employment and incidental expenses of light-vessels, three hundred and twenty-five thousand dollars.  <span style="float:right">Light-vessels.</span>

EXPENSES OF BUOYAGE: For expenses of establishing, replacing, and maintaining buoys of any and all kinds, spindles, and day beacons, and for incidental expenses relating thereto, four hundred and seventy-five thousand dollars: *Provided*, That of this amount the sum of twenty-five thousand dollars shall be used for the establishment of gas buoys on the Great Lakes and connecting waters.  <span style="float:right">Buoyage. *Proviso.* Buoys on the Great Lakes, etc.</span>

To complete establishment of gas buoys at or near the following-named places in the Saint Lawrence River: One at Charity Shoals, one at Featherbed Shoals, one at Rock Island Point, one near the Sisters Island Light, one at Sunken Rock, one at Bay State Shoals, one at the Lower Narrows, and one at entrance upper harbor, Ogdensburg, seven thousand six hundred dollars, to be immediately available.  <span style="float:right">St. Lawrence River gas buoys.</span>

EXHIBIT 20
Page 5 of 52

Fog signals.

EXPENSES OF FOG SIGNALS: For establishing, replacing, duplicating, and improving fog signals and buildings connected therewith, and for repairs and incidental expenses of the same, one hundred thousand dollars.

Lighting of rivers.

LIGHTING OF RIVERS: For establishing, supplying, and maintaining post lights on the Hudson and East rivers, New York; the Raritan River, New Jersey; Connecticut River, Thames River, between Norwich and New London, Connecticut; the Delaware River, between Philadelphia and Bordentown, New Jersey; the Elk River, Maryland; York River, Virginia; Cape Fear River, North Carolina; Savannah River, Georgia; Saint Johns and Indian rivers, Florida, at Chicott Pass, and to mark navigable channel along Grand Lake, Louisiana; at the mouth of Red River, Louisiana; on the Mississippi, Missouri, Ohio, Tennessee, Illinois, and Great Kanawha rivers; Sacramento and San Joaquin rivers, California; on the Columbia and Willamette rivers, Oregon; on Puget Sound, Washington Sound, and adjacent waters, Washington; and the channels in Saint Louis and Superior bays, at the head of Lake Superior; the Light House Board being hereby authorized to lease the necessary ground for all such lights and beacons as are for temporary use or are used to point out changeable channels, and which in consequence can not be made permanent, three hundred thousand dollars.

Survey of sites.

SURVEY OF LIGHT-HOUSE SITES: For preliminary examinations, surveys, and plans for determining the proper sites and cost of light-houses and structures for which estimates are to be made to Congress, one thousand dollars.

Life-Saving Service.

## LIFE-SAVING SERVICE.

Superintendents.

For salaries of superintendents for the life saving stations as follows:

For one superintendent for the coasts of Maine and New Hampshire, one thousand six hundred dollars;

For one superintendent for the coast of Massachusetts, one thousand six hundred dollars;

For one superintendent for the coasts of Rhode Island and Long Island, one thousand eight hundred dollars;

For one assistant superintendent for the coasts of Rhode Island and Long Island, one thousand two hundred dollars;

For one superintendent for the coast of New Jersey, one thousand eight hundred dollars;

For one superintendent for the coasts of Delaware, Maryland, and Virginia, one thousand six hundred dollars;

For one superintendent of the coasts of Virginia and North Carolina, one thousand eight hundred dollars;

For one superintendent for the life-saving stations and for the houses of refuge on the coasts of South Carolina, Georgia, and Florida, one thousand five hundred dollars;

For one superintendent for the life-saving and lifeboat stations on the coast of the Gulf of Mexico, one thousand six hundred dollars;

For one superintendent for the life-saving and lifeboat stations on the coasts of Lakes Ontario and Erie, one thousand eight hundred dollars;

For one superintendent for the life-saving and lifeboat stations on the coasts of Lakes Huron and Superior, one thousand eight hundred dollars;

For one superintendent for the life-saving and lifeboat stations on the coast of Lake Michigan, one thousand eight hundred dollars;

For one superintendent for the life-saving and lifeboat stations on the coasts of Washington, Oregon, and California, one thousand eight hundred dollars; in all, twenty-one thousand seven hundred dollars.

