24 FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

| | |
|---|---|
| Wytheville, Va. | Wytheville (Virginia) Station: Superintendent, one thousand two hundred dollars; foreman, nine-hundred dollars; fish-culturist, six hundred and sixty dollars; laborer, three hundred and sixty dollars; in all, three thousand one hundred and twenty dollars. |
| Put in Bay, Ohio. | Put in Bay (Ohio) Station: Superintendent, one thousand five hundred dollars; foreman, one thousand dollars; skilled laborer, six hundred dollars; machinist, nine hundred and sixty dollars; in all, four thousand and sixty dollars. |
| Northville, Mich. | Northville (Michigan) Station: Superintendent, one thousand five hundred dollars; foreman, nine hundred and sixty dollars; fish-culturist, six hundred dollars; skilled laborer, four hundred and eighty dollars; three laborers, at four hundred and eighty dollars each; in all, four thousand nine hundred and eighty dollars. |
| Alpena, Mich. | Alpena (Michigan) Station: Foreman, one thousand two hundred dollars; fish-culturist, seven hundred and twenty dollars; in all, one thousand nine hundred and twenty dollars. |
| Duluth, Minn. | Duluth (Minnesota) Station: Superintendent, one thousand five hundred dollars; foreman, nine hundred dollars; fish-culturist, eight hundred and forty dollars; two laborers, at six hundred dollars each; in all, four thousand four hundred and forty dollars. |
| Neosho, Mo. | Neosho (Missouri) Station: Superintendent, one thousand five hundred dollars; foreman, seven hundred and twenty dollars; skilled laborer, seven hundred and twenty dollars; one laborer, six hundred dollars; in all, three thousand five hundred and forty dollars. |
| Leadville, Colo. | Leadville (Colorado) Station: Superintendent, one thousand five hundred dollars; foreman, one thousand two hundred dollars; two fish-culturists, at nine hundred dollars each; skilled laborer, seven hundred and twenty dollars; cook, four hundred and eighty dollars; in all, five thousand seven hundred dollars. |
| San Marcos, Tex. | San Marcos (Texas) Station: Superintendent, one thousand five hundred dollars; fish-culturist, nine hundred dollars; three laborers, at five hundred and forty dollars each; in all, four thousand and twenty dollars. |
| Baird, Cal. | Baird (California) and Fort Gaston (California) stations: Superintendent, one thousand five hundred dollars; foreman, one thousand and eighty dollars; foreman, nine hundred dollars; laborer, six hundred dollars; laborer, five hundred and forty dollars; in all, four thousand six hundred and twenty dollars. |
| Clackamas, Oreg. | Clackamas (Oregon) Station: Superintendent, one thousand five hundred dollars; laborer, seven hundred and twenty dollars; two laborers, at six hundred dollars each; in all, three thousand four hundred and twenty dollars. |
| Manchester, Iowa. | Manchester (Iowa) Station: Superintendent, one thousand five hundred dollars; fish-culturist, nine hundred dollars; two laborers, at five hundred and forty dollars each; in all, three thousand four hundred and eighty dollars. |
| Bozeman, Mont. | Bozeman (Montana) Station: Superintendent, one thousand five hundred dollars; fish-culturist, nine hundred dollars; two laborers, at five hundred and forty dollars each; in all, three thousand four hundred and eighty dollars. |
| Employees at large. | Employees at large: Two field-station superintendents, at one thousand eight hundred dollars each; two fish-culturists, at nine hundred and sixty dollars each; two fish-culturists, at nine hundred dollars each; five machinists, at nine hundred and sixty dollars each; two coxswains, at seven hundred and twenty dollars each; in all, thirteen thousand five hundred and sixty dollars. |
| Distribution employees. | Distribution employees: Three car captains, at one thousand two hundred dollars each; four car messengers, at one thousand dollars each; four assistant car messengers, at nine hundred dollars each; three car laborers, at seven hundred and twenty dollars each; three car cooks, at six hundred dollars each; in all, fifteen thousand one hundred and sixty dollars. |

EXHIBIT 20
Page 14 of 52

Case 3:05-cv-00006-HRH    Document 156-3    Filed 10/29/2007    Page 2 of 13

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.    25

DIVISION OF INQUIRY RESPECTING FOOD-FISHES: Assistant in charge, two thousand seven hundred dollars; assistant, two thousand two hundred dollars; two assistants, at one thousand two hundred dollars each; assistant, nine hundred dollars; assistant, seven hundred and twenty dollars; one clerk class one; one clerk, at nine hundred dollars; one copyist, seven hundred and twenty dollars; in all, eleven thousand seven hundred and forty dollars.  *Division of inquiry respecting food-fishes.*

DIVISION OF STATISTICS AND METHODS OF THE FISHERIES: Assistant in charge, two thousand five hundred dollars; one clerk class four; one clerk of class one; two clerks, at one thousand dollars each; one clerk, at nine hundred dollars; two clerks, at seven hundred and twenty dollars each; statistical agent, one thousand four hundred dollars; three statistical agents, at one thousand dollars each; one local agent at Boston, Massachusetts, three hundred dollars; one local agent at Gloucester, Massachusetts, six hundred dollars; in all, fifteen thousand one hundred and forty dollars.  *Division of statistics etc.*

VESSEL SERVICE: Steamer Albatross: One naturalist, one thousand eight hundred dollars; one general assistant, one thousand two hundred dollars; one fishery expert, one thousand two hundred dollars; clerk, one thousand dollars; in all, five thousand two hundred dollars.  *Vessels. "Albatross."*

Steamer Fish Hawk: One cabin boy, three hundred dollars.  *"Fish Hawk."*

Schooner Grampus: Master, one thousand five hundred dollars; first mate, one thousand and eighty dollars; second mate, eight hundred and forty dollars; cook, six hundred dollars; three seamen, at five hundred and forty dollars each; one cabin boy, four hundred and twenty dollars; in all, six thousand and sixty dollars.  *"Grampus."*

EXPENSES OF ADMINISTRATION: For the contingent expenses of the office of the Commissioner, including stationery, purchase of special reports, books for library, telegraph and telephone service, furniture, repairs to, and heating, lighting, and equipment of buildings, and compensation of temporary employees, nine thousand dollars.  *Expenses of administration.*

