For one geologist, three thousand dollars;
For one geologist, two thousand seven hundred dollars;
For two paleontologists, at two thousand dollars each;
For one chemist, three thousand dollars;
For one geographer, two thousand seven hundred dollars;
For one geographer, two thousand five hundred dollars;
For two topographers, at two thousand dollars each; in all, twenty-nine thousand nine hundred dollars.

FOR GENERAL EXPENSES OF THE GEOLOGICAL SURVEY: For the Geological Survey, and the classification of the public lands, and examination of the geological structure, mineral resources, and the products of the national domain, and to continue the preparation of a geological map of the United States, including the pay of temporary employees in the field and office, and all other necessary expenses, including telegrams, to be expended under the direction of the Secretary of the Interior, namely: *Expenses.*

For pay of skilled laborers and various temporary employees, thirteen thousand dollars; *Laborers, etc.*

For topographic surveys in various portions of the United States, one hundred and seventy-five thousand dollars, to be immediately available; thirty-five thousand dollars of which shall be expended west of the ninety-seventh meridian in the States of North Dakota, South Dakota, Nebraska, Kansas, Texas, and the Territory of Oklahoma, and at least one-third of the remainder shall be expended west of the one hundred and third meridian; *Topographic surveys.*

For geological surveys in the various portions of the United States, one hundred thousand dollars, to be immediately available; *Geological surveys.*

For continuation of the investigation of the coal and gold resources of Alaska, five thousand dollars; *Alaska, resources.*

For paleontologic researches relating to the geology of the United States, ten thousand dollars; *Paleontologic researches.*

For chemical and physical researches relating to the geology of the United States, seven thousand dollars; *Chemical researches.*

For the preparation of the illustrations of the Geological Survey, thirteen thousand dollars; *Illustrations.*

For the preparation of the report of the mineral resources of the United States, twenty thousand dollars; *Mineral resources.*

For the purchase of necessary books for the library, and the payment for the transmission of public documents through the Smithsonian exchange, two thousand dollars; *Books, etc.*

For engraving and printing the geological maps of the United States, sixty thousand dollars; *Maps.*

For gauging the streams and determining the water supply of the United States, including the investigation of underground currents and artesian wells in arid and semiarid sections, and the preparation of reports upon the best methods of utilizing the water resources of said sections, fifty thousand dollars; *Gauging water supply.*

For rent of office rooms in Washington, District of Columbia, four thousand two hundred dollars; *Rent.*

In all, for the United States Geological Survey, four hundred and eighty-nine thousand one hundred dollars.

## MINERAL LANDS IN MONTANA AND IDAHO.

*Mineral lands in Montana and Idaho.*

For compensation of the twelve commissioners appointed under the Act of February twenty-sixth, eighteen hundred and ninety-five, to examine and classify certain lands within the land-grant and indemnity land-grant limits of the Northern Pacific Railroad Company, in the States of Montana and Idaho, with special reference to the mineral or nonmineral character of such lands, thirty thousand dollars: *Provided,* That said commissioners shall be paid at the rate of ten dollars a day each while actually engaged in the performance of their duties, which amount shall include their transportation and subsistence expenses, *Commissioners to classify Northern Pacific lands. Vol. 28, p. 683. Provisos. Compensation.*

EXHIBIT 20
Page 27 of 52

38 FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

| | |
|---|---|
| Appointment. | and that the total amount of compensation to be paid to each commissioner annually shall in no case exceed the sum of two thousand five hundred dollars: *Provided,* Said commissioners shall hereafter be appointed by the President, by and with the advice and consent of the Senate: *Provided,* That not more than two members of each board shall belong to the same political party; |
| Boards, etc., how constituted politically | |
| Monthly reports. | For publication of the monthly reports filed by said commissioners in the office of the register and receiver of the Bozeman, Helena, and Missoula land districts, in the State of Montana, and the Cœur d'Alene land district, in the State of Idaho; and for the expenses pertaining to hearings ordered by, and conducted before, said registers and receivers, ten thousand dollars; |
| Expenses. | |
| Stenographers. | For the payment of stenographers employed by said commissioners when authorized by the Commissioner of the General Land Office, for the purpose of reducing testimony to writing in cases where it is found necessary to examine witnesses in order to establish the character of lands examined by said commissioners, one thousand dollars; |
| | In all, forty-one thousand dollars. |

Miscellaneous objects.

## MISCELLANEOUS OBJECTS.

Supreme Court reports.

SUPREME COURT REPORTS: To pay the reporter of decisions of the Supreme Court of the United States for seventy-six copies, each, of volumes one hundred and sixty-seven and one hundred and sixty-eight, inclusive, of the United States Reports, at a rate not exceeding two dollars per volume, under the provisions of section two of the Act of February twelfth, eighteen hundred and eighty-nine, three hundred and four dollars.

Vol. 25, p. 661.

Official Register. Preparation.

PUBLISHING BIENNIAL REGISTER OF THE UNITED STATES: For preparation of the Official Register of the United States for eighteen hundred and ninety seven, including editing, proof reading, and indexing, four thousand dollars.

Government Hospital for the Insane. Expenses.

GOVERNMENT HOSPITAL FOR THE INSANE: For current expenses of the Government Hospital for the Insane: For support, clothing, and treatment in the Government Hospital for the Insane of the insane from the Army and Navy, Marine Corps, Revenue-Cutter Service, and inmates of the National Home for Disabled Volunteer Soldiers, persons charged with or convicted of crimes against the United States who are insane, all persons who have become insane since their entry into the military or naval service of the United States, who have been admitted to the hospital and who are indigent, two hundred and sixty-four thousand seven hundred and twenty-one dollars and four cents; and not exceeding one thousand five hundred dollars of this sum may be expended in defraying the expense of the removal of patients to their friends.

Buildings and grounds.

For the buildings and grounds of the Government Hospital for the Insane, as follows:

For general repairs and improvements, fifteen thousand dollars.

For special improvements as follows:

To construct additional accommodations at the Government Hospital for the Insane for the insane received from the National Home for Disabled Volunteer Soldiers, seventy-five thousand dollars.

For new laundry, eighteen thousand dollars.

Columbia Institution for Deaf and Dumb.
Current expenses.

