50    FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

<div style="display:flex">
<div>
Artificial limbs.

Appliances for disabled soldiers.

Providence Hospital. Destitute patients.

Garfield Hospital. Maintenance.

Official Records War of the Rebellion. Continuing publication.

Vol. 25, p. 970.

*Proviso.* Complete set to be furnished Senators, etc., 54th Congress, etc.

Vol. 22, p. 320. Vol. 25, p. 613.

California Débris Commission. Expenses. Vol. 27, p. 507.

New York Harbor.

Inspectors, etc.

Vessels.

Military road, Wyo.

Deep waterways between Great Lakes and Atlantic tide waters. *Post,* p. 636.

Board to survey, etc. *Post,* p. 1109.
</div>
<div>

ARTIFICIAL LIMBS: For furnishing artificial limbs and apparatus or commutation therefor, and necessary transportation, to be disbursed under the direction of the Secretary of War, one hundred and eighty-three thousand dollars.

APPLIANCES FOR DISABLED SOLDIERS: For furnishing surgical appliances to persons disabled in the military or naval service of the United States, and not entitled to artificial limbs or trusses for the same disabilities, to be disbursed under the direction of the Secretary of War, two thousand dollars.

SUPPORT AND MEDICAL TREATMENT OF DESTITUTE PATIENTS: For the support and medical treatment of ninety-five medical and surgical patients who are destitute, in the city of Washington, under a contract to be made with the Providence Hospital by the Surgeon-General of the Army, nineteen thousand dollars.

GARFIELD MEMORIAL HOSPITAL: For maintenance, to enable it to provide medical and surgical treatment to persons unable to pay therefor, nineteen thousand dollars.

PUBLICATION OF OFFICIAL RECORDS OF THE WAR OF THE REBELLION: For continuing the publication of the Official Records of the Union and Confederate armies, in accordance with the plan approved by the Secretary of War August third, eighteen hundred and eighty, and for the compensation of the civilian members of the board of publication, appointed in accordance with the Act of March second, eighteen hundred and eighty-nine, and for the compensation of such temporary expert services in connection with the preparation, publication, and distribution of said records as may be deemed necessary by the Secretary of War, and for the purchase of stationery and for additional rent, not exceeding six hundred dollars, one hundred and fifteen thousand dollars: *Provided,* That the Secretary of War is hereby authorized and directed to furnish a complete set of Official Records of the war of the rebellion to each Senator, Representative, and Delegate in the Fifty-fourth Congress who is not already entitled by law to receive the same; and he is further authorized to use for this purpose such incomplete sets as remain on hand uncalled for by the beneficiaries designated to receive them under the authority contained in the Acts approved August seventh, eighteen hundred and eighty-two, and March tenth, eighteen hundred and eighty-eight.

CALIFORNIA DÉBRIS COMMISSION: For defraying the expenses of the Commission in carrying on the work authorized by the Act of Congress approved March first, eighteen hundred and ninety-three, fifteen thousand dollars.

HARBOR OF NEW YORK: For prevention of obstructive and injurious deposits within the harbor and adjacent waters of New York City:

For pay of inspectors and deputy inspectors, office force, and expenses of office, ten thousand two hundred and sixty dollars;

For pay of crews and maintenance of four steam tugs and three launches, forty-eight thousand seven hundred and forty dollars;

In all, fifty-nine thousand dollars.

MILITARY ROAD, WYOMING: For the construction of a military road from Fort Washakie, Wyoming, by the most practicable route near the Wind River and to the mouth of the Buffalo Fork of Snake River, near Jacksons Lake, in Uinta County, Wyoming, to be expended under the direction of the War Department, ten thousand dollars, or so much thereof as may be necessary.

DEEP WATERWAYS COMMISSION: For surveys and examinations (including estimate of cost) of deep waterways and the routes thereof, between the Great Lakes and the Atlantic tide waters, as recommended by the report of the Deep Waterways Commission transmitted by the President to Congress January eighteenth, eighteen hundred and ninety-seven, one hundred and fifty thousand dollars. Such examinations and surveys shall be made by a board of three engineers, to be designated by the President, one of whom may be detailed from the Engineer
</div>
</div>

EXHIBIT 20
Page 40 of 52

Corps of the Army, one from the Coast and Geodetic Survey, and one shall be appointed from civil life.

That for the purpose of ascertaining the character and value of the improvements made at the Pass of Aransas, on the Gulf coast of Texas, by the Aransas Pass Harbor Company, a board of three engineers shall be appointed by the President, from the Engineer Corps of the Army; and such board shall personally make examination of the work done by said company for the purpose of deepening the channel and removing the bar at or near said Pass of Aransas. *Pass of Aransas, Texas. Board to examine improvements.*

It shall be the duty of the board so constituted to report the depth of water upon the bar at the time of their examination; the character of the work done and the cost of same; the character and cost of any unfinished work contracted to be done by said company; the probable result upon the deepening of the channel across the bar of any work contracted for or contemplated by said company, but not then finished; the value to the Government of all work done or contracted to be done by said company for the purpose of deepening said channel or removing said bar, and such other information as they may deem essential to be known to Congress in making future provision for the purchase of said works by the United States Government. *Duties.*

Said board shall report the result of their investigation to the Secretary of War on or before the first Monday in December, eighteen hundred and ninety-seven, and the Secretary shall immediately transmit the report to Congress; and.five thousand dollars, or so much thereof as may be necessary, is hereby appropriated to pay the expenses of the said board and for the services of the said engineers, the amount of such compensation for said services to be fixed by the Secretary of War. *Report.*

MEMORIAL BRIDGE ACROSS POTOMAC RIVER: To enable the Chief of Engineers of the Army to make the necessary surveys, soundings, and borings, and for securing designs and estimates for a memorial bridge from the most convenient point of the Naval Observatory grounds, or adjacent thereto, across the Potomac River to the most convenient point of the Arlington estate property, two thousand five hundred dollars. *Memorial bridge, Potomac River.*

