RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | No.  3:05-cv-00006 - HRH<br>        (Consolidated)<br><br>NOTICE OF CONTINUED FILING OF EXHIBITS ATTACHED TO PERATROVICH SUPPLEMENTAL BRIEF ON THE "WHICH WATERS" ISSUE |

　　　The Peratrovich Plaintiffs hereby give notice to the court of filing additional Exhibits to be added to the Supplemental Brief "Which Waters" filed at Docket No. 150. Attached hereto are Exhibits 21 – 23.

Dated:  October 29, 2007　　　　　　　Respectfully sumbmitted:

　　　　　　　　　　　　　　　　　　　LUEBBEN JOHNSON & BARNHOUSE LLP

　　　　　　　　　　　　　　　By　　/s/ Randolph H. Barnhouse
　　　　　　　　　　　　　　　　　　Randolph H. Barnhouse
　　　　　　　　　　　　　　　　　　7424 4th Street N.W.
　　　　　　　　　　　　　　　　　　Los Ranchos de Albuquerque,
　　　　　　　　　　　　　　　　　　   New Mexico 87107
　　　　　　　　　　　　　　　　　　(505) 842-6123
　　　　　　　　　　　　　　　　　　(505) 842-6124 (fax)
　　　　　　　　　　　　　　　　　　E-Mail:  dbarnhouse@luebbenlaw.com
　　　　　　　　　　　　　　　　　　Attorneys for Related Case Plaintiffs
　　　　　　　　　　　　　　　　　　Peratrovich, *et al.*

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| James H. Lister | jlister@dc.bhb.com, bwines@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |

/s/ Randolph H. Barnhouse