THE PRESIDENT

57089

## MISTY FIORDS NATIONAL MONUMENT

### COPPER RIVER MERIDIAN

- T. 63 S., R. 92 E., all lands in the Blue River drainage
- T. 63 S., Rs. 93 and 94 E.,
- T. 64 S., R. 92 E., all land in the Blue River drainage
- T. 64 S., Rs. 93 through 95 E.,
- T. 65 S., R. 91 E., all land south of the hydrographic divide between East Fork Bradfield River and Grant Creek
- T. 65 S., R. 92 E., all land south of the hydrographic divide between the Unuk River and North Fork Bradfield River
- T. 65 S., R. 93 E., all land south and east of the hydrographic divide
- T. 65 S., Rs. 94 through 97 E.,
- T. 66 S., R. 90 E., all land south and east of the hydrographic divide between Eagle River and Grant Creek
- T. 66 S., R. 91 E., all land in the Grant Creek drainage
- T. 66 S., R. 92 E., all land except the Bradfield River drainage
- T. 66 S., Rs. 93 through 97 E.,
- T. 66 S., R. 98 E., all land west of the hydrographic divide west of the Salmon River drainage
- T. 67 S., R. 91 E., all land east of the hydrographic divide between Burroughs Bay and Eagle River-Bell Arm drainages
- T. 67 S., Rs. 92 through 97 E.,
- T. 67 S., R. 98 E., all land west of hydrographic divide between Chickamin River and Salmon River Drainages
- T. 68 S., R. 91 E., all land east of a line running southwest from a peak on the north township line to the approximate center of Anchor Pass thence southerly through the centerline of Anchor Pass and across Behm Canal and continuing southerly up the ridgeline between Cow Creek and Beaver Creek to the south township
- T. 68 S., Rs. 92 through 96 E.,
- T. 68 S., R. 97 E., all land north and west of hydrographic divide between Salmon River and Chickamin River drainages
- T. 68 S., R. 98 E., all land north and west of hydrographic divide between Salmon River and Chickamin River drainages
- T. 69 S., R. 91 E., all land east of the hydrographic divide between Cow Creek on the east and Beaver Creek-Klu Creek on the west
- T. 69 S., Rs. 92 and 93 E., all land east and north of the hydrographic divide excluding Orchard Creek drainage
- T. 69 S., Rs. 94 through 97 E.,
- T. 69 S., Rs. 98 and 99 E., all land west of the hydrographic divide between Soule River and Davis River drainages
- T. 70 S., R. 92 E., all lands except Orchard Creek drainage
- T. 70 S., R. 93 E., all land east of the hydrographic divide
- T. 70 S., Rs. 94 through 98 E.,
- T. 70 S., R. 99 E., all land south and west of the Seward Mountains ridge and Portland Canal opposite Round Pt. triangulation point
- T. 71 S., R. 92 E., all land east of the hydrographic divide
- T. 71 S., R. 93 E., all land north and east of the hydrographic divide
- T. 71 S., Rs. 94 through 100 E.,
- T. 72 S., R. 93 E., all land east of the hydrographic divide
- T. 72 S., Rs. 94 through 100 E.,
- T. 73 S., R. 93 E., all lands east of the hydrographic divide
- T. 73 S., Rs. 94 through 101 E.,
- T. 74 S., R. 93 E., all land east of the hydrographic divide
- T. 74 S., Rs. 94 through 101 E.,
- T. 75 S., R. 94 E., all land east of a line running from the northwest corner of the township to a trail between Thorne Arm and Mesa Lake thence east along the trail to southwest tip of Mesa Lake thence southerly along the hydrographic divide to approximately the midpoint of the south township line
- T. 75 S., Rs. 95 through 101 E.,
- T. 76 S., R. 94 E., all land east of the hydrographic divide
- T. 76 S., Rs. 95 through 102 E.,
- T. 77 S., R. 94 E., all land east of the hydrographic divide running southwesterly from Alava Ridge to a point on the shore between triangulation points "Luck" and "Cat"
- T. 77 S., Rs. 95 through 102 E.,
- T. 78 S., Rs. 95 through 101 E.,
- T. 79 S., Rs. 95 through 101 E.,
- T. 80 S., Rs. 96 through 100 E.,
- T. 81 S., Rs. 97 through 100 E.,
- T. 82 S., Rs. 97 through 99 E.

EXHIBIT 21
Page 3 of 4