[3195-01-C]



[FR Doc. 78-33998 Filed 12-1-78; 3:05 pm]

FEDERAL REGISTER, VOL. 43, NO. 234—TUESDAY, DECEMBER 5, 1978

EXHIBIT 21
Page 4 of 4