# ALASKA PENINSULA NATIONAL WILDLIFE REFUGE
## PUBLIC LAW 96-487



LEGEND

——— REFUGE

0   50   MILES

EXHIBIT 22
Page 1 of 1