7936   Federal Register / Vol. 48, No. 38 / Thursday, February 24, 1983 / Notices

# ARCTIC NATIONAL WILDLIFE REFUGE

## PUBLIC LAW 96-487



LEGEND
- REFUGE
- WILDERNESS
- WILD & SCENIC RIVER
- STUDY RIVER

0  50 MILES

EXHIBIT 23
Page 1 of 1