

EXHIBIT 21
Page 4 of 4