# ALASKA PENINSULA NATIONAL WILDLIFE REFUGE

PUBLIC LAW 96-487

LEGEND

REFUGE

0 50 MILES

EXHIBIT 22
Page 1 of 1