Thence on an approximate forward bearing of N. 55° E., approximately 42,500 feet to the summit of a mountain located in section 9, T. 24 S., R. 42 W., Seward Meridian, approximate elevation 1,344 feet;

Thence on an approximate forward bearing of S. 63° E., approximately 47,500 feet to the summit of a mountain, located in section 36, T. 24 S., R. 41 W., Seward Meridian, approximate elevation 1,845 feet;

Thence on an approximate forward bearing of S. 81° E., approximately 10,800 feet to the summit of a mountain located in section 32, T. 24 S., R. 40 W., Seward Meridian, approximate elevation 2,568 feet;

Thence on an approximate forward bearing of S. 89° E., approximately 9,600 feet to the summit of a mountain located in section 34, T. 24 S., R. 40 W., Seward Meridian, approximate elevation 3,355 feet;

Thence southeasterly and easterly, along the crest of a ridge, approximately 19 miles to a point between sections 14 and 23, T. 25 S., R. 38 W., Seward Meridian;

Thence easterly, between sections 14 and 23, 13 and 24, 18 and 19, 17 and 20, 16 and 21, approximately 4 1/4 miles to the corner of sections 15, 16, 21 and 22, T. 25 S., R. 37 W., Seward Meridian;

Thence on an approximate forward bearing of S. 32° E., approximately 3,100 feet to the summit of a mountain located in section 15, T. 25 S., R. 37 W., Seward Meridian, approximate elevation 2,267 feet;

Thence southerly and easterly, along the crest of a ridge, approximately 19 miles to a point N. 40° W. of vertical angle benchmark "Kubugakli" in section 6, T. 27 S., R. 35 W., Seward Meridian, approximate elevaton 1,150 feet;

Thence S. 40° E., approximately 3,800 feet to vertical angle bench mark "Kubugakli", the point of beginning.

The following USGS quadrangle maps were used to prepare the legal description for the Becharof National Wildlife Refuge:

mr - minor revision
\* - Quad depicts Wilderness boundary

| Scale of Map | Name and Date |
|---|---|
| 1:63,360* | Ugashik (B-1) 1951 mr 1973; (C-1) 1951; (C-2) 1951 mr 1973; (D-1) 1951 mr 1972; (D-2), (D-3) 1951 mr 1973. |
| 1:63,360* | Naknek (A-1) 1951 mr 1973; (A-2), (A-3) 1951 mr 1970; (B-1) 1951; (B-2) 1952 mr 1966; (B-3) 1952 mr 1973; (C-1) 1951 mr 1970; (C-2) 1952. |
| 1:63,360* | Mt. Katmai (A-5) 1951 mr 1973; (A-6) 1951. |
| 1:63,360* | Karluk (C-4 and C-5), (C-6) 1951; (D-4), (D-5), (D-6) 1951 mr 1973. |



**BECHAROF NATIONAL WILDLIFE REFUGE**

PUBLIC LAW 96-487

LEGEND
— REFUGE
▨ WILDERNESS
0 — 17 MILES

EXHIBIT 24
Page 1 of 1