Thence southerly, northwesterly, southwesterly, northeasterly, southerly, westerly and northeasterly, along the line of mean high tide of Izembek Lagoon, closing the mouths of all inlets and rivers, approximately 27 miles to a point on the boundary of Izembek National Wildlife Refuge at Cape Glazenap, at approximate latitude 55° 15' N., longitude 163° 00' W;

Thence southwesterly, southerly, easterly and northerly, along the Izembek National Wildlife Refuge boundary, approximately 67 miles to a point on the summit of a mountain, approximate elevation 4,000 feet, the place of beginning; and

All public lands on islands, islets, rocks, reefs and spires, above the line of mean high tide within the Izembek National Wildlife Refuge.

# IZEMBEK NATIONAL WILDLIFE REFUGE
## PUBLIC LAW 96-487





LEGEND
— REFUGE
▨ WILDERNESS
0 — 17 MILES

EXHIBIT 25
Page 1 of 7