Federal Register / Vol. 48, No. 38 / Thursday, February 24, 1983 / Notices    8017

# YUKON DELTA NATIONAL WILDLIFE REFUGE

## PUBLIC LAW 96-487



LEGEND
- REFUGE
- WILDERNESS
- WILD & SCENIC RIVERS
- STUDY RIVER

0 — 64 MILES

EXHIBIT 26
Page 1 of 1