# Executive Order

It is hereby ordered that the island of Saint Lazaria, situated at the entrance to Sitka Sound, Alaska, approximately in latitude fifty-six degrees, fifty-nine minutes north, longitude one hundred and thirty-five degrees, forty-two minutes west from Greenwich, as segregated by the broken line shown upon the diagram hereto attached and made a part of this order, be and the same is hereby reserved and set apart for the use of the Department of Agriculture as a preserve and breeding ground for native birds. It is unlawful for any person to hunt, trap, capture, wilfully disturb, or kill any bird of any kind whatever, or take the eggs of such birds within the limits of this reservation, except under such rules and regulations as may be prescribed by the Secretary of Agriculture. Warning is expressly given to all persons not to commit any of the acts herein enumerated and which are prohibited by law. This bird refuge to be known as Saint Lazaria Reservation.

THEODORE ROOSEVELT

The White House,
   February 27, 1909.

[No. 1040.]

EXHIBIT 27
Page 1 of 2

# SAINT LAZARIA RESERVATION
## For Protection of Native Birds
## ALASKA

*Embracing Saint Lazaria island in Sitka Sound as segregated by broken line and designated "Saint Lazaria Reservation"*



**DEPARTMENT OF THE INTERIOR**
GENERAL LAND OFFICE
Fred Dennett, Commissioner

EXHIBIT 27
Page 2 of 2