# Executive Order

It is hereby ordered that the Hazy Islands, within the boundaries of the Tongass National Forest, Alaska, situated approximately in latitude fifty-five degrees, fifty-four minutes north, longitude one hundred thirty-four degrees, thirty-six minutes, west from Greenwich, as shown upon Coast Survey chart No. 8150, and located within the area segregated by the broken line upon the diagram hereto attached and made a part of this order, be, and the same are hereby, reserved and set apart for the use of the Department of Agriculture as a preserve and breeding ground for native birds. It is unlawful for any person to hunt, trap, capture, wilfully disturb, or kill any bird of any kind whatever, or take the eggs of such birds, or exercise other privilege within the limits of this reservation, except under such rules and regulations as may be prescribed by the Secretary of Agriculture. Warning is expressly given to all persons not to commit any of the acts herein specifically enumerated and which are prohibited by law.

This reserve to be known as the Hazy Islands Reservation.

WM H TAFT

THE WHITE HOUSE,
    *January 11, 1912.*

[No. 1459.]

EXHIBIT 28
Page 1 of 2

# HAZY ISLANDS RESERVATION
## For Protection of Native Birds
## ALASKA

*Embracing Group of Rocky Islets in Pacific Ocean in latitude 55°54′ N. Longitude 134°36′ W. from Greenwich and about nine miles west of Coronation Island, as segregated by broken line and designated "Hazy Islands Reservation."*



DEPARTMENT OF THE INTERIOR
GENERAL LAND OFFICE
Fred Dennett, Commissioner

EXHIBIT 28
Page 2 of 2