# Executive Order

It is hereby ordered that the Forrester and Wolf Rocks Islands, within the boundaries of the Tongass National Forest, Alaska, situated approximately in latitude fifty-four degrees, forty-eight minutes north, longitude one hundred thirty-three degrees, thirty-two minutes, and latitude fifty-five degrees, no minutes north, longitude one hundred thirty-three degrees, thirty minutes, respectively, all west from Greenwich, as shown upon Coast Survey chart No. 8150, and located within the area segregated by the broken lines upon the diagram hereto attached and made a part of this order, be and the same are hereby reserved and set apart for the use of the Department of Agriculture as a preserve and breeding ground for native birds.

It is unlawful for any person to hunt, trap, capture, wilfully disturb, or kill any birds of any kind whatever, or take the eggs of such birds, or exercise other privilege within the limits of this reservation, except under such rules and regulations as may be prescribed by the Secretary of Agriculture. Warning is expressly given to all persons not to commit any of the acts herein specifically enumerated and which are prohibited by law.

This reserve to be known as Forrester Island Reservation.

WM H TAFT

THE WHITE HOUSE,
January 11, 1912.

[No. 1458.]

EXHIBIT 29
Page 1 of 2

# FORRESTER ISLAND RESERVATION
## For Protection of Native Birds
# ALASKA

*Embracing Forrester and Lowrie Islands and adjacent rocks in Pacific Ocean, approximately in Latitude 54°48' N. Longitude 133°32' and Wolf Rock in Latitude 55°00' N. Longitude 133°30' all west from Greenwich as segregated by broken lines and designated "Forrester Island Reservation."*



**DEPARTMENT OF THE INTERIOR**
GENERAL LAND OFFICE
Fred Dennett, Commissioner

EXHIBIT 29
Page 2 of 2