# Tongass
## National Forest



America's Great Outdoors

Alaska                                                    2005



Forest Service

United States Department of Agriculture

EXHIBIT 30
Page 1 of 3

## Additional Information:

Southeast Alaska Discovery Center
50 Main Street
Ketchikan, AK 99901-6559
(907) 228-6220
(907) 228-6237 TTY

Mendenhall Glacier Visitor Center
Mendenhall Glacier
8465 Old Dairy Road (mail)
Juneau, AK 99801-8041
(907) 789-6640
(907) 790-7444 TTY

Tongass National Forest
648 Mission Street
Federal Building
Ketchikan, AK 99901-6591
(907) 225-3101
(907) 228-6222 TTY
www.fs.fed.us/r10/tongass

**VICINITY MAP**



ISBN 1-59351-930-3

R10-RG-164

9 781593 519308

May 2005

*Cover Photo © Alaska Department of Fish & Game*

Cabin reservations
www.reserveusa.com

Information on fishing and hunting regulations
Alaska Department of Fish and Game
www.state.ak.us/adfg/adfghome.htm

Alaska Marine Highway
www.dot.state.ak.us/amhs

Inter-island Ferry Authority
www.interislandferry.com

EXHIBIT 30
Page 2 of 3



EXHIBIT 30
Page 3 of 3