RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*, | ) | No.  3:05-cv-00006 - HRH |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | NOTICE OF DUPLICATIVE FILING |
| | ) | OF EXHIBITS ATTACHED TO |
| v. | ) | PERATROVICH SUPPLEMENTAL |
| | ) | BRIEF ON THE "WHICH WATERS" |
| UNITED STATES OF AMERICA, *et al.*, | ) | ISSUE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Peratrovich Plaintiffs hereby give notice to the court of duplicative filing of the Notice of Filing Exhibits 21 – 23 with attached exhibits, filed at Docket No. 158.

Dated:  October 31, 2007      Respectfully submbitted:

LUEBBEN JOHNSON & BARNHOUSE LLP

By   /s/ Randolph H. Barnhouse
Randolph H. Barnhouse
7424 4th Street N.W.
Los Ranchos de Albuquerque,
   New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
E-Mail:  dbarnhouse@luebbenlaw.com
Attorneys for Related Case Plaintiffs
Peratrovich, *et al.*

CERTIFICATE OF SERVICE

       I hereby certify that on October 31, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather R. Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| James H. Lister | jlister@dc.bhb.com, bwines@dc.bhb.com |
| William F. Sherman | wfs@lexalaska.com |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |

/s/ Randolph H. Barnhouse