DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:05-cv-0006-CV-HRH |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | DEFENDANTS' MOTION FOR |
| THE UNITED STATES OF AMERICA, | ) | ENLARGEMENT OF TIME |
| DIRK KEMPTHORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The federal defendants United States of America, et al. move the Court for an order granting them and the State of Alaska an enlargement of time of forty-five days to and including January 28, 2008, in which to file the briefs now due pursuant to Docket Entry No. 133 on December 14, 2006.

In support of the above-motion federal defendants show:

1. Pursuant to the Order Revised Briefing Schedule (Docket Entry No. 133) filed July 17, 2007, Plaintiffs Katie John et al's Opening Brief on the "Which Waters" Issue(Docket Entry No. 139),

and the State of Alaska's Opening Brief on Which Waters Specifying Test Case Categories With Sample Water Bodies (Docket Entry No. 134) were filed on October 12, 2007, and the Supplemental Brief of Related Case Plaintiffs Peratrovich et al., on the "Which Waters"Issue (Docket Entry No. 150) was filed on October 29, 2007. Pursuant to the Order Revised Briefing Schedule (Docket Entry No. 133) the response of the Federal defendants and the Stats of Alaska to these briefs are due to be filed on December 14, 2007.

2. Additional time is needed by federal defendants to prepare and file a response to Plaintiffs Katie John et al's Opening Brief on the "Which Waters" Issue(Docket Entry No. 139), the State of Alaska's Opening Brief on Which Waters Specifying Test Case Categories With Sample Water Bodies (Docket Entry No. 134) were filed on October 12, 2007, and the Supplemental Brief of Related Case Plaintiffs Peratrovich et al., on the "Which Waters" Issue (Docket Entry No. 150). Each of these briefs are substantial totaling 150 pages of text and present separate, distinct issues. The scope of the Supplemental Brief of Related Case Plaintiffs Peratrovich et al., on the "Which Waters"Issue (Docket Entry No. 150) also is more extensive than may have been originally contemplated by the Order Revised Briefing Schedule (Docket Entry No. 133). Further, each of these briefs identified for the first time sample waters used by the parties to

illustrate their contentions. Significant verification and, if needed, factual correction of the factual information associated with these sample waters is needed before responsive briefs can be completed by the federal defendants. The shear volume of material and the separate contentions presented by each of the plaintiffs to which federal defendants must respond necessitate additional time by federal defendants in which to respond.

    3. Counsel for defendants has been authorized to represent that the Katie John plaintiffs, the Lincoln Peratrovich plaintiffs, and the intervenors Alaska Federation of Natives (AFN) and Alaska Fish and Wildlife Federation and Outdoor Council et al. have no objection to this motion.

    4. The State of Alaska has requested that if the date for the filing federal defendants brief is extended, that the date for the filing by the State of its responses that are due December 14, 2007, also be extended to the same date. The State of Alaska has, however, requested as a condition of the enlargement sought herein by federal defendants, that federal defendants agree that this is the only such enlargement they can seek or be granted. Given the extensive nature of the briefs to which the federal defendants must respond and the significance of the issues presented by the plaintiffs in their respective actions to all entities, it might prove necessary, especially to allow for coordination and review by multiple federal

departments, for the federal defendants to seek additional time beyond that requested herein are unable to agree to the condition requested by the State. Therefore, defendants cannot represent that the State will not oppose the enlargement of time requested herein. The State may file an opposition to this motion.

Dated this 30th day of November, 2007.

> /s/ Dean K. Dunsmore
> DEAN K. DUNSMORE
> DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska 99501-3657
> Telephone:(907)271-5452
> Facsimile: (907)271-5827
> Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2007, a copy of the foregoing **Defendants' Motion For Enlargement of Time** together with a proposed Order was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Michael Sewright
Joanne M. Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore