DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:05-cv-0006-CV-HRH |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | DEFENDANTS' NOTICE OF |
| THE UNITED STATES OF AMERICA, | ) | FILING CORRECTED ORDER |
| DIRK KEMPTHORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In filing on this date the Proposed Order that accompanied Defendants' Motion for Enlargement of Time (Docket Entry 163), federal defendants inadvertently omitted from that motion and proposed order a corresponding enlargement of the filing of the response by the Katie John plaintiffs now also due on December

14, 2007. A corrected proposed order accompanies this notice.

Dated this 30th day of November, 2007.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2007, a copy of the foregoing **Defendants' Notice of Filing Corrected Order** together with a proposed Order was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Michael Sewright
Joanne M. Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel


/s/ Dean K. Dunsmore