DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:05-cv-0006-HRH |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, et al., | ) | PROPOSED ORDER |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time (Docket Entry No. 163) filed November 30, 2007, is granted, and that the federal defendants, the State of Alaska, and Katie John plaintiffs are granted an enlargement to and including January 28, 2008, in which to file the briefs now due pursuant to Order Revised Briefing Schedule (Docket Entry No. 133) on December 14, 2006.

IT IS FURTHER ORDERED THAT the Order Revised Briefing Schedule (Docket Entry No. 133) is modified to establish the

following dates for subsequent briefs:

    1. State and Katie John parties file         2/14/08
       replies.

    2. AOC, AFN and Peratrovich file             3/13/08
       Supplemental replies.

Dated this ____ day of _____ 2007.

                                         _____
                                             H. RUSSEL HOLLAND
                                      United States District Judge