DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-0006-CV-HRH <br> (CONSOLIDATED) <br><br> DEFENDANTS' NOTICE OF <br> FILING SECOND CORRECTED ORDER |

In filing on this date the Proposed Order that accompanied Defendants' Motion for Enlargement of Time (Docket Entry 163), federal defendants inadvertently omitted from that motion and proposed order a corresponding enlargement of the filing of the response by the Katie John plaintiffs now also due on December

14, 2007 and contained an incorrect date for one series of subsequent briefs. A second corrected proposed order accompanies this notice that includes both corrections.

Dated this 30th day of November, 2007.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2007, a copy of the foregoing **Defendants' Notice of Filing Corrected Order** together with a proposed Order was served electronically to:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Michael Sewright
Joanne M. Grace
William P. Horn
Gregory S. Fisher
Carol H. Daniel

/s/ Dean K. Dunsmore