IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
KATIE JOHN, et al.,                    )
                                       )
                 Plaintiffs,           )
                                       )
     vs.                               )
                                       )
UNITED STATES OF AMERICA, et al.,      )
                                       )
                                       )
                 Defendants.           )
_____)
                                       )
STATE OF ALASKA,                       )
                                       )
                       Plaintiff,      )
     and                               )
                                       )
ALASKA FISH AND WILDLIFE FEDERA-       )
TION AND OUTDOOR COUNCIL, et al.,      )
                                       )
           Plaintiff-Intervenors,      )
                                       )    No. 3:05-cv-0006-HRH
     vs.                               )    (Consolidated with
                                       )    No. 3:05-cv-0158-HRH)
GALE NORTON, Secretary of the          )
Interior, et al.,                      )
                                       )
                 Defendants,           )
                                       )
     and                               )         O R D E R
                                       )
KATIE JOHN, et al.,                    )       Motion for
                                       )    Enlargement of Time
           Defendant-Intervenors,      )
                                       )
     and                               )
                                       )
ALASKA FEDERATION OF NATIVES,          )
                                       )
           Defendant-Intervenor.       )
_____)
```

- AND -

- 1 -

```
LINCOLN PERATROVICH, et al.,      )
                                  )
                Plaintiffs,       )
                                  )
    vs.                           )
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
                Defendants.       )
                                  )
    and                           )
                                  )   No. 3:92-cv-0734-HRH
STATE OF ALASKA,                  )
                                  )
                Intervenor-Defendant. )
_____)
```

IT IS HEREBY ORDERED that defendants' motion for enlargement of time,[1] filed November 30, 2007, is granted, and that the federal defendants, the State of Alaska, and Katie John plaintiffs are granted an enlargement to and including January 28, 2008, in which to file the briefs now due pursuant to Order (Revised Briefing Schedule)[2] of July 17, 2007.

IT IS FURTHER ORDERED THAT the Order (Revised Briefing Schedule)[3] is modified to establish the following dates for subsequent briefs:

1.  State and Katie John parties file replies.    **2/28/08**

---

[1]Docket No. 163.

[2]Docket No. 133.

[3]Id.

```
2.   AOC, AFN and Peratrovich file sup-        3/13/08
     plemental replies.
```

DATED at Anchorage, Alaska, this <u>3rd</u> day of December, 2007.

```
                              /s/ H. Russel Holland
                              United States District Judge
```