## DECLARATION OF THEO MATUSKOWITZ

I, Theo Matuskowitz, do upon personal knowledge declare as follows:

1. That I am currently employed as a Regulations Specialist for the U.S. Fish and Wildlife Service, Region 7, Anchorage, Alaska.

2. That in the course of that employment, I develop and track regulatory changes in the Federal Subsistence Management Program; and am familiar with specific regulations adopted by this Program.

3. That at the request of the Department of Justice, I have reviewed records relating to the administrative usage of "adjacency" as applied by the Federal Subsistence Board.

4. That review shows that when the Board applies the word "adjacent" in 36CFR § 242.3(b) & (c) and 50CFR § 100.3(b) & (c), it interprets that word to mean immediately contiguous and physically next to, but not upstream or downstream from a Federal reserve.

5. That at the request of the Department of Justice, I have also reviewed records relating to the Board's administration of lands in the vicinity of the Colville River.

6. That review shows the Federal Subsistence Board has not adopted regulations, and does not claim jurisdiction, for those portions of the Colville River depicted on Exhibit II to the State of Alaska's opening brief on which waters specifying test case categories with sample water bodies.

7. That review also shows that all waters within the external boundaries of the National Petroleum Reserve – Alaska are administered as part of the Federal Subsistence Management Program.

EXHIBIT 1
Page 1 of 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided under 28 U.S.C. § 1746.

Executed this 25th day of January, 2008.

THEO MATUSKOWITZ
Regulations Specialist
U.S. Fish and Wildlife Service
Anchorage, Alaska

EXHIBIT 1
Page 2 of 2