United States Attorney
United States Department of Justice
Federal Building and U.S. Courthouse
Room C-252, Mail Box 9
701 "C" Street
Anchorage, Alaska 99513
907-271-5071

FILED
FEB 07 1983

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

APR - 8 1983

Office of the Attorney General
Anchorage Branch

ETHEL AGUILAR, et al.,           )
                                  )
              Plaintiffs,         )
                                  )   STIPULATED PROCEDURES FOR
         v.                       )   IMPLEMENTATION OF ORDER
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Defendant.          )   Docket No. A76-271 Civil
                                  )

The parties by and through their attorneys stipulate, subject to the Order of the Court, to the following procedures to implement the Order of the Court dated July 31, 1979, that the Department of the Interior adjudicate the substantive claims of the plaintiffs to land patented to the State.

1.  The Bureau of Land Management (BLM) will review each allotment application file to determine whether there are any legal defects in the application. Legally defective applications which are incapable of being corrected will be rejected, and rejection by the authorized BLM official shall be final for the Department.

2.  Where an applicant whose application is not rejected pursuant to paragraph 1 of this stipulation is

EXHIBIT 3
Page 1 of 6

deceased, the Office of Hearings and Appeals will determine the applicant's heirs before BLM proceeds.

3. Where the merits of the application turn on whether the applicant's use and occupancy predate the commencement of the rights of the State, the BLM will examine the file. The examination, and all further proceedings until a federal court action to cancel the State's patent is initiated, shall be for investigatory purposes only and shall not constitute an administrative agency adjudication of the rights of third parties. If the application and contents of the file indicate that the applicant's use and occupancy began after the rights of the State arose, the BLM will inform the applicant by letter of the date of commencement of the State's rights and that the application will be rejected unless the applicant files an affidavit within ninety days alleging, with particularity, specific use prior to the date on which the rights of the State arose.

4. If the application and contents in the file indicate that use and occupancy began before the State's rights arose, or if an affidavit to that effect is received pursuant to section 3 of this stipulation, the BLM will send a letter to the applicant informing the applicant that based upon the file, it appears that the application may be found valid. The letter will invite any additional evidence such

United States Attorney
United States Department of Justice
Federal Building and U.S. Courthouse
Room C-252, Mail Box 9
701 "C" Street
Anchorage, Alaska 99513
907-271-5071

STIPULATED PROCED. FOR
IMPLEMENTATION OF ORDER    -2-    EXHIBIT 3
Page 2 of 6

United States Attorney
United States Department of Justice
Federal Building and U.S. Courthouse
Room C-252, Mail Box 9
701 "C" Street
Anchorage, Alaska 99513
907-271-5071

as witness statements and photographs, which the applicant may wish to present to bolster the claim. At the same time, the BLM will send a letter to the State stating that it appears that the application may be found valid and inviting any evidence or comments the State may have to dispute the claim of the applicant. Both the State and the applicant will have ninety days to respond.

5. If, either because no comments or evidence are received questioning or disputing the claim of the applicant or, if on the basis of the case file and comments and evidence received, the BLM concludes that the application is valid, the BLM will find the application valid and refer the matter to the Solicitor's Office for settlement or referral to the Department of Justice.

6. If the BLM concludes that the applicant has failed to provide sufficient proof of entitlement, the BLM will conduct a hearing. The applicant will be notified of the hearing date and the reasons for the proposed rejection. The hearing will be informal with a designated BLM decision-maker as the presiding officer. The presiding officer may ask questions, and the applicant and the State shall have the opportunity to present evidence and cross-examine witnesses. The hearing will be taped, but not necessarily transcribed by BLM. Based on evidence presented at the

hearing or contained in the case file, the BLM presiding officer will make a decision to reject or refer the claim to the Solicitor's Office, which decision shall be final for the Department, provided that the hearing examiner may not rely on any matter not admitted in evidence at the hearing to reject an application.

7. The BLM shall have discretion to order a field report before a hearing, in order to gather evidence or to more accurately determine the location. All parties referenced in paragraph 13 of this Stipulation shall be notified of the field exam, given the opportunity to be present, and provided a copy of the report.

8. The Solicitor's Office will attempt to settle the allotment claims referred to it by BLM, by requesting a quitclaim of the land from the State.

9. If settlement is not possible the matter will be referred to the Department of Justice with a recommendation that suit to cancel patent be instituted. Nothing in this stipulation or in the procedure which it establishes in any way affects the discretion of the Attorney General of the United States with respect to any such recommendation. The parties referenced in paragraph 13 of this Stipulation shall be notified of the referral.

10. If at any time the State wishes to quitclaim all of its interest in the land and tenders a valid and

United States Attorney
United States Department of Justice
Federal Building and U.S. Courthouse
Room C-252, Mail Box 9
701 "C" Street
Anchorage, Alaska 99513
907-271-5071

appropriate deed, the United States shall accept the quit-claim and issue an allotment to the applicant, and the acreage shall be credited to the State entitlement under which the lands were originally conveyed. Provided, this paragraph shall not apply to any application which would be determined invalid for legal defects as described in paragraph 1.

11. If at any time the State is willing to convey a portion of the allotment, or the entire allotment subject to reservations, in settlement of the applicant's claim and tenders a valid and appropriate deed, the Solicitor's Office will forward the offer to the applicant and coordinate the settlement. Counseling for the applicant will be available from the BIA. Provided, this paragraph shall not apply to any application which would be determined invalid for legal defects as described in paragraph 1.

12. If after counseling, the applicant wishes to accept the settlement, a settlement agreement will be drawn up and submitted to the Court for approval. Acreage received by the applicant shall be credited to the State entitlement under which the lands were originally conveyed.

13. Copies of all notices sent to the applicant will be sent to Alaska Legal Services, applicant's private counsel, if any, the Bureau of Indian Affairs, and the State.

United States Attorney
United States Department of Justice
Federal Building and U.S. Courthouse
Room C-252, Mail Box 9
701 "C" Street
Anchorage, Alaska 99513
907-271-5071

STIPULATED PROCED. FOR
IMPLEMENTATION OF ORDER          -5-          EXHIBIT 3
                                              Page 5 of 6

14. If at any point the BLM becomes aware of the identity of a third party claiming an interest in the land, whether independently or through purported conveyance by the State, it shall afford the third party the same notice and procedural rights as those afforded the State under this stipulation.

Respectfully submitted,

DATED: 2/2/83

MICHAEL R. SPAAN
United States Attorney

DATED: 2/2/83

CRAIG TILLERY
Alaska Legal Services Corporation

FILED
FEB 09 1983
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IT IS SO ORDERED:

DATED: Feb. 9, 1983

JUDGE
United States District Judge

cc: Craig Tillery
    Michael Spaan

United States Attorney
United States Department of Justice
Federal Building and U.S. Courthouse
Room C-252, Mail Box 9
701 "C" Street
Anchorage, Alaska 99513
907-271-5071