# DECLARATION OF PETER PROBASCO

I, Peter Probasco, do upon personal knowledge declare as follows:

1. That I am currently employed as an Assistant Regional Director for the U.S. Fish and Wildlife Services, Region 7, Anchorage, Alaska.

2. That in the course of that employment, I direct the Office of Subsistence Management (OSM); and am familiar with proposals and correspondence coming to the Federal Subsistence Board.

3. That at the request of the Department of Justice, I have reviewed the records relating to subsistence use of Alaska Native allotments.

4. That review shows no proposal or correspondence requesting a determination that Federal reserved water rights are held in any specific allotment has been submitted to the Federal Subsistence Board, and no petition to determine that such rights exist has been submitted to the Secretary of the Interior.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided under 28 U.S.C. § 1746.

Executed this 8th day of January, 2008.

PETER J. PROBASCO
Assistant Regional Director
U.S. Fish and Wildlife Service
Anchorage, Alaska

EXHIBIT 5
Page 1 of 1