# DECLARATION OF RICHARD MYERS

I, Richard Myers, do upon personal knowledge declare as follows:

1. That I am currently employed by the U.S. Department of the Interior as Regional Solicitor for Alaska.

2. That in the course of my employment I have become familiar with the policies and practices of the Department of the Interior (DOI) as well as the Office of the Solicitor (SOL).

3. That at the request of the Department of Justice, I have reviewed DOI and SOL records pertaining to Exhibits 19 and 20 to plaintiff Katie John et al.'s Opening Brief on the "Which Waters" Issue.

4. That those records show:

   a) the Solicitor has issued no opinion regarding whether Federal reserved water rights are or are not held on allotments issued pursuant to the on Alaska Native Allotment Act, 43 U.S.C. §§ 270-1 thru 270-3 (1970); and

   b) the Department of the Interior has taken no position regarding Federal reserved water rights on Alaska Native Allotment Act allotments; and

   c) the document that is Exhibit 20 had not been adopted as the position of the Department of the Interior with respect to the

EXHIBIT 6
Page 1 of 2

Alaska Native Allotment Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided under 28 U.S.C. § 1746.

Executed this 24 day of Jan., 2008.

RICHARD MYERS
Regional Solicitor for Alaska
U.S. Department of the Interior

EXHIBIT 6
Page 2 of 2