DECLARATION OF TOM JENNINGS

I, Tom Jennings, do upon personal knowledge declare as follows:

1. That I am currently employed as a General Biologist (GIS) for the U.S. Fish and Wildlife Service (FWS) in Alaska. In the course of that employment, I provide support to Office of Subsistence Management staff, the Interagency Staff Committee and the Federal Board for Geographic Information System (GIS) planning, operation, analysis, and map production.

2. That in the course of my employment I have become familiar with policies and procedures regarding FWS administered lands in Alaska, and with the administration and regulations for implementation of the ANILCA Title VIII priority on public lands, including lands within the National Wildlife Refuge System in Alaska.

3. That at the request of the Department of Justice, I have reviewed the records regarding Togiak Bay, as well as the Chignik Lake and River System.

4. Following that review, I have determined with respect to Togiak Bay:

    a) That a map and detailed legal descriptions of the Togiak National Wildlife Refuge were published in 48 Federal Register 7890, 7994 (February 24, 1983);

    b) That the Federal Subsistence Program adopted those descriptions in 64 Federal Register 1276, 1299 (January 8, 1999) for the purpose of setting the scope of the Federal subsistence regulations;

Exhibit 10																				Page 1 of 7

    c) That the published boundaries of the Togiak National Wildlife Refuge are shown on the map published at 64 Federal Register 7994, a copy of which affixed hereto as Attachment No.1, and clearly include the northernmost portion of Togiak Bay;

    d) That the Federal Subsistence Board has authorized and now administers a herring spawn fishery in the northernmost portion of Togiak Bay.  That is shown of Attachment No. 1 as within the boundaries of the refuge as these are deemed to be inland waters.

    e) That the waters depicted on Exhibit 2 (State of Alaska's Opening Brief on Which Waters) along the eastern shore of Togiak Bay are not administered as part of the Federal Subsistence Program.  The errors on State Exhibit 2 may be the result of using data from different maps with different scales and data bases.

    5. With respect to the area of Chignik Lake, Black Lake and the Chignik River, I have determined:

    a) That State Exhibit 7 incorrectly depicts the extent of Federal subsistence management jurisdiction;

    b) That the map affixed hereto as Attachment No. 2, correctly depicts Federal subsistence management jurisdiction, and this jurisdiction does not extend to Chignik Lagoon;

    6. I have also determined that most of the land adjacent Chignik Lake, Black Lake and the Chignik River from Chignik Lagoon to Black Lake is not in

federal ownership. However, the map affixed hereto as Attachments No. 3 and No. 4 also shows four parcels (3 on Black Lake, 1 on Chignik Lake) which are Native corporation selected land that has not yet been conveyed.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct, as provided under 28 U.S.C. § 1746.

Executed this 24th day of January, 2008.

*Thomas W. Jennings*

General Biologist (GIS)
U.S. Fish and Wildlife Service
Anchorage, Alaska

Exhibit 10                                    Page 3 of 7



Attachment 1.

Exhibit 10                                                                                           Page 4 of 7



Attachment 2.

Exhibit 10                                                                 Page 5 of 7



Attachment 3.

Exhibit 10                                                                 Page 6 of 7



Attachment 4.

Exhibit 10                                                                                           Page 7 of 7