NO. 846
February 16, 1909

## TONGASS NATIONAL FOREST
### ALASKA
(SECOND PROCLAMATION)

# By the President of the United States of America

# A Proclamation

WHEREAS, an Executive Order dated July second, nineteen hundred and eight, consolidated the Alexander Archipelago and Tongass National Forests under the name of the Tongass National Forest;

And whereas, it appears that the public good would be promoted by adding to the Tongass National Forest certain lands within the Territory of Alaska, which are in part covered with timber;

Now, therefore, I, THEODORE ROOSEVELT, President of the United States of America, by virtue of the power in me vested by the Act of Congress, approved June fourth, eighteen hundred and ninety-seven, entitled, "An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes," do proclaim that the Tongass National Forest is hereby enlarged and that its boundaries are as shown on the two parts of the diagram forming a part hereof, and further described as follows:

All of the public land lying within boundaries described as follows: Beginning at the point where the International Boundary Line between the Territory of Alaska and the Dominion of Canada intersects the left bank of the Skagway River; thence southwesterly down the left bank of the said river to a point five miles above the center of the town of Skagway; thence in a southeasterly and southwesterly direction, at a distance of five miles from the center of said town, to the east shore of Chilkoot Inlet; thence southerly along said shore to Lynn Canal; thence southeasterly through Lynn Canal and Favorite Channel to a point on the shore of Young Bay due east of the head of Hawk Inlet; thence westerly to the head of Hawk Inlet; thence in a general southwesterly, northwesterly and southwesterly direction through Hawk Inlet, Icy Strait, passing between Pleasant Island and Lemesurier Island, through Inian Passage, and Cross Sound to a point due west of Cape Bingham; thence southeasterly to a point sixty miles west of Cape Muzon; thence easterly to Cape Muzon; thence in a general easterly, northerly, northeasterly, and northwesterly direction along the said International Boundary Line to the summit of Elbow Mount, at an elevation of 4,235 feet; thence northwesterly to the

EXHIBIT 12
Page 1 of 3         5(d)

summit of the most westerly of Twin Peaks, at an elevation of 7,180 feet; thence northwesterly to the summit of a Peak, having an elevation of 5,821 feet, on the said International Boundary Line; thence in a general northwesterly direction along the said International Boundary Line to the summit of a peak known as Devils Paw, having an elevation of 8,000 feet; thence in a southwesterly direction to the summit of a peak, having an elevation of 5,977 feet, in Mendenhall Glacier; thence northwesterly to the summit of a peak, having an elevation of 6,550 feet, on the said International Boundary Line; thence in a general northwesterly direction along the said International Boundary Line to the point where it intersects the left bank of the Skagway River, the place of beginning; and embracing all islands within said described boundaries;

Also all of the public land lying within boundaries described as follows: Beginning at the point where the sixtieth parallel of latitude intersects the International Boundary Line between the Territory of Alaska and the Dominion of Canada; thence due west along the said parallel to the middle of the channel of Yakutat Bay; thence in a southwesterly direction along the middle of the channel of said bay to a point due west of Ocean Cape; thence in a southeasterly direction to a point on the fifty-ninth parallel of latitude opposite the mouth of the Alsek River; thence easterly along said parallel to its intersection with the shore of Dry Bay; thence in a northwesterly direction along the shore of said bay to the left bank of the most easterly outlet of Alsek River; thence in a general northerly direction along the left bank of said river to a point midway between the mouth of the river and the intersection of the river with the said International Boundary Line; thence in a northwesterly direction to the foot of Yakutat Glacier; thence in a northerly direction to the summit of Mount Ruhamah on the said International Boundary Line; thence in a northwesterly direction along the said International Boundary Line to its intersection with the sixtieth parallel of latitude, the place of beginning; and embracing all islands within said described boundaries;

Excepting from the force and effect of this proclamation the several areas contained within boundaries formed by circles described with a radius of five miles, each, from the centers of the following named towns and settlements, to wit: Juneau, Douglas, Treadwell and Sitka; also the several areas contained within boundaries formed by circles described with a radius of one mile, each, from the centers of the following named towns and settlements, to wit: Snettishan, Sumdum, Windham, and Loring; also the areas contained within boundaries formed by circles described with a radius of two miles, each, from the centers of the towns of Petersburg and Wrangell; also Annette and Pennock Islands; also all the northern portion of Gravina Island which lies above a line running from the head of Vallenar Bay southeasterly to the head of Blank Inlet; also all that portion of Revillagigedo Island lying southwest of a line beginning at a point at the head of Wards Cove; and running thence in a southeasterly direction, at a distance of two miles from the shores of Tongass Narrows to a point on Carroll Inlet; and also all that portion of Kasaan Peninsula, forming a part of Prince of Wales Island, which lies southeast of a line beginning at a point on Kasaan Bay due west of the United States Location Monument Number 5, and running thence, north 44° 42' east, 6,996 feet (approximately) to the most southwesterly point on the bay known as Lyman Anchorage:

EXHIBIT 12
Page 2 of 3

*Provided*, that this proclamation shall not be so construed as to deprive any person of any valid right possessed under the Treaty for the cession of the Russian possessions in North America to the United States, concluded at Washington on the thirtieth day of March, eighteen hundred and sixty-seven, or acquired under any act of Congress relating to the Territory of Alaska.

The withdrawal made by this proclamation shall, as to all lands which are at this date legally appropriated under the public land laws or reserved for any public purpose, be subject to, and shall not interfere with or defeat legal rights under such appropriation, nor prevent the use for such public purpose of lands so reserved, so long as such appropriation is legally maintained, or such reservation remains in force.

This proclamation shall not prevent the settlement and entry of any lands heretofore opened to settlement and entry under the Act of Congress approved June eleventh, nineteen hundred and six, entitled, "An Act to provide for the entry of Agricultural lands within forest reserves."

**In Witness Whereof**, I have hereunto set my hand and caused the seal of the United States to be affixed.

[SEAL.]   Done at the City of Washington this 16th day of February, in the year of our Lord one thousand nine hundred and nine, and of the Independence of the United States the one hundred and thirty-third.

THEODORE ROOSEVELT

*Feb. 16 - 1909*

By the President:
ROBERT BACON
*Secretary of State.*

[No. 846.]

```
Former Area      6,756,986
Addition         8,724,000
Total           15,480,986
```

5c

EXHIBIT 12
Page 3 of 3