TONGASS NATIONAL FOREST
ALASKA

(Third Proclamation)

## By the President of the United States of America

# A Proclamation

WHEREAS, it appears that the public good will be promoted by excluding from the Tongass National Forest, in Alaska, several tracts of land occupied for townsite purposes in order that the public lands therein may be disposed of under the applicable townsite laws, and by withdrawing certain lands in one of such tracts upon which mineral springs are located;

AND WHEREAS, it appears that the public good will also be promoted by excluding another area from such Forest, and restoring the public lands therein in the manner authorized by House Joint Resolution Number thirty, approved January twenty-first, nineteen hundred and twenty-two;

Now, therefore, I, WARREN G. HARDING, President of the United States of America, by virtue of the power in me vested by the Act of Congress, approved June fourth, eighteen hundred and ninety-seven (30 Stat., 11, at 34 and 36), entitled "An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes", do proclaim that the lands lying within the following described boundaries are hereby excluded from the Tongass National Forest:

Craig Townsite. Beginning at Corner No. 1 which is identical with Corner No. 1 of Craig Ranger Station, an iron pipe 2 inches in diameter and 24 inches in the ground with brass cap marked R 1 C El M C, located at mean high tide line on west shore of Shelter Cove; thence N. 83° 45' W 2.39 chains to corner No. 2 identical with corner No. 2 of said station; thence S. 6° 9' E. 4.10 chains to corner No. 3 of said station; thence with meanders of Bucareli Bay at mean high tide line, approximately 45.70 chains, to corner No. 1 of Columbia Salmon Company's cannery site; thence by meanders 15.94 chains to corner No. 3 of said site, located at mean high tide line of Klawak Inlet; thence by meanders 4.08 chains to corner No. 4 of West Coast Mill Company's Sawmill site; thence along beach in front of said site 23.70 chains to northerly corner thereof; thence N. 45° 30' E. 2.50 chains; thence S. 26° 15' E. 2.80 chains; thence S. 13° 15' E. 1.70 chains; thence S. 5° 45' E. 5.80 chains; thence S. 2° 12' E. 7.82 chains to corner No. 1, the place of beginning, containing 57.61 acres, more or less;

Tenakee Townsite. Beginning at meander corner and corner No. 1, located at mean high tide line on northerly shore of Tenakee Inlet, Chichagoff Island, a granite stone 24 x 12 x 12 inches, 12 inches in the ground marked X on top, 1 T E on northwest face and M. C. towards Inlet; thence meandering north shore of said inlet in a general northwesterly direction over beach in front of town of Tenakee, approximately 75.28 chains to meander corner and corner No. 2; thence S. 81° 41' E. 66.09 chains to corner No. 3; thence S. 18° 12' E., 6.21 chains to corner No. 2 of Tenakee Ranger Station, 9.35 chains to corner No. 1 of said station, 9.88 chains to corner No. 1, the place of beginning, containing 71.13 acres, more or less;

Hyder Townsite. Beginning at corner No. 1, which is identical with corner No. 1 of Homestead Entry Survey No. 686, whence U. S. L. M. No. 686 bears N. 42° 7' E 1.27 chains, thence E. 5.65 chains to mean high tide line of Portland Canal, thence along mean high tide line of said Canal and shore of Salmon River, 123.68 chains; thence N. 70° 30' E. 1.03 chains to Corner No. 2; thence N. 58° 30' E. 23.41 chains to Corner No. 3; thence S. 30° 15' E. 66.66 chains to Corner No. 4, which is identical with corner No. 2 of H. E. S. No. 686; thence S. 10 chains to place of beginning, containing 266.07 acres, more or less, 71.89 acres thereof being included in said homestead entry survey;

EXHIBIT 13
Page 1 of 2

Beginning at Corner No. 1, located at approximate mean high tide line of north shore of Gastineau Channel, a spruce tree 24 inches in diameter marked SW Cor. MDHL. ELIM. on northeast face and NAT. FOR. BDY. on southwest face, from which U. S. L. M. No. 44 bears N. 50° 20′ E. 124.24 chains; thence N. 12° 43′ E. 304.66 chains to Corner No. 2; thence S. 72° 51′ E. 184.35 chains to Corner No. 3; thence S. 26° 25′ W. 155.70 chains to Corner No. 4; thence S. 20° 25′ W. 42.09 chains to Corner No. 5; thence S. 89° 34′ W. 4.25 chains to Corner No. 6; thence S. 0° 17′ E. 46.04 chains to Corner No. 7; thence S. 35° 17′ E. 13.40 chains to Corner No. 8; thence S. 66° 23′ E. 34.61 chains to Corner No. 9; thence S. 4° 52′ E. 9.67 chains to Corner No. 10; thence N. 89° 44′ W. 40 chains to Corner No. 11; thence N. 89° 46′ W. 20.08 chains to Corner No. 12; thence W. 40 chains to Corner No. 13; thence N. 71° 42′ W. 44.32 chains to Corner No. 14; thence N. 87° 26′ W. 53.40 chains to place of beginning, containing 4,622.37 acres, more or less.

And I do also proclaim that there are hereby withdrawn under the authority conferred upon me by the Act of Congress, entitled, "An Act To authorize the President of the United States to make withdrawals of public lands in certain cases", approved June twenty-fifth, nineteen hundred and ten (36 Stat., 847), as amended by the Act of August twenty-fourth, nineteen hundred and twelve (37 Stat., 497), and subject to the conditions and limitations of said acts, all those tracts of public land in the area excluded from the Forest for Tenakee townsite by this Proclamation, and above described, upon which are located hot springs the waters of which possess curative medicinal properties, to the extent of approximately one-quarter of an acre surrounding each spring, in rectangular form with side and end lines equidistant, as near as may be, from such spring or group of springs.

And I do further proclaim and make known that pursuant to the aforesaid Joint Resolution, it is hereby ordered that the public lands in the area last above described, subject to valid rights and the provisions of existing withdrawals or reservations, shall be opened only to entry under the applicable homestead laws requiring residence by qualified ex-service men of the war with Germany, under the terms and conditions of said resolution and the regulations issued thereunder, for a period of ninety-one days beginning with the sixty-third day from and after the date hereof, and thereafter to appropriation under any public land law applicable thereto. Subsequent to the date hereof and prior to the date of restoration to general disposition as provided herein, no rights may be acquired to the lands so restored by settlement in advance of entry, or otherwise except strictly in accordance herewith.

**In Witness Whereof,** I have hereunto set my hand and caused the seal of the United States to be affixed.

[SEAL.]    Done at the City of Washington this seventh day of February, in the year of our Lord one thousand nine hundred and twenty-two, and of the Independence of the United States the one hundred and forty-sixth.

                                          WARREN G HARDING

By the President:
    CHARLES E. HUGHES
        *Secretary of State.*

[No. 1620.]

GOVERNMENT PRINTING OFFICE

EXHIBIT 13
Page 2 of 2