(Fourth Proclamation)

6/10/25

# By the President of the United States of America

# A Proclamation

WHEREAS, since the issuance of the third proclamation on February 7, 1922, certain lands theretofore occupied for fish cannery purposes have been excluded from the Tongass National Forest, within the Territory of Alaska, by Executive orders dated February 28 and July 27, 1923, November 7, 1924, and April 30, 1925; and

Whereas, it appears that the public good would be promoted by adding certain lands to such national forest and by excluding several small tracts therefrom, withdrawing a portion of the excluded area for classification, and restoring the public lands subject to disposition in the remainder to entry by ex-service men in advance of the general public in accordance with existing law;

Now, therefore, I, CALVIN COOLIDGE, President of the United States of America, by virtue of the power in me vested by the act of Congress approved March 3, 1891 (26 Stat., 1095), entitled, "An Act To repeal timber-culture laws, and for other purposes", and also by the act of Congress approved June 4, 1897 (30 Stat., 11 at 34 and 36), entitled, "An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes", do proclaim that the boundaries of the Tongass National Forest are hereby changed to include the areas indicated as additions upon the diagram hereto annexed and forming a part hereof and to exclude the areas indicated thereon as eliminations;

Provided, that this proclamation shall not be so construed as to deprive any person of any valid right possessed under the Treaty for the cession of the Russian possessions in North America to the United States concluded at Washington on March 30, 1867, or acquired under any act of Congress relating to the Territory of Alaska.

The withdrawal for national forest purposes made by this proclamation shall, as to all lands which are at this date legally appropriated under the public land laws or reserved for any public purpose, be subject to and shall not interfere with or defeat legal rights under such appropriation, nor prevent the use for such public purpose of lands so reserved, so long as such appropriation is legally maintained, or such reservation remains in force.

And I do also proclaim that under the authority conferred upon me by the act of Congress approved June 25, 1910 (36 Stat., 847), entitled, "An Act To authorize the President of the United States to make withdrawals of public lands in certain cases", as amended August 24, 1912 (37 Stat., 497), the tract lying within the following described boundaries excluded from the Tongass National Forest by this proclamation is hereby withdrawn for classification for townsite purposes, excepting therefrom the reserved sixty-foot strip along the international boundary between the United States and Canada:

Beginning at corner No. 2 of U. S. homestead survey No. 686, thence east approximately 115 feet to the said international boundary, thence southerly and easterly along such boundary to the line of mean high tide on Portland Canal,

EXHIBIT 14
Page 1 of 2

thence southerly by meanders along line of mean high tide on said canal to corner No. 7 of said survey No. 686, thence westerly along said survey 273 feet to corner No. 1 thereof, thence north following the line of said survey 660 feet to the place of beginning, containing 1.60 acres, more or less.

And I do further proclaim and make known that pursuant to Public Resolution No. 29 of February 14, 1920 (41 Stat., 434), as amended by Resolutions Nos. 36 and 79, approved January 21, and December 28, 1922, respectively (42 Stat., 358, 1067), it is hereby ordered that the public lands in the remaining excluded areas, subject to valid rights and the provisions of existing withdrawals, shall be opened only to entry under the applicable homestead laws requiring residence by qualified ex-service men of the war with Germany, under the terms and conditions of said resolutions and the regulations issued thereunder, for a period of ninety-one days beginning with the sixty-third day from and after the date hereof, and thereafter to appropriation under any public land law applicable thereto by the general public. Subsequent to the date hereof and prior to the date of restoration to general disposition as herein provided, no rights may be acquired to the restored lands by settlement in advance of entry, or otherwise, except strictly in accordance herewith.

In Witness Whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

[SEAL] Done at the City of Washington this 10th day of June in the year of our Lord, one thousand nine hundred and twenty-five, and of the Independence of the United States of America the one hundred and forty-ninth.

CALVIN COOLIDGE

By the President:
  FRANK B. KELLOGG
    Secretary of State

Townsites also on page 23 M

[No. 1742]

6-10-25

EXHIBIT 14
Page 2 of 2