E.O. 7088

# Executive Order

TONGASS NATIONAL FOREST

ALASKA

By virtue of and pursuant to the authority vested in me by section 24 of the act of March 3, 1891 (26 Stat. 1095, 1103), and the act of June 4, 1897 (30 Stat. 11, 34, 36), and upon the recommendation of the Secretary of Agriculture, it is ordered that the tract of land lying within the following-described boundaries be, and it is hereby, included in and made a part of the Tongass National Forest:

| Chs. | |
|---|---|
| | Beginning at corner no. 1, which is identical with corner no. 3 of U. S. survey no. 1536, approximate latitude 58°23'41" N., longitude 134°32'37" W. |
| | Thence S. 26°41' W. |
| 23.72 | to corner no. 2 on east boundary of survey no. 1536 |
| | Thence west (a projected line) |
| 19.34 | more or less to corner no. 3 of U. S. survey no. 1530 |
| 39.34 | to corner no. 3, identical with corner no. 2 of survey no. 1530 |
| | Thence south |
| 6.98 | to corner no. 4 on west boundary of survey no. 1530 |
| | Thence west |
| 39.86 | through public land to corner no. 5 of U. S. survey no. 2080 |
| | to corner no. 5, identical with corner no. 6 of survey no. 2080 |
| 63.36 | Thence S. 36°04' W. |
| 3.25 | to corner no. 6, identical with corner no. 7 of survey no. 2080 |
| | Thence S. 63°05' W. |
| 8.16 | crossing Mendenhall River to corner no. 7, meander corner, identical with corner no. 2 and M. C. of U. S. survey no. 2091; Thence by meander along east boundary survey no. 2091 and the west bank of Mendenhall River |

|     |              |            |
|-----|--------------|------------|
| (1) | N. 50° E.    | 3.40 chains |
| (2) | N. 22° W.    | 2.30 " |
| (3) | N. 42°15' W. | 11.10 " |
| (4) | N. 19°45' E. | 14.90 " |
| (5) | N. 41°45' E. | 9.50 " |
| (6) | S. 72°15' E. | 16.60 " |
| (7) | N. 37°30' E. | 3.80 " |
| (8) | N. 12° E.    | 2.10 " |
| (9) | N. 50°45' W. | 7.44 " |
| (10)| N. 62° W.    | 3.50 " |

to corner no. 8, meander corner, identical with corner no. 3 and M. C. of survey no. 2091

EXHIBIT 15
Page 1 of 3

12 A

2

| Chs. | |
|---|---|
| | Thence west |
| 21.01 | to corner no. 9, identical with corner no. 4 of U. S. survey no. 2178 |
| | Thence north |
| 20.23 | to corner no. 10, identical with corner no. 3 of survey no. 2178 |
| | Thence west |
| 12.20 | to corner no. 11, identical with corner no. 4 of U. S. survey no. 2079 |
| | Thence north |
| 18.20 | to corner no. 12, identical with corner no. 3 of survey no. 2079 |
| | Corner no. 2 of U. S. survey no. 1536 bears N. 72°41′ W., 35.03 chs. Thence S. 72°41′ E. |
| 148.40 | to corner no. 1, the place of beginning. Area of tract is 553.70 acres, more or less. Variation 31°30′ E. |

The withdrawal made by this order shall, as to any part of the land which is at this date legally appropriated under the public-land laws or reserved for any public purpose, be subject to and shall not interfere with or defeat legal rights under such appropriation, or prevent the use for such public purpose of the land so reserved, so long as such appropriation is legally maintained or such reservation remains in force.

FRANKLIN D ROOSEVELT

The White House,
    June 27, 1935.

[No. 7088]

U. S. GOVERNMENT PRINTING OFFICE: 1935

EXHIBIT 15
Page 2 of 3



EXHIBIT 15
Page 3 of 3