*Executive Order 7624*

## EXECUTIVE ORDER

### ENLARGING THE TONGASS NATIONAL FOREST

*Alaska*

By virtue of and pursuant to the authority vested in me by section 24 of the act of March 3, 1891, 26 Stat. 1095, 1103, as amended (U. S. C., title 16, sec. 471), and the act of June 4, 1897, 30 Stat. 11, 34, 36 (U. S. C., title 16, sec 473), and upon the recommendation of the Secretary of Agriculture, it is ordered that, subject to valid existing rights, the tract of public land in Alaska lying within the following-described boundaries be, and it is hereby, included in and made a part of the Tongass National Forest:

Beginning at corner No. 3, Juneau Elimination from the Tongass National Forest, Proclamation No. 1742, June 10, 1925, approximately in latitude 58°15′ N., longitude 134°27′ W.

Thence from said initial point, by metes and bounds,

Northerly along the crest of the main divide between Lawson and Cowee Creeks, to corner No. 5, U. S. Mineral Survey No. 66–A, Boston Lode;

N. 45°00′ W., 45.45 chains, along side lines of the Boston and New York Lodes to corner No. 6, U. S. Mineral Survey No. 61, New York Lode;

N. 46°09′ E., 0.05 chains, along end line of New York Lode to corner No. 3, U. S. Mineral Survey No. 1072, Happy Jack Lode;

N. 47°08′ W., 22.64 chains, along side line of Happy Jack Lode to corner No. 4, identical with corner No. 2, Gold Bullion Lode, U. S. Survey No. 1072;

N. 50°18′ W., 22.73 chains, along side line of Gold Bullion Lode to corner No. 3 thereof;

N. 50°00′ W., 191 chains, approximate bearing and distance, to corner No. 3, U. S. Survey No. 471, identical with corner No. 5, Juneau Elimination;

S. 38°18′ W., 85.26 chains, along Juneau Elimination boundary to corner No. 4 thereof;

S. 32°53′ E., 361.37 chains, along Juneau Elimination boundary to corner No. 3 thereof, the place of beginning, containing approximately 3800 acres.

FRANKLIN D ROOSEVELT

THE WHITE HOUSE.
    May 29, 1937.

[F. R. Doc. 37–1622; Filed, June 1, 1937; 3:43 p. m.]

7624

EXHIBIT 16
Page 1 of 2



EXHIBIT 16
Page 2 of 2