1227

PLO-842
6-19-52

[Public Land Order 842]

ALASKA

EXCLUDING CERTAIN LANDS FROM TONGASS NATIONAL FOREST, AND RESERVING PORTIONS OF EXCLUDED LANDS FOR VARIOUS PUBLIC PURPOSES OR FOR CLASSIFICATION; PARTIALLY REVOKING EXECUTIVE ORDER NO. 9116 OF MARCH 28, 1942

By virtue of the authority vested in the President by section 1 of the act of June 4, 1897 (30 Stat. 34, 36; 16 U. S. C. 475), and otherwise, and pursuant to Executive Order No. 10355 of May 26, 1952, it is ordered as follows:

1. So much of the following-described areas in Alaska as has not heretofore been eliminated from the Tongass National Forest is hereby excluded from the said forest, and the boundaries of the said forest are modified accordingly:

NORTH TONGASS HIGHWAY

Beginning at corner No. 10, U. S. Survey No. 1761, Ketchikan elimination from Tongass National Forest, thence,

N. 61° W., 81.00 chains to corner No. 1 of Forest Exchange Survey 237;

N. 0° 20' W., 19.76 chains to corner No. 2, F. E. S. 237;

West, 40.00 chains to corner No. 6, F. E. S. 237;

N. 0° 38' E., 0.23 chains to corner No. 5, F. E. S. 237;

N. 0° 15' E., 20.00 chains to corner No. 1, U. S. S. 815;

West, 20.00 chains to corner No. 4, U. S. S. 815;

North, 20.00 chains to corner No. 3, U. S. S. 815;

N. 44° 00' W., 75.00 chains approximately, to a point from which corner No. 4, U. S. S. 2003, bears S. 87° 51' W., 10.00 chains;

N. 4° 00' E., 135.00 chains approximately, to a point from which corner No. 4, U. S. S. 2007, bears N. 81° 59' W., 30.00 chains;

N. 25° 00' E., 104.00 chains approximately, to a point from which corner No. 4, U. S. S. 2203, bears N. 54° 32' W., 10.00 chains;

N. 54° 32' W., 22.00 chains to a point on mean high tide line of Clover Passage;

Southwesterly, southerly, and southeasterly, 825.00 chains, approximately, along mean high waterline of Clover Passage, Tongass Narrows, Totem Bight, and Mud Bay to corner No. 12, U. S. S. 1761;

N. 23° 36' E., 18.63 chains to corner No. 11, U. S. S. 1761;

N. 73° 39' E., 51.45 chains to point of beginning.

The tract as described contains approximately 3,310 acres.

atls 1944 1805

SOUTH TONGASS HIGHWAY

Beginning at corner No. 2 of U. S. Survey No. 1627, approximately 8 miles southeast of Ketchikan, thence,

N. 89° 00' E., 37.50 chains, approximately, to a point from which corner No. 11, U. S. S. 2402, bears S. 20° 34' E., 6.00 chains;

N. 23° 00' E., 82.50 chains, approximately;

N. 29° 00' W., 51.00 chains, to corner No. 4, U. S. S. 2201;

N. 0° 01' E., 7.385 chains, to corner No. 3, U. S. S. 2201;

North, 17.30 chains;

East, 44.40 chains, approximately, to corner No. 15, U. S. S. 2203;

S. 55° 13' E., 5.62 chains to corner No. 1, lot 53, U. S. S. 2403;

S. 30° 00' E., 1.00 chain to corner No. 2, lot 53, U. S. S. 2403;

S. 84° 49' E., 3.03 chains to corner No. 20, M. C., U. S. S. 2403;

Southerly, 238.00 chains, approximately, along mean high tide line of Herring Bay and George Inlet to S. M. M. C., U. S. S. 1627;

N. 63° 00' W., 10.43 chains to point of beginning.

The tract as described contains approximately 130 acres.

atls 1814

CRAIG atls-1801

Beginning at corner No. 7 M. C., U. S. Survey No. 2311, approximately ½ mile southeast of Craig, thence,

Northerly, along line of mean high tide of Shelter Cove and Klawock Inlet;

Southeasterly, along line of mean high tide of Crab Bay to a point from which corner No. 3, U. S. S. 2312, bears S. 75° 30' W., 3.50 chains;

S. 30° 00' E., 3.40 chains to shore of Port Bagial;

Southerly and westerly, 56.00 chains, approximately, along line of mean high tide of Port Bagial to a point S. 45° E. from corner No. 7, U. S. S. 2311;

N. 45° 00' W., 3.50 chains to point of beginning.

The tract as described contains approximately 133 acres.

