

Source: USDOI BLM and MMS 2003

**Map 1-1. National Petroleum Reserve-Alaska and the North Slope**

EXHIBIT 19
Page 1 of 1