# STATE OF ALASKA'S BRIEF IN OPPOSITION TO THE KATIE JOHN AND PERATROVICH PLAINTIFFS' OPENING BRIEFS ON "WHICH WATERS"

**No. 3:05-cv-0006-HRH**
**(Consolidated with No. 3:05-cv-0158-HRH)**

**EXHIBIT 2**

N
CANADA
Hyder
Ketchikan
Dixon Entrance
Misty Fjords
National Monument
Legend
Misty Fjords Monument
Alaska
Source:
Monument boundary from USFS
http://roadless.fs.fed.us/documents/feis/data
/gis/coverages/index.shtml
Map Produced by the
Alaska
Dept. of Fish & Game
1/25/08
This map is based on the most recent data available; however the actual and/or historical location of the waters involved may differ from that shown on this map due to the changes in the waters over time. Landstatatus describes ownership types within a section. Please note that Land Status may not cover entire section; please refer to Master Title Plat precise land ownership.The State of Alaska makes no expressed or implied warranties (including warranties of merchantability and fitness) with respect to the character, function, or capabilities of this product or its appropriateness for any user's purposes. In no event will the State of Alaska be liable for any incidental, indirect, special,consequential or other damages suffered by the user or any other person or entity whether from use of the product, any failure thereof or otherwise, and in no event will the State of Alaska's liability to you or anyone else exceed the fee paid for the product.

