WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |
| STATE OF ALASKA, | ) |
| Plaintiffs, | ) |
| and | ) |
| ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., | ) |
| Plaintiff-Intervenors, | ) No. 3:05-cv-0006-HRH |
| vs. | ) (Consolidated with |
| | ) No. 3:05-cv-0158-HRH) |
| DIRK KEMPTHORNE Secretary of the Interior, et al., | ) |
| Defendants, | ) **STATE'S MOTION TO FILE** |
| | ) **OVER-LENGTH** |
| and | ) **OPPOSITION BRIEF** |
| KATIE JOHN, et al., | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
| Defendant-Intervenor. | ) |

```
          - AND -

LINCOLN PERATROVICH, et al.,       )
                                   )
                    Plaintiffs,    )
                                   )
     vs.                           )
                                   )
UNITED STATES OF AMERICA, et al.,  )
                                   )
                    Defendant.     )
     and                           )   No. 3:92-cv-0734-HRH
                                   )
STATE OF ALASKA,                   )
                                   )
              Intervenor-Defendant.)
                                   )
```

**STATE'S MOTION TO FILE OVER-LENGTH OPPOSITION BRIEF**

Plaintiff State of Alaska respectfully requests that the Court grant this Motion for Leave to File an Over-length Opposition Brief in the "which waters" phase of this matter. Pursuant to the briefing schedule set forth in the Court's December 3, 2007 Order (Doc. No. 166), the State is answering both the Katie John plaintiffs' over-length 59-page opening "which waters" brief (Doc. No. 139), which was allowed by Court Order dated October 15, 2007 (Doc. No. 146), and the Peratrovich plaintiffs' 44-page opening brief (Doc. No. 150). In order to fully respond to this combined 103 pages of briefing, the State respectfully requests leave pursuant to L.R. 10.1(l) to file a single 63 page consolidated opposition brief (excluding tables and exhibits but including the service page).

A proposed order is attached.

Dated:  January 28, 2008               Respectfully submitted,

                                                          /s/ William P. Horn
William P. Horn, D.C. Bar No. 375666
James H. Lister, D.C. Bar No. 447878
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, NW, Suite 1200
Washington, D.C.  20036
Telephone:  202-659-5800
Facsimile:  202-659-1027
Email:  whorn@dc.bhb.com
Email:  jlister@dc.bhb.com

Attorneys for State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing State's Motion to File Over-Length Opposition Brief was served electronically, this 28 day of January, 2008 to the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
Michael W. Sewright
William F. Sherman

/s/ William P. Horn
William P. Horn