WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br><br>STATE OF ALASKA,<br><br>    Plaintiffs,<br><br> and<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al.,<br><br>    Plaintiff-Intervenors,<br><br> vs.<br><br>DIRK KEMPTHORNE Secretary of the Interior, et al.,<br><br>    Defendants,<br><br> and<br><br>KATIE JOHN, et al.,<br><br>    Defendant-Intervenors,<br><br> and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>    Defendant-Intervenor. | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH)<br><br>**ORDER GRANTING STATE'S MOTION PERMISSION TO FILE OVER-LENGTH OPPOSITION BRIEF** |

1

| | |
|---|---|
| - AND - | |
| LINCOLN PERATROVICH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendant. | ) |
| and | ) No. 3:92-cv-0734-HRH |
| | ) |
| STATE OF ALASKA, | ) |
| | ) |
| Intervenor-Defendant. | ) |
| | ) |

## ORDER GRANTING STATE'S MOTION PERMISSION
## TO FILE OVER-LENGTH OPPOSITION BRIEF

Upon consideration of the State of Alaska's motion dated January 28, 2008 requesting leave to file an over-length consolidated opposition brief (Doc No. XXX) responding to the opening "which waters" brief filed by the Katie John plaintiffs (Doc. No. 139) and the opening "which waters" brief filed by the Peratrovich parties (Doc. No. 150).

IT IS HEREBY ORDERED:   That the State's motion is granted.


Dated: _____        _____
                                    H. Russell Holland
                                    United States District Judge