IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
KATIE JOHN, et al.,                      )
                                         )
                    Plaintiffs,          )
                                         )
     vs.                                 )
                                         )
UNITED STATES OF AMERICA, et al.,        )
                                         )
                                         )
                    Defendants.          )
_____)
                                         )
STATE OF ALASKA,                         )
                                         )
                    Plaintiff,           )
     and                                 )
                                         )
ALASKA FISH AND WILDLIFE FEDERA-         )
TION AND OUTDOOR COUNCIL, et al.,        )
                                         )
          Plaintiff-Intervenors,         )
                                         )   No. 3:05-cv-0006-HRH
     vs.                                 )   (Consolidated with
                                         )   No. 3:05-cv-0158-HRH)
DIRK KEMPTHORNE, Secretary of the        )
Interior, et al.,                        )
                                         )
                    Defendants,          )
                                         )
     and                                 )       O R D E R
                                         )
KATIE JOHN, et al.,                      )   Granting State's
                                         )   Motion to File
          Defendant-Intervenors,         )   Over-Length Brief
                                         )
     and                                 )
                                         )
ALASKA FEDERATION OF NATIVES,            )
                                         )
          Defendant-Intervenor.          )
_____)
     - AND -
```

```
LINCOLN PERATROVICH, et al.,      )
                                  )
                  Plaintiffs,     )
                                  )
     vs.                          )
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
                  Defendants.     )
                                  )
     and                          )
                                  )   No. 3:92-cv-0734-HRH
STATE OF ALASKA,                  )
                                  )
          Intervenor-Defendant.   )
_____)
```

Upon consideration of the State of Alaska's motion dated January 28, 2008, requesting leave to file an over-length consolidated opposition brief (Docket No. 170) responding to the opening "which waters" brief filed by the Katie John plaintiffs (Docket No. 139) and the opening "which waters" brief filed by the Peratrovich parties (Docket No. 150),

IT IS HEREBY ORDERED: That the State's motion is granted.

DATED at Anchorage, Alaska, this <u>29th</u> day of January, 2008.

/s/ H. Russel Holland
United States District Judge