WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |
| STATE OF ALASKA, | ) |
| Plaintiffs, | ) |
| and | ) |
| ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., | ) |
| Plaintiff-Intervenors, | ) No. 3:05-cv-0006-HRH |
| vs. | ) (Consolidated with |
| | ) No. 3:05-cv-0158-HRH) |
| DIRK KEMPTHORNE Secretary of the Interior, et al., | ) |
| Defendants, | ) |
| and | ) **NOTICE OF ATTACHMENT** |
| KATIE JOHN, et al., | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
| Defendant-Intervenor. | ) |

- AND -

ALASKA'S "WHICH WATERS" OPPOSITION BRIEF                                                                                Page **1** of 1

| | |
|---|---|
| LINCOLN PERATROVICH, et al.,           )<br>                                                             )<br>                       Plaintiffs,              )<br>                                                             )<br>      vs.                                              )<br>                                                             )<br>UNITED STATES OF AMERICA, et al.,  )<br>                                                             )<br>                       Defendant.            )<br>      and                                            )<br>                                                             )<br>STATE OF ALASKA,                           )<br>                                                             )<br>                       Intervenor-Defendant. )<br>                                                             ) | No. 3:92-cv-0734-HRH |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing "State of Alaska's Brief in Opposition to the Katie John and Peratrovich Plaintiffs' Opening Briefs on Which Waters" was served electronically, this 28 day of January, 2008 to the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
Michael W. Sewright
William F. Sherman

/s/William P. Horn
William P. Horn