DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, CHARLES ERHART,  et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:05-cv-00006-HRH (CONSOLIDATED) |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, DIRK KEMPTHORNE, et al., | ) ) ) | ERRATA TO THE EXHIBITS THAT ACCOMPANIES THE BRIEF OF THE UNITED STATES (WHICH WATERS) |
| Defendants. | ) ) | |

The United States attaches hereto revisions to Exhibit 8 and Exhibit 11 that accompanied the Brief of the United States (Which Waters)(Docket Entry No. 167) filed January 28, 2008.

The map that was part of Exhibit 8 as filed was not in color. The map attached to the revised Exhibit 8 hereto is in color. That is the only change to Exhibit 8 as filed.

Exhibit 11 is a one page map. The exhibit as filed

inadvertently contained the notation draft. Exhibit 11 as attached hereto does not contain that notation.

Dated this 29th day of January 2008.

/s/Dean K. Dunsmore
DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of January 2008 a copy of the foregoing ERRATA TO THE EXHIBITS TO THE BRIEF OF THE UNITED STATES (WHICH WATERS) and Exhibits numbered 8 and 11 were served electronically to the following:

Heather R. Kendall-Miller
Robert T. Anderson
William F. Sherman
Randolph H. Barnhouse
Steven A. Daugherty
Michael Sewright
William P. Horn
Gregory S. Fisher
Carol H. Daniel

/s/Dean K. Dunsmore
Dean K. Dunsmore

No. 3:05-cv-00006-HRH (Consolidated)
Errata to Exhibits of U.S. (Which Waters)         2