DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile:  9907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.<br><br>            Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br>DIRK KEMPTHORNE, et al.,<br><br>            Defendants, | Case No. 3:05-cv-00006-HRH<br>(CONSOLIDATED) |

### DECLARATION OF CHARLES M. GILBERT

I, Charles M. Gilbert, do upon personal knowledge declare as follows:

1. That I am currently employed by the National Park Service (NPS), Alaska Region, as Chief of the Land Resources Program Center.

2. That in the course of my employment I have become familiar with the policies and procedures regarding NPS administered lands in Alaska.

3. That at the request of the Department of Justice, I have reviewed the land records regarding Sixmile Lake and its environs.

Katie John v. U.S.
No. 3:05-cv-00006-HRH (Consolidated)
Brief of U.S. (Which Waters)
Declaration of Charles M. Gilbert

Exhibit 8
Page 1 of 3

4. That those records show:

    a) the east bank of Sixmile Lake, shown in green on the map that is Attachment No. 1 hereto, is the boundary of Lake Clark National Park and Preserve as published in 57 Federal Register 45166, 45200 (Sept. 30, 1992);

    b) the area shown in red is land to which the subsurface estate has been conveyed to Bristol Bay Native Corporation and the surface estate has been conveyed to Kijik Corporation;

    c) the Kijik Corporation is the successor to Nondalton Village Corporation; and

    d) one parcel on the north end of the lake is an Alaska Native allotment acquired by the United States of America, for management by the NPS, and not conveyed to the Kijik Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided under 28 U.S.C. § 1746,

Executed this 23rd day of January, 2008.

*[signature]*
CHARLES M. GILBERT
Chief, Land Resources Program Center
National Park Service, Alaska Region
Anchorage, Alaska

Katie John v. U.S.
No. 3:05-cv-00006-HRH (Consolidated)
Brief of U.S. (Which Waters)
Declaration of Charles M. Gilbert

Exhibit 8
Page 2 of 3

