Heather R. Kendall-Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:05-cv-00006 (HRH) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | PLAINTIFFS' MOTION FOR |
| | ) | ENLARGEMENT OF TIME |
| Defendants. | ) | |
| | ) | |

Plaintiffs Katie John *et al* move the Court for an order granting them and the State of Alaska an enlargement of time of seventeen days to and including March 17, 2008, in which to file the briefs now due on February 28, 2008 pursuant to Docket Entry No. 166.

In support of the above-motion plaintiffs Katie John *et al.* show:

1.  Pursuant to the Order of December 3, 2007 (Dkt. No. 166) modifying the Order Revised Briefing Schedule filed July 17, 2007 (Dkt. No. 133), Katie John *et al.*'s and the State of Alaska's Reply briefs to federal defendants' brief on the "Which Waters" filed January 28, 2007 (Dkt. No. 167) are now due to be filed on February 28, 2008.

2.  Due to the briefing schedule of another case (*Alaska v. Fleagle*, No. 07-35723, (Intervenor-defendants Appellee brief due February 29, 2008)), additional time is needed by plaintiffs Katie John *et al.* to prepare and file a response to federal defendants "Which Waters" brief filed January 28, 2007 (Dkt. No. 167).

3. Counsel for plaintiffs Katie John *et al.* have been authorized to represent that the federal defendants, the State of Alaska, and the Lincoln Peratrovich plaintiffs have no objection to this motion.

4. The State of Alaska, and the Lincoln Peratrovich plaintiffs have requested that if the date for filing Katie John's brief is extended, that the dates for the filing by the State and the Lincoln Peratrovich plaintiffs also be extended. Accordingly, plaintiffs Katie John *et al.* respectfully request that the schedule be modified to establish that the State of Alaska's reply brief be filed on March 17, 2008 with AOC, AFN and Peratrovich's supplemental replies due on March 27, 2008.

Dated this 20th day of February, 2008.

s/ Heather R. Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2008, a copy of foregoing Motion for Extension of Time and Proposed Order was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace

s/ Heather Kendall Miller