NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 3:05-cv-00006 (HRH) |
| ) | (Consolidated) |
| v. ) | |
| ) | PROPOSED ORDER ON |
| UNITED STATES OF AMERICA, *et al.* ) | PLAINTIFFS' MOTION FOR |
| ) | ENLARGEMENT OF TIME |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that plaintiffs Katie John *et al.*'s motion for enlargement of time, filed February 20, 2008, is granted, and that Katie John and the State of Alaska are granted an enlargement of time to and including March 17, 2008, in which to file briefs now due pursuant to the Order of December 3, 2007 (Dkt. No. 166) modifying the Order Revised Briefing Schedule filed July 17, 2007 (Dkt. No. 133).

IT IS FURTHER ORDERED THAT the Peratrovich plaintiffs, Outdoor Council and the Alaska Federation of Natives file their respective supplemental replies on March 27, 2008.

DATED at Anchorage, Alaska, this ___ day of February, 2008.

s/ H. Russel Holland
United States District Judge