TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright (7510090)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email: mike.sewright@alaska.gov

Co-counsel for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., <br><br>         Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA, et al., <br><br>         Defendants. <br>——————————————————— <br>STATE OF ALASKA, <br><br>         Plaintiffs, <br>    and <br><br>ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., <br><br>         Plaintiff-Intervenors, <br><br>vs. <br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al., <br><br>         Defendants, <br>    and <br><br>KATIE JOHN, et al., | No. 3:05-cv-0006-HRH <br>  (Consolidated with <br>No. 3:05-cv-0158 HRH) <br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

|  |  |
|---|---|
| Defendant-Intervenors, | ) |
| and | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
| Defendant-Intervenor. | ) |
| - AND - | ) |
| LINCOLN PERATROVICH, et al., | ) |
| Plaintiffs, | ) No. 3:92-cv-0734-HRH |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendant. | ) |
| and | ) |
| STATE OF ALASKA, | ) |
| Intervenor-Defendant | ) |

The State of Alaska hereby provides notice of the substitution of Assistant Attorney General Michael W. Sewright for Assistant Attorneys General Steven A. Daugherty and Joanne M. Grace as co-counsel of record for the State in the above-captioned matters. Copies of all pleadings, documents, and correspondence related to the above-captioned cases, specifically Case Nos. 3:05-cv-0006-HRH, 3:05-cv-0158-HRH, and 3:92-cv-0734-HRH, should be directed to:

    Michael W. Sewright
    Assistant Attorney General
    Department of Law
    1031 W. 4th Avenue, Suite 200
    Anchorage, AK  99501

In addition copies of all pleadings and correspondence should also continue to be sent to William P. Horn at his Washington, D.C. office and Gregory L. Fisher at his Anchorage office.

RESPECTFULLY SUBMITTED this 21st day of February, 2008.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    s/Michael W. Sewright
    Michael W. Sewright
    Assistant Attorney General
    Alaska Bar No. 7510090
    1031 W. 4th Avenue, Suite 200
    Anchorage, Alaska 99501
    Phone: (907) 269-5257
    Fax: (907) 279-2834
    Email: mike.sewright@alaska.gov

    Co-counsel for Plaintiff State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2008, a copy of the foregoing NOTICE OF APPEARANCE was served electronically, on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Joanne M. Grace
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman

/s/ Michael W. Sewright
Michael W. Sewright