IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants.<br>_____<br>STATE OF ALASKA,<br><br>        Plaintiff,<br>  and<br><br>ALASKA FISH AND WILDLIFE FEDERA-<br>TION AND OUTDOOR COUNCIL, et al.,<br><br>    Plaintiff-Intervenors,<br><br>  vs.<br><br>DIRK KEMPTHORNE, Secretary of the<br>Interior, et al.,<br><br>        Defendants,<br>  and<br><br>KATIE JOHN, et al.,<br><br>    Defendant-Intervenors,<br><br>  and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>    Defendant-Intervenor.<br>_____ | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH)<br><br><br><br>O R D E R<br><br>Plaintiffs' Motion<br>for Enlargement<br>of Time |

    - AND -

```
LINCOLN PERATROVICH, et al.,       )
                                   )
                    Plaintiffs,    )
                                   )
      vs.                          )
                                   )
UNITED STATES OF AMERICA, et al.,  )
                                   )
                    Defendants.    )
                                   )
      and                          )
                                   )    No. 3:92-cv-0734-HRH
STATE OF ALASKA,                   )
                                   )
           Intervenor-Defendant.   )
_____)
```

IT IS HEREBY ORDERED that the motion of plaintiffs Katie John, et al., for enlargement of time,[1] filed February 20, 2008, is granted, and that Katie John and the State of Alaska are granted an enlargement of time to and including March 17, 2008, in which to file briefs now due pursuant to the Order of December 3, 2007,[2] modifying the Order (Revised Briefing Schedule) filed July 17, 2007.[3]

IT IS FURTHER ORDERED that the Peratrovich plaintiffs, Outdoor Council, and the Alaska Federation of Natives file their respective supplemental replies on March 27, 2008.

DATED at Anchorage, Alaska, this 21st day of February, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 177.

[2] Docket No. 166.

[3] Docket No. 133.