TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright (7510090)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email: mike.sewright@alaska.gov


Co-counsel for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., <br>           Plaintiffs, <br> vs. <br> UNITED STATES OF AMERICA, et al., <br>           Defendants. <br><br> STATE OF ALASKA, <br>           Plaintiffs, <br> and <br> ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., <br>           Plaintiff-Intervenors, <br> vs. <br> DIRK KEMPTHORNE, Secretary of the Interior, et al., <br>           Defendants, <br> and <br> KATIE JOHN, et al., | No. 3:05-cv-0006-HRH <br> (Consolidated with <br> No. 3:05-cv-0158 HRH) <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

|  |  |
|---|---|
| Defendant-Intervenors, | ) |
| and | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
| Defendant-Intervenor. | ) |
| - AND - | ) |
| LINCOLN PERATROVICH, et al., | ) |
| Plaintiffs, | ) No. 3:92-cv-0734-HRH |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendant. | ) |
| and | ) |
| STATE OF ALASKA, | ) |
| Intervenor-Defendant | ) |

The State of Alaska hereby provides notice of the substitution of Assistant Attorney General Michael W. Sewright for Assistant Attorneys General Steven A. Daugherty and Joanne M. Grace as co-counsel of record for the State in the above-captioned matter, Case No. 3:05-cv-0006 HRH (Consolidated with No. 3:05-cv-0158 HRH). Copies of all pleadings, documents, and correspondence related to the above-captioned case should be directed to:

> Michael W. Sewright
> Assistant Attorney General
> Department of Law
> 1031 W. 4th Avenue, Suite 200
> Anchorage, AK  99501

In addition copies of all pleadings and correspondence should also continue to be sent to William P. Horn at his Washington, D.C. office and Gregory L. Fisher at his Anchorage office.

RESPECTFULLY SUBMITTED this 22nd day of February, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

s/Michael W. Sewright
Michael W. Sewright
Assistant Attorney General
Alaska Bar No. 7510090
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5257
Fax: (907) 279-2834
Email: mike.sewright@alaska.gov

Co-counsel for Plaintiff State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2008, a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served electronically, on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Joanne M. Grace
Phillip E. Katzen
Heather R. Kendall-Miller
William F. Sherman


/s/ Michael W. Sewright
Michael W. Sewright