WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com


TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright, AK Bar No. 7510090
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email:  mike.sewright@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., <br>         Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br>         Defendants. <br><br> STATE OF ALASKA, <br><br>         Plaintiffs, <br>    and <br><br> ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., <br><br>         Plaintiff-Intervenors, | No. 3:05-cv-0006-HRH <br> (Consolidated with <br> No. 3:05-cv-0158 HRH) <br><br> **STATE'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF ON "WHICH WATERS"** |

|  |  |  |
|---|---|---|
| vs. | ) |  |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| KATIE JOHN, et al., | ) | |
| | ) | |
| Defendant-Intervenors, | ) | |
| and | ) | |
| | ) | |
| ALASKA FEDERATION OF NATIVES, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| _____ | ) | |
| | ) | |
| - AND - | ) | |
| | ) | |
| LINCOLN PERATROVICH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:92-cv-0734-HRH |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF ALASKA, | ) | |
| | ) | |
| Intervenor-Defendant | ) | |
| _____ | ) | |

Plaintiff State of Alaska respectfully requests that the Court grant this Motion for Leave to File an Over-length Reply Brief in the "which waters" phase of this matter. Pursuant to the Court's previous scheduling orders and latest briefing schedule dated February 21, 2008 (Doc. 179), the State is answering (1) the Response Brief of the United States (Doc. 167); (2) the Katie John plaintiffs' Brief in Response to State of Alaska (Doc. No. 168); and also (3) the late,

out of order "Response" Brief of the Alaska Federation of Natives ("AFN") (Doc. 176) as further explained at page 2 footnote 2 of the State's Reply Brief being submitted herewith. In order to fairly respond to that combined 110 pages of briefing (plus U. S. exhibits), the State respectfully requests leave pursuant to L.R. 10.1(1) to file a single 41-page consolidated reply brief (excluding tables and signature and service page).

Respectfully submitted this 17th day of March, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Michael W. Sewright
Michael W. Sewright
Assistant Attorney General
Alaska Bar No. 7510090
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5257
Fax: (907) 279-2834
Email: mike.sewright@alaska.gov
Co-counsel for Plaintiff State of Alaska

s/ William P. Horn
WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No. 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com;
jlister@dc.bhb.com
Co-counsel for Plaintiff State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2008, a copy of the foregoing **STATE'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF ON "WHICH WATERS",** and **(PROPOSED) ORDER** was served electronically, on the following:

Robert T. Anderson
William P. Horn
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore

Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
James H. Lister
William F. Sherman

s/ Michael W. Sewright
Michael W. Sewright