WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright, AK Bar No. 7510090
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email: mike.sewright@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>_____<br><br>STATE OF ALASKA,<br><br>   Plaintiffs,<br>  and<br><br>ALASKA FISH AND WILDLIFE FEDERATION<br>AND OUTDOOR COUNCIL, et al.,<br><br>   Plaintiff-Intervenors, | No. 3:05-cv-0006-HRH<br> (Consolidated with<br>No. 3:05-cv-0158 HRH)<br><br>**(PROPOSED) ORDER GRANTING STATE'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF ON "WHICH WATERS"** |

|   |   |   |
|---|---|---|
| vs. | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants, and | ) ) ) | |
| KATIE JOHN, et al., | ) ) | |
| Defendant-Intervenors, and | ) ) ) | |
| ALASKA FEDERATION OF NATIVES, | ) ) | |
| Defendant-Intervenor. | ) ) ) | |
| - AND - | ) ) | |
| LINCOLN PERATROVICH, et al., | ) ) | |
| Plaintiffs, | ) | No. 3:92-cv-0734-HRH |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendant. and | ) ) ) ) | |
| STATE OF ALASKA, | ) ) | |
| Intervenor-Defendant | ) ) | |

Upon consideration of the State of Alaska's motion dated March 17, 2008, requesting leave to file an over-length consolidated reply brief (Docket 182) answering (1) the Response Brief of the United States (Doc. 167), (2) the Katie John plaintiffs' Brief in Response to State of

Alaska (Doc. No. 168), and also (3) the "Response" Brief of the Alaska Federation of Natives ("AFN") (Doc. 176),

    IT IS HEREBY ORDERED: that the State's motion is granted.

    DATED at Anchorage, Alaska this _____ day of March, 2008.

                                                 _____
                                               United States District Judge