WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com


TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright, AK Bar No. 7510090
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email:  mike.sewright@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., <br>           Plaintiffs, <br><br>   vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br><br><br> STATE OF ALASKA, <br><br>           Plaintiffs, <br>   and <br><br> ALASKA FISH AND WILDLIFE FEDERATION AND OUTDOOR COUNCIL, et al., <br><br>           Plaintiff-Intervenors, | No. 3:05-cv-0006-HRH <br>   (Consolidated with <br>   No. 3:05-cv-0158 HRH) <br><br> **NOTICE OF FILING** <br> **OVER-SIZE EXHIBIT** |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) |
|  | ) |
| Defendants, | ) |
| and | ) |
|  | ) |
| KATIE JOHN, et al., | ) |
|  | ) |
| Defendant-Intervenors, | ) |
| and | ) |
|  | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
|  | ) |
| Defendant-Intervenor. | ) |
|  | ) |
| - AND - | ) |
|  | )  No. 3:92-cv-0734-HRH |
| LINCOLN PERATROVICH, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| and | ) |
|  | ) |
| STATE OF ALASKA, | ) |
|  | ) |
| Intervenor-Defendant | ) |

Plaintiff State of Alaska hereby gives notice to the Court and parties of filing an over-size exhibit in color entitled "Subsistence Management Regulations for the Harvest of Fish and Shellfish on Federal Public Lands and Waters in Alaska Effective April 1, 2007 – March 31, 2008" which is published by the Federal Office of Subsistence

Management. This document is referred to as the Federal Defendants' Regulation Pamphlet disseminated to the public for the federal subsistence harvest of fish and shellfish in Alaska for that period at pages 21-23 of the State of Alaska's Reply Brief on "Which Waters" (Doc. 182 at 30-32) submitted yesterday and constitutes Exhibit 1 to that Brief. The State is hand-delivering four copies (file copy, Judge's Copy, and working copies) by marked envelope to the Court for filing. A copy of the exhibit is also being mailed first-class to all other parties on the service list. In addition, the document may be accessed online at http://alaska.fws.gov/asm/home.html

Respectfully submitted this 18th day of March, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Michael W. Sewright
Michael W. Sewright
Assistant Attorney General
Alaska Bar No. 7510090
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5257
Fax: (907) 279-2834
Email: mike.sewright@alaska.gov
Co-counsel for Plaintiff State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2008, a copy of the foregoing **NOTICE OF FILING OVER-SIZE EXHIBIT** was served electronically, on the following:

| | |
|---|---|
| Robert T. Anderson | Gregory L. Fisher |
| William P. Horn | Phillip E. Katzen |
| Randolph H. Barnhouse | Heather R. Kendall-Miller |
| Carol H. Daniel | James H. Lister |
| Steven A. Daugherty | William F. Sherman |
| Dean K. Dunsmore | |

/s/ Michael W. Sewright