EXHIBIT 1 TO
STATE OF ALASKA'S
REPLY BRIEF ON "WHICH WATERS"


Subsistence Management Regulations for the
Harvest of Fish and Shellfish on Federal Public Lands and Waters in Alaska
Effective April 1, 2007 – March 31, 2008

FILED CONVENTIONALLY