RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:05-cv-00006 - HRH<br>       (Consolidated)<br><br>**Peratrovich Plaintiffs Unopposed Motion for Extension of Due Date for Submission of Supplemental Reply Brief** |

   The Peratrovich plaintiffs move on an unopposed basis for an extension from March 27, 2008, to and including April 7, 2008, of the due date for submission of their, the AOC and AFN's supplemental reply briefs. The Court's February 21, 2008, Order (Docket No. 179) which directed the Peratrovich plaintiffs, the AOC and AFN to file their supplemental reply briefs by March 27, 2008.

   The State of Alaska, the Federal Defendants, Katie John parties and the Alaska Federation of Natives have all indicated they do not oppose this Motion.

WHEREFORE, the Peratrovich Plaintiffs respectfully request the Court extend until April 7, 2008, the due date for submission of their, the AOC and AFN's supplemental reply briefs.

Dated: March 21, 2008.

LUEBBEN JOHNSON & BARNHOUSE LLP

By  /s/ Randolph H. Barnhouse
Randolph H. Barnhouse
Samuel D. Hough
7424 4th Street N.W.
Los Ranchos de Albuquerque,
 New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
E-Mail: dbarnhouse@luebbenlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, a copy of the foregoing document was served electronically on:

Robert T. Anderson
Carol H. Daniel
Dean K. Dunsmore
Gregory L. Fisher
William P. Horn
Heather Kendall-Miller
James H. Lister
Michael W. Sewright
William F. Sherman

/s/ Randolph H. Barnhouse