RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | No. 3:05-cv-00006 - HRH<br>    (Consolidated)<br><br>**(Proposed) Order** |

IT IS HEREBY ORDERED that the Peratrovich Plaintiffs Unopposed Motion for Extension of Due Date for Submission of their, the AOC and AFN's Supplemental Reply Briefs, filed on March 21, 2008, is GRANTED. The due date for those briefs established by the Court's Order of February 21, 2008, (Docket No. 179) is extended to April 7, 2008.

Dated this _____ day of _____, 2008.

_____
H. RUSSELL HOLLAND
United States District Judge