MINUTES OF THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

KATIE JOHN      v.   UNITED STATES OF AMERICA

The Honorable H. RUSSEL HOLLAND     CASE NO.   3:05-cv-0006-HRH [consolidated with 3:05-cv-0158-HRH]

Deputy Clerk      Official Recorder
_____   _____

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

IT IS HEREBY ORDERED that the Peratrovich Plaintiffs' Unopposed Motion for Extension of Due Date for Submission of their, the AOC and AFN's Supplemental Reply Briefs (Docket No. 185, filed March 21, 2008), is GRANTED. The due date for those briefs established by the Court's Order of February 21, 2008 (Docket No. 179), is extended to April 7, 2008.