MINUTES OF THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

<u>KATIE JOHN</u>                           v.   <u>UNITED STATES OF AMERICA</u>

                                                                   **3:05-cv-0006-HRH**
                                                                   [consolidated with
The Honorable H. RUSSEL HOLLAND        CASE NO.   <u>3:05-cv-0158-HRH]</u>


   <u>Deputy Clerk</u>                              <u>Official Recorder</u>
   _____           _____


APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

    Upon consideration of the State of Alaska's motion (Docket No. 183) dated March 17, 2008, requesting leave to file an over-length consolidated reply brief answering: (1) the response brief of the United States (Docket No. 167), (2) the Katie John plaintiffs' brief in response to the State of Alaska (Docket No. 168), and also (3) the "response brief" of the Alaska Federation of Natives (AFN) (Docket No. 176), it is hereby ordered that the State's motion to file an over-length brief is granted.