RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*, | ) | No.  3:05-cv-00006 - HRH |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | NOTICE OF CONTINUED FILING |
| | ) | OF EXHIBITS ATTACHED TO |
| v. | ) | PERATROVICH SUPPLEMENTAL |
| | ) | REPLY BRIEF ON THE "WHICH |
| | ) | WATERS" ISSUE |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Peratrovich Plaintiffs hereby give notice to the Court of filing additional Exhibits to be added to the Supplemental Reply Brief "Which Waters" filed at Document No. 188.  Attached hereto are Exhibits 1.2 and 2.

Dated:  April 7, 2008

Respectfully submitted:

LUEBBEN JOHNSON & BARNHOUSE LLP

/s/ Randolph H. Barnhouse
Randolph H. Barnhouse
7424 4th Street N.W.
Los Ranchos de Albuquerque,
   New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
E-Mail:  dbarnhouse@luebbenlaw.com
Attorneys for Related Case Plaintiffs

NOTICE OF CONTINUED FILING OF EXHIBITS TO SUPPLEMENTAL REPLY BRIEF
PERATROVICH PLAINTIFFS
3:05-cv-00006 - HRH

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on:


Robert T. Anderson
Carol H. Daniel
Dean K. Dunsmore
Gregory L. Fisher
William P. Horn
Heather Kendall-Miller
James H. Lister
Michael W. Sewright
William F. Sherman


/s/ Randolph H. Barnhouse

NOTICE OF CONTINUED FILING OF EXHIBITS TO SUPPLEMENTAL REPLY BRIEF
PERATROVICH PLAINTIFFS
3:05-cv-00006 - HRH