RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*, | ) | No. 3:05-cv-00006 - HRH |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | NOTICE OF CONTINUED FILING |
| | ) | OF EXHIBITS ATTACHED TO |
| v. | ) | PERATROVICH SUPPLEMENTAL |
| | ) | REPLY BRIEF ON THE "WHICH |
| | ) | WATERS" ISSUE |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     The Peratrovich Plaintiffs hereby give notice to the Court of filing additional Exhibits to be added to the Supplemental Reply Brief "Which Waters" filed at Document No. 188. Attached hereto is exhibit 3.

Dated: April 7, 2008

                                Respectfully submitted:

                                LUEBBEN JOHNSON & BARNHOUSE LLP

                                /s/ Randolph H. Barnhouse
                                Randolph H. Barnhouse
                                7424 4th Street N.W.
                                Los Ranchos de Albuquerque,
                                   New Mexico 87107
                                (505) 842-6123
                                (505) 842-6124 (fax)
                                E-Mail: dbarnhouse@luebbenlaw.com
                                Attorneys for Related Case Plaintiffs

CERTIFICATE OF SERVICE

    I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on:

    Robert T. Anderson
    Carol H. Daniel
    Dean K. Dunsmore
    Gregory L. Fisher
    William P. Horn
    Heather Kendall-Miller
    James H. Lister
    Michael W. Sewright
    William F. Sherman

/s/ Randolph H. Barnhouse