**USDA**

United States
Department of
Agriculture

Forest Service
R10-MB-603b

January 2008

# Tongass National Forest

# Land and Resource Management Plan

EXHIBIT 4
Page 1 of 3

# Tongass National Forest

# *Land and Resource Management Plan*

**2008**

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status.  (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write U.S. Department of Agriculture, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Ave SW, Washington, DC  20250-9410, or call (202) 720-5964 (voice and TDD).  USDA is an equal opportunity provider and employer.

EXHIBIT ___4___
Page _2_ of _3_

# WILDERNESS and NATIONAL MONUMENT WILDERNESS

## Goals

Manage all designated Wilderness to maintain the enduring resource of Wilderness as directed by the Wilderness Act of 1964, subject to the special provisions and exceptions in the Alaska National Interest Lands Conservation Act of 1980 (ANILCA) and the Tongass Timber Reform Act of 1990 (TTRA).

Protect and perpetuate natural biophysical and ecological conditions and processes. Ensure Wilderness ecosystems are substantially free from the effects of civilization.

Provide a high degree of remoteness from the sights and sounds of humans, and opportunities for solitude or primitive recreation activities consistent with Wilderness preservation.

Keep Wilderness untrammeled and free from human control or manipulation, including actions taken to manage Wilderness.

Protect the undeveloped character of Wilderness by following legislative guidelines regarding permanent improvements or human occupation, including mechanized transport and motorized equipment.

## Goals Specific to National Monument Wilderness

To manage the Wilderness portions of Admiralty Island and Misty Fiords National Monuments to maintain an enduring Wilderness resource, while providing for public access and uses consistent with the Wilderness Act of 1964, ANILCA, and their respective Presidential Proclamations of 1978, which designated these units as National Monuments because of their superlative combination of significant scientific and historical features.

Admiralty Island, exclusive of the Mansfield Peninsula, was designated as a National Monument for the scientific purpose of preserving intact a unique coastal island ecosystem. The goal of preservation was to ensure continued opportunities for study of Admiralty Island's ecology and its notable cultural, historical, and wildlife resources, within its relatively unspoiled natural ecosystem. Protection and study of Tlingit cultural resources, other historical resources, and brown bear and bald eagle populations are specifically directed.

Misty Fiords was designated as a National Monument to serve the scientific purposes of preserving a unique ecosystem and the remarkable geologic and biological objects and features it contains. The goal of preservation was to ensure continued opportunities for study of Misty Fiord's geology and ecology, including the complete range of coastal to interior climates and ecosystems. Protection and study of the geology, plant and animal succession, historical resources, and fish and wildlife resources are specifically directed.

## Objectives

Apply a multi-disciplinary focus to Wilderness management; consider stewardship of Wilderness in the annual program of work by all resources.

Manage recreation activities so that the levels of social encounters, on-site developments, methods of access, and visitor impacts indicated for the Primitive Recreation Opportunity Spectrum (ROS) Class are emphasized (see Chapter 4, Recreation and Tourism and Appendix I). Areas managed as Semi-Primitive within a Wilderness are an exception and not encouraged.

Provide for public uses of Wilderness as authorized in the Wilderness Act, but subject to ANILCA provisions for motorized and non-motorized access and travel, including reasonable traditional subsistence use by rural residents, and provisions of other applicable Wilderness designation acts.

EXHIBIT  4
Page 3 of 3