RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street NW
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Related Case Plaintiffs
  Peratrovich, *et al.*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*,　) | No.  3:05-cv-00006 (HRH) |
| ) | (Consolidated) |
| Plaintiffs,　) | |
| ) | RELATED CASE PERATROVICH |
| vs.　) | PLAINTIFFS', *et. al.* MOTION |
| ) | FOR LEAVE TO FILE OVER-LENGTH |
| UNITED STATES OF AMERICA, *et al.*,　) | SUPPLEMENTAL REPLY BRIEF |
| ) | |
| Defendants.　) | |
| ) | |

Peratrovich Plaintiffs respectfully request the Court grant this Motion for Leave to File Over-Length Brief.  Pursuant to previous scheduling orders and the March 25, 2008, order (Document No. 186) granting plaintiffs' request for extension of time to file their supplemental reply brief, Peratrovich Plaintiffs are replying to State of Alaska's (Document No. 169) and the United States' (Document No. 167) response briefs.  In order to adequately respond to those briefs, Peratrovich Plaintiffs respectfully request leave to file their supplemental reply brief of 19 pages, exclusive of signature and certificate of service page, that exceeds the page limitation of L.R. 10.1(m).

MOTION FOR LEAVE TO FILE OVER-LENGTH SUPPLEMENTAL REPLY BRIEF OF RELATED CASE PERATROVICH PLAINTIFFS, ET AL.
PERATROVICH PLAINTIFFS
3:05-cv-00006 - HRH

1

DATED:  April 7, 2008

                Respectfully submitted,

                RANDOLPH H. BARNHOUSE.

                /s/ Randolph H. Barnhouse
                Luebben Johnson & Barnhouse LLP
                7424 4th Street NW
                Los Ranchos de Albuquerque, NM 87107
                Phone:  (505) 842-6123
                Fax:  (505) 842-6124
                E-mail:  dbarnhouse@luebbenlaw.com

                Attorneys for Related Case Plaintiffs
                 Peratrovich, *et al.*

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on:

Robert T. Anderson
Carol H. Daniel
Dean K. Dunsmore
Gregory L. Fisher
William P. Horn
Heather Kendall-Miller
James H. Lister
Michael W. Sewright
William F. Sherman

/s/ Randolph H. Barnhouse

MOTION FOR LEAVE TO FILE OVER-LENGTH SUPPLEMENTAL REPLY BRIEF OF RELATED CASE PERATROVICH PLAINTIFFS, ET AL.
PERATROVICH PLAINTIFFS
3:05-cv-00006 - HRH

2