RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street NW
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Related Case Plaintiffs
 Peratrovich, *et al.*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, GERALD NICOLIA, *et al.*, ) | No. 3:05-cv-00006 (HRH) |
| ) | (Consolidated) |
| Plaintiffs, ) | |
| ) | (PROPOSED) ORDER GRANTING |
| vs. ) | PERATROVICH PLAINTIFFS' MOTION |
| ) | FOR LEAVE TO FILE OVER-LENGTH |
| UNITED STATES OF AMERICA, *et al.*, ) | SUPPLEMENTAL REPLY BRIEF |
| ) | |
| Defendants. ) | |
| ) | |

Upon consideration of Peratrovich Plaintiffs' April 7, 2008, Motion for Leave to File Over-Length Supplemental Reply Brief (Document. No. 192) to both the State of Alaska's (Document No. 169) and the United State's (Document. No. 167) briefs,

IT IS HEREBY ORDERED: the Peratrovich Plaintiffs' motion is granted.

DATED: April ____, 2008

_____
United States District Judge

\

1