RANDOLPH H. BARNHOUSE
SAMUEL D. HOUGH
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, *et al.*, | ) | No. 3:05-cv-00006 - HRH |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | |
| | ) | ERRATA |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Peratrovich Plaintiffs hereby give notice to the Court that the attachment to Document No. 189, notice of continued filing of exhibits, was filed incorrectly. Attached are the correct Exhibits 1.2 – 2 to be added to the Supplemental Reply Brief "Which Waters" filed at Document No. 188.

Dated: April 7, 2008

    Respectfully submitted:

    LUEBBEN JOHNSON & BARNHOUSE LLP

    /s/ Randolph H. Barnhouse
    Randolph H. Barnhouse
    7424 4th Street N.W.
    Los Ranchos de Albuquerque,
       New Mexico 87107
    (505) 842-6123
    (505) 842-6124 (fax)
    E-Mail: dbarnhouse@luebbenlaw.com
    Attorneys for Related Case Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on:

    Robert T. Anderson
    Carol H. Daniel
    Dean K. Dunsmore
    Gregory L. Fisher
    William P. Horn
    Heather Kendall-Miller
    James H. Lister
    Michael W. Sewright
    William F. Sherman

/s/ Randolph H. Barnhouse