magnitude of the response. For fisheries managers to accept the concept that salmon escapements should be managed to maximize ecosystem productivity and then to translate that concept into improved management, researchers must first provide some estimates of the relationship between the number of fish allowed to escape commercial harvest and return to spawn and basin-specific intrinsic factors and productivity. More research is required on dose–response relationships where varying spawning densities lead to predictable ecosystem responses. For example, there is evidence that the ecological response varies with the density of available carcasses. In Alaska, $NH_4^+$ and SRP concentrations varied predictably with run size (O'Keefe and Edwards forthcoming), and biofilm and benthic macroinvertebrate standing stocks appeared to reach an asymptote at intermediate levels of carcass availability (Wipfli et al. 1998, 1999). Presumably above some level of food availability or mineral input, other processes limited production.

To our knowledge, the only attempt to consider the ecological effects of salmon spawners while establishing escapement goals was by Bilby and colleagues (2001), who proposed using the stable isotope signature of stream fish. They observed that tissue $^{15}N$ values reached an asymptote in juvenile coho salmon as escapement levels increased, suggesting that coho fry might be used to define the point at which the (freshwater) ecosystem is saturated by spawners. Although the usefulness of their approach has not been broadly confirmed, it challenges other scientists to develop additional approaches to translate our emerging understanding of the ecological effects of salmon-derived nutrients into practical management techniques.

The role of salmon in influencing ecosystem productivity needs clarification. Despite the conventional wisdom that spawning salmon increase aquatic ecosystem productivity, only one published study has quantified primary productivity (g per m² per day) in response to the presence of spawners. The sole reference documenting an increase in primary productivity in streams (Richey et al. 1975) was for landlocked kokanee salmon, and results from that study also showed that the response varied widely with run size and stream flow. We know of no study in which secondary production by stream invertebrates has been quantified. Most publications report indirect responses such as increases in density, standing stocks, or individual growth rates. Although such surrogates may be correlated to ecosystem productivity, the relationship is not necessarily direct or consistent throughout the range of salmon or over time. Although it is intuitively appealing to assume that such evidence suggests that productivity is enhanced, studies confirming such productivity have not been done.

The influence of salmon-derived inputs on biodiversity is largely unknown, because baseline levels of productivity and the relationship between biodiversity and productivity may vary among sites. For example, the relationship between diversity and productivity was initially thought to be hump-shaped: Diversity increases with productivity at lower levels of productivity but decreases as productivity continues to increase (e.g., VanderMeulen et al. 2001). If that relationship applies to systems subsidized by salmon, then the outcome for diversity clearly depends on the initial levels of productivity. An increase of diversity would be predicted only if the initial levels of productivity were relatively low. However, recent research has suggested that this relationship varies among sites and taxa (Mittelbach et al. 2001, Schmid 2002). An additional consideration is that increased productivity may permit increases of population size, thus lowering the risk of extinction and buffering biodiversity through time. Although there is some evidence of salmon influencing biodiversity or community structure of invertebrates (Piorkowski 1995), the relationship between biodiversity and productivity in salmon-subsidized systems has yet to be established in a comprehensive manner.

The validity of using stable isotope techniques to track salmon biomass throughout receiving ecosystems requires confirmation. Carbon and nitrogen isotopes have been used extensively to study the role of salmon in aquatic and terrestrial ecosystems; these heavy isotopes can be traced only by making many assumptions about competing processes and alternative isotopic pool signatures, however (Kline et al. 1997). As yet, little work has tested the validity of those assumptions or how other factors may influence isotope signatures, including fractionation rates among trophic levels, vegetation patterns (e.g., the role of nitrogen-fixing alder), and the changes in isotopic signatures of salmon (Doucett et al. 1999). Recent work in southwestern Alaska has shown that denitrification potentials are greater in spawning streams than in reference streams without salmon (Gilles Pinay, Université de Rennes I, Rennes, France, personal communication, 15 November 2001), which suggests that there are systematic violations of some key assumptions in using $^{15}N$ values to trace marine N. Even where underlying assumptions are valid, the ecological relevance is not clear when, for example, stream biofilm has 45% of its N derived from salmon, especially in P-limited ecosystems.

Long-term, whole-system manipulations are necessary to quantify dose–response relationships and to avoid experimental design flaws in current approaches (see also Schindler et al. 2000). Published research is largely descriptive, not experimental, and tracking the fate of salmon biomass within ecosystems is difficult because of uncontrolled and poorly quantified confounding factors. The value of nonsalmon reference streams as controls is weakened by potential systematic bias, and the difference in dispersal pathways between nonliving and living fish limits the generality of small-scale fish-addition experiments. Detailed study of systems where escapements are dramatically altered, either by reducing existing runs for prolonged periods or by studying run introductions in areas where fish passes have been constructed, would assist the pursuit of the previously suggested research elements and would clarify our interpretation of existing data.

EXHIBIT 1
Page 9 of 12

*October 2002 / Vol. 52 No. 10* • BioScience 925

Finally, we have focused on the role of Pacific salmon in the Pacific Northwest because most of the information on salmon inputs to freshwater and terrestrial ecosystems comes from work on Pacific salmon. But anadromy is not unique to the Pacific Northwest nor to salmon; other species with anadromous life histories include smelt, sturgeon, noodlefish, and lamprey. Anadromy is widespread in the temperate and boreal regions of the Northern Hemisphere (McDowall 1988), and there are some reports that consumers respond to the subsidies provided by some of these species (e.g., Gende et al. 2001b, Marston et al. 2002). Thus, the ecological roles and population sizes of other anadromous fishes, both past and present, need to be addressed.

## Conclusion

In *A Sand County Almanac*, Aldo Leopold (1949) described the incremental movement of atom X from headwaters to ocean, driven by the forces of gravity and discharge, to its ultimate "prison" in the sea. Understanding the implications and controls of "nutrient spiraling," as this phenomenon has been termed, forms the driven much of recent stream ecosystem research (e.g., Peterson et al. 2001). Our current understanding of the phenomenon of salmon-derived nutrient input clearly shows that a small but important proportion of those atoms escape their "prison" to return in the bodies of ocean-dwelling organisms, whose behavior drives them back against gravity and stream discharge to penetrate the continent. Quantifying the ecological effects of this phenomenon and translating that understanding into useful conceptual and practical tools to better manage oceanic, freshwater, and terrestrial ecosystems—without reference to the jurisdictional, organizational, and conceptual boundaries that currently inhibit us—remains a challenge for scientists and managers alike.

## Acknowledgments

This manuscript benefited greatly from reviews by Lisa Thompson, Tom Quinn, Tom O'Keefe, Wayne Minshall, and Dominic Chaloner. Stacey Poulson was instrumental in creating the figures. Funding was provided by the USDA Forest Service, Aquatic and Land Interactions Program, Pacific Northwest Research Station, Juneau, Alaska.

## References cited

Ashley KI, Slaney PA. 1997. Accelerating recovery of stream, river and pond productivity by low-level nutrient replacement. Chapter 13 in Slaney PA, Zaldokas D, eds. Fish Habitat Rehabilitation Procedures. Vancouver, British Columbia (Canada): Ministry of Environment, Lands and Parks.

Ben-David M. 1997. Timing of reproduction in wild mink: The influence of spawning Pacific salmon. Canadian Journal of Zoology 75: 376–382.

Ben-David M, Hanley TA, Schell DM. 1998. Fertilization of terrestrial vegetation by spawning Pacific salmon: The role of flooding and predator activity. Oikos 83: 47–55.

Bilby RE, Fransen BR, Bisson PA. 1996. Incorporation of nitrogen and carbon from spawning coho salmon into the trophic system of small streams: Evidence from stable isotopes. Canadian Journal of Fisheries and Aquatic Sciences 53: 164–173.

Bilby RE, Fransen BR, Bisson PA, Walter JK. 1998. Response of juvenile coho salmon (*Oncorhynchus kisutch*) and steelhead (*Oncorhynchus*

*mykiss*) to the addition of salmon carcasses to two streams in southwestern Washington, U.S.A. Canadian Journal of Fisheries and Aquatic Sciences 55: 1909–1918.

Bilby RE, Fransen BR, Walter JK, Cederholm CJ, Scarlett WJ. 2001. Preliminary evaluation of the use of nitrogen stable isotope ratios to establish escapement levels for Pacific salmon. Fisheries 26: 6–13.

Bothwell ML. 1989. Phosphorus-limited growth dynamics of lotic periphytic diatom communities: Areal biomass and cellular growth rate responses. Canadian Journal of Fisheries and Aquatic Sciences 46: 1293–1301.

Brett JR. 1995. Energetics. Pages 3–68 in Groot C, Margolis L, Clarke WC, eds. Physiological Ecology of Pacific Salmon. Vancouver, British Columbia (Canada): UBC Press.

