## MINUTES OF THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

KATIE JOHN _____ v. UNITED STATES OF AMERICA _____

**3:05-cv-0006-HRH**
[consolidated with

The Honorable H. RUSSEL HOLLAND     CASE NO. ___3:05-cv-0158-HRH]___


Deputy Clerk                          Official Recorder

_____            _____


APPEARANCES:   for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

══════════════════════════════════════════════════════════

    Upon consideration of the Peratrovich Plaintiffs' April 7, 2008, motion for leave to file an over-length supplemental reply brief (Docket No. 192) to both the State of Alaska's (Docket No. 169) and the United State's (Docket No. 167) briefs,

    It is hereby ordered that the Peratrovich Plaintiffs' motion to file an over-length supplemental reply brief is granted.

─────────────────────