WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright, AK Bar No. 7510090
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email:  mike.sewright@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
|     Defendants | ) |
| And | ) |
| | ) |
| STATE OF ALASKA, | ) |
| | ) |
|     Applicant Defendant-Intervenor | ) |
| _____ | ) |
| | ) No. 3:05-cv-0006-HRH |
| STATE OF ALASKA, | )  (Consolidated with |
| | ) No. 3:05-cv-0158 HRH) |
|     Plaintiffs, | ) |
| and | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| ALASKA FISH AND WILDLIFE FEDERATION AND | ) **STATE OF ALASKA'S MOTION** |
| OUTDOOR COUNCIL, et al., | ) **TO INTERVENE IN "KATIE JOHN"** |
| | ) **CASE, No. 3:05-cv-0006-HRH** |
|     Plaintiff-Intervenor, | ) |

{G:\101445\1\00002449.DOC}

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) |
|  | ) |
| Defendants, | ) |
| and | ) |
|  | ) |
| KATIE JOHN, et al., | ) |
|  | ) |
| Defendant-Intervenors, | ) |
| and | ) |
|  | ) |
| ALASKA FEDERATION OF NATIVES, | ) |
|  | ) |
| Defendant-Intervenor. | ) |
| _____ | ) |
|  | ) |
| - AND - | ) |
|  | ) |
| LINCOLN PERATROVICH, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) No. 3:92-cv-0734-HRH |
| vs. | ) |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| and | ) |
|  | ) |
| STATE OF ALASKA, | ) |
|  | ) |
| Defendant-Intervenor | ) |
| _____ | ) |

## [PROPOSED] ORDER

Upon consideration of the State of Alaska's Motion to Intervene in "Katie John" Case, No. 3:05-cv-0006-HRH, it is hereby ordered that the Motion is granted and the State shall be a defendant-intervenor in that Case. The proposed Answer filed by the State with its Motion shall be deemed filed as of the date of this Order.

Dated this ____ day of _____ 2008.

                                                        _____
                                                        H. RUSSEL HOLLAND
                                                        United States District Judge