WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright, AK Bar No. 7510090
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email: mike.sewright@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KATIE JOHN, et al.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br>　　　　　Defendants<br>And<br><br>STATE OF ALASKA,<br><br>　　　　　Applicant Defendant-Intervenor<br>_____<br><br>STATE OF ALASKA,<br><br>　　　　　Plaintiffs,<br>　and<br><br>ALASKA FISH AND WILDLIFE FEDERATION AND<br>OUTDOOR COUNCIL, et al.,<br><br>　　　　　Plaintiff-Intervenor,<br><br>vs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158 HRH)<br><br>**APPLICANT DEFENDANT-<br>INTERVENOR STATE OF<br>ALASKA'S NOTICE OF<br>ATTACHMENT** |

{G:/101445/1/00002576.PDF}

| | |
|---|---|
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) |
| Defendants, | ) |
| and | ) |
| KATIE JOHN, et al., | ) ) |
| Defendant-Intervenors, | ) |
| and | ) |
| ALASKA FEDERATION OF NATIVES, | ) ) |
| Defendant-Intervenor. | ) No. 3:92-cv-0734-HRH ) |
| _____ | ) |
| - AND - | ) ) |
| LINCOLN PERATROVICH, et al., | ) ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendant. | ) |
| and | ) |
| STATE OF ALASKA, | ) ) |
| Defendant-Intervenor | ) |
| _____ | ) |

## Notice of Attachment

Applicant Defendant-Intervenor State of Alaska (the "State") hereby submits a revised signature page to the Motion to Intervene (Doc. 3) containing, as an added signature, the signature of the attorney whose ECF password was used to file the motion.

Respectfully submitted this 16th day of May, 2008.

{G:/101445/1/00002576.PDF}

| | |
|---|---|
| TALIS J. COLBERG<br>ATTORNEY GENERAL<br><br>Michael W. Sewright<br>Assistant Attorney General<br>Alaska Bar No. 7510090<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Phone: (907) 269-5257<br>Fax: (907) 279-2834<br>Email: mike.sewright@alaska.gov<br>Co-counsel for Plaintiff State of Alaska | /s/ William P. Horn<br>/s/ James H. Lister<br>WILLIAM P. HORN, D.C. Bar No.: 375666<br>JAMES H. LISTER, D.C. Bar No. 447878<br>Birch, Horton, Bittner & Cherot, P.C.<br>1155 Connecticut Avenue, Suite 1200<br>Washington, D.C. 20036<br>Telephone: (202) 659-5800<br>Facsimile: (202) 659-1027<br>Email: whorn@dc.bhb.com;<br>jlister@dc.bhb.com<br>Co-counsel for Plaintiff State of Alaska |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16th, 2008, a copy of the foregoing **STATE OF ALASKA'S NOTICE OF ATTACHMENT** was served electronically, on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory L. Fisher
Phillip E. Katzen
Heather R. Kendall-Miller
James H. Lister
Michael W. Sewright
William F. Sherman

/s/ William P. Horn
William P. Horn

/s/James H. Lister
James H. Lister

{G:/101445/1/00002576.PDF}