will not be repeated. *Id.*, 313 F.3d at 1111. In the context of permissive intervention, the factors are applied in an even more flexible fashion – only minimum showings are required. *Id.*

16.   Policy considerations may also appropriately be factored into the permissive intervention analysis. *Union Elec. Co.*, 64 F.3d at 1158 n.1 & 1165. ANILCA sets up a bifurcated scheme for the regulation of subsistence hunting and fishing with the Federal Defendants and the State playing interrelated and overlapping roles. *See* June 29, 2007 Order (Doc. 130) at 7. Because of this relationship, sound implementation of ANICLA calls for both governments to have full participation rights in cases arising under ANILCA where both will be directly impacted by the result. *Id.* This consideration further supports a grant of permissive intervention in this case.

## CONCLUSION

For the foregoing reasons, the Court should grant the State intervention in the Katie John Case. A proposed order granting intervention is attached.

Respectfully submitted this 16th day of May, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

/s/ Michael W. Sewright
Michael W. Sewright
Assistant Attorney General
Alaska Bar No. 7510090
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5257
Fax: (907) 279-2834
Email: mike.sewright@alaska.gov
Co-counsel for Plaintiff State of Alaska

/s/ William P. Horn
/s/ James H. Lister
WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No. 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com;
jlister@dc.bhb.com
Co-counsel for Plaintiff State of Alaska