IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al.,<br><br>                      Plaintiffs,<br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                      Defendants.<br>  and<br><br>STATE OF ALASKA,<br><br>        Defendant-Intervenor,<br>_____ | No. 3:05-cv-0006-HRH<br>(Consolidated with<br>No. 3:05-cv-0158-HRH) |
| STATE OF ALASKA,<br><br>                      Plaintiff,<br>  and<br><br>ALASKA FISH AND WILDLIFE FEDERA-<br>TION AND OUTDOOR COUNCIL, et al.,<br><br>       Plaintiff-Intervenors,<br><br>  vs.<br><br>DIRK KEMPTHORNE, Secretary of the<br>Interior, et al.,<br><br>                      Defendants,<br>  and<br><br>KATIE JOHN, et al.,<br><br>       Defendant-Intervenors,<br>  and<br><br>ALASKA FEDERATION OF NATIVES,<br><br>       Defendant-Intervenor.<br>_____ | <u>O R D E R</u><br><br>State of Alaska<br><u>Motion to Intervene</u> |

- AND -

```
LINCOLN PERATROVICH, et al.,      )
                                  )
                    Plaintiffs,   )
                                  )
     vs.                          )
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
                    Defendants.   )
                                  )
     and                          )
                                  )   No. 3:92-cv-0734-HRH
STATE OF ALASKA,                  )
                                  )
           Intervenor-Defendant.  )
_____)
```

The State of Alaska moves to intervene[1] in John v. United States, No. 3:05-cv-0006 (the Katie John case). The motion is unopposed.

The State of Alaska's motion for intervention in Katie John is granted.

DATED at Anchorage, Alaska, this 9th day of June, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 195.