WILLIAM P. HORN, D.C. Bar No.: 375666
Birch, Horton, Bittner and Cherot, P.C.
1155 Connecticut Avenue, Suite 1200, NW
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright, AK Bar No. 7510090
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email:  mike.sewright@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, et al., | ) |
|               Plaintiffs, | ) |
| | ) |
|     vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
|               Defendants, | ) |
|     And | ) |
| | ) |
| STATE OF ALASKA, | ) |
| | ) |
|               Defendant-Intervenor. | ) |
| | ) |

| | |
|---|---|
| STATE OF ALASKA, | )  No. 3:05-cv-0006-HRH |
| | )    (Consolidated with |
| | )  No. 3:05-cv-0158 HRH) |
|               Plaintiff, | ) |
|     and | ) |
| | )  **[PROPOSED] ORDER GRANTING** |
| ALASKA FISH AND WILDLIFE FEDERATION AND | )  **STATE OF ALASKA'S MOTION** |
| OUTDOOR COUNCIL, et al., | )  **TO STRIKE OR OTHERWISE** |
| | )  **DISREGARD PERATROVICH'S** |
|               Plaintiff-Intervenor, | )  **REPLY BRIEF EXHIBITS 1-3 AND** |
| | )  **RELATED ONLINE REFERENCES** |
|     vs. | ) |
| | ) |

DIRK KEMPTHORNE, Secretary of the          )
Interior, et al.,                          )
                                           )
                    Defendants,            )
      and                                  )
                                           )
KATIE JOHN, et al.,                        )
                                           )
             Defendant-Intervenors,        )
      and                                  )
                                           )
ALASKA FEDERATION OF NATIVES,              )
                                           )
             Defendant-Intervenor.         )
_____   )
                                           )
            - AND -                        )
                                           )
LINCOLN PERATROVICH, et al.,               )
                                           )
             Plaintiffs,                   )
                                           )
      vs.                                  )      No. 3:92-cv-0734-HRH
                                           )
UNITED STATES OF AMERICA, et al.,          )
                                           )
             Defendant.                    )
      and                                  )
                                           )
STATE OF ALASKA,                           )
                                           )
             Defendant-Intervenor.         )
_____   )

## [PROPOSED] ORDER

Upon consideration of the State of Alaska's Motion to Strike or Otherwise Disregard

Peratrovich's Reply Brief Exhibits 1-3 and Related Online References, it is hereby ordered that

the Motion is Granted.

Dated this _____ day of _____ 2008.


                                    _____
                                    H. RUSSEL HOLLAND
                                    United States District Judge


1