Heather Kendall
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 500
Anchorage, Alaska 99501
Attorney for Plaintiffs
(907) 276-0680

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE JOHN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | No. 3:05-cv-00006 (HRH) |
| ) | (Consolidated) |
| Defendants, ) | |
| ) | |

TO ALL PARTIES AND THEIR ATTORNEYS

    Please take notice that Native American Rights Fund is moving their offices. After July 7, 2008, Native American Rights Fund new address will be as follows:

    Native American Rights Fund
    801 B Street, Suite 401
    Anchorage, Ak  99501

Phone and fax numbers, as well as e-mail addresses will stay the same.

DATED this 20th day of June 2008.

                              s/ Heather Kendall Miller
                              Heather R. Kendall-Miller
                              AK. Bar No. 9211084
                              Natalie Landreth
                              AK. Bar No. 0405020
                              NATIVE AMERICAN RIGHTS FUND
                              420 K Street, Suite 500
                              Anchorage, Alaska 99501
                              (907) 276-0680

Attorneys for Katie John.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2008, a copy of foregoing Change of Address was served electronically on:

Robert T. Anderson
William F. Sherman
Dean K. Dunsmore
William P. Horn
Gregory L. Fisher
Carol H. Daniel
Randolph H. Barnhouse
Stephen A. Daugherty
Joanne M. Grace


s/ Heather Kendall Miller