Keepers.

For salaries of two hundred and sixty-five keepers of life-saving and lifeboat stations and of houses of refuge, two hundred and thirty-one thousand three hundred dollars.

Crews.

For pay of crews of surfmen employed at the life-saving and lifeboat stations, including the old Chicago station, during the period of actual

EXHIBIT 20
Page 6 of 52

FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.     17

employment; compensation of volunteers at life-saving and lifeboat stations, for actual and deserving service rendered upon any occasion of disaster, or in any effort to save persons from drowning, at such rate, not to exceed ten dollars for each volunteer, as the Secretary of the Treasury may determine; pay of volunteer crews for drill and exercise; fuel for stations and houses of refuge; repairs and outfits for same; rebuilding and improvement of same; supplies and provisions for houses of refuge, and for shipwrecked persons succored at stations; traveling expenses of officers under orders from the Treasury Department; commutation of quarters for officers of the Revenue-Cutter Service detailed for duty in the Life-Saving Service; for carrying out the provisions of sections seven and eight of the Act approved May fourth, eighteen hundred and eighty-two; for draft animals and their maintenance; and contingent expenses, including freight, storage, repairs to apparatus, labor, medals, stationery, newspapers for statistical purposes, advertising and miscellaneous expenses that can not be included under any other head of life-saving stations on the coasts of the United States, one million two hundred and sixty-nine thousand seven hundred and ninety-five dollars. *Commutation of quarters. Vol. 22, p. 57.*

For establishing new life-saving stations and lifeboat stations on the sea and lake coasts of the United States, authorized by law, forty thousand dollars. *New stations.*

### REVENUE-CUTTER SERVICE.
*Revenue-Cutter Service.*

For expenses of the Revenue-Cutter Service: For pay of captains, and one engineer in chief with relative rank and pay of captain, lieutenants, engineers, cadets, and pilots employed, and for rations for the same; for pay of petty officers, buglers, seamen, oilers, firemen, coal passers, stewards, cooks, and boys, and for rations for the same; for fuel for vessels, and repairs and outfits for the same; ship chandlery and engineers' stores for the same; traveling expenses of officers traveling on duty under orders from the Treasury Department; commutation of quarters; for protection of the seal fisheries in Bering Sea and the other waters of Alaska, and the interest of the Government on the seal islands and the sea-otter hunting grounds, and the enforcement of the provisions of law in Alaska; for enforcing the provisions of the Acts relating to the anchorage of vessels in the ports of New York and Chicago, approved May sixteenth, eighteen hundred and eighty-eight, and February sixth, eighteen hundred and ninety-three; contingent expenses, including wharfage, towage, dockage, freight, advertising, surveys, labor, and miscellaneous expenses which can not be included under special heads, one million one hundred thousand dollars: *Provided,* That any chief engineer of the Revenue-Cutter Service who has held the office of engineer in chief shall hereafter receive the pay and emoluments of a captain of said service, and shall be eligible for appointment to the office of captain of engineers in said service, with the pay and emoluments of such captain. *Salaries and expenses. Anchorage. Vol. 25, p. 151. Vol. 27, p. 431. Proviso. Pay of chief engineer who has held office of engineer in chief, etc.*

For completing construction of two revenue steamers of the first class, under the direction of the Secretary of the Treasury, for service on the Great Lakes, two hundred thousand dollars. *Steamers. Great Lakes.*

For the purchase of ten eophones, at not exceeding five hundred dollars each, five thousand dollars, or so much thereof as may be necessary. *Eophones.*

For constructing and equipping a steam revenue cutter for service on the Atlantic coast of the United States, with headquarters at the port of New York, the sum of one hundred and seventy-five thousand dollars. *Revenue cutter for service on Atlantic coast.*

### ENGRAVING AND PRINTING.
*Engraving and printing.*

For labor and expenses of engraving and printing: For salaries of all necessary clerks and employees, other than plate printers and plate *Salaries.*

VOL XXX——2

EXHIBIT 20
Page 7 of 52

18                     FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

*Proviso.*
Notes of larger denomination.

Wages.

*Proviso.*
Notes of larger denomination.