PROPAGATION OF FOOD-FISHES: For the maintenance, equipment, and operations of the fish-cultural stations of the Commission, the general propagation of food-fishes and their distribution, including movement, maintenance, and repairs of cars, purchase of equipment and apparatus, contingent expenses, and temporary labor, one hundred and thirty-two thousand five hundred dollars.  *Propagation of food-fishes.*

MAINTENANCE OF VESSELS: For the maintenance of the vessels and launches, including the purchase and repair of boats, apparatus, machinery, and other facilities required for use with the same, and contingent expenses, thirty thousand five hundred dollars.  *Maintenance of vessels.*

INQUIRY RESPECTING FOOD-FISHES: For field and contingent expenses of the inquiry into the causes of the decrease of food-fishes in the lakes, rivers, and coast waters of the United States, and for the study of the waters of the interior in the interest of fish culture; for the investigation of the fishing-grounds of the Atlantic, Gulf, and Pacific coasts, with the view of determining their food resources, in the development of the commercial fisheries, including the expenses of necessary travel and preparation of reports, ten thousand eight hundred dollars.  *Inquiry respecting food-fishes. Expenses.*

STATISTICAL INQUIRY: For necessary traveling and contingent expenses in the collection and compilation of the statistics of the fisheries and the study of their methods and relations, five thousand dollars.  *Statistical inquiry.*

And ten per centum of the foregoing amounts for the miscellaneous expenses of the work of the Commission shall be available interchangeably for expenditure on the objects named, but no more than ten per centum shall be added to any one item of appropriation.  *Interchangeable expenses.*

FISH HATCHERY IN NEW HAMPSHIRE: For the establishment of a fish-cultural station in the State of New Hampshire at some suitable point to be selected by the United States Commissioner of Fish and Fisheries, including purchase of site, construction of buildings and ponds, and its equipment, fifteen thousand dollars, or so much thereof as may be necessary.  *Hatchery in New Hampshire.*

EXHIBIT 20
Page 15 of 52

26             FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

| | |
|---|---|
| Interstate Commerce Commission. | INTERSTATE COMMERCE COMMISSION. |
| Salaries.<br>Vol. 24, p. 386. | For salaries of Commissioners, as provided by the "Act to regulate commerce," thirty-seven thousand five hundred dollars;<br><br>For salary of secretary, as provided by the "Act to regulate commerce," three thousand five hundred dollars; |
| Expenses.<br>Vol. 24, p. 379.<br>Vol. 25, p. 855.<br>Vol. 26, p. 743. | For all other necessary expenditures, to enable the Commission to give effect to the provisions of the "Act to regulate commerce," and all acts and amendments supplementary thereto, two hundred and nine thousand dollars, of which sum not exceeding twenty-five thousand dollars may be expended in the employment of counsel;<br>In all, two hundred and fifty thousand dollars. |
| Miscellaneous. | MISCELLANEOUS OBJECTS UNDER THE TREASURY DEPARTMENT. |
| Omaha exposition.<br>*Post*, p. 236. | OMAHA EXPOSITION: For construction of building or buildings and for Government exhibit, including each and every purpose connected therewith, at the Transmississippi and International Exposition at the city of Omaha, in the State of Nebraska, as provided by and within |
| Vol. 29, p. 382. | the limitations and restrictions of the Act approved June tenth, eighteen hundred and ninety-six, entitled "An Act to authorize and encourage the holding of a Transmississippi and International Exposition at the city of Omaha, in the State of Nebraska, in the year eighteen hundred and ninety-eight," including the return of said Government exhibit, two hundred thousand dollars, to be immediately available. |
| Treasury Department.<br>Librarian. | TREASURY DEPARTMENT: That the Secretary of the Treasury shall appoint, by transfer from a clerkship of class one, a librarian for the Treasury Department, at a salary of one thousand two hundred dollars per annum; and to pay the same for the remainder of the present fiscal year the sum of four hundred dollars is hereby appropriated out of any money in the Treasury not otherwise appropriated; and for the fiscal year eighteen hundred and ninety-eight the further sum of one thousand two hundred dollars is hereby appropriated out of any money in the Treasury not otherwise appropriated; in all, one thousand six hundred dollars. |
| Internal-Revenue stamp paper. | PAPER AND STAMPS: For paper for internal-revenue stamps, including freight, thirty-five thousand dollars. |
| Punishment for violations of internal-revenue laws. | PUNISHMENT FOR VIOLATIONS OF INTERNAL-REVENUE LAWS: For detecting and bringing to trial and punishment persons guilty of violating the internal-revenue laws or conniving at the same, including payments for information and detection of such violations, fifty thousand dollars; and the Commissioner of Internal Revenue shall make a detailed statement to Congress once in each year as to how he has expended this sum, and also a detailed statement of all miscellaneous expenditures in the Bureau of Internal Revenue for which appropriation is made in this Act. |
| Contingent expenses, Independent Treasury.<br>R. S., sec. 3653, p. 719. | CONTINGENT EXPENSES, INDEPENDENT TREASURY: For contingent expenses under the requirements of section thirty-six hundred and fifty-three of the Revised Statutes of the United States, for the collection, safe-keeping, transfer, and disbursement of the public money, and for transportation of notes, bonds, and other securities of the United States, one hundred and fifty thousand dollars. |
| Transporting silver coin. | TRANSPORTATION OF SILVER COIN: For transportation of silver coin, including fractional silver coin, by registered mail or otherwise, eighty thousand dollars; and in expending this sum the Secretary of the Treasury is authorized and directed to transport from the Treasury or subtreasuries, free of charge, silver coin when requested to do so: |
| *Proviso.*<br>Deposit of equal amount. | *Provided,* That an equal amount in coin or currency shall have been deposited in the Treasury or such subtreasuries by the applicant or applicants. And the Secretary of the Treasury shall report to Congress the cost arising under this appropriation. |

EXHIBIT 20
Page 16 of 52

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.    27

RECOINAGE OF GOLD COINS: For recoinage of light-weight gold coins in the Treasury, to be expended under the direction of the Secretary of the Treasury, as required by section thirty-five hundred and twelve of the Revised Statutes of the United States, seven thousand five hundred dollars. <span style="float:right">Recoinage of gold coins.<br>R. S., sec. 3512, p. 696.</span>

RECOINAGE OF SILVER COINS: For recoinage of the uncurrent silver coins in the Treasury, to be expended under the direction of the Secretary of the Treasury, two hundred and fifty thousand dollars. <span style="float:right">Recoinage of silver coins.</span>