CURRENT EXPENSES OF THE COLUMBIA INSTITUTION FOR THE DEAF AND DUMB: For support of the institution, including salaries and incidental expenses, for books and illustrative apparatus, and for general repairs and improvements, fifty-four thousand five hundred dollars.

Repairs, etc.

For repairs to the buildings of the institution and to provide for increased water supply and protection against fire, three thousand dollars.

Howard University. Maintenance.

HOWARD UNIVERSITY: For maintenance of the Howard University, to be used in payment of part of the salaries of the officers, professors,

EXHIBIT 20
Page 28 of 52

teachers, and other regular employees of the university, the balance of which will be paid from donations and other sources, twenty-seven thousand five hundred dollars;

For tools, materials, fuel, wages of instructors, and other necessary expenses of the industrial department, three thousand dollars;

For books for library, law library, bookcases, shelving, and fixtures, nine hundred dollars;

For material and apparatus for chemical, physical, and natural history and laboratory, two hundred dollars;

For improvement of grounds and repairs of buildings, one thousand dollars;

In all, thirty-two thousand six hundred dollars: *Provided*, That no part of this appropriation shall be used, directly or indirectly, for the support of the theological department of said university, nor for the support of any sectarian, denominational, or religious instruction therein: *And provided further*, That no part thereof shall be paid to said university until it shall accord to the Secretary of the Interior, or to his designated agent or agents, authority to visit and inspect such university and to control and supervise the expenditure therein of all moneys paid under this appropriation. *[margin: Provisos. Use for theological department, etc., forbidden. Inspection.]*

EDUCATION IN ALASKA: For the industrial and elementary education of children in the Territory of Alaska, without reference to race, thirty thousand dollars. *[margin: Education in Alaska.]*

REINDEER FOR ALASKA: For support of the reindeer station at Port Clarence, Alaska, and for the purchase and introduction of reindeer from Siberia for domestic purposes, the reindeer to be transported by a vessel of the Revenue-Cutter Service, twelve thousand five hundred dollars. *[margin: Reindeer for Alaska.]*

DOMESTIC SUGAR PRODUCTION: To enable the Secretary of Agriculture to continue inquiry and ascertain the progress made in the production of domestic sugar from beets and sorghum, including the area of available lands adapted thereto by irrigation or otherwise, and to investigate all other matters concerning the same, for cost of labor, traveling and other expenses, five thousand dollars. *[margin: Domestic sugar production. Investigation of.]*

That the Secretary of the Navy is hereby authorized to establish branch hydrographic offices at Duluth, in the State of Minnesota, Sault Sainte Marie, in the State of Michigan, and Buffalo, in the State of New York, the same to be conducted under the provisions of an Act entitled "An Act to establish a hydrographic office in the Navy Department," approved June twenty-first, eighteen hundred and sixty-six. *[margin: Duluth, Minn., Sault Sainte Marie, Mich., Buffalo, N.Y. Branch hydrographic offices. Vol. 14, p. 69.]*

The Secretary of the Navy is hereby authorized to secure sufficient accommodations in said cities of Duluth, Sault Sainte Marie, and Buffalo for said hydrographic offices, and to provide the same with the necessary furniture, apparatus, supplies, and services allowed existing branch hydrographic offices, at a cost not exceeding fifteen thousand dollars, which sum, or so much thereof as may be necessary, is hereby appropriated, out of any money in the Treasury not otherwise appropriated, for these purposes. *[margin: Accommodations, etc.]*

## UNDER THE WAR DEPARTMENT.

### ARMORIES AND ARSENALS.

For the Rock Island Arsenal, Rock Island, Illinois, as follows:

For machinery and shop fixtures, ten thousand dollars.

For general care, preservation, and improvements; for painting and care and preservation of permanent buildings; for building fences and sewers and grading grounds, ten thousand dollars.

For extraordinary repairs of the Rock Island Arsenal water power, especially necessary for securing the same against destructive accident or injury during high water and freshets in the Mississippi River, twenty-eight thousand one hundred and fifty dollars, to be immediately available: *Provided*, That before work is commenced under this appropriation the

*[margin: War Department. Armories and arsenals. Rock Island, Ill. Machinery, etc. Care, etc. Water power, etc. Proviso.]*

EXHIBIT 20
Page 29 of 52

**United States to be secured against action for damages, etc.** Moline Water Power Company shall secure the United States, to the satisfaction of the Secretary of War, against interference or action for damages from the city of Moline, or others, for interfering with the flow or discharge of sewage and water from the city of Moline through the old tailrace in rear of the upper or Moline dam by the construction of the proposed earth embankment in rear of said wall and in said old tailrace.

**Rock Island bridges.** For the Rock Island Bridge, as follows:

For operating and care and preservation of Rock Island bridges and viaduct, twelve thousand dollars.

For protecting Rock Island Bridge by means of sheer booms, two hundred and fifty dollars.

**Benicia, Cal.** BENICIA ARSENAL, BENICIA, CALIFORNIA: For wrought-iron water pipe, four hundred dollars.

**Frankford Arsenal, Philadelphia, Pa.** FRANKFORD ARSENAL, PHILADELPHIA, PENNSYLVANIA: For new iron roof on blacksmith shop, one thousand five hundred dollars.

For steam heating apparatus for office, eight hundred and ten dollars.

**Sandy Hook Proving Ground, N. J.** SANDY HOOK PROVING GROUND, NEW JERSEY: For building and repairing roads and walks, and for general repairs to shops, storehouses, and quarters, two thousand five hundred dollars.

**Springfield, Mass.** SPRINGFIELD ARSENAL, SPRINGFIELD, MASSACHUSETTS: For general care, repair of quarters, of buildings, and machinery not used for manufacturing purposes, and of grounds and roads, ten thousand dollars.

For completing the macadamizing of Federal street, the property of the United States, forming a highway of the city of Springfield, two thousand dollars.

For macadamizing that portion of Byers street, the property of the United States, forming a highway of the city of Springfield, one thousand dollars.