## NATIONAL HOME FOR DISABLED VOLUNTEER SOLDIERS.

*National Home for Disabled Volunteer Soldiers.*

For the support of the National Home for Disabled Volunteer Soldiers, as follows:

AT THE CENTRAL BRANCH, AT DAYTON, OHIO: For current expenses, namely: Pay of officers and noncommissioned officers of the Home, clerks, and orderlies, with such exceptions as are hereinafter noted; also payments for chaplains and religious instruction, printers, bookbinders, librarians, musicians, telegraph and telephone operators, guards, policemen, watchmen, and fire company; for all property and materials purchased for their use, including repairs not done by the Home; for necessary expenditures for articles of amusement, boats, library books, magazines, papers, pictures, and musical instruments, and for repairs not done by the Home; and for stationery, advertising, legal advice, and for such other expenditures as can not properly be included under other heads of expenditure, fifty-eight thousand dollars; *Dayton, Ohio.*

For subsistence, namely: Pay of commissary sergeants, commissary clerks, porters, laborers, bakers, cooks, dishwashers, waiters, and others employed in the subsistence department; the cost of all articles purchased for the regular ration, their freight, preparation, and serving; aprons, caps, and jackets for kitchen and dining-room employees; of tobacco; of all dining-room and kitchen furniture and utensils, bakers' and butchers' tools and appliances, and their repair not done by the Home, two hundred and eighty thousand dollars; *Subsistence.*

For household, namely: Expenditures for furniture for officers' quarters; for bedsteads, bedding, bedding material, and all other articles required in the quarters of the members, and for their repair if they *Household.*

EXHIBIT 20
Page 41 of 52

52                    ·        FIFTY-FIFTH CONGRESS.  Sess. I.  Ch. 2.  1897.

are not repaired by the Home; for fuel, including fuel for cooking, heat, and light; for engineers and firemen, bathhouse keepers, hall cleaners, laundrymen, gas and soap makers, and privy watchmen, and for all labor, materials, and appliances required for household use, and for their repairs unless the repairs are made by the Home, one hundred thousand dollars;

Hospital  For hospital, namely: Pay of assistant surgeons, matrons, druggists, hospital clerks and stewards, ward masters, nurses, cooks, waiters, readers, hospital carriage drivers, hearse drivers, gravediggers, funeral escort, and for such other services as may be necessary for the care of the sick; for surgical instruments and appliances, medical books, medicine, liquors, fruits, and other necessaries for the sick not on the regular ration; for bedsteads, bedding, and bedding materials, and all other articles necessary for the wards; for hospital kitchen and dining room furniture, and appliances, including aprons, caps, and jackets for hospital kitchen and dining room employees; carriage, hearse, stretchers, coffins; for tools of gravediggers, and for all repairs to hospital furniture and appliances not done by the Home, fifty-five thousand dollars;

Transportation.  For transportation, namely: For transportation of members of the Home, one thousand five hundred dollars;

Repairs, construction, etc.  For repairs, namely: Pay of chief engineer, builders, blacksmiths, carpenters, cabinetmakers, coopers, painters, gas fitters, plumbers, tinsmiths, wire-workers, steam fitters, stone and brick masons, quarrymen, whitewashers, and laborers; and for all appliances and materials used under this head, also for repairs ot roads and of other improvements of a permanent character, fifty thousand dollars;

For brick water-closet building, one thousand seven hundred dollars;
For building for out-ward of hospital, six thousand dollars;

Farm.  For farm, namely: Pay of farmer, chief gardener, harness makers, farm hands, gardeners, horseshoers, stablemen, teamsters, dairymen, herders, and laborers, and for all tools, appliances, and materials required for farm, garden, and dairy work; for grain, hay, straw, dressing seed, carriages, wagons, carts, and other conveyances; for all animals purchased for stock or for work (including animals in the park); for all materials, tools, and labor for flower garden, lawn, and park; and for repairs not done by the Home, fifteen thousand dollars;

In all, five hundred and sixty-seven thousand two hundred dollars.  ·

Milwaukee, Wis. Current expenses.  At the Northwestern Branch, at Milwaukee, Wisconsin: For current expenses, including the same objects specified under this head for the Central Branch, twenty-nine thousand dollars;

Subsistence.  For subsistence, including the same objects specified under this head for the Central Branch, one hundred and twenty-nine thousand dollars;

Household.  For household, including the same objects specified under this head for the Central Branch, fifty-nine thousand dollars;

Hospital.  For hospital, including the same objects specified under this head for the Central Branch, thirty thousand dollars;

Transportation.  For transportation of members of the Home, one thousand five hundred dollars;

Repairs, etc.  For repairs, including the same objects specified under this head for the Central Branch, twenty thousand dollars;

Farm.  For farm, including the same objects specified under this head for the Central Branch, eight thousand dollars;

In all, two hundred and seventy-six thousand five hundred dollars.

Togus, Me.  At the Eastern Branch, at Togus, Maine: For current expenses, including the same objects specified under this head for the Central Branch, twenty-three thousand dollars;

Subsistence.  For subsistence, including the same objects specified under this head for the Central Branch, one hundred and seventeen thousand dollars;

Household.  For household, including the same objects specified under this head for the Central Branch, fifty-two thousand dollars;

Hospital.  For hospital, including the same objects specified under this head for the Central Branch, twenty-five thousand eight hundred dollars;

EXHIBIT 20
Page 42 of 52

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897. 53

For transportation of members of the Home, one thousand five hundred dollars; <span style="float:right">Transportation.</span>

For repairs, including the same objects specified under this head for the Central Branch, eighteen thousand five hundred dollars; <span style="float:right">Repairs, etc.</span>

For new mess hall and refrigerator, fifteen thousand dollars;

For reimbursement for amount advanced for rebuilding coal shed and wharf, four thousand dollars;

For farm, including the same objects specified under this head for the Central Branch, nine thousand dollars; <span style="float:right">Farm.</span>

In all, two hundred and sixty-five thousand eight hundred dollars.