WRANGELL atls 1713

*Tract A.* Beginning at corner No. 4, U. S. Survey No. 1760, thence,

East, 120.00 chains to a point on the line of mean high tide of Eastern Passage;

Northerly, 140.00 chains, approximately, along line of mean high tide of Eastern Passage to corner No. 3, U. S. S. 1760;

South, 91.43 chains to point of beginning.

The tract as described contains approximately 402 acres.

*Tract B.* Beginning at corner No. 1, M. C., U. S. Survey No. 1760, thence,

S. 84° 30' E., 7.84 chains to corner No. 2, U. S. S. 1760;

N. 68° 00' E., 20.00 chains on line 2-3, U. S. S. 1760;

S. 24° 30' E., 205.00 chains to a point from which corner No. 46, U. S. S. 2331, bears S. 60° W., 15.50 chains;

East, 56.50 chains;

South, 52.00 chains;

S. 11° 00' W., 72.00 chains to a point from which corner No. 2, U. S. S. 2582, bears N. 72° W., 15.00 chains;

S. 42° 00' W., 103.00 chains to a point from which U. S. C. & G. S. Station "Oar 2" bears West, 20 chains;

S. 30° 00' E., 170.00 chains, approximately;

S. 29° 00' E., 61.00 chains, approximately, to a point from which the mouth of Pat Creek bears N. 25° W., 7.00 chains;

West, 9.00 chains to a point on the line of mean high tide on eastern shore of Zimovia Strait;

Northerly, 700.00 chains, approximately, along line of mean high tide of Zimovia Strait to point of beginning.

The tract as described contains approximately 2,323 acres.

*Tract C.* All of an unnamed island and connecting high tide lands, situated in Zimovia Strait, at approximate latitude 56° 21' N., longitude 132° 23' W., and on which U. S. C. & G. S. Station "Coat 2" is located.

The tract as described contains approximately 8 acres.

20 a

EXHIBIT 17
Page 1 of 5

### Sitka

Beginning at a point on line 3-3, U. S. Survey No. 1763, Sitka Elimination from Tongass National Forest, from which corner No. 2, U. S. S. 1763 bears S. 64° 33' 50" W., 40 chains, thence,

N. 50° 00' W., 203.00 chains, approximately, to a point from which corner No. 3, U. S. S. 2420, bears S. 60° W., 23.00 chains;

N. 23° 00' E., 170.00 chains to a point on the left bank and mouth of an unnamed stream which enters Starrigavin Bay, from which U. S. C. & G. S. Station "Harbor" bears approximately S. 73° W., 70 chains;

Southerly, 340.00 chains, approximately, along line of mean high tide of Starrigavin Bay, Harbor Point, and Sitka Sound to corner No. 1, U. S. S. 1763;

Southeasterly, 200.22 chains with meanders of U. S. S. 1763 to corner No. 2 thereof;

N. 64° 33' 50" E., 40.00 chains to point of beginning.

The tract as described contains approximately 1,604 acres.

### Douglas Island

Beginning at corner No. 6, M. C., U. S. Survey 1762, thence,

South, 40.00 chains to ½ mile post between corners 5 and 6 of U. S. S. 1762;

N. 81° 00' W., 200.00 chains, approximately, to corner 2, U. S. S. 1032;

South, 47.87 chains;

West, 64.00 chains;

N. 42° 00' W., 9.00 chains, approximately, from which corner No. 3, H. E. S. 119, bears N. 59° 33' E., 14.22 chains;

N. 42° 00' W., 1.00 chain;

Northerly and easterly along line of mean high tide of Fritz Cove and Gastineau Channel to point of beginning.