Brickell DC, Goering JJ. 1970. Chemical effects of salmon decomposition on aquatic ecosystems. Pages 125–138 in Murphy RS, Nyquist D, eds. Water Pollution Control in Cold Climates. Washington (DC): Environmental Protection Agency.

Cederholm CJ, Peterson NP. 1985. The retention of coho salmon (*Oncorhynchus kisutch*) carcasses by organic debris in small streams. Canadian Journal of Fisheries and Aquatic Sciences 42: 1222–1225.

Cederholm CJ, Kunze MD, Murota T, Sibatani A. 1999. Pacific salmon carcasses: Essential contributions of nutrients and energy for aquatic and terrestrial ecosystems. Fisheries 24: 6–15.

Chaloner DT, Wipfli MS. 2002. Influence of decomposing Pacific salmon carcasses on macroinvertebrate growth and standing stock in southeastern Alaska streams. Journal of the North American Benthological Society 21: 430–442.

Clinton SM, Edwards RT, Naiman RJ. 2002. Forest–River Interactions: Influence on hyporheic dissolved organic carbon concentrations in a floodplain terrace. Journal of the American Water Resources Association 38: 619–632.

Donaldson JR. 1967. The phosphorous budget of Iliamna Lake, Alaska as related to the cyclic abundance of sockeye salmon. PhD dissertation. University of Washington, Seattle.

Doucett RR, Booth RK, Power G, McKinley RS. 1999. Effects of the spawning migration on the nutritional status of anadromous Atlantic salmon (*Salmo salar*): Insights from stable-isotope analysis. Canadian Journal of Fisheries and Aquatic Sciences 56: 2172–2180.

Edwards RT. 1998. The hyporheic zone. Pages 399–429 in Naiman RJ, Bilby RE, eds. River Ecology and Management. New York: Springer-Verlag.

Finney BP, Gregory-Eaves I, Sweetman J, Douglas MSV, Smol JP. 2000. Impacts of climatic change and fishing on Pacific salmon abundance over the past 300 years. Science 290: 795–799.

Francis RC, Hare SR. 1994. Decadal-scale regime shifts in the large marine ecosystems of the Northeast Pacific: A case for historical science. Fisheries Oceanography 3: 279–291.

Freeman C, Lock MA. 1995. The biofilm polysaccharide matrix: A buffer against changing organic substrate supply? Limnology and Oceanography 40: 273–278.

Fujiwara M, Highsmith RC. 1997. Harpacticoid copepods: Potential link between inbound adult salmon and outbound juvenile salmon. Marine Ecology Progress Series 158: 205–213.

Gargett AE. 1997. The optimal stability 'window': A mechanism underlying decadal fluctuations in North Pacific salmon stocks? Fisheries Oceanography 6: 109–117.

Gende SM. 2002. Foraging behavior of bears at salmon streams: Intake, choice, and the role of salmon life history. PhD dissertation. University of Washington, Seattle.

Gende SM, Willson MF. 2001. Passerine densities in riparian forests of southeast Alaska: Potential role of anadromous spawning salmon. Condor 103: 624–629.

Gende SM, Quinn TP, Willson MF. 2001a. Consumption choice by bears feeding on salmon. Oecologia 127: 372–382.

Gende SM, Womble JN, Willson MF, Marston BH. 2001b. Cooperative foraging by Steller sea lions (*Eumetopias jubatus*). Canadian Field-Naturalist 115: 355–356.

EXHIBIT ___1___
Page __10__ of __12__

*Articles*

Gresh T, Lichatowich J, Schoonmaker P. 2000. An estimation of historic and current levels of salmon production in the northeast Pacific ecosystem. Fisheries 25: 15–21.

Groot C, Margolis L. 1991. Pacific Salmon Life Histories. Vancouver, British Columbia (Canada): UBC Press.

Gross HP, Wurtsbaugh WA, Luecke C. 1998. The role of anadromous sockeye salmon in the nutrient loading and productivity of Redfish Lake, Idaho. Transactions of the American Fisheries Society 127: 1–18.

Halupka KC, Bryant MD, Willson MF, Everest FH. 2000. Biological Characteristics and Population Status of Anadromous Salmon in Southeast Alaska. Portland (OR): US Department of Agriculture. General Technical Report PNW-GTR-468.

Hansen AJ. 1987. Regulation of bald eagle reproductive rates in southeast Alaska. Ecology 68: 1387–1392.

Hartman WL, Burgner RL. 1972. Limnology and fish ecology of sockeye salmon nursery lakes of the world. Journal of the Fisheries Research Board of Canada 29: 699–715.

Healy MC, Heard WR. 1984. Inter- and intrapopulation variation in the fecundity of chinook salmon *(Oncorhynchus tshawytscha)* and its relevance to life history theory. Canadian Journal of Fisheries and Aquatic Sciences 41: 476–483

Helfield JM, Naiman RJ. 2001. Effects of salmon-derived nitrogen on riparian forest growth and implications for stream productivity. Ecology 82: 2403–2409.

Hendry AP, Berg OK. 1999. Secondary sexual characters, energy use, senescence, and the cost of reproduction in sockeye salmon. Canadian Journal of Zoology 77: 1663–1675.

Hilborn R, Walters CJ. 1992. Quantitative fisheries stock assessment: Choice, dynamics, and uncertainty. New York: Chapman and Hall.

Hilderbrand GV, Hanley TA, Robbins CT, Schwartz CC. 1999a. Role of brown bears *(Ursus arctos)* in the flow of marine nitrogen into a terrestrial ecosystem. Oecologia 121: 546–550.

Hilderbrand GV, Schwartz CC, Robbins CT, Jacoby ME, Hanley TA, Arthur SM, Servheen C. 1999b. The importance of meat, particularly salmon, to body size, population productivity, and conservation of North American brown bears. Canadian Journal of Zoology 77: 132–138.

Hilderbrand GV, Jenkins SG, Schwartz CC, Hanley TA, Robbins CT. 1999c. Effect of seasonal differences in dietary meat intake on changes in body mass and composition in wild and captive brown bears. Canadian Journal of Zoology 77: 1623–1630.

Hu F, Finney BP, Brubaker LB. 2001. Effects of Holocene *Alnus* expansion on aquatic productivity, nitrogen cycling, and soil development in southwestern Alaska. Ecosystems 4: 358–368.

Hyatt KD, Stockner JG. 1985. Responses of sockeye salmon *(Oncorhyncus nerka)* to fertilization of British Columbia coastal lakes. Canadian Journal of Fisheries and Aquatic Sciences 42: 320–331.

Johnson JH, Ringler NH. 1979. The occurrence of blow fly larvae (Diptera: Calliphoridae) on salmon carcasses and their utilization as food by juvenile salmon and trout. Great Lakes Entomologist 12: 137–140.

Johnston NT, Perrin CJ, Slaney PA, Ward BR. 1990. Increased juvenile salmonid growth by whole-river fertilization. Canadian Journal of Fisheries and Aquatic Sciences 47: 862–872.

Juday C, Rich WH, Kemmerer GI, Mann A. 1932. Limnological studies of Karluck Lake, Alaska, 1926–1930. Bulletin of the Bureau of Fisheries 47: 407–434.

Kline TC Jr, Goering JJ, Piorkowski RJ. 1997. The effect of salmon carcasses on Alaskan freshwaters. Pages 179–204 in Milner AM, Oswood MW, eds. Freshwaters of Alaska: Ecological Syntheses. New York: Springer.

Larkin GA, Slaney PA. 1997. Implications of trends in marine-derived nutrient influx to south coastal British Columbia salmonid production. Fisheries 22: 16–24.

Leopold A. 1949. A Sand County Almanac. New York: Oxford University Press.

Lichatowich J. 1999. Salmon without Rivers: A History of the Pacific Salmon Crisis. New York: Island Press.

Lyle AA, Elliott JM. 1998. Migratory salmonids as vectors of carbon, nitrogen and phosphorous between marine and freshwater environments in north-east England. Science of the Total Environment 210/211: 457–468.

Mantua NJ, Hare SR, Zhang Y, Wallace JM, Francis RC. 1997. A Pacific interdecadal climate oscillation with impacts on salmon production. Bulletin of the Meteorological Society 78: 1069–1079.

Marquis RJ, Whelan CJ. 1994. Insectivorous birds increase growth of white oak through consumption of leaf-chewing insects. Ecology 75: 2007–2014.

Marston BH, Willson MF, Gende SM. 2002. Predator aggregations at a eulachon spawning run. Marine Ecology Progress Series 231: 229–236.

Mathisen OA, Parker PL, Goering JJ, Kline TC, Poe PH, Scalan RS. 1988. Recycling of marine elements transported into freshwater systems by anadromous salmon. Vereinigung für Theoretische and Angewandte Limnologie 23: 2249–2258.