Materials.

*Provisos.*
Appropriations not contingent expenses, Treasury Department

R. S., secs. 240, 3683, pp. 40-723.

Director to control all business, etc.

Rent, office of stamp agent.

Coast and Geodetic Survey.
Expenses of survey of Atlantic, Gulf, Pacific, and Alaska coasts.

*Proviso.*
Advance of money.

Field expenses.

printers' assistants, four hundred and twenty thousand dollars, to be expended under the directions of the Secretary of the Treasury: *Provided*, That no portion of this sum shall be expended for printing United States notes or Treasury notes of larger denomination than those that may be canceled or retired.

For wages of plate printers, at piece rates to be fixed by the Secretary of the Treasury, not to exceed the rates usually paid for such work, including the wages of printers' assistants, at one dollar and twenty-five cents a day each, when employed, five hundred and twenty-six thousand dollars, to be expended under the direction of the Secretary of the Treasury: *Provided*, That no portion of this sum shall be expended for printing United States notes or Treasury notes of larger denomination than those that may be canceled or retired.

For engravers' and printers' materials, and other materials, except distinctive paper, and for miscellaneous expenses, one hundred and sixty-seven thousand one hundred dollars: *Provided*, That hereafter the appropriations made for all expenditures of the Bureau of Engraving and Printing shall be used in the manner in which appropriations for said Bureau have heretofore been used, and no part of said appropriations shall be held to be contingent expenses of the Treasury Department, nor be subject to the provisions of sections two hundred and forty and thirty-six hundred and eighty-three of the Revised Statutes: *And provided further*, That all the business of the Bureau of Engraving and Printing shall be under the immediate control of the director of said Bureau, subject to the direction of the Secretary of the Treasury, and the director of the said Bureau shall report to and be responsible directly to the Secretary of the Treasury.

For rent of office now occupied by the agent of the Post-Office Department to supervise the distribution of stamps of the Bureau of Engraving and Printing, at a rental of fifty dollars per month, six hundred dollars.

COAST AND GEODETIC SURVEY.

For every expenditure requisite for and incident to the survey of the Atlantic, Gulf, and Pacific coasts of the United States and the coast of the Territory of Alaska, including the survey of rivers to the head of tide water or ship navigation; deep-sea soundings, temperature and current observations along the coast and throughout the Gulf Stream and Japan Stream flowing off the said coasts; tidal observations; the necessary resurveys; the preparation of the Coast Pilot; continuing researches and other work relating to terrestrial magnetism and the magnetic maps of the United States and adjacent waters, and the tables of magnetic declination, dip, and intensity usually accompanying them; and including compensation not otherwise appropriated for of persons employed in the field work, in conformity with the regulations for the government of the Coast and Geodetic Survey adopted by the Secretary of the Treasury; for special examinations that may be required by the Light-House Board or other proper authority, and including traveling expenses of officers and men of the Navy on duty; for commutation to officers of the field force while on field duty, at a rate to be fixed by the Secretary of the Treasury, not exceeding two dollars and fifty cents per day each; outfit, equipment, and care of vessels used in the Survey, and also the repairs and maintenance of the complement of vessels; to be expended in accordance with the regulations relating to the Coast and Geodetic Survey from time to time prescribed by the Secretary of the Treasury, and under the following heads: *Provided*, That no advance of money to chiefs of field parties under this appropriation shall be made unless to a commissioned officer or to a civilian officer who shall give bond in such sum as the Secretary of the Treasury may direct:

FOR FIELD EXPENSES: For survey of unfinished portions of the Atlantic coast from Maine to Florida, including Portsmouth Harbor and Piscataqua River; Hudson River to Troy; and for the necessary

EXHIBIT 20
Page 8 of 52

resurveys, including the coast from Lynn to Cape Ann, the shores of Marthas Vineyard and Nantucket Sound, approaches to New Bedford, Buzzards Bay, Chesapeake Bay and tributaries, and Savannah River bar, thirty thousand dollars;

To continue the primary triangulation from the vicinity of Montgomery toward Mobile; and for triangulation, topography, and hydrography of unfinished portions of the Gulf coast, including Lake Pontchartrain and Sabine Lake, and for the necessary resurveys, eight thousand dollars;

For offshore soundings along the Atlantic and Gulf coasts, and current and temperature observations in the Gulf Stream, five thousand dollars;

For triangulation, topography, and hydrography of the coasts of California, Oregon, and Washington, and for reconnoissance along the Pacific coast from Cape Mendocino to the Straits of Juan de Fuca, and for necessary resurveys, San Francisco Harbor, triangulation, topography, and hydrography, twenty-five thousand six hundred dollars;

Alaska surveys.