RECOINAGE, REISSUE, AND TRANSPORTATION OF MINOR COINS: The Secretary of the Treasury is authorized to transfer to the United States mint at Philadelphia, for cleaning and reissue, any minor coins now in, or which may be hereafter received at, the subtreasury offices in excess of the requirement for the current business of said offices; and the sum of six thousand dollars is hereby appropriated for the expense of transportation for such reissue. And the Secretary of the Treasury is also authorized to recoin any and all the uncurrent minor coins now in the Treasury. <span style="float:right">Minor coins. Recoinage, etc.</span>

Assay office at Deadwood, South Dakota: The Secretary of the Treasury is hereby authorized to pay the salary of an assayer in charge at the rate of two thousand dollars per annum and the salary of one clerk at the rate of one thousand two hundred dollars per annum at the Deadwood assay office, out of the appropriation made therefor by the legislative appropriation Act approved February nineteenth, eighteen hundred and ninety-seven. <span style="float:right">Deadwood, S. Dak. Salary of assayer, etc.<br>Vol. 29, p. 559.</span>

DISTINCTIVE PAPER FOR UNITED STATES SECURITIES: For distinctive paper, including transportation, salaries of register, two counters, five watchmen, one laborer, and expenses of officer detailed from the Treasury as superintendent, sixty-five thousand dollars. <span style="float:right">United States securities.<br>Paper, etc.</span>

SPECIAL WITNESS OF DESTRUCTION OF UNITED STATES SECURITIES: For pay of the representative of the public on the committee to witness the destruction by maceration of Government securities, at five dollars per day while actually employed, one thousand five hundred and sixty-five dollars. <span style="float:right">Witness of destruction, etc.</span>

SEALING AND SEPARATING UNITED STATES SECURITIES: For materials required to seal and separate United States notes and certificates, such as ink, printer's varnish, sperm oil, white printing paper, manila paper, thin muslin, benzine, gutta-percha belting, and other necessary articles and expenses, one thousand dollars. <span style="float:right">Sealing and separating.</span>

EXPENSES OF NATIONAL CURRENCY: For distinctive paper, express charges, and other expenses, fifteen thousand dollars. <span style="float:right">Expenses of national currency.</span>

CANCELING UNITED STATES SECURITIES AND CUTTING DISTINCTIVE PAPER: For extra knives for cutting machines and sharpening same; and leather belting, new dies and punches, repairs to machinery, oil, cotton waste, and other necessary expenses connected with the cancellation of redeemed United States securities, two hundred dollars. <span style="float:right">Canceling, etc.</span>

CUSTODY OF DIES, ROLLS, AND PLATES: For pay of custodian of dies, rolls, and plates used at the Bureau of Engraving and Printing for the printing of Government securities, namely: One custodian, two thousand four hundred dollars; two subcustodians, at one thousand six hundred dollars each; distributor of stock, one thousand two hundred dollars; in all, six thousand eight hundred dollars. <span style="float:right">Custody of dies, rolls, and plates.</span>

PAY OF ASSISTANT CUSTODIANS AND JANITORS: For pay of assistant custodians and janitors, including all personal services in connection with the care of all public buildings under control of the Treasury Department outside of the District of Columbia, eight hundred and forty-five thousand dollars; and the Secretary of the Treasury shall so apportion this sum as to prevent a deficiency therein. <span style="float:right">Public buildings. Assistant custodians and janitors.</span>

INSPECTOR OF FURNITURE AND OTHER FURNISHINGS FOR PUBLIC BUILDINGS: To enable the Secretary of the Treasury to employ a suitable person to inspect all public buildings and examine into their requirements for furniture and other furnishings, including fuel, lights, personal services, and other current expenses, three thousand dollars; <span style="float:right">Inspector of furniture, etc.</span>

EXHIBIT 20
Page 17 of 52

28          FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

and for actual necessary expenses, not exceeding two thousand dollars; in all, five thousand dollars.

*Furniture and repairs.*    FURNITURE AND REPAIRS OF FURNITURE: For furniture and repairs of same and carpets for all public buildings, marine hospitals included, under the control of the Treasury Department, and for furniture, carpets, chandeliers, and gas fixtures for new buildings, exclusive of personal services, except for work done by contract, one hundred and eighty thousand dollars. And all furniture now owned by the United States in other buildings shall be used, as far as practicable, whether it corresponds with the present regulation plans for furniture or not.

*Fuel, lights, and water.*    FUEL, LIGHTS, AND WATER FOR PUBLIC BUILDINGS: For fuel, lights, and water, electric current for light and power purposes, electric-light plants, including repairs thereto, in such buildings as may be designated by the Secretary of the Treasury, electric-light wiring, and miscellaneous items required for the use of the janitors, firemen, or engineers, in the proper care of the buildings, furniture, and heating apparatus, exclusive of personal services, for all public buildings, marine hospitals included, under the control of the Treasury Department, inclusive of new buildings, eight hundred and seventy thousand dollars. And the appropriation herein made for gas in any of the public buildings in the District of Columbia, under the control of the Treasury Department, shall include the rental or use of any gas governor, gas purifier, or other device for reducing the expenses of gas, when first approved by the Secretary of the Treasury and ordered by him in writing: *Provided*, That no sum shall be paid for such rental or use of such gas governor, gas purifier, or device greater than the one-half part of the amount of money actually saved thereby.

*Proviso.*
*Gas governor, etc.*

*Washington, D. C. New post-office building.*    NEW POST-OFFICE BUILDING, WASHINGTON, DISTRICT OF COLUMBIA: For electric-light plant, new post-office building, Washington, District of Columbia, wiring of building, engines, dynamos, and so forth, to be immediately available, sixty five thousand dollars.

*Removal to, of Post-Office Department, etc.*    The Secretary of the Treasury shall notify the Postmaster-General as soon as the post-office building in the city of Washington is completed and ready for occupancy, and thereupon the Post-Office Department, including the Money-Order Office and the office of the Auditor for the Post-Office Department, including the records of said office now in the Union Building, and the office of the Topographer, shall be removed to said post-office building, and shall occupy therein, together with the city post-office, such rooms and other space as shall be assigned by the Postmaster-General, and thereafter said building shall be under the control of the Post-Office Department.