**Testing machine, Watertown.** TESTING MACHINE, WATERTOWN ARSENAL: For labor, and material in caring for, preserving, and operating the United States testing machine at Watertown Arsenal, including such new tools and appliances as may be required, ten thousand dollars. And the appropriation of five thousand dollars for an impact testing machine, made in the sundry **Vol. 29, p. 439.** civil Act approved June eleventh, eighteen hundred and ninety-six, is hereby continued and made available until expended.

**Powder Depot, Dover, N. J.** POWDER DEPOT, DOVER, NEW JERSEY: For constructing waterworks and laying main over the post, with fire hydrants and necessary connections, five thousand dollars.

**Repairs, etc.** REPAIRS OF ARSENALS: For repairs and improvements at arsenals and to meet such unforeseen expenditures as accidents or other contingencies during the year may render necessary, forty-five thousand dollars.

**Washington, D. C.**

BUILDINGS AND GROUNDS IN AND AROUND WASHINGTON.

**Buildings and grounds.**
**Improvement and care.** For the improvement and care of public grounds as follows:

For improvement and maintenance of grounds north and south of Executive Mansion, five thousand dollars.

For ordinary care of greenhouses and nursery, two thousand dollars.

For ordinary care of Lafayette Park, one thousand dollars.

For ordinary care of Franklin Park, one thousand dollars.

For improvement and ordinary care of Lincoln Park, two thousand dollars.

For care and improvement of Monument grounds, three thousand dollars.

**Old canal, etc.**
**Proviso.**
**Expenditure.** For continuing improvement of reservation numbered seventeen and site of old canal northwest of same, three thousand dollars: *Provided*, That no part thereof shall be expended upon other than property belonging to the United States.

For repair of post-and-chain fences, repair of high iron fences, and constructing stone coping about reservations, one thousand five hundred dollars.

EXHIBIT 20
Page 30 of 52

For manure, and hauling the same, four thousand dollars.

For painting watchmen's lodges, iron fences, vases, lamps, and lamp-posts, one thousand dollars.

For purchase and repair of seats, one thousand dollars.

For purchase and repair of tools, two thousand dollars.

For trees, tree and plant stakes, labels, lime, whitewashing, and stock for nursery, to be purchased by contract or otherwise, as the Secretary of War may determine, two thousand dollars.

For removing snow and ice, one thousand two hundred dollars.

For flowerpots, twine, baskets, wire, splints, moss, and lycopodium, one thousand dollars.

For care, construction, and repair of fountains, one thousand five hundred dollars.

For abating nuisances, five hundred dollars.

For improvement, care, and maintenance of various reservations, ten thousand dollars.

For improvement, maintenance, and care of Smithsonian grounds, two thousand five hundred dollars.

For improvement, care, and maintenance of Judiciary Park, two thousand five hundred dollars.

That under appropriations herein contained no contract shall be made for making or repairing concrete or asphalt pavements in Washington City at a higher price than one dollar and eighty cents per square yard for a quality equal to the best laid in the District of Columbia prior to July first, eighteen hundred and eighty-six, and with a base of not less than six inches in thickness. *Limit for concrete, etc., pavements. Reduction.*

For laying asphalt walks in various reservations, two thousand dollars.

For cleaning statues and repairing pedestals, one hundred dollars.

EXECUTIVE MANSION: For care, repair, and refurnishing the Executive Mansion, twenty thousand dollars, to be expended by contract or otherwise, as the President may determine. *Executive Mansion. Repairs, fuel, etc.*

For fuel for the Executive Mansion, greenhouses, and stable, three thousand dollars.

For care and necessary repair of greenhouses, four thousand dollars.

For repairs to conservatory, Executive Mansion, two thousand dollars.

LIGHTING THE EXECUTIVE MANSION AND PUBLIC GROUNDS: For gas, pay of lamplighters, gas fitters, and laborers; purchase, erection, and repair of lamps and lamp-posts; purchase of matches, and repairs of all kinds; fuel and lights for office, office stable, watchmen's lodges, and for the greenhouses at the nursery, thirteen thousand dollars: *Provided*, That for each five-foot burner not connected with a meter in the lamps on the public grounds no more than twenty dollars shall be paid per lamp for gas, including lighting, cleaning, and keeping the lamps in repair, under any expenditure provided for in this Act; and said lamps shall burn every night on the average from forty-five minutes after sunset to forty-five minutes before sunrise; and authority is hereby given to substitute other illuminating material for the same or less price, and to use so much of the sum hereby appropriated as may be necessary for that purpose: *Provided*, That before any expenditures are made from the appropriations herein provided for, the contracting gas company shall equip each lamp with a self-regulating burner and tip, so combined and adjusted as to secure, under all ordinary variations of pressure and density, a consumption of five cubic feet of gas per hour. *Lighting of Mansion and grounds. Provisos. Maximum per lamp. To burn every night. Self-regulating burners.*

Electric lights: For electric lights for three hundred and sixty-five nights from seven posts, at twenty cents per light per night, on grounds south of the Executive Mansion, five hundred and eleven dollars. *Electric lights, etc.*

For lighting thirty-two arc electric lights in Lafayette, Franklin, Judiciary, and Lincoln parks three hundred and sixty-five nights, at twenty-five cents per light per night, which shall cover the entire cost to the United States of lighting and maintaining in good order each electric light in said parks, two thousand nine hundred and twenty dollars. Until Congress shall provide for a conduit system it shall be *Parks. Conduit system.*