AT THE SOUTHERN BRANCH, AT HAMPTON, VIRGINIA: For current expenses, including the same objects specified under this head for the Central Branch, twenty-eight thousand dollars; <span style="float:right">Hampton, Va.</span>

For subsistence, including the same objects specified under this head for the Central Branch, one hundred and ninety thousand dollars; <span style="float:right">Subsistence.</span>

For household, including the same objects specified under this head for the Central Branch, sixty thousand dollars; <span style="float:right">Household.</span>

For hospital, including the same objects specified under this head for the Central Branch, twenty-seven thousand five hundred dollars; <span style="float:right">Hospital.</span>

For transportation of members of the Home, two thousand dollars; <span style="float:right">Transportation.</span>

For repairs, including the same objects specified under this head for the Central Branch, twenty-five thousand dollars; <span style="float:right">Repairs, etc.</span>

For enlarging ice plant, five thousand five hundred dollars;

For farm, including the same objects specified under this head for the Central Branch, twelve thousand dollars; <span style="float:right">Farm.</span>

In all, three hundred and fifty thousand dollars.

AT THE WESTERN BRANCH, AT LEAVENWORTH, KANSAS: For current expenses, including the same objects specified under this head for the Central Branch, twenty-six thousand dollars; <span style="float:right">Leavenworth, Kans.</span>

For subsistence, including the same objects specified under this head for the Central Branch, one hundred and thirty-six thousand dollars; <span style="float:right">Subsistence.</span>

For household, including the same objects specified under this head for the Central Branch, fifty-seven thousand five hundred dollars; <span style="float:right">Household.</span>

For hospital, including the same objects specified under this head for the Central Branch, twenty-seven thousand five hundred dollars; <span style="float:right">Hospital.</span>

For transportation of members of the Home, two thousand five hundred dollars; <span style="float:right">Transportation.</span>

For repairs, including the same objects specified under this head for the Central Branch, twenty-two thousand dollars; <span style="float:right">Repairs, etc.</span>

For steam boilers, six hundred horsepower, eleven thousand five hundred dollars;

For guardhouse, two thousand five hundred dollars;

For addition to paint shop, one thousand six hundred dollars;

For farm, including the same objects specified under this head for the Central Branch, eight thousand dollars; <span style="float:right">Farm.</span>

In all, two hundred and ninety-five thousand one hundred dollars.

AT THE PACIFIC BRANCH, AT SANTA MONICA, CALIFORNIA: For current expenses, including the same objects specified under this head for the Central Branch, twenty thousand dollars; <span style="float:right">Santa Monica, Cal.</span>

For subsistence, including the same objects specified under this head for the Central Branch, ninety thousand dollars; <span style="float:right">Subsistence.</span>

For household, including the same objects specified under this head for the Central Branch, thirty-two thousand dollars; <span style="float:right">Household.</span>

For hospital, including the same objects specified under this head for the Central Branch, twenty thousand dollars: <span style="float:right">Hospital.</span>

For transportation of members of the Home, three thousand dollars; <span style="float:right">Transportation.</span>

For repairs, including the same objects specified under this head for the Central Branch, twenty-three thousand dollars; <span style="float:right">Repairs, etc.</span>

For quarters for women nurses, three thousand five hundred dollars; <span style="float:right">Post, p. 639.</span>

For two additional boilers, three thousand dollars;

For additional water supply, ten thousand dollars;

For farm, including the same objects specified under this head for the Central Branch, nine thousand dollars; <span style="float:right">Farm.</span>

EXHIBIT 20
Page 43 of 52

·54                FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

In all, two hundred and thirteen thousand five hundred dollars.

Marion, Ind.

AT THE MARION BRANCH, AT MARION, INDIANA: For current expenses, including the same objects specified under this head for the Central Branch, twenty-three thousand dollars;

Subsistence.

For subsistence, including the same objects specified under this head for the Central Branch, ninety thousand dollars;

Household.

For household, including the same objects specified under this head for the Central Branch, seventeen thousand five hundred dollars;

Hospital.

For hospital, including the same objects specified under this head for the Central Branch, twenty thousand dollars;

Transportation.

For transportation, including the same objects specified under this head for the Central Branch, one thousand dollars;

Repairs, construction, etc.

For repairs, including the same objects specified under this head for the Central Branch, and three hundred dollars for rent of leased land, fifteen thousand dollars: *Provided*, That no part of the appropriations for repairs for any of the Branch Homes shall be used for the construction of any new building;

*Proviso.*
New buildings.

Farm.

For farm, including the same objects specified under this head for the Central Branch, six thousand dollars;

For new barn, three thousand five hundred dollars;

For electric-light plant, ten thousand dollars;

For lodge and gateway, two thousand dollars;

In all, one hundred and eighty-eight thousand dollars.

Clothing for all branches.

For clothing for all of the Branches, namely: Expenditures for clothing, underclothing, hats, caps, boots, shoes, socks, and overalls; also all sums expended for labor, materials, machines, tools, and appliances employed and for use in the tailor shops, knitting shops, and shoe shops, or other Home shops, in which any kind of clothing is made or repaired, two hundred and twenty thousand dollars.

Salaries, etc., Board of Managers.

For salaries for officers and employees of the Board of Managers, and for outdoor relief and incidental expenses, namely:

R. S., sec. 4827, p. 936.

For president of the Board of Managers, four thousand dollars; secretary of the Board of Managers, two thousand dollars; one general treasurer, who shall not be a member of the Board of Managers, three thousand dollars; one inspector-general, two thousand five hundred dollars; one assistant inspector-general, two thousand dollars; clerical services for the offices of the president and general treasurer, five thousand five hundred dollars; messenger service for president's office, one hundred and forty-four dollars; messenger service for secretary's office, fifty-two dollars; clerical services for managers, two thousand four hundred dollars; agents, two thousand four hundred dollars; for traveling

Expenses.

expenses of the Board of Managers, their officers and employees, eleven thousand five hundred dollars; for outdoor relief, one thousand seven hundred and fifty dollars; for rent, medical examinations, stationery, telegrams, and other incidental expenses, three thousand dollars; in all, forty thousand two hundred and forty-six dollars.