The tract as described contains approximately 1,543 acres.

### Glacier Highway

*Tract A.* Beginning at corner No. 6, U. S. Survey 1762, thence,

N. 81° W., 53.00 chains, approximately, to corner No. 15, H. E. S. 174;

West, 64.00 chains to corner No. 8, U. S. S. 1536;

S. 53° 26' E., 34.61 chains to corner No. 9, U. S. S. 1536;

S. 4° 54' E., 9.67 chains to corner No. 10, U. S. S. 1536;

Easterly, along line of mean high tide of Gastineau Channel to corner No. 7, M. C., U. S. S. 1762;

North, 15.63 chains to point of beginning.

The tract as described contains approximately 254 acres.

*Tract B.* Beginning at corner No. 14, U. S. Survey 1536, thence,

N. 57° 22' W., 53.27 chains to corner No. 1, U. S. S. 1536;

N. 18° 01' E., 240.00 chains to 3-mile post between corners Nos. 1 and 2, U. S. S. 1536;

S. 63° 00' W., 154.00 chains, approximately, to corner No. 3, U. S. S. 637;

West, 23.34 chains to corner No. 2, U. S. S. 637;

S. 60° 00' W., 153.00 chains to a point from which corner No. 6 of the Auke Village Camp Ground, a Forest Service Recreation Site, as shown on map of section 8, Glacier Highway Development Plan, Tongass National Forest, as surveyed by Leonard Barrett in 1925, on file with the Forest Service, Juneau, Alaska, bears South 30 chains;

South, 30.00 chains to corner No. 6 of the above-described Auke Village Camp Ground;

S. 00°00' W., 2.00 chains to corner No. 1, M. C., of the above-described Auke Village Camp Ground;

Easterly, along the line of mean high tide around Indian Point, along Auke Bay, and around Mendenhall Peninsula to point of beginning.

A small unnamed island in Auke Bay approximately 6 chains offshore from H. E. S. No. 61;

A small unnamed island in Favorite Channel approximately 50 chains south of Lot H, U. S. S. 2009.

The tracts as described aggregate approximately 8,000 acres.

*Tract C.* Beginning at corner No. 3 of the Auke Village Camp Ground, Forest Service Recreation Site, as shown on map of Section 8, Glacier Highway Development Plan, Tongass National Forest, surveyed by Leonard Barrett in 1925, and filed with the Forest Service, Juneau, Alaska, thence,

North, 24.00 chains to corner No. 4 of the above-described Auke Village Camp Ground;

N. 23° 00' W., 163.00 chains, approximately, to a point from which corner No. 8, U. S. S. 802, bears approximately North 103 chains;

North, 103.00 chains, approximately, to corner No. 8, U. S. S. 802;

North, 87.50 chains to corner No. 7, U. S. S. 802;

N. 13° 00' W., 200.00 chains to corner No. 4, H. E. S. 167;

N. 4° 54' E., 11.41 chains to corner No. 3 and M. C., H. E. S. 167;

N. 4° 54' E., 1.53 chains across Peterson Creek to corner No. 4 and M. C., H. E. S. 103;

N. 83° 03' E., 11.01 chains to corner No. 3, H. E. S. 103;

N. 0° 12' E., 83.41 chains to corner No. 2, H. E. S. 103, identical with corner No. 7, H. E. S. 145;

S. 82° 46' E., 8.44 chains to corner No. 6, H. E. S. 145;

N. 12° 22' E., 24.83 chains to corner No. 5, H. E. S. 145;

N. 2° 00' E., 43.23 chains to corner No. 4, H. E. S. 145;

N. 61° 13' W., 10.63 chains to corner No. 3, H. E. S. 145;

S. 43° 31' W., 4.73 chains to corner No. 2, H. E. S. 145, identical with corner No. 3, H. E. S. 90;

N. 43° 21' W., 21.51 chains to corner No. 4, H. E. S. 90;

N. 82° 13' W., 43.23 chains to corner No. 5, H. E. S. 90;

N. 27° 03' E., 3.30 chains to corner No. 3, H. E. S. 92;

N. 13° 02' W., 50.00 chains, approximately, to a point on the left bank of Herbert River;

Westerly, along the left bank of Herbert River to its confluence with Eagle River, and along the left bank of Eagle River to Favorite Channel;