McDowall RM. 1988. Diadromy in Fishes: Migrations between Freshwater and Marine Environments. London: Croom Helm.

Miller SD, et al. 1997. Brown and black bear density estimation in Alaska using radiotelemetry and replicated mark-resight techniques. Wildlife Monographs 133: 1–55.

Minakawa N. 1997. The dynamics of aquatic insect communities associated with salmon spawning. PhD dissertation. University of Washington, Seattle.

Minshall GW, Hitchcock E, Barnes JR. 1991. Decomposition of rainbow trout *(Oncorhynchus mykiss)* carcasses in a forest stream ecosystem inhabited only by nonanadromous fish populations. Canadian Journal of Fisheries and Aquatic Sciences 48: 191–195.

Mittelbach GG, Steiner CF, Scheiner SM, Gross KL, Reynolds HL, Waide RB, Willig MR, Dodson SI, Gough L. 2001. What is the observed relationship between species richness and productivity? Ecology 82: 2381–2396.

Mundie JH, Simpson KS, Perrin CJ. 1991. Responses of stream periphyton and benthic insects to increases in dissolved inorganic phosphorous in a mesocosm. Canadian Journal of Fisheries and Aquatic Sciences 48: 2061–2072.

Narver DW. 1967. Primary productivity in the Babine Lake system, British Columbia. Journal of the Fisheries Research Board of Canada 24: 2045–2052.

Nehlsen W, Williams JE, Lichatowich JA. 1991. Pacific salmon at the crossroads: Stocks at risk from California, Oregon, Idaho, and Washington. Fisheries 16: 4–21.

O'Keefe TC, Edwards RT. Evidence for hyporheic transfer and removal of marine-derived nutrients in sockeye streams in southeast Alaska. American Fisheries Society Symposium 33. Forthcoming.

Perrin CJ, Bothwell ML, Slaney PA. 1987. Experimental enrichment of a coastal stream in British Columbia: Effects of organic and inorganic additions on autotrophic periphyton production. Canadian Journal of Fisheries and Aquatic Sciences 44: 1247–1256.

Peterson BJ, et al. 2001. Control of nitrogen export from watersheds by headwater streams. Science 292: 86–90.

Piorkowski RJ. 1995. Ecological effects of spawning salmon on several southcentral Alaskan streams. PhD dissertation. University of Alaska, Fairbanks.

Pitcher TJ. 2001. Fisheries managed to rebuild ecosystems? Reconstructing the past to salvage the future. Ecological Applications 11: 601–617.

Polis GA, Hurd SD. 1996. Linking marine and terrestrial food webs: Allochthonous input from the ocean supports high secondary productivity on small islands and coastal land communities. American Naturalist 147: 396–423.

Power ME. 1992. Top-down and bottom-up forces in food webs: Do plants have primacy? Ecology 73: 733–746.

Price PW. 1991. The plant vigor hypothesis and herbivore attack. Oikos 62: 244–251.

Rand PS, Hall AS, McDowell WH, Ringler NH, Kennen JG. 1992. Factors limiting primary productivity in Lake Ontario tributaries receiving salmon migrations. Canadian Journal of Fisheries and Aquatic Sciences 49: 2377–2385.

Reimchen TE. 2000. Some ecological and evolutionary aspects of bear–salmon interactions in coastal British Columbia. Canadian Journal of Zoology 78: 448–457.

Richey JE, Perkins MA, Goldman CR. 1975. Effects of Kokanee salmon *(Oncorhynchus nerka)* decomposition on the ecology of a subalpine stream. Journal of the Fisheries Research Board of Canada 32: 817–820.

EXHIBIT ___1___
Page 11 of 12.

*Articles*

Robbins CT. 1993. Wildlife Feeding and Nutrition. San Diego: Academic Press.

Ruth RH, Harris AS. 1979. Management of Western Hemlock-Sitka Spruce Forests for Timber Production. Portland (OR): USDA Forest Service. General Technical Report PNW-88.

Schindler DE, Herwig BR, Carpenter SR. 2000. Biotic manipulations of aquatic ecosystems. Pages 308–317 in Sala OE, Jackson RB, Mooney RB, Howarth RW, eds. Methods in Ecosystem Science. New York: Springer.

Schmid B. 2002. The species richness-productivity controversy. Trends in Ecology and Evolution 17: 113–114.

Schuldt JA, Hershey AE. 1995. Effect of salmon carcass decomposition on Lake Superior tributary streams. Journal of the North American Benthological Society 14: 259–268.

Shuman RF. 1950. Bear depredations on red salmon spawning populations in the Karluk River system, 1947. Journal of Wildlife Management 14: 1–9.

Smith TD. 1994. Scaling Fisheries. New York: Cambridge University Press.

Sterling MS, Ashley KI, Bautista AB. 2000. Slow-release fertilizer for rehabilitating oligotrophic streams: A physical characterization. Water Quality Research Journal of Canada 35: 73–94.

Stockner JG, MacIsaac EA. 1996. British Columbia lake enrichment programme: Two decades of habitat enhancement for sockeye salmon. Regulated Rivers: Research and Management 12: 547–561.

Stockner JG, Shortreed KRS. 1975. Phytoplankton succession and primary production in Babine Lake, British Columbia. Journal of the Fisheries Research Board of Canada 32: 2413–2427.

Sugai SF, Burrell DC. 1984. Transport of dissolved organic carbon, nutrients, and trace metals from the Wilson and Blossom Rivers to Smeaton Bay, southeast Alaska. Canadian Journal of Fisheries and Aquatic Sciences 41: 180–190.

Templin WD, Collie JS, Quinn TJ. 1996. Run reconstruction of the wild pink salmon fishery in Prince William Sound, 1990–1991. American Fisheries Society Symposium 18: 499–508.

Thomas SA, Royer TV, Minshall GW, Snyder EB. Current nutrient conditions and the contribution of marine derived nutrients in Idaho streams. Proceedings of the Mercury Deposition Network Workshop, American Fisheries Society. Forthcoming.

VanderMeulen MA, Hudson AJ, Scheiner SM. 2001. Three evolutionary hypotheses for the hump-shaped productivity-diversity curve. Evolutionary Ecology Research 3: 379–392.

Willson MF. 1993. Mammals as seed-dispersal mutualists in North America. Oikos 67: 159–176.

Willson MF, Gende SM, Marston BH. 1998. Fishes and the forest: Expanding perspectives on fish–wildlife interactions. BioScience 48: 455–462.

Willson MF, Gende SM, Bisson P. Anadromous fishes as ecological links between ocean, fresh water, and land. In Polis G, Power M, Huxel G, eds. Foodwebs at the Landscape Level. Chicago: University of Chicago Press. Forthcoming.

Wipfli MS, Hudson J, Caouette J. 1998. Influence of salmon carcasses on stream productivity: Response of biofilm and benthic macroinvertebrates in southeastern Alaska, U.S.A. Canadian Journal of Fisheries and Aquatic Sciences 55: 1503–1511.

Wipfli MS, Hudson JP, Chaloner DT, Caouette J. 1999. Influence of salmon spawner densities on stream productivity in southeast Alaska. Canadian Journal of Fisheries and Aquatic Sciences 56: 1600–1611.

Wipfli MS, Hudson JP, Caouette JP, Chaloner DT. Marine subsidies in freshwaters: Salmon carcasses increase the growth rates of stream-resident salmonids. Transactions of the American Fisheries Society. Forthcoming.

Wood CM. 1995. Excretion. Pages 381–438 in Groot C, Margolis L, Clarke WC, eds. Physiological Ecology of Pacific Salmon. Vancouver, British Columbia (Canada): UBC Press.

United States Postal Service
**Statement of Ownership, Management, and Circulation**

[USPS Form 3526 Statement of Ownership for BioScience, Publication Number 0006-3568, Filing Date 20 September '02. Issue Frequency Monthly, 12 issues published annually. Complete Mailing Address: 1444 I St. NW, Suite 200, Washington, DC 20005-1500. Publisher: Herman Marshall; Editor: Richard T. O'Grady, 1444 I St. NW, Suite 200, Washington, DC 20005-1500; Managing Editor: Tim Beardsley, 1444 I St. NW, Suite 200, Washington, DC 20005-1500. Owner: American Institute of Biological Sciences, 1444 I St., NW, Suite 200, Washington, DC 20005-1500.