For continuing explorations in the waters of Alaska and making hydrographic surveys in the same, including survey of the Aleutian Islands and examination of the mouth of Yukon River, and for the establishment of latitude, longitude, and magnetic stations, fifteen thousand dollars;

For continuing the researches in physical hydrography relating to harbors and bars, including computations and plottings, and for tidal and current observations on the Atlantic, Gulf, and Pacific coasts, five thousand dollars;

For the construction of a tidal indicator in the harbor of San Francisco, California, two thousand five hundred dollars;

For examination of reported dangers on the Atlantic, Gulf, and Pacific coasts, and to continue the compilation of the Coast Pilot, and to make special hydrographic examinations and including the employment of such pilots and nautical experts in the field and office as may be necessary for the same, three thousand three hundred dollars;

To continue magnetic observations in all parts of the United States, two thousand dollars;

For continuing the line of exact levels between the Atlantic, Pacific, and Gulf coasts, three thousand five hundred dollars, two thousand dollars of which sum shall be immediately available;

Points to State surveys.

For furnishing points to State surveys, to be applied as far as practicable in States where points have not been furnished, and for surveying and distinctly marking with permanent monuments that portion of the eastern boundary of the State of California commencing at and running southeastward from the intersection of the thirty-ninth degree of north latitude with the one hundred and twentieth degree of longitude west from Greenwich, and for primary triangulation along the Rio Grande, thirteen thousand five hundred dollars;

For determinations of geographical positions, and to continue gravity observations, two thousand five hundred dollars;

For traveling expenses of officers and men of the Navy on duty, and for any special surveys that may be required by the Light-House Board or other proper authority, and contingent expenses incident thereto, three thousand four hundred dollars;

For objects not hereinbefore named that may be deemed urgent, including the actual necessary expenses of officers of the field force temporarily ordered to the office at Washington for consultation with the Superintendent, to be paid as directed by the Superintendent, in accordance with the Treasury regulations, four thousand dollars;

International Geodetic Association.

To enable the Government of the United States to pay, through the American embassy at Berlin, its quota as an adhering member of the International Geodetic Association for the Measurement of the Earth, one thousand five hundred dollars;

Expenses of American delegate.

For expenses of the attendance of the American delegate at the meetings of the International Geodetic Association, five hundred and

EXHIBIT 20
Page 9 of 52

20            FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

*Proviso.*
How payable.

fifty dollars, or so much thereof as may be necessary: *Provided*, That such expenses of attendance shall be payable out of the item "for objects not hereinbefore named;" and ten per centum of the foregoing amounts shall be available interchangeably for expenditure on the objects named; but no more than ten per centum shall be added to any one item of appropriation;

Interchangeable expenditures.

In all, for field expenses, one hundred and twenty-four thousand eight hundred dollars.

Repairs of vessels, etc.

FOR REPAIRS AND MAINTENANCE OF VESSELS: For repairs and maintenance of the complement of vessels used in the Coast and Geodetic Survey, including the traveling expenses of the person inspecting the repairs, and including ten thousand dollars to be immediately available for boilers of the steamer Blake, thirty-five thousand dollars.

Steamer for service in Alaska.

For constructing a steamer under the direction of the Secretary of the Treasury for service in Alaska and the Aleutian Islands, seventy-five thousand dollars.

Limit of cost.

And the Secretary of the Treasury is hereby authorized to contract for building said vessel at a cost not to exceed one hundred and twenty-five thousand dollars.

Salaries.
Superintendent.

SALARIES COAST AND GEODETIC SURVEY: For Superintendent, five thousand dollars;

Assistants.