*Present Post-Office Department building.*    As soon as the present Post-Office Department building is vacated as herein provided the same shall be turned over to and thereafter be under the control of the Interior Department, to be occupied by the Indian Office, General Land Office, and such other offices or parts of offices or bureaus of the Department as the Secretary of the Interior shall direct.

*Expense of removal.*
*Post, p. 657.*    For expense of removal of the Post-Office Department, including the Money-Order Office, office of the Auditor for the Post-Office Department, and Topographer's Office to the new post-office building as herein provided for, ten thousand dollars, or so much thereof as may be necessary.

*Suppressing counterfeiting, etc.*    SUPPRESSING COUNTERFEITING AND OTHER CRIMES: For expenses incurred under the authority or with the approval of the Secretary of the Treasury in detecting, arresting, and delivering into the custody of the United States marshal having jurisdiction, dealers and pretended dealers in counterfeit money, and persons engaged in counterfeiting Treasury notes, bonds, national-bank notes, and other securities of the United States and of foreign governments, as well as the coins of the United States and of foreign governments, and other felonies committed against the laws of the United States relating to the pay and bounty laws, including two thousand dollars to make the necessary investigation

EXHIBIT 20
Page 18 of 52

of claims for reimbursement of expenses incident to the last sickness and burial of deceased pensioners under section forty-seven hundred and eighteen of the Revised Statutes, and for no other purpose whatever, seventy-five thousand dollars: *Provided*, That no part of this amount be used in defraying the expenses of any person subpœnaed by the United States courts to attend any trial before a United States court or preliminary examination before any United States commissioner, which expenses shall be paid from the appropriation for "fees of witnesses, United States courts." <span style="float:right">R. S., sec. 4718, p. 919. *Proviso.* Witnesses.</span>

COMPENSATION IN LIEU OF MOIETIES: For compensation in lieu of moieties in certain cases under the customs revenue laws, ten thousand dollars. <span style="float:right">Compensation in lieu of moieties.</span>

EXPENSES OF LOCAL APPRAISERS' MEETINGS: For defraying the necessary expenses of local appraisers at annual meetings for the purpose of securing uniformity in the appraisement of dutiable goods at different ports of entry, eight hundred dollars. <span style="float:right">Local appraisers' meetings.</span>

ALASKAN SEAL FISHERIES: For salaries and traveling expenses of agents at seal fisheries in Alaska, as follows: For one agent, three thousand six hundred and fifty dollars; one assistant agent, two thousand nine hundred and twenty dollars; two assistant agents, at two thousand one hundred and ninety dollars each; necessary traveling expenses of agents actually incurred in going to and returning from Alaska, not to exceed five hundred dollars each per annum; in all, twelve thousand nine hundred and fifty dollars. <span style="float:right">Alaskan seal fisheries. Agents' salaries, etc.</span>

To enable the Secretary of the Treasury to furnish food, fuel, and clothing to the native inhabitants on the islands of Saint Paul and Saint George, Alaska, nineteen thousand five hundred dollars. <span style="float:right">Food to natives.</span>

For the protection of the salmon fisheries of Alaska, under the direction of the Secretary of the Treasury, seven thousand dollars, to be immediately available: *Provided*, That in lieu of the three inspectors whose employment is authorized by the Act of June ninth, eighteen hundred and ninety-six, there shall be appointed by the President, by and with the advice and consent of the Senate, one agent, at a salary of two thousand five hundred dollars per annum, and one assistant agent, at a salary of two thousand dollars per annum. <span style="float:right">Salmon fisheries. *Proviso.* One agent, etc., in lieu of three inspectors. Vol. 29, p. 317.</span>

To enable the Secretary of the Treasury to pay necessary expenses of enforcing the conditions of section four of the Act approved April sixth, eighteen hundred and ninety-four, giving effect to the award rendered by the Tribunal of Arbitration, at Paris, eighteen hundred and ninety-three, one thousand five hundred dollars. <span style="float:right">Fur-sealing log books, etc. Vol. 28, p. 54.</span>

To continue the investigation of the fur-seal fisheries of the North Pacific Ocean and Bering Sea, authorized by public resolution of June eighth, eighteen hundred and ninety-six, and for the purpose of taking such further steps as the President in his judgment may deem desirable to better protect seal life and the seal interests of the United States, with a view to the final settlement of the question, twenty-five thousand dollars, or so much thereof as may be necessary, to be available during the fiscal years eighteen hundred and ninety-seven and eighteen hundred and ninety-eight. The provisions as to detail of Government officers and employees, payment of their expenses, detail of vessels, and employment and expenses of stenographers contained in said resolution of June eighth, eighteen hundred and ninety-six, are hereby extended and made applicable to the fiscal year eighteen hundred and ninety-eight: *Provided, however*, That experts who may be detailed from the Government service on this work shall, during such detail, be paid their regular salary out of this appropriation and in addition thereto their actual expenses and five dollars per day each as extra compensation during the period of their absence from Washington while employed upon this work. <span style="float:right">Fur-seal fisheries. Investigation of, etc. Vol. 29, p. 475. Detail of Government employees, etc. *Proviso.* Pay of experts from Government service.</span>

The Secretary of the Treasury is hereby authorized to pay to Doctor Leonhard Stejneger the sum of nine hundred and forty dollars, and to F. A. Lucas the sum of six hundred and thirty dollars, for extra services <span style="float:right">Dr. Leonhard Stejneger and F. A. Lucas. Payment to.</span>

EXHIBIT 20
Page 19 of 52

30    FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

and expenses while detailed to assist in the scientific investigation of the fur-seal fisheries, out of the appropriation heretofore made for such investigation.

**Chinese exclusion.** ENFORCEMENT OF THE CHINESE EXCLUSION ACT: To prevent unlawful entry of Chinese into the United States, by the appointment of suitable officers to enforce the laws in relation thereto, and for expenses of returning to China all Chinese persons found to be unlawfully in the United States, including the cost of imprisonment and actual expense of conveyance of Chinese persons to the frontier or seaboard for deportation, and for enforcing the provisions of the Act **Vol. 27, p. 25.** approved May fifth, eighteen hundred and ninety-two, entitled "An Act to prohibit the coming of Chinese persons into the United States," one hundred and twenty-five thousand dollars.