EXHIBIT 20
Page 21 of 52

| | |
|---|---|
| *Proviso.*<br>Connections with existing conduits, etc. | unlawful to lay conduits or erect overhead wires for electric lighting purposes in any road, street, avenue, highway, park, or reservation, except as hereafter specifically authorized by law: *Provided, however,* That the Commissioners of the District of Columbia are hereby authorized to issue permits for house connections with conduits and overhead wires now existing adjacent to the premises with which such connection is to be made; and also permits for public lighting connections with conduits already in the portion of the street proposed to be lighted. |
| Pending litigation not affected, etc. | And nothing herein contained shall be construed to affect in any way any pending litigation involving the validity or invalidity or legality of the construction of any conduits made since June eighteenth, eighteen hundred and ninety-six, nor to prevent the United States Electric |
| Conduits in Columbia Heights, etc.<br>Vol. 29, p. 401. | Lighting Company from extending conduits into Columbia Heights, Washington Heights, and Mount Pleasant within the fire limits as specifically provided in the Act of June eleventh, eighteen hundred and ninety-six, making appropriations for the expenses of the government |
| Overhead wires west of Rock Creek. | of the District of Columbia; and the existing overhead wires of the Potomac Electric Power Company west of Rock Creek and outside the fire limits are hereby authorized to be maintained for a period of one year from the passage of this Act and no longer. |
| Water pipes, repairs, etc. | REPAIR OF WATER PIPES: For repairing and extending water pipes, purchase of apparatus for cleaning them, purchase of hose, and for cleaning the springs and repairing and renewing the pipes of the same that supply the Capitol, the Executive Mansion, and the building for the State, War, and Navy Departments, two thousand five hundred dollars. |
| Telegraph, Capitol, Departments, and Printing Office. | TELEGRAPH TO CONNECT THE CAPITOL WITH THE DEPARTMENTS AND GOVERNMENT PRINTING OFFICE: For care and repair of existing lines, one thousand five hundred dollars. |
| Washington Monument.<br>Maintenance. | WASHINGTON MONUMENT: For the care and maintenance of the Washington Monument, namely: For one custodian, at one hundred dollars per month; one steam engineer, at eighty dollars per month; one assistant steam engineer, at sixty dollars per month; one fireman, at fifty dollars per month; one assistant fireman, at forty-five dollars per month; one conductor of elevator car, at seventy-five dollars per month; one attendant on floor, at sixty dollars per month; one attendant on top floor, at sixty dollars per month; three night and day watchmen, at sixty dollars per month each; in all, eight thousand five hundred and twenty dollars. |
| Expenses. | For fuel, lights, oil, waste, packing, tools, matches, paints, brushes, brooms, lanterns, rope, nails, screws, lead, electric lights, heating apparatus, oil stoves for elevator car and upper and lower floors, repairs to engines, boilers, dynamos, elevator, and repairs of all kinds connected with the monument and machinery, and purchase of all necessary articles for keeping the monument, machinery, elevator, and electric-light plant in good order, three thousand dollars. |

| | |
|---|---|
| Military Posts. | MILITARY POSTS. |
| Construction. | For the construction of buildings at, and the enlargement of, such military posts as in the judgment of the Secretary of War may be necessary, four hundred and twenty thousand dollars, of which not less than fifty thousand dollars shall be expended at the military post |
| Spokane, Wash. | at Spokane, Washington. And the Secretary of War may, in his discretion, use not to exceed twenty thousand dollars of said sum to purchase |
| Fort Assinniboine, Mont. | the former post traders' buildings at Fort Assinniboine, in Montana. |
| Target range, Jefferson Barracks, Missouri. | TARGET RANGE, JEFFERSON BARRACKS, MISSOURI: That the appropriation of eighteen thousand dollars made for the purchase of land for a target range for the use of troops stationed at Jefferson Barracks, Missouri, is hereby made available for expenditure during the |
| *Proviso.*<br>Lands. | fiscal year eighteen hundred and ninety-eight: *Provided,* That any land purchased thereunder shall be unencumbered by any private or public ways or roads. |

EXHIBIT 20
Page 32 of 52

FORT MONROE, VIRGINIA: Repair and maintenance of wharf: For fender piles, one thousand two hundred and fifty dollars; fuel for heating waiting rooms, sixty dollars; electric lights on wharf, freight house, and waiting rooms, and cost of maintenance, three hundred and fifty dollars; repairs of water-closets, fifty dollars; repairs of side landings, four hundred and fifty dollars; wharfinger, nine hundred dollars; laborer, policing wharf, four hundred and eighty dollars; in all, three thousand five hundred and forty dollars; for one-half of said sum to be supplied by the United States, one thousand seven hundred and seventy dollars.  <span style="float:right">Fort Monroe, Virginia. Repair, etc., of wharf.</span>

Repairs and maintenance of roads, pavements, streets, lights, and general police: For bricks for sidewalks, two hundred and seventy dollars; boards for sidewalks, one hundred and five dollars; scantling for sidewalks, thirty-seven dollars and fifty cents; cut nails for sidewalks, eight dollars; rakes, shovels, and brooms for street police, thirty dollars; one driver of police cart, four hundred and eighty dollars; wire, poles, lamps, and so forth, for lighting streets, and cost of maintaining same, two thousand seven hundred and fifteen dollars; oil and supplies for street lamps, two hundred dollars; one lamplighter and cleaner, three hundred dollars; in all, four thousand one hundred and forty-five dollars and fifty cents; for one-half of said sum to be supplied by the United States, two thousand and seventy-two dollars and seventy-five cents.  <span style="float:right">Roads.</span>

Maintenance of sewer system: For two engineers, at nine hundred dollars each; two firemen, at six hundred dollars each; three laborers, at five hundred dollars each; coal, eight hundred and forty dollars; waste, oil, and pump repairs, two hundred and fifty dollars; sewer pipe, cement, and supplies, three hundred dollars; in all, five thousand eight hundred and ninety dollars; for one-half of said sum to be supplied by the United States, two thousand nine hundred and forty-five dollars.  <span style="float:right">Sewer system, maintenance.</span>

IMPROVEMENT OF THE YELLOWSTONE NATIONAL PARK: For the repair and maintenance of existing roads and bridges and improvement and protection of the Yellowstone National Park, to be expended by and under the direction of the Secretary of War, including not exceeding five thousand dollars to be immediately available, thirty-five thousand dollars.  <span style="float:right">Yellowstone National Park. Improvement.</span>

### MILITARY PARKS.

<span style="float:right">Military parks.</span>

CHICKAMAUGA AND CHATTANOOGA NATIONAL PARK: For compensation and expenses of two civilian commissioners and the assistant in historical work; maps, surveys, clerical and other assistance, messenger, office expenses and all other necessary expenses. Foundations for State monuments, wire fencing, cutting out underbrush and mowing; historical tablets, iron and bronze; and iron gun carriages; for roads and their maintenance, and for the purchase of land already authorized by law; in all, seventy-five thousand dollars, to be immediately available. And State memorials shall be placed on brigade lines of battle under the direction of the Park Commission.  <span style="float:right">Chickamauga and Chattanooga. Expenses.</span>