Danville, Ill. Branch Home.
*Post,* p. 668.

To enable the Board of Managers of the National Home for Disabled Volunteer Soldiers to locate, establish, and construct a Branch of the National Home for Disabled Volunteer Soldiers within the limits of the town of Danville, in the County of Vermilion, State of Illinois, and for each and every purpose connected with such erection, establishment, and construction, to be immediately available, one hundred and fifty thousand dollars.

In all, two million five hundred and sixty-six thousand three hundred and forty-six dollars. All supplies for the National Home for Disabled Volunteer Soldiers shall be purchased, shipped, and distributed as may be directed by the Board of Managers.

Soldiers' Home, D. C. Medical, etc., supplies.

SOLDIERS' HOME, DISTRICT OF COLUMBIA: That hereafter, upon proper application therefor, the Medical Department of the Army is authorized to sell medical and hospital supplies at its contract prices to the Soldiers' Home in the District of Columbia.

State or Territorial Homes.

STATE OR TERRITORIAL HOMES: For continuing aid to State or Territorial homes for the support of disabled volunteer soldiers in

EXHIBIT 20
Page 44 of 52

conformity with the Act approved August twenty-seventh, eighteen hundred and eighty-eight, eight hundred and twenty-five thousand dollars: *Provided*, That one-half of any sum or sums retained by State homes on account of pensions received from inmates shall be deducted from the aid herein provided for.

Vol. 25, p. 450.

*Proviso.*
Deductions.

BACK PAY AND BOUNTY: For payment of amounts for arrears of pay of two and three year volunteers that may be certified to be due by the accounting officers of the Treasury during the fiscal year eighteen hundred and ninety-eight, three hundred and twenty-five thousand dollars.

Arrears of pay.

For payment of amounts for bounty to volunteers and their widows and legal heirs that may be certified to be due by the accounting officers of the Treasury during the fiscal year eighteen hundred and ninety-eight, one hundred and ninety thousand dollars.

Bounty.

For payment of amounts for bounty under the Act of July twenty-eighth, eighteen hundred and sixty-six, that may be certified to be due by the accounting officers of the Treasury during the fiscal year eighteen hundred and ninety-eight, twenty-two thousand dollars.

Additional bounty.
Vol. 14, p. 322.

For payment of amounts for commutation of rations to prisoners of war in rebel States, and to soldiers on furlough, that may be certified to be due by the accounting officers of the Treasury during the fiscal year eighteen hundred and ninety-eight, four thousand dollars.

Commutation of rations.

## UNDER THE DEPARTMENT OF JUSTICE.

Department of Justice.

COURT-HOUSE, WASHINGTON, DISTRICT OF COLUMBIA: For annual repairs, per estimate of the Architect of the Capitol, one thousand dollars.

Court-house, D. C.

For repairing vault, procuring and placing metallic shelving, file holders, and so forth, office of the register of wills, as per estimate of Architect of the Capitol, two thousand dollars.

### MISCELLANEOUS.

Miscellaneous.

DEFENDING SUITS IN CLAIMS AGAINST THE UNITED STATES: For defraying the necessary expenses incurred in the examination of witnesses and procuring of evidence in the matter of claims against the United States, and in defending suits in the Court of Claims, including the payment of such expenses as in the discretion of the Attorney-General shall be necessary for making proper defense for the United States in the matter of French spoliation claims, to be expended under the direction of the Attorney-General, forty thousand dollars.

Defending suits in claims.

French spoliation claims.

PUNISHING VIOLATIONS OF THE INTERCOURSE ACTS AND FRAUDS: For detecting and punishing violations of the intercourse acts of Congress and frauds committed in the Indian service, the same to be expended by the Attorney-General in allowing such fees and compensation of witnesses, jurors, marshals and deputies, and agents, and in collecting evidence, and in defraying such other expenses as may be necessary for this purpose, four thousand dollars.

Punishing violations of intercourse acts.
Indian service.

PROSECUTION OF CRIMES: For the detection and prosecution of crimes against the United States, preliminary to indictment; for the investigation of official acts, records, and accounts of officers of the courts, including the investigation of the accounts of marshals, attorneys, clerks of the United States courts, and United States commissioners, under the direction of the Attorney-General, and for this purpose all the records and dockets of these officers, without exception, shall be examined by his agents at any time, thirty-five thousand dollars.

Prosecution of crimes.

PROSECUTION AND COLLECTION OF CLAIMS: For the prosecution and collection of claims due the United States, to be expended under the direction of the Attorney-General, five hundred dollars.

Prosecution and collection of claims.

TRAVELING EXPENSES, TERRITORY OF ALASKA: For the actual and necessary expenses of the judge, clerk, marshal, and attorney, when traveling in the discharge of their official duties, five hundred dollars.

Alaska.
Traveling expenses.

EXHIBIT 20
Page 45 of 52

56    FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.

Rent, etc.

RENT AND INCIDENTAL EXPENSES, TERRITORY OF ALASKA: For rent of offices for the marshal, district attorney, and commissioners; furniture, fuel, books, stationery, and other incidental expenses, two thousand dollars.

Defense in Indian depredation claims.

DEFENSE IN INDIAN DEPREDATION CLAIMS: For salaries and expenses in defense of the Indian depredation claims, fifty-two thousand dollars.

Mission Indians, special attorney.

COUNSEL FOR MISSION INDIANS: To enable the Attorney-General to employ a special attorney for the Mission Indians of southern California, upon the recommendation of the Secretary of the Interior, one thousand dollars.

Walla Walla, Wash. Wing to penitentiary building.

That the Secretary of the Interior be, and is hereby, authorized to apply the sum of twenty-five thousand four hundred and forty-six dollars and ninety-three cents, being balance remaining unexpended of the appropriation made by the "Act making appropriations to supply deficiencies in the appropriations for the fiscal year ending June thirtieth, eighteen hundred and ninety-three, and for prior years, and for other purposes," approved March third, eighteen hundred and ninety-three, for the purchase of a site in the State of Washington and for the erection of a penitentiary thereon, to the construction of a wing to the penitentiary building at Walla Walla, in the State of Washington.