Westerly and southerly along the east shore of Favorite Channel to corner No. 2, M. C., of the above-described Auke Village Camp Ground;

N. 8° 15' E., 4.00 chains to the point of beginning.

Five small unnamed islands in Favorite Channel between Eagle Harbor and Amalga Harbor in approximate latitude 58°29'20" N., longitude 134°47'30" W.

The tracts as described aggregate approximately 4,707 acres.

### Petersburg

#### Copper River Meridian

T. 58 S., R. 79 E., partly unsurveyed,

- Sec. 18, lots 1, 2, 3, 4, 5, 6, NE¼SW¼, and N½SE¼;
- Sec. 19, lots 1, 2, 3, 4, 5, 6, 7, SE¼NW¼, and SE¼;
- Sec. 20;
- Sec. 29, lots 5, 6, 6, 7, and W½W½;
- Sec. 32;
- Sec. 33, lot 6;
- Sec. 34, lots 1, 2, 3, 4, and S½;
- Sec. 35, lots 1, 2, 3, W½NE¼, E½NW¼, and S½;
- Sec. 36.

T. 59 S., R. 79 E., partly unsurveyed,

- Sec. 2, lots 1, 2, 3, 4, 5, E½, and NE¼NW¼;
- Sec. 4, lots 3, 4, 7, and 8;
- Sec. 5, lots 1, 2, 3, S½NE¼, W½SE¼, and SE¼SE¼;
- Sec. 9, lots 2, 3, 4, and 5;
- Sec. 10, lots 1 and 4, E½, and E½SW¼;
- Sec. 14, S½;
- Secs. 15 and 13;
- Sec. 21, lots 1 and 2, SW¼NE¼, NW¼, and SE¼;
- Secs. 22, 23, and 23;
- U. S. Survey No. 1723 in secs. 23 and 27;
- Sec. 23, lots 5 and 6;
- Sec. 23.

20-b

EXHIBIT 17
Page 2 of 5

T. 60 S., R. 72 E.,
Secs. 2 and 11;
Sec. 13, lot 1, N½SW¼, and S½SW¼;
Sec. 14, lots 1, 2, 3, 4, 8, and N½¼;
Sec. 23, lots 1, 2, 5, 6, and 9;
Sec. 24, lot 1, E½NW¼, NW¼NW¼, and SW¼;
Sec. 25, lots 1, 2, 3, 4, 5, 6, 8, 9, N½¼, and NE¼SE¼;
Sec. 26, lot 1.

The areas described aggregate 10,833.23 acres.

2. Subject to valid existing rights, including rights of Alaska natives, and to the provisions of existing withdrawals, the following-described tracts of public land, which are portions of the lands described in paragraph 1 hereof, are hereby withdrawn from all forms of appropriation under the public-land laws, including the mining laws but not the mineral-leasing laws, and reserved under the jurisdiction of the Secretary of the Interior as follows:

(a) For the preservation and protection of scenic values: *Provided*, That the timber resources on such lands shall be subject to disposal pursuant to applicable laws:

NORTH TONGASS HIGHWAY

✓A tract of land lying between the northwest right-of-way line of North Tongass Highway and line of mean high tide of Clover Passage; and between the north boundary of U. S. Survey No. 2553 and the extension northwesterly of the north boundary of U. S. Survey No. 2805.

The tract as described contains approximately 6 acres.

✓A tract of land lying between the southwesterly right-of-way line of North Tongass Highway and line of mean high tide of Tongass Narrows; and between the west boundary of U. S. Survey No. 1192 and the extension southwesterly of the northwest boundary of Lot B, U. S. Survey No. 2343.