Issue Date for Circulation Data Below: August 2002. Extent and Nature of Circulation — Average No. Copies Each Issue During Preceding 12 Months / No. Copies of Single Issue Published Nearest to Filing Date:
- Total Number of Copies: 7196 / 7450
- Paid/Requested Outside-County Mail Subscriptions: 5800 / 5725
- Paid In-County Subscriptions: 0 / 0
- Sales Through Dealers: 484 / 466
- Other Classes Mailed Through the USPS: 0 / 0
- Total Paid and/or Requested Circulation: 6283 / 6191
- Outside-County Free Distribution: 114 / 164
- In-County Free Distribution: 0 / 0
- Other Classes Mailed Through the USPS: 321 / 401
- Free Distribution Outside the Mail: 1 / 1
- Total Free Distribution: 437 / 566
- Total Distribution: 6720 / 6757
- Copies Not Distributed: 476 / 693
- Total: 7196 / 7450
- Percent Paid and/or Requested Circulation: 93.5 / 91.6

Publication of Statement of Ownership will be printed in the October 2002 issue. Signed Herman Marshall, Publishing Manager or Owner, 24 September 2002.]

EXHIBIT _____
Page 12 of 12

  **BMC Ecology**

BioMed Central | this article | search | submit a manuscript | register

Note: Performing your original search, **decaying and decomposing and salmon and forest health or nutrient**, in PubMed Central will retrieve 59465 citations.

Journal List > BMC Ecol > v.3; 2003

| Abstract |
| Full Text |
| PDF (307K) |
| Contents |
| Archive |

Related material:
PubMed related arts

GO

PubMed articles by:
Mathewson, D.
Hocking, M.
Reimchen, T.

Top
Abstract
Background
Results
Discussion
Conclusions
Methods
Authors' Contributions
References

BMC Ecol. 2003; 3: 4.                                          PMCID: PMC156615
Published online 2003 May 3. doi: 10.1186/1472-6785-3-4.

Copyright © 2003 Mathewson et al; licensee BioMed Central Ltd. This is an Open Access article: verbatim copying and redistribution of this article are permitted in all media for any purpose, provided this notice is preserved along with the article's original URL.

# Nitrogen uptake in riparian plant communities across a sharp ecological boundary of salmon density

DD Mathewson,[1] MD Hocking,[1] and TE Reimchen[1]

[1]Department of Biology, University of Victoria, PO Box 3020, Victoria, British Columbia, Canada, V8W 3N5

Corresponding author.

DD Mathewson: deannam@uvic.ca ; MD Hocking: mhock@uvic.ca ; TE Reimchen: reimchen@uvic.ca

Received January 15, 2003; Accepted May 3, 2003.

## Abstract

### Background

Recent studies of anadromous salmon (*Oncorhynchus* spp.) on the Pacific Coast of North America indicate an important and previously unrecognized role of salmonid nutrients to terrestrial biota. However, the extent of this uptake by primary producers and consumers and the influences on community structure remain poorly described. We examine here the contribution of salmon nutrients to multiple taxa of riparian vegetation (*Blechnum spicant, Menziesii ferruginea, Oplopanax horridus, Rubus spectabilis, Vaccinium alaskaense, V. parvifolium, Tsuga heterophylla*) and measure foliar δ15N, total %N and plant community structure at two geographically separated watersheds in coastal British Columbia. To reduce potentially confounding effects of precipitation, substrate and other abiotic variables, we made comparisons across a sharp ecological boundary of salmon density that resulted from a waterfall barrier to salmon migration.

### Results

δ15N and %N in foliage, and %cover of soil nitrogen indicators differed across the waterfall barrier to salmon at each watershed. δ15N values were enriched by 1.4‰ to 9.0‰ below the falls depending on species and watershed, providing a relative contribution of marine-derived nitrogen (MDN) to vegetation of 10% to 60%. %N in foliar tissues was slightly higher below the falls, with the majority of variance occurring between vegetation species. Community structure also differed with higher incidence of nitrogen-rich soil indicator species below the waterfalls.

### Conclusions

Measures of δ15N, %N and vegetation cover indicate a consistent difference in the riparian community across a sharp ecological boundary of salmon density. The additional N source that salmon provide to nitrogen-limited habitats appears to have significant impacts on the N budget of riparian vegetation, which may increase primary productivity, and result in community shifts between sites with and without salmon access. This, in turn, may have cascading ecosystem effects

EXHIBIT 2
Page 1 of 12

in forests adjacent to salmon streams.

Top
Abstract
■ Background
Results
Discussion
Conclusions
Methods
Authors' Contributions
References

## Background

The cycling of nutrients between Pacific salmon (*Oncorhynchus* spp.) and coastal watersheds has gained much attention in the past decade [1,2]. As well as an important contribution to estuarine and stream productivity [3], salmon nutrients are transferred from streams into adjacent forests by bears and wolves where remnants of the partially-consumed carcasses are used by a diverse assemblage of vertebrate and invertebrate scavengers [4-7]. Coastal forests of western North America tend to be nitrogen-limited and there is recent evidence that vegetation in the narrow riparian zone adjacent to the streams also sequesters these marine-derived nutrients [8-12]. The contribution of salmon tissues to total nitrogen concentration in these riparian plants is variable but values from 10% to 40% have been reported [9,11,12].

Nitrogen deficiencies are known to limit plant growth [13-15] while additions of nitrogen, such as that from salmon carcasses, could potentially increase primary and secondary productivity. For example, Sitka spruce (*Picea sitchensis*) has higher growth rate adjacent to salmon streams relative to sites without salmon [12]. Increased nitrogen can also lead to changes in plant species composition, diversity and dominance [16-20], in part by shifting biomass allocation from roots to shoots and leaves [14,21].

Additionally, recent evidence suggests that these shifts in salmon-nutrient levels may have cascading effects in higher trophic levels and ecosystem structure [6].

Multiple parameters remain poorly characterized in these expanding studies linking the role of salmon to productivity and diversity in terrestrial ecosystems. Interpretations of the nitrogen and carbon isotope ratios, which provide the major proxy for quantifying contribution of salmon-derived nutrients to other taxa, are based on the assumption that the amount of isotopic enrichment is directly proportional to the relative contribution of salmon [8,22]. However, isotopic enrichment in vegetation can also be influenced by slope, precipitation, substrate and other factors [23-26], which confound estimates of the direct contribution of salmon. Recently, we examined isotopic signatures in riparian vegetation from salmon watersheds of Vancouver Island, British Columbia, and observed substantial site variability in $^{15}$N signatures in watersheds without salmon [11]. In order to reduce confounding effects on isotopic signature, we investigate in this paper the contribution of salmon-derived nitrogen to multiple plant species collected immediately above and below waterfalls that are barriers to salmon migration in two geographically separated watersheds on the central coast of British Columbia, Canada. We use foliar $\delta^{15}$N values to determine the extent of N cycling from salmon into terrestrial vegetation. We determine %N values in foliar tissue. This may be a proxy for primary productivity given that total nitrogen in plant tissue is often a direct measure of metabolic activity and photosynthetic rate [27,28]. We also assess plant community structure by examining relative abundance of taxa previously identified as indicators of soil nitrogen status [29]. This project is part of an ongoing assessment of salmon-bear interactions and nutrient cycling in riparian taxa [6,11,30].

Top
Abstract
Background
■ Results
Discussion
Conclusions
Methods
Authors' Contributions
References

## Results

### $\delta^{15}$N values

At each watershed, all species showed an increase in foliar $\delta^{15}$N values across the waterfall barrier (Figure 1). At Clatse River, foliar $^{15}$N among species was enriched from 1.4‰ to 5.6‰ below the falls relative to those above the falls while at Neekas River, enrichment ranged from 7‰ to 9‰ across the barrier. Analyses of barrier and vegetation demonstrated that both are highly significant sources of variation in each watershed (barrier: Clatse, $F_1 = 70.14$; Neekas, $F_1 = 409.63$, $p < 0.001$ for

both, two-way ANOVA; vegetation species Clatse, $F_5 = 6.31$; Neekas $F_5 = 7.05$, $p < 0.001$, for both). A greater proportion of the variance in $^{15}N$ was attributed to barrier ($R^2$: Clatse= 0.58, Neekas= 0.88) than to vegetation species ($R^2$: Clatse= 0.38, Neekas= 0.38).



**Figure 1**

$\delta^{15}N$ values in riparian vegetation collected immediately below and above waterfall barriers to salmon at Clatse and Neekas rivers, B.C. T-test results: * denotes p < 0.05; ** denotes p < 0.01.

Total contribution of marine-derived nitrogen (MDN) in these riparian habitats varied among watershed and among species (Figure 2). MDN was higher at Neekas River (range 45–65%) than at Clatse River (range 12–48%) ($t_{10} = 4.13$, $p = 0.002$). At Clatse, lowest values occurred in *T. heterophylla* and highest values in *R. spectabilis* while at Neekas River, *T. heterophylla* had the lowest while *V. alaskaense* had the highest values.



**Figure 2**

%MDN in riparian vegetation collected below waterfalls at Clatse and Neekas rivers, B.C. Overall, %MDN values at Neekas are higher than at Clatse (t-test p < 0.001).