For pay of assistants, to be employed either in the field or office, as the Superintendent may direct:
For two assistants, at four thousand dollars each;
For one assistant, three thousand two hundred dollars;
For four assistants, at three thousand dollars each;
For four assistants, at two thousand five hundred dollars each;
For seven assistants, at two thousand two hundred dollars each;
For seven assistants, at two thousand dollars each;
For three assistants, at one thousand eight hundred dollars each;
For three assistants, at one thousand six hundred dollars each;
For three assistants, at one thousand four hundred dollars each;
For four assistants, at one thousand two hundred dollars each;
For aids temporarily employed at a salary not greater than nine hundred dollars per annum each, three thousand six hundred dollars; in all, ninety thousand four hundred dollars.

Office force.

PAY OF OFFICE FORCE: For one disbursing agent, two thousand two hundred dollars;
For one general office assistant, one thousand eight hundred dollars;
For one chief of division of library and archives, one thousand eight hundred dollars;
For clerical force, namely:
For two, at one thousand six hundred and fifty dollars each;
For three, at one thousand four hundred dollars each;
For six, at one thousand two hundred dollars each;
For four, at one thousand dollars each;
For chart correctors, buoy colorists, stenographers, writers, typewriters, and copyists, namely:
For two, at one thousand two hundred dollars each;
For three, at nine hundred dollars each;
For one, at eight hundred dollars;
For seven, at seven hundred and twenty dollars each;
For one, at six hundred dollars;
For topographic and hydrographic draftsmen, namely:
For one, at two thousand four hundred dollars;
For one, at two thousand two hundred dollars;
For two, at two thousand dollars each;
For three, at one thousand eight hundred dollars each;
For two, at one thousand four hundred dollars each;
For one, at one thousand two hundred dollars;
For two, at one thousand dollars each;

EXHIBIT 20
Page 10 of 52

Case 3:05-cv-00006-HRH   Document 156-2   Filed 10/29/2007   Page 11 of 13

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.    21

For two, at nine hundred dollars each;
For one, at seven hundred dollars;
For astronomical, geodetic, tidal, and miscellaneous computers, namely:
For two, at two thousand dollars each;
For three, at one thousand six hundred dollars each;
For two, at one thousand four hundred dollars each;
For two, at one thousand two hundred dollars each;
For two, at one thousand dollars each;
For copperplate engravers, namely:
For three, at two thousand dollars each;
For two, at one thousand eight hundred dollars each;
For two, at one thousand six hundred dollars each;
For one, at one thousand four hundred dollars;
For two, at one thousand two hundred dollars each;
For two, at one thousand dollars each;
For additional engravers, at not to exceed nine hundred dollars per annum each, four thousand one hundred dollars;
For electrotypers and photographers, plate printers and their helpers, instrument makers, carpenters, engineer, and other skilled laborers, namely:
For two, at one thousand eight hundred dollars each;
For one, at one thousand six hundred dollars;
For two, at one thousand two hundred dollars each;
For ten, at one thousand dollars each;
For two, at nine hundred dollars each;
For five, at seven hundred dollars each;
For watchmen, firemen, messengers, and laborers, packers and folders, and miscellaneous work, namely:
For three, at eight hundred and eighty dollars each;
For six, at eight hundred and twenty dollars each;
For two, at seven hundred dollars each;
For three, at six hundred and forty dollars each;
For four, at six hundred and thirty dollars each;
For four, at five hundred and fifty dollars each;
For two, at three hundred and sixty-five dollars each, in all, one hundred and thirty-six thousand four hundred and seventy dollars.

OFFICE EXPENSES: For the purchase of new instruments, for materials and supplies required in the instrument shop, carpenter shop, and drawing division, and for books, maps, charts, and subscriptions, seven thousand seven hundred dollars. *Office expenses*

For copper plates, chart paper, printer's ink, copper, zinc, and chemicals for electrotyping and photographing; engraving, printing, photographing, and electrotyping supplies; and for photolithographing charts and printing from stone and copper for immediate use, fifteen thousand five hundred dollars.

For stationery for the office and field parties, transportation of instruments and supplies, when not charged to party expenses, office wagon and horses, fuel, gas, electricity for lighting and power, telegrams, ice, and washing, six thousand dollars.