**Alien contract-labor laws.** ENFORCEMENT OF ALIEN CONTRACT-LABOR LAWS: For the enforcement of the alien contract-labor laws and to prevent the immigration of convicts, lunatics, idiots, and persons liable to become a public charge, from foreign contiguous territory, one hundred thousand dollars.

**Lands, etc.** LANDS AND OTHER PROPERTY OF THE UNITED STATES: For custody, care, protection, and expenses of sales of lands and other property of the United States, the examination of titles, recording of deeds, advertising, and auctioneers' fees, four hundred dollars.

**Vermont. Additional collection district. R. S., secs. 2525 and 2526, p. 495, amended.** Sections twenty-five hundred and twenty-five and twenty-five hundred and twenty-six of the Revised Statutes are hereby amended to read as follows:

"SEC. 2525. On and after October first, eighteen hundred and ninety-seven, there shall be in the State of Vermont two collection districts, as follows:

"First. The district of Vermont to comprise the counties now constituting the First Congressional district of Vermont, in which district Burlington shall be the port of entry, and Saint Albans, Alburg, East Alburg, Swanton, Highgate, Franklin, West Berkshire, Windmill Point, and Richford, subports of entry.

"Second. The district of Memphremagog to comprise the counties now constituting the Second Congressional district of Vermont, in which district Newport shall be the port of entry, and North Troy, Derbyline, Island Pond, Canaan, and Beecher Falls, subports of entry.

**Collectors.** "SEC. 2526. There shall be in the district of Vermont a collector, who shall reside at Burlington, and whose salary shall be two thousand dollars per annum; and in the district of Memphremagog a collector, who shall reside at Newport, and whose salary shall be two thousand **Proviso. Immediate transportation privileges. Vol. 21, p. 173.** dollars per annum: *And provided further*, That the privileges of the first section of the Act approved June tenth, eighteen hundred and eighty, governing the immediate transportation of dutiable merchandise, without appraisement, are hereby extended to each of the several ports in the two districts provided for herein, and to the subports of Saint Albans, Richford, Island Pond, and Beecher Falls."

**Supplement to Revised Statutes.** PUBLICATION OF SUPPLEMENT TO REVISED STATUTES OF THE UNITED STATES: To enable the Secretary of the Treasury to pay, when the work shall be completed, for preparing and editing a Supplement to the Revised Statutes of the United States, for the second session of the Fifty-fourth Congress, under the Act of February twenty- **Vol. 27, p. 477.** seventh, eighteen hundred and ninety-three, one thousand dollars; and hereafter the Supplement to the Revised Statutes shall only be published at the expiration of a Congress, and in one volume, and all expenses of preparing and editing the same shall not exceed one thousand dollars.

**Acts of Congress for U. S. judges.** To enable the Attorney-General to send copies of all Acts of Congress to all judges of United States courts and of the Territories, one hundred dollars.

**Bounty on sugar. Payment of balance of claims, etc. Vol. 28, p. 933.** BOUNTY ON SUGAR: For the purpose of paying the producers of sugar the balance of claims due them under the terms of the Act approved March second, eighteen hundred and ninety-five, entitled "An Act making appropriations for sundry civil expenses of the

EXHIBIT 20
Page 20 of 52

Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes," providing for the payment of eight-tenths of a cent per pound on the sugars actually manufactured and produced in the United States during that part of the fiscal year ending June thirtieth, eighteen hundred and ninety-five, comprised in the period commencing August twenty-eighth, eighteen hundred and ninety-four, and ending June thirtieth, eighteen hundred and ninety-five, both days inclusive, one million eighty-five thousand one hundred and fifty-six dollars and sixty-six cents, or so much thereof as may be necessary, to be disbursed by the Secretary of the Treasury, subject to the conditions, restrictions, and limitations prescribed in the said Act approved March second, eighteen hundred and ninety-five.

QUARANTINE SERVICE: For the maintenance and ordinary expenses, including pay of officers and employees of quarantine stations at Delaware Breakwater, Reedy Island, Cape Charles and supplemental station, South Atlantic, Southport (hereafter to be known as Cape Fear Quarantine Station), Brunswick, Tortugas, Gulf, San Diego, San Francisco, and Port Townsend, one hundred and thirty-seven thousand dollars. *Quarantine service. Maintenance.*

PREVENTION OF EPIDEMICS: The President of the United States is hereby authorized, in case of threatened or actual epidemic of cholera, yellow fever, smallpox, bubonic plague, or Chinese plague or black death, to use the unexpended balance of the sums appropriated and reappropriated by the sundry civil appropriation Act approved June eleventh, eighteen hundred and ninety-six, or so much thereof as may be necessary, in aid of State and local boards, or otherwise, in his discretion, in preventing and suppressing the spread of the same; and in such emergency in the execution of any quarantine laws which may be then in force. *Prevention of epidemics. Post, p. 617. Vol. 29, p. 432.*

## UNDER THE DEPARTMENT OF THE INTERIOR.

*Interior Department.*

The Secretary of the Interior is hereby authorized to pay from the appropriation for forested lands of the United States, Act of June eleventh, eighteen hundred and ninety-six, such expenses not exceeding one thousand dollars as may have been incurred by members of the Commission from the National Academy of Sciences prior to July first, eighteen hundred and ninety-six. *Forested lands. Expenses of investigation. Vol. 29, p. 432.*

### PUBLIC BUILDINGS.

*Public buildings.*

REPAIRS OF BUILDINGS, INTERIOR DEPARTMENT: For repairs of Interior Department and Pension buildings, five thousand dollars. *Repairs.*

FOR THE CAPITOL: For work at Capitol, and for general repairs thereof, including wages of mechanics and laborers, thirty thousand dollars. *Capitol.*

To provide flags for the east and west fronts of the center of the Capitol, to be hoisted daily under the direction of the Capitol police board, one hundred dollars, or so much thereof as may be necessary. *Flags.*

For continuing the work of cleaning and repairing works of art in the Capitol, including the repairing of frames, under the direction of the Joint Committee on the Library, one thousand five hundred dollars. *Cleaning works of art.*

For additional bookcases and shelves to accommodate the increase of law books and to protect rare and valuable books and manuscripts in the law library of Congress, four hundred dollars, to be immediately available. *Additional shelves, law library.*

IMPROVING THE CAPITOL GROUNDS: For continuing the work of the improvement of the Capitol Grounds and for care of the grounds, one clerk, and the pay of mechanics, gardeners, and laborers, and for repairs and pointing of walls and the resurfacing and repairing of artificial stone walks and driveways, twelve thousand dollars. *Capitol Grounds.*

LIGHTING THE CAPITOL AND GROUNDS: For lighting the Capitol and grounds about the same, including the Botanic Garden, Senate *Lighting.*

EXHIBIT 20
Page 21 of 52

32                FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

and House stables, Maltby Building, and folding and storage rooms of the House of Representatives; for gas and electric lighting; pay of superintendent of meters, lamplighters, gas fitters, and for materials and labor for gas and electric lighting, and for general repairs, twenty-four thousand dollars.