To enable the Secretary of War, through the Commissioners of the Chickamauga and Chattanooga National Park, to improve the Lafayette or State road in Georgia from Lee and Gordon's Mill, in that State, to the town of Lafayette, eighteen thousand dollars.  <span style="float:right">Lafayette or State road, Georgia, improvement.</span>

SHILOH NATIONAL MILITARY PARK: For continuing the work of establishing a national military park on the battlefield of Shiloh, Tennessee; for the compensation of three civilian commissioners and the secretary, clerical and other services, labor, land, historical tablets, maps and surveys, purchase and transportation of supplies and materials, office and other necessary expenses, including the erection of temporary buildings for the use of the commission and employees, sixty thousand dollars; and the limit of cost of all the lands to be embraced in the said park is hereby increased from twenty thousand dollars to not to exceed fifty thousand dollars.  <span style="float:right">Shiloh. Expenses.</span>

EXHIBIT 20
Page 33 of 52

44            FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

Gettysburg. Expenses.

GETTYSBURG NATIONAL PARK: For continuing the work of establishing the National Park at Gettysburg, Pennsylvania; for the acquisition of lands, surveys and maps; constructing, improving, and maintaining avenues, roads, and bridges thereon; making fences and gates, marking the lines of battle with tablets and guns, each tablet bearing a brief legend giving historic facts and compiled without censure and without praise; preserving the features of the battlefield and the monuments thereon; providing for a suitable office for the commissioners in Gettysburg; compensation of three civilian commissioners, clerical and other services; expenses, and labor; the purchase and preparation of tablets and gun carriages and placing them in position, and all other expenses incidental to the foregoing, fifty thousand dollars.

Leases.

And the Secretary of War may lease the lands of the park at his discretion either to former owners or other persons for agricultural purposes, the proceeds to be applied by the Secretary of War, through the proper disbursing officer, to the maintenance of the park.

Engineer Department.

### ENGINEER DEPARTMENT.

River and harbor improvements.

Toward the construction of works on harbors and rivers under contracts or otherwise and within the limits authorized by law, namely:

Philadelphia, Pa.

For completing improvement of harbor at Philadelphia, Pennsylvania: Completing improvement, removal of Smiths Island and Windmill Island, Pennsylvania, and Petty Island, New Jersey, and adjacent shoals, six hundred and ninety-four thousand dollars.

Galveston, Tex.

For improving harbor at Galveston, Texas: Completing improvement, including repairs to jetties, and dredging, five hundred thousand dollars, of which amount ten thousand dollars may be expended for making a resurvey and chart for Galveston Bay and Harbor.

Hudson River, N. Y.

For improving Hudson River, New York: Continuing improvement, four hundred and seventy-five thousand dollars.

Great Lakes.

For completing improvement of channel connecting the waters of the Great Lakes between Chicago, Duluth, and Buffalo, including necessary observations and investigations in connection with the preservation of such channel depth, one million and ninety thousand dollars.

Point Judith, R. I.

For harbor of refuge at Point Judith, Rhode Island: Completing improvement, three hundred thousand dollars.

Humboldt, Cal.

For improving harbor and bay at Humboldt, California: Continuing improvement, three hundred and fifty thousand dollars.

Gowanus Bay, N. Y.

Improving channel in Gowanus Bay, New York: For improving Bay Ridge Channel, the triangular area between Bay Ridge and Red Hook channels, and Red Hook and Buttermilk channels in the harbor of New York, New York: Continuing improvement, three hundred and fifty thousand dollars.

Savannah, Ga.

Improving harbor at Savannah, Georgia: For continuing improvement, three hundred and fifty thousand dollars.

Cumberland Sound, Ga. and Fla.

Improving Cumberland Sound, Georgia and Florida: For continuing improvement, three hundred and fifty thousand dollars.

Newtown Creek, N. Y.

Improving Newtown Creek, New York: For completing improvement, one hundred and eighty-three thousand dollars.

Portland, Me.

Improving harbor at Portland, Maine: For continuing improvement, three hundred and fifty thousand dollars.

Rockland, Me.

Improving harbor at Rockland, Maine: For continuing improvement, three hundred and fifty thousand dollars.

Boston, Mass.

Improving harbor at Boston, Massachusetts: For continuing improvement, four hundred thousand dollars.

Buffalo, N. Y.

Improving harbor at Buffalo, New York: For continuing improvement, four hundred and eighty-one thousand two hundred and fifty dollars.

Dunkirk, N. Y.

Improving harbor at Dunkirk, New York: For completing improvement, three hundred and ninety-eight thousand two hundred and fifty-eight dollars.

EXHIBIT 20
Page 34 of 52

Harbor of refuge, Delaware Bay, Delaware: For continuing construction, three hundred and ninety-four thousand three hundred and thirty-four dollars. *Delaware Bay, Del.*

Improving Winyah Bay, South Carolina: For continuing improvement of harbor at Winyah Bay, three hundred and fifty thousand dollars. *Winyah Bay, S.C.*

Improving Sabine Pass, Texas: For continuing improvement of harbor at Sabine Pass, three hundred and fifty thousand dollars. *Sabine Pass, Tex.*

Improving harbor at Cleveland, Ohio: For continuing improvement, three hundred and fifty thousand dollars. *Cleveland, Ohio.*

The Secretary of War is hereby directed to cause to be made a survey and estimate of cost of deepening and widening the straight channel in Maumee River and Bay, with a view to obtaining and permanently securing a channel of a uniform width of four hundred feet and twenty feet deep at low water, the cost of said survey to be paid out of money already appropriated for the improvement of said channel. *Maumee River and Bay.*

Harbor of refuge at Milwaukee Bay, Wisconsin: For completing improvement, one hundred and sixty-eight thousand seven hundred and thirty-seven dollars and ninety-one cents. *Milwaukee Bay, Wis.*

Improving harbor at Duluth, Minnesota, and Superior, Wisconsin: For continuing improvement, four hundred and thirty-seven thousand five hundred dollars. *Duluth, Minn., Superior, Wis.*