Vol. 27, p. 661.

That the Secretary of the Interior be, and is hereby, authorized to convey the land already purchased under the said Act to the State of Washington and to transfer to the said State of Washington the penitentiary building when completed.

Judicial.

## JUDICIAL.

United States courts.

### UNITED STATES COURTS.

Expenses.

EXPENSES OF THE UNITED STATES COURTS: For defraying the expenses of the Supreme Court; of the circuit and district courts of the United States; of the supreme court and court of appeals of the District of Columbia; of the district court of Alaska; of the courts in the Indian Territory; of the circuit courts of appeals; of the Court of Private Land Claims; of suits and preparations for or in defense of suits in which the United States is interested; of the prosecution of offenses committed against the United States; and in the enforcement of the laws of the United States; specifically the expenses stated under the following appropriations, namely:

Marshals' salaries, etc. Vol. 29, p. 181.

For payment of salaries, fees, and expenses of United States marshals and their deputies, one million two hundred thousand dollars, to include payments for services rendered in behalf of the United States or otherwise.

District attorneys, etc. Vol. 29, p. 180.

For salaries of United States district attorneys and expenses of United States district attorneys and their regular assistants, three hundred and sixty thousand dollars.

U. S. attorney, D. C.

For fees of United States district attorney for the District of Columbia, twenty-three thousand eight hundred dollars.

Regular assistants to U. S. attorneys.

For payment of regular assistants to United States district attorneys, who are appointed by the Attorney-General, at a fixed annual compensation, one hundred and forty thousand dollars.

Special assistants.

For payment of assistants to United States district attorneys employed by the Attorney-General to aid district attorneys in special cases, fifty thousand dollars.

Clerks' fees.

For fees of clerks, three hundred and fifty thousand dollars.

U.S. Commissioners. R. S., sec. 1014, p. 189.

For fees of United States commissioners, and justices of the peace acting under section ten hundred and fourteen, Revised Statutes of the United States, three hundred thousand dollars.

Alaska. Additional commissioners. Post, p. 114.

The President shall appoint not more than four additional commissioners in and for the District of Alaska, who shall reside at points designated by him for the purpose, respectively, and who shall have

EXHIBIT 20
Page 46 of 52

the same powers, duties, fees, and salaries as the present commissioners for that District.

The marshal for the District of Alaska shall appoint one additional deputy marshal to reside at each point where an additional commissioner shall be located by the President as aforesaid, said deputies to have the same powers, duties, fees, and salary as the present deputy marshals for that District.  *Additional deputy marshals.* *Post, p. 114.*

For fees of jurors, five hundred thousand dollars, of which sum one hundred thousand dollars shall be immediately available.  *Jurors' fees.*

For fees of witnesses, seven hundred thousand dollars.  *Witnesses' fees.*

For support of United States prisoners, including necessary clothing and medical aid, and transportation to place of conviction, or place of bona fide residence in the United States, and including support of prisoners becoming insane during imprisonment, as well before as after conviction, and continuing insane after expiration of sentence, who have no friends to whom they can be sent, seven hundred thousand dollars.  *Support of prisoners.*

For the support of the United States Penitentiary at Fort Leavenworth, Kansas, as follows: For subsistence, including supplies for prisoners, warden, deputy warden, and superintendent of industries, tobacco for prisoners, kitchen and dining-room furniture and utensils, and for farm and garden seeds and implements, and for purchase of ice if necessary, twenty-five thousand five hundred dollars;  *U. S. penitentiary, Fort Leavenworth, Kans.* *Subsistence.*

For clothing, transportation, rewards, and traveling expenses, including such clothing as can be made at the penitentiary, and for the usual gratuities as provided by law to prisoners at release, for expenses of penitentiary officials while traveling on duty, for expenses incurred pursuing escaped prisoners, and for rewards for their recapture, thirteen thousand dollars;  *Clothing, etc.*

For fuel, forage, hay, light and water, stationery, advertising, and so forth, including purchase of fuel for generating steam, heating apparatus, burning bricks and lime, forage for issue to public animals and hay or straw for bedding; stationery, blank books, blank forms, typewriting supplies for use in offices and prisoners' school, pencils and memorandum books for guards, books for use in chapel, paper, envelopes, and postage stamps for issue to prisoners; for labor and materials for repairing steam-heating plant and water circulation and drainage; for general supplies, machinery and tools for use in shops, brickyard, quarry, limekiln, laundry, bathrooms, printing office, photograph gallery, stables, policing buildings and grounds; for the purchase of horses, mules, wagons, harness, veterinary supplies, lubricating oils, office furniture, stoves, iron bunks, blankets, bed sacks, paints and oils, library books, newspapers and periodicals, and electrical supplies; for payment of water supply, telegrams, telephone service, notarial and veterinary services; for advertising in newspapers, proposals for supplies, and other necessary advertisements, and for miscellaneous expenditures which can not properly be included under the heads of expenditures, twenty-five thousand dollars;  *Fuel, light, water miscellaneous, etc.*

For hospital supplies, including purchase of medicines, medical and surgical supplies, and all other articles required for the care and treatment of sick prisoners, and for expenses of interment of deceased prisoners, one thousand dollars;  *Hospital.*

For salaries, including pay of officials and employees, as follows: Warden, three thousand five hundred dollars; deputy warden, two thousand dollars; chaplain, one thousand five hundred dollars; physician, nine hundred dollars; hospital steward, nine hundred dollars; chief clerk, one thousand eight hundred dollars; bookkeeper, one thousand two hundred dollars; stenographer, nine hundred dollars; storekeeper and steward, nine hundred dollars; superintendent of farm and transportation, one thousand dollars; superintendent of industries, one thousand five hundred dollars; janitor and messenger, six hundred dollars; organist at chapel, fifty-two dollars; captains of watch, one thousand eight hundred dollars; guards, thirty-six thousand dollars;  *Salaries.*

EXHIBIT 20
Page 47 of 52

58                    FIFTY-FIFTH CONGRESS.  SESS. I.  CH. 2.  1897.

two teamsters, nine hundred and sixty dollars; engineer, one thousand
two hundred dollars; assistant engineer and electrician, nine hundred
dollars; in all, fifty-seven thousand six hundred and twelve dollars;

Repairs, etc.       For industries and repairs, including employment of foremen, machin-
ist, shoemaker, harness maker, brickmaker, carpenter, blacksmith, stone
mason, tailor, and tinner, when necessary, and for the purchase of mate-
rials for construction and repair of penitentiary buildings, eight thou-
sand six hundred dollars;

In all, one hundred and thirty thousand seven hundred and twelve
dollars.