The tract as described contains approximately 2 acres.

✓A tract of land lying between the southwesterly right-of-way line of North Tongass Highway and line of mean high tide of Tongass Narrows; and between the south boundary of U. S. Survey No. 2373 and the extension southwesterly of the northwest boundary of Lot E, U. S. Survey No. 2343.

The tract as described contains approximately 3 acres.

SOUTH TONGASS HIGHWAY

A tract of land lying between the easterly right-of-way line of South Tongass Highway and the line of mean high tide of George Inlet; and between the northeasterly boundary of Lot 67, U. S. S. 2402 and the south boundary of U. S. S. 2405.

✓ The tract as described contains approximately 35 acres.

A tract of land lying between the easterly right-of-way line of South Tongass Highway and the line of mean high tide of George Inlet; and between the north boundary of U. S. S. 2191 and the south boundary of U. S. S. 2404.

✓The tract as described contains approximately 7 acres.

WRANGELL

*Tract B.* A tract of land lying between the west right-of-way line of Wrangell Highway and line of mean high tide of Zimovia Strait; and between the west boundary of unapproved U. S. S. 2000 and the north boundary of U. S. S. 2021.

The tract as described contains approximately 10 acres.

A tract of land lying between the west right-of-way line of Wrangell Highway and line of mean high tide of Zimovia Strait; and between the north boundary of Lot 10, unapproved U. S. Survey 2023 and the south boundary of Lot 63, unapproved U. S. Survey 2023.

The tract as described contains approximately 13 acres.

GLACIER HIGHWAY

*Tract A.* A tract of land lying between the south right-of-way line of Glacier Highway and the line of mean high tide of Gastineau Channel; and between Mile 7.375 and Mile 8.625, Glacier Highway.

The tract as described contains 4 acres.

*Tract C.* A tract of land lying between the westerly right-of-way line of Glacier Highway and line of mean high tide of Lena Cove; and between the northwest boundary of unapproved U. S. S. 2056 and the south boundary of unapproved U. S. Survey 2059.

The tract as described contains approximately 7 acres.

A tract of land lying between the west right-of-way line of the Glacier Highway and line of mean high tide of Tee Harbor; and between the north boundary of unapproved U. S. Survey 3057 and the south boundary of U. S. Survey 802.

The tract as described contains approximately 7 acres.

A tract of land lying between the west right-of-way line of Glacier Highway and the east boundary of U. S. Survey 2745 and the line of mean high tide of Pearl Harbor; and between the south boundary of U. S. Survey 2517 and the extension of the south boundary of U. S. Survey 2745.

The tract as described contains approximately 13 acres.

(b) For use as rights-of-way for access roads:

GLACIER HIGHWAY

*Tract A.* Beginning at corner 4, M. C., M. E. S. 174, thence

North, 9.00 chains, approximately, to a point from which corner 2, U. S. S. 2153 bears S. 83° 30′ E., approximately 2 chains.

S. 83° 30′ E., 2.00 chains to corner 2, U. S. S. 2153.

S. 0° 40′ E., 8.70 chains to line of mean high tide of Gastineau Channel.

Westerly, 2.20 chains along line of mean high tide to point of beginning.

The tract as described contains 1.80 acres.

Beginning at corner 8, M. E. S. 204, thence

Westerly, 1.00 chain along south right-of-way line of Glacier Highway to intersection of line 9–10, U. S. S. 1536.

S. 4° 24′ E., 7.23 chains to corner 10, M. C., U. S. S. 1536.

East, 1.00 chain to corner 6, M. C., M. E. S. 204.

N. 4° 24′ W., 7.38 chains to point of beginning.

The tract as described contains 0.74 acre.