## %N

Total tissue nitrogen was examined as a potential proxy for primary productivity. There were no overall differences between watersheds (Clatse $\bar{x} = 2.16\%$, Neekas $\bar{x} = 2.00\%$, $t_{22} = 0.70$, $p = 0.49$). At each river, there were significant differences above and below waterfalls (Clatse: $F_1 = 13.04$, $p = 0.001$; Neekas: $F_1 = 6.63$, $p = 0.013$) with a marginal tendency towards higher mean values of %N in foliage collected below the falls (Figure 3). However, among individual species, these comparisons were significant ($p < 0.05$) only for *M. ferruginea* at Clatse River and for *R. spectabilis* at Neekas River. Within each habitat, there were consistent differences in %N among species (Clatse above barrier: $F_5 = 38.14$, $p < 0.001$; Clatse below barrier: $F_5 = 48.22$, $p < 0.001$; Neekas above barrier: $F_5 = 19.50$, $p < 0.001$; Neekas below barrier: $F_5 = 37.18$, $p < 0.001$). In both watersheds, above and below the falls, *T. heterophylla*, and to a lesser extent *B. spicant* exhibited the lowest tissue nitrogen while *R. spectabilis* had the highest levels.

**Figure 3**

Total %N values in riparian vegetation collected immediately below and above waterfall barriers to salmon at Clatse and Neekas rivers, B.C. *R. spectabilis* and *O. horridus* represent nitrogen-rich soil indicator species, *T. heterophylla* is unclassified. (more ...)

## Soil-nitrogen indicator species

We examined the relative cover of vegetation corresponding to the indicator groups (Table 1). Nitrogen-rich soil indicator species had a higher cover below than above the falls in all plots on both watersheds (Clatse: above barrier: 2.5%, below barrier: 31.5%, $p = 0.06$, Mann-Whitney; Neekas: above barrier: 25.5%, below barrier: 60%, $p = 0.06$, MW; Figure 4). Nitrogen-poor soil indicator species demonstrated the reverse trend with marginally higher percent cover above than below the falls (Clatse: above barrier: 70.2%, below barrier: 8.75%, $p = 0.06$, MW; Neekas: above barrier: 16%, below barrier: 6.5%, $p = 0.23$, MW).

EXHIBIT ___2___
Page _3_ of _12_



**Table 1**
Understory vegetation soil indicator species from research plots on the Clatse and Neekas rivers, B.C. Species are separated into nitrogen-rich soil and nitrogen-poor soil indicator categories based on data by Klinka *et al.* [29].



**Figure 4**
Total understory vegetation cover by soil nitrogen indicator category in 10 m × 10 m plots on the Clatse and Neekas rivers, B.C. Species are separated into nitrogen-rich soil and nitrogen-poor soil indicator categories based on data by Klinka (more ...)

Top
Abstract
Background
Results
■ Discussion
Conclusions
Methods
Authors' Contributions
References

## Discussion

### δ15N values

$\delta^{15}N$ values in terrestrial plants from forest ecosystems are influenced by isotope values of the principal nitrogen sources as well as isotopic fractionation [24]. Predominant sources of nitrogen to typical forest ecosystems include atmospheric deposition and biological $N_2$ fixation. However, there is increasing evidence that salmon constitute an important nutrient source to riparian forests in the Pacific Northwest as a consequence of bear-mediated salmon carcass transfer [4,30], bear urine and feces deposition [31], flooding events [10], and transfer through the hyporheic zone [32]. We observed major $\delta^{15}N$ enrichment in all species of vegetation across waterfalls that are a barrier to salmon migration on two geographically separated watersheds on the mid-coast of British Columbia. These differences, over a sharp ecological gradient in nutrient source, provide strong evidence for the direct role of salmon-derived nutrients in riparian community nitrogen budgets. Within-watershed comparisons of conspecifics collected immediately above and below the waterfalls minimize differences such as site history, substrate, proximity to the stream and ocean, and microclimate, all of which may influence $^{15}N$ signatures among species across watersheds or over larger distances [23,26]. As such, differences in foliar $^{15}N$ above and below falls can be largely attributed to the presence/absence of salmon.

Although the majority of the variance in $\delta^{15}N$ in our study occurs as a consequence of the natural barrier to salmon, we find that plant species is also an important source of variation in foliar $^{15}N$ values. There is isotopic inconsistency among plants with different growth forms, rooting depths, nitrogen sources as well as mycorrhizal and symbiotic bacterial associations [25,33–38]. Our results demonstrate that the lowest $^{15}N$ occurred in mature *T. heterophylla*. This is consistent with Virginia & Delwiche [33] who found both mature coniferous and deciduous trees to have the lowest foliar $^{15}N$ of all growth forms investigated, possibly due to differential access to depleted organic N relative to inorganic N sources [37]. Sharp natural boundaries such as barriers to salmon migration offer a useful opportunity to investigate modes of plant nitrogen nutrition.

### %MDN

Our estimates of marine-derived nutrients from these watersheds indicate that salmon provide a substantial contribution of nitrogen to multiple species of riparian plants. More than half the samples from Clatse River, with 22,000 salmon/km, have in excess of 30% MDN, and all samples from Neekas River, with 24,000 salmon/km, have more than 40% MDN. These values are higher than those reported by Bilby *et al.* [9] who estimated an average of 17.5% MDN in foliage of *T. heterophylla, R. spectabilis* and *O. horridus* occurring along a spawning stream in Washington with relatively low salmon abundance (<1000 coho/km). Values ranging from 12 to 32% MDN in foliar samples of *P. sitchensis, O. horridus* and two species of ferns (*Dryopteris dilatata* and *Athyrium filix-femina*) were reported from two sites in Alaska with 'dense spawning populations of pink

E..HIBIT 2
Page 4 of 12

salmon' [12]. In comparison, Kline *et al.* [8] found that in an Alaskan lake that supports more than 10 million sockeye salmon, up to 90% of the N in periphyton (benthic algae) was derived from salmon. These cumulative results further support the hypothesis that the percentage of MDN in aquatic and riparian primary producers is associated with the density of salmon in the system, a pattern which has been observed across multiple salmon-bearing watersheds on Vancouver Island [11] and on the central-coast of British Columbia [39]. Although we observed higher %MDN values at Neekas River compared with Clatse River with similar salmon density, the salmon biomass at Neekas River was substantially higher due to the increased proportion of large-bodied species such as chum salmon.

It is possible that our estimates of MDN, which reach 60% of total foliar nitrogen, are inflated. For example, fractionation from ammonia volatilization can result in $^{15}$N enrichment of the nitrogen source prior to uptake by primary producers [40]. If this occurred with decaying salmon carcasses and waste products from predators and scavengers, it would result in elevated $\delta^{15}$N values in the soil and vegetation, which would lead to inflated MDN calculations, although we are unable to evaluate the extent of this possible effect. Other factors in our estimates relate to general MDN models that assume N fractionation in soils and uptake by plants do not differ between nutrient rich and nutrient poor habitats, yet it is possible increased soil and plant productivity can influence $\delta^{15}$N signatures [24] and this in turn will lead to inflated %MDN values.

Several of our assumptions lead to conservative estimates of MDN. We used a MEM value of 13‰ based on chum salmon [41] despite a large proportion of pink salmon in the stream. Pink salmon, occurring at a lower trophic level, have a lower $^{15}$N signature than chum salmon, and use of this end member would have lead to higher estimates of %MDN. Furthermore, the model assumes that there was no transfer of salmon nutrients above the waterfalls yet we did observe occasional upstream movement of bears, which would have resulted in some deposition of urine and feces (i.e. $^{15}$N enrichment) above the barrier. As such, our vegetation $\delta^{15}$N values above the falls may be slightly enriched relative to vegetation further upstream or away from the spawning channel, and this would result in more conservative %MDN estimates. This may be particularly true on the Clatse where foliar $\delta^{15}$N values are on average 3‰ higher above the falls compared to the Neekas (see Figure 1). Therefore, we suspect that our estimates of %MDN provide a realistic measure of the contribution of salmon-derived nitrogen to terrestrial riparian plants in these watersheds.

## %N

What are the consequences of these yearly pulses of salmon nutrients to primary productivity? Helfield and Naiman [12] found evidence for increased annual growth of Sitka spruce with access to salmon, as well as additional evidence for increased %N in shrubs [42]. Our data also show modest increases in %N in foliar tissues of riparian species with access to salmon relative to above waterfalls sites. Such increased nitrogen levels may reflect higher metabolic activity in the plants including photosynthetic rate [27,28].