For miscellaneous expenses, contingencies of all kinds, office furniture, repairs, and extra labor, and for traveling expenses of assistants and others employed in the office sent on special duty in the service of the office, four thousand two hundred dollars.

For the discussion and publication of observations, one thousand dollars.

That no part of the money herein appropriated for the Coast and Geodetic Survey shall be available for allowance to civilian or other officers for subsistence while on duty at Washington (except as hereinbefore provided for officers of the field force ordered to Washington for short periods for consultation with the Superintendent), or to officers of the Navy attached to the Survey, except as now provided by law. *Allowances.*

EXHIBIT 20
Page 11 of 52

22          FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

## UNDER SMITHSONIAN INSTITUTION.

*Smithsonian Institution.*

*International exchanges.*
INTERNATIONAL EXCHANGES: For expenses of the system of international exchanges between the United States and foreign countries, under the direction of the Smithsonian Institution, including salaries or compensation of all necessary employees, nineteen thousand dollars.

*American ethnology.*
AMERICAN ETHNOLOGY: For continuing ethnological researches among the American Indians, under the direction of the Smithsonian Institution, including salaries or compensation of all necessary employees, forty-five thousand dollars, of which sum not exceeding one thousand dollars may be used for rent of building.

*Astrophysical observatory.*
ASTROPHYSICAL OBSERVATORY: For maintenance of Astrophysical Observatory, under the direction of the Smithsonian Institution, including salaries of assistants, apparatus, and miscellaneous expenses, ten thousand dollars.

*National Museum. Furniture, etc.*
NATIONAL MUSEUM: For cases, furniture, fixtures, and appliances required for the exhibition and safe-keeping of the collections of the National Museum, including fifteen thousand dollars for furnishing new galleries and including salaries or compensation of all necessary employees, thirty thousand dollars.

*Heating, etc.*
For expense of heating, lighting, electrical, telegraphic, and telephonic service for the National Museum, fourteen thousand dollars.

*Preserving collections.*
For continuing the preservation, exhibition, and increase of the collections from the surveying and exploring expeditions of the Government, and from other sources, including salaries or compensation of all necessary employees, one hundred and sixty thousand dollars, of which sum three thousand five hundred dollars may be used for necessary drawings and illustrations for publications of the National Museum.

*Repairs.*
For repairs to buildings, shops, and sheds, National Museum, including all necessary labor and material, four thousand dollars.

*Rent.*
For rent of workshops for the National Museum, two thousand dollars.

*Postage.*
For postage stamps and foreign postal cards for the National Museum, five hundred dollars.

*Galleries.*
For the continuation of the construction of galleries in the National Museum building, said galleries to be constructed under the direction of the Superintendent of the Congressional Library in accordance with the approval of the Secretary of the Smithsonian Institution, eight thousand dollars.

*Sheds.*
For removal of the sheds from their present location south of and adjacent to the Smithsonian building, and rebuilding them, including all necessary labor and material, two thousand five hundred dollars.

*National Zoological Park.*
NATIONAL ZOOLOGICAL PARK: For continuing the construction of roads, walks, bridges, water supply, sewerage and drainage; and for grading, planting, and otherwise improving the grounds; erecting and repairing buildings and inclosures; care, subsistence, purchase, and transportation of animals, including salaries or compensation of all necessary employees and general incidental expenses not otherwise provided for, fifty-five thousand dollars; one-half of which sum shall be paid from the revenues of the District of Columbia and the other half from the Treasury of the United States; and of the sum hereby appropriated five thousand dollars shall be used for continuing the entrance into the Zoological Park from Woodley lane and opening driveway into Zoological Park, from said entrance along the bank of Rock Creek.

*Half from District revenues.*

*Entrance from Woodley lane, etc.*

## FISH COMMISSION.

*Fish Commission.*

*Pay of Commissioner, clerks, etc.*
OFFICE OF COMMISSIONER: For Commissioner, five thousand dollars; chief clerk, two thousand four hundred dollars; stenographer to Commissioner, one thousand six hundred dollars; librarian, one thousand two hundred dollars; one clerk of class four; two clerks of class three; one clerk, at one thousand dollars; two clerks, at nine hundred

EXHIBIT 20
Page 12 of 52

dollars each; one engineer, one thousand and eighty dollars; three firemen, at five hundred and forty dollars each; two watchmen, at seven hundred and twenty dollars each; three janitors and messengers, at six hundred dollars each; one janitress, four hundred and eighty dollars; one messenger, two hundred and forty dollars; in all, twenty-four thousand six hundred and sixty dollars.