*Engine house and stables.* For repairs and improvements to steam fire engine house and Senate and House stables, and for repairs and paving of floors and courtyards of same, five hundred dollars.

*Ventilation.* For the necessary care and repair of the steam-heating and ventilating apparatus of the Senate, including air ducts, elevators, legislative *Senate wing.* bell service, and all machinery relating thereto in the Senate wing of the Capitol, and also the Supreme Court, and including materials and tools, under the direction of the Architect of the Capitol, three thousand one hundred and sixty-five dollars.

*House wing. New boiler, etc.* For new boiler for House wing of the Capitol, foundation for same, enlargement of smoke flue, steam piping, steam valves and connections to engine and pumps, eight thousand five hundred dollars.

*Public lands.*  EXPENSES OF THE COLLECTION OF REVENUE FROM SALES OF PUBLIC LANDS.

*Salaries, registers and receivers.* SALARIES AND COMMISSIONS OF REGISTERS AND RECEIVERS: For salaries and commissions of registers of land offices and receivers of public moneys at district land offices, at not exceeding three thousand dollars each, four hundred and eighty-five thousand dollars.

*Contingent expenses of land offices.* CONTINGENT EXPENSES OF LAND OFFICES: For clerk hire, rent, and other incidental expenses of the district land offices, one hundred and fifty thousand dollars.

*Depositing public moneys.* EXPENSES OF DEPOSITING PUBLIC MONEYS: For expenses of depositing money received from the disposal of public lands, two thousand five hundred dollars.

*Timber depredations, protecting public lands and swamp-land claims.* DEPREDATIONS ON PUBLIC TIMBER, PROTECTING PUBLIC LANDS, AND SETTLEMENT OF CLAIMS FOR SWAMP LANDS AND SWAMP-LAND INDEMNITY: To meet the expenses of protecting timber on the public lands and for the more efficient execution of the law and rules relating to the cutting thereof; of protecting public lands from illegal and fraudulent entry or appropriation, and of adjusting claims for swamp lands, and indemnity for swamp lands, ninety thousand dollars: *Proviso.* *Agents' per diem.* *Provided,* That agents and others employed under this appropriation shall be allowed per diem, subject to such rules and regulations as the Secretary of the Interior may prescribe, in lieu of subsistence, at a rate not exceeding three dollars per day each and actual necessary expenses for transportation.

*Hearings in land entries.* EXPENSES OF HEARINGS IN LAND ENTRIES: For expenses of hearings held by order of the Commissioner of the General Land Office to determine whether alleged fraudulent entries are of that character or have been made in compliance with law, six thousand dollars.

*Reproducing plats of surveys.* REPRODUCING PLATS OF SURVEYS: To enable the Commissioner of the General Land Office to continue to reproduce worn and defaced official plats of surveys on file and other plats constituting a part of the records of said office, and to furnish local land offices with the same, five thousand dollars.

*Transcripts of records, etc.* TRANSCRIPTS OF RECORDS AND PLATS: For furnishing transcripts of records and plats, five thousand dollars, to be expended under the direction of the Secretary of the Interior.

*Surveying.*                SURVEYING THE PUBLIC LANDS.

*Surveys, rates, etc.* For surveys and resurveys of public lands, three hundred and twenty-five thousand dollars, at rates not exceeding nine dollars per linear mile for standard and meander lines, seven dollars for township, and *Provisos.* *Preferences.* five dollars for section lines: *Provided,* That in expending this appropriation preference shall be given in favor of surveying townships

EXHIBIT 20
Page 22 of 52

occupied, in whole or in part, by actual settlers and of lands granted to the States by the Act approved February twenty-second, eighteen hundred and eighty-nine, and the Acts approved July third and July tenth, eighteen hundred and ninety, and other surveys shall be confined to lands adapted to agriculture, and lines of reservations, except that the Commissioner of the General Land Office may allow, for the survey and resurvey of lands heavily timbered, mountainous, or covered with dense undergrowth rates not exceeding thirteen dollars per linear mile for standard and meander lines, eleven dollars for township, and seven dollars for section lines, and in cases of exceptional difficulties in the surveys, where the work can not be contracted for at these rates, compensation for surveys and resurveys may be allowed by the said Commissioner, with the approval of the Secretary of the Interior, at rates not exceeding eighteen dollars per linear mile for standard and meander lines, fifteen dollars for township, and twelve dollars for section lines: *Provided*, That in the States of California, Colorado, Idaho, Montana, Oregon, Utah, Washington, Wyoming, and the Territory of Arizona there may be allowed, in the discretion of the Secretary of the Interior, for the survey and resurvey of lands heavily timbered, mountainous, or covered with dense undergrowth rates not exceeding twenty-five dollars per linear mile for standard and meander lines, twenty-three dollars for township, and twenty dollars for section lines; and of the sum hereby appropriated not exceeding fifteen thousand dollars may be expended for resurveys, and not exceeding forty thousand dollars may be expended for examination of public surveys in the several surveying districts, in order to test the accuracy of the work in the field, and to prevent payment for fraudulent and imperfect surveys returned by deputy surveyors, and for examinations of surveys heretofore made and reported to be defective or fraudulent, and inspecting mineral deposits, coal fields, and timber districts, and for making such other surveys or examinations as may be required for identification of lands for purposes of evidence in any suit or proceeding in behalf of the United States.

 For survey of private land claims in the States of Colorado, Nevada, Wyoming, and Utah, and in the Territories of Arizona and New Mexico, confirmed under the provisions of the Act of Congress entitled "An Act to establish a Court of Private Land Claims, and to provide for the settlement of private land claims in certain States and Territories," approved March third, eighteen hundred and ninety-one, and for the resurvey of such private land claims heretofore confirmed as may be deemed necessary, fifteen thousand dollars, said sum to be also available for office work on such surveys.