Improving harbor at Oakland, California: For continuing improvement under present limit, two hundred thousand dollars. And the provision of the "Act making appropriations for the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes," approved June third, eighteen hundred and ninety-six, relating to improving harbor at Oakland, California, is hereby amended to read as follows: *Oakland, Cal.* *Vol. 29, p. 213.*

"Improving harbor at Oakland, California: Continuing improvement under existing project, twenty thousand dollars: *Provided*, That contracts may be entered into by the Secretary of War for such materials and work as may be necessary to prosecute work on said improvement, to be paid for as appropriations may from time to time be made by law, not exceeding in the aggregate six hundred and sixty-six thousand dollars: *Provided further*, That in making such contract or contracts the Secretary of War shall not obligate the Government to pay in any one fiscal year, beginning July first, eighteen hundred and ninety-seven, more than twenty-five per centum of the whole amount hereby authorized to be expended." *Continuing harbor improvement.* *Provisos.* *Contracts.* *Limit.* *Limit for fiscal year.*

The officer of the Coast and Geodetic Survey detailed to serve on the Board to locate a deep-water harbor for commerce and of refuge at Port Los Angeles, in Santa Monica Bay, California, or at San Pedro, in said State, which Board was created by an Act entitled "An Act making appropriations for the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes," approved June third, eighteen hundred and ninety-six, United States Statutes at Large, page two hundred and thirteen, shall receive from the appropriation in said Act provided with relation to said harbor, in addition to his mileage provided for in section fifteen hundred and sixty-six of the Revised Statutes, and notwithstanding its provisions, such a per diem allowance for subsistence as the Secretary of War may deem proper. *Board to locate deep-water harbor at Port Los Angeles, etc., allowance to member of.* *Vol. 29, p. 213.* *R. S., sec. 1566, p. 269.*

Improving Grays Harbor, Washington: For continuing improvement of harbor and bar entrance, three hundred and fifty thousand dollars. *Grays Harbor, Wash.*

Improving Providence River and Narragansett Bay, Rhode Island: For continuing improvement, one hundred and twenty-five thousand dollars. *Providence River and Narragansett Bay, R.I.*

Locks and dams in Allegheny River, Pennsylvania: For continuing improvement by construction of locks and dams at Herr Island, above the head of Six-Mile Island, and at Springdale, three hundred and fifty thousand dollars. *Allegheny River, Pa.*

EXHIBIT 20
Page 35 of 52

46            FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

| | |
|---|---|
| Great Kanawha River, W. Va. | Improving the Great Kanawha River, West Virginia: Completing improvement, two hundred and seventy-three thousand dollars. |
| Monongahela River, W. Va. | Improving upper Monongahela River, West Virginia: For continuing improvement by the construction of six locks and dams, three hundred and fifty thousand dollars. |
| Ohio River. | Improving the Ohio River: For continuing construction of Dams Numbered Two, Three, and Four, between Davis Island Dam and Dam Numbered Six, four hundred thousand dollars; and the provision in |
| Dams Nos. 2, 3, 4, and 5.<br>Vol. 29, p. 225, amended. | the river and harbor appropriation Act of June third, eighteen hundred and ninety-six, authorizing contracts to be made for improving Ohio River by the construction of Dams Numbered Two, Three, Four, and Five is hereby amended to read as follows: |
| Provisos.<br>Contracts. | "*Provided*, That contracts may be entered into by the Secretary of War for the whole or any part of the material and work as may be necessary to prosecute work on said improvement, to be paid for as appropriations may from time to time be made by law, not exceeding |
| Limit. | in the aggregate one million nine hundred and ninety thousand dollars, exclusive of the amount herein appropriated: *Provided further*, That in making such contract or contracts the Secretary of War shall not |
| Limit for fiscal year. | obligate the Government to pay in any one fiscal year, beginning July first, eighteen hundred and ninety-seven, more than twenty-five per centum of the whole amount authorized to be expended." |
| Kentucky River, Ky. | Improving Kentucky River, Kentucky: For continuing the construction of Locks and Dams Numbered Seven and Eight, two hundred thousand dollars; and the provision of the "Act making appropria- |
| Vol. 29, p. 224, amended. | tions for the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes," approved June third, eighteen hundred and ninety-six, relating to improving Kentucky |
| Provisos.<br>Contracts. | River, Kentucky, is hereby amended to read as follows: "*Provided*, That contracts may be entered into by the Secretary of War for such materials and work as may be necessary to prosecute work on said improvement in accordance with the present project for same, to be paid for as appropriations may from time to time be made by law, not exceeding |
| Limit. | in the aggregate one million three hundred and forty-nine thousand dollars, exclusive of the amount herein and heretofore appropriated: |
| Lock and dam No. 7. | *Provided*, That of the amount authorized to be expended eighty-three thousand dollars, or so much thereof as may be necessary, may be expended in addition to the fifty thousand dollars herein appropriated in continuing construction and completion of Lock and Dam Numbered Seven, by contract or otherwise, and said eighty-three thou- |
| Limit for fiscal year. | sand dollars shall be immediately available: *Provided further*, That in making such contract or contracts the Secretary of War shall not obligate the Government to pay in any one fiscal year, beginning July first, eighteen hundred and ninety-seven, more than twenty-five per centum of the whole amount authorized to be expended." |
| Yazoo River, Miss. | Improving Yazoo River, Mississippi: For continuing improvement of mouth of Yazoo River and harbor of Vicksburg, three hundred and fifty thousand dollars. |
| Bayou Plaquemine, La. | Improving Bayou Plaquemine, Louisiana: For continuing improvement, three hundred and fifty thousand dollars. |
| Cumberland River, Tenn. | Improving Cumberland River above Nashville, Tennessee: For continuing improvement by construction of Locks Numbered Five, Six, and Seven, three hundred and fifty thousand dollars. |
| Ohio River Falls and Indiana Chute. | Improving Falls of Ohio River at Louisville, Kentucky: For continuing improvement, including Indiana Chute Falls, three hundred and fifty thousand dollars: *Provided*, That the Secretary of War may |
| Proviso.<br>Completion of improvement by contract or otherwise, etc. | carry to completion the present project of improving the falls of the Ohio River and Indiana Chute Falls, Ohio River, by contract, as provided in the "Act making appropriations for the construction, repair, and preservation of certain public works on rivers and harbors, and |
| Vol. 29, p. 224. | for other purposes," which became a law June third, eighteen hundred and ninety-six; or the necessary materials may be purchased and the work done otherwise than by contract, in his discretion, if more economical and advantageous to the United States. |