Site for new build-     To establish a site and for the erection of a penitentiary on the mili-
ings on military reser-
vation, etc.        tary reservation at Fort Leavenworth, Kansas, and for other purposes
Vol. 29, p. 380.    incident thereto, under the Act of June tenth, eighteen hundred and
ninety-six, fifty thousand dollars.

Rent.                For rent of United States court rooms, ninety thousand dollars.

Bailiffs, etc.       For pay of bailiffs and criers, not exceeding three bailiffs and one
Proviso.            crier in each court, except in the southern district of New York: *Pro-
Actual attendance.  vided*, That all persons employed under section seven hundred and
R. S., sec. 715, p. 136.
                    fifteen of the Revised Statutes shall be deemed to be in actual attend-
ance when they attend upon the order of the courts: *And provided*
Vacation, etc.      *further*, That no such person shall be employed during vacation; of
reasonable expenses for travel and attendance of district judges directed
to hold court outside of their districts, not to exceed ten dollars per
day each, to be paid on written certificates of the judges, and such
payments shall be allowed the marshal in the settlement of his
accounts with the United States; expenses of judges of the circuit
courts of appeals; of meals and lodgings for jurors in United States
cases, and of bailiffs in attendance upon the same, when ordered by
the court; and of compensation for jury commissioners, five dollars per
day, not exceeding three days for any one term of court, one hundred
and fifty thousand dollars.

Commissioners to        That the President, with the advice and consent of the Senate, shall
revise and codify
criminal, etc., laws,   appoint three commissioners whose duty it shall be, under the direc-
U. S.               tion of the Attorney-General, to revise and codify the criminal and
penal laws of the United States.

Reports.                That they shall proceed with their work as rapidly as may be con-
sistent with thoroughness, and shall report the result of their labors to
the Attorney-General when completed, to be by him laid before Con-
gress, and shall make such other reports during the progress of their
work as they shall see fit to the Attorney-General, to be laid before
Congress at his discretion.

Change in existing      That their report shall be so made as to indicate any proposed change
law, etc.           in the substance of existing law, and shall be accompanied by notes
which shall briefly and clearly state the reasons for any proposed
change.

Salary and expenses.    That each of said commissioners shall receive a salary of five thou-
sand dollars a year, which, as also a sum sufficient to pay the expenses
of the commissioners, to be approved and certified to by the Attorney-
General, is hereby appropriated out of any money in the Treasury not
otherwise appropriated.

Miscellaneous.          For payment of such miscellaneous expenses as may be authorized
by the Attorney-General, for the United States courts and their officers,
including the furnishing and collecting of evidence where the United
States is or may be a party in interest, and moving the records, two
hundred thousand dollars.

Indian Territory.       For salaries and expenses of clerks, commissioners, and constables,
Salaries, etc.      and expenses of judges, in the Indian Territory, seventy-five thousand
dollars.

State Department.                      UNDER THE STATE DEPARTMENT.

Printing certified      To pay the expenses of printing, in compliance with the require-
copies electoral vote.
Vol. 24, p. 373.    ments of the Act of February third, eighteen hundred and eighty-
seven, the certified copies of the final ascertainment of the electors for

EXHIBIT 20
Page 48 of 52

FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2. 1897.          59

President and Vice-President of the United States, as transmitted by
the executive of each State to the Secretary of State, one thousand
five hundred dollars, or so much thereof as may be necessary.

PUBLICATION OF INTERNATIONAL CATALOGUE OF EXPORTS AND
IMPORTS: For completion of the compilation and publication, under
the direction of the Secretary of State, of a uniform nomenclature of
articles of merchandise; exported and imported, in the English, Span-
ish, and Portuguese languages, as provided by the International
American Conference, five thousand dollars.

NICARAGUA CANAL COMMISSION: To continue the surveys and
examinations authorized by the Act approved March second, eighteen
hundred and ninety-five, entitled "An Act making appropriations for
the sundry civil expenses of the Government for the fiscal year ending
June thirtieth, eighteen hundred and ninety-six, and for other pur-
poses," into the proper route, the feasibility and cost of construction
of the Nicaragua Canal, with the view of making complete plans for
the entire work of construction of such canal as therein provided, one
hundred and fifty thousand dollars; and to carry out this purpose the
President of the United States is authorized to appoint, by and with
the advice and consent of the Senate, a commission to consist of one
engineer from the Corps of Engineers of the United States Army, one
officer of the Navy, who may be taken from the active or retired lists,
and one engineer from civil life, said commission to have all the powers
and duties conferred upon the commission provided for in said Act.

INTERNATIONAL CONFERENCE OF THE RED CROSS: For necessary
expenses of delegates to represent the United States at the Interna-
tional Conference of the Red Cross to be held at Vienna, Austria,
between the twentieth and thirtieth days of September, eighteen hun-
dred and ninety-seven, one thousand five hundred dollars, and for con-
tribution on the part of the United States toward the expenses of said
conference, five hundred dollars; in all, two thousand dollars, to be
expended under the direction and in the discretion of the Secretary of
State.