3. Except as to their exclusion from the Tongass National Forest by paragraph 1 hereof and their return to the administration of the Department of the Interior, the status of the public lands within the following-described areas shall not be changed until it is so provided by orders of classification to be issued by the Regional Administrator, Bureau of Land Management, Anchorage, Alaska, opening the lands to application under the Small Tract Act of June 1, 1938 (52 Stat. 609; 43 U. S. C. 682a), as amended, with a ninety-one-day preference-right filing period for filing such applications by veterans of World War II and others entitled to preference:

NORTH TONGASS HIGHWAY AND SOUTH TONGASS HIGHWAY

All lands in the North Tongass Highway and South Tongass Highway areas described in paragraph 1 hereof, exclusive of the tracts reserved for use as the Whipple Creek Public Service Site by Public Land Order No. 734 of July 20, 1951, and the tracts in such areas reserved for the preservation and protection of scenic values by paragraph 2 (a), North

1227 C

CRAIG

All lands in the Craig area described in paragraph 1 hereof.

WRANGELL

*Tract B.* Beginning at a point on line 2-3, U. S. Survey No. 1700, from which corner No. 2, said survey, bears S. 63° W., 8.80 chains, thence

N. 63° 00' E., 14.80 chains;
S. 24° 30' E., 206.00 chains to a point from which corner No. 46, U. S. S. 2321, bears S. 65° W., 15.50 chains;
East, 56.60 chains;
South, 92.00 chains;
S. 11° 00' W., 72.00 chains to a point from which corner No. 2, U. S. S. 2509, bears N. 72° 00' W., 15.00 chains;
S. 42° 00' W., 103.00 chains to a point from which U. S. C. & G. S. station "Oar 2" bears West 20.00 chains;
S. 30° 00' E., 170.00 chains, crossing Pat Creek 6 chains above its confluence with Trout Lake, to a point approximately 10.00 chains from the center of Pat Creek;
S. 29° 00' E., 51.00 chains;
West, 9.00 chains to line of mean high tide of Zimovia Strait;
Northerly, along line of mean high tide to a point from which corner No. 2, U. S. S. 2321, bears N. 57° 03' E., 10.40 chains;
N. 57° 03' E., 10.40 chains to corner No. 2, U. S. S. 2321;
N. 20° 40' W., 6.70 chains to point of beginning, excluding therefrom the tracts in the Wrangell area reserved for the preservation and protection of scenic values by paragraph 2 (a) hereof.

The tract as described contains approximately 3,520 acres.

PETERSBURG

COPPER RIVER MERIDIAN

T. 58 S., R. 79 E.,
Sec. 20, lots 4, 5, and 6;
Sec. 29, lots 2, 3, 5, and 7;
Sec. 32, lots 1 and 2;
Sec. 33, lot 5;
Sec. 34, lots 1, 2, 3, and 4;
Sec. 35, lot 2 and E½NW¼.
T. 59 S., R. 79 E.,
Sec. 4, lots 3, 4, 7, and 8;
Sec. 9, lots 2 and 3;
Sec. 15, lots 1, 2, 3, and 4;
Sec. 22, lots 1 and 2;
Sec. 23, lots 1 and 2;
Sec. 26, lots 1 and 2;
Sec. 34, lots 3 and 4;
Sec. 35, lots 2 and 3, and NW¼SW¼.
T. 60 S., R. 79 E.,
Sec. 2, lots 4, 5, 6, and 7, and W½SE¼ SW¼;
Sec. 11, lots 1 and 2;
Sec. 23, lots 5 and 6.
U. S. Surveys No. 2461 to No. 2463, inclusive;
U. S. Surveys No. 2470 to No. 2474, inclusive, and U. S. Survey No. 2009.

The areas described aggregate 1,023.18 acres.

SITKA

Beginning at corner No. 1, U. S. Survey No. 1763, thence

Northeasterly, 6.40 chains, approximately, along meanders of U. S. S. 2732, to corner No. 4, M. C., U. S. S. 2732;
N. 45° E., 1.00 chain to corner No. 4, U. S. S. 2420;
N. 60° E., 21.00 chains;
S. 20° E., 203.00 chains to ¼-milepost on line 2-3, U. S. S. 1763;
S. 64° 55' 50" W., 40.00 chains to corner No. 3, U. S. S. 1763;
Northwesterly, 218.00 chains along line of mean high tide of Sitka Bay to point of beginning, excepting therefrom the following-described areas:

(a) The tract reserved by the act of March 23, 1944 (58 Stat. 119), as a municipal water-supply reserve for the City of Sitka;

(b) The tract reserved by Public Land Order No. 723 of January 5, 1952, for the use of the Alaska Communication System, Department of the Army, as a radio-communication site.