The majority of the variance in foliar %N values that we observed occurred among plant species within the same habitats. Similar results have been observed elsewhere [10,25,37,38,43] and reflect differences in species competitive ability for soil nitrogen, taxon-specific N requirements, mechanisms of N uptake, N allocation within plants, and different soil N sources. Plants with higher foliar concentrations of a particular nutrient are often more competitive for that specific nutrient [43]. In coniferous forests of the Pacific Northwest, nitrogen-rich soil indicator species tend to have higher foliar %N than nitrogen-poor soil indicators [39]. This pattern is also shown in the current study, as was evident in the high %N values in *R. spectabilis* in both watersheds in contrast to lower values in nitrogen-poor soil indicators. This suggests that nitrogen-rich soil indicator species may have a competitive advantage in these habitats. The very low levels of total N in *T. heterophylla* foliage may be indicative of N-limited growth and possibly a high degree of competition with understory vegetation. Based on ranking of foliar-nitrogen levels among conifers in British Columbia [18], our

EXHIBIT 2
Page 5 of 12

data indicate a moderate to severe N deficiency in *T. heterophylla* in both watersheds.

Although we have not yet quantified the total annual input of salmon-derived nutrients to these two ecosystems, we observed extensive carcass transfer below the waterfalls at both watersheds. Reimchen [4] documented an average input of 120 kg/ha of N into a riparian zone on Haida Gwaii, largely from black bear mediated transfer of salmon carcasses. Individual bears captured up to 700 salmon over a 40 day salmon spawning period at Bag Harbour, most of which were carried into the riparian zone and only partially consumed [30]. Geographical surveys in 110 watersheds throughout the coast of British Columbia indicate that the extent of riparian transfer is roughly proportional to the numbers of salmon entering the rivers and the number of bears in the watershed (Reimchen, unpublished data).

## Soil-nitrogen indicators

Plants can act as indicators of specific soil conditions from shallow, nutrient-poor soils to deep, nutrient-rich soils, and may even prefer certain concentrations of a specific nutrient such as nitrogen, phosphorus, calcium or magnesium [29]. Although the presence of nutrient-rich indicators in nutrient-poor sites and vice versa is a common occurrence, total cover of plants from different indicator categories within a defined area provide insight into specific site properties within different biogeoclimatic subzones [44]. Nitrogen-rich soil indicator plants occur in soils that have six times the mineralizable nitrogen, double the total soil N, and double the available Ca, Mg, and K than soils dominated by nitrogen-poor soil indicators, and occur in areas with reduced forest floor pH and reduced C/N ratios [29]. Our results demonstrate a clear trend towards increasing cover of nitrogen-rich soil indicator plant species below the falls adjacent to the salmon spawning channel compared to similar plots above the falls. In contrast, nitrogen-poor soil indicators were more prevalent above the falls. Consequently, there are important basic differences in edaphic conditions across this sharp ecological boundary that may reflect thousands of years of the regular seasonal influx of the marine-derived nutrients.

There are potentially multiple factors structuring the distribution and abundance of plant species in these riparian habitats apart from relative abundance of salmon nutrients. Understory plant species distribution and cover, as well as humus and soil types, are dictated by environmental factors such as site history, parent material, slope position, moisture and light regimes, and nutrient sources [44,45]. Red alder (*Alnus rubra*), which is a nitrogen fixer, is present in both Clatse River and Neekas River but at low densities. At Clatse River, alder comprised 8% of the canopy cover below the falls and was absent above the falls, and as such would contribute to elevated nitrogen availability below the falls. However, at our study plots below waterfalls at Neekas River, red alder did not occur, though it reached 12% canopy cover above the falls. In comparison, Helfield and Naiman [46] found alder to be more abundant in non-salmon riparian zones. The logging that occurred at Clatse River in the 1940's presumably had only minor impact on the abundance and distribution of nitrogen-rich soil species because the same trends in indicator species were observed at Neekas River, which has not had any logging activity.

## Implications

The recognition that marine-derived nutrients can be cycled back into terrestrial communities indicates a potential coupling in productivity between these ecosystems. Input of guano on seabird colonies that leads to increased primary and secondary productivity [40], sea wrack washing up on beaches that supplements diets of terrestrial scavengers [47], or freshwater invertebrates derived from salmon carcasses that subsidize stream and lacustrine habitats [3,8,48] demonstrate such linkages. These examples of cross-habitat interactions can initiate trophic cascades [49] that structure communities. If indeed salmon nutrient transfer to riparian forests increases primary productivity and alters community structure, such as percent cover of nitrogen-rich soil indicator species, then this has

EXHIBIT _2_
Page _6_ of _12_

the potential for multiple cascading trophic effects. For example, some plants may rely less on mycorrhizal fungi for nutrient uptake and may derive an increased proportion of nutrients through direct soil root uptake [38]. Nutrient-poor indicators such as the Ericaceae (*Vaccinium* spp., *M. ferruginea*, and *Gaultheria shallon* for example) depend highly on mycorrhizal associations for nutrient uptake and have high concentrations of anti-browsing compounds in their foliage relative to many nutrient rich plants. Populations of herbivorous insects would be predicted to respond to higher foliar N concentrations and decreased foliar defenses in nitrogen-rich soil indicator plants by increasing individual and population growth rates [50,51]. Furthermore, nutrient inputs to coniferous forest soils have been shown to increase forest floor turnover rates, soil N capital and litter N concentrations, as well as alter the populations of soil fungi, bacteria and litter invertebrates [52-54]. Salmon-derived nitrogen has been documented in multiple trophic levels of terrestrial invertebrates on our study watersheds [6], and it is possible that salmon nutrient subsidies have many direct and indirect effects on invertebrate populations. In turn, these processes may affect populations of vertebrates, particularly songbirds, which have been shown to respond to experimental fertilization [55] and exhibit higher population sizes along salmon streams in Alaska [56]. The historical decline in salmon abundance, reaching 40–90% in British Columbia, Washington, Oregon and California [57] may have substantially more ecosystem-level context to terrestrial habitats than currently recognized.

## Conclusions

Top
Abstract
Background
Results
Discussion
∎ Conclusions
Methods
Authors' Contributions
References

Assessments of $\delta^{15}$N and total %N in foliar samples, and plant community assemblage each demonstrate the influence of salmon in terrestrial environments. Within-watershed comparisons at two river systems in coastal British Columbia sampled immediately above and below a barrier to salmon migration minimizes sources of variation that may occur among watersheds. Results presented here demonstrate that salmon are directly linked to the nutrient budget of riparian plants. Differences in nitrogen uptake occur among species due to competition, soil properties and other factors. Greater abundance of nitrogen-rich soil indicator plants in habitats with access to salmon signifies community level shifts as a direct result of the influx of these additional nutrients. Coupled with earlier findings of increased primary productivity where salmon are present [12], these results illustrate the impact of this nutrient subsidy to riparian forests and the bi-directional flow of nutrients among marine, freshwater and terrestrial ecosystems.

## Methods

Top
Abstract
Background
Results
Discussion
Conclusions
∎ Methods
Authors' Contributions
References

### Site description

Our study sites comprise two old-growth western hemlock, salmon-bearing watersheds, the Clatse (52° 20.6'N; 127° 50.3'W) and Neekas rivers (52° 28.4'N; 128° 8.0'W), on the central coast of British Columbia, Canada (for detailed site description see [6]). Climate is cool and wet, with a mean annual temperature of 8°C and a mean annual precipitation of 3700 mm [44]. The two watersheds are separated by 30 km and each occurs in the Coastal Western Hemlock Biogeoclimatic Zone near the boundary of the central very wet hyper-maritime (CWHvh2) and sub-montane very wet maritime (CWHvm1) subzones [44]. Pink salmon (*Oncorhynchus gorbuscha*) and chum salmon (*O. keta*) are the predominant species of anadromous fish in these rivers. During the period 1990–1999, annual returns at Clatse River averaged 17,000 pink salmon and 5,000 chum salmon (22 salmon/m²), while at Neekas River, returns averaged 18,000 pink salmon and 30,000 chum salmon (23 salmon/m²) (Department of Fisheries and Oceans escapement data: 1990–1999). All spawning activity occurs from the estuary upstream to a 5 m high waterfall that excludes further upstream migration of the salmon at both watersheds. The falls occur 1 km upstream on the Clatse River and 2.1 km upstream on the Neekas River.

### Sample collection and processing

EXHIBIT   2
Page   7   of   12

Case 3:05-cv-00006-HRH    Document 193-2    Filed 04/07/2008    Page 12 of 16

Foliar samples were collected from seven species of riparian plants above and below the waterfalls at Clatse and Neekas watersheds in early September 1999. These comprise deerfern (*Blechnum spicant*), false azalea (*Menziesii ferruginea*), devil's club (*Oplopanax horridus*), salmonberry (*Rubus spectabilis*), Alaskan blueberry (*Vaccinium alaskaense*), red huckleberry (*V. parvifolium*) and western hemlock (*Tsuga heterophylla*). Collection sites were within 50 m of the top and 50 m of the bottom of waterfalls along the stream, and within 15 m of the stream edge perpendicular into the forest. At each site foliage from up to nine individual plants of each species were collected.