OFFICE OF ACCOUNTS: Disbursing agent, two thousand two hundred dollars; examiner of accounts, one thousand six hundred dollars; property clerk, one thousand six hundred dollars; bookkeeper, one thousand and eighty dollars; clerk, seven hundred and twenty dollars; in all, seven thousand two hundred dollars. *Office of accounts.*

OFFICE OF ARCHITECT AND ENGINEER: Architect and engineer, two thousand two hundred dollars; draftsman, one thousand dollars; draftsman, nine hundred dollars; clerk, seven hundred and twenty dollars; in all, four thousand eight hundred and twenty dollars. *Office of architect and engineer.*

DIVISION OF FISH CULTURE: Office: Assistant in charge, two thousand five hundred dollars; superintendent of car and messenger service, one thousand six hundred dollars; one clerk of class three; two clerks of class one; one clerk, nine hundred dollars; one copyist, seven hundred and twenty dollars; in all, nine thousand seven hundred and twenty dollars. *Division of fish culture, office.*

Station employees: Central Station, Washington, District of Columbia: Superintendent, one thousand five hundred dollars; clerk, nine hundred dollars; skilled laborer, seven hundred and twenty dollars; laborer, four hundred and eighty dollars; in all, three thousand six hundred dollars. *Central station.*

Aquaria, Central Station: Superintendent, nine hundred and sixty dollars; skilled laborer, seven hundred and twenty dollars; in all, one thousand six hundred and eighty dollars. *Aquaria.*

Fish ponds, Washington, District of Columbia: Superintendent, one thousand five hundred dollars; foreman, eight hundred and forty dollars; two laborers, at six hundred and sixty dollars each; in all, three thousand six hundred and sixty dollars. *Fish ponds.*

Green Lake (Maine) Station: Superintendent, one thousand five hundred dollars; foreman, seven hundred and eighty dollars; fish-culturist, six hundred and sixty dollars; two laborers, at five hundred and forty dollars each; in all, four thousand and twenty dollars. *Green Lake, Me.*

Craigs Brook (Maine) Station: Superintendent, one thousand five hundred dollars; foreman, seven hundred and twenty dollars; one skilled laborer, six hundred dollars; one laborer, five hundred and forty dollars; in all, three thousand three hundred and sixty dollars. *Craigs Brook, Me.*

Saint Johnsbury (Vermont) Station: Superintendent, one thousand five hundred dollars; skilled laborer, seven hundred and twenty dollars; two laborers, at six hundred dollars each; in all, three thousand four hundred and twenty dollars. *Saint Johnsbury, Vt.*

Gloucester (Massachusetts) Station: Superintendent, one thousand five hundred dollars; laborer, six hundred dollars; in all, two thousand one hundred dollars. *Gloucester, Mass.*

Woods Hole (Massachusetts) Station: Superintendent, one thousand five hundred dollars; machinist, nine hundred and sixty dollars; fish-culturist, nine hundred dollars; pilot and collector, seven hundred and twenty dollars; three firemen, at six hundred dollars each; one laborer, six hundred dollars; one laborer, five hundred and forty dollars; in all, seven thousand and twenty dollars. *Woods Hole, Mass.*

Cape Vincent (New York) Station: Superintendent, one thousand five hundred dollars; machinist, nine hundred and sixty dollars; two firemen, at seven hundred and twenty dollars each; skilled laborer, seven hundred and twenty dollars; two laborers, at five hundred and forty dollars each; in all, five thousand seven hundred dollars. *Cape Vincent, N. Y.*

Battery Island (Maryland) Station: Custodian, three hundred and sixty dollars. *Battery Island, Md.*

Bryans Point (Maryland) Station: Custodian, three hundred and sixty dollars. *Bryans Point, Md.*

EXHIBIT 20
Page 13 of 52