 For necessary expenses of survey, appraisal, and sale of abandoned military reservations transferred to the control of the Secretary of the Interior under the provisions of an Act of Congress approved July fifth, eighteen hundred and eighty-four, and any law prior thereto, including a custodian of the ruin of Casa Grande, six thousand dollars.

 For surveying that portion of the boundary line between Idaho and Montana beginning at the intersection of the thirty-ninth meridian, with a boundary line between the United States and the British Possessions, including the retracing of so much of the international boundary line as may be found necessary for the determination of said intersection, then following said meridian south until it reaches the summit of the Bitter Root Mountains, and for locating points on said meridian by triangulation from the Spokane base of the United States Geological Survey, and on the continuation of said boundary line along the Bitter Root Mountains between Idaho and Montana, seven thousand six hundred and fifty dollars, or so much thereof as may be necessary, to be immediately available: *Provided*, That the Secretary of the Interior shall direct that the survey shall be executed under the supervision of the Director of the Geological Survey by such persons as may be employed by or under him for that purpose, and such survey shall be executed under instructions to be issued by the Secretary of

VOL XXX———3

*Marginal notes:* Vol. 25, p. 676. Vol. 26, pp. 215, 222. Extra rates for heavily timbered, etc. lands. Exceptional difficulties. Lands in California, etc. Resurveys. *Post*, p. 299. Inspecting mineral lands, etc. Survey of private land claims. Vol. 26, p. 854. Abandoned military reservations. Vol. 23, p. 103. Casa Grande. Survey of boundary line between Idaho and Montana. *Post*, pp. 622, 674, 1099. *Provisos.* To be done under Director of Geological Survey.


EXHIBIT 20
Page 23 of 52

34        FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

Filing of plats and field notes.

the Interior: *Provided further*, That the plats and field notes thereof prepared shall be approved and certified to by the Director of the Geological Survey, and three copies thereof shall be returned, one for filing in the surveyor-general's office of Idaho, one in the surveyor-general's office of Montana, and the original in the General Land Office.

Force and effect.

And such surveys, field notes, and plats shall have the same legal force and effect as heretofore given to the acts of surveyors-general:

Inconsistent laws.

*Provided further*, That all laws inconsistent with the provisions hereof are declared to be inoperative as respects such survey.

Forest reserves. Survey of.
Post, pp. 618, 1095.

Vol. 26, p. 1103.

For the survey of the public lands that have been or may hereafter be designated as forest reserves by Executive proclamation, under section twenty-four of the Act of Congress approved March third, eighteen hundred and ninety-one, entitled "An Act to repeal timber-culture laws, and for other purposes," and including public lands adjacent thereto, which may be designated for survey by the Secretary of the Interior, one hundred and fifty thousand dollars, to be immediately available:

*Provisos.*
President may revoke, etc. Executive orders.

*Provided*, That, to remove any doubt which may exist pertaining to the authority of the President thereunto, the President of the United States is hereby authorized and empowered to revoke, modify, or suspend any and all such Executive orders and proclamations, or any part thereof, from time to time as he shall deem best for the public interests:

Proclamations of February 22, 1897, suspended, etc.
Vol. 29, p. 895, etc.

*Provided*, That the Executive orders and proclamations dated February twenty-second, eighteen hundred and ninety-seven, setting apart and reserving certain lands in the States of Wyoming, Utah, Montana, Washington, Idaho, and South Dakota as forest reservations, be, and they are hereby, suspended, and the lands embraced therein restored to the public domain the same as though said orders and proclamations had not been issued:

Lands undisposed of before March 1, 1898, again subject to proclamations, etc.

*Provided further*, That lands embraced in such reservations not otherwise disposed of before March first, eighteen hundred and ninety-eight, shall again become subject to the operations of said orders and proclamations as now existing or hereafter modified by the President.

Surveys to be made by Director of Geological Survey.

The surveys herein provided for shall be made, under the supervision of the Director of the Geological Survey, by such person or persons as may be employed by or under him for that purpose, and shall be executed under instructions issued by the Secretary of the Interior; and if subdivision surveys shall be found to be necessary, they shall be executed under the rectangular system, as now provided by law. The

Plats and field notes, filing, etc.

plats and field notes prepared shall be approved and certified to by the Director of the Geological Survey, and two copies of the field notes shall be returned, one for the files in the United States surveyor-general's office of the State in which the reserve is situated, the other in the General Land Office; and twenty photolithographic copies of the plats shall be returned, one copy for the files in the United States surveyor-general's office of the State in which the reserve is situated; the original plat and the other copies shall be filed in the General Land Office, and shall have the facsimile signature of the Director of the Survey attached.

Force and effect.

Such surveys, field notes, and plats thus returned shall have the same legal force and effect as heretofore given the surveys, field notes, and plats returned through the surveyors-general; and such surveys, which include subdivision surveys under the rectangular system, shall be approved by the Commissioner of the General Land Office as in other cases, and properly certified copies thereof shall be filed in the respective land offices of the districts in which such lands are situated, as in other cases. All laws inconsistent with the provisions hereof are

Inconsistent laws.
Proviso.
Maps.

hereby declared inoperative as respects such survey: *Provided, however*, That a copy of every topographic map and other maps showing the distribution of the forests, together with such field notes as may be taken relating thereto, shall be certified thereto by the Director of the Survey and filed in the General Land Office.

Vol. 26, p. 1095.