EXHIBIT 20
Page 36 of 52

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.     47

Locks and dams in Ohio River: For completing construction of Dam Numbered Six, at or below the mouth of Beaver River, three hundred thousand dollars.     *Ohio River. Dam No. 6.*

Improving Chicago River, Illinois: For continuing improvement from its mouth to the stock yards on the South Branch, and to Belmont avenue on the North Branch, one hundred and thirteen thousand dollars, in pursuance of the provisions of "An Act making appropriations for the construction, repair, and improvement of certain public works on rivers and harbors, and for other purposes," approved June third, eighteen hundred and ninety-six; and it is hereby declared to be the true intent and meaning of the said provisions of said Act relating to the improvement of said Chicago River that all of the work in the improvement of said river which was recommended or suggested to be done in the interest of commerce by Captain William L. Marshall, of the Corps of Engineers of the United States Army, in his report of August ninth, eighteen hundred and ninety-three, may be done: *Provided*, That the total cost of such improvement or work shall not exceed the limit provided for in said Act.     *Chicago River, Ill. Vol. 29, p. 228. Intent. Proviso. Total cost.*

Illinois and Mississippi Canal: For continuing construction, eight hundred and seventy-five thousand dollars.     *Illinois and Mississippi Canal.*

Improving waterway from Keweenaw Bay to Lake Superior, Michigan: For continuing improvement of water communication across Keweenaw Point, three hundred and fifty thousand dollars.     *Waterway, Keweenaw Bay to Lake Superior.*

Improving Mississippi River from the mouth of the Ohio River to Saint Paul, Minnesota: For continuing improvement from the mouth of the Ohio River to the mouth of the Missouri River, six hundred and seventy-three thousand three hundred and thirty-three dollars and thirty-three cents.     *Mississippi River. Mouth of Ohio River to St. Paul.*

For continuing improvement from the mouth of the Missouri River to Saint Paul, eight hundred and twenty-six thousand six hundred and sixty-six dollars and sixty-seven cents: *Provided*, That thirty thousand dollars of said sum, or as much thereof as may be necessary, shall be expended in removing the sand bar which obstructs the channel of the Mississippi River in front of Dubuque, Iowa, and the entrance to the harbor of refuge at Dubuque, Iowa, and that fifteen thousand dollars, or so much thereof as may be necessary, shall be expended in removing the sand bar which obstructs the channel of the Mississippi River in front of Muscatine, Iowa: *Provided further*, That the sum of fifty thousand dollars of said sum shall be expended for continuing the work of constructing artificial banks between the mouth of Flint River and running along the west bank of the Mississippi River to the mouth of the Iowa River.     *Mouth of Missouri River to St. Paul. Provisos. Removal of sand bars at Dubuque and Muscatine, Iowa. Artificial banks from mouth of Flint to mouth of Iowa rivers.*

Improving Willamette and Yamhill rivers, Oregon: For completing improvement, one hundred and sixty thousand dollars.     *Willamette and Yamhill rivers, Oregon.*

Improving Mississippi River: For continuing improvement of Mississippi River from Head of the Passes to the mouth of the Ohio River, including salaries, clerical, office, traveling, and miscellaneous expenses of the Mississippi River Commission, two million nine hundred and thirty-three thousand three hundred and thirty-three dollars; which sum, in the discretion of the Secretary of War, may be immediately available for expenditure under contract or otherwise. And of the sum hereby appropriated, six hundred thousand dollars shall be deducted from the sum of two million five hundred and thirty-three thousand three hundred and thirty-three dollars authorized to be appropriated and expended for the fiscal year ending June thirtieth, eighteen hundred and ninety-nine, by the "Act making appropriations for the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes," which became a law on June third, eighteen hundred and ninety-six.     *Mississippi River Commission. Head of Passes to the Ohio. Expenses, etc. Vol. 29, p. 230.*

For the purpose of preventing the Mississippi River from breaking through into the Cache River at or near a point known as Beach Ridge, a few miles north of Cairo, whereby the National Cemetery at Mound City, at the mouth of the Cache River, and the Marine Hospital at Cairo would be in imminent danger of destruction, the sum of one     *Prevention of break into Cache River, etc.*

EXHIBIT 20
Page 37 of 52

48 FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

hundred thousand dollars, or so much thereof as may be necessary, is hereby appropriated, to be immediately available.

Missouri River Commission.
Expenses, etc.

Improving Missouri River from mouth to Sioux City, Iowa: For continuing improvement of Missouri River from its mouth to Sioux City, Iowa, including salaries, clerical, office, traveling, and miscellaneous expenses of the Missouri River Commission, surveys, permanent bench marks, and gauges, three hundred thousand dollars; of the sum heretofore appropriated for improving the Missouri River, the Secretary of War is directed to expend not exceeding twenty-five thousand dollars

Nebraska City, Nebr.

to repair and protect the works in the neighborhood of Nebraska City, in the State of Nebraska.

Suwanee River, Fla.

The unexpended balance of the appropriation for the improvement of the Suwanee River, Florida, may, in the discretion of the Secretary of War, be expended for deepening the West Pass of the Suwanee River at its mouth.

Gull Lake, Minn.

A sum not exceeding fifteen thousand dollars, or so much thereof as may be necessary, of the money heretofore appropriated for the construction of reservoirs at the head waters of the Mississippi River may be used and is hereby made available for the payment of damages for lands and tenements overflowed or injured by the construction of a reservoir and dam at Gull Lake, Minnesota.

The water hyacinth, investigation of, etc.

That the Secretary of War be, and he is hereby, authorized to investigate the extent of the obstruction of the navigable waters of Florida, Louisiana, and other South Atlantic and Gulf States by the aquatic plant known as the water hyacinth, and to perform such experimental work as he shall deem necessary to determine some suitable and feasible plan or method of checking and removing such obstacle, so far as it is a hindrance to interstate or foreign commerce, and to report the results of such investigation and experimental work; and the sum of five thousand dollars, or so much thereof as may be necessary, is hereby appropriated to pay the cost thereof.