### UNDER THE POST-OFFICE DEPARTMENT.

The Postmaster-General is hereby authorized and directed to pay to
W. B. Cooley, late chief clerk of the Post-Office Department, and
James R. Ash, chief of the division of correspondence therein, out of
the appropriation of forty thousand three hundred and sixty-five dollars,
made by the Act approved March third, eighteen hundred and ninety-
one, for a new edition of the Postal Laws and Regulations, the sum of two
thousand dollars, in such shares as he may deem proper, for preparing,
compiling, codifying, and editing the said edition of Postal Laws and
Regulations, and for making a new index thereto, the work having
been done outside of office hours and at night, by direction of the
Postmaster-General, and for this purpose said sum of two thousand
dollars is hereby reappropriated.

### UNDER LEGISLATIVE.

STATEMENT OF APPROPRIATIONS: For preparation, under the direc-
tion of the Committees on Appropriations of the Senate and House of
Representatives, of the statements showing appropriations made, new
offices created, offices the salaries of which have been omitted, increased,
or reduced, together with a chronological history of the regular appro-
priation bills passed during the second session of the Fifty-fourth
Congress, as required by the Act approved October nineteenth, eighteen
hundred and eighty-eight, one thousand two hundred dollars, to be paid
to the persons designated by the chairmen of said committees to do
said work.

To enable the Secretary of the Senate and the Clerk of the House of
Representatives to pay to the officers and employees of the Senate and
House borne on the annual and session rolls on the first day of February,

International cata-
logue of exports and
imports.

Nicaragua Canal.
Commission to con-
tinue surveys, etc.
Vol. 28, p. 942.

International Con-
ference of the Red
Cross.

Post-Office Depart-
ment.

W. B. Cooley and
James R. Ash, pay-
ment to.

Vol. 26, p. 880.

Legislative.

Statement of ap-
propriations.

Vol. 25, p. 587.

One month's extra
pay to employees Sen-
ate and House of Rep-
resentatives.

EXHIBIT 20
Page 49 of 52

60                     FIFTY-FIFTH CONGRESS. SESS. I. CH. 2. 1897.

eighteen hundred and ninety-seven, including the Capitol police, the official reporters of the Senate and of the House, and W. A. Smith, Congressional Record clerk, for extra services during the Fifty-fourth Congress, a sum equal to one month's pay at the compensation then paid them by law, the same to be immediately available.

W. A. Smith.

SENATE: For compensation of the officers, clerks, messengers, and others in the service of the Senate, namely: Sixteen pages for the Senate Chamber, at the rate of two dollars and fifty cents per day each during the session, four thousand seven hundred and sixty dollars, or so much thereof as may be necessary, to be immediately available.

Senate.
Compensation, etc.

HOUSE OF REPRESENTATIVES: To enable the Clerk of the House of Representatives to pay J. B. Holloway for services rendered the Committee on War Claims in compiling and arranging for the printer, laws and decisions of the courts relating to war claims, and indexing the same, two thousand dollars.

House of Representatives.
J. B. Holloway, payment to.

BOTANIC GARDEN: For glazing with plate glass the eastern portion of roof of main conservatory, and for granolithic pavement, and for repairs to asphalt pavements, and for Seneca pavement; and for general repairs to buildings and heating apparatus of the same under the direction of the Joint Committee on the Library, five thousand five hundred dollars.

Botanic Garden.

Repairs.

PUBLIC PRINTING AND BINDING: For the public printing, for the public binding, and for paper for the public printing, including the cost of printing the debates and proceedings of Congress in the Congressional Record, and for lithographing, mapping, and engraving for both Houses of Congress, the Supreme Court of the United States, the supreme court of the District of Columbia, the Court of Claims, the Library of Congress, the Executive Office, and the Departments, including salaries or compensation of all necessary clerks and employees, for labor (by the day, piece, or contract), and for rents and all the necessary materials which may be needed in the prosecution of the work, two million nine hundred and ninety-two thousand dollars; and from the said sum hereby appropriated printing and binding shall be done by the Public Printer to the amounts following, respectively, namely:

Public printing and binding.

Amount.

For printing and binding for Congress, including the proceedings and debates, and for rents, one million five hundred and twenty-nine thousand five hundred dollars. And printing and binding for Congress chargeable to this appropriation, when recommended to be done by the Committee on Printing of either House, shall be so recommended in a report containing an approximate estimate of the cost thereof, together with a statement from the Public Printer of estimated approximate cost of work previously ordered by Congress, within the fiscal year for which this appropriation is made.

Allotment of appropriation.

For the State Department, eighteen thousand dollars.

For the Treasury Department, including not exceeding twenty thousand nine hundred and thirty-five dollars for the Coast and Geodetic Survey, two hundred and eighty-five thousand dollars.

For the War Department, one hundred and thirty thousand dollars, of which sum twelve thousand dollars shall be for the index catalogue of the library of the Surgeon-General's Office.

For the Navy Department, seventy thousand dollars, including not exceeding twelve thousand dollars for the Hydrographic Office.

For the Interior Department, including the Civil Service Commission, two hundred and seventy-eight thousand dollars, including not exceeding ten thousand dollars for rebinding tract books for the General Land Office.

For the Smithsonian Institution, for printing labels and blanks for the "Bulletins" and annual volumes of the "Proceedings" of the National Museum, the editions of which shall not be less than three thousand copies, and binding scientific books and pamphlets presented to and acquired by the National Museum Library, twelve thousand dollars.

EXHIBIT 20
Page 50 of 52

For the United States Geological Survey, as follows:

For engraving the illustrations necessary for the report of the Director, seven thousand dollars;

For engraving the illustrations necessary for the monographs and bulletins, ten thousand dollars;

For printing and binding the monographs and bulletins, twenty thousand dollars;

In the sundry civil Act approved March second, eighteen hundred and ninety-five, under the head of engraving the illustrations necessary for the report of the Director, and for printing advance copies of papers on economic resources, that provision which restricts the amount to be expended for the paper, printing, and binding of the pamphlets therein mentioned, in the following words: "Shall not exceed two thousand dollars," is hereby amended by striking out "two thousand dollars" and inserting "three thousand five hundred dollars," so that the clause shall read: "The entire cost of paper, printing, and binding of said pamphlets shall hereafter not exceed three thousand five hundred dollars." *Vol. 28, p. 960.* *Increase of appropriation for certain pamphlets U. S. Geological Survey.*

For the Department of Justice, nine thousand dollars.