The tract as described contains approximately 100 acres. [illegible]

DOUGLAS ISLAND

All lands in the Douglas Island area described in paragraph 1 hereof.

GLACIER HIGHWAY

*Tract A.* Beginning at corner No. 8, U. S. Survey 1762, thence

N. 81° 00' W., 53.00 chains to corner No. 13, H. E. S. 174;
South, 12.80 chains approximately, to a point from which corner No. 2, U. S. S. 2153, bears S. 85° 30' E., 2 chains;
S. 85° 30' E., 4.60 chains to corner No. 2, U. S. S. 2154;
S. 88° 35' E., 4.49 chains to corner No. 2, U. S. S. 2409;
S. 83° 03' E., 7.03 chains to corner No. 2, U. S. S. 2476;
East, 7.00 chains to corner No. 3, U. S. S. 2476;
South, 5.86 chains to corner No. 4, U. S. S. 2476;
Easterly, 27.50 chains along the north right-of-way line of Glacier Highway to intersection of line 7-8, U. S. S. 1762;
North, 12.50 chains to corner No. 8, U. S. S. 1762, the point of beginning.

The tract as described contains approximately 68.8 acres.

U. S. Survey No. 2475, containing 18.60 acres.

*Tract B.* Beginning at corner No. 1, U. S. Survey 1535, Mendenhall Elimination from the Tongass National Forest, thence,

N. 30° 01' E., 72.50 chains to a point on the north right-of-way line of Glacier Highway;
Northwesterly, approximately 65 chains along said right-of-way line to intersection with the northeasterly right-of-way line of the Auke Lake Spur Road;
Northerly, approximately 41.50 chains along said right-of-way line to intersection with the south right-of-way line of the Mendenhall Loop Road;
Northeasterly, approximately 103.89 chains along said south right-of-way line to west boundary of U. S. Survey 1535;
N. 13° 01' E., approximately 40.00 chains along said West boundary;
S. 66° W., 164.00 chains;
West, 28.34 chains;
S. 60° W., 138.00 chains;
South, 30.00 chains to line of mean high tide, Auke Bay;
Easterly, along line of mean high tide of Auke Bay, around Mendenhall Peninsula;
Northerly, on Gastineau Channel to point of beginning, and including two small islands in Auke Bay.

The tract as described contains approximately 3,200 acres.

*Track C.* Beginning at corner No. 1, U. S. Survey 802, thence,

South, 105.00 chains;
S. 23° E., 163.00 chains;
South, 24.00 chains to line of mean high tide of Favorite Channel;
Northwesterly, along line of mean high tide of Favorite Channel, around Point Lena, Lena Cove, Point Stephens, and Tee Harbor, to corner No. 1, M. C., U. S. S. 802;
East, 13.73 chains to point of beginning, including unapproved U. S. Surveys 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, and 2059, and excepting therefrom the tract withdrawn by Public Land Order No. 178 of September 23, 1943, which was transferred to the Department of the Army by Public Land Order No. 723 of M[illegible] 24, 1951; and the tracts in the Glacier Highway area (Tract C), reserved for the preservation and protection of scenic values by paragraph 2 (a) hereof.

The tract as described contains approximately 903 acres.

Beginning at corner No. 5, M. C., U. S. Survey 602, thence,

East, 33.63 chains to corner No. 7, U. S. S. 602;
N. 12° W., 65.03 chains;
West, 41.50 chains to line of mean high tide of Favorite Channel; [illegible]

20d

EXHIBIT 17
Page 4 of 5

122 7 [illegible]

Southerly, along said line of mean high tide to northwest corner Executive Order 81 of November 2, 1904;

East, 2.14 chains to west boundary of U. S. S. 377;

North, 27.20 chains to corner No. 2, U. S. S. 377;

East, 4.75 chains to corner No. 3, U. S. S. 377;

Northerly and Southerly along line of mean high tide of Tee Harbor to point of beginning, including unapproved U. S. S. 2060.