All foliar samples were dried in an oven at 67°C for three days and individually ground to a fine powder in a Wig-L-Bug Amalgamator (Crescent Dental Manufacturing Co.). Total nitrogen and N isotope analyses were conducted at the Stable Isotope Facility, University of Saskatchewan, using an automatic Nitrogen/Carbon analysis (ANCA) gas/solid/liquid preparation module with combustion tube temperature set at 1000°C, coupled to a 20/20 mass spectrometer (Europa Scientific Inc.). Measurement precision is approximately +/- 0.35‰. Natural abundance of $^{15}$N ($\delta^{15}$N) is expressed as the deviation from the standard, atmospheric $N_2$, in parts per thousand (‰) and calculated as:

1) $(R_{sample}/R_{standard} - 1) \times 1000$

where R is the ratio of $^{15}$N/$^{14}$N stable isotopes.

## Estimating %MDN

We converted $\delta^{15}$N values to %MDN using the equation (modified from [12]):

2) %MDN = $[(Obs-TEM)/(MEM-TEM)] \times 100$

where Obs is the $\delta^{15}$N value of the sample from a site below the waterfalls, TEM is the $\delta^{15}$N value of the terrestrial end member (foliar sample of same species above falls), and MEM is the $\delta^{15}$N value of the marine end member (salmon tissue). We use 13.01‰ for MEM [41].

## Vegetation community inventory

In the late summer of 2000 and 2001, we inventoried riparian vegetation on the Clatse and Neekas rivers in small plots (10 m × 10 m) above and below the waterfalls at both Clatse (four plots below falls, three above falls) and Neekas (three plots below falls, four above falls) rivers. We matched as closely as possible the forest structure, canopy cover and slope in the sites above and below the falls and as such, plot locations ranged from 100 to 250 m above and below the waterfalls and were within 20 m of the stream. All plots had negligible slope. Within each plot, understory vascular plant species were identified and percent cover of each visually estimated. Canopy cover was similar above and below the falls on both watersheds (Clatse above falls: x̄ = 58.0+/-5.6%; Clatse below falls: x̄ = 66.5+/-3.5%; Neekas above falls: x̄ = 48.8+/-9.0%; Neekas below falls: x̄ = 49.0+/-11.4%). While the Neekas River has no history of commercial logging, Clatse River had some old-growth removal in the early 1940's, and currently a mixed old-growth-second growth western hemlock forest dominates the plots in this location [58].

Soil profiles were dug in representative sites to determine the humus type and original parent material. Mor humus forms predominated on the Clatse and Neekas rivers above the falls with matted LFH (decomposing litter) horizons ranging from 10–25 cm thick. Below the falls, ligno, lepto and mull moder humus forms predominated with a thin LFH 3–10 cm thick and an Ah (mineral horizon enriched in organic matter) 5–20 cm thick [58]. The parent material at all plots was dominated by coarse alluvial sand interspersed with a few large rock fragments. Morrainal silt deposits increased with increasing distance from the stream.

EXHIBIT 2
Page 8 of 12

## Data Analysis

Sources of variation in foliar $^{15}$N and total %N among and within watersheds, above and below the waterfalls and among plant species were compared (paired-t tests, two-way ANOVA, multiple range tests). Understory plant species were grouped into soil nitrogen indicator categories (poor, rich) based on Klinka et al. [29] (Table 1). Unclassified and nitrogen-medium soil indicator species were not included in the analysis. On each watershed, we compared total cover for each indicator group above and below the waterfalls. As assumptions of normality and homoscedasticity were not met in all cases, we used Mann-Whitney non-parametric tests.

Top

## Authors' Contributions

DDM carried out the foliar sampling and statistical analysis of total %N and N isotopic data. MDH carried out the design and analysis of the vegetation community data. TER conceived of the study and participated in its design and coordination. All authors contributed to writing the ms but DDM was primarily responsible for the first draft. All authors read and approved the final manuscript.

## Acknowledgements

We would like to thank Tracy Rennie, Samantha Robbins, Jonathan Moran, Gilbert Ethier, Barbara Hawkins, Dan Klinka, Bristol Foster, Chester Starr, Carsten Brinkmeier, Danny Windsor, Mike Windsor, Gerry Allen and Joe Antos for field assistance or discussion, Myles Stocki for stable isotope analysis, and Barbara Hawkins and Richard Ring for additional lab space. We would also like to thank the Blue Fjord Charters, Larry Jorgenson, the Raincoast Conservation Society and the Heiltsuk First-Nations for additional field support. This project was supported by funds from the David Suzuki Foundation, Friends of Ecological Reserves and a Natural Sciences Engineering Research Council operating grant (N2354) to TER.

Top
Abstract
Background
Results
Discussion
Conclusions
Methods
Authors' Contributions
■ References

## References

1. Willson MF, Gende SM, Marston BH. Fishes and the forest: expanding perspectives on fish-wildlife interactions. BioScience. 1998;48:455–462.

2. Gende SM, Edwards RT, Willson MF, Wipfli MS. Pacific salmon in aquatic and terrestrial ecosystems. BioScience. 2002;52:917–928.

3. Cederholm CJ, Houston DB, Cole DL, Scarlett WJ. Fate of coho salmon (Oncorhynchus kisutch) carcasses in spawning streams. Can J Fish Aquat Sci. 1989;46:1347–1355.

4. Reimchen, TE. Further studies of black bear and chum salmon in stream and estuarine habitats at Bag Harbour, Gwaii Haanas. Queen Charlotte City, British Columbia, Canadian Parks Service, Technical Report. 1994.

5. Cederholm, CJ.;Johnson, DH.;Bilby, RE.;Dominguez, LG.;Garrett, AM.;Graeber, WH.;Greda, EL.;Kunze, MD.;Marcot, BG.;Palmisano, JF., et al. Pacific Salmon and Wildlife-Ecological Contexts, Relationships and Implications for Management. Washington Department of Fish and Wildlife, Olympia. 2000.

6. Hocking MD, Reimchen TE. Salmon-derived nitrogen in terrestrial invertebrates from coniferous forests of the Pacific Northwest. BMC Ecol. 2002;2/4 http://www.biomedcentral.com/1472-6785/2/4

7. Darimont CT, Reimchen TE, Paquet PC. Foraging behaviour by gray wolves on salmon streams in coastal British Columbia. Can J Zool. 2003;81:349–353.

8. Kline TC, Goering JJ, Mathisen OA, Poe PH, Parker PL, Scalan RS. Recycling of elements transported upstream by runs of Pacific salmon: II. d$^{15}$N and d$^{13}$C evidence in the Kvichak River watershed, Bristol Bay, southwestern Alaska. Can J Fish Aquat Sci. 1993;50:2350–2365.

EXHIBIT _2_
Page _9_ of _12_

Case 3:05-cv-00006-HRH    Document 193-2    Filed 04/07/2008    Page 14 of 16

9. Bilby RE, Fransen BR, Bisson PA. Incorporation of nitrogen and carbon from spawning coho salmon into the trophic system of small streams: evidence from stable isotopes. *Can J Fish Aquat Sci.* 1996;**53**:164–173.

10. Ben-David M, Hanley TA, Schell DM. Fertilization of terrestrial vegetation by spawning Pacific salmon: the role of flooding and predator activity. *Oikos.* 1998;**83**:47–55.

11. Reimchen TE, Mathewson D, Hocking MD, Moran J, Harris D. Isotopic evidence for enrichment of salmon-derived nutrients in vegetation, soil and insects in riparian zones in coastal British Columbia. *Am Fish Soc Symp.* 2003;**34**:59–69.

12. Helfield JM, Naiman RJ. Effects of salmon-derived nitrogen on riparian forest growth and implications for stream productivity. *Ecology.* 2001;**82**:2403–2409.

13. Lewis, OAM. Plants and Nitrogen. *London, Edward Arnold.* 1986.

14. Lawford, RG.;Alaback, PB.; Fuentes, E. High-latitude rainforests and associated ecosystems of the West Coast of the Americas: climate, hydrology, ecology and conservation. *New York, Springer-Verlag.* 1995.

15. Knops J, Reinhart K. Specific leaf area along a nitrogen fertilization gradient. *Am Midl Nat.* 2000;**144**:265–272.

16. Curlin, JW. Nutrient Cycling as a Factor in Site Productivity. In: Youngberg CT, Davey CB. , editor. *Tree Growth and Forest Soils.* Corvallis, Oregon State University Press; pp. 313–325.

17. Huston M. Soil nutrients and tree species richness in Costa Rican forests. *J Biogeogr.* 1980;**7**:147–157.

18. Ballard, TM.; Carter, RE. Evaluating forest stand nutrient status. *British Columbia Ministry of Forests Report 20, Victoria.* 1985.