All public lands heretofore designated and reserved by the President of the United States under the provisions of the Act approved March

EXHIBIT 20
Page 24 of 52

Case 3:05-cv-00006-HRH    Document 156-3    Filed 10/29/2007    Page 12 of 13

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.    35

third, eighteen hundred and ninety-one, the orders for which shall be and remain in full force and effect, unsuspended and unrevoked, and all public lands that may hereafter be set aside and reserved as public forest reserves under said Act, shall be as far as practicable controlled and administered in accordance with the following provisions:

No public forest reservation shall be established, except to improve and protect the forest within the reservation, or for the purpose of securing favorable conditions of water flows, and to furnish a continuous supply of timber for the use and necessities of citizens of the United States; but it is not the purpose or intent of these provisions, or of the Act providing for such reservations, to authorize the inclusion therein of lands more valuable for the mineral therein, or for agricultural purposes, than for forest purposes. *Forest reservations, when to be established.*

The Secretary of the Interior shall make provisions for the protection against destruction by fire and depredations upon the public forests and forest reservations which may have been set aside or which may be hereafter set aside under the said Act of March third, eighteen hundred and ninety-one, and which may be continued; and he may make such rules and regulations and establish such service as will insure the objects of such reservations, namely, to regulate their occupancy and use and to preserve the forests thereon from destruction; and any violation of the provisions of this Act or such rules and regulations shall be punished as is provided for in the Act of June fourth, eighteen hundred and eighty-eight, amending section fifty-three hundred and eighty-eight of the Revised Statutes of the United States. *Provisions for protection against fire, etc. Rules and regulations. Penalty. Vol. 25, p. 166. R.S., sec. 5388, p. 1044.*

For the purpose of preserving the living and growing timber and promoting the younger growth on forest reservations, the Secretary of the Interior, under such rules and regulations as he shall prescribe, may cause to be designated and appraised so much of the dead, matured, or large growth of trees found upon such forest reservations as may be compatible with the utilization of the forests thereon, and may sell the same for not less than the appraised value in such quantities to each purchaser as he shall prescribe, to be used in the State or Territory in which such timber reservation may be situated, respectively, but not for export therefrom. Before such sale shall take place, notice thereof shall be given by the Commissioner of the General Land Office, for not less than sixty days, by publication in a newspaper of general circulation, published in the county in which the timber is situated, if any is therein published, and if not, then in a newspaper of general circulation published nearest to the reservation, and also in a newspaper of general circulation published at the capital of the State or Territory where such reservation exists; payments for such timber to be made to the receiver of the local land office of the district wherein said timber may be sold, under such rules and regulations as the Secretary of the Interior may prescribe; and the moneys arising therefrom shall be accounted for by the receiver of such land office to the Commissioner of the General Land Office, in a separate account, and shall be covered into the Treasury. Such timber, before being sold, shall be marked and designated, and shall be cut and removed under the supervision of some person appointed for that purpose by the Secretary of the Interior, not interested in the purchase or removal of such timber nor in the employment of the purchaser thereof. Such supervisor shall make report in writing to the Commissioner of the General Land Office and to the receiver in the land office in which such reservation shall be located of his doings in the premises. *Timber. Appraisal and sale of dead, etc. Notice of sale. Payments, how made. Cutting and removal.*

The Secretary of the Interior may permit, under regulations to be prescribed by him, the use of timber and stone found upon such reservations, free of charge, by bona fide settlers, miners, residents, and prospectors for minerals, for firewood, fencing, buildings, mining, prospecting, and other domestic purposes, as may be needed by such persons for such purposes; such timber to be used within the State or Territory, respectively, where such reservations may be located. *Use of timber, etc., by settlers, etc.*

EXHIBIT 20
Page 25 of 52

36            FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

*Egress and ingress of settlers within reservations, etc.*

Nothing herein shall be construed as prohibiting the egress or ingress of actual settlers residing within the boundaries of such reservations, or from crossing the same to and from their property or homes; and such wagon roads and other improvements may be constructed thereon as may be necessary to reach their homes and to utilize their property under such rules and regulations as may be prescribed by the Secretary of the Interior. Nor shall anything herein prohibit any person from entering upon such forest reservations for all proper and lawful purposes, including that of prospecting, locating, and developing the mineral resources thereof: *Provided,* That such persons comply with the rules and regulations covering such forest reservations.

*Prospecting, etc.*
*Proviso.*
*Compliance with rules.*
*Selection of land in lieu of relinquished claim.*

That in cases in which a tract covered by an unperfected bona fide claim or by a patent is included within the limits of a public forest reservation, the settler or owner thereof may, if he desires to do so, relinquish the tract to the Government, and may select in lieu thereof a tract of vacant land open to settlement not exceeding in area the tract covered by his claim or patent; and no charge shall be made in such cases for making the entry of record or issuing the patent to cover the tract selected: *Provided further,* That in cases of unperfected claims the requirements of the laws respecting settlement, residence, improvements, and so forth, are complied with on the new claims, credit being allowed for the time spent on the relinquished claims.

*Proviso.*
*Unperfected claims.*

*Schools and churches.*

The settlers residing within the exterior boundaries of such forest reservations, or in the vicinity thereof, may maintain schools and churches within such reservation, and for that purpose may occupy any part of the said forest reservation, not exceeding two acres for each schoolhouse and one acre for a church.

*Civil and criminal jurisdiction.*

The jurisdiction, both civil and criminal, over persons within such reservations shall not be affected or changed by reason of the existence of such reservations, except so far as the punishment of offenses against the United States therein is concerned; the intent and meaning of this provision being that the State wherein any such reservation is situated shall not, by reason of the establishment thereof, lose its jurisdiction, nor the inhabitants thereof their rights and privileges as citizens, or be absolved from their duties as citizens of the State.

*Waters.*

All waters on such reservations may be used for domestic, mining, milling, or irrigation purposes, under the laws of the State wherein such forest reservations are situated, or under the laws of the United States and the rules and regulations established thereunder.

*Restoration of mineral or agricultural lands to public domain.*

Upon the recommendation of the Secretary of the Interior, with the approval of the President, after sixty days' notice thereof, published in two papers of general circulation in the State or Territory wherein any forest reservation is situated, and near the said reservation, any public lands embraced within the limits of any forest reservation which, after due examination by personal inspection of a competent person appointed for that purpose by the Secretary of the Interior, shall be found better adapted for mining or for agricultural purposes than for forest usage, may be restored to the public domain. And any mineral lands in any forest reservation which have been or which may be shown to be such, and subject to entry under the existing mining laws of the United States and the rules and regulations applying thereto, shall continue to be subject to such location and entry, notwithstanding any provisions herein contained.

*President may modify any Executive order, etc.*

The President is hereby authorized at any time to modify any Executive order that has been or may hereafter be made establishing any forest reserve, and by such modification may reduce the area or change the boundary lines of such reserve, or may vacate altogether any order creating such reserve.

*Geological Survey.*

UNITED STATES GEOLOGICAL SURVEY.

*Scientific assistants.*
*Salaries.*

FOR SALARIES OF THE SCIENTIFIC ASSISTANTS OF THE GEOLOGICAL SURVEY: For two geologists, at four thousand dollars each;

EXHIBIT 20
Page 26 of 52