Waterway from Warrior River to Five Mile Creek, etc.

That the Secretary of War be, and he hereby is, directed to cause a survey to be made to examine into the feasibility and advisability of the improvement of the waterway beginning at a point at or near the site selected for Lock Numbered Thirteen, on the Warrior River, and continuing up Valley River from its mouth, following the general course of said stream, to Bessemer, Alabama; thence up the Valley to Birmingham and beyond to Five Mile Creek, at a point where sufficient head can be obtained to supply water for that part of said route between Five Mile Creek and Bessemer, Alabama, so as to secure a channel to have a minimum depth of six feet and be at least fifty feet in width at the water line, and to ascertain the cost of such improvement, and the cost of such survey shall be defrayed from the unexpended balance of the funds heretofore appropriated for the improvement of the Black Warrior River from Tuscaloosa to Daniels Creek.

Sabine Pass, Tex.
Dredge boat, etc.

For the purchase of a dredge boat for use in the harbor improvement at Sabine Pass, Texas, one hundred thousand dollars, and for the expense of operating the same during the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, thirty thousand dollars; in all, one hundred and thirty thousand dollars.

Pearl Harbor.
Survey, etc.
Post, p. 302.

IMPROVEMENT OF PEARL HARBOR: For expense of necessary survey of entrance to and of Pearl Harbor, Hawaiian Islands, and to enable the Secretary of the Navy to ascertain and report to Congress the amount of land necessary to be acquired in said harbor and the probable cost thereof for a coaling and repair station, ten thousand dollars.

Mobile Bay, Ala.

For maintaining and keeping open the channel in Mobile Bay, in the State of Alabama, twenty-five thousand dollars, or so much thereof as may be necessary, to be expended under the direction of the Secretary of War during the fiscal year ending June thirtieth, eighteen hundred and ninety-eight.

Estimates, etc.

And hereafter the Secretary of War shall annually submit estimates in detail for river and harbor improvements required for the ensuing

EXHIBIT 20
Page 38 of 52

FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.     49

fiscal year to the Secretary of the Treasury to be included in, and carried into the sum total of, the Book of Estimates.

## NATIONAL CEMETERIES.

National cemeteries.

FOR NATIONAL CEMETERIES: For maintaining and improving national cemeteries, including fuel for superintendents of national cemeteries, pay of laborers and other employees, purchase of tools and materials, one hundred thousand dollars. — *Maintenance.*

FOR SUPERINTENDENTS OF NATIONAL CEMETERIES: For pay of seventy-five superintendents of national cemeteries, sixty-one thousand eight hundred and eighty dollars. — *Superintendents.*

HEADSTONES FOR GRAVES OF SOLDIERS: For continuing the work of furnishing headstones for unmarked graves of Union soldiers, sailors, and marines in national, post, city, town, and village cemeteries, naval cemeteries at navy-yards and stations of the United States, and other burial places, under the Acts of March third, eighteen hundred and seventy-three, and February third, eighteen hundred and seventy-nine, twenty-five thousand dollars. — *Headstones for graves of soldiers. Vol. 17, p. 545. Vol. 20, p. 281.*

REPAIRING ROADWAYS TO NATIONAL CEMETERIES: For repairs to roadways to national cemeteries which have been constructed by special authority of Congress: *Provided*, That no railroad shall be permitted upon the right of way which may have been acquired by the United States to a national cemetery, or to encroach upon any roads or walks constructed thereon and maintained by the United States, eight thousand dollars. — *Roadways. Proviso. Encroachments by railroads forbidden.*

BURIAL OF INDIGENT SOLDIERS: For expenses of burying in the Arlington National Cemetery, or in the cemeteries of the District of Columbia, indigent ex-Union soldiers, sailors, and marines of the late civil war who die in the District of Columbia, to be disbursed by the Secretary of War, at a cost not exceeding fifty dollars for such burial expenses in each case, exclusive of cost of grave, two thousand dollars, — *Burial of indigent soldiers.*

ROAD TO NATIONAL CEMETERY, PRESIDIO OF SAN FRANCISCO, CALIFORNIA: For continuing the work of improving the reservation at the Presidio of San Francisco, California, the reclaiming of sand dunes, the planting of trees and shrubs, and construction of new roads, the erection of a permanent fence or wall on the south and east lines of the reservation, the erection of permanent gateways, the reclamation of the marsh, and other general and much-needed improvements, five thousand dollars. — *Road to The Presidio, Cal.*

ROAD TO NATIONAL CEMETERY, PENSACOLA, FLORIDA: For the purpose of shelling or otherwise improving to completion the roadway from Pensacola, Florida, to the national cemetery near that city, to be expended under the direction of the Secretary of War, ten thousand dollars, or so much thereof as may be necessary. — *Road to Pensacola, Fla. Post, p. 634.*

ROAD TO NATIONAL CEMETERY, SPRINGFIELD, MISSOURI: For the construction and completion of an extension of Phelps boulevard, the Government road from Springfield, Missouri, to the national cemetery near that city, beginning at the north end of said boulevard and extending north to East Walnut street, a distance of about eight hundred and thirty-four feet, two thousand seven hundred dollars, or so much thereof as may be necessary: *Provided*, That a right of way twenty-five feet in width is donated to the Government. — *Road to Springfield, Mo. Proviso. Right of way.*

## MISCELLANEOUS OBJECTS, WAR DEPARTMENT.

Miscellaneous.

SURVEY OF NORTHERN AND NORTHWESTERN LAKES: For printing and issuing charts for use of navigators and electrotyping plates for chart printing, two thousand dollars. — *Survey of northern, etc., lakes.*

For surveys, additions to, and correcting engraved plates, to be available until expended, twenty-five thousand dollars.

TRANSPORTATION OF REPORTS AND MAPS TO FOREIGN COUNTRIES: For the transportation of reports and maps to foreign countries through the Smithsonian Institution, one hundred dollars. — *Transporting maps.*

VOL XXX——4

EXHIBIT 20
Page 39 of 52