For the Post-Office Department, exclusive of the Money-Order Office, one hundred and ninety-five thousand dollars.

For the Department of Agriculture, including ten thousand dollars for the Weather Bureau, eighty-five thousand dollars.

For the Department of Labor, seven thousand dollars. There shall be printed fifteen thousand copies of each issue of the bulletin of the Department of Labor, authorized March second, eighteen hundred and ninety-five.

For the Supreme Court of the United States, nine thousand dollars, to be expended under the direction of that court, of which sum two thousand dollars to be immediately available; and the printing for that court shall be done by the printer it may employ, unless it shall otherwise order.

For the supreme court of the District of Columbia, one thousand five hundred dollars.

For the Court of Claims, twelve thousand dollars.

For the Library of Congress, twelve thousand dollars.

For the Executive Office, two thousand dollars.

For printing and binding the annual report of the Secretary of Agriculture, as required by the Act approved January twelfth, eighteen hundred and ninety-five, three hundred thousand dollars, or so much thereof as may be necessary. *Agricultural Report.* *Vol. 28, p. 612.*

And no more than an allotment of one-half of the sum hereby appropriated shall be expended in the first two quarters of the fiscal year, and no more than one-fourth thereof may be expended in either of the last two quarters of the fiscal year, except that, in addition thereto, in either of said last quarters, the unexpended balances of allotments for preceding quarters may be expended: *Provided*, That so much as may be necessary for printing and binding the annual report of the Secretary of Agriculture, as required by the Act approved January twelfth, eighteen hundred and ninety-five, shall not be included in said allotments. *Division of appropriation.* *Proviso. Agricultural Report excepted.*

To enable the Public Printer to comply with the provisions of the law granting thirty days' annual leave to the employees of the Government Printing Office, two hundred and ten thousand dollars, or so much thereof as may be necessary. *Government Printing Office. Leaves of absence.*

For two additional boilers, to be placed in the new boiler house, to be immediately available, twenty thousand dollars. *Additional boilers.*

That the Joint Committee on Printing shall cause to be prepared requisite plans for the necessary additions and improvements to the Government Printing Office which shall be fully adequate to meet all the present and future requirements of the Government. *Plans for additions.*

That there be printed the compilation known as Messages and Papers of the Presidents, by James D. Richardson, a Representative from the State of Tennessee, fifteen thousand copies, of which five thousand copies shall be for the Senate and ten thousand copies for the *"Messages and Papers of the Presidents."*

EXHIBIT 20
Page 51 of 52

62                    FIFTY-FIFTH CONGRESS. Sess. I. Ch. 2-3. 1897.

Distribution.

House of Representatives. The distribution of the same shall be made as heretofore by the superintendent of documents, and to persons designated to receive them by the Members and Delegates of the present Congress. In making the distribution the fraction, or remainder, in each case shall be delivered by the superintendent of documents to the compiler. The Public Printer shall bind the personal copy for Senators and Members and Delegates in full morocco with gilt edges; and this order shall include the volumes already issued, that their sets may be uniform:

*Provisos.*
Undelivered personal copies of Senators, etc., 54th Congress, etc., to be forwarded to their addresses.

*Provided,* That said personal copies not delivered to Senators, Members, or Delegates of the Fifty-fourth Congress who retired from Congress on March fourth, eighteen hundred and ninety-seven, prior to their retirement shall be sent by the superintendent of documents, as rapidly as they are printed, to their addresses; and the compiler shall prepare a full table of contents and a complete index for such compilation:

Extension of time to Members 54th and 55th Congresses to designate persons to receive, etc.

*And provided further,* That the time within which Members of the Fifty-fourth Congress who are reelected to the Fifty-fifth Congress are required to designate persons to whom said compilation shall be sent be, and same is, extended to include the term of the Fifty-fifth Congress; and that the time within which Members of the Fifty-fourth Congress who are not reelected to the Fifty-fifth Congress are required to designate persons to whom said compilation shall be sent be, and is hereby, extended to the first day of December, eighteen hundred and ninety-seven.

Public documents to credit of Members 54th Congress, etc. Time extended for distribution, etc.

That the time allowed Members of the Fifty-fourth Congress to distribute public documents to their credit, or the credit of their respective districts in the Interior or other Departments and Bureaus, and in the Government Printing Office, on March first, eighteen hundred and ninety-seven, and to present the names of libraries, public institutions, and individuals to receive such documents, be, and the same is hereby, extended to December first, eighteen hundred and ninety-seven, and hereafter the time for such distribution by Members of Congress reelected shall continue during their successive terms and until their right to frank documents shall end.

Duplicate electrotype plates to James D. Richardson, etc.

That the Public Printer be, and he is hereby, authorized and directed to make and deliver to James D. Richardson, the compiler of "Messages and Papers of the Presidents," without cost to him, duplicate electrotype plates from which the compilation "Messages and Papers of the Presidents" is published.

Sums for salaries to be in full.

SEC. 2. That all sums appropriated by this Act for salaries of officers and employees of the Government shall be in full for such salaries for the fiscal year eighteen hundred and ninety-eight; and all laws or parts of laws in conflict with the provisions of this Act be, and the same are hereby, repealed.

Approved, June 4, 1897.

June 7, 1897.

CHAP. 3.—An Act Making appropriations for the current and contingent expenses of the Indian Department and for fulfilling treaty stipulations with various Indian tribes for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes.

Indian Department appropriations.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums be, and they are hereby, appropriated, out of any money in the Treasury not otherwise appropriated, for the purpose of paying the current and contingent expenses of the Indian Department in full compensation for all offices the salaries for which are specially provided for herein for the service of the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and fulfilling treaty stipulations for the various Indian tribes, namely:

## CURRENT AND CONTINGENT EXPENSES.

Pay of agents at agencies.

For pay of fifty-six agents of Indian affairs at the following-named agencies, at the rates respectively indicated, namely:

EXHIBIT 20
Page 52 of 52