The tract as described contains approximately 100 acres.

Beginning at corner No. 1, H. E. S. 187; thence,

S. 89° 41' W., 7.00 chains to corner No. 2, H. E. S. 112;

N. 15° 01' W., 18.70 chains to corner No. 3, U. S. S. 2195;

S. 75° 11' W., 4.73 chains to corner No. 4, U. S. S. 2195;

N. 13° 23' W., 2.00 chains to corner No. 1, M. C., U. S. S. 2195;

Westerly, 2.00 chains along line of mean high tide of Eagle River Harbor, to corner No. 1, M. C., Tract B, U. S. S. 2387;

S. 14° 56' E., 2.43 chains to corner No. 2, U. S. S. 2387;

S. 75° 04' W., 4.93 chains to corner No. 3, M. C., U. S. S. 2387;

Southerly, 70.00 chains, approximately, along line of mean high tide of Favorite Channel to corner No. 1, M. C., U. S. S. 2516;

North, 6.77 chains to corner No. 2, U. S. S. 2516;

East, 5.36 chains to corner No. 3, U. S. S. 2516;

N. 26° 37' E., 33.23 chains to point of beginning.

The tract as described contains approximately 105 acres.

Beginning at corner No. 2, H. E. S., 143, thence,

N. 41° W., 43.00 chains to corner No. 4, H. E. S. 105;

N. 83° 41' W., 3.03 chains to corner No. 5, H. E. S. 103;

S. 0° 17' E., 50.16 chains to corner No. 6, H. E. S. 103;

N. 20° 50' W., 67.87 chains to corner No. 1, H. E. S. 103;

N. 31° 24' W., 7.83 chains to corner No. 1, H. E. S. 103;

West, approximately 27.20 chains to line of mean high tide of Favorite Channel;

Southeasterly, along said line of mean high tide, 30.00 chains to corner No. 4, M. C., Eagle River Mining Co. Mill and Dock Site;

N. 30° W., 8.50 chains to corner No. 3 thereof;

N. 60° E., 9.40 chains to corner No. 2 thereof;

S. 34° 11' E., 3.19 chains to corner No. 1, M. C., thereof;

Southeasterly along line of mean high tide of Favorite Channel, Salt Lake, and Peterson Creek to corner No. 1, M. C., H. E. S. 103;

S. 89° 45' E., 10.30 chains to point of beginning.

The tract as described contains approximately 158 acres.

All unnamed islands lying offshore of the Glacier Highway area, Tracts B and C, described in paragraph 1 hereof.

4. Effective at 10:00 a. m. on the 35th day from the date of this order, any public lands described in paragraph 1 hereof which are occupied by holders of permits from the Department of Agriculture who own valuable improvements thereon, are restored, subject to valid existing rights, for purchase as home sites under section 10 of the act of May 14, 1898, as amended by the act of May 26, 1934 (48 Stat. 809; 48 U. S. C. 461).

5. Subject to valid existing rights, including rights of Alaska natives, and to the provisions of existing withdrawals, the public lands described in paragraph 1 hereof, except as they are affected by paragraphs 2, 3, and 4 hereof, are hereby withdrawn from settlement, location, sale, and entry, and reserved for classification. 619

6. Executive Order No. 9114 of March 28, 1942, reserving certain public lands in Alaska for military purposes, is hereby revoked so far as it affects any part of the tract at Sitka, Alaska, described in paragraph 1 hereof.

R. D. Searles,
*Acting Secretary of the Interior.*

June 10, 1952.

[F. R. Doc. 52-[illegible]; Filed, June [illegible], 1952; [illegible] a. m.]

36,083 acres excluded by PLO 842 1/9/52

M Lagerup
compiled 10/21/69

36,083.01

20 e

EXHIBIT 17
Page 5 of 5