19. Foster BL, Gross KL. Species richness in a successional grassland: effects of nitrogen enrichment and plant litter. *Ecology.* 1998;**79**:2593–2602.

20. Brown JH, Ernest SKM, Parody JM, Haskell JP. Regulation of diversity: maintenance of species richness in changing environments. *Oecologia.* 2001;**126**:321–332.

21. Tilman D. Nitrogen-limited growth in plants from different successional stages. *Ecology.* 1986;**67**:555–563.

22. Kline TC, Goering JJ, Mathisen OA, Poe PH, Parker PL. Recycling of elements transported upstream by runs of Pacific salmon: I. d$^{15}$N and d$^{13}$C evidence in Sashin Creek, southeastren Alaska. *Can J Fish Aquat Sci.* 1990;**47**:136–144.

23. Garten CT. Variation in foliar $^{15}$N abundance and the availability of soil nitrogen on Walker Branch watershed. *Ecology.* 1993;**74**:2098–2113.

24. Nadelhoffer, KJ.; Fry, B. Nitrogen isotope studies in forest ecosystems. In: Lajtha K, Michener RH. , editor. *Stable Isotopes in Ecology and Environmental Sciences.* Boston, Blackwell; 1994. pp. 22–44.

25. Schulze ED, Chapin FS II, Gebauer G. Nitrogen nutrition and isotope differences among life forms at the northern treeline of Alaska. *Oecologia.* 1994;**100**:406–412.

26. Chang SX, Handley LL. Site history affects soil and plant $^{15}$N natural abundances (d$^{15}$N) in forests of northern Vancouver Island, British Columbia. *Funct Ecol.* 2000;**14**:273–280.

27. Pregitzer KS, Laskowski MJ, Burton AJ, Lessard VC, Zak DR. Variation in sugar maple root respiration with root diameter and soil depth. *Tree Physiol.* 1998;**18**:665–670. [PubMed]

28. Hikosaka K, Hirose T. Photosynthetic nitrogen-use efficiency in evergreen broad-leaved woody species coexisting in a warm-temperate forest. *Tree Physiol.* 2000;**20**:1249–1254. [PubMed]

29. Klinka, K.;Krajina, VJ.;Ceska, A.; Seagel, AM. Indicator plants of coastal British Columbia. *University of British Columbia Press, Vancouver.* 1989.

EXHIBIT _2_
Fage _10_ of _12_

30.  Reimchen TE. Some ecological and evolutionary aspects of bear-salmon interactions in coastal British Columbia. *Can J Zool.* 2000;**78**:448–457.

31.  Hilderbrand GV, Hanley TA, Robbins CT, Schwartz CC. Role of brown bears (*Ursus arctos*) in the flow of marine nitrogen into a terrestrial ecosystem. *Oecologia.* 1999;**121**:546–550.

32.  O'Keefe T, Edwards RT. Evidence for hyporheic transfer and removal of marine-derived nutrients in a sockeye stream in southwest Alaska. *Am Fish Soc Symp.* 2003;**34**:99–107.

33.  Virginia RA, Delwiche CC. Natural $^{15}$N abundance of presumed $N_2$-fixing and non-$N_2$-fixing plants from selected ecosystems. *Oecologia.* 1982;**54**:317–325.

34.  Kohl DH, Shearer G. Isotopic fractionation associated with symbiotic $N_2$ fixation and uptake of $NO_3^-$ by plants. *Plant Physiol.* 1980;**66**:51–56.

35.  Handley LL, Scrimgeour CM. Terrestrial plant ecology and $^{15}$N natural abundance: The present limits to interpretation for uncultivated systems with original data from a Scottish old field. *Adv Ecol Res.* 1997;**27**:133–212.

36.  Högberg P. Tansley Review No. 95: $^{15}$N natural abundance in soil-plant systems. *New Phytol.* 1997;**137**:179–203.

37.  Michelsen A, Quarmby C, Sleep D, Jonasson S. Vascular plant $^{15}$N natural abundance in heath and forest tundra ecosystems is closely correlated with presence and type of mycorrhizal fungi in roots. *Oecologia.* 1998;**115**:406–418.

38.  Hobbie EA, Macko SA, Williams M. Correlations between foliar $\delta^{15}$N and nitrogen concentrations may indicate plant-mycorrhizal interactions. *Oecologia.* 2000;**122**:273–283.

39.  Mathewson, DD. Influence of Nitrogen Derived from Salmon on Terrestrial plants of Coastal Forest Ecosystems in British Columbia. *MSc thesis University of Victoria, Victoria.* 2002.

40.  Cocks MP, Balfour DA, Stock WD. On the uptake of orthinogenic products by plants on the inland mountains of Dronning Maud Land, Antarctica, using stable isotopes. *Polar Biol.* 1998;**20**:107–111.

41.  Ben-David M, Bowyer RT, Duffy LK, Roby DD, Schell DM. Social behavior and ecosystem processes: river otter latrines and nutrient dynamics of terrestrial vegetation. *Ecology.* 1998;**79**:2567–2571.

42.  Naiman RJ, Bilby RE, Schindler DE, Helfield JM. Pacific salmon, nutrients, and the dynamics of freshwater and riparian ecosystems. *Ecosystems.* 2002;**5**:399–417.

43.  Mamolos AP, Veresoglou DS. Patterns of root activity and responses of species to nutrients in vegetation of fertile alluvial soil. *Plant Ecol.* 2000;**148**:245–253.

44.  Green, RN.; Klinka, K. A Field Guide for Site Identification and Interpretation for the Vancouver Forest Region. *British Columbia Ministry of Forests Report 28 Victoria.* 1994.

45.  Minore D, Weatherly HG. Riparian trees, shrubs, and forest regeneration in the coastal mountains of Oregon. *New Forests.* 1994;**8**:249–263.

46.  Helfield JM, Naiman RJ. Salmon and alder as nitrogen sources to riparian forests in a boreal Alaskan watershed. *Oecologia.* 2002;**133**:573–582.

47.  Anderson WB, Polis GA. Marine subsidies of island communities in the Gulf of California: evidence from stable carbon and nitrogen isotopes. *Oikos.* 1998;**81**:75–80.

48.  Wipfli MS. Terrestrial invertebrates as salmonid prey and nitrogen sources in streams: contrasting old-growth and young-growth riparian forests in southeastern Alaska U.S.A. *Can J Fish Aquat Sci.* 1997;**54**:1259–1269.

49.  Fausch KD, Power ME, Murakami M. Linkages between stream and forest food webs: Shigeru Nakano's legacy for ecology in Japan. *Trends Ecol Evol.* 2002;**17**:429–434.

50.  Mattson WJ Jr. Herbivory in relation to plant nitrogen content. *Annu Rev Ecol Syst.* 1980;**11**:119–161.

EXHIBIT 2
Page 11 of 12

51.  Kytö M, Niemelä P, Larsson S. Insects on trees: population and individual response to fertilization. *Oikos.* 1996;**75**:148–159.

52.  Prescott CE, Chappell HN, Vesterdal L. Nitrogen turnover in forest floors of coastal Douglas-fir at sites differing in soil nitrogen capital. *Ecology.* 2000;**81**:1878–1886.

53.  Forge TA, Simard SW. Short-term effects of nitrogen and phosphorus fertilizers on nitrogen mineralization and trophic structure of the soil ecosystem in forest clearcuts in the southern interior of British Columbia. *Can J Soil Sci.* 2001;**81**:11–20.

54.  Johannessen LE, Solhoy T. Effects of experimentally increased calcium levels in the litter on terrestrial snail populations. *Pedobiologia.* 2001;**45**:234–242.

55.  Folkard NFG, Smith JNM. Evidence for bottom-up effects in the boreal forest: Do passerine birds respond to large-scale experimental fertilization? *Can J Zool.* 1995;**73**:2231–2237.

56.  Gende SM, Willson MF. Passerine densities in riparian forests of southeast Alaska: Potential role of anadromous spawning salmon. *Condor.* 2001;**103**:624–629.

57.  Gresh T, Lichatowich J, Schoonmaker P. An Estimation of Historic and Current Levels of Salmon Production in the Northeast Pacific Ecosystem: Evidence of a Nutrient Deficit in the Freshwater Systems of the Pacific Northwest. *Fisheries.* 2000;**25**:15–21.

58.  British Columbia Ministry of Environment, Lands and Parks, Ministry of Forests: Field manual for describing terrestrial ecosystems. *Victoria.* 1998.

Articles from *BMC Ecology* are provided here courtesy of
**BioMed Central**

Write to PMC | PMC Home | PubMed
NCBI | U.S. National Library of Medicine
NIH | Department of Health and Human Services
Privacy Policy | Disclaimer | Freedom of Information Act

EXHIBIT 2
Page